IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRON WORKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 2:07-CV-1126-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of Defendant's unopposed *Motion for Extension* (Doc. #12, filed June 3 , 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before July 7, 2008**.

Done this 3rd day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE