**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TYRON WORKS | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:07-CV-1126-TFM |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## CERTIFICATION

The undersigned, as Chief, Court Case Preparation and Review Branch 4, Office of Appellate Operations, Office of Disability Adjudication and Review, Social Security Administration, hereby certifies that the documents annexed hereto constitute a full and accurate transcript of the entire record of proceedings relating to this case.

_____
PATRICK J. HERBST

Date: February 16, 2008

Claimant    TYRON  WORKS          [Cross-ref. name:]
Account Number:  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      [Cross-ref. account no:]  **1A**

## COURT TRANSCRIPT INDEX

| | PAGE NO. |
|---|---|
| Exhibits List (Index to Individual Exhibits) | 1-5 |
| Action of Appeals Council on Request for Review, dated October 25, 2007 | 6-8 |
| Order of Appeals Council - Receipt of Additional Evidence, dated October 25, 2007 | 9- |
| Correspondence | 10-11 |
| Appointment[s] of Representative, dated June 1, 2007 | 12-13 |
| Hearing Decision, dated April 17, 2007 | 14-26 |
| Notice of Hearing, dated March 8, 2007 | 27-31 |
| Request for Hearing, dated October 11, 2005, See Exhibit B | - |
| Exhibits | 32-661 |
| Transcript of Oral Hearing, dated March 22, 2007 | 662-699 |

DATE: February 16, 2008
The documents and exhibits contained in this administrative record are the best copies obtainable.

## LIST OF EXHIBITS

CLAIMANT: *Tyron Works*                SSN: 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        1B

X-REF: _____         SSN: _____

**COURT
TRANSCRIPT
PAGE NO.**

### PAYMENT DOCUMENTS/DECISIONS

Section A contains paperwork that shows decisions made by the Social
Security Administration and payment documents.  Each set of documents
is labeled with the section number and numerically as exhibit.

Section A consists of ___1___ exhibits.            32-33

### JURISDICTIONAL DOCUMENTS/NOTICES

Section B contains jurisdictional documents (essential paperwork for
processing applications and claims).  Section B contains notices sent
out in the case.  Each set of documents is labeled with the section
number and numerically as an exhibit.

Section B consists of ___1___ exhibits.            34-48

Section C ordinarily will be empty.

### NON-DISABILITY DEVELOPMENT

Section D contains paperwork that involves non-disability issues such
as records of Social Security taxes paid in.  Each set of documents is
labeled with section number and numerically as an exhibit.

Section D consists of ___1___ exhibit.             49-61

### DISABILITY RELATED DEVELOPMENT AND DOCUMENTATION

Section E contains paperwork related to the claimant for disability such
as forms and reports completed by and for the claimant, information on
work background and medications.  Each set of documents is labeled with
the section number and numerically as an exhibit.

Section E consists of _____ exhibits.            _____-_____

### MEDICAL RECORDS

Section F contains medical records such as treatment, Hospital
and Laboratroy Records, Outpatient Notes, Clinic Notes,
Physician's Records and Reports.  Each set of documents is
lableled with section number and numerically as an exhibit.

Section F consists of _____ exhibits            _____-_____

Part A (Yellow) - Payment Documents/Decisions
Part B (Red)    - Jurisdictional Documents/Notices
Part D (Orange) - Non-Disability Development
Part E (Blue)   - Disability Related Development and Documentation
Part F (Yellow) - Medical Records

ADDITIONAL CLAIM FILE, IF APPLICABLE:

Part (SSI) - Supplemental Security Income
Part (DWB) - Disabled Widow/Widower
Part (CDB) - Child's Disability Benefits

**LIST OF EXHIBITS**

Claimant:     **Tyron Works** _____     SSN:     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

| Exh. No. | Part No. | Description | No. of Pages |
|---|---|---|---|

## DISABILITY RELATED DEVELOPMENT AND DOCUMENTATION

| Exh. No. | Part No. | Description | | No. of Pages |
|---|---|---|---|---|
| 1 | E | Disability Report - Appeal undated | 62-67 | 6 |
| 2 | E | Disability Report - Field Office undated | 68-69 | 2 |
| 3 | E | Disability Report - Adult dated 1/10/05 | 70-79 | 10 |
| 4 | E | Disability Report - Field Office dated 1/13/05 | 80-83 | 4 |
| 5 | E | Physical Activities Questionnaire dated 1/24/05 | 84-89 | 6 |
| 6 | E | Work History Report dated 1/24/05 | 90-98 | 9 |
| 7 | E | Vocational Rationale Form dated 5/19/05 | 99-102 | 4 |

## MEDICAL RECORDS

| Exh. No. | Part No. | Description | | No. of Pages |
|---|---|---|---|---|
| 1 | F | Progress notes covering the period from 9/21/04 to 11/16/04 by Montgomery Cardiovascular Assoc | 103-112 | 10 |
| 2 | F | Emergency Room Records dated 9/21/04 to 11/29/04 from Baptist Health | 113-139 | 27 |
| 3 | F | Medical Records covering the period from 9/9/04 to 12/6/04 from Dr. Jefferson Underwood | 140-150 | 11 |
| 4 | F | Medical Records covering the period from 10/24/01 to 1/13/05 from VA Montgomery | 151-419 | 269 |
| 5 | F | Hospital Records for admission on 2/8/05 through discharge on 2/12/05 from Baptist Health | 420-440 | 21 |
| 6 | F | Progress notes covering the period from 12/6/04 to 2/28/05 by Dr. Pinchback | 441-464 | 24 |

## LIST OF EXHIBITS

**3**

| Claimant: | **Tyron Works** | SSN: | **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** |
|---|---|---|---|

| Exh. No. | Part No. | Description | No. of Pages |
|---|---|---|---|
| 7 | F | Consultative Examination dated 5/6/05 by Dr. James Colley  *465 – 471* | 7 |
| 8 | F | RFC - Residual Functional Capacity Assessment - Physical (completed by DDS physician) dated 5/19/05  *472 – 479* | 8 |
| 9 | F | Medical Records covering the period from 02/08/05 to 02/12/05 from W.L. Pinchback, M.D.  *480 –* | 1 |
| 10 | F | Medical Records covering the period from 01/04/05 to 07/30/06 from Veteran's Administration  *481 – 562* | 82 |
| 11 | F | Medical Records covering the period from 02/13/05 to 08/14/06 from W.L. Pinchback, M.D.  *563 – 589* | 27 |
| 12 | F | Medical Records covering the period from 11/29/06 to 12/01/06 from Hamp Greene, M.E.  *590 – 604* | 15 |
| 13 | F | Medical Records covering the period from 05/15/06 to 11/14/06 from Veteran's Administration  *605 – 642* | 38 |
| 14 | F | Medical Report dated 03/13/07 from Baptist Medical Center East  *643 – 644* | 2 |
| 15 | F | Physical Capacities Evaluation by Hamp Greene, M.D. dated 03/05/07  *645 – 647* | 3 |
| 16 | F | Medical Records covering the period from 12/06/04 to 01/23/07 from Jefferson Underwood, M.D.  *648 – 650* | 3 |

3A

TYRON  WORKS                                        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
Claimant                                           Social Security Number


_____                    _____
Wage Earner                                        Social Security Number


## AC EXHIBITS LIST

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES | COURT TRANSCRIPT PAGE NO. |
|---|---|---|---|
| Exhibit AC-1 | Letters from the Department of Veterans Affairs, Vocational Rehabilitation & Employment Division, dated August 14, 2007 and August 16, 2007 | | 651-653 |
| Exhibit AC-2 | A Decision Review Officer Decision dated September 13, 2007 and a certificate dated September 19, 2007 from the Department of Veterans Affairs | | 654- 656 |
| Exhibit AC-3 | A message from the claimant dated October 15, 2007, regarding his 100% disability from the Department of Veterans Affairs | | 657-661 |

# LIST OF EXHIBITS

| Claimant: | **Tyron Works** | | | SSN: | **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** |
|---|---|---|---|---|---|

| Exh. No. | Part No. | Description | No. of Pages |
|---|---|---|---|

## DISABILITY RELATED DEVELOPMENT AND DOCUMENTATION

| | | | |
|---|---|---|---|
| 1 | E | Disability Report - Appeal undated | 6 |
| 2 | E | Disability Report - Field Office undated | 2 |
| 3 | E | Disability Report - Adult dated 1/10/05 | 10 |
| 4 | E | Disability Report - Field Office dated 1/13/05 | 4 |
| 5 | E | Physical Activities Questionnaire dated 1/24/05 | 6 |
| 6 | E | Work History Report dated 1/24/05 | 9 |
| 7 | E | Vocational Rationale Form dated 5/19/05 | 4 |

## MEDICAL RECORDS

| | | | |
|---|---|---|---|
| 1 | F | Progress notes covering the period from 9/21/04 to 11/16/04 by Montgomery Cardiovascular Assoc | 10 |
| 2 | F | Emergency Room Records dated 9/21/04 to 11/29/04 from Baptist Health | 27 |
| 3 | F | Medical Records covering the period from 9/9/04 to 12/6/04 from Dr. Jefferson Underwood | 11 |
| 4 | F | Medical Records covering the period from 10/24/01 to 1/13/05 from VA Montgomery | 269 |
| 5 | F | Hospital Records for admission on 2/8/05 through discharge on 2/12/05 from Baptist Health | 21 |
| 6 | F | Progress notes covering the period from 12/6/04 to 2/28/05 by Dr. Pinchback | 24 |

## LIST OF EXHIBITS

5

**Claimant:**    **Tyron Works**                                    **SSN:**    **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**

| Exh. No. | Part No. | Description | No. of Pages |
|---|---|---|---|
| 7 | F | Consultative Examination dated 5/6/05 by Dr. James Colley | 7 |
| 8 | F | RFC - Residual Functional Capacity Assessment - Physical (completed by DDS physician) dated 5/19/05 | 8 |
| 9 | F | Medical Records covering the period 2/8/05 - 2/12/05 from Warner Pindlrock, M.D., Sub Seq Atty | 1 |
| 10 | F | Medical Records covering the period 1/4/05 - 7/30/06 from VAMC, Sub Seq Atty | 82 |
| 11 | F | Medical Records covering the period 2/13/05 - 8/14/06 from Dr. Pindlrock, M.D., Sub Seq Atty | 27 |

**SOCIAL SECURITY ADMINISTRATION**

**Refer to:** TLC
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

Office of Disability Adjudication
and Review
5107 Leesburg Pike     6
Falls Church, VA 22041-3255
Telephone: (703) 605-8000
Date:

OCT 2 5 2007

## NOTICE OF APPEALS COUNCIL ACTION

MR. TYRON WORKS
435 LURENE CIRCLE
MONTGOMERY, AL 36109

This is about your request for review of the Administrative Law Judge's decision dated
April 17, 2007.

### We Have Denied Your Request for Review

We found no reason under our rules to review the Administrative Law Judge's decision.
Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the
Commissioner of Social Security in your case.

### Rules We Applied

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive new and material evidence and the decision is contrary to the weight of all the
  evidence now in the record.

### What We Considered

In looking at your case, we considered the reasons you disagree with the decision and the
additional evidence listed on the enclosed Order of Appeals Council.

CLAIM FILE

TYRON WORKS (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)                                    Page 2 of 3

**7**

We found that this information does not provide a basis for changing the Administrative Law Judge's decision.

## If You Disagree With Our Action

If you disagree with our action, you may ask for court review of the Administrative Law Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final decision that can be changed only under special rules.

## How to File a Civil Action

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are available on–line at the Social Security Administration's Internet site, https://s044a90.ssa.gov/apps10/poms.nsf/lnx/0203106020!opendocument.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC 20530.

## Time To File a Civil Action

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in the request.

CLAIM FILE

TYRON WORKS (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)                                    Page 3 of 3

**3**

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) also shown at the top of this notice on your request. We will send you a letter telling you whether your request for more time has been granted.

## About The Law

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

## If You Have Any Questions

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is 334-223-7183. Its address is:

SOCIAL SECURITY ADMIN
2450 PRESIDENTS DRIVE
MONTGOMERY, AL 36116-1616

ORIGINAL SIGNED BY

Louann Y. Igasaki
Appeals Officer

Enclosure: Order of Appeals Council

cc: S. KAY DANSBY, ESQ.
    P.O. BOX 11352
    MONTGOMERY, AL 36111

CLAIM FILE

9

Social Security Administration
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

**ORDER OF APPEALS COUNCIL**

**IN THE CASE OF**                          **CLAIM FOR**

Period of Disability
TYRON WORKS                                 Disability Insurance Benefits
(Claimant)

                                            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
(Wage Earner)                               (Social Security Number)

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit AC-1        Letters from the Department of Veterans Affairs, Vocational Rehabilitation & Employment Division, dated August 14, 2007 and August 16, 2007

Exhibit AC-2        A Decision Review Officer Decision dated September 13, 2007 and a certificate dated September 19, 2007 from the Department of Veterans Affairs

Exhibit AC-3        A message from the claimant dated October 15, 2007, regarding his 100% disability from the Department of Veterans Affairs

Date:
                OCT 2 5 2007

CLAIM FILE

# SOCIAL SECURITY ADMINISTRATION

**Refer to:** TLC
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

Office of Disability Adjudication
and Review  **10**
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone:  (703) 605-8000
Date:  06/21/2007

Mr. S. DANSBY
4216 N CARMICHAEL CT
P.O. BOX 11352
MONTGOMERY, AL 36111-0352

Dear Mr. DANSBY:

Re:  TYRON WORKS, 435 LURENE CIRCLE, MONTGOMERY, AL 36109

Enclosed are the duplicate recording/recordings you requested.

## You May Send More Information

You may send us more evidence or a statement about the facts and the law in this case.

Any more evidence must be new *and* material to the issues considered in the hearing decision dated April 17, 2007.

## We Will Not Act For 25 Days

If you have more information, you must send it to us within 25 days of the date of this letter. We will not allow more time to send information except for very good reasons.

Our address and FAX number are:

**ADDRESS:**    Appeals Council
Office of Disability Adjudication and Review
ATTN:  Branch 18, Suite 705
5107 Leesburg Pike
Falls Church, VA  22041-3255

**FAX:**    703-605-7651, Attn: Branch 18

*Put the Social Security Number shown at the top of this letter on your request.*

*If you send us anything by fax, please do not send duplicates by mail.  That may delay processing your claim.*

TYRON WORKS (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)                                    Page 2 of 2

**11**

**What Happens Next**

If we do not hear from you within 25 days, we will assume that you do not want to send us more information.  We will then proceed with our action based on the record we have.

**If You Have Any Questions**

If you have any questions, you may call or write the Appeals Council.  Our telephone number and address are shown at the top of this letter.  If you do call, please have this notice with you.

ORIGINAL SIGNED BY
BHANUPRASAD PATEL
Legal Assistant

Enclosures:
Duplicate recording(s)
Self-addressed envelope
cc:
Mr. TYRON WORKS
435 LURENE CIRCLE
MONTGOMERY, AL 36109

*Law Offices of*
# S. Kay Dansby, PC

**12**

Phone (334) 834-7001
Fax  (334) 834-7002
Email  skdansby@bellsouth.net

June 1, 2007

Appeals Council
Office of Disability Adjudication and Review
5107 Leesburg Pike
Falls Church, VA 22041-3255

> Re:     Tyron Works
>           SSN:  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

Dear Sir/Madam:

Enclosed please find a Request for Review for the above referenced claimant.  Please send a copy of the hearing recording at your earliest convenience.

Sincerely,

S. Kay Dansby

4216 North Carmichael Court (36106) • P.O. Box 11352 • Montgomery, Alabama 36111-0352

Form Approved
OMB No. 0960-0277

SOCIAL SECURITY ADMINISTRATION OFFICE OF HEARINGS AND APPEALS

## REQUEST FOR REVIEW OF HEARING DECISION/ORDER

**(Do not use this form for objecting to a _recommended_ ALJ decision.)**
*(Take or mail original and all copies to your local Social Security office,*
*the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post)*

See Privacy Act Notice

**13**

| 1. CLAIMANT<br>Tyron Works | 2. WAGE EARNER, IF DIFFERENT |
|---|---|
| 3. SOCIAL SECURITY CLAIM NUMBER<br>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 | 4. SPOUSE'S NAME AND SOCIAL SECURITY NUMBER<br>*(Complete ONLY in Supplemental Security Income Cases)* |

5. I request that the Appeals Council review the Administrative Law Judge's action on the above claim because:

Claimant is disabled within the meaning of the Social Security Act.

### ADDITIONAL EVIDENCE

If you have additional evidence, submit it with this request for review. If you need additional time to submit evidence or legal argument, you must request an extension of time in writing now. If you request an extension of time, you should explain the reason(s) you are unable to submit the evidence or legal argument now. If you neither submit evidence or legal argument now nor within any extension of time the Appeals Council grants, the Appeals Council will take its action based on the evidence of record.

**IMPORTANT: Write your Social Security Claim Number on any letter or material you send us.**

SIGNATURE BLOCKS: You should complete No. 6 and your representative (if any) should complete No. 7. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 7.

**I declare under penalty or perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| 6. CLAIMANT'S SIGNATURE | DATE | 7. REPRESENTATIVE'S SIGNATURE | ☒ ATTORNEY<br>☐ NON-ATTORNEY |
|---|---|---|---|
| | June 1, 2007 | *S Kay Dansby* | |
| PRINT NAME<br>Tyron Works | | PRINT NAME<br>S Kay Dansby | |
| ADDRESS<br>435 Lurene Circle | | ADDRESS<br>P.O. Box 11352 | |
| (CITY, STATE, ZIP CODE)<br>Montgomery, AL 36109 | | (CITY, STATE, ZIP CODE)<br>Montgomery, AL 36111-0352 | |
| TELEPHONE NUMBER<br>(334)279-8671 | FAX NUMBER | TELEPHONE NUMBER<br>(334)834-7001 | FAX NUMBER<br>(334) 834-7002 |

### THE SOCIAL SECURITY ADMINISTRATION STAFF WILL COMPLETE THIS PART

8. Request received for the Social Security Administration on _____ by: _____

                                              (Date)                        (Print Name)

| (Title) | (Address) | (Servicing FO Code) | (PC Code) |
|---|---|---|---|

| 9 | Is the request for review received within 65 days of the ALJ'S Decision/Dismissal? | ☐ Yes | ☐ No |
|---|---|---|---|

10. If "no" checked: (1) attach claimant's explanation for delay; and
               (2) attach copy of appointment notice, letter or other pertinent material or information in the Social Security Office.

| 11. Check one:  ☐ Initial Entitlement<br>               ☐ Termination or other | 12. Check all claim types that apply: |
|---|---|
| APPEALS COUNCIL<br>OFFICE OF HEARINGS AND APPEALS, SSA<br>5107 Leesburg Pike<br>FALLS CHURCH, VA 22041-3255 | ☐ Retirement or survivors   (RSI)<br>☐ Disability - Worker   (DIWC)<br>☐ Disability - Widow(er)   (DIWW)<br>☐ Disability - Child   (DIWC)<br>☐ SSI Aged   (SSIA)<br>☐ SSI Blind   (SSIB)<br>☐ SSI Disability   (SSID)<br>☐ Health Insurance - Part A   (HIA)<br>☐ Health Insurance - Part B   (HIB)<br>☐ Title VIII Only   (SVB)<br>☐ Title VIII/Title XVI   (SVB/SSI)<br>☐ Other – Specify:_____ |

Form HA-520-U5 (5-2003) EF (10-2004)
Destroy Prior Editions

TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS

**SOCIAL SECURITY ADMINISTRATION**

Refer To: 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

Office of Disability Adjudication and Review
405 South 7th St
Paducah, KY 42003

14

Date:    **APR 17 2007**

Tyron Works
435 Lurene Circle
Montgomery, AL 36109

## NOTICE OF DECISION – UNFAVORABLE

I have made the enclosed decision in your case. Please read this notice and the decision carefully.

### If You Disagree With The Decision

If you disagree with my decision, you may file an appeal with the Appeals Council.

### How to File an Appeal

To file an appeal you or your representative must request that the Appeals Council review the decision. You must make the request in writing. You may use our Request for Review form, HA-520, or write a letter.

You may file your request at any local Social Security office or a hearing office. You may also mail your request right to the **Appeals Council, Office of Disability Adjudication and Review, 5107 Leesburg Pike, Falls Church, VA 22041-3255**. Please put the Social Security number shown above on any appeal you file.

### Time to File an Appeal

To file an appeal, you must file your request for review **within 60 days** from the date you get this notice.

The Appeals Council assumes you got the notice 5 days after the date shown above unless you show you did not get it within the 5-day period. The Council will dismiss a late request unless you show you had a good reason for not filing it on time.

### Time to Submit New Evidence

You should submit any new evidence you wish to the Appeals Council to consider with your request for review.

### How an Appeal Works

See Next Page

Our regulations state the rules the Appeals Council applies to decide when and how to review a case. These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

If you file an appeal, the Council will consider all of my decision, even the parts with which you agree. The Council may review your case for any reason. It **will** review your case if one of the reasons for review listed in our regulation exists. Section 404.970 of the regulation lists these reasons.

Requesting review places the entire record of your case before the Council. Review can make any part of my decision more or less favorable or unfavorable to you.

On review, the Council may itself consider the issues and decide your case. The Council may also send it back to an Administrative Law Judge for a new decision.

### The Appeals Council May Review The Decision On Its Own

The Appeals Council can review my decision even without your request to do so. If it decides to do that, the Council will mail you a notice about its review within 60 days from the date of this notice.

### If No Appeal and No Appeals Council Review

If you do not appeal and the Council does not review my decision on its own motion, you will not have a right to court review. My decision will be a final decision that can be changed only under special rules.

### New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with my decision and you file a new application instead of appealing, you might lose some benefits, or not qualify for any benefits. My decision could also be used to deny a new application for insurance benefits, if the facts and issues are the same. So, if you disagree with this decision, you should file an appeal within 60 days.

Tyron Works (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)                                    Page 3 of 3

**16**

**If You Have Any Questions**

If you have any questions, you may call, write or visit any Social Security office. If you visit an office, please bring this notice and decision with you. The telephone number of the local office that serves your area is (334)223-7183. Its address is Social Security Admin, 2450 Presidents Drive, Montgomery, AL 36116-1616.

cc:    S. Kay Dansby
       Attorney At Law
       4216 N Carmichael Ct
       PO Box 11352
       Montgomery, AL 36111-0352

**17**

**SOCIAL SECURITY ADMINISTRATION**
**Office of Disability Adjudication and Review**

**DECISION**

| IN THE CASE OF | CLAIM FOR |
|---|---|

CLAIM FOR

Period of Disability and Disability Insurance
Benefits

Tyron Works
(Claimant)

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

(Wage Earner)                                    (Social Security Number)

## JURISDICTION AND PROCEDURAL HISTORY

On December 29, 2004, the claimant protectively filed an application for a period of disability
and disability insurance benefits, alleging disability beginning November 29, 2004. The claim
was denied initially and upon reconsideration. Thereafter, the claimant filed a timely written
request for hearing on July 18, 2005 (20 CFR 404.929 *et seq.*). The claimant appeared and
testified at a hearing held on March 22, 2007, in Montgomery, Alabama. Robert N Strader,
M.S., an impartial vocational expert, also appeared at the hearing. The claimant is represented
by S. Kay Dansby, an attorney.

## ISSUES

The issue is whether the claimant is disabled under sections 216(i) and 223(d) of the Social
Security Act. Disability is defined as the inability to engage in any substantial gainful activity by
reason of any medically determinable physical or mental impairment or combination of
impairments that can be expected to result in death or that has lasted or can be expected to last
for a continuous period of not less than 12 months.

There is an additional issue whether the insured status requirements of sections 216(i) and 223 of
the Social Security Act are met. The claimant's earnings record shows that the claimant has
acquired sufficient quarters of coverage to remain insured through December 31, 2009. Thus,
the claimant must establish disability on or before that date in order to be entitled to a period of
disability and disability insurance benefits.

**DECISION**: After careful consideration of all the evidence, the undersigned Administrative
Law Judge concludes the claimant has not been under a disability within the meaning of the
Social Security Act from November 29, 2004, through the date of this decision.

## APPLICABLE LAW

Under the authority of the Social Security Act, the Social Security Administration has
established a five-step sequential evaluation process for determining whether an individual is
disabled (20 CFR 404.1520(a)). The steps are followed in order. If it is determined that the

See Next Page

claimant is or is not disabled at a step of the evaluation process, the evaluation will not go on to the next step.

At step one, the undersigned must determine whether the claimant is engaging in substantial gainful activity (20 CFR 404.1520(b)). Substantial gainful activity (SGA) is defined as work activity that is both substantial and gainful. "Substantial work activity" is work activity that involves doing significant physical or mental activities (20 CFR 404.1572(a)). "Gainful work activity" is work that is usually done for pay or profit, whether or not a profit is realized (20 CFR 404.1572(b)). Generally, if an individual has earnings from employment or self-employment above a specific level set out in the regulations, it is presumed that he has demonstrated the ability to engage in SGA (20 CFR 404.1574 and 404.1575). If an individual engages in SGA, he is not disabled regardless of how severe his physical or mental impairments are and regardless of his age, education, and work experience. If the individual is not engaging in SGA, the analysis proceeds to the second step.

At step two, the undersigned must determine whether the claimant has a medically determinable impairment that is "severe" or a combination of impairments that is "severe" (20 CFR 404.1520(c)). An impairment or combination of impairments is "severe" within the meaning of the regulations if it significantly limits an individual's ability to perform basic work activities. An impairment or combination of impairments is "not severe" when medical and other evidence establish only a slight abnormality or a combination of slight abnormalities that would have no more than a minimal effect on an individual's ability to work (20 CFR 404.1521; Social Security Rulings (SSRs) 85-28, 96-3p, and 96-4p). If the claimant does not have a severe medically determinable impairment or combination of impairments, he is not disabled. If the claimant has a severe impairment or combination of impairments, the analysis proceeds to the third step.

At step three, the undersigned must determine whether the claimant's impairment or combination of impairments meets or medically equals the criteria of an impairment listed in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525, and 404.1526). If the claimant's impairment or combination of impairments meets or medically equals the criteria of a listing and meets the duration requirement (20 CFR 404.1509), the claimant is disabled. If it does not, the analysis proceeds to the next step.

Before considering step four of the sequential evaluation process, the undersigned must first determine the claimant's residual functional capacity (20 CFR 404.1520(e)). An individual's residual functional capacity is his ability to do physical and mental work activities on a sustained basis despite limitations from his impairments. In making this finding, the undersigned must consider all of the claimant's impairments, including impairments that are not severe (20 CFR 404.1520(e) and 404.1545; SSR 96-8p).

Next, the undersigned must determine at step four whether the claimant has the residual functional capacity to perform the requirements of his past relevant work (20 CFR 404.1520(f)). The term past relevant work means work performed (either as the claimant actually performed it or as it is generally performed in the national economy) within the last 15 years or 15 years prior to the date that disability must be established. In addition, the work must have lasted long enough for the claimant to learn to do the job and have been SGA (20 CFR 404.1560(b) and

See Next Page

404.1565). If the claimant has the residual functional capacity to do his past relevant work, the claimant is not disabled. If the claimant is unable to do any past relevant work or does not have any past relevant work, the analysis proceeds to the fifth and last step.

At the last step of the sequential evaluation process (20 CFR 404.1520(g)), the undersigned must determine whether the claimant is able to do any other work considering his residual functional capacity, age, education, and work experience. If the claimant is able to do other work, he is not disabled. If the claimant is not able to do other work and meets the duration requirement, he is disabled. Although the claimant generally continues to have the burden of proving disability at this step, a limited burden of going forward with the evidence shifts to the Social Security Administration. In order to support a finding that an individual is not disabled at this step, the Social Security Administration is responsible for providing evidence that demonstrates that other work exists in significant numbers in the national economy that the claimant can do, given the residual functional capacity, age, education, and work experience (20 CFR 404.1512(g) and 404.1560(c)).

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1.    The claimant meets the insured status requirements of the Social Security Act through December 31, 2009.**

**2.    The claimant has not engaged in substantial gainful activity since November 29, 2004, the alleged onset date (20 CFR 404.1520(b) and 404.1571 et seq.).**

After the alleged onset date, the claimant worked as a security officer and probation officer. According to the claimant, he was required to stand for prolonged periods of time and frequently bend and stoop, which caused back and knee pain. Based on information provided by the claimant, the Administrative Law Judge finds this work activity after the alleged onset date probably constitutes unsuccessful work attempts.

**3.    The claimant has the following severe impairments: some residual low back pain, status-post lumbar fusion, and bilateral knee pain, due to degenerative joint disease (20 CFR 404.1520(c)).**

**4.    The claimant does not have an impairment or combination of impairments that meets or medically equals one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5.    After careful consideration of the entire record, the undersigned finds the claimant has the residual functional capacity to perform a reduced range of light to near full range of sedentary work activity. The claimant can stand and/or walk a combined total of four to six hours in an eight-hour workday, with a break every 30 to 45 minutes, and he can sit about six hours in an eight-hour workday, with routine breaks. The claimant can lift and carry a maximum of 10 pounds occasionally and five pounds frequently. He can pull 20**

**pounds occasionally and 10 pounds frequently. He can occasionally bend, stoop and kneel, but should not crouch. He can ascend a flight of step slowly. He has no manipulative, visual, environmental or communicative limitations.**

In making this finding, the undersigned considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSRs 96-4p and 96-7p. The undersigned also considered opinion evidence in accordance with the requirements of 20 CFR 404.1527 and SSRs 96-2p, 96-5p, 96-6p and 06-3p.

In considering the claimant's symptoms, the undersigned must follow a two step process in which it must first be determined whether there is an underlying medically determinable physical or mental impairment(s)--i.e., an impairment(s) that can be shown by medically acceptable clinical and laboratory diagnostic techniques--that could reasonably be expected to produce the claimant's pain or other symptoms.

Second, once an underlying physical or mental impairment(s) that could reasonably be expected to produce the claimant's pain or other symptoms has been shown, the undersigned must evaluate the intensity, persistence, and limiting effects of the claimant's symptoms to determine the extent to which they limit the claimant's ability to do basic work activities. For this purpose, whenever statements about the intensity, persistence, or functionally limiting effects of pain or other symptoms are not substantiated by objective medical evidence, the undersigned must make a finding on the credibility of the statements based on a consideration of the entire case record.

Because a claimant's symptoms can sometimes suggest a greater level of severity of impairment than can be shown by the objective medical evidence alone, 20 CFR 404.1529(c) describes the kinds of evidence, including the factors below, that the undersigned must consider in addition to the objective medical evidence when assessing the credibility of the claimant's statements:

1. The claimant's daily activities;

2. The location, duration, frequency, and intensity of the claimant's pain or other symptoms;

3. Factors that precipitate and aggravate the symptoms;

4. The type, dosage, effectiveness, and side effects of any medication the claimant takes or has taken to alleviate pain or other symptoms;

5. Treatment, other than medication, the claimant receives or has received for relief of pain or other symptoms;

6. Any measures other than treatment the claimant uses or has used to relieve pain or other symptoms (e.g., lying flat on his or her back, standing for 15 to 20 minutes every hour, or sleeping on a board); and

See Next Page

Tyron Works (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)                                          Page 5 of 10

21

7. Any other factors concerning the claimant's functional limitations and restrictions due to pain or other symptoms (SSR 96-7p).

The record shows the claimant has a history of emergency room visits in September and November 2004 and again in January 2005, complaining of chest tightness and atrial fibrillation. On each occasion, he was worked-up extensively and myocardial infarction was ruled out. He had normal stress echo tests and a negative event monitor report. On at least one occasion, the fibrillation spontaneously converted to sinus rhythm (Exhibits 1F and 2F). According to the claimant, he takes Cardizem CD daily. At a May 6, 2005, consultative examination, the claimant stated his atrial fibrillation is under good control with prescribed medication (Exhibit 7F). Aside from atrial fibrillation, treated by medication, the claimant does not have a medically determinable coronary condition. There is no evidence this condition causes any significant limitations. To the extent it might cause some mild limitations, they are consistent with the Administrative Law Judge's ultimate finding herein that the claimant should avoid any heavy or strenuous work activity.

The claimant apparently has a remote history of headaches. During the relevant time period, he visited the VA clinic in May and July 2006, with complaints of a "migraine headache." At the May 2006 visit, he stated his migraine headaches are rare (Exhibit 4F). In November 2006, the claimant returned to the VA clinic complaining of a severe headache, of two days duration. He was referred for a CT scan of the head, which was normal (Exhibit 13F). On November 29, 2006, the claimant was evaluated by H. Greene, M.D, neurologist. He complained of a remote history of headaches, with a recent headache lasting for about two weeks. Dr. Greene referred the claimant for an MR and angiogram of the brain, both which produced normal findings. On follow-up on December 1, 2006, the claimant reported the headache had essentially resolved and was only "slight." Dr. Greene prescribed Prednisone (Exhibit 12F). In an office note dated January 27, 2007, from J. Underwood, III, M.D., it is noted the claimant's headaches are stable (Exhibit 16F). At the hearing, the claimant testified he has had a few headaches since that time, but stated they are "minor headaches."

By all indication, the claimant's headaches, of recent onset, have responded well to prescribed medication. He had about three migraine-type headaches from May to December 2006, but since that time only minor headaches. On March 5, 2007, Dr. Greene offered an assessment of the claimant's ability to perform work activity (physical), opining he should avoid any heavy, strenuous work activity. He opined the claimant would be absent four or more times per month, "depending on his response to treatment by medication" (Exhibit 15F). By the claimant's testimony, his condition has responded well to prescribed treatment. Accordingly, there is no basis for a finding the claimant has severe headache pain rising to a level of severity or frequency to significantly interfere with work activity or which would result in frequent absenteeism from the workplace. Dr. Greene's opinion is that regard is not persuasive because the claimant's condition has responded well to prescribed medication.

The record shows the claimant has a remote history of military injuries to his bilateral knees and arthroscopic surgeries in May 1999, November 2000 and February 2003. According to a June 1, 2004, VA office visit, the claimant has bilateral chondromalacia. He apparently has a history of an old ankle sprain and an old right-shoulder injury as well. According to the claimant, he has

See Next Page

been recommended for repeat knee surgery at the VA. While the objective medical evidence in this regard is mainly historical, the Administrative Law Judge's ultimate finding the claimant should avoid any heavy lifting and prolonged standing or walking is consistent with his reported limitations and what is medically reasonable. Even assuming the claimant has repeat knee surgery, it is expected he will realize good results, within a short period of time.

The claimant's most significant complaints are due to a history of surgery. In November 2004, he visited the emergency room complaining of back pain after lifting 10 to 15 pounds. He was treated for acute myofascial strain and released home (Exhibit 3F).

On November 6, 2004, the claimant was evaluated by W. Pinchback, Jr., M.D., neurosurgeon. The claimant complained of back and off-on radicular-type pain. An x-ray of the lumbar spine showed slight narrowing at the L5/S1 disc space. Dr. Pinchback recommended aggressive physical therapy and numerous medications. On January 12, 2005, the claimant returned to Dr. Pinchback stating his back and occasional radicular leg pain was no better. He was referred for a lumbar MRI which showed marked desiccation at L5/S1, with a small broad based disc herniation, which was probably contacting with the S1 nerve root. Dr. Pinchback suggested surgery. On February 8, 2005, the claimant underwent a lumbar laminectomy and fusion at L5/S1, without complication (Exhibits 3F, 5F and 9F).

On April 20, 2005, about 10 weeks post-operative, the claimant returned on follow-up. He told Dr. Pinchback he was doing very well and not have any pain. Dr. Pinchback suggested he do lots of walking. On follow-up on June 22, 2005, the claimant again reported doing well, except for the fact he had a little bit of back pain after doing some yard work. By September 21, 2005, Dr. Pinchback opined the claimant was progressing well. The claimant was not complaining of any back or leg pain or discomfort. An x-ray showed union and good hardware alignment. He was referred for physical therapy (Exhibit 6F).

The evidence shows by at least September 21, 2005, about 10 months post-surgery, the claimant had achieved fusion/union, denied any back or leg pain and overall had progressed nicely. There is no objective medical or "other" basis for a finding the claimant's history of back pain and surgery precluded all work activity for a continuous 12-month period. The claimant did not return to Dr. Pinchback or any treating source with any back-related complaints for nearly one year thereafter.

On May 6, 2005, the claimant was referred to J. O'Colley, M.D., for a consultative examination. He was about 12 weeks post-surgery and still recuperating. On examination, range of motion, mobility and overall physical abilities were not yet at maximal capacity/ability. The claimant told Dr. O'Colley surgery helped, but he was still having pain. At this point in time, he reported he was able to walk two to three blocks and sit 30 to 45 minutes, an improvement in his level of functioning prior to back surgery. At the time of the evaluation, the claimant was still using a cane to assist in ambulation. He was wearing bilateral knee braces, prescribed by the VA. He reported he had a lumbar brace, but it was at home. Dr. O'Colley's impressions were status-post lumbar surgery, improving, with no evidence of radiculopathy, and degenerative joint disease of the knees. Dr. O'Colley opined the claimant could stand and walk four to six hours, in an eight-hour day, for 30 to 45 minutes at one time, and sit for six hours, with routine breaks. He opined

**23**

the claimant can lift and carry a maximum of 10 pounds occasionally and five pounds frequently. He can pull 20 pounds occasionally and 10 pounds frequently. He can occasionally bend, stoop and kneel, but should not crouch. He can ascend a flight of step slowly. He opined the claimant has no manipulative, visual, environmental or communicative limitations (Exhibit 7F).

Thereafter, the claimant apparently attempted a return to work, but the jobs he obtained either required prolonged standing and walking or repetitive bending and stooping, which he could not tolerate. In July 2006, about one and a half year after his surgery, the claimant visited the VA clinic complaining of back pain. He was working as a security guard, which required prolonged standing and walking, for 12-hour shifts. He was prescribed Toradol, Flexeril and a few Lortab (Exhibit 10F). In August 2006, nearly one year since his last visit to Dr. Pinchback, he returned complaining of back pain. He told Dr. Pinchback he had been doing okay, but tried to return to work as a security guard and was not able to do that work because of the prolonged standing and walking. He was referred for a lumbar MRI which showed post-operative changes, but no other significant findings. By August 14, 2006, the claimant reported to Dr. Pinchback his back felt better. Dr. Pinchback felt the claimant's symptoms were related to chronic lumbar strain and recommended a course of physical therapy (Exhibit 11F).

At the hearing, the claimant testified he tried to work, but the security guard job required prolonged standing and walking (12-hour shifts) and the probation officer position required he lift, carry and file away case files. He testified he could not perform the repetitive bending and stooping associated with the latter job. He testified he is enrolled in college and working towards a degree in criminal justice. Most of his studies are on the internet. He testified he still has muscle spasms and back stiffness. He testified when he has spasms, he needs to lie down. He testified he has about four spasms per week. He takes prescribed Darvocet, but it makes him tired. He testified he did well in the past with knee surgery and has been recommended to see at orthopedist at the VA for another possible knee surgery. He estimated he can walk about one block, then needs to stop due to back pain. He estimate he can stand about 30 minutes and sit about 30 minutes, but then needs to reposition.

The claimant's testimony is partially credited, but not fully credited. Based on the objective medical evidence, he received excellent surgical results. He did not visit with his treating surgeon or any treating source for nearly one year after his surgery. The claimant specifically denied any back or radicular pain, status-post surgery. Once he started working as a security guard and engaged in prolonged standing and walking for 12-hour shifts, he had an exacerbation of pain and returned to treatment. A repeat MRI was negative. Dr. Pinchback's impression was back strain and he referred the claimant for physical therapy. By all indication, his latter exacerbation resolved once he stopped engaging in work activity beyond his physical abilities. There is no objective medical or "other" credible basis for a finding the claimant's symptoms have persisted at the degree of severity he alleges for any continuous 12-month period. He has not complained of adverse medication side affects to any treating source.

After considering the evidence of record, the undersigned finds that the claimant's medically determinable impairments could reasonably be expected to produce the alleged symptoms, but that the claimant's statements concerning the intensity, persistence and limiting effects of these symptoms are not entirely credible.

See Next Page

There are no treating source assessments for the undersigned to consider. Dr. Pinchback has encouraged the claimant to walk as much as possible. For his latter exacerbation of pain, he recommended physical therapy. Dr. O'Colley, the examining consultative physician, opined the claimant is precluded from any heavy, strenuous work, but is able to perform a range of light and sedentary work, with some postural limitations (Exhibit 7F). The non-examining state agency program physician opined the claimant retains the residual functional capacity to perform a near full range of light work activity (Exhibit 8F). Dr. Greene, the claimant's treating neurologist, opined the claimant retains the residual functional capacity to perform a range of light and sedentary work activity, generally consistent with the opinion of Dr. O'Colley (Exhibit 15F). Dr. Greene's opinion the claimant would be absent four days per month due to headache pain is not persuasive, for reasons explained earlier in this decision. Overall, Dr. Greene's opinion is found not to be the best assessment of the claimant's ability to perform work activity, considering he only treated the claimant for headache pain. Dr. Greene is not in a position to evaluate how the claimant's back and/or knee condition affects his ability to work. After careful consideration to all the evidence, the Administrative Law Judge is fully persuaded by the opinion of Dr. O'Colley, the examining consultative physician, which is adopted herein. Dr. O'Colley's opinion is consistent with and supported by the evidence as a whole and is reasonable while considering the claimant's impairment(s). Even though the claimant had not fully recuperated from lumbar surgery at the time Dr. O'Colley examined him, the limitations assessed seem medically reasonable. The opinion of the non-examining state agency program physician is not persuasive because it requires the claimant engage in prolonged standing and walking, which he has demonstrated he is not capable of doing.

**6.   The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

Mr. Strader, the impartial vocational expert witness at the hearing, described the claimant's past relevant work as a helicopter mechanic and logistics manager as medium in exertion and skilled and computer information technician (state government) and assistant store manager (video rental) as light in exertion and semi-skilled. Based on the claimant's residual functional capacity as defined, Mr. Strader testified he would not be able to perform his past work.

**7.   The claimant was born on February 6, 1972, and was 32years old, which is defined as a younger individual age 18-44, on the alleged disability onset date (20 CFR 404.1563).**

**8.   The claimant has at least a high school education and is able to communicate in English (20 CFR 404.1564).**

**9.   Transferability of job skills is not material to the determination of disability because using the Medical-Vocational Rules as a framework supports a finding that the claimant is "not disabled," whether or not the claimant has transferable job skills (See SSR 82-41 and 20 CFR Part 404, Subpart P, Appendix 2).**

**10.  Considering the claimant's age, education, work experience, and residual functional capacity, there are jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

See Next Page

In determining whether a successful adjustment to other work can be made, the undersigned must consider the claimant's residual functional capacity, age, education, and work experience in conjunction with the Medical-Vocational Guidelines, 20 CFR Part 404, Subpart P, Appendix 2. If the claimant can perform all or substantially all of the exertional demands at a given level of exertion, the medical-vocational rules direct a conclusion of either "disabled" or "not disabled" depending upon the claimant's specific vocational profile (SSR 83-11). When the claimant cannot perform substantially all of the exertional demands of work at a given level of exertion and/or has nonexertional limitations, the medical-vocational rules are used as a framework for decisionmaking unless there is a rule that directs a conclusion of "disabled" without considering the additional exertional and/or nonexertional limitations (SSRs 83-12 and 83-14). If the claimant has solely nonexertional limitations, section 204.00 in the Medical-Vocational Guidelines provides a framework for decisionmaking (SSR 85-15).

If the claimant had the residual functional capacity to perform the full range of light or sedentary work, a finding of "not disabled" would be directed by Medical-Vocational Rules 202.21 and 201.28. However, the claimant's ability to perform all or substantially all of the requirements of these levels of work has been impeded by additional limitations. To determine the extent to which these limitations erode the unskilled light occupational base, the Administrative Law Judge asked the vocational expert whether jobs exist in the national economy for an individual with the claimant's age, education, work experience, and residual functional capacity. Mr. Strader persuasively testified that given all of these factors the individual would be able to perform the requirements of representative occupations such as sedentary dispatcher (SVP3), 1300 jobs in the state of Alabama and 81,800 jobs in the United States; sedentary shipping and receiving clerk (SPV3), 1700 jobs in Alabama and 110,900 jobs in the United States; and, sedentary cashier (SVP3), 12,200 jobs in Alabama and 708,300 jobs in the United States, as examples.

Mr. Strader testified that none of the jobs, in the incidence cited, require the performance of job duties precluded by the claimant's residual functional capacity, as defined. Finally, pursuant to SSR 00-4p, the vocational expert's testimony is consistent with the information contained in the *Dictionary of Occupational Titles*.

The Administrative Law Judge is persuaded by the testimony of the vocational expert and concludes that, considering the claimant's age, education, work experience, and residual functional capacity, the claimant has been capable of making a successful adjustment to other work that exists in significant numbers in the national economy. A finding of "not disabled" is therefore appropriate under the framework of the above-cited rules and Social Security Rulings 83-12, 96-2p and 85-15.

**11. The claimant has not been under a disability, as defined in the Social Security Act, from November 29, 2004, through the date of this decision (20 CFR 404.1520(g)).**

Tyron Works (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)                                Page 10 of 10

26

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on December 29, 2004, the claimant is not disabled under sections 216(i) and 223(d) of the Social Security Act.

_William G. Reamon_ (signature)

William G. Reamon
Administrative Law Judge

**APR 17 2007**
Date



**SOCIAL SECURITY ADMINISTRATION** _____ **27**

Refer To:
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
Tyron Works

Office of Disability Adjudication and Review
405 South 7th St
Paducah, KY 42003
Tel: (270)443-0440 / Fax: (270)441-7911

March 8, 2007

Tyron Works
435 Lurene Circle
Montgomery, AL 36109

## NOTICE OF HEARING

I have scheduled your hearing for:

| **Day:** | Thursday | **Date:** | March 22, 2007 | **Time:** 9:45 AM Central (CST) |
| --- | --- | --- | --- | --- |
| **Room:** | HR 1 | **Address:** | Montgomery H R 1  O D A R 3381 Atlanta Highway Montgomery, AL 36109 | |

## It Is Important That You Come To Your Hearing

## YOU MUST BRING A PICTURE ID TO THE HEARING

I have set aside this time to hear your case.  If you do not appear at the hearing and I do not find that you have good cause for failing to appear, I may **dismiss** your request for hearing.  I may do so without giving you further notice.

## Complete The Enclosed Form

Please complete and return the enclosed acknowledgment form to let me know you received this notice.  Use the enclosed envelope to return the form to me within 5 days of the date you receive this notice.  We assume you got this notice 5 days after the date on it unless you show us that you did not get it within the 5-day period.

## If You Cannot Come to Your Scheduled Hearing

If you cannot come to your hearing at the time and place I have set, call this office immediately.  Also mail in the form right away.

**See Next Page**

If you object to the set time and place, but do not request a change at the earliest possible opportunity at which you could do so before the time set for the hearing, I will rule on your request based on our standards for deciding if there is a good reason for not timely filing a request and our standards for deciding if there is a good reason for changing the time and place of a scheduled hearing. I will apply these standards in considering any objection to the set time and place that is not timely submitted.

To request a change, you must state why you object to the time or place set. You also must state the time and place you want the hearing held. You should do this in writing if at all possible.

If I find you have a good reason, I will reschedule the hearing for a time and place I set. I will also mail you another notice at least 20 days before the date of the hearing.

**Travel Costs**

When you, a representative, or needed witnesses will travel more than 75 miles one way to the hearing, we can pay certain travel costs. I am enclosing a sheet telling about our rules for doing that. Please call me if you want more information.

**Issues I Will Consider In Your Case**

The hearing concerns your application of July 18, 2005, for a period of disability and Disability Insurance Benefits under sections 216(i) and 223(a) of the Social Security Act.

I will decide if you have enough earnings under Social Security to be insured for Disability Insurance Benefits. If you do, I must decide if you became disabled while insured.

Under the Act, I may find you disabled for those benefits only if you have a physical or mental impairment that:

- has prevented you from doing any substantial gainful work; and

- has lasted 12 straight months or can be expected to last for that time or result in death

To decide if you are disabled, I will follow a step-by-step process until I can make a decision. The issues in this process concern:

- any work you have done since you got sick;

- the severity of your impairment(s); and

- your ability to do the kind of work you did in the past and, considering your age, education and work experience , any other work that exists in the national economy.

See Next Page

Our regulations explain the rules for deciding if you are disabled and, if so, when you came disabled. These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart P.

## More About The Issues

If I find that drug addiction and/or alcoholism is an issue, I also will decide whether it is a contributing factor material to the determination of your disability. Further, if drug addiction or alcoholism is a contributing factor material to the determination of your disability, I will find you not disabled pursuant to Sections 223(d)(2) and 1614(a)(3) of the Social Security Act as amended by Public Law 104-121.

If you qualify for benefits based on disability, I will also decide if your disability continues. I will consider whether there has been any medical improvement in your impairment(s) or whether one of the exceptions to medical improvement stated in the regulations applies. Unless certain exceptions apply, I will find you still disabled if you have not become able to work.

## Remarks

A vocational expert will testify at your hearing.

## If You Have Objections

If you object to the issues I have stated, or to any other aspect of the scheduled hearing, you must tell me in writing why you object. You must do this at the earliest possible opportunity before the hearing.

## You May Submit Additional Evidence And Review Your File

If there is more evidence you want to submit, get it to me right away. If you cannot get the evidence to me before the hearing, bring it to the hearing. If you want to see your file before the date of the hearing, call this office.

## Your Right To Request a Subpoena

I may issue a subpoena that requires a person to submit documents or testify at your hearing. I will issue a subpoena if it is reasonably necessary for the full presentation of your case.

If you want me to issue a subpoena, you must submit a written request. You should submit the request as soon as possible before the hearing. The request must identify the needed documents or witnesses and their location, state the important facts the document or witness is expected to prove, and indicate why you cannot prove these facts without a subpoena.

See Next Page

## What Happens At The Hearing

- You may review your file.  If you wish to do so, please arrive 30 minutes before the time set for the hearing.  Call us if you want more time.

- You will have a chance to testify and tell me about your case.

- You (and your representative) may submit documents, present and question witnesses, state your case, and present written statements about the facts and law.

- I will question you and any other witnesses about the issues.  You and any other witnesses must normally testify under oath or affirmation.

- We will make an audio recording of the hearing.

## My Decision

After the hearing, I will issue a written decision explaining my findings of fact and conclusions of law.  I will base my decision on all the evidence of record, including the testimony at the hearing.  I will mail a copy of the decision to you.

## If You Have Any Questions

If you have any questions, please call or write this office.  Our telephone number and address are shown on the first page of this notice.

William G. Reamon
Administrative Law Judge

Enclosures

cc: S. Kay Dansby
    4216 N Carmichael Ct
    Po Box 11352
    Montgomery, AL 36111-0352

## When we can pay travel expenses

If you must travel more than 75 miles one way from your home or office to attend the hearing, we can pay certain costs. Here are the rules that apply:

- We can pay your transportation expenses such as the cost of a bus ticket or expenses for driving your car.

- In certain circumstances, you may need meals, lodging, or taxicabs. The Administrative Law Judge (ALJ) must approve these special travel costs **before the hearing unless** the costs were unexpected and unavoidable.

- The ALJ may also approve payment of similar travel expenses for your representative and any witnesses he or she determines are needed at the hearing.

- You must submit a written request for payment of travel expenses to the ALJ at the time of the hearing or as soon as possible after the hearing. List what you spent and include supporting receipts. If you requested a change in the scheduled location of the hearing to a location farther from your residence, we cannot pay you for any **additional** travel expenses.

- If you need money for travel costs in advance, you should tell the ALJ as soon as possible **before the hearing**. We can make an advance payment only if you show that without it you would not have the funds to travel to or from the hearing.

- If you receive travel money in advance, you must give the ALJ an itemized list of your actual travel costs and receipts within 20 days after your hearing.

- If we gave you an advance payment that is more than the amount you are due for travel costs, you must pay back the difference within 20 days after we tell you how much you owe us.

BJ

# SOCIAL SECURITY ADMINISTRATION    258025

## DISABILITY DETERMINATION AND TRANSMITTAL

32

| 1. DESTINATION | | | | | 2. DDS CODE | 3. FILING DATE | 4. SSN | | BIC (if CDB or DWB CLAIM) |
|---|---|---|---|---|---|---|---|---|---|
| DDS [X] | ODD [ ] | DRS [ ] | DQB [ ] | INTPSC [ ] | S01 | 01/10/05 | 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 | | |

| 5. NAME AND ADDRESS OF CLAIMANT (include ZIP Code) | 6. WE's NAME (if CDB or DWB CLAIM) |
|---|---|
| TYRON WORKS<br>435 LURENE CIRCLE<br>MONTGOMERY AL 36109 | |

7. TYPE CLAIM (Title II)

| DIB | FZ | DWB | CDB-R | CDB-D | RD-R | RD-D | RD | P-R | P-D | MQFE |
|---|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

8. TYPE CLAIM (Title XVI)

| DI | DS | DC | BI | BS | BC |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| 9. DATE OF BIRTH | 10. PRIOR ACTION | | |
|---|---|---|---|
| 02/06/72 | | PD [ ] | PT [ ] |

| 11. REMARKS |
|---|
| (334)279-8671<br>RECEIPTED 01/18/05<br>AOD 11/29/04<br>DLI 12/31/08 |

| 12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP Code) | DO-BO CODE |
|---|---|
| 2450 PRESIDENTS DRIVE<br>MONTGOMERY AL 36116-1616<br><br>(334) 223-7183 | 623 |

| 13. DO-BO REPRESENTATIVE | 14. DATE | 11A. Presumptive Disability _____ | 11B. Impairment _____ |
|---|---|---|---|

## DETERMINATION PURSUANT TO SOCIAL SECURITY ACT, AS AMENDED

| 15. CLAIMANT DISABLED | 16A. PRIMARY DIAGNOSIS | BODY SYS. 01 | CODE NO. 7240 | 16B. SECONDARY DIAGNOSIS | CODE NO. 7330 |
|---|---|---|---|---|---|
| A. [ ] Disability Began<br>B. [ ] Disability Ceased | Degenerative Disc Disease | | | Degenerative Joint Disease | |

| 17. DIARY TYPE | MO./YR. | REASON |
|---|---|---|

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)   19. CLAIMANT NOT DISABLED

| A. [ ] Not Disab. for Cash Bene. Purp. | B. [ ] Disab. for Cash Benefit Purp. Beg. | A. [X] Through Date of Current Determination | B. [ ] Through _____ | C. [ ] Before Age 22 (CDB only) |
|---|---|---|---|---|

| 20. VOCATIONAL BACKGROUND | OCC. YRS. 02 | ED YRS. 15 | 21. VR ACTION | SC IN A. [ ] | SC OUT B. [X] | Prev Ref C. [ ] |
|---|---|---|---|---|---|---|

| 22. REG-BASIS CODE E3-1509 | 23. MED LIST NO. | 24. MOB CODE | 25. REVISED DET [ ] | 25A. Initial A. [X] | Recon B. [ ] | Recon DHU C. [ ] | ALJ Hearing D. [ ] | Appeals Council E. [ ] | U.S. District Court F. [ ] |
|---|---|---|---|---|---|---|---|---|---|

| 26. LIST NO. > A. | B. | C. | D. | E. | F. |
|---|---|---|---|---|---|

27. RATIONALE

[X] See Attached SSA-4268-U4/C4     [ ] Check if Vocational Rule Met. Cite Rule >

28.

| A. [ ] Period of Disability | B. [ ] Disability Period | C. [ ] Estab Beg. ___ AND | D. [ ] Continues | E. [ ] Term ___ |
|---|---|---|---|---|

| 29. LTR/PAR NO. | 30. DISABILITY EXAMINER-DDS | 31. DATE | 32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE | 33. DATE |
|---|---|---|---|---|
| DDS/DL 443R | Beth E Jones | 05/19/05 | | 05/19/05 |
| | 32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type) | | | 32B. SPEC. CODE 19 |

| 34. REMARKS | MULTIPLE IMPAIRMENTS CONSIDERED |
|---|---|
| | 34A. COMBINED MULTIPLE NONSEVERE-SEVERE |
| | 34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE |

| 35. BASIS CODE | 36. REV.DET. CODES | 37. SSA REPRESENTATIVE | SSA CODE | 38. DATE |
|---|---|---|---|---|
| | | | | |

Form  SSA-831-U3   (3/89 - AL 5/93)                    Electronic Input: [ ] DECISION   [ ] CASE CONTROL

Social Security Administrat

EXPLANATION OF DETERMINATION                    33

| Name of Claimant | W/E's Name (If CDB or DWB) | SSN | Type of Claim |
|---|---|---|---|
| TYRON WORKS | | 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 | INDIB |

The evidence listed was used in evaluating your claim.

    Warner L Pinchback Jr MD Report Received 02/08/05
    Warner L Pinchback Jr MD Report Received 04/19/05
    ADVANCED MEDICAL IMAGING CTR Report Received 01/31/05
    Iliana Arellano MD Report Received 02/11/05
    BAPTIST MEDICAL CENTER SOUTH Report Received 04/18/05
    BAPTIST MEDICAL CENTER EAST Report Received 01/28/05
    JEFFERSON UNDERWOOD III MD Report Received 02/07/05
    VETERANS ADMINISTRATION Report Received 01/25/05
    MDSI PHYSICIAN GROUP INC Consultative Exam 05/06/05

In addition to the reports listed, information that you and others
provided about how your condition(s) affects your ability to function was
considered.

We have determined that your condition is not expected to remain severe
enough for 12 months in a row to keep you from working.  In deciding this
we considered the medical evidence, your statements and how your
condition affected your ability to work.

You state you became disabled on 11/29/04 because of heart problems, back
problems and problems with your knees.  In order to be eligible for
disability benefits, you must have a disabling condition(s) that is
expected to last for twelve (12) consecutive months.  The evidence
indicates your condition keeps you from working at the present time.
Based on your age and education, within twelve (12) months from the onset
of your condition, you should have the ability to return to your past
work as a/an I T Tech as this job is normally performed in the national
economy.

If your condition does not improve as expected, write, call or visit any
Social Security office.

In evaluating this claim, we have considered the opinions and comments
about the condition(s) provided by the treating doctor/consulting
physician.  However, the decision was not made only on the treating
doctor's/consulting physician's opinion because there were other more
detailed medical findings or tests that led to this decision.

I1  -  BJ

**SOCIAL SECURITY ADMINISTRATION**

31

Refer To:
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
Tyron Works

Office of Disability Adjudication and Review
405 South 7th St
Paducah, KY 42003
Tel: (270)443-0440 / Fax: (270)441-7911

March 8, 2007

S. Kay Dansby, P C
4216 N Carmichael Ct
Po Box 11352
Montgomery, AL 36111-0352

Dear S. Kay Dansby:

In reviewing the file in the above case there was an indication that the claimant has undergone recent medical treatment or vocational rehabilitation.

If you wish the records of that treatment to be considered, please send the evidence to the Paducah Hearing Office as soon as possible but at least one week before the claimant's scheduled hearing.

Your cooperation is appreciated.

Sincerely yours,

William G. Reamon
Administrative Law Judge

cc: Tyron Works
    435 Lurene Circle
    Montgomery, AL 36109



35

Social Security Administration
Office of Disability Adjudication and Review

Form Approved
OMB No.0960-0292

## CLAIMANT'S RECENT MEDICAL TREATMENT

| A. To be completed by Hearing Office staff | | |
|---|---|---|
| Claimant's Name:<br>Tyron Works | SSN:<br>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 | The last time your case was brought up-to-date: |

**B. To be completed by claimant**

## Please Answer the Following Questions:

1) Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date?  ☐ Yes  ☐ No

*(List the names and addresses of doctors who have treated or examined you since the above date and the dates of treatment or examination. If possible, you should submit an updated report from these doctors to the Administrative Law Judge prior to the date of your hearing.)*

| DOCTORS' NAME(S) | ADDRESS(ES) | DATE(S) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

2) What have these doctors told you about your condition?

_____

_____

_____

_____

_____

3) Have you been hospitalized since the above date?        ☐ Yes  ☐ No
*(If so, please state the name and address of the hospital, the reasons why you were hospitalized and the nature of the treatment you received.)*

| Name of Hospital | Address of Hospital (include ZIP code) |
|---|---|
| | |
| | |

If more space is needed use the back of the form

**PLEASE READ THE PRIVACY ACT
STATEMENT ON THE NEXT PAGE**

Form **HA-4631** (8-1996) ef (10-2004)
Issue Old Stock

36

Social Security Administration
Office of Disability Adjudication and Review

Form Approved
OMB No.0960-0289

## CLAIMANT'S MEDICATIONS

**A. To be completed by Hearing Office**

| Claimant and Social Security Number:<br><br>Tyron Works  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 | Wage Earner and Social Security Number<br>(Leave blank if same as claimant): | The last time we brought your case up-to-date was: |
|---|---|---|

**B. To be completed by the claimant**

## PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING, IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

_____

If more space is needed use additional sheets

**PLEASE READ THE PRIVACY ACT
STATEMENT ON THE NEXT PAGE**

Form **HA-4632** (2-1994) ef (10-2004)
Use Until Stock Is Exhausted

**37**

Social Security Administration
Office of Disability Adjudication and Review

Form Approved
OMB No.0960-0300

## CLAIMANT'S WORK BACKGROUND

A. To be completed by Hearing Office

| Claimant and Social Security Number:<br><br>Tyron Works  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 | Wage Earner and Social Security Number (Leave blank if same as claimant): | The last time we brought your case up-to-date was: |
|---|---|---|

B. To be completed by the claimant

## PLEASE PRINT

Start with your most recent job, and list that and any work performed within the past 15 years.

| DATE OF EMPLOYMENT (APPROXIMATELY) | NAME OF EMPLOYER AND LOCATION OF EMPLOYMENT | DUTIES PERFORMED |
|---|---|---|
| FROM | | |
| TO | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |

| **PLEASE READ THE PRIVACY ACT STATEMENT ON THE NEXT PAGE** | If more space is needed use additional sheets |
|---|---|

Form **HA-4633** (3-1994) ef (10-2004)
Issue Old Stock

38

## PRIVACY ACT AND PAPERWORK ACT NOTICE

The Social Security Act (sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (C), as appropriate) authorizes the collection of information on this form.  We will use the information on your work background to help us decide if we need to obtain more information.  You do not have to give it, but if you do not you may not receive benefits under the Social Security Act.  We may give out the information on this form without your written consent, if we need to get more information to decide if you are eligible for benefits or if a Federal law requires us to do so.  Specifically, we may provide information to another Federal, State, or local government agency which is deciding your eligibility for a government benefit or program; to the President or Congressman inquiring on your behalf; to an independent party who needs statistical information for a research paper or audit report on a Social Security program; or to the Department of Justice to represent the Federal Government in a court suit related to a program administered by the Social Security Administration.

We may also use the information you give us when we match records by computer.  Matching programs compare our records with those of other Federal, State, or local government agencies.  Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government.  The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security Offices.  If you want to learn more about this, contact any Social Security office.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form **HA-4633** (3-1994) ef (10-2004)

39

## <u>RESUME</u>

### ROBERT N. STRADER

Two Portofino Drive, #1305
Pensacola Beach, Florida 32561
850/916-2585
Cell: 504/452-5095

EMPLOYMENT HISTORY:

June, 1992 – Present
Self-employed as a Vocational Consultant
Identify transferable job skills, locate alternative
jobs, provide guidance, administer tests and
provide job placement services to injured workers.

March, 1973 – October, 1981
Vocational Rehabilitation Counselor
State of Louisiana
Provided rehabilitation services to the handicapped.

October, 1981 – January, 1990
Rehabilitation District Supervisor
State of Louisiana
Office Manager and Supervisor of seven counselors

February, 1990 – May, 1992
Vocational Consultant
Crawford Health & Rehabilitation
Provided vocational guidance and job placement
services to injured workers.

EDUCATION:

Masters Degree in Counseling
Loyola University, New Orleans, LA
Bachelor of Science in Education
Southeastern Louisiana University, Hammond, LA

CERTIFICATION:

Licensed Rehabilitation Counselor (#135)
Qualified as an Expert Witness for the court
systems in Orleans, Jefferson and Terrebonne
Parishes of Louisiana. I have been a Vocational
Expert with the Social Security Administration
since 1990.

Social Security Administration                                          Form Approved
  **Please read the back of the last copy before you complete this form**        OMB No. 0960-0527

| Name (Claimant) **(Print or Type)** | Social Security Number | **40** |
| Tyron Works | 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 | |
| Wage Earner (If Different) | Social Security Number | |

**Part I**                        **APPOINTMENT OF REPRESENTATIVE**

I appoint this person,  S. Kay Dansby

to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II          ☒ Title XVI        ☐ Title FMSHA        ☐ Title XVIII           ☐ Title XII
   (RSDI)              (SSI)                (Black Lung)         (Medicare Coverage)      (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or
information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☐     I am appointing, or I now have, more than one representative.  My main representative is

_____
                               (Name of principal Representative)

| Signature (Claimant) | Address |
| *Tyron Works* | 435 Lurene Circle Montgomery, AL 36109 |
| Telephone Number (with Area Code) | Date |
| (334)279-8671 | July 13, 2005 |

**Part II**                       **ACCEPTANCE OF APPOINTMENT**

I,  S. Kay Dansby                                              , hereby accept the above appointment.  I certify that I
have not been suspended or prohibited from practice before the Social Security Administration; that I am not
disqualified from representing the claimant as a current or former officer or employee of the United States; and that I
will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been
approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this
form.  If I decide not to charge or collect a fee for the representation, I will notify the Social Security
Administration.  (Completion of Part III satisfies this requirement.)

☒ I am an attorney.          ☐ I am not an attorney.              (Check one.)

| Signature (Representative) | Address |
| *S Kay Dansby* | P. O. Box 11352, Montgomery, AL  36111-0352 |
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date |
| (334) 834-7001 | (334) 834-7002 | 07/13/2005 |

**Part III (Optional)**                    **WAIVER OF FEE**

I waive my right to charge and collect a fee under Section 206 and 1631(d)(2) of the Social Security Act.  I release
my client (the claimant) from any obligations, contractual or otherwise, which may be owed to me for services I
have provided in connection with my client's claim(s) or asserted right(s).

| Signature (Representative) | Date |
| | |

**Part IV (Optional)**                **WAIVER OF DIRECT PAYMENT**

**I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability
insurance or black lung benefits of my client (the claimant).  I do not waive my right to request fee approval
and to collect a fee directly from my client or a third party.**

| Signature (Representative) | Address |
| | |

Form SSA-1696-U4 (4-2002) EF (4-2002)        (See Important Information on Reverse)        FILE COPY
Destroy Prior Editions

**41**

## FEE AGREEMENT

This Agreement is entered into this 07/13/2005, between S. Kay Dansby, Attorney, and Tyron Works, Social Security No. 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.

It is agreed that S. Kay Dansby has been employed to act as my attorney for me in my claim for Social Security benefits.

We understand that for a fee to be payable, the Social Security Administration (SSA) must approve any fee my attorney charges or collects from me for services my representative provides in proceedings before SSA in connection with my claim(s) for benefits.

We agree that if SSA favorably decides the claim(s), I will pay my representative a fee equal to the lesser of 25 percent of the past-due benefits resulting from my claim(s) or $5,300.00.

I further agree to contact the attorney's office within three (3) business days after receiving my first installment of past due benefits. I further agree that, if any portion of the fee or expenses I am to pay is not paid in a timely manner, and further action is necessary for collection, then I agree to pay additional reasonable attorney's fees, interest, and costs of collection.

We further understand that Social Security past-due benefits are the total amount of money to which I and (and my auxiliary beneficiaries) become entitled through the month before the month SSA effectuates a favorable administrative determination or decision on my Social Security claim and that Supplemental Security Income (SSI) past-due benefits are the total amount of money for which I become eligible through the month SSA effectuates a favorable administrative determination or decision on my SSI claim. We further understand that the fee for both claims may not exceed the lesser of $5,300.00 or 25 percent of the combined past-due benefits.

I further agree to pay S. Kay Dansby any costs which may be incurred in the preparation of my claim, including, but not limited to, the cost of medical reports, medical examinations, vocational evaluations, or any other costs which are necessary in my case. I understand that I am responsible for the payment of all costs whether or not I receive any benefits from SSA.

I acknowledge that no representation has been made as to the outcome of my claim, nor has any representation been made as to the amount of any award. I further acknowledge that I have read, or have been read, this agreement, that I understand and accept its terms and conditions, and that I have received a signed copy of this agreement.


_S. Kay Dansby_ _____          _Tyron Works_ _____
S. Kay Dansby                              Tyron Works

**SOCIAL SECURITY ADMINISTRATION**                                                    **42**

Refer To: Tyron Works                              Office of Hearings and Appeals
          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                              3381 Atlanta Highway
                                                   Montgomery, Alabama 36109
                                                   Tel: (334) 223-7503 / Fax: (334) 223-7069

                                                   October 26, 2006

S. Kay Dansby
P.O. Box 11352
Montgomery, AL 36111

Dear Ms. Dansby:

A request for a Social Security disability hearing has been filed by the claimant, and the record shows that you are representing this person.  A copy of the exhibit list is enclosed. To examine the file, please contact us by telephone or fax at least two days prior to your planned review.

It is the claimant's responsibility to provide medical evidence showing that he or she has an impairment(s) and how severe it is during the time he or she alleges disability (20 CFR §404.1512(c)).  Please provide all medical records (not duplicates) from one year prior to the alleged onset date to the present and any other relevant records (including school records) unless they are already in the file.

As soon as we receive these records, we will review your case to determine if we can make a fully favorable decision without a hearing. If we cannot make a decision on the record, we will schedule your case for hearing. Therefore, it is to your advantage to submit the evidence as soon as possible.

                                                   Sincerely yours,


                                                   Charles Thigpen
                                                   Administrative Law Judge

Cc:   Tyron Works
      435 Lurene Circle
      Montgomery, AL 36109

SOCIAL SECURITY ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS

JUL 18 2005

Form Approved
OMB No. 0960-0269

43

# REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE
*(Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records)*

See
Privacy Act Notice

| 1. CLAIMANT | 2. WAGE EARNER, IF DIFFERENT | 3 SOC. SEC CLAIM NUMBER | 4. SPOUSE'S CLAIM NUMBER |
|---|---|---|---|
| Tyron Works | | 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 | - - |

**5. I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE.** I disagree with the determination made on my claim because:

## I am disabled within the meaning of the Social Security Act.

An Administrative Law Judge of the Office of Hearings and Appeals will be appointed to conduct the hearing or other proceedings in your case. You will receive notice of the time and place of a hearing at least 20 days before the date set for a hearing.

| 6. I have additional evidence to submit. ☐ Yes ☐ No | 7. Check one of the blocks: |
|---|---|
| Name and address of source of additional evidence: _____ _____ _____ (Please submit it to the hearing office within 10 days. Your servicing Social Security Office will provide the address. Attach an individual sheet if you need more space.) | ☒ I wish to appear at a hearing. ☐ I do not wish to appear at a hearing and I request that a decision be made based on the evidence in my case. (Complete Waiver Form HA-4608) |

You have a right to be represented at the hearing. If you are not represented but would like to be, your Social Security office will give you a list of legal referral and service organizations. (If you are represented and have not done so previously, complete and submit for SSA-1696 (Appointment of Representative).)

You should complete No. 8 and your representative (if any) should complete No. 9. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 9.]

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| 8. (CLAIMANT'S SIGNATURE)    (DATE) 7/13/05 | 9. (REPRESENTATIVE'S SIGNATURE/NAME    (DATE) 7/13/05 |
|---|---|
| *Tyron Works* | S Kay Dansby |
| ADDRESS 435 Lurene Circle | (ADDRESS) ☒ ATTORNEY; ☐ NON ATTORNEY P.O. Box 11352 |
| CITY Montgomery   STATE AL   ZIP CODE 36109 | CITY Montgomery   STATE AL   ZIP CODE 36111-0352 |
| TELEPHONE NUMBER (334)279-8671   FAX NUMBER ( ) - | TELEPHONE NUMBER (334)834-7001   FAX NUMBER (334) 834-7002 |

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION-ACKNOWLEDGMENT OF REQUEST FOR HEARING

10. Request received for the Social Security Administration on _____ (Date) by: _____ (Print Name)

_____ (Title)    _____ (Address)    _____ (Servicing FO Code)    _____ (PC Code)

11. Was the request for hearing received within 65 days of the reconsidered determination? ☐ YES ☐ NO

If no is checked, attach claimant's explanation for delay; and attach copy of appointment notice, letter, or other pertinent material or information in the Social Security office.

12. Claimant is represented    ☐ Yes ☐ No
☐ List of legal referral and service organizations provided

13. Interpreter needed    ☐ Yes ☐ No
Language (including sign language): _____

14. Check one:    ☐ Initial Entitlement Case
☐ Disability Cessation Case
☐ Other Postentitlement Case

16. HO COPY SENT TO: _____ HO on _____
☐ CF Attached:    ☐ Title II;   ☐ Title XVI;   ☐ Title VIII; or
☐ Title II CF held in FO to establish CAPS ORBIT; or
☐ CF requested    ☐ Title II;   ☐ Title XVI;   ☐ Title VIII
(Copy of teletype or phone report attached)

17. CF COPY SENT TO: _____ HO on _____
☐ CF Attached:    ☐ Title II;   ☐ Title XVI
☐ Other Attached: _____

15. Check all claim types that apply:

ADMINISTRATIVE LAW JUDGE

OCT 11 2005

REGION IV
MONTGOMERY

| | |
|---|---|
| ☐ RSI only | (RSI) |
| ☐ Title II Disability-Worker or Child only | (DIWC) |
| ☐ Title II Disability-Widow(er) only | (DIWW) |
| ☐ SSI Aged only | (SSIA) |
| ☐ SSI Blind only | (SSIB) |
| ☐ SSI Disability only | (SSID) |
| ☐ SSI Aged/Title II | (SSAC) |
| ☐ SSI Blind/Title II | (SSBC) |
| ☐ SSI Disability/Title II | (SSDC) |
| ☐ HI Entitlement | (HIE) |
| ☐ Title VIII only | (SVB) |
| ☐ Title VIII/Title XVI | (SVB/SSI) |
| ☐ Other – Specify _____ | |

**Social Security Administration**
**RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE**
Notice of Disapproved Claim

**44**

DATE: **MAY 2 6 2005**

TYRON WORKS
435 LURENE CIRCLE
MONTGOMERY AL 36109

Claim Number: 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
WE's Number:

Telephone:    (334) 223-7183

We are writing about your claim for Social Security disability benefits
Based on a review of your health problems you do not qualify for bene-
fits on this claim.  This is because you are not disabled under our
rules.

We have enclosed information about the disability rules and more details
about the decision on your claim.

ABOUT THE DECISION

The trained staff who decided this case work for the state but used    -
our rules.

Please remember that there are many types of disability programs, both
government and private, which use different rules.  A person may be
receiving benefits under another program and still not be entitled under
our rules.  This may be true in your case.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to request a
hearing.  A person who has not seen your case before will look at it.

*  You have 60 days to ask for a hearing.

*  The 60 days start the day after you get this letter.  We assume
   you got this letter 5 days after the date on it unless you show us
   that you did not get it within the 5-day period.

*  You must have a good reason for waiting more than 60 days to ask
   for a hearing.

*  You have to ask for a hearing in writing.  We will ask you to sign
   a form HA-501-U5, called "Request for Hearing."  Contact one of
   our offices if you want help.

HOW THE HEARING PROCESS WORKS

After we send your case for a hearing, the ALJ will mail you a letter
at least 20 days before the hearing to tell you its date, time and
place.  The letter will explain the law in your case and tell you
what has to be decided.  Since the ALJ will review all the facts in
your case, it is important that you give us any new facts as soon as
you can.

Form SSA-L443-U3 (7-93)
Destroy Prior Editions

I18

Social Security Administration                                      **45**
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

The hearing is your chance to tell the ALJ why you disagree with the
decisions in your case. You can give the ALJ new evidence and bring
people to testify for you. The ALJ also can require people to bring
important papers to your hearing and give facts about your case. You
can question these people at your hearing.

Please read the enclosed pamphlet, "Your Right to Question the Decision
Made on Your Social Security Claim." It has more information about
the Adjudication Officer and the hearing.

IT IS IMPORTANT TO GO TO THE HEARING

It is very important that you go to the hearing. If for any reason
you cannot go, contact the ALJ as soon as possible before the hearing
and explain why. The ALJ will reschedule the hearing if you have a
good reason. If you do not go to the hearing and do not have a good
reason for not going, the ALJ may dismiss your request for a hearing.

NEW APPLICATION

You have the right to file a new application at any time, but filing a
new application is not the same as appealing this decision. If you
disagree with this decision and you file a new application instead of
appealing:

*  You might lose some benefits, or not qualify for any benefits, and

*  We could deny the new application using this decision, if the facts
   and issues are the same.

So, if you disagree with this decision, you should ask for an appeal
within 60 days.

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer, or someone else help you. There are
groups that can help you find a lawyer or give you free legal services
if you qualify. There are also lawyers who do not charge unless you
win your appeal. Your local Social Security office has a list of
groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire
someone, we must approve the fee before he or she can collect it. And
if you hire a lawyer, we will withhold up to 25 percent of any past
due Social Security benefits to pay toward the fee.

Form SSA-L443-U3 (7-93)
Destroy Prior Editions

**Social Security Administration**
**RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE**
**Notice of Disapproved Claim**

46

OTHER BENEFITS

Based on the application you filed, you are not entitled to any
other benefits, besides those you may already be getting.  In the
future, if you think you may be entitled to other benefits you will
need to apply again.  (THIS SECTION DOES NOT APPLY TO YOU IF YOU
HAVE ANOTHER SOCIAL SECURITY CLAIM PENDING.)

FAMILY BENEFITS

If you have a spouse or child we cannot pay them benefits unless you
are entitled to Social Security benefits.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call us toll-free at 1-800-772-1213
or call your local Social Security office at the number shown on page
1.  We can answer most questions over the phone.  You can also write
or visit any Social Security office.  The office that serves your area
is located at:

> 2450 PRESIDENTS DRIVE
> MONTGOMERY AL 36116-1616

If you do call or visit an office, please have this letter with you.
It will help us answer your questions.  Also, if you plan to visit an
office, you may call ahead to make an appointment.  This will help us
serve you more quickly.

> Regional Commissioner

Enclosures:
Your Right to Question the Decision Made on your Claim
Explanation of Decision
Disability Rules Factsheet

BJ

I18

623
Form SSA-L443-U3 (7-93)
Destroy Prior Editions

**47**

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

## RULES FOR SOCIAL SECURITY DISABILITY

You must meet certain rules to qualify for Social Security disability benefits:

FOR DISABLED WORKER'S BENEFITS:

  You must have the required work credits and your health problems must:
* keep you from doing any kind of substantial work (described below), and
* last, or be expected to last, for at least 12 months in a row, or result in death.

FOR DISABLED CHILD'S BENEFITS:

You must be age 18 or older and your health problems must:

* begin before age 22 or you must become disabled again within 7 years after the month that your earlier period of disability ended, and
* keep you from doing any kind of substantial work (described below), and
* last, or be expected to last, for at least 12 months in a row, or result in death.

FOR DISABLED WIDOW'S, WIDOWER'S OR SURVIVING DIVORCED SPOUSE'S BENEFITS:

You must be at least age 50, and your health problems must:

* keep you from doing any kind of substantial work (described below), and
* last, or be expected to last, for at least 12 months in a row, or result in death, and
* have started before the end of a special period.

  The special period starts with the latest of:

  ***the month your spouse died, or
  ***the month your Social Security benefits as a parent ended, or
  ***the month your earlier period of widow(er)'s disability ended.

  The special period ends at the close of the 84th month (7 years) after the month it started.

Form SSA-L443-U3 (7-93)
Destroy Prior Editions

**Social Security Administration**                                    48
**RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE**
**Notice of Disapproved Claim**


INFORMATION ABOUT SUBSTANTIAL WORK

Generally, substantial work is physical or mental work you are paid
to do.  Work can be substantial even if it is part-time.  To decide
if your work is substantial, we consider the nature of the job
duties, the skills and experience you need to do the job, and how
much you actually earn.

Usually, we find that your work is substantial if your gross
earnings average over $830 per month after we deduct allowable
amounts.  This monthly amount is higher for Social Security
disability benefits due to blindness.

Your work may be different than before your health problems began.
It may not be as hard to do and your pay may be less.  However,
we may still find that your work is substantial under our rules.

If you are self-employed, we consider the kind and value of your
work, including your part in the management of the business, as
well as your income, to decide if your work is substantial.

NON-ENGLISH SPEAKING INFORMATION

If you do not speak English, or do not speak English well, we
will provide you with an interpreter at no cost to you.  Or,
you may wish to bring your own interpreter with you such as
a friend or family member.  If you want us to provide an
interpreter, please tell us ahead of time.

NEW HIRE      DATE: 02/20/2007    SSN: 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    PG:    1 OF    4    NDNW
  NAME (F,MI,L): TYRON            WORKS              NAME/SSN VERIFIED: Y
     DATE HIRED: 10/10/2006              EIN: 23-2761824          **49**
     EMPLOYER: PROFESSIONAL PROBATION
  ER ADDRESS: 316 W PIKE ST
  CITY ST ZIP: LAWRENCEVILLE          GA  30045-4878
  REPORTED BY: MO                     REPORT PROCESSED: 11/03/2006


  NAME (F,MI,L): TYRON            WORKS              NAME/SSN VERIFIED: Y
     DATE HIRED: 10/10/2006              EIN: 58-2011227
     EMPLOYER: PROFESSIONAL PROBATION SERVICES INC
  ER ADDRESS: 2214 GATEWAY DR STE A
  CITY ST ZIP: OPELIKA                 AL  36801-6832
  REPORTED BY: AL                      REPORT PROCESSED: 10/16/2006


WAGE INFO     DATE: 02/20/2007    SSN: 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    PG:    2 OF:   4    NDWG
  QUARTER PAID: 3RD/2006
  NAME (F,MI,L): TYRONE           WORKS              NAME/SSN VERIFIED: Y
     WAGES PAID: $        2,942.00      EIN: 52-2222392
     EMPLOYER: US PROTECT CORP
  ER ADDRESS: 801 ROEDER RD STE 1000
  CITY ST ZIP: SILVER SPRING           MD  20910-4458
  REPORTED BY: AL                      REPORT PROCESSED: 01/25/2007


  QUARTER PAID: 1ST/2005
  NAME (F,MI,L): TYRON            WORKS              NAME/SSN VERIFIED: Y
     WAGES PAID: $        2,780.00      EIN: 63-6000619
     EMPLOYER: FINANCE DEPARTMENT
  ER ADDRESS: 64 N UNION ST STE 200A
  CITY ST ZIP: MONTGOMERY              AL  36104-3761
  REPORTED BY: AL                      REPORT PROCESSED: 07/31/2005


WAGE INFO     DATE: 02/20/2007    SSN: 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    PG:    3 OF:   4    NDWG
  QUARTER PAID: 2ND/2005
  NAME (F,MI,L): TYRON            WORKS              NAME/SSN VERIFIED: Y
     WAGES PAID: $        2,306.00      EIN: 63-6000619
     EMPLOYER: FINANCE DEPARTMENT
  ER ADDRESS: 64 N UNION ST STE 200A
  CITY ST ZIP: MONTGOMERY              AL  36104-3761
  REPORTED BY: AL                      REPORT PROCESSED: 10/17/2005


  QUARTER PAID: 4TH/2004
  NAME (F,MI,L): TYRON            WORKS              NAME/SSN VERIFIED: Y
     WAGES PAID: $        5,017.00      EIN: 63-6000619
     EMPLOYER: FINANCE DEPARTMENT
  ER ADDRESS: 64 N UNION ST STE 200A
  CITY ST ZIP: MONTGOMERY              AL  36104-3761
  REPORTED BY: AL                      REPORT PROCESSED: 05/12/2005


UNEMPLOY      DATE: 02/20/2007    SSN: 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    PG:    4 OF    4    NDUN
  QUARTER PAID: 3RD/2005
  NAME (F,MI,L): TYRON            WORKS              NAME/SSN VERIFIED: Y
  UNEMP AMOUNT: $           0.00
     MAILED TO: 435 LURENE CIRCLE
  CITY ST ZIP: MONTGOMERY              AL  36109-4931
  PAYER STATE: AL                      REPORT PROCESSED: 12/02/2005


  QUARTER PAID: 2ND/2005
  NAME (F,MI,L): TYRON            WORKS              NAME/SSN VERIFIED: Y
  UNEMP AMOUNT: $           0.00
     MAILED TO: 435 LURENE CIRCLE
               MONTGOMERY              AL  36109-4931
  PAYER STATE: AL                      REPORT PROCESSED: 07/20/2005

SSN: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

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 - NDNH-T16 - SSR DOES NOT EXIST AND NO MSSICS FILE

51

# DISCO DIB Insured Status Report   *Tuesday, February 20, 2007*   UNIT  PLEXXX

**52**

**SSN**  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   **LNAME**  WORKS   **DOB**  02/06/1972   **SEX**  M   **ID**  DI

**Alleged Onset**  11/29/04   **PPD1**  [        ]  to  [        ]   **PPD2**  [        ]  to  [        ]

**Lag for 2005:**  $0.00   **Lag for 2006:**  $0.00

**Beginning With Quarter of Alleged Onset Date (AOD)**   *11/29/2004*   through   *12/31/2010*

   **Insured for DIB?**  Yes

   **Date First Insured in or after quarter of AOD**  10/1/2004   **Date Last Insured Overall**  12/31/2010

**Up to Nine Separate Periods of Insured Status Displayed Here:**

**DFI1**  10/1/1989   **DLI1**  12/31/2010   **DFI2**  [     ]   **DLI2**  [     ]   **DFI3**  [     ]   **DLI3**  [     ]

**DFI4**  [     ]   **DLI4**  [     ]   **DFI5**  [     ]   **DLI5**  [     ]   **DFI6**  [     ]   **DLI6**  [     ]

**DFI7**  [     ]   **DLI7**  [     ]   **DFI8**  [     ]   **DLI8**  [     ]   **DFI9**  [     ]   **DLI9**  [     ]

**MYQCR**  6   **MYQCE**  6   **ELAPSED**  [     ]   **EARNED**  [     ]   **PRE 51**  $0.00

| | |
|---|---|
| **ITEM1** | Pre 1951 earnings: $0.00 |
| **ITEM2** | Has DIB insured status in or after quarter of AOD (11/29/2004) |
| **ITEM3** | Number holder has 65 RIB QCs, (incl simp. QCs, if any), enough for RIB IS |
| **ITEM4** | ICF multi SSN earnings selection used. |
| **ITEM5** | |
| **ITEM6** | |
| **ITEM7** | |
| **ITEM8** | |
| **ITEM9** | |
| **ITEM10** | |
| **ITEM11** | |
| **ITEM12** | |
| **ITEM13** | |
| **ITEM14** | |
| **ITEM15** | |
| **ITEM16** | |



**SSN** [ 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 ]   **LNAME** [ WORKS ]

53

| | | | | | |
|---|---|---|---|---|---|
| *1951* [0000] | *1961* [0000] | *1971* [0000] | *1981* [0] | *1991* [4] | *2001* [4] |
| *1952* [0000] | *1962* [0000] | *1972* [0000] | *1982* [0] | *1992* [4] | *2002* [4] |
| *1953* [0000] | *1963* [0000] | *1973* [0000] | *1983* [0] | *1993* [3] | *2003* [4] |
| *1954* [0000] | *1964* [0000] | *1974* [0000] | *1984* [0] | *1994* [0] | *2004* [4] |
| *1955* [0000] | *1965* [0000] | *1975* [0000] | *1985* [0] | *1995* [4] | *2005* [4] |
| *1956* [0000] | *1966* [0000] | *1976* [0000] | *1986* [0] | *1996* [4] | *2006* [0] |
| *1957* [0000] | *1967* [0000] | *1977* [0000] | *1987* [0] | *1997* [4] | *2007* [0] |
| *1958* [0000] | *1968* [0000] | *1978* [0] | *1988* [2] | *1998* [4] | *2008* [0] |
| *1959* [0000] | *1969* [0000] | *1979* [0] | *1989* [4] | *1999* [4] | *2009* [0] |
| *1960* [0000] | *1970* [0000] | *1980* [0] | *1990* [4] | *2000* [4] | *2010* [0] |

**Original IC94 Data:**

PRE 1951 EARNINGS:      0.00        TOTAL EARNINGS:    207897.25

| YEAR | EARNINGS | QUARTERS | YEAR | EARNINGS | QUARTERS | YEAR | EARNINGS | QUARTERS |
|---|---|---|---|---|---|---|---|---|
| 1988 | 1045.20 | CCNN | 2000 | 23349.00 | CCCC | | | |
| 1989 | 3811.08 | CCCC | 2001 | 18822.27 | CCCC | | | |
| 1990 | 10523.20 | CCCC | 2002 | 14722.80 | CCCC | | | |
| 1991 | 12489.48 | CCCC | 2003 | 22229.89 | CCCC | | | |
| 1992 | 11545.42 | CCCC | 2004 | 19705.76 | CCCC | | | |
| 1993 | 2344.49 | CCCN | 2005 | 7840.28 | CCCC | | | |
| 1994 | 596.01 | NNNN | 2006 | 0.00 | NNNN | | | |
| 1995 | 4832.50 | CCCC | 2007 | 0.00 | NNNN | | | |
| 1996 | 4049.13 | CCCC | | | | | | |
| 1997 | 10751.14 | CCCC | | | | | | |
| 1998 | 17997.60 | CCCC | | | | | | |
| 1999 | 21242.00 | CCCC | | | | | | |

COMPUTATIONAL EARNINGS                    IC94

SSN: 419087667   UNIT: ODAR    REQUESTOR: NYM

54

PRE 1951 EARNINGS: _____0.00_____        TOTAL EARNINGS: _207897.25_

| YEAR | EARNINGS | QUARTERS | YEAR | EARNINGS | QUARTERS | YEAR | EARNINGS | QUARTERS |
|------|----------|----------|------|----------|----------|------|----------|----------|
| 1988 | 1045.20 | CCNN | 2000 | 23349.00 | CCCC | | | |
| 1989 | 3811.08 | CCCC | 2001 | 18822.27 | CCCC | | | |
| 1990 | 10523.20 | CCCC | 2002 | 14722.80 | CCCC | | | |
| 1991 | 12489.48 | CCCC | 2003 | 22229.89 | CCCC | | | |
| 1992 | 11545.42 | CCCC | 2004 | 19705.76 | CCCC | | | |
| 1993 | 2344.49 | CCCN | 2005 | 7840.28 | CCCC | | | |
| 1994 | 596.01 | NNNN | 2006 | 0.00 | NNNN | | | |
| 1995 | 4832.50 | CCCC | 2007 | 0.00 | NNNN | | | |
| 1996 | 4049.13 | CCCC | | | | | | |
| 1997 | 10751.14 | CCCC | | | | | | |
| 1998 | 17997.60 | CCCC | | | | | | |
| 1999 | 21242.00 | CCCC | | | | | | |

ADDITIONAL SCREEN NEEDED?(Y/N): N                    PAGE 1 OF 1
    ANY CHANGES TO DATA ON THIS SCREEN ARE FOR COMPUTATIONAL PURPOSES ONLY
MAKE ANY EARNINGS AND QC CHANGES

```
***   REC 2007051  090119 H7B007E0 C56O  CIPQYAC   PQAC   (F-C56 )  ***

QRY  DATE: 02/20/07  AN: 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  DOC: Y23 UNIT: NYM      PG: 001+ DEQR
INPUT: YRS REQ: 1988-2006; COVERED DETAILS; SELF-EMPLOYMENT;
  NON-COVERED DETAILS; EMPLOYER ADDRESS                            55
MEF: NA: T   WORKS  DB: 02/1972 SX: M AK:


DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
EIN: 630851048                  DEPARTMENT OF ECONOMIC AND
                                 AL SDA DIVISION
                                401 ADAMS AVE STE 482
                                MONTGOMERY          AL  36104-4313
RPYR  REO LOAC  NAME            EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0088  AA        T   WORKS          1045.20       1045.20 8340-90-03054  00489 V
                    WAGE TOTAL     1045.20
         OASDI EMPLOYER TOTAL      1045.20
         88 OASDI YEARLY TOTAL     1045.20


EIN: 359990000                  DEPT OF THE ARMY SRD AC RC
                                ATTN DFAS ADIMB LAURA WICKS
                                % CHARLES SHAW
                                8899 E 56TH ST
                                INDIANAPOLIS        IN  46249-1001
RPYR  REO LOAC  NAME            EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0089  AE        T   WORKS          2911.08       2911.08 9130-85-31468  01790 V
              MILITARY TOTAL       2911.08
         OASDI EMPLOYER TOTAL      2911.08
         89 OASDI YEARLY TOTAL     2911.08


EIN: 359990000  DEPT OF THE ARMY SRD AC RC
RPYR  REO LOAC  NAME            EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0090  AE1       T   WORKS          9323.20       9323.20 0162-85-00800  02391 V
      IE        T   WORKS          9323.20       9323.20 1338-90-00800  02392 V
      1E        T   WORKS         -9323.20      -9323.20 0162-85-00800  02392 V
              MILITARY TOTAL       9323.20
         OASDI EMPLOYER TOTAL      9323.20
         90 OASDI YEARLY TOTAL     9323.20


EIN: 359990000  DEPT OF THE ARMY SRD AC RC
RPYR  REO LOAC  NAME            EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0091  AE        T   WORKS         11289.48      11289.48 1058-85-30780  01192 V
              MILITARY TOTAL      11289.48
         OASDI EMPLOYER TOTAL     11289.48
         91 OASDI YEARLY TOTAL    11289.48


EIN: 359990000  DEPT OF THE ARMY SRD AC RC
RPYR  REO LOAC  NAME            EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0092  AE        T   WORKS         10345.42      11268.52 2104-85-15233  01593 V
              MILITARY TOTAL      10345.42
         OASDI EMPLOYER TOTAL     10345.42
         92 OASDI YEARLY TOTAL    10345.42


EIN: 480914649                  RICHMARK INC
                                PO BOX 15249
                                PANAMA CIN          FL  32406-5249
RPYR  REO LOAC  NAME            EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0093  AA        T   WORKS           726.29        726.29 3136-87-09335  01294 V
                    WAGE TOTAL      726.29
         OASDI EMPLOYER TOTAL       726.29
```

```
QRY  DATE: 02/20/07  AN: 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  DOC: Y23 UNIT: NYM      PG: 002+ DEQR
EIN: 630931200           BBG SPECIALTY FOODS INC
                         TACO BELL FRANCHISE                          56
                         1676 WHATLEY DR
                         DOTHAN                AL  36303-1986
0093  AA          T   WORKS          1618.20        1618.20 3098-86-40402   00794 V
                    WAGE TOTAL       1618.20
        OASDI EMPLOYER TOTAL         1618.20
        93 OASDI YEARLY TOTAL        2344.49


EIN: 480914649  RICHMARK INC
RPYR  REO LOAC  NAME           EARNINGS        TOTAL COMP  CONTROL NUMBER  PR    S
0094  AA          T   WORKS            13.94          13.94 4230-85-12811   02495 V
                    WAGE TOTAL         13.94
        OASDI EMPLOYER TOTAL           13.94
EIN: 630522700           HARCO INC
                         % PAYROLL TAX DEPARTMENT
                         ATTN PAYROLL TAX DEPT
                         ETTERS                PA  17319-0000
0094  AA          T   WORKS           548.07         548.07 4104-87-02183   00695 V
                    WAGE TOTAL        548.07
        OASDI EMPLOYER TOTAL          548.07
EIN: 630931200  BBG SPECIALTY FOODS INC
0094  AA  0001  T   WORKS             34.00          34.00 4097-85-10292   00595 V
                    WAGE TOTAL         34.00
        OASDI EMPLOYER TOTAL           34.00
        94 OASDI YEARLY TOTAL         596.01


EIN: 630522700  HARCO INC
RPYR  REO LOAC  NAME           EARNINGS        TOTAL COMP  CONTROL NUMBER  PR    S
0095  AA          T   WORKS          1233.57        1233.57 5137-86-57353   01296 V
                    WAGE TOTAL       1233.57
        OASDI EMPLOYER TOTAL         1233.57
EIN: 630913186           ROBERT D HOGG
                         CHURCHS FRIED CHICKEN
                         604 EVERT DR
                         DOTHAN                AL  36305-3102
 95  AA          T   WORKS           240.77         240.77 5197-75-08695   02596 V
                    WAGE TOTAL        240.77
        OASDI EMPLOYER TOTAL          240.77
EIN: 631015110           NATIONAL APPAREL INC
                         PO BOX 241487
                         MONTGOMERY            AL  36124-1487
0095  AA          T   WORKS            95.00          95.00 5124-86-16792   00996 V
                    WAGE TOTAL         95.00
        OASDI EMPLOYER TOTAL           95.00
EIN: 751889838           BLOCKBUSTER INC
                         % PR TAX DEPT
                         PO BOX 8009
                         MCKINNEY              TX  75070-8009
0095  AA          T   WORKS          3263.16        3263.16 5229-85-06052   02496 V
                    WAGE TOTAL       3263.16
        OASDI EMPLOYER TOTAL         3263.16
        95 OASDI YEARLY TOTAL        4832.50


EIN: 751889838  BLOCKBUSTER INC
RPYR  REO LOAC  NAME           EARNINGS        TOTAL COMP  CONTROL NUMBER  PR    S
0096  AA          T   WORKS          4049.13        4049.13 6204-85-12778   02397 V
```

QRY   DATE: 02/20/07   AN: 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   DOC: Y23 UNIT: NYM      PG: 003+ DEQR
                        WAGE TOTAL           4049.13
            OASDI EMPLOYER TOTAL             4049.13                    **57**
        96 OASDI YEARLY TOTAL                4049.13


EIN: 359990000   DEPT OF THE ARMY SRD AC RC
RPYR   REO LOAC   NAME            EARNINGS      TOTAL COMP   CONTROL NUMBER   PR    S
0097   AE       T   WORKS         8692.52        8692.52 7096-85-33819   00898 V
                 MILITARY TOTAL    8692.52
            OASDI EMPLOYER TOTAL   8692.52
EIN: 650304832             BLOCKBUSTER VIDEOS-ACQUISITION CORP
                          % PR TAX DEPT
                          1201 ELM ST
                          DALLAS            TX  75270-2102
0097   AA       T   WORKS          858.62         858.62 7120-85-17320   01198 V
                        WAGE TOTAL            858.62
            OASDI EMPLOYER TOTAL    858.62
        97 OASDI YEARLY TOTAL      9551.14


EIN: 359990000   DEPT OF THE ARMY SRD AC RC
RPYR   REO LOAC   NAME            EARNINGS      TOTAL COMP   CONTROL NUMBER   PR    S
98     AE       T   WORKS        16797.60       16797.60 8090-88-15421   00799 V
                 MILITARY TOTAL   16797.60
            OASDI EMPLOYER TOTAL  16797.60
        98 OASDI YEARLY TOTAL     16797.60


EIN: 359990000   DEPT OF THE ARMY SRD AC RC
RPYR   REO LOAC   NAME            EARNINGS      TOTAL COMP   CONTROL NUMBER   PR    S
0099   AE       T   WORKS        20042.00       18295.70 9118-87-66050   01200 V
                 MILITARY TOTAL   20042.00
            OASDI EMPLOYER TOTAL  20042.00
        99 OASDI YEARLY TOTAL     20042.00


EIN: 359990000   DEPT OF THE ARMY SRD AC RC
RPYR   REO LOAC   NAME            EARNINGS      TOTAL COMP   CONTROL NUMBER   PR    S
0000   AE       T   WORKS        22149.00       18489.00 0173-85-69906   02201 V
                 MILITARY TOTAL   22149.00
            OASDI EMPLOYER TOTAL  22149.00
        00 OASDI YEARLY TOTAL     22149.00


EIN: 359990000   DEPT OF THE ARMY SRD AC RC
RPYR   REO LOAC   NAME            EARNINGS      TOTAL COMP   CONTROL NUMBER   PR    S
0001   AE3      T   WORKS        17622.27       50811.15 1092-90-15623   01102 V
       AE3      T   WORKS       -17622.27      -50811.15 1092-90-15623   02103 V
       LE       T   WORKS        17622.27       18166.35 2157-98-03833   02103 V
                 MILITARY TOTAL   17622.27
            OASDI EMPLOYER TOTAL  17622.27
        01 OASDI YEARLY TOTAL     17622.27


EIN: 636000619             STATE OF ALABAMA DEPT OF FINANCE
                          % STATE COMPTROLLER
                          100 N UNION ST STE 282
                          MONTGOMERY        AL  36130-0001
RPYR   REO LOAC   NAME            EARNINGS      TOTAL COMP   CONTROL NUMBER   PR    S
0002   AA       T   WORKS        14722.80       13912.78 2031-85-01688   00303 V
                        WAGE TOTAL          14722.80
            OASDI EMPLOYER TOTAL  14722.80
        02 OASDI YEARLY TOTAL     14722.80

QRY  DATE: 02/20/07  AN: 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  DOC: Y23 UNIT: NYM      PG: 004  DEQR

EIN: 222074668            LNT INC                                    **53**
                          LINENS N THINGS 353
                          6 BRIGHTON ROAD
                          CLIFTON              NJ  07012-1647

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|------|----------|------|----------|------------|----------------|-----|---|
| 0003 | AA | T   WORKS | 2358.09 | 2358.09 | 3049-89-88022 | 00504 | V |
|  |  | WAGE TOTAL | 2358.09 | | | | |
|  |  | OASDI EMPLOYER TOTAL | 2358.09 | | | | |

EIN: 636000619  STATE OF ALABAMA DEPT OF FINANCE

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|------|----------|------|----------|------------|----------------|-----|---|
| 0003 | AA | T   WORKS | 19871.80 | 18779.80 | 3050-92-47901 | 00504 | V |
|  |  | WAGE TOTAL | 19871.80 | | | | |
|  |  | OASDI EMPLOYER TOTAL | 19871.80 | | | | |
|  |  | 03 OASDI YEARLY TOTAL | 22229.89 | | | | |

EIN: 636000619  STATE OF ALABAMA DEPT OF FINANCE

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|------|----------|------|----------|------------|----------------|-----|---|
| 0004 | AA | T   WORKS | 19705.76 | 18622.07 | 4032-86-50159 | 00305 | V |
|  |  | WAGE TOTAL | 19705.76 | | | | |
|  |  | OASDI EMPLOYER TOTAL | 19705.76 | | | | |
|  |  | 04 OASDI YEARLY TOTAL | 19705.76 | | | | |

EIN: 636000619  STATE OF ALABAMA DEPT OF FINANCE

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|------|----------|------|----------|------------|----------------|-----|---|
| 0005 | AA | T   WORKS | 4669.28 | 4504.62 | 5044-89-99765 | 00506 | V |
|  |  | WAGE TOTAL | 4669.28 | | | | |
|  |  | OASDI EMPLOYER TOTAL | 4669.28 | | | | |

SELF EMPLOYMENT

| RPYR | REO SMEM | NAME | EARNINGS | SE NUMBER | CONTROL NUMBER | PR | S |
|------|----------|------|----------|-----------|----------------|-----|---|
| SE05 | OI | T   WORKS | 3171.00 | 630500000 | 2210-24-20940 | 00406 | V |
| OASDI SELF EMPLOYMENT TOTAL | | | 3171.00 | | | | |
|  |  | 05 OASDI YEARLY TOTAL | 7840.28 | | | | |

  06 NONE

DETAIL COVERED MQGE EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED (1983-1990)
NO COVERED MQGE EARNINGS POSTED FOR YEARS REQUESTED

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND
 ADDRESS  FOR YEARS REQUESTED
 NO NON-COVERED EARNINGS AND W-2 PENSION DATA POSTED FOR YEARS REQUESTED

REMARKS
 CLAIMS ACTIVITY--SEE MBR

Case 2:07-cv-01126-TFM   Document 17-3   Filed 08/06/2008   Page 62 of 250
REC 2004364   151037 H5F741E0 CRG0   CIPCMAG   PCAG   (F-CRG )   ***

December 29, 2004, 15:10
PAGE   1
NH 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                                    SG-SSA-16        59

```
---------------------
: UNIT: DJWINT        :
:                     :
:                     :
:                     :
:                     :
:                     :
:                     :
---------------------
```

### APPLICATION FOR DISABILITY INSURANCE BENEFITS

APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS TYRON WORKS.

MY SOCIAL SECURITY NUMBER IS 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.

MY DATE OF BIRTH IS February 6, 1972.

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON November 29, 2004.

I AM STILL DISABLED.

PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

MY U.S. MILITARY SERVICE DATES ARE AS FOLLOWS:

|            START DATE         END DATE
|            August 29, 1989    October 29, 1992
|            May 5, 1997        October 1, 2001

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

THE SOCIAL SECURITY ADMINISTRATION AND THE STATE AGENCY REVIEWING MY CLAIM DO HAVE MY PERMISSION TO CONTACT MY EMPLOYER(S).

I AM NOT MARRIED NOW.

I WAS PREVIOUSLY MARRIED TO JONELLE ROMAN ON May 11, 1999 IN AZ BY A CLERGYMAN OR PUBLIC OFFICIAL. THE MARRIAGE ENDED BY DIVORCE ON April 29, 2002 IN AL. MY FORMER SPOUSE'S AGE OR DATE OF BIRTH IS February 17, 1978.

December 29, 2004, 15:10
PAGE   2

NH 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                           SG-SSA-16

60

I WAS PREVIOUSLY MARRIED TO DELLA MORGAN ON September 9, 1995 IN AL BY A
CLERGYMAN OR PUBLIC OFFICIAL. THE MARRIAGE ENDED BY DIVORCE ON
February 19, 1999 IN AZ. MY FORMER SPOUSE'S AGE OR DATE OF BIRTH IS
March 1, 1964.

I HAVE THE FOLLOWING CHILD OR CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING
ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE
AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS
INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.
AZARIA WORKS

I UNDERSTAND THAT I MUST PROVIDE MEDICAL EVIDENCE ABOUT MY DISABILITY, OR
ASSIST THE SOCIAL SECURITY ADMINISTRATION IN OBTAINING THE EVIDENCE.

I UNDERSTAND THAT I MAY BE REQUESTED BY THE STATE DISABILITY DETERMINATION
SERVICES TO HAVE A CONSULTATIVE EXAMINATION AT THE EXPENSE OF THE SOCIAL
SECURITY ADMINISTRATION AND THAT IF I DO NOT GO, MY CLAIM MAY BE DENIED.

AUTHORIZE ANY PHYSICIAN, HOSPITAL, AGENCY, OR OTHER ORGANIZATION TO DISCLOSE
MY MEDICAL RECORD OR INFORMATION ABOUT MY DISABILITY TO THE SOCIAL SECURITY
ADMINISTRATION OR TO THE STATE DISABILITY DETERMINATION SERVICES THAT MAY
REVIEW MY CLAIM OR CONTINUING DISABILITY.

I AUTHORIZE THE SOCIAL SECURITY ADMINISTRATION TO RELEASE ANY INFORMATION ABOUT
ME TO A PHYSICIAN OR MEDICAL FACILITY PREPARATORY TO AN EXAMINATION OR TEST.
RESULTS OF SUCH EXAMINATION OR TEST MAY BE RELEASED TO MY PHYSICIAN OR OTHER
TREATING SOURCE.

I AUTHORIZE THAT INFORMATION ABOUT MY DISABILITY MAY BE FURNISHED TO ANY
CONTRACTOR FOR CLERICAL SERVICES BY THE STATE DISABILITY DETERMINATION
SERVICES.

I AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION OF ALL EVENTS AS EXPLAINED
TO ME.

AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION:

        -- IF MY MEDICAL CONDITION IMPROVES SO THAT I WOULD BE ABLE TO
        WORK, EVEN THOUGH I HAVE NOT YET RETURNED TO WORK.

        -- IF I GO TO WORK WHETHER AS AN EMPLOYEE OR A SELF-EMPLOYED
        PERSON.

        -- IF I APPLY FOR OR RECEIVE A DECISION ON BENEFITS UNDER ANY
        WORKERS' COMPENSATION LAW OR PLAN (INCLUDING BLACK LUNG
        BENEFITS FROM THE DEPARTMENT OF LABOR), OR OTHER PUBLIC
        BENEFIT BASED ON DISABILITY.

        -- IF I AM CONFINED TO A JAIL, PRISON, PENAL INSTITUTION, OR
           CORRECTIONAL FACILITY FOR CONVICTION OF A CRIME OR I AM
           CONFINED TO A PUBLIC INSTITUTION BY COURT ORDER IN
           CONNECTION WITH A CRIME.

THE ABOVE EVENTS MAY AFFECT MY ELIGIBILITY TO DISABILITY BENEFITS AS
PROVIDED IN THE SOCIAL SECURITY ACT, AS AMENDED.

I AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION IF I BECOME ENTITLED TO A

PENSION OR ANNUITY BASED ON EMPLOYMENT AFTER 1956 NOT COVERED BY SOCIAL
SECURITY, OR IF SUCH PENSION OR ANNUITY STOPS.

BENEFITS TO A STEPCHILD TERMINATE THE MONTH AFTER THE MONTH THE WORKER AND THE
STEPCHILD'S PARENT OBTAIN A FINAL DIVORCE. THEREFORE, IF A STEPCHILD BECOMES
ENTITLED ON MY RECORD, I AGREE TO NOTIFY SSA IF THE STEPCHILD'S PARENT AND I
SUBSEQUENTLY DIVORCE.

MY REPORTING RESPONSIBILITIES HAVE BEEN EXPLAINED TO ME.

REMARKS:
I AGREE WITH THE EARNINGS AS SHOWN ON MY SOCIAL SECURITY STATEMENT.

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR
REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A
RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER
FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE
GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY MAILING ADDRESS IS 435 LURENE CIRCLE
                      MONTGOMERY AL 36109

MY TELEPHONE NUMBER IS (334) 279-8671.

SIGNATURE _Tyron Work_____    DATE _10 JAN 05_

## DISABILITY REPORT - APPEAL - Form SSA-3441          62

### (3441) Section 1 - Information About the Disabled Person

A. Name: **Tyron Works**

B. Social Security Number: **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**

C. What is your daytime telephone number? (If you do not have a number where we can reach you, give us a daytime number where we can leave a message.):
   **334-279-8671 Your number**

D. Give the name of a friend or relative that we can contact (other than your doctors) who knows about your illnesses, injuries, or conditions and can help with your claim.

| Name: | alicia bunch |
|---|---|
| Relationship: | fiancee |
| Address: | 3204 agate st montgomery, AL 36105 |
| Daytime Phone: | 334-293-6427 - Voice |

### (3441) Section 2 - Information About Your Illnesses, Injuries, or Conditions

Date of Last Disability Report: **12/29/2004**

A. Has there been any change(for better or worse) in your illnesses, injuries, or conditions since you last completed a disability report? **Yes**

   If "YES," please describe in detail:

   **cannot get out of bed w/o help and special movements**

   Approximate date the change(s) occurred:

   **05-2005**

B. Do you have any new physical or mental limitations as a result of your illnesses, injuries, or conditions since you last completed a disability report? **No**

   If "YES," please describe in detail:

   Approximate beginning date:

C. Do you have any new illnesses, injuries, or conditions since you last completed a disability report?
   **No**

   If "YES," please describe in detail:

1-E          6

SSA-3441 EDCS Tyron Works 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                                              Page 2 of 6

Approximate beginning date:                                                  6 3

## (3441) Section 3 - Information About Your Medical Records

A. Since you last completed a disability report, have you seen or will you see a doctor/hospital/clinic or anyone else for the illnesses, injuries, or conditions that limit your ability to work?
**Yes**

B. Since you last completed a disability report, have you seen or will you see a doctor/hospital/clinic or anyone else for emotional or mental problems that limit your ability to work?
**No**

C. List other names you have used on your medical records.

Tell us who may have medical records or other information about your illnesses, injuries, or conditions since you last completed a disability report:

D. List each Doctor/HMO/Therapist. Include your next appointment.

| Name: | **iliana arrellano** | | | |
|---|---|---|---|---|
| Address: | **461 cotton gin rd** **montgomery, AL 36117** | | Date First Visit: | **0904** |
| | | | Date Last Visit: | **1004** |
| Phone: | **374-280-1500** | Patient ID # : | Next Appointment: | **tbd** |
| Reasons for Visits: **cardiac episode** | | | | |
| What treatment was received? **medications** | | | | |

| Name: | **Warner Louis Pinchback Jr Dr** | | | |
|---|---|---|---|---|
| Address: | **ATTENTION: MEDICAL RECORDS** **SPECIALISTS PC** **1329 MULBERRY STREET** **MONTGOMERY, AL 36106-1183** | | Date First Visit: | **0505** |
| | | | Date Last Visit: | **0905** |
| Phone: | **334-262-0523** | Patient ID # : | Next Appointment: | |
| Reasons for Visits: **not listed** | | | | |
| What treatment was received? **not listed** | | | | |

SSA-3441 EDCS Tyron Works 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                                                    Page 3 of 6

**64**

E. List each Hospital/Clinic. Include your next appointment.

F. Since you last completed a disability report, does anyone else have medical records or information about your illnesses, injuries, or conditions (for example, Workers' Compensation, insurance companies, prisons, attorneys, or welfare agency), or are you scheduled to see anyone else?
**No**

---

## (3441) Section 4 - Medications

Are you currently taking any medications for your illnesses, injuries, or conditions? **Yes**

If "YES," please tell us the following: (Look at your medicine containers, if necessary.)

| Name of Medicine | If Prescribed, Give Name of Doctor | Reason For Medicine | Side Effects You Have |
|---|---|---|---|
| Aerobid | Warner Louis Pinchback Jr Dr | unkown | none |
| Albuterol | Warner Louis Pinchback Jr Dr | unkown | none |
| Cardizem | iliana arrellano | unkown | none |
| darvocvet | Warner Louis Pinchback Jr Dr | pain | none |
| ecotin | iliana arrellano | heart | none |
| hydrooco apap | Warner Louis Pinchback Jr Dr | pain | none |
| Protonix | iliana arrellano | unkown | none |
| Serevent | Warner Louis Pinchback Jr Dr | unknown | none |
| skelaxin | Warner Louis Pinchback Jr Dr | muscle relaxant | none |

---

## (3441) Section 5 - Tests

Since you last completed a disability report, have you had any medical tests for your illnesses, injuries, or conditions or do you have any such tests scheduled?
**Yes**

If "YES," please tell us the following: (Give approximate dates, if necessary.)

| Kind of Test | When Was/Will Test Be Done? (Month, day, year) | Where Done (Name of Facility) | Who Sent You For This Test? |
|---|---|---|---|
| EKG (Heart test) | 0305 | iliana arrellano | iliana arrellano |

65

## (3441) Section 6 - Updated Work Information

A. Have you worked since you last completed a disability report?
**No**
If "YES," you will be asked to give details on a separate form.

## (3441) Section 7 - Information About Your Activities

A. How do your illnesses, injuries, or conditions affect your ability to care for your personal needs?
**cannot shower or bathe w/o supervisor and help getting in and out tub**
**cannot grocery shop**
B. What changes have occurred in your daily activities since you last completed a disability report? (If none, show "None")
**cant clean house or cook limited dining**
**can no longer play with daughter or play sports**
**cant do yard work**

## (3441) Section 8 - Education/Training Information

Have you completed any special job training, trade or vocational school since you last completed a disability report?
**No**
If "YES," describe what type:

Approximate date completed:

## (3441) Section 9 - Vocational Rehabilitation, Employment, or Other Support Services Information

Since you last completed a disability report, have you participated in the Ticket Program or another program of vocational rehabilitation services, employment services, or other support services to help

you go to work?

**No**    66

If "Yes," complete the following information:

---

**(3441) Section 10 - Remarks**

---

Use this section for any additional information you did not show in earlier parts of this form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.

---

67

**I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED ALL THE INFORMATION ON THIS FORM, AND ON ANY ACCOMPANYING STATEMENTS OR FORMS, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**
**I UNDERSTAND THAT ANYONE WHO KNOWINGLY GIVES A FALSE OR MISLEADING STATEMENT ABOUT A MATERIAL FACT IN THIS INFORMATION, OR CAUSES SOMEONE ELSE TO DO SO, COMMITS A CRIME AND MAY BE SENT TO PRISON, OR MAY FACE OTHER PENALTIES, OR BOTH.**

| Signature of claimant or person filing on claimant's behalf (parent, guardian) | Date (Month, day, year) |
|---|---|
| | |

| Address (Number and street, city, state and ZIP code) | e-mail Address (optional) |
|---|---|
| 435 LURENE CIRCLE<br>MONTGOMERY, AL 36109 | |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| | |

| Address (Number and street, city, state and ZIP code) | Address (Number and street, city, state and ZIP code) |
|---|---|
| | |

**Form SSA-3441 EDCS**                    **Tuesday, October 24, 2006 3:51:44 PM**

SSA-3367 EDCS Tyron Works 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                                    Page 1 of 2

**68**

## DISABILITY REPORT - FIELD OFFICE - Form SSA-3367

## (3367) ID/Prior Filings

**Identifying Information**

1. Name of Person whose Social Security Record this Claim is being filed:

**Tyron Works**

His or Her Social Security Number: **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**

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Male**

Date Of Birth: **02/06/1972**

2. Claimant's Alleged Onset Date:

3. Recommended Onset Date (if different from above):

4. Reason for Recommended Onset Date:

5. Explanation for Recommended Onset Date, when applicable:

**Miscellaneous Information**

6. Protective Filing Date: **12292004**

Date Last Insured (DIB/Freeze case): **12/31/2009**

Beginning of Prescribed Period (DWB):

End of Prescribed Period:

Controlling Date:

Closed Period Case:

**Prior Filing Information**

7. Prior Filing(s):

If Yes, and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no SSI claim on this case.

## (3367) Observations

**69**

9. Observations/Perceptions:

## (3367) Development

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **M. Babyak**
Phone Number: **334-223-7183**
Name of Person Completing Form:
Date:

**Form SSA-3367 EDCS**                    **Tuesday, October 24, 2006 3:51:44 PM**

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0579

## DISABILITY REPORT
## ADULT

— For SSA Use Only
Do not write in this box.    **70**

Related SSN  _____

Number Holder  _____

---

## SECTION 1- INFORMATION ABOUT THE DISABLED PERSON

---

**A. NAME** *(First, Middle Initial, Last)*

*Tyron    Works*

**B. SOCIAL SECURITY NUMBER**

*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*

---

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

*334*    *279- 8671*
Area Code    Number    ☑ Your Number    ☐ Message Number    ☐ None

**D.** Give the name of a **friend or relative** that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions** and can help you with your claim.

NAME  *Charles   Ware  Jr.*    RELATIONSHIP  *Friend*

ADDRESS  *4519   Lowell Rd*
(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)

*Montgomery*    *AL*    *36105*    DAYTIME  *334*    *288-3468*
City    State    ZIP    PHONE   Area Code    Number

---

**E. What is your height** without shoes?    *6*    *0*
feet    inches

**F. What is your weight** without shoes?    *200*
pounds

---

**G.** Do you have a **medical assistance card?** (For Example, Medicaid or Medi-Cal)  If "YES," show the **number** here:    ☐ YES   ☑ NO    *N/A*

---

**H.** Can you **speak English?**  ☑ YES  ☐ NO    If "NO," what languages can you speak?    *N/A*

If you **cannot speak English**, is there someone we may contact who speaks English and will give you messages?  *(If this is the same person as in "D" above show "SAME" here.)*

NAME  *N/A*    RELATIONSHIP  _____

ADDRESS  _____
(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)

DAYTIME
City    State    ZIP    PHONE   Area Code    Number

---

**I.** Can you **read English?**  ☑ YES  ☐ NO    **J.** Can you **write more than your name in English?**  ☑ YES  ☐ NO

---

Disability Report-Adult-Form SSA-3368-BK

## SECTION 2
## YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

**A.** What are the **illnesses, injuries or conditions** that limit your ability to work?     **71**

Heart Condition & Back problems — Knee problems

**B.** How do your illnesses, injuries or conditions limit your ability to work?  Currently off Work Due to Back injury. Cans lift, bend, Squat etc.

**C.** Do your illnesses, injuries or conditions cause you **pain** or other symptoms?    ☑ YES    ☐ NO

**D.** When did your illnesses, injuries or conditions **first bother you**?

| Month | Year |
|---|---|
| late 80s | early 90s |

**E.** When did you become **unable to work** because of your illnesses, injuries or conditions?

| Month | Day | Year |
|---|---|---|
| Nov | 29 | 2004 |

**F.** Have you **ever worked**?    ☑ YES    ☐ NO    *(If "NO," go to Section 4.)*

**G.** Did you **work at any time** after the date your illnesses, injuries or conditions first bothered you?    ☑ YES    ☑ NO

**H.** If "YES," did your illnesses, injuries or conditions cause you to: *(check all that apply)*

☐ **work fewer hours?** *(Explain below)*

☐ **change your job duties?** *(Explain below)*

☑ **make any job-related changes such as your attendance, help needed, or employers?** *(Explain below)*

Currently off Due to Back injury

**I.** Are you **working now**?    ☐ YES    ☑ NO

If "NO," when did **you stop working**?

| Month | Day | Year |
|---|---|---|
| NOV | 29 | 2004 |

**J.** Why did you **stop working**?  Doctors order

## SECTION 3 - INFORMATION ABOUT YOUR WORK

A. List the kinds of jobs that you have had in the last 15 years that you worked. 72

| JOB TITLE (Example, Cook) | TYPE OF BUSINESS (Example, Restaurant) | DATES WORKED (month & year) From | DATES WORKED (month & year) To | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) | |
|---|---|---|---|---|---|---|---|
| I T Tech | State Gov | Feb 02 | Nov 04 | 40 | 5 | $897 | Bi-wkly |
| Logistic Management | US Army | May 97 | Oct 01 | 40+ | 7 | $2500 | mthly |
| Asst Store Manager | Video | May 95 | May 97 | 40+ | 5 | $950 | Bi-wkly |
| Helicopter mech | US Army | Aug 89 | Oct 92 | 40+ | 7 | $1700 | mthly |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

B. Which job did you do the longest? Logistic management

C. Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.) Parts pickup, Inventory, Keep records etc

D. In this job, did you:

Use machines, tools or equipment? ☑ YES ☐ NO

Use technical knowledge or skills? ☑ YES ☐ NO

Do any writing, complete reports, or perform duties like this? ☑ YES ☐ NO

E. In this job, how many total hours each day did you:

Walk? 8+   Stoop? (Bend down & forward at waist.) 8+   Handle, grab or grasp big objects? 8+

Stand? 8+   Kneel? (Bend legs to rest on knees.) 8+   Reach? 8+

Sit? 8+   Crouch? (Bend legs & back down & forward.) 8+   Write, type or handle small objects? 8+

Climb? 8+   Crawl? (Move on hands & knees.) 8+

F. Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.)

Aircraft Parts From Warehouse to truck to office to storage Location. Everyday

G. Check heaviest weight lifted:

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 20 lbs   ☑ 50 lbs   ☐ 100 lbs. or more   ☐ Other

H. Check weight frequently lifted: (By frequently, we mean from 1/3 to 2/3 of the workday.)

☐ Less than 10 lbs   ☐ 10 lbs   ☑ 25 lbs   ☐ 50 lbs. or more   ☐ Other

I. Did you supervise other people in this job? ☑ YES (Complete items below.) ☐ NO (Skip to next page.)

How many people did you supervise? 5

What part of your time was spent supervising people? All

Did you hire and fire employees? ☐ YES ☑ NO

J. Were you a lead worker? ☑ YES ☐ NO

## SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS

A. Have you been seen by a **doctor/hospital/clinic** or anyone else for the illnesses, injuries or conditions that limit your ability to work?  ☑ YES  ☐ NO    *73*

B. Have you been seen by a **doctor/hospital/clinic** or anyone else for emotional or mental problems that limit your ability to work?  ☐ YES  ☑ NO

### If you answered "NO" to both of these questions, go to Section 5.

C. List **other names** you have used on your medical records. _____

_____

### Tell us who may have medical records or other information about your illnesses, injuries or conditions.

D. List each **DOCTOR/HMO/THERAPIST/OTHER.** Include your **next appointment.**

**1.**

| NAME  V A Hospital | DATES |
|---|---|
| STREET ADDRESS  215 Perry Hill Rd | FIRST VISIT  Oct 2001 |
| CITY  Montgomery   STATE AL   ZIP 36109 | LAST SEEN  1 l05 |
| PHONE Area Code 800  Phone Number 214-8387   CHART/HMO # (If known) | NEXT APPOINTMENT  Every Tues & ~~Thurs~~ Thurs |
| REASONS FOR VISITS  Back, Knees, etc   2/5/05 | |
| WHAT TREATMENT WAS RECEIVED?  medical & physical therapy | |

**2.**

| NAME  Dr. Arellano (Arellano) | DATES |
|---|---|
| STREET ADDRESS  461 Cotton Gin Rd | FIRST VISIT  Sept 2004 |
| CITY  Montgomery   STATE AL   ZIP 36117 | LAST SEEN  Oct 2004 |
| PHONE Area Code 334  Phone Number 280-1500   CHART/HMO # (If known)  UNK | NEXT APPOINTMENT  May 2005 |
| REASONS FOR VISITS  A-Fib Heart Condition | |
| WHAT TREATMENT WAS RECEIVED?  Medication and under doctors care | |

## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

### DOCTOR/HMO/THERAPIST/OTHER                 74

3.

| NAME Dr Arshad (Arshad) | | | DATES |
|---|---|---|---|
| STREET ADDRESS 2119 E. South Blvd | | | FIRST VISIT Sept 04 |
| CITY Montgomery | STATE AL | ZIP 36114 | LAST SEEN Oct 04 |
| PHONE 334 280-1500 <br> Area Code   Phone Number | CHART/HMO # (If known) UNK | | NEXT APPOINTMENT Mar 05 |

REASONS FOR VISITS   A-Fib Heart Condition

WHAT **TREATMENT** WAS RECEIVED?   Meds

**If you need more space, use Remarks, Section 9.**

### E. List each HOSPITAL/CLINIC. Include your next appointment.

1.

| HOSPITAL/CLINIC | | | TYPE OF VISIT | DATES | |
|---|---|---|---|---|---|
| NAME Baptist East | | | ☑ **INPATIENT** STAYS (Stayed at least overnight) | DATE IN 22 21 Sept 04 | DATE OUT 22 Sept 04 |
| STREET ADDRESS | | | | DATE FIRST VISIT | DATE LAST VISIT |
| CITY Montgomery | STATE AL | ZIP 36117 | ☑ **OUTPATIENT** VISITS (Sent home same day) | | 9/20/04 |
| PHONE 334 244-8448 <br> Area Code   Phone Number | | | ☑ **EMERGENCY ROOM** VISITS | DATE OF VISITS 11/04 (back) | |

Next **appointment** _____ Your hospital/clinic **number** _____

**Reasons** for visits   Chest Pains.

What **treatment** did you receive?   Admitted.

What **doctors** do you see at this hospital/clinic on a regular basis?   Doctor on Call

## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

### HOSPITAL/CLINIC

**75**

2.

| HOSPITAL/CLINIC | TYPE OF VISIT | DATES | |
|---|---|---|---|
| NAME | ☐ **INPATIENT STAYS** *(Stayed at least overnight)* | DATE IN | DATE OUT |
| STREET ADDRESS | | | |
| | ☐ **OUTPATIENT VISITS** *(Sent home same day)* | DATE FIRST VISIT | DATE LAST VISIT |
| CITY / STATE / ZIP | | | |
| PHONE | ☐ **EMERGENCY ROOM** VISITS | DATE OF VISITS | |
| *Area Code    Phone Number* | | | |

Next **appointment** _____ Your hospital/clinic **number** _____

**Reasons** for visits _____

_____

What **treatment** did you receive? _____

_____

What **doctors** do you see at this hospital/clinic on a regular basis? _____

_____

**If you need more space, use Remarks, Section 9.**

F. Does **anyone else have medical records or information** about your illnesses, injuries or conditions (Workers' Compensation, insurance companies, prisons, attorneys, welfare), or are you scheduled to see anyone else?

☐ YES *(If "YES," complete information below.)*      ☑ NO

| NAME | DATES |
|---|---|
| STREET ADDRESS | FIRST VISIT |
| CITY / STATE / ZIP | LAST SEEN |
| PHONE *Area Code    Phone Number* | NEXT APPOINTMENT |
| CLAIM NUMBER (If any) | |
| REASONS FOR VISITS | |
| | |

**If you need more space, use Remarks, Section 9.**

## SECTION 5 - MEDICATIONS 　　76

Do you currently take any **medications** for your illnesses, injuries or conditions? ☑ YES

If "YES," please tell us the following: *(Look at your medicine bottles, if necessary.)* ☐ NO

| NAME OF MEDICINE | IF PRESCRIBED, GIVE NAME OF DOCTOR | REASON FOR MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|---|---|
| Cardizem | Dr. Arellano | A-Fib Heart Condit. | Tiredness |
| Protonix | " | Acid reflux | |
| Celebrex | Dr. PinchBack | Back injury | Drowsiness |
| Skelaxin | " | " | " |
| Darvocet | " | " | " |

**If you need more space, use Remarks, Section 9.**

## SECTION 6 - TESTS

Have you had, or will you have, any **medical tests** for illnesses, injuries or conditions?

☑ YES ☐ NO   If "YES," please tell us the following: *(Give approximate dates, if necessary.)*

| KIND OF TEST | WHEN DONE, OR WHEN WILL IT BE DONE? (Month, day, year) | WHERE DONE? (Name of Facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | Sept 04 | Mont. Cardiovascular | Dr. Arellano |
| TREADMILL (EXERCISE TEST) | " | " | " |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY--Name of body part | | | |
| HEARING TEST | | | |
| VISION TEST | | | |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | | | |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | | | |
| BREATHING TEST | 2004 | VA | VA |
| X-RAY--Name of body part  Back | Nov 2004 | Advanced Orthopedic Surgical Spc. | Dr. PinchBack |
| MRI/CT SCAN Name of body part  Lower Back | 10 JAN 05 | Advanced Imaging | " |

**If you have had other tests, list them in Remarks, Section 9.**

## SECTION 7-EDUCATION/TRAINING INFORMATION

**77**

**A. Check the highest grade of school completed.**

Grade school:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED |
|---|---|---|---|---|---|---|---|---|---|----|----|----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

College:

| 1 | 2 | 3 | 4 or more |
|---|---|---|-----------|
| ☐ | ☐ | ☒ | ☐ |

Approximate date completed: _____ Di. 4 know _____

**B. Did you attend special education classes?** ☐ YES ☑ NO *(If "NO," go to part C)*

NAME OF SCHOOL _____

ADDRESS _____
*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
City        State        Zip

DATES ATTENDED _____ TO _____

TYPE OF PROGRAM _____

**C. Have you completed any type of special job training, trade or vocational school?**

☐ YES ☑ NO  If "YES," what type?_____

Approximate date completed: _____

## SECTION 8 - VOCATIONAL REHABILITATION, EMPLOYMENT, or OTHER SUPPORT SERVICES INFORMATION

Are you participating in the Ticket Program or another program of vocational rehabilitation services, employment services or other support services to help you go to work?

☐ YES (Complete the information below) ☑ NO

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____
*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
City        State        Zip

DAYTIME PHONE NUMBER _____ _____
Area Code      Number

DATES SEEN _____ TO _____

TYPE OF SERVICES OR TESTS PERFORMED _____
*(IQ, vision, physicals, hearing, workshops, etc.)*

| SECTION 9 - REMARKS | 73 |
| --- | --- |

**Use this section for any added information you did not show in earlier parts of the form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.**

Dr. Pinchback     1325 mulberry st.     Montgomery, AL 36104

(334) 262-0523     Back Injury     12 Jan 05

first visit   12/04 ─────── 7 fue

Dr. Underwood   2171 Normendie Dr.   Montgomery, AL 36111

(334) 288-7531   Primary Physician

first visit - 7/04   last saw - 12/04  referred to Dr. Pinchback

Phenergen       Dr. Underwood     Nausea & vomiting

Hydrocodone/Acetam     VA         Back injury       Drowsiness

Diazepam/Valium   Dr. Moorehouse (Baptist East)  "      "

Lorcet               "            "      "

Ecotrin (Aspirin)   Dr. Arellano     A-Fib Heart Condition

※ Baptist South   2/8/05  (surgery)
Montgomery, AL

back surgery (inpatient) will
stay about a week

| SECTION 9 - REMARKS |
|---|

_79_

**ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.**

| Signature of **claimant** or person filing on claimant's behalf *(parent, guardian)* | Date *(Month, day, year)* |
|---|---|
| Tyron Wash | 01 / 10 / 05 |

Witnesses are required **ONLY** if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of **Witness** | 2. Signature of **Witness** |
|---|---|
| | |
| **Address** *(Number and street, city, state, and ZIP code)* | **Address** *(Number and street, city, state, and ZIP code)* |
| | 1263 VA |

*U.S. Government Printing Office: 2003—496-506/40115

SOCIAL SECURITY ADMINISTRATION

# DISABILITY REPORT - FIELD OFFICE

**IDENTIFYING INFORMATION**

**1. NAME OF PERSON ON WHOSE SOCIAL SECURITY RECORD THIS CLAIM IS BEING FILED**

Tyron Works

**HIS OR HER SOCIAL SECURITY NUMBER**

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

NAME OF CLAIMANT *(if different from above)*

SSN *(if different from above)*

☑ Male   ☐ Female   DOB 2/6/72

**2. CLAIMANT'S ALLEGED ONSET DATE (AOD)** 11/29/04

**3. RECOMMENDED ONSET DATE** *(if different from above)*
*(check type of claim(s) and enter recommended onset)*      ☐ SSI _____

☐ DIB/Freeze _____   ☐ DWB _____   ☐ CDB _____   ☐ OTHER _____

**4. REASON FOR RECOMMENDED ONSET DATE**

☐ SSI Application Date      ☐ Controlling Date

☐ SSI Alien                 ☐ Statutorily Blind

☐ Date Last Insured         ☐ Work Before/After AOD

☐ Date First Insured            ☐ UWA   ☐ SGA   ☐ Not SGA   ☐ 820/821 In File

                                ☐ Other (explain in item 5)

**5. EXPLANATION FOR RECOMMENDED ONSET DATE, WHEN APPLICABLE:** _____

_____

_____

_____

_____

_____

☐ 820/821 Pending   Date Requested _____

**MISCELLANEOUS INFORMATION**

**6. Protective filing date** _____      Date last insured (DIB/Freeze case) 12/08

Beginning of Prescribed Period (DWB) _____   End of Prescribed Period _____

Controlling date _____

Closed period case      ☐ Yes   ☐ No

**PRIOR FILING INFORMATION - Use Remarks, if additional space is needed.**

**7. Prior filing(s)**      ☐ Yes   ☑ No

If yes, and you are not sending the prior folder(s) to the DDS, enter the following:

Type of prior claim(s) _____

SSN(s) of prior claim(s) _____

Date of last decision _____   Level of last decision ___   ☐ Allowance   ☐ Denial

Date of prior termination (if applicable) _____

Location of prior folder _____

Prior folder requested   ☐ Yes _____   ☐ No
                              (date requested)

4-E     4

FORM **SSA-3367-F4** (7/99)   USE ONLY 7/98 EDITION(S) UNTIL EXHAUSTED EF (7-99)      PAGE 1

111310S

*Disability Report - Field Office  Form SSA-3367*

8. CHECK ANY OF THE FOLLOWING FO PD/PB CRITERIA THAT APPLY IN AN SSI CLAIM
PER DI 11055.230ff.

☐  1. Amputation of two limbs.                                                              *81*

☐  2. Amputation of a leg at the hip.

☐  3. Allegation of total deafness.

☐  4. Allegation of total blindness.

☐  5. Allegation of bed confinement or immobility without a wheel chair, walker, or crutches, due to a
    longstanding condition -- excluding recent accident and recent surgery.

☐  6. Allegation of a stroke (cerebral vascular accident) more than 3 months in the past and continued
    marked difficulty in walking or using a hand or arm.

☐  7. Allegation of cerebral palsy, muscular dystrophy, or muscle atrophy and marked difficulty in
    walking (e.g., use of braces), speaking, or coordination of hands or arms.

☐  8. Allegation of diabetes with amputation of a foot.

☐  9. Allegation of Down Syndrome.

☐ 10. Allegation of severe mental deficiency made by another individual filing on behalf of a claimant
    who is at least 7 years of age.  For example, a mother filing for benefits for her child  states that
    the child attends (or attended)  a special school, or special classes in school because of mental
    deficiency or is unable to attend any type of school (or if beyond school age, was unable to
    attend), and requires care and supervision of routine daily activities.

    Note:  "Mental deficiency" means mental retardation.  This PD category pertains to individuals
    whose dependence upon others for meeting personal care needs (e.g., hygiene) and in doing other
    routine daily activities (e.g., fastening a seat belt) grossly exceeds age-appropriate dependence as a
    result of mental retardation.

☐ 11. A child is age 6 months or younger and the birth certificate or other evidence (e.g. hospital
    admission summary) shows a weight below 1200 grams (2 pounds 10 ounces) at birth.

☐ 12. Human immunodeficiency virus (HIV) infection ( See DI 11055.241)

☐ 13. A child is age 6 months or younger and available evidence (e.g., the hospital admission summary)
    shows a gestational age at birth on the table below with the corresponding birth weight indicated:

| Gestational Age (in weeks) | Weight at Birth | |
|---|---|---|
| 37-40 | Less than 2000 grams | (4 pounds, 6 ounces) |
| 36 | 1875 grams or less | (4 pounds, 2 ounces) |
| 35 | 1700 grams or less | (3 pounds, 12 ounces) |
| 34 | 1500 grams or less | (3 pounds, 5 ounces) |
| 33 | 1325 grams or less | (2 pounds, 15 ounces) |

☐ 14. A physician or knowledgeable hospice official confirms  an individual is receiving hospice services
    because of terminal cancer.  (See DI E11010.001ff. for terminal illness procedures.)

☐ 15. Allegation of spinal cord injury producing inability to ambulate without the use of  a walker or
    bilateral hand-held assistive devices for more than two weeks following the injury, with
    confirmation of such status from an appropriate medical professional.

9. OBSERVATIONS/PERCEPTIONS

How was the interview conducted?                                                                **82**

☑ Teleclaim with claimant          ☐ Face-to-face with claimant          ☐ No contact with claimant
(Complete 1-8 and 15 below)            (Complete 1-15 below)                  (Go to Page 4)

If the claimant had difficulty with the following, check the "yes" block and explain in "observations" or check "no" or "not observed/perceived." (Explain any "no" answers that you think would assist the DDS in making a decision.)

| | | | |
|---|---|---|---|
| 1. Hearing | ☐ Yes | ☑ No | ☐ Not observed/perceived |
| 2. Reading | ☐ Yes | ☐ No | ☑ Not observed/perceived |
| 3. Breathing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 4. Understanding | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 5. Coherency | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 6. Concentrating | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 7. Talking | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 8. Answering | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 9. Sitting | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 10. Standing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 11. Walking | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 12. Seeing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 13. Using hand(s) | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 14. Writing | ☐ Yes | ☐ No | ☐ Not observed/perceived |

15. Other (specify) _____

_____

_____

_____

OBSERVATIONS: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.

No difficulties observed during
the conversation

_____

_____

_____

10. Development initiated by FO

    A. Medical

83

| Source | Date Requested | Tickle/Diary Date | Evidence to be Forwarded by Source to | | Capability Development Requested |
|---|---|---|---|---|---|
| | | | DDS | FO | |
| | | | | | |
| | | | | | |

    B. Other

| Source | Date Requested | Tickle/Diary Date | Evidence to be Forwarded by Source to | |
|---|---|---|---|---|
| | | | DDS | FO |
| | | | | |
| | | | | |

    C. Forms to be completed by applicant and sent to the DDS.

      ☐ SSA-3370    ☐ SSA-3371    ☐ SSA-3369    ☐ Other _____

11. If medical evidence was brought in to the FO by the claimant, check here ☐

12. Is DDS capability development needed?    ☐ Yes    ☑ No

REMARKS _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF INTERVIEWER (Print)

334 223-7183

Area Code   Phone Number

NAME OF PERSON COMPLETING FORM (Print) *(if different from interviewer)*

DATE

FORM **SSA-3367-F4** (7/99)  USE ONLY 7/98 EDITION(S) UNTIL EXHAUSTED  **EF (7-99)** ·U S GPO· 2002 – 491-689/60059 PAGE 4

UNIT: 40
PO

**DISABILITY DETERMINATION SERVICE**
**POST OFFICE BOX 830300**
**BIRMINGHAM, ALABAMA 35283-0300**



84

Birmingham Number 205-989-2100
Toll-Free Number 1-800-292-8106                    Toll-Free Fax Number 1-800-524-6489

TDN: 1746432492

DISABILITY SPECIALIST: Beth Jones
CLAIMANT:                       TYRON WORKS
CLAIM:  258025                  A/N:  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 INT/SSA

### PHYSICAL ACTIVITIES QUESTIONNAIRE

It is very important that you provide as much detail as possible when answering the following questions about your daily
activities. This information will enable us to fully consider how your condition(s) limit your functioning on a daily basis.
If you need additional space for your answers, you may write on the back of the form or attach additional paper. Be sure
to include your name on any additional sheets..

1.   Describe your usual daily activities, commenting on things such as household chores, shopping, errands, walking,
     driving, yard work, hobbies, doing small repairs, etc. Include how long it takes for you to complete some of these
     activities. Please give details and examples of activities. *my normal activities are doing my
     households chores, running errands, walking my dog, playing with my
     daughter, going to work and just living life and enjoying it.*

2.   What difficulties, if any do you have completing routine or familiar tasks. *I can now do none of
     the above at all or without the assistance of someone else. I
     truly understand the meaning of Handicap now.*

3.   A. If you have problems standing, walking or sitting, describe the problem(s) you have with each of these activities.
     *Can't stand long. it puts pressure on my spine and causes pain and numbness.
     walking causes pain and if numbness occurs I will fall.
     sitting irritates the spine and cause pain.*
     B. If you are able to stand, walk and sit, how LONG can you do each of these?

     Stand *as tolerated* Walk *as needed* Sit *as tolerated*



FCL09

Printed by BJ

1/24/05                                    S-E    6

Disability Determination Service                                                Page 2
Physical Activities of Daily Living Questionnaire
TYRON WORKS                                                    CLAIM: 258025

85

C. 1. If you use crutches, a cane, a walker or a wheelchair, tell which one is used and explain why you must use the assistive device. As of right now, no devices but I have back Surgery on Feb, 08, 2005 and will be using these devices afterward.

   2. If you use crutches, a cane, a walker or a wheelchair, who prescribed the assistive device and when was it prescribed? It will be prescribed by my ortho Surgeon on or after Feb 8, 2005. Dr. Pintchback

4. Does anyone depend on you for care (spouse, children, parents, pets, etc.)?
   (✓) Yes ( ) No

   If yes, tell who you are responsible for and what assistance you give them. If you are unable to provide the needed assistance, please explain. my daughter. I provide Everything. It's just me and my daughter living together. Since my back condition I have been depending on my family and friends for help with her.

PLEASE ANSWER THE FOLLOWING QUESTIONS REGARDING EACH OF THE FOLLOWING ACTIVITIES:

5. Personal Care (such as bathing, showering, dressing, shaving, doing your hair, etc.)
   Does your condition(s) limit you in performing these activities?
   (✓) Yes ( ) No

   If yes, explain the limitation(s): I need help bathing and showering so that I won't Fall in the tub. When dressing myself I need help with putting on my pants, socks, shoes, etc.

   Explain any changes in doing these activities since the beginning of your condition(s): Before I could do it by myself, now I need help.

   Describe any assistance you require to perform these activities: Assistance in bathing, getting dress is need to keep from injuring myself Further.

Disability Determination Service                                           Page 3
Physical Activities of Daily Living Questionnaire
TYRON WORKS                                          CLAIM: 258025    86

6.   Cooking and Preparing Meals
     Does your condition(s) limit you in performing these activities?
     (✓) Yes  ( ) No

     If yes, explain the limitation(s): I can't stand for a long period of time to
     prepare meals else if my legs give out I could fall on the
     stove, burn myself or start a fire.

     Explain any changes in doing these activities since the beginning of your condition(s): Now my family
     and friends prepare my meals for me.

     Describe any assistance you require to perform these activities: Meals are prepared by other
     people.

7.   Household Chores (such as cleaning, using a vacuum cleaner, doing laundry, making beds, taking out trash, etc.)
     Does your condition(s) limit you in performing these activities?
     (✓) Yes  ( ) No

     If yes, explain the limitation(s): I'm not supposed to lift anything or do anything
     that will cause my back to go out. Doctors orders.

     Explain any changes in doing these activities since the beginning of your condition(s): Before I could
     keep my own house, now my family does it.

     Describe any assistance you require to perform these activities: My family does my daily chores
     for me.

FCL09                                                          Printed by BJ

Disability Determination Service                                      Page 4
Physical Activities of Daily Living Questionnaire
TYRON WORKS                                      CLAIM: 258025

**87**

8.  Yard Work (such as mowing grass, raking, sweeping sidewalks, gardening, etc.)
    Does your condition(s) limit you in performing these activities?
    ( ✓ )Yes  ( ) No

    If yes, explain the limitation(s):  I can't perform any of these tasks

    Explain any changes in doing the activities since the beginning of your condition(s):  I love working
    In my yard but now I have to pay a yard man to do it.

    Describe any assistance you require to perform these activities:  Hired help

9.  Shopping (such as shopping for groceries, clothes, household items, etc.)
    Does your condition(s) limit you in performing these activities?
    ( ✓ )Yes  ( ) No

    If yes, explain the limitation(s):  I don't go out much do to pain.

    Explain any changes in doing these activities since the beginning of your condition(s):  my family shops
    for me

    Describe any assistance you require to perform these activities:  Some one else does it for
    me.

Disability Determination Service                                    Page 5
Physical Activities of Daily Living Questionnaire
TYRON WORKS                                              CLAIM: 258025

**83**

10. Loading and unloading groceries or other items to and from the car
    Does your condition(s) limit you in performing these activities?
    (✓) Yes  ( ) No

    If yes, explain the limitation(s):  Can't lift anything.

    Explain any changes in doing these activities since the beginning of your condition(s):  Can't lift anything

    Describe any assistance you require to perform these activities:  Some one else does it

11. Driving a car
    Does your condition(s) limit you from performing this activity?
    (✓) Yes  ( ) No

    If yes, explain the limitation(s):  Sometimes I can drive and some times I can't. my condition cause my entire right side to go numb. When this happens or I feel it coming on I have some one to drive me around (Back and Forth to Doctors and Rehab)

    Explain any changes in doing the activities since the beginning of your condition(s):  I can't drive sometimes because I'm afraid my right side may go numb and I have a accident

    Describe any assistance you require to perform this activity:  Some one drives me around.

Disability Determination Service                                    Page 6
Physical Activities of Daily Living Questionnaire
TYRON WORKS                                    CLAIM: 258025    89

12. How long can you perform most activities before you have to take a break because of your condition(s)?

*maybe 5 to 10 min.*

13. What causes you to stop doing your usual activities? *Pain, Numbness, discomfort.*

14. Please provide any additional information about any other limitations caused by your condition(s). *On a personal side I am engage and since my condition haven't been able to perform sexualy.*

15. List any medication(s) you take for your condition(s) and how often you take the medicine.

*Celebrex = 1 x day        Cardizem = 1 every day    Hydrocodone = 1 (twice Day)*
*Skelaxin = 1 (3x) day     Protonix  =  "    "*
*Darvocet = 1 x day or     Ecotrin  =  "    "*
*           as needed for Pain    Lorax = 1 every 4 hrs*

_____        _____
Signature of Applicant                        Date
*Tyron Works*                               *24 Jan 05*

Home telephone number: *334 - 279 - 8671*


_____        _____
Name of person completing this form        Relationship to (if other than the applicant)
                                           applicant


_____        _____
Disability Specialist's signature              Date
(if this information was taken over the phone)

P0
UNIT: 40
Page 1

* 1 7 4 6 4 3 2 4 6 0 *

DATE: January 19, 2005                    DISABILITY SPECIALIST: Beth Jones

## WORK HISTORY REPORT

90

### SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

A.   NAME OF CLAIMANT: TYRON WORKS

B.   SOCIAL SECURITY NUMBER: 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 INT/SSA

C.   DAYTIME TELEPHONE NUMBER (If you have no number where you can be reached, give us a daytime number where
     we can leave a message for you.)
     334     279-8671     (✓) Your Number     ( ) Message Number     ( ) None
     (Area Code)          (Number)

### SECTION 2 - INFORMATION ABOUT YOUR WORK HISTORY
List the kinds of jobs that you have had in the last 15 years that you worked.

| | JOB TITLE (Example: Cook) | TYPE OF BUSINESS (Example: Restaurant) | DATES WORKED (Month & Year) FROM | TO |
|---|---|---|---|---|
| 1. | I T Tech | State Gov | 7/02 | 11/04 |
| 2. | Stock Clerk | '' | 2/02 | 6/02 |
| 3. | Sr. Logistic Management | U.S. Army | 5/97 | 10/01 |
| 4. | Asst. Store Manager | Retail | 5/95 | 4/97 |
| 5. | Student | School/College | 1/93 | 5/95 |
| 6. | Helicopter Mechanic | U.S. Army | 8/89 | 10/92 |
| | Student | High School | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |



RECEIVED
JAN 2 7 2005
DISABILITY DETERMINATION
ALABAMA

FCP03  (SSA-3369-F6)(7-2000) - BJ

6-E      9

1/24/05

Page 2

```
JOB TITLE NO. 1
```

TYRON WORKS                                    SSN: 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 INT/SSA    **91**

GIVE US MORE INFORMATION ABOUT JOB NO. 1 LISTED ABOVE.  ESTIMATE HOURS AND PAY, IF YOU NEED TO.

JOB TITLE NO. 1    _I T Tech_

| Rate of Pay | Per (Circle One) | Hours per day | 8 |
|---|---|---|---|
| $ _1794.00_ | Hour  Week  (Month)  Year | Days per week | _5_ |

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | Yes (explain below) (✓) | No ( ) |
| Use technical knowledge or skills? | Yes (explain below) (✓) | No ( ) |
| ●rite reports or complete forms? | Yes (explain below) (✓) | No ( ) |

Describe this job.  What did you do all day?  (If you need more space, write in the "Remarks" section or on the back of this page.)

During the course of a day I ran computer programs, Printout reports, Filled out problem reports of programs, Printed and sec1ed Checks for entire State of Alabama.

In this job, how many total hours did you work each day? _8_
In this job, how many total hours each day did you :

| | | | |
|---|---|---|---|
| Walk? | _8_ | Kneel? (Bend legs to rest on knees.) | _8_ |
| Stand? | _8_ | Crouch? (Bend legs & back down & forward.) | _8_ |
| Sit? | _8_ | Crawl? (Move on hands & knees.) | _0_ |
| Climb? | _0_ | Handle, grab or grasp big objects? | _8_ |
| Stoop?  (Bend down and forward at waist.) | | _8_ | |
| Write, type or handle small objects? | | _8_ | |

Lifting and Carrying: (Explain what you lifted, how far you carried it, and how often you did this.)

I had to go to basement and Pull a pallet loaded with Boxes of checks or (laserprinter paper up to Second Floor Storage then I had to unload pallets, carry boxes to put near the different printers about 50 Feet or so.

Check heaviest weight you lifted?
( ) Less than 10 lbs.        ( ) 10 lbs.        ( ) 20 lbs.        (✓) 50 lbs.
( ) 100 lbs. or more        ( ) Other _____

Check weight you frequently lifted:  (By frequently, we mean from 1/3 to 2/3/ of the workday.)
( ) Less than 10 lbs.    ( ) 10 lbs.    ( ) 25 lbs    (✓) 50 lbs. or more    ( ) Other _____

FCP03  (SSA-3369-F6)(7-2000)

Page 3

TYRON WORKS                                                    SSN: 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 INT/SSA

Did you supervise other people in this job?         Yes (✓) (Complete items below.)        92
                                                    No ( ) (Skip to Job Title No. 2)

How many people did you supervise? ____1____

What part of your time was spent supervising people? ___½___

Did you hire and fire employees?   Yes ( )   No (✓)

Were you a lead worker?   Yes (✓)   No ( )

```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
            JOB TITLE NO. 2
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

●IVE US MORE INFORMATION ABOUT JOB NO. 2 LISTED ABOVE.  ESTIMATE HOURS AND PAY, IF YOU NEED TO.

JOB TITLE NO. 2        Stock Clerk

| Rate of Pay | Per (Circle One) | | | Hours per day | 8 |
|---|---|---|---|---|---|
| $ 1295.00  Hour | Week | (Month) | Year | Days per week | 5 |

In this job, did you:

Use machines, tools, or equipment?                Yes (explain below) (✓)        No ( )

Use technical knowledge or skills?                Yes (explain below) (✓)        No ( )

Write reports or complete forms?                  Yes (explain below) (✓)        No ( )

Describe this job.  What did you do all day?  (If you need more space, write in the "Remarks" section or on the back of this page.)

Initiate requestions to replenish Stock. Receive and stock office supplies. Deliver Supplies upon request. Maintain up to date inventory Reports. Physical Inventory, Check, assemble, pack shipments. Operated Folding & Sealing machine

In this job, how many total hours did you work each day? ____8____

In this job, how many total hours each day did you :

| | | | |
|---|---|---|---|
| Walk? | 8 | Kneel? (Bend legs to rest on knees.) | 8 |
| Stand? | 8 | Crouch? (Bend legs & back down & forward.) | 8 |
| Sit? | 8 | Crawl? (Move on hands & knees.) | 0 |
| Climb? | 8 | Handle, grab or grasp big objects? | 8 |
| Stoop? (Bend down and forward at waist.) | | | |
| Write, type or handle small objects? | 8 | | |

FCP03  (SSA-3369-F6)(7-2000)

Page 4
TYRON WORKS

SSN: 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 INT/SSA

Lifting and Carrying: (Explain what you lifted, how far you carried it, and how often you did this.)

**93**

Carried all Supplies from loading dock to Seventh Floor Supply room. Moved office furniture from loading dock through out building.

Check heaviest weight you lifted?

( ) Less than 10 lbs.      ( ) 10 lbs.      ( ) 20 lbs.      ( ) 50 lbs.
(✓) 100 lbs. or more      ( ) Other _____

Check weight you frequently lifted:  (By frequently, we mean from 1/3 to 2/3/ of the workday.)

( ) Less than 10 lbs.    ( ) 10 lbs.    (✓) 25 lbs    ( ) 50 lbs. or more    ( ) Other _____

Did you supervise other people in this job?          Yes ( )  (Complete items below.)
                                                     No  (✓) (Skip to Job Title No. 2)

How many people did you supervise? _____

What part of your time was spent supervising people? _____

Did you hire and fire employees?    Yes ( )    No ( )

Were you a lead worker?    Yes ( )    No ( )

```
JOB TITLE NO. 3
```

GIVE US MORE INFORMATION ABOUT JOB NO. 3 LISTED ABOVE.  ESTIMATE HOURS AND PAY, IF YOU NEED TO

JOB TITLE NO. 3   Sr. Logistic Management

| Rate of Pay | | Per (Circle One) | | | Hours per day | ~~8 hrs~~ 12 + |
|---|---|---|---|---|---|---|
| $ 2800.00 | Hour | Week | (Month) | Year | Days per week | 5 + |

In this job, did you:

Use machines, tools, or equipment?          Yes (explain below) (✓)  No ( )

Use technical knowledge or skills?          Yes (explain below) (✓)  No ( )

Write reports or complete forms?          Yes (explain below) (✓)  No ( )

Describe this job.  What did you do all day?  (If you need more space, write in the "Remarks" section or on the back of this page.)

managed Aviation Supply parts, which included procurement, replenishment, and issue. Responsible for installation, repair, support, and relocation of personal Computers. All other military duties.

FCP03  (SSA-3369-F6)(7-2000)

Page 5
TYRON WORKS                                    SSN: 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 INT/SSA

In this job, how many total hours did you work each day? _____ *1 2 +* _____ **94**
In this job, how many total hours each day did you :

Walk? ___ *1 2* ___                    Kneel? (Bend legs to rest on knees.) ___ *1 2* ___
Stand? ___ *1 2* ___                   Crouch? (Bend legs & back down & forward.) ___ *1 2* ___
Sit? ___ *1 2* ___                     Crawl? (Move on hands & knees.) ___ *1 2* ___
Climb? ___ *1 2* ___                   Handle, grab or grasp big objects? ___ *1 2* ___
Stoop? (Bend down and forward at waist.) ___ *1 2* ___
Write, type or handle small objects? ___ *1 2* ___

Lifting and Carrying: (Explain what you lifted, how far you carried it, and how often you did this.)

*Air craft parts from Warehouse to Supply office to recive in*

*the put in parts location.*

Check heaviest weight you lifted?

( ) Less than 10 lbs.        ( ) 10 lbs.        ( ) 20 lbs.        ( ) 50 lbs.
( ) 100 lbs. or more        (✓) Other *1000 lbs +*

Check weight you frequently lifted:  (By frequently, we mean from 1/3 to 2/3/ of the workday.)

( ) Less than 10 lbs.    ( ) 10 lbs.    ( ) 25 lbs    (✓) 50 lbs. or more    ( ) Other _____

Did you supervise other people in this job?        Yes (✓) (Complete items below.)
                                                   No ( ) (Skip to Job Title No. 2)

How many people did you supervise? ___ *5* ___

What part of your time was spent supervising people? ___ *All* ___

Did you hire and fire employees?    Yes ( )    No (✓)

Were you a lead worker?    Yes (✓)    No ( )

╔═══════════════════════════════╗
║        JOB TITLE NO. 4        ║
╚═══════════════════════════════╝

GIVE US MORE INFORMATION ABOUT JOB NO. 4 LISTED ABOVE.  ESTIMATE HOURS AND PAY, IF YOU NEED TO.

JOB TITLE NO. 4    *Asst Store manager*

| Rate of Pay | Per (Circle One) | | | Hours per day | *9* |
|---|---|---|---|---|---|
| $ *9.75* | (Hour) | Week | Month | Year | Days per week | *5* |

FCP03  (SSA-3369-F6)(7-2000)

Page 6·
TYRON WORKS                                            SSN: 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 INT/SSA

In this job, did you:
Use machines, tools, or equipment?          Yes (explain below) (✓)  No ( )        **95**

Use technical knowledge or skills?          Yes (explain below) (✓)  No ( )

Write reports or complete forms?            Yes (explain below) (✓)  No ( )

Describe this job.  What did you do all day?  (If you need more space, write in the "Remarks" section or on the back of this page.)

Responsible for recruiting, hiring, training, developing and evaluating store employees.
Manage all phases of store operations to ensure maximum sales and profitability
through focusing on key business initiatives, store presentation, marketing execution

In this job, how many total hours did you work each day? _____ 9 + _____

Walk? _____9_____               Kneel? (Bend legs to rest on knees.)          _____9_____
Stand? _____9_____              Crouch? (Bend legs & back down & forward.)   _____9_____
●? _____9_____                  Crawl? (Move on hands & knees.)              _____0_____
Climb? _____0_____              Handle, grab or grasp big objects?           _____0_____
Stoop? (Bend down and forward at waist.)      _____9_____
Write, type or handle small objects?          _____9_____

Lifting and Carrying: (Explain what you lifted, how far you carried it, and how often you did this.)

Carrying boxes of videos received in to the store to stock room.

_____

Check heaviest weight you lifted?

( ) Less than 10 lbs.        ( ) 10 lbs.            ( ) 20 lbs.           (✓) 50 lbs.
●100 lbs. or more            ( ) Other _____

Check weight you frequently lifted:  (By frequently, we mean from 1/3 to 2/3/ of the workday.)

( ) Less than 10 lbs.      ( ) 10 lbs.      ( ) 25 lbs      (✓) 50 lbs. or more      ( ) Other _____

Did you supervise other people in this job?        Yes (✓) (Complete items below.)
                                                    No ( ) (Skip to Job Title No. 2)

How many people did you supervise? _2 0_

What part of your time was spent supervising people? _ALL_

Did you hire and fire employees?   Yes (✓)  No ( )

Were you a lead worker?            Yes (✓)  No ( )

FCP03  (SSA-3369-F6)(7-2000)

Page 7

### JOB TITLE NO. 5

TYRON WORKS                                                SSN: 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 INT/SSA

96

GIVE US MORE INFORMATION ABOUT JOB NO. 5 LISTED ABOVE. ESTIMATE HOURS AND PAY, IF YOU NEED TO.

JOB TITLE NO. 5    _Helicopter Mechanic_

| Rate of Pay | Per (Circle One) | | | Hours per day | _12 +_ |
|---|---|---|---|---|---|
| $ _1,900.00_ | Hour   Week   **Month**   Year | | | Days per week | _5 +_ |

In this job, did you:

Use machines, tools, or equipment?                    Yes (explain below) (✓)    No ( )

Use technical knowledge or skills?                     Yes (explain below) (✓)    No ( )

Write reports or complete forms?                       Yes (explain below) (✓)    No ( )

Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section or on the back of this page.)

_Perform maintenance of Army helicopters, Engine, power train and air Frame._

In this job, how many total hours did you work each day?    _12 +_

In this job, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? _12 +_ | | Kneel? (Bend legs to rest on knees.) | _12 +_ |
| Stand? _12 +_ | | Crouch? (Bend legs & back down & forward.) | _12 +_ |
| Sit? | | Crawl? (Move on hands & knees.) | _12 +_ |
| Climb? _12 +_ | | Handle, grab or grasp big objects? | _12 +_ |
| Stoop? (Bend down and forward at waist.) | _12 +_ | | |
| Write, type or handle small objects? | _12 +_ | | |

Lifting and Carrying: (Explain what you lifted, how far you carried it, and how often you did this.)

_Carrying aircraft parts from Tech supply out to aircraft in the hanger or on Flight line._

Check heaviest weight you lifted?

( ) Less than 10 lbs.        ( ) 10 lbs.        ( ) 20 lbs.        ( ) 50 lbs.
( ) 100 lbs. or more        (✓) Other _1,000 lbs +_

Check weight you frequently lifted: (By frequently, we mean from 1/3 to 2/3/ of the workday.)

( ) Less than 10 lbs.    ( ) 10 lbs.    ( ) 25 lbs    (✓) 50 lbs. or more    ( ) Other _____
FCP03  (SSA-3369-F6)(7-2000)

Page 8

TYRON WORKS                                                SSN: 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 INT/SSA

**97**

Did you supervise other people in this job?          Yes (✓) (Complete items below.)
                                                     No ( ) (Skip to Job Title No. 2)

How many people did you supervise?   _8_

What part of your time was spent supervising people?   _ALL_

Did you hire and fire employees?     Yes ( )   No (✓)

Were you a lead worker?          Yes (✓)  No ( )

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
PART III - REMARKS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

USE THIS SECTION FOR ANY ADDED INFORMATION YOU DID NOT SHOW IN EARLIER PARTS OF THIS FORM

FCP03  (SSA-3369-F6)(7-2000)

Page 9

TYRON WORKS

SSN: 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 INT/SSA

93

**PART III – REMARKS CONTINUED**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.

Signature of claimant or person filing on the claimant's behalf (parent, guardian)

SIGN HERE _Tyron Work_____     DATE __24 JAN 05_____

Witnesses are required ONLY if this statement has been signed by mark (X) above.  If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

1. Signature of Witness                          2. Signature of Witness

Address (Number and street, city, state, zip code)     Address (Number and street, city, state, zip code)


Printed by: BJ
FCP03   (SSA-3369-F6)(7-2000)

ALABAMA DISABILITY DETERMINATION SERVICE
VOCATIONAL RATIONALE FORM

CLAIMANT NAME: TYRON  WORKS

A/N:419087667

Date of Birth: _____02/06/1972_____

CLAIM #:258025   **99**

DISABILITY SPECIALIST: Beth Jones

## I. GENERAL CLAIM INFORMATION

A.  **RATIONALE IS FOR:**

☐ 1. Current Evaluation                    ☒ 3. Projected After 12 Months   11/29/2005
☐ 2. Date Last Insured _____     ☐ 4. Other:

B.  **AGE:**

☒ 1. Younger Individual (Up to 49)
☐ 2. Approaching Advanced Age (50-54)
☐ 3. Advanced Age (55-59)
☐ 4. Approaching Retirement Age (60-64)

C.  **EDUCATION:**

☐ 1. Illiterate/No English                 ☐ 3. Limited (7-11 years)
☐ 2. Marginal (6 years or less)            ☒ 4. High School (12 years or more)

## II. PAST RELEVANT WORK

☐ A. The claimant has no past relevant work experience.

☐ 1. The claimant has a severe impairment, is of advanced age or older and has a limited education.
This fits the special adverse vocational profile. (POMS DI 25010.001 B.2.)

☒ B. The limitations outlined in RFC/MRFC dated  05/19/2005   are consistent with the physical/
mental requirements of the claimant's past relevant work as a: IT TECK/COMPUTER OPERATOR

☐ 1. as the job was actually performed AND/OR
☒ 2. as the job is usually performed in the national economy
DOT #  213.362-010

☐ C. 1. The claimant's past relevant work as actually performed would be ruled out due to limitations
outlined in RFC/MRFC dated _____

|         | JOB TITLE | RFC LIMITATIONS THAT RULE OUT JOB |
|---------|-----------|-----------------------------------|
| A.      |           |                                   |
| B.      |           |                                   |
| C.      |           |                                   |
| D.      |           |                                   |
| E.      |           |                                   |
| F.      |           |                                   |
| G.      |           |                                   |

2. The claimant's past relevant work as usually performed in the national economy would be
ruled out due to limitations outlined in the RFC/MRFC dated _____

|         | DOT # | RFC LIMITATIONS THAT RULE OUT JOB |
|---------|-------|-----------------------------------|
| A.      |       |                                   |
| B.      |       |                                   |
| C.      |       |                                   |
| D.      |       |                                   |
| E.      |       |                                   |
| F.      |       |                                   |
| G.      |       |                                   |

5/19/05                                    7E      4

CLAIMANT NAME: TYRON WORKS                          A/N:419087667
DISABILITY SPECIALIST: Beth Jones                   CLAIM #:258025

☐ D. The claimant's past relevant work as a _____ is a combination of two or more
    different jobs. As such, the job is determined to have no direct correlation to one occupational title in the
    national economy (D.O.T.). The claimant's description regarding the physical/mental demands of this job are
    therefore accepted as given. (ITEM II.C.1 must be completed.)

☐ E. Reasonable attempts to document all of the claimant's past relevant work have been unsuccessful.
    Review of the vocational information already in file supports the claimant's ability to perform
    other work, step 5. (Reference: Prototype Operating Instructions, Section III. C. 9.)

Additional Rationale Comments:

## III. OTHER WORK

A. RFC/MRFC Assessment(s): Maximum Work Capacity          Date(s):

☐ 1. No Exertional Limitations
☐ 2. Heavy Work Range
☐ 3. Medium Work Range
☐ 4. Light Work Range
☐ 5. Limited Light Work Range
☐ 6. Sedentary Work Range
☐ 7. Less Than A Full Sedentary Work Range
☐ 8. Skilled Level Work
☐ 9. Semi-Skilled Level Work
☐ 10. Unskilled Level Work
☐ 11. Unskilled Work Requirements Not Met

☐ B. The restrictions as outlined on ☐ RFC or ☐ MRFC dated _____ would preclude the claimant
    from performing the basic requirements of ☐ sedentary OR ☐ unskilled work due to:

☐ C. The claimant has acquired skills from past relevant work, but the issue of transferability of those
    skills to other jobs is immaterial. Job citation of occupations the claimant could perform is
    located in III.E.

☐ D. The claimant has acquired skills from relevant past work that are transferable to other jobs. Please
    refer to the vocational analysis in file.

☐ E. The claimant has not acquired transferable skills. The overall vocational profile remains favorable
    for work adjustment to other jobs. Examples of jobs this claimant can perform include:

            JOB TITLE/DOT#                          STRENGTH/SKILL LEVEL
    1.
    2.
    3.

    Affirmative evidence of job existence is confirmed by the appropriate reference material which
    documents a significant number of individuals are employed in the primary industries wherein
    these jobs are found.

CLAIMANT NAME: TYRON WORKS                                    A/N:419087667

DISABILITY SPECIALIST: Beth Jones                             CLAIM #:258025

☐ F. The claimant has a severe upper extremity impairment that causes a ☐ partial OR ☐ major loss of
the use of the ☐ left OR ☐ right upper extremity.  Given the claimant's age of _____ and the  **101**
absence of any transferable skills, such restrictions as indicated by the RFC dated _____
would not preclude the claimant from adjusting to other unskilled types of work involving elementar
handling functions, non-complex clerical or customer service and simple machine tending work.
These job functions include such activities as welding, assembling, inspecting and sanding/finishing.
These jobs are found throughout the national economy in numerous work settings.

☐ G. This claimant's age is within a few days/weeks of a higher age category and using that higher age
category would result in a favorable determination.  The following factor(s) will justify use of a
higher age category:

    ☐ 1. English literacy is minimal.
    ☐ 2. The ability to communicate in English is marginal.
    ☐ 3. The requirements for meeting an educational level are marginal.
    ☐ 4. There are multiple years of unskilled work in an isolated industry.
    ☐ 5. There are impairments, in addition to primary impairment(s), that were considered in the
        RFC assessment but did not significantly impact on the occupational base of the
        exertional level established by the RFC assessment.

☐ H. The claimant ☐ HAS ☐ HAS NOT acquired skills from past work activity.  The overall
vocational profile is not favorable for work adjustment to other jobs because:

☐ I. Vocational Rule Number:
    ☐ 1. Rule is met and directs a decision of    ☐ Disabled OR ☐ Not Disabled
    ☐ 2. Rule provides the framework for a decision of ☐ Disabled OR ☐ Not Disabled

Additional Rationale Comments:

| SIGNATURE: | Date |
|---|---|
| *Beth E Jones* | 05/19/2005 |

DICTIONARY OF OCCUPATIONAL TITLES

**102**

OCCUPATION DEFINITION

Title: COMPUTER OPERATOR        Alternate Titles:

DOT Number: 213.362-010        GOE Code: 070601        SVP: 6        Strength: L

Industry: clerical

General Educational Development:        Reasoning: 4        Mathematics: 2        Language: 3        Last Update: 90

Physical Demands
C B S K C C R H F  F T H T N F D A C F
O ● O O O N F F F  N F F N F N N F N N

Environmental Conditions
W C H W N V A M E H R E T O
N N N N 3 N N N N N N N N N

Description:

Operates computer and peripheral equipment to process business, scientific, engineering, or other data, according to operating instructions: Enters commands, using keyboard of computer terminal, and presses buttons and flips switches on computer and peripheral equipment, such as tape drive, printer, data communications equipment, and plotter, to integrate and
operate equipment, following operating instructions and schedule. Loads peripheral equipment with selected materials, such
as tapes and printer paper for operating runs, or oversees loading of peripheral equipment by peripheral equipment operators.
Enters commands to clear computer system and start operation, using keyboard of computer terminal. Observes peripheral equipment and error messages displayed on monitor of terminal to detect faulty output or machine stoppage. Enters commands to correct error or stoppage and resume operations. Notifies supervisor of errors or equipment stoppage. Clears

equipment at end of operating run and reviews schedule to determine next assignment. Records problems which occurred,

such as down time, and actions taken. May answer telephone calls to assist computer users encountering problem. May assist workers in classifying, cataloging, and maintaining tapes [TAPE LIBRARIAN (clerical) 206.367-018].

NOTE:  For Explanation of Physical Demands and Environmental Conditions, See Help or written documentation.

**Montgomery Cardiovascular Associates, P.C.**
2119 East South Blvd.  Montgomery, AL 36116
(334)280-1500  Fax: (334)280-1600

*February 3, 2005*
Page 1
Chart Document

| **TYRON WORKS** | Home: 3342798671 Office: 3342421283 |
|---|---|
| Male  DOB:02/06/1972 | 103698-1-mc | Ins: B/C OF A (1) Grp: 13000 |

**11/16/2004 - Office Visit: Progress Note**
**Provider: ILIANA ARELLANO MD**
**Location of Care: Montgomery Cardiovascular Associates, P.C.**

<u>**PROGRESS NOTE**</u>

| | |
|---|---|
| **NAME:** | WORKS, TYRON |
| **MCA CHART NO.:** | 103698-1-mc |
| **DOB:** | 02/06/1972 |
| **DATE:** | 11/16/2004 2:38 PM |
| **PHYSICIAN:** | ILIANA ARELLANO |
| **REFERRING:** | WALLACE FALERO |

**CURRENT PROBLEMS:**

ATRIAL FIBRILLATION (ICD-427.31)
SHORTNESS OF BREATH WITHOUT ACTIVITY (ICD-786.05)
HAND EDEMA (ICD-782.3)
PALPITATIONS (ICD-785.1)
DIZZINESS/LIGHTHEADEDNESS (ICD-780.4)

**CURRENT MEDICATIONS:**

CARDIZEM CD 120 MG CP24 (DILTIAZEM HCL COATED BEADS) qam
ASPIR-TRIN 325 MG TBEC (ASPIRIN) qd
HYDROCODONE-ACETAMINOPHEN 5-500 MG TABS (HYDROCODONE-ACETAMINOPHEN) prn
PROTONIX 20 MG TBEC (PANTOPRAZOLE SODIUM) qd

**ALLERGIES: * TYPHOID**

**INTERIM HISTORY:**  Mr. Works is a 32 year old African-American male with a history of atrial fibrillation
here for follow up. He was also admitted with chest pain at the time of the atrial fibrillation. He currently
denies any chest pain, no orthopnea, PND or pedal edema. He has had no syncope or presyncope. He
states that he occasionally feels a pause in his heartbeat but no fast heart rate like before. This only
occurs about three times a month.

**VITAL SIGNS:**
**Weight (lbs):** 205
**Pulse rate:** 80
**Pulse rhythm:** regular
**Blood Pressure:** 122/86

**PHYSICAL EXAM:**
CARDIOVASCULAR: Showed regular rate and rhythm with a single S1 and S2. No murmurs, gallops or
rubs.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Benign.
EXTREMITIES: Had no edema.

9/21/04 - 11/16/04

1- F

10

**Montgomery Cardiovascular Associates, P.C.**
2119 East South Blvd. Montgomery, AL 36116
(334)280-1500 Fax: (334)280-1600

*February 3, 2005*
Page 2
Chart Document **104**

| TYRON WORKS | | Home: 3342798671 Office: 3342427226 |
|---|---|---|
| Male DOB:02/06/1972 | 103698-1-mc | Ins: B/C OF A (1) Grp: 13000 |

**ASSESSMENT AND PLAN:**

1.  Atrial fibrillation. He has had only one episode. His event monitor showed sinus rhythm and some occasional sinus arrhythmia without any further atrial fibrillation. He did complain of several episodes of rapid heartbeat, however, this was associated with sinus arrhythmia or sinus rhythm. He is to continue on his same medications.
2.  Chest pain. He has had a normal stress echo. I have also started him on Protonix and that has seemed to help his symptoms.
3.  He is to follow up with us in six months or earlier if needed.


Iliana Arellano, M.D.

IA/cbb

Fax to:

Dr. Wallace Falero
Medical Outreach Ministries
88 West South Boulevard
Montgomery, Alabama  36105-3144
Phone:  281-8008
Fax: 281-0090

DD:     11/16/04
DT:     11/17/04

**Signed by ILIANA ARELLANO MD on 11/22/2004 at 7:40 PM**

**Montgomery Cardiovascular Associates, P.C.**
2119 East South Blvd. Montgomery, AL 36116
(334)280-1500 Fax: (334)280-1600

*February 3, 2005*
Page 1
Chart Document

**TYRON WORKS**                                  Home: 3342798671 Office: 3342427216 **105**

Male  DOB:02/06/1972                 103698-1-mc        Ins: B/C OF A (1) Grp: 13000

**09/23/2004 - Office Visit: Event Monitor**
**Provider: ILIANA ARELLANO MD**
**Location of Care: Montgomery Cardiovascular Associates, P.C.**

<u>**EVENT MONITORING REPORT**</u>

| | |
|---|---|
| **NAME:** | WORKS, TYRON |
| **MCA CHART NO.:** | 103698-1-mc |
| **D.O.B.:** | 02/06/1972 |
| **DATE:** | 09/23/2004 11:03 AM |
| | 10/22/2004 |
| **ORDERING M.D.:** | ILIANA ARELLANO |
| **INTERPRETING M.D.:** | ILIANA ARELLANO |
| **REFERRING M.D.:** | WALLACE FALERO |

**FINDINGS:**

1.     Baseline transmission showed sinus tachycardia at 101 beats per minute and sinus rhythm.
2.     On the second transmission the patient was symptomatic with "rapid heartbeat". This was
        associated with sinus rhythm and sinus arrhythmia.
3.     On the third transmission, the patient complained of "chest tightness, fast heartbeat, and
        shortness of breath". The transmission showed sinus rhythm.
4.     The fourth transmission was a follow up recording. The patient was symptomatic at the time of
        transmission with "rapid heartbeat". This again showed sinus rhythm.

**CONCLUSION:** Benign event monitor.

Iliana Arellano, M.D.

IA/lw

Fax to:

Dr. Wallace Falero
Medical Outreach Ministries
88 West South Boulevard
Montgomery, Alabama 36105-314
Phone: 281-8008
Fax:     281-0090

DD: 10/26/04
DT: 10/27/04

**Signed by ILIANA ARELLANO MD on 10/27/2004 at 9:10 AM**

**Montgomery Cardiovascular Associates, P.C.**
2119 East South Blvd.  Montgomery, AL 36116
(334)280-1500  Fax: (334)280-1600

*February 3, 2005*
Page 2
Chart Document

**106**

| | |
|---|---|
| **TYRON WORKS** | Home: 3342798671 Office: 3342427226 |
| Male  DOB:02/06/1972 | 103698-1-mc | Ins: B/C OF A (1) Grp: 13000 |

Followup 11/16 for results and reassement.

**Appended by Deborah Stone on 10/29/2004 at 9:57 AM**

**Montgomery Cardiovascular Associates, P.C.**
2119 East South Blvd. Montgomery, AL 36116
(334)280-1500 Fax: (334)280-1600

*February 3, 2005*
Page 1
Chart Document

**107**

| **TYRON WORKS** | Home: 3342798671 Office: 3342427226 |
|---|---|
| Male  DOB:02/06/1972 | 103698-1-mc | Ins: B/C OF A (1) Grp: 13000 |

09/23/2004 - Office Visit: Rest/Stress Echo
Provider: ILIANA ARELLANO MD
Location of Care: Montgomery Cardiovascular Associates, P.C.

### REST/STRESS ECHOCARDIOGRAM REPORT

| | |
|---|---|
| **NAME:** | WORKS, TYRON |
| **MCA CHART NO.:** | 103698-1-mc |
| **D.O.B.:** | 02/06/1972 |
| **DATE:** | 09/23/2004 9:10 AM |
| **ORDERING M.D.:** | ILIANA ARELLANO |
| **INTERPRETING M.D.:** | ILIANA ARELLANO |
| **REFERRING M.D.:** | WALLACE FALERO |

**PROCEDURE:** The patient was exercised on the Standard Bruce Protocol for 7 minutes. Baseline heart rate was 100 beats per minute and increased to 167 beats per minute at peak stress, which was approximately 90% of maximum predicted heart rate. Baseline blood pressure was 110/62 and increased to 140/82 at peak stress. The patient did not have any chest pain or shortness of breath during the procedure. The procedure was stopped secondary to leg fatigue and achieving maximum predicted heart rate. The patient achieved a total of 10.1 METS.

**EKG INTERPRETATION:** The baseline EKG showed sinus tachycardia at 100 beats per minute without any ST segment changes. During exercise the patient did not develop any ST segment changes indicative of ischemia. There were no arrhythmias.

**ECHOCARDIOGRAM:** The baseline echocardiogram showed normal left ventricular systolic function at approximately 60-65%. After peak exercise, there were no new areas of hypokinesis or akinesis. There was no left ventricular dilatation. There was augmentation of all wall motion.

**CONCLUSION:**

1.      Poor exercise tolerance.
2.      Negative stress echocardiogram by clinical criteria.
3.      Negative stress echocardiogram by electrocardiographic criteria.
4.      Negative stress echocardiogram by echocardiographic criteria.

Iliana Arellano, M.D.

IA/lw

Fax to:

Dr. Wallace G. Falero
Baptist Medical Outreach Ministries
88 West South Boulevard
Montgomery, Alabama 36105-3144
Phone: 281-8008

**Montgomery Cardiovascular Associates, P.C.**
2119 East South Blvd.  Montgomery, AL 36116
(334)280-1500  Fax: (334)280-1600

*February 3, 2005*
Page 2
Chart Document

**103**

| | |
|---|---|
| **TYRON WORKS** | Home: 3342798671 Office: 3342427226 |
| Male  DOB:02/06/1972                103698-1-mc | Ins: B/C OF A (1) Grp: 13000 |

Fax:  281-0090

DD: 10/27/04
DT: 10/27/04
Discussed by Dr. Arshad at clinic visit. DS

**Signed by ILIANA ARELLANO MD on 11/01/2004 at 9:06 AM**

09/22/04 08:47:29    BMC Medical Records->                                Page: 001

**103**

BAPTIST MEDICAL CENTER EAST
400 Taylor Road
P.O. Box 17720
Montgomery, Alabama 36193-4201

SCANNED

PATIENT: WORKS, TYRON ""            ROOM #: 256
MR #: 000252640                     PATIENT #: 0426500699
PHYSICIAN: TAMJEED ARSHAD, M.D.     ADM. DATE: 9/21/04

PATIENT VERIFICATION DATA:
WORKS, TYRON ""- 0426500699

HISTORY OF PRESENT ILLNESS: The patient is a 32-year-old African-American male who presented with complaints of chest tightness and pounding in his chest. He has no prior history of any heart disease, no history of hypertension or diabetes. He started having symptoms yesterday when he woke up. He felt like somebody was sitting on his chest and also had a pounding as if his heart was about to jump out of his chest. It lasted the whole day until he came to the ER. He was noted to be in atrial fibrillation with a rapid ventricular response, was started on Cardizem and he converted to sinus rhythm earlier today. He still has some persistent chest tightness which gets worse when he takes in a deep breath. His troponin level has been normal. His EKG this morning is sinus rhythm without any evidence of acute ST-T wave changes. He had a similar episode in 2000 while stationed in Germany and after extensive workup he was started on Zantac for presumptive diagnosis of gastroesophageal reflux disease. He did have a stress test at that time. According to him it was normal.

PAST MEDICAL HISTORY: As above.

ALLERGIES TO MEDICATIONS: None.

HOME MEDICATIONS: Zantac p.r.n. basis and Lortab p.r.n. basis.

SOCIAL HISTORY: He works for the State. He is a computer programmer. He does not smoke. He drinks socially. Caffeine intake – 4-5 cups of coffee a week and about the same number of sodas a week.

REVIEW OF SYSTEMS: No history of seizures, stroke. No history of kidney or liver problems. No history of recent vomiting, diarrhea, fever or chills. No history of bleeding diathesis.

FAMILY HISTORY: No history of early coronary disease.

PHYSICAL EXAMINATION:
GENERAL: Lying in bed in no acute distress but just looks a bit uncomfortable.
VITAL SIGNS: His heart rate this morning is 73, blood pressure 122/89, sats 97%.
NECK: He has no thyromegaly. He has no jugular venous distention. No dependent edema.
CARDIOVASCULAR: No heaves. He does have an S4 gallop.
CHEST: Fair air entry bilaterally. No added sounds.
ABDOMEN: Overall flat, soft, nontender. Bowel sounds are normal.

EKG this morning is sinus rhythm at a rate of 73, normal PR, QRS and QT intervals, overall within normal limits. Admission EKG showed atrial fibrillation with heart rate of 113 beats/minute. There was some baseline artifact but there were no acute ST-T wave changes.

LABS: White count 8.5, hematocrit 44, platelets 275. D-dimer less than 0.2. Creatinine 1, BUN 12, sodium 136, potassium 4.1, chloride 106, bicarb 23 and troponin flat 0.05 and 0.04. Magnesium was 2.0.

ASSESSMENT:
1. A young man without any history of hypertension, diabetes or prior heart disease presents with an episode of A. fib which spontaneously converted to sinus rhythm.
2. Atypical chest pain. Ruled out for MI.

**HISTORY AND PHYSICAL**

103698

Page 1 of 2

**110**

**PATIENT: WORKS, TYRON ""**          **PATIENT #:  0426500699**

PLAN:  Will get a two-D echo and if it is normal then he should be able to go home and will schedule an outpatient MIBI stress test. Depending on the frequency of the episodes will decide on further treatment of his atrial fibrillation. He may just need occasional antiarrhythmic medication if he has an episodic short duration of A. fib.

_____

TAMJEED ARSHAD,  M.D.

TA/ / jcw
D: 09/22/2004
T: 09/22/2004

**HISTORY AND PHYSICAL**

Page 2 of 2

3/6  8:00:18  Baptist Hospital  1/(334) 286-2793  Page 1 of 2



**BAPTIST MEDICAL CENTER EAST**                    **111**
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330



Name:  WORKS, TYRON                                    Admit Type:  Inpatient
                                                       Discharge Date
MR#:  E000252640            Account:  E0426500699            Age:  32 Years
Sex:  Male                  Admit:  9-21-04        SS Number:  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
DOB:  2/6/72                Room/Bed:  256-0    Admitting Physician:  Finkba, John L., MD

# *R a d i o l o g y*

Procedure Name:        Accession Number:      Procedure Date / Time:      Ordering Physician
CT Chest w/ contrast   CT-04-0011658          9-22-04 2:05:57 PM          Arellano, Heana, MD

## Reason for exam:
r/o pulm embolism

## FINDINGS
WORKS, TYRON

CT SCAN OF THE CHEST:

Pulmonary arteriogram study.

The examination was performed utilizing dynamic contrast administration and examination was performed to specifically evaluate for the possibility of pulmonary thromboembolus.

The mediastinum is normal. I do not see abnormal mediastinal masses or significant lymphadenopathy. Heart size is normal in size. Within the lungs some scattered subsegmental atelectasis is noted in the posterior aspect of the right and left lower lobe but no focal masses, nodules, areas of consolidation, or significant effusions are seen. The right and left main pulmonary arteries and lobar branches are clearly well visualized. I do not see any filling defects to suggest the presence of underlying pulmonary thromboemboli. Segmental arteries are also fairly well visualized and no filling defects were evident. Some calcified right hilar and subcarinal lymph nodes are noted with a calcified granuloma seen in right middle lobe.

IMPRESSION:

MR#:  E000252640             Room/Bed:  256-0                  Account:  E0426500699
Printed:  9-22-2004 3:02 PM   Sex:  Male                       DOB:  2/6/72
Name:  WORKS, TYRON
                            Page 1 of 2
                            Cumulative

10 3698

## BAPTIST MEDICAL CENTER EAST

400 Taylor Road
Montgomery, AL 36117

**112**

Patient Name:  WORKS, TYRON

Account    E0426500699

### R a d i o l o g y

| Procedure Name. | Accession Number: | Procedure Date / Time: | Ordering Physician. |
|---|---|---|---|
| CT Chest w/ contrast | **CT-04-0011658** | 9/22/04 2:05 57 PM | Arellano, Iliana , MD |

## NO EVIDENCE OF PULMONARY THROMBOEMBOLI.

ELECTRONICALLY SIGNED BY. Leung, Gary F, MD

TECHNOLOGIST: NJB
TRANSCRIBED DATE AND TIME: 09/22/2004 14:31
TRANSCRIPTIONIST  tlb

MR #: E000252640
Printed: 9/22/2004 3:02 PM
Name: WORKS, TYRON

Room/Bed:  256-0
Sex:  Male

Page 2  of 2
Cumulative

Account:  E0426500699
DOB:  2/6/72

40 B- James



0433400506    WORKS,TYRON



**Baptist Health**
**I/P AND O/P**
**ADMISSIONS AND FACESHEET**

113

| | FC 11 | INIT KL |
|---|---|---|

| PATIENT NO. | DATE | TIME | SEX | DOB/AGE | RA | MS | TYPE | SER | STATION ROOM/BED | MED REC NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0433400500 | 11/29/04 | 1320P | M | 02/06/72 32Y | 2 | D | EER | ER | EER / | 252640 |

**PATIENT**
| NAME & ADDRESS | | | EMPLOYER | |
|---|---|---|---|---|
| WORKS,TYRON<br>435 LUENE CIR<br><br>MONTGOMERY    AL 36109 | SS# 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<br>PH# (334)279-8671<br>COUNTY MONTGOMERY | | STATE OF ALABAMA<br>4505 EXECUTIVE PARK<br><br>MONTGOMERY AL 36116 | EMP PH# (334)242-7226<br>OCC<br>EMP<br>STAT EMP FULL TIME<br>EMP<br>I.D. |

**GUARANTOR**
| NAME & ADDRESS | | | EMPLOYER | |
|---|---|---|---|---|
| WORKS,TYRON<br>435 LUENE CIR<br><br>MONTGOMERY    AL 36109 | DOB AGE 02/06/72 32Y<br>SS# 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<br>PH# (334)279-8671<br>REL SELF | | STATE OF ALABAMA<br>4505 EXECUTIVE PARK<br><br>MONTGOMERY AL 36116 | EMP PH# (334)242-7226<br>OCC<br>EMP<br>STAT EMP FULL TIME<br>EMP<br>I.D. |

**RELATIVE**
| NAME & ADDRESS | | | EMPLOYER | |
|---|---|---|---|---|
| WORKS,FERMIE<br>PO BOX 65<br><br>FITIZPATRICK    AL 36029 | DOB AGE<br>SS#<br>PH# (334)738-3975<br>REL MOTHER | | | EMP PH#<br>OCC<br>EMP<br>STAT<br>EMP<br>I.D. |

**REL 2**
| NAME & ADDRESS | | | | |
|---|---|---|---|---|
| | HM<br>PH#<br>WK | | | |

**INS # 1**
| INSURANCE CARRIER BLUE CROSS OF ALABAMA | INSURED NAME WORKS,TYRON | | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID# PPA419087667 | GROUP NAME STATE OF ALABAMA | GROUP NUMBER 13000 | 1 |
| GROUP PHONE# (800)760-6852 | APPROVAL# | CONTACT | |
| CONTACT ADDRESS 450 RIVERCHASE PKWY | | CITY/STATE/ZIP BIRMINGHAM | AL 35298 |

**INS # 2**
| INSURANCE CARRIER | INSURED NAME | | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID# | GROUP NAME | GROUP NUMBER | |
| GROUP PHONE# | APPROVAL# | CONTACT | |
| CONTACT ADDRESS | | CITY/STATE/ZIP | |

**INS # 3**
| INSURANCE CARRIER | INSURED NAME | | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID# | GROUP NAME | GROUP NUMBER | |
| GROUP PHONE# | APPROVAL# | CONTACT | |
| CONTACT ADDRESS | | CITY/STATE/ZIP | |

| DIAG CODE  DIAGNOSIS | ALLERGIES | | P | PT. CL. |
|---|---|---|---|---|
| 724.5-BACKACHE NOS | | | | |

| ACCIDENT TYPE | NATURE OF ACCIDENT | ACCIDENT DATE | TIME |
|---|---|---|---|
| | | | |

| ARRIVAL MODE | REFERRING FACILITY | CHURCH/DENOMINATION | |
|---|---|---|---|
| FAMILY DRIVEN | | RN | |

| ADMITTING PHYSICIAN | PRIMARY CARE PHYSICIAN |
|---|---|
| 911 MOOREHOUSE,JOHN D | UNDERWOOD,III JEFFERSON |

| ATTENDING PHYSICIAN | REFERRING PHYSICIAN |
|---|---|
| 911 MOOREHOUSE,JOHN D | |

| LOCATION | E/R PHYSICIAN |
|---|---|
| | |

| ADMISSION TYPE |
|---|
| EMERGENCY |



FS 100    PRINTED BY: mmcgraw    DATE 1/21/2005

E|R  9/21/04 - 11/29/04

Last Printed:  11/29/2004 13:28:44
09/21/04    EE9

2-F    27

**Baptist** HEALTH

# ER RECORD - Adult / Adolescent

EO433400506    WORKS, TYRON
DOB: 02/06/72   Age: 32Y  MR #: 252640
Admit Date/Time: 11/29/04  1320P
F   911 MOOREHOUSE, JOHN D

114

Regular M.D.: _____    Notified: _____
Immunization Hx: Tetanus ☑ UTD  ☐ not UTD
Allergies: NKDA

TRIAGE CATEGORY
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - 0 Non-Urgent

LMP: _____    Pregnant? ☐ Yes ☐ No ☐ Unsure
Home Meds:
Hydrocodone, ECT 325mg;
Flexeril    +
Cardizem

**Vital Signs**

| CHIEF COMPLAINT AND HISTORY |
| BP 121/81  ☑ See T Sheet |
| P 88/4 |
| R 20/5   Back Pain |
| T 98.5  (Hx of Chronic Back Pain |
| SPO2 97%  Use IVAS 0-10  10 |

Analgesia Scale IVAS 0-10  ____/10  0 (no pain)  10 (worst)

## AGE SPECIFIC CARE

**13-18 yrs (Adolescent)**
(Menarche started? ☐ Yes ☐ No   Age at onset? ____   Regular ☐ Yes ☐ No)
**>65 yrs (Older Adult)**
Assisting Devices: ☐ None ☐ Yes (list): ____
Living arrangements:   ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

### GENERAL APPEARANCE & MENTAL STATUS

| General | Skin-Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☐ NAD | ☑ Warm | ☑ Unlabored | ☑ Regular | ☑ Alert |
| ☑ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| Skin Color | Skin Moisture | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☑ Pink | ☑ Dry | ☐ Crackles | Neuro Status | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☐ Normal | ☐ Tearful |
| ☐ Pale | Gait | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☐ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☑ Unsteady | ☐ Stridor | | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: ____  O.D.: ____  O.U.: ____ |

## PLAN OF CARE

| Problems | Intervention |
|---|---|
| ☐ Anxiety/Fear | ☐ Nutrition (refer to Dietitian) | ☐ Anti-Puretic | ☐ Sling/Splint |
| ☐ Body Temp, Alt. In | ☐ Knowledge Deficit | ☐ Bleeding Control | ☐ Teaching |
| ☐ Comm. Alt. In | ☐ Neuro Status | ☐ DSG/Wound Care | ☐ Labs |
| ☐ Coping Alt. In | ☐ Physical Mobility | ☐ Emotional support | ☐ X-Ray |
| ☐ Elimination Alt. In | Impairment | ☐ Ice/elevate | ☑ Meds As Ordered |
| ☐ Fluid Vol., Def/Ex | ☐ Resp. Function Alt. | ☐ I & O | ☑ O2 |
| ☐ Infection Potential | ☐ Skin Integrity, Alt. In | ☐ Other ____ |
| ☐ Domestic Violence | ☐ Cultural/Religion |
| Abuse Potential (refer to Social Services) |
| ☐ Pain | ☐ Language |

☐ Social Services  ☐ PT
☐ Animal Control  ☐ Dietitian
☐ DHR Referral   ☐ Coroner
☐ Police Notified ____

Weight 200   ☐ stated / measured
Triage   Date 2904  Time ____
Nurse:
Signature: Edward

Time To ____
Area: 1332    Rm # 6

**NURSE'S NOTES**
Placed in LoC. Completed dischg to Rpm c JD
Pain c medication, lying still. Edward
14__ Pt. was discharged to home, c Rx & F/U Ins-
tructions. Both explained to Pt who had
no questions. ____

| VITAL SIGNS | |
|---|---|
| Time | |
| B.P. | |
| Temp. | |
| Pulse | |
| Resp. | |
| O2 Sat. | |

| LAB | |
|---|---|
| ☐ CBC | ☐ Maj Trauma |
| ☐ Cardiac | ☐ Min Trauma |
| ☐ Urinalysis | ☐ EKG ☐ ETOH |
| ☐ Liver Profile | ☐ ABG ☐ UCG |
| ☐ Amylase | ☐ I-Stat ☐ ____ |
| ☐ Chem Profile 7 | ☐ Lipase |
| ☐ Chem Profile 12 | ☐ PT/PTT |

**X-RAY**
☐ Chest   ☐ Abd
☐ Portable ☐ ____
☐ Ct ____  c / e

**DISCHARGE**
Date 11-29  Time 14:30
D. CRN
____

| DISPOSITION | EXIT VIA |
|---|---|
| ☐ Home | ☐ Walk |
| ☐ Admit | ☐ Carried |
| ☐ Surgery | ☐ WC |
| ☐ Transfer | ☐ Stretcher |
| ☐ EXP | ☐ Ambulance |
| ☐ AMA | **ACCOM. BY** |
| ☐ LWT | ☐ Self |
| ☐ SNF | ☐ Fam/Friend |
| ☐ Other | ☐ Police |
| ☐ M.D. Office | ☐ Other |

**PHYSICIAN'S ASSESSMENT / ORDERS**

| Medications | Dose | Route | Time | Site | Nurse | Certified Medical Emergency ☐ YES ☐ NO |
|---|---|---|---|---|---|---|
| Morphine | 10mg | Im | OHR | 14:09 | R.A. | Diagnosis: ☐ See T Sheet |
| Valium | 10mg | Im | L | 14:10 | R.A. | T U/o Dr Moorehouse/diggers |

Condition On Discharge

PRINTED BY: mmcgraw    DATE 1/21/2005    Physician Signature

CHART

ED433400506   WORKS,TYRON
DOB: 02/06/72  Age:32Y   MR #: 252640
Admis Date/Time: 11/29/04  1320P
911 MOOREHOUSE,JOHN D

1 of 1    1 of 2

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

08              Baptist Health          115
**EMERGENCY PHYSICIAN RECORD**
**Low Back Pain / Injury**    (5)

DATE: 1/29/0  TIME: 13³⁰  ROOM: C  ___ EMS Arrival

HISTORIAN: __patient __spouse __paramedics_____
__HX / __EXAM UNOBTAINABLE 2° TO: _____

**HPI** **chief complaint:** back pain / injury  chronic back pain

started (occurred):
today _____

__continues in ED
__better
__gone now
__intermittent
__worse

recent injury?  __no  __yes  possibly

how (context)?  lifting __turning / bending __fall / near-fall __trauma

this am - 10-15 lbs

when?  as above
where?  home __work __school
other injuries?  neck __head __other

**Location & radiation of pain:**



pain
paresthesias
paresis

**quality and severity of pain:**
burning  sharp / acute
dull / radiating
similar to prior back pain(s)
mild  moderate  severe

**neurologic symptoms:**
__bowel dysfunction_____
__bladder dysfunction_____
__radiation to leg_____
__sensory-motor loss_____

**Modifying Factors:**
**exacerbated by:**
supine / upright  position
movement ( to right / to left / flexion)
cough / deep breaths / nothing

**relieved by:**
supine / upright  position
remaining still
nothing

__Similar symptoms previously_____

__Recently seen / treated by doctor_____

**PAST HX** __negative
__prior back injury
__prior back pain
__episode(s)  chronic
__intervert. disc disease
__sciatica
__arthritis
__compression fracture(s)

__other problems  H. Disc Duerlack

__peptic ulcer disease_____
__documented?  yes  no
__aortic aneurysm_____
__kidney stone_____
__urinary tract infection_____
__prostatitis_____
__diabetes  insulin / oral / diet__
__heart disease_____
__HTN

Surgeries / Procedures
__none / __noncontributory
__back surgery
__laminectomy  fusion  discectomy
Knee Surgery

__cholecystectomy_____
__appendectomy_____
__cardiac bypass_____
__other_____

Medications __none  see nurses note
__ASA __NSAID __acetaminophen

Allergies __NKDA
__see nurses note

**SOCIAL HX** __smoker_____  __drugs_____
__alcohol (recent / heavy  occasional)_____

**FAMILY HX** CVA

**ROS**
__HX / __EXAM UNOBTAINABLE 2° TO: _____
GU
__trouble w/ urination_____
__frequent urination_____
__blood in urine_____

OTHER
__fever
__subjective / to _____ °F
__chills

Women  LNMP_____
__vaginal bleeding_____
__normal period / abnormal
__vaginal discharge_____
__missed / abnormal period(s)___

NEURO / PSYCH
__headache_____
__depression_____
EYES / ENT / PULMONARY / CVS
__blurred vision_____
__sore throat_____
__cough_____
__trouble breathing_____
__chest pain_____
GI
__abdominal pain_____
__nausea_____
__vomiting_____
__diarrhea_____
__black / bloody stool_____
SKIN
__skin rash_____
__all systems neg except as marked

x D. Edwards  ___RN / PA / NP  _____ MD
DATE  1/29  HISTORY  RN / PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

PRINTED BY: mmcgraw     DATE

☑ Nursing Assessment Reviewed ☑ Vitals Reviewed ☐ Tetanus immun. UTD

**PHYSICAL EXAM** _Alert_ __Lethargic_____

Distress- __NAD __mild __moderate __severe

Other- __c-collar ( P / A / in ED ) __back-board __IV

116

Reflexes   Pulses

**EYES**
__nml inspection

__scleral icterus / pale conjunctivae_____

**ENT**
__pharynx nml

__pharyngeal erythema_____

**NECK**
__nml inspection
__non-tender
__painless ROM

__thyromegaly_____
__lymphadenopathy_____
__limited ROM_____

**RESPIRATORY**
__no resp. distress
__breath sounds nml

__see diagram_____
__wheezing_____
__rales / rhonchi_____

**CVS**
__reg. rate & rhythm
__heart sounds nml

__tachycardia / bradycardia_____
__pulse deficit_____

**GASTROINTESTINAL**
__non-tender
__no organomegaly
__no pulsatile mass

__see diagram_____
__hepatomegaly / splenomegaly_____
__mass / prominent aortic pulsation_____
__femoral pulse deficit_____

**BACK**
__non-tender
__nml inspection
__painless ROM

__see diagram_____
__decreased ROM_____
__muscle spasm_____
__CVA tenderness_____
__vertebral point-tenderness   L 4 - 5 /

**LABS, XRAYS and PROGRESS**

| CBC | Chemistries | CO2 | UA |
|-----|-------------|-----|-----|
| normal except | normal except | Ca_____ | normal except |
| WBC_____ | BUN_____ | Bilirubin_____ | WBC_____ |
| Hgb_____ | Creat_____ | | RBC's_____ |
| Hct_____ | Gluc_____ | Magnesium_____ | bacteria_____ |
| Platelets_____ | Alk Phos_____ | BNP_____ | |
| segs_____ | Cl_____ | D-Dimer_____ | |
| bands_____ | ALT_____ | | |
| lymphs_____ | AST_____ | **urine preg** | |
| monos_____ | Na_____ | POS / NEG____ | |
| eos_____ | K_____ | | |

**XRAYS** ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/ radiologist

**D-Spine   LS-Spine**
__nml / NAD        __reversal / straightening of cerv. lordosis____
__no fracture      __DJD / spondylosis / spurring_____
__nml alignment
__soft tissues nml
**Other** ☐ See separate report
**CT**

Re-evaluation time___ 14 3/ __unchanged __improved __re-examined
Re-evaluation time_____ __unchanged __improved __re-examined
Re-evaluation time_____ __unchanged __improved __re-examined

**TREATMENT:**_____
**MEDICAL DECISION:**_____
**Fracture Care: Follow up with orthopedic within 48 hours**
__Rx given_____

__Follow up with_____

__Discussed with Dr._____
will see patient in: office / ED / hospital
__Counseled patient / family regarding
lab results diagnosis need for follow-up
__Admit orders written

CRIT CARE- 30-74 min
75-104 min ____ min
__Prior records ordered
__Additional history from:
family caretaker paramedics

T=Tenderness PtT=Point Tenderness S=Swelling E=Ecchymosis
B=Burn Lac=Laceration A=Abrasion M=Muscle spasm
(Ø=without m=mild md=moderate sv=severe)
Example: Tsv=Tenderness on palpation (severe)

**CLINICAL IMPRESSION:** Fall   Alleged Assault

Acute Myofascial Strain        Aortic Abdominal Aneurysm
dorsal lumbar sacral             ruptured enlarging
Low Back Pain - acute chronic   Acute Sciatica L / R
Contusion - lumbar dorsal       Acute Herniated Disc at____
Spondylolysis Spondylosis       Degenerative Disc Dz____
Spondylolisthesis (at _____)    Urinary Tract Infection
injury

| STRAIGHT | RIGHT- | __negative | __pain at 70 degrees |
|----------|--------|-----------|---------------------|
| LEG RAISING | LEFT- | __negative | __pain at ____ degrees |

**NEURO / PSYCH**
__oriented x3
__mood / affect nml
__no apparent motor
or sensory deficit
__dorsiflexion of great
toes normal bilaterally
__reflexes nml

__disorientation / CN deficit_____

__sensory / motor deficit_____
walk stooped over
__antalgic gait_____
__decreased rectal tone_____
__clonus_____
__cyanosis / diaphoresis / pallor_____
__skin rash_____

**SKIN**
__color nml, no rash
__warm, dry

**EXTREMITIES**
__non-tender, full ROM
__no pedal edema

__pedal edema_____
__calf tenderness_____

**DISPOSITION-**
**CONDITION-**
☐ home ☐ admitted ☐ transferred_____
☐ unchanged ☐ improved ☐ stable

x_____ ──MD / DO x_____ → MD /DO
Resident                        Attending

☐ H's review. Patient interviewed. Medical Decision Making, and Examined by Physician.

Low Back Pain - 08    PRINTED BY: mmcgraw    DATE 1/21/2005

E0433400506   WORKS, TYRON
DOB: 02/06/72   Age: 32Y   MR #: 252640
Admit Date/Time: 11/29/04  1320P
911 MOOREHOUSE, JOHN D

**Baptist Health**
**Emergency Room**
**Discharge Instructions**

Page 1 of 1

**117**

## DISCHARGE INSTRUCTIONS – PATIENT COPY

| Weight | Phone | Allergies | | Location South |
|---|---|---|---|---|

**MEDICINES PRESCRIBED**   If non, check this box: ☐   **VOID IF NOT PRINTED WITH GRANBERRY BACKGROUND**

| Name/Strength | | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. Lorcet 10 # 20 | | i tab por pr | | ☐ | |
| 2. | | | | ☐ | |
| 3. Valium 10 mg # 20 | | i tid pr | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

**INSTRUCTION SHEET(S) GIVEN**

- ☑ Asthma
- ☐ Crutches
- ☐ Head Injury
- ☐ Threatened Ab
- Return for signs of Infection
- ☐ Back Pain
- ☐ Fever
- ☐ Otitis Media
- ☐ Vomiting / Diarrhea
  - > Redness
  - > Swelling
- ☐ Cast / Splint Care
- ☐ Fracture
- ☑ Sprains / Bruises
- ☐ Wound Care
  - > Drainage
- ☐ STD
- ☐ Other(s)
  - > Heat

Additional Instructions:

Rem
RN VAH for MD eval
5x / week
Refer to Dr Jeff Peroushky (Ortho Dr Bradley)

Referred to:
☐ Dr. _____
Phone: _____
☐ Call on next business day for follow-up appointment
in _____ days / weeks   ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☑ If no improvement (or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified: _____
☑ Education provided on new medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _Tyron Works_
☐ Patient
☐ Relative
☐ Other _____

Time Released > 1430 Hrs.

Instructed By: _signature_

Physician: _signature_

## WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

- ☐ Patient was seen by Dr.
- ☐ No athletics / physical education: _____ days*
- ☐ May return to work / school without restrictions
- ☐ Will require time off work / school. Estimated time: _____ days*
- ☐ Must be reevaluated by family / occupational physician before returning to school

- ☐ May return to restricted duties for _____ days*
  Restrictions: _____
- ☐ _____ was here with relative/ child.
- ☐ Other: _____

WORKD BY: mmcgraw   DATE 1/21/2005

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician, unless otherwise stated.

BSB-0082 (06/02)

 0426900121   WORKS,TYRON



**Baptist Health**

**I/P AND O/P**

**ADMISSIONS AND FACESHEET**

**113**

| | FC | INIT |
|---|---|---|
| | 11 | DKB |

| PATIENT NO. | DATE | TIME | SEX | DOB/AGE | PA | MS | TYPE | SER | STATION ROOM/BED | MED REC NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0426900121 | 09/25/04 | 1134A | M | 02/06/72 32Y | 2 | D | EER | ER | EER | 252640 |

| | NAME & ADDRESS | | | | EMPLOYER | | |
|---|---|---|---|---|---|---|---|
| PATIENT | WORKS,TYRON 435 LUENE CIR MONTGOMERY    AL 36109 | SS# 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 PH# (334)279-8671 COUNTY  MONTGOMERY | | | STATE OF ALABAMA 4505 EXECUTIVE PARK MONTGOMERY  AL 36116 | EMP PH# (334)242-7226 OCC EMP STAT EMP I.D. | EMP FULL TIME |
| GUARANTOR | WORKS,TYRON 435 LUENE CIR MONTGOMERY    AL 36109 | DOB AGE 02/06/72 32Y SS# 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 PH# (334)279-8671 REL SELF | | | STATE OF ALABAMA 4505 EXECUTIVE PARK MONTGOMERY  AL 36116 | EMP PH# (334)242-7226 OCC EMP STAT EMP I.D. | EMP FULL TIME |
| RELATIVE | WORKS,FERMIE PO BOX 65 FITIZPATRICK    AL 36029 | DOB AGE SS# (334)738-3975 PH# MOTHER REL | | | EMPLOYER | EMP PH# OCC EMP STAT EMP I.D. | |
| REL 2 | NAME & ADDRESS | HM PH# WK | | | | | |

| INSURANCE CARRIER  BLUE CROSS OF ALABAMA | INSURED NAME  WORKS,TYRON | | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID#  PPA419087667 | GROUP NAME  STATE OF ALABAMA | GROUP NUMBER  13000 | 1 |
| GROUP PHONE#  (800)760-6852 | APPROVAL# | CONTACT | |
| CONTACT ADDRESS  450 RIVERCHASE PKWY | | CITY/STATE/ZIP  BIRMINGHAM    AL 35298 | |

| INSURANCE CARRIER | INSURED NAME | | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID# | GROUP NAME | GROUP NUMBER | |
| GROUP PHONE# | APPROVAL# | CONTACT | |
| CONTACT ADDRESS | | CITY/STATE/ZIP | |

| INSURANCE CARRIER | INSURED NAME | | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID# | GROUP NAME | GROUP NUMBER | |
| GROUP PHONE# | APPROVAL# | CONTACT | |
| CONTACT ADDRESS | | CITY/STATE/ZIP | |

| DIAG CODE   DIAGNOSIS | ALLERGIES | | P | PT. CL. |
|---|---|---|---|---|
| 729.5-PAIN IN LIMB | | | | |

| ACCIDENT TYPE | NATURE OF ACCIDENT | ACCIDENT DATE | TIME |
|---|---|---|---|
| | | | |

| ARRIVAL MODE  FAMILY DRIVEN | REFERRING FACILITY | CHURCH/DENOMINATION  RNL |
|---|---|---|

| ADMITTING PHYSICIAN  845 BECKMAN,VICTORIA | PRIMARY CARE PHYSICIAN  UNDERWOOD,III JEFFERSON |
|---|---|
| ATTENDING PHYSICIAN  845 BECKMAN,VICTORIA | REFERRING PHYSICIAN |
| LOCATION | E/R PHYSICIAN  BECKMAN,VICTORIA |

| ADMISSION TYPE  EMERGENCY |
|---|

 **FS 100**

PRINTED BY: mmcgraw        DATE 1/21/2005

Last Printed:  09/25/2004  11:34:42
09/21/04                    EE8

**Baptist** HEALTH

# ER RECORD - Adult / Adolescent

**119**

E0426900121  WORKS, TYRON
DOB: 02/06/72  Age: 32Y  MR #: 252640
Admit Date/Time: 09/25/04  1134A
Pat  845 BECKMAN, VICTORIA

**TRIAGE CATEGORY**
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - 0 Non-Urgent

Regular M.D.: _____  Notified: _____
Immunization Hx: Tetanus ☐ UTD ☐ not UTD
Allergies: _Typhoid Vaccine_

LMP: _____  Pregnant? ☐ Yes ☐ No ☐ Unsure
Home Meds: _Cardizem_
_1 ASA grv Ecotomic_

**Vital Signs** ☑ See T Sheet
BP 12/78
P 88
R 18
T 98.8
SPO2

**CHIEF COMPLAINT AND HISTORY**
_left hand hurts_

Analgesia Scale IVAS 0-10 ___8___ /10    0 (no pain) 10 (worst)

## AGE SPECIFIC CARE

**13-18 yrs (Adolescent)**
(Menarche started? ☐ Yes ☐ No  Age at onset? _NA_  Regular ☐ Yes ☐ No)
**>65 yrs (Older Adult)**
Assisting Devices: ☑ None  ☐ Yes (list): _____
Living arrangements:  ☐ Lives alone  ☑ Family/Significant Others
☐ Extended Care Facility

### GENERAL APPEARANCE & MENTAL STATUS

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☑ NAD | ☑ Warm | ☑ Unlabored | ☑ Regular | ☑ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| **Skin Color** | **Skin Moisture** | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☐ Pink | ☑ Dry | ☐ Crackles | **Neuro Status** | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☑ Normal | ☐ Tearful |
| ☐ Pale | **Gait** | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☑ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: ___ | O.D.: ___ | | O.U.: ___ |

## PLAN OF CARE

| Problems | Intervention |
|---|---|
| ☐ Anxiety/Fear | ☐ Nutrition (refer to Dietitian) | ☐ Anti-Puretic | ☐ Sling/Splint |
| ☐ Temp. Alt. In | ☐ Knowledge Deficit | ☐ Bleeding Control | ☐ Teaching |
| ☐ Comm. Alt. In | ☐ Neuro Status | ☐ DSG/Wound Care | ☐ Labs |
| ☐ Coping Alt. In | ☐ Physical Mobility | ☐ Emotional support | ☑ X-Ray |
| ☐ Elimination Alt. In | Impairment | ☐ Ice/elevate | ☑ Meds As Ordered |
| ☐ Fluid Vol., Def/Ex | ☐ Resp. Function Alt. | ☐ I & O | ☐ O2 |
| ☐ Infection Potential | ☐ Skin Integrity. Alt. In | ☐ Other _____ | |
| ☐ Domestic Violence | ☐ Cultural/Religion | | |
| Abuse Potential (refer to Social Services) | | | |
| ☑ Pain | ☐ Language | | |

☐ Social Services   ☐ PT
☐ Animal Control   ☐ Dietitian
☐ DHR Referral   ☐ Coroner
☐ Police Notified _____

Weight: **205**   stated / measured
Triage Nurse Signature: _____  Date _____  Time _1150_

Time To Tx  Area: _1155_  Rm # _6A_

### NURSE'S NOTES / PHYSICIAN'S ASSESSMENT / ORDERS

_1232. D/C'D to home c̄ instructions, Rx, and belongings. Pappin_

### VITAL SIGNS

| | | | |
|---|---|---|---|
| Time | | | |
| B.P. | | | |
| Temp. | | | |
| Pulse | | | |
| Resp. | | | |
| O2 Sat. | | | |

### LAB
☐ CBC  ☐ Maj Trauma
☐ Cardiac  ☐ Min Trauma
☐ Urinalysis  ☐ EKG ☐ ETOH
☐ Liver Profile  ☐ ABG ☐ UCG
☐ Amylase  ☐ I-Stat O2
☐ Chem Profile 7 ☐ Lipase
☐ Chem Profile 12  ☐ PT/ PTT

### X-RAY
☐ Chest  ☐ Abd
☐ Portable  ☐ _____
☐ Ct  c/s

### DISCHARGE
Date _9-25-04_  Time _1232_
D. C. RN _Pappin_

### DISPOSITION
☐ Home
☐ Admit
☐ Surgery
☐ Transfer
☐ EXP
☐ AMA
☐ LWT
☐ SNF
☐ Other
☐ M.D. Office

### EXIT VIA
☐ Walk
☐ Carried
☐ WC
☐ Stretcher
☐ Ambulance

**ACCOM. BY**
☐ Self
☐ Fam/Friend
☐ Police
☐ Other

| Medications | Dose | Route | Time | Site | Nurse | Certified Medical Emergency ☐ YES ☐ NO |
|---|---|---|---|---|---|---|
| Motrin | 800 mg | PO | 1230 | | Pappin | |

Diagnosis: ☑ See T Sheet

Condition On Discharge _____   Physician Signature _____

CHART



E0426900121    WORKS, TYRON
DOB: 02/06/72   Age: 32Y   MR #: 252640
Admit Date/Time: 09/25/04   1134A
845 BECKMAN, VICTORIA

1 of 1     1 of 2

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

· 35    Baptist Health    **120**
**EMERGENCY PHYSICIAN RECORD**
**Upper Extremity Problem**    (5)

---

DATE:_____ TIME:_____ ROOM:_____ _EMS Arrival_
HISTORIAN: _patient_ _spouse_ _paramedics____
__HX / __EXAM UNOBTAINABLE 2° TO:____

**HPI chief complaint:** _Pain_ Weakness _Altered Sensation_
R / L  SHOULDER  ARM  ELBOW  FOREARM  WRIST  HAND

**started:** _Yesterday_
_Recently Dic'd from hospital_

**time course:**
_✓ still present_ __ better
__ gone now
__ lasted

__ ✓ constant
__ sudden-onset
__ intermittent episodes lasting ____
__ worse / persistent since ____

**location:**    P = Pain    S = Swelling    T = Tenderness

L    R        L    _numbness_ R
                    _swollen_

**severity:**
__ mild
_moderate_
__ severe

**exacerbated by:**
_movement_
__ exertion
__ nothing

**relieved by:**
_rest_
__ nothing

**recent injury?**    __ no    _✓ yes_    __ possibly
**When?** __ as above
**How** (context)?  _Recent IV in wrist during_
_hospitalization started on Friday_
**Where?** __ home __ work

__ Similar symptoms previously____

__ Recently seen / treated by doctor____

PRINTED BY: mmcgraw    DATE:____

---

**PAST HX**    __negative
__ cervical disc disease____
__ carpal tunnel syndrome____
__ diabetes  insulin / oral / diet ____
· · · ·

__ high cholesterol____
__ heart disease > _HF. b_
        MI  angina  ASCVD
__ peptic ulcer disease____
__ HTN____

__ other problems____

**Surgeries / Procedures**
__ none __ noncontributory
__ neck surgery____
__ cholecystectomy____
__ appendectomy____

__ tonsillectomy____
__ c-section____
__ hysterectomy____
__ cardiac bypass____
__ TURP____

**Medications** __ none  _see nurses note_    **Allergies** _NKDA_
__ ASA __ NSAID __ acetaminophen        _see nurses note_
__ BCP's____

**SOCIAL HX** __ smoker_____ __ drugs____
__ alcohol ( recent / heavy / occasional )____
__ repetitive hand use at work____

**FAMILY HX**

**ROS**
__ HX / __ EXAM UNOBTAINABLE 2° TO:____
**NEURO**
__ headache____
__ neck pain____

**CVS / PULMONARY**
__ chest pain____
__ cough____
__ trouble breathing____

**CONST / SKIN / LYMPH**
__ fever____
    subjective / to ____ °F
__ skin rash____
__ lump or swelling____

**EYES / ENT**
__ trouble with vision____
__ sore throat____

**GI / GU**
__ abdominal pain____
__ vomiting____
__ diarrhea____
__ black / bloody stools____
__ dysuria____

□ all systems neg. except as marked

_____ RN / PA / NP    MD
HISTORY - RN / PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements

☑ Nursing Assessment Reviewed   ☑ Vitals Reviewed

## PHYSICAL EXAM   _Alert _____
*Distress:* _NAD _mild _moderate _severe

**LABS, EKG, XRAYS and PROGRESS**   **121**

| CBC | Chemistries | CO2_____ | UA |
|---|---|---|---|
| normal except | normal except | Ca_____ | normal except |
| WBC_____ | BUN_____ | Bilirubin_____ | WBC_____ |
| Hgb_____ | Creat_____ | | RBC's_____ |
| Hct_____ | Gluc_____ | Magnesium_____ | bacteria_____ |
| Platelets_____ | Alk Phos_____ | BNP_____ | dip: _____ |
| segs_____ | Cl_____ | D-Dimer_____ | |
| bands_____ | ALT_____ | ESR_____ | |
| lymphs_____ | AST_____ | | |
| monos_____ | Na_____ | | |
| eos_____ | K_____ | | |

**EKG MONITOR-STRIP** _NSR _Rate_____
_normal ____abnormal_____

EKG  _NML  ☐Interp. by me  ☐Reviewed by me  Rate____
_NSR  _nml intervals  _nml axis  _nml QRS  _nml ST/T

not / changed from:_____
**X-RAYS** ☐Interp. by me ☐Reviewed by me ☐Discsd w/ radiologist
_nml / NAD  _no fracture  _nml alignment  _no foreign body
study:_____  interp:_____

### UPPER EXTREM.   _see diagram ( on front )____
☑ nml inspection   _tenderness_____
☑ non-tender   _swelling_____
☑ no edema   _limited ROM_____
☑ nml ROM   · active · · passive  functional  due to pain
   _axillary lymphadenopathy_____
**MINIMAL SWELLING**   _pos Finkelstein test_____
**Excellent radial pulse  scar on port (radial) wrist Lat**

### SKIN   _cyanosis / diaphoresis / pallor_____
☑ color nml, no rash   _skin rash_____
☑ warm, dry   _warmth / erythema_____
   _lymphangitis_____

### VASCULAR
☑ no vascular   _abnml capillary refill_____
compromise   _pulse deficit  brachial radial ulnar____

### NEURO / PSYCH   *peripheral exam*
☑ sensation intact   _altered sensation
☑ motor intact   median n.  ulnar n.  (radial n.)
   (pos. Tinel's sign)  pos. Phalen's sign
   _motor deficit_____


Reflexes

   _abnormal / asymmetric reflexes_____

Re-evaluation time_____  _unchanged _improved  _re-examined
Re-evaluation time_____  _unchanged _improved  _re-examined
Re-evaluation time_____  _unchanged _improved  _re-examined

**Probable origin IV Site - Pt advised to return to ER if worsening occurs despite treatment. Verbalizes understanding. ⊕/c**

*central exam*
☑ oriented x3   _disoriented  to: person / place / time____
☑ mood / affect nml   _depressed affect_____
☑ CN's nml as tested   _facial droop / EOM palsy / anisocoria___

**TREATMENT:**
• analgesic  PO IM IV_____
• sedation  PO IM IV_____
**MEDICAL DECISION:**
☑ Rx given_____

### EYES   _scleral icterus / pale conjunctivae____
☑ nml inspection

☑ Follow up with **ER / Dr Underwood**

### ENT   _pharyngeal erythema_____
☑ ENT nml inspectn   _abnml TM / hearing deficit_____
☑ pharynx nml

☐ Discussed with Dr._____   CRIT CARE- 30-74 min
will see patient in: office / ED / hospital   75-104 min _____ min
☑ Counseled (patient) (family) regarding:   _Prior records ordered
  lab results (diagnosis) need for follow-up   _Additional history from:
_Admit orders written   (family caretaker paramedics)

### NECK / BACK   _thyromegaly_____
☑ nml inspection   _cervical lymphadenopathy_____
   _neck tenderness_____

## CLINICAL IMPRESSION:

| | |
|---|---|
| Pain (L) wrist | Angina pectoris |
| Bursitis | Cervical Radiculopathy |
| Tenosynovitis | Cellulitis |
| Myofascial strain | Carpal Tunnel Syndrome |

### RESPIRATORY   _splinting_____
☑ no resp. distress   _manifests distinct pain on movement____
☑ breath sounds   of ( R / L ) arm  of trunk_____
normal   _rales_____
   _rhonchi / wheezing_____

### CVS   _heart murmur_____
☑ reg. rate / rhythm   _tachycardia / bradycardia_____
☑ heart sounds nml

### GASTROINTESTINAL
☑ non-tender   _tenderness_____
☑ no organomegaly   _guarding / rebound_____
☑ nml bowel sounds   _hepatomegaly / splenomegaly / mass___

**DISPOSITION-** ☑home ☐ admitted ☐ transferred_____
**CONDITION-** ☐ unchanged ☐ improved ☑ stable_____

x_____MD / DO  x___**b**___ MD /DO
   *Resident*              *Attending*
☐ Hx review, Patient interviewed, Medical Decision Making, and Examined by
*Physician*

**E0426900121   WORKS, TYRON**
DOB: 02/06/72   Age: 32Y   MR #: 252640
Admit Date/Time: 09/25/04   1134A
845 BECKMAN, VICTORIA



**Baptist Health**
# Emergency Room
# Discharge Instructions

**122**
Page 1 of 1

## DISCHARGE INSTRUCTIONS – PATIENT COPY

| Weight | Phone | Allergies: | | Location **South** |

**MEDICINES PRESCRIBED**   If non, check this box: ☐   **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND**

| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. Medrol all day PO g C h p.o. # 40 | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

**INSTRUCTION SHEET(S) GIVEN**

- ● Asthma
- ● Back Pain
- ☐ Cast / Splint Care
- ☐ Crutches
- ☐ Fever
- ☐ Fracture
- ☐ Head Injury
- ☐ Otitis Media
- ☐ Sprains / Bruises
- ☐ STD
- ☐ Threatened Ab
- ☐ Vomiting / Diarrhea
- ☐ Wound Care
- ☐ Other(s) _____

Return for signs of infection
- > Redness
- > Swelling
- > Drainage
- > Heat

Additional Instructions: _____

1) Elevate ① hand   2) warm compresses   3) follow up in ER if increased swelling occurs

Referred to:
☐ Dr. _____
   Phone: _____
☐ Call on next business day for follow-up appointment
   in _____ days / weeks   ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified: _____
☐ Education provided on new medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _____
☒ Patient
☐ Relative
☐ Other _____

Time Released > | 1 | 2 | 3 | 3 | Hrs.

Instructed By: Paul, RN

Physician: V. Beckman MD

## WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |

- ☐ Patient was seen by Dr.
- ☐ No athletics / physical education: _____ days*
- ☐ May return to work / school without restrictions
- ☐ Will require time off work / school. Estimated time: _____ days*
- ☐ Must be reevaluated by family / occupational physician before returning to school / work

- ☐ May return to restricted duties for _____ days*
  Restrictions: _____
- ☐ -------------------------- was here with relative/ child.
- ☐ Other _____

PRINTED BY: mmcgraw   DATE 1/21/2005

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician, unless otherwise stated.

BSB-0082 (06/02)

WORKS,TYRON                          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    STATE OF ALABAMA       (334)242-7226
435 LUENE CIR                        (334)279-8671  4505 EXECUTIVE PARK
                                       MONTGOMERY                          EMP FULL TIME
MONTGOMERY      AL 36109                             MONTGOMERY  AL 36116

WORKS,TYRON                          02/06/72 32Y  STATE OF ALABAMA        (334)242-7226
435 LUENE CIR                        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    4505 EXECUTIVE PARK
                                     (334)279-8671                         EMP FULL TIME
MONTGOMERY      AL 36109             SELF            MONTGOMERY  AL 36116

WORKS,FERMIE
PO BOX 65
                                     (334)738-3975
FITIZPATRICK    AL  36029            MOTHER


BLUE CROSS OF ALABAMA              WORKS,TYRON                                         1

PPA419087667          STATE OF ALABAMA                13000

(800)760-6852

450 RIVERCHASE PKWY                                 BIRMINGHAM        AL 35298




786.50-CHEST PAIN NOS                                                          U



FAMILY DRIVEN                                                                  RNL

531 FINKLEA,JOHN L                                       531 FINKLEA,JOHN L

      11      09/21/04

                                    EMERGENCY        7

ED;INP



EE9      09/21/04       YES
  NO,PCP                          FALERO,WALLACE G
          PRINTED BY: mmcgraw        DATE 1/21/2005

BAPTIST HEALTH
0486
· WORKS,  TYRON ""
E0426500699
E000252640                                                                    **124**

PATIENT VERIFICATION DATA:
WORKS, TYRON ""- 0426500699

HISTORY OF PRESENT ILLNESS: The patient is a 32-year-old African-American
male who presented with complaints of chest tightness and pounding
in his chest.  He has no prior history of any heart disease, no history
of hypertension or diabetes.  He started having symptoms yesterday
when he woke up.  He felt like somebody was sitting on his chest and
also had a pounding as if his heart was about to jump out of his chest.
It lasted the whole day until he came to the ER.  He was noted to
be in atrial fibrillation with a rapid ventricular response, was started
on Cardizem and he converted to sinus rhythm earlier today.  He still
has some persistent chest tightness which gets worse when he takes
in a deep breath.  His troponin level has been normal.  His EKG this
morning is sinus rhythm without any evidence of acute ST-T wave changes.
He had a similar episode in 2000 while stationed in Germany and after
extensive workup he was started on Zantac for presumptive diagnosis
of gastroesophageal reflux disease. He did have a stress test at that
time.  According to him it was normal.

PAST MEDICAL HISTORY: As above.

ALLERGIES TO MEDICATIONS:  None.

HOME MEDICATIONS:   Zantac p.r.n. basis and Lortab p.r.n. basis.

SOCIAL HISTORY: He works for the State. He is a computer programmer.
He does not smoke.  He drinks socially. Caffeine intake - 4-5 cups
of coffee a week and about the same number of sodas a week.

REVIEW OF SYSTEMS: No history of seizures, stroke.  No history of
kidney or liver problems.  No history of recent vomiting, diarrhea,
fever or chills.  No history of bleeding diathesis.

FAMILY HISTORY: No history of early coronary disease.

PHYSICAL EXAMINATION:
GENERAL:  Lying in bed in no acute distress but just looks a bit uncomfortable.

VITAL SIGNS:  His heart rate this morning is 73, blood pressure 122/69,
sats 97%.
NECK:  He has no thyromegaly. He has no jugular venous distention.
No dependent edema.
CARDIOVASCULAR:  No heaves.  He does have an S4 gallop.
CHEST:  Fair air entry bilaterally.  No added sounds.
ABDOMEN: Overall flat, soft, nontender.  Bowel sounds are normal.

EKG this morning is sinus rhythm at a rate of 73, normal PR, QRS and
QT intervals, overall within normal limits.  Admission EKG showed
atrial fibrillation with heart rate of 113 beats/minute. There was

(CONTINUED)

some baseline artifact but there were no acute ST-T wave changes.

Case 2:07-cv-01126-TFM    Document 17-3    Filed 08/06/2008    Page 128 of 250

LABS: White count 6.5, hematocrit 44, platelets 275.  D-dimer less than 0.2.  Creatinine 1, BUN 12, sodium 138, potassium 4.1, chloride 106, bicarb 23 and troponin flat 0.05 and 0.04.  Magnesium was 2.0. 125

ASSESSMENT:
1. A young man without any history of hypertension, diabetes or prior heart disease presents with an episode of A. fib which spontaneously converted to sinus rhythm.
2. Atypical chest pain.  Ruled out for MI.


PLAN:  Will get a two-D echo and if it is normal then he should be able to go home and will schedule an outpatient MIBI stress test. Depending on the frequency of the episodes will decide on further treatment of his atrial fibrillation. He may just need occasional antiarrhythmic medication if he has an episodic short duration of A. fib.


TAMJEED ARSHAD,  M.D.

TA/ / jcw
D:  09/22/2004
T:  09/22/2004


D: 09/22/2004
T: 09/22/2004
jw
Authenticated by TAMJEED ARSHAD, MD On 9/24/04 11:53:17 AM

# Baptist HEALTH
# ER RECORD - Adult / Adolescent

Patient Label

E0426500699    WORKS, TYRON
DOB: 02/06/72   Age: 32Y   MR #: 252640
Admit Date/Time: 09/21/04   1808P
915 FALERO, WALLACE G

355                                    126

Regular M.D.: _Underwood_   Notified: _____

Immunization Hx: Tetanus  ❑ UTD  ❑ not UTD

Allergies: _Typhoid Vac._   ineg

LMP: _N/A_   Pregnant? ❑ Yes ❑ No ❑ Unsure

Home Meds: _Zantac -_
_Lortab - ll back_

## TRIAGE CATEGORY
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - 0 Non-Urgent

**Vital Signs**
BP: 98    ❑ See T Sheet
P: 70
R: 20
T: 97.9
SPO2: 98

Analgesia Scale IVAS 0-10   #10   /10   0 (no pain)  10 (worst)

## CHIEF COMPLAINT AND HISTORY
- P. feels hot - SOB
midsternal - nauseated -
pain c deep breaths
hx asthma

## AGE SPECIFIC CARE

**13-18 yrs (Adolescent)**
(Menarche started? ❑ Yes ❑ No   Age at onset?_____   Regular ❑ Yes ❑ No)

**>65 yrs (Older Adult)**
Assisting Devices: ❑ None ❑ Yes (list): _____
Living arrangements: ❑ Lives alone ❑ Family/Significant Others
❑ Extended Care Facility

## GENERAL APPEARANCE & MENTAL STATUS

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ❑ NAD | ☑ Warm | ❑ Unlabored | ❑ Regular | ☑ Alert |
| ❑ Mild Distress | ☑ Hot | ❑ Clear Bilat. | ❑ Irregular | ❑ Oriented |
| ❑ Acute Distress | ❑ Cool | ❑ Shallow | ❑ Bounding | ❑ Age Appropriate |
| | ❑ Cold | ❑ Labored | ❑ Weak | ❑ Anxious |
| **Skin Color** | **Skin Moisture** | ❑ Wheezes | ❑ Absent | ❑ Combative |
| ☑ Pink | ☑ Dry | ❑ Crackles | **Neuro Status** | ❑ Unresponsive |
| ❑ Flushed | ❑ Diaphoretic | ❑ Apneic | ☑ Normal | ❑ Tearful |
| ❑ Pale | **Gait** | ❑ Retraction | ❑ Slurred Speech | ❑ Confused |
| ❑ Ashen | ☑ Steady | ❑ Nasal Flaring | ❑ Weakness L/R | ❑ Agitated |
| ❑ Cyanotic | ❑ Unsteady | ❑ Stridor | | ❑ Disoriented |
| ❑ Jaundiced | Visual Acuity: O.S.:___  O.D.:___  O.U.:___ | | | |

## PLAN OF CARE

**Problems**
- ☑ Anxiety/Fear
- ☑ Body Temp, Alt. In
- ❑ Comm. Alt. In
- ❑ Coping Alt. In
- ❑ Elimination Alt. In
- ❑ Fluid Vol., Def/Ex
- ❑ Infection Potential
- ❑ Domestic Violence
- Abuse Potential (refer to Social Services)
- ☑ Pain

- ❑ Nutrition (refer to Dietitian)
- ❑ Knowledge Deficit
- ❑ Neuro Status
- ❑ Physical Mobility Impairment
- ❑ Resp. Function Alt.
- ❑ Skin Integrity, Alt. In
- ❑ Cultural/Religion
- ❑ Language

**Intervention**
- ❑ Anti-Puretic
- ❑ Bleeding Control
- ❑ DSG/Wound Care
- ❑ Emotional support
- ❑ Ice/elevate
- ❑ I & O
- ❑ Other

- ❑ Sling/Splint
- ☑ Teaching
- ❑ Teaching
- ☑ X-Ray
- ☑ Meds As Ordered
- ❑ O₂

| | | |
|---|---|---|
| ❑ Social Services | ❑ PT | Weight: 205  (stated / measured) |
| ❑ Animal Control | ❑ Dietitian | Triage Date 1-21-04 Time 1830 |
| ❑ DHR Referral | ❑ Coroner | Nurse Signature: SWallen |
| ❑ Police Notified | | |

**NURSE'S NOTES / PHYSICIAN'S ASSESSMENT / ORDERS**

Time To Area: 1835   Rm # 5    PC = Plappen

1905 EKG Done PT c/o feels weak & chest feels same c/o
ATR Fib. #20 20 gtt cc x b ⓐ ac 87 & 100 c serum
For Lab Stat. 1925. Administers meds as ordered P
1929. Started Cardizen at 10 mg/HR. Plappen. 2110. c/o
Chest pressure. Dr. Austin informed. Order for MVD received.
Meds. gvn. Plgm 2200. states, "I feel better." Administers Lorenax
20mg SC. Plgm. 2240. Report to Gayle RN. Plgm

Pt wants to stay here →→→

NS 60cc Bolus. Then 25cc/hr

## VITAL SIGNS

| | | |
|---|---|---|
| Time | 1929 | 2110 |
| B.P. | 122/86 | 110/61 |
| Temp. | | |
| Pulse | 158 | 96 |
| Resp. | 20 | 17 |
| O₂ Sat. | 99 | 97 |

## LAB
- ❑ CBC
- ❑ Cardiac
- ❑ Urinalysis
- ❑ Liver Profile
- ❑ Amylase
- ❑ Chem Profile 7
- ❑ Chem Profile 12
- ❑ Maj Trauma
- ❑ Min Trauma
- ❑ EKG ❑ ETOH
- ❑ ABG ❑ UCG
- ❑ I-Stat ___
- ❑ Lipase
- ❑ PT/PTT

## X-RAY
- ❑ Chest
- ❑ Portable
- ❑ Ct ___
- ❑ Abd
- ___

## DISCHARGE
| Date | Time |
|---|---|
| | |

D. C. RN

## Medications

| Medications | Dose | Route | Time | Site | Nurse | Certified Medical Emergency ☑ YES ❑ NO |
|---|---|---|---|---|---|---|
| Toprol | 10mg | IV | 1925 | | Plappen RN | Diagnosis: ❑ See T Sheet |
| Ativan | 1mg | IV | 1927 | | Plappen RN | |
| Cardizen | | IV Bolus | 1929 | Then | Plappen RN | |
| | | | | | Plappen RN | |
| MVD 60cc | 2100 | Plgm | | | | |
| Lorenax 20mg | | | | | | |

DATE 1/21/2005

## DISPOSITION
- ❑ Home
- ❑ Admit
- ❑ Surgery
- ❑ Transfer
- ❑ EXP
- ❑ AMA
- ❑ LWT
- ❑ SNF
- ☑ Other
- ❑ M.D. Office

## EXIT VIA
- ❑ Walk
- ❑ Carried
- ❑ WC
- ❑ Stretcher
- ❑ Ambulance
- ACCOM. BY
- ❑ Self
- ❑ Fam/Friend
- ❑ Police
- ❑ Other

Condition On Discharge

Physician Signature

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

127 of 1    1 of 2

EO426500699    WORKS, TYRON
DOB: 02/06/72  Age: 32Y   MR #: 252640
Admit Date/Time: 09/21/04  1808P
915 FALERO, WALLACE G

33

**Baptist Health**
**EMERGENCY PHYSICIAN RECORD**
**Chest Pain**    (5)

DATE: 9-21-04  TIME: 1830  ROOM: _____ ___ EMS Arrival
HISTORIAN: (patient) (spouse) __paramedics _____
__HX / __EXAM UNOBTAINABLE 2° TO: _____

**HPI**
**chief complaint:** (chest pain / discomfort)
_substernal - feels hot - SOB
↑ Pain c̄ deep breaths_

**started:**
_↑ this AM_
_32 yrs old male ∅ emergency / sharp / pressure
felt pain is LT sternal & greatest over this area_

**time course:**
- (still present) __better
- __gone now
- lasted _____
- __resolved on arrival in ED

- (constant) __"waxing & waning"
- __intermittent episodes lasting _____
- __worse / persistent since _____

**quality:**
- (pressure)
- tightness
- indigestion
- burning
- dull
- aching
- (sharp)
- stabbing
- "pain"
- "numbness"
- "like prior MI"

_occasional_

**Location of pain:**

**radiation:** none    diagrammed above

**associated symptoms:**
- (nausea)
- (vomiting)
- __shortness of breath
- __sweating

**worsened by:**
- change in position
- (deep breaths) / turning
- exertion
- breathing

**relieved by:**
- sitting up __NTG 1 2 3
- rest    __patient's own supply
- (antacids)  __given by paramedics
- (nothing)  relief- none / partial /
              complete / transient
        __Oxygen __NRB ___L

**onset during:**
- sleep / rest / light activity
- mod. / heavy exertion
- emotional upset
- cannot recall

**severity:**
- maximum: (1-10)  #10
  mild  moderate  severe
- when seen in ED: (1-10)  #10
  gone  almost gone  mild  moderate  severe
  residual discomfort in arm  (R / L)

__Similar symptoms previously _2000 in Germany_

__Recently seen / treated by doctor _____

**PAST HX** __negative  * = MI risk factors
- *diabetes  insulin / oral / diet ___
- *high cholesterol ___
- (heart disease)
  - heart attack (MI) ___
  - angina / heart failure ___
- DVT / PE / risk factors ___
- (GERD)
- __other problems _irregular heart beat?_
  _(2yrs ago)._
- __emphysema
- __collapsed lung
- __stroke
- __peptic ulcer
  - documented?  yes  no
- __gall stones
- *HTN
- __Thyroid Disease

**Surgeries / Procedures** __none  __non-contributory
- __cardiac bypass ___
- __cardiac cath ___
- __angioplasty ___
- __thrombolytics ___
- __pacemaker ___
- __tonsillectomy ___
- __cholecystectomy ___
- __appendectomy ___
- __hysterectomy ___
- __defibrillator ___

_Knee x 4_

**Medications** __none __ASA __NSAID
- acetaminophen __BCP's
- (see nurses note)

**Allergies**  __NKDA
(see nurses note)

**SOCIAL HX**  *smoker (circled) __  *drugs (circled)
(alcohol) (recent / heavy / occasional)

**FAMILY HX**  (CAD) (<55yo / >55yo )  __sudden death
__stroke  __diabetes

**ROS**
__HX / __EXAM UNOBTAINABLE 2° TO: _____

**CHEST / CONST.**
- __fever
- __chills
- __cough
  - __sputum
- __ankle swelling
- __calf / leg pain

**NEURO**
- __headache
- __blackouts
**EYES / ENT**
- __blurred vision
- __sore throat
**GI / GU**
- __abdominal pain
- __black / bloody stools
- __problems urinating
**SKIN / LYMPH / MS**
- __skin rash / swelling
- __joint pain
☑ all systems neg. except as marked

**FEMALE REPRODUCTIVE**
LNMP  N/A
- __vaginal discharge
- __abnormal bleeding

_Occ. Tachycardia_  _Tachypnea_

_____  RN / PA / NP  _____  MD
HISTORY  RN / PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

11/28    80    20    979

123

☑ Nursing Assessment Reviewed    ☑ Vitals Reviewed

## PHYSICAL EXAM    ☑ Alert  __Anxious  __IV ___ ___
Distress:  __NAD  __mild  ☑moderate  __severe

**EYES**
☑ nml inspection    __scleral icterus / pale conjunctivae____

**ENT**
☑ ENT nml inspection    __pharyngeal erythema_____
☑ pharynx nml    __abnml TM / hearing deficit_____

**NECK**
☑ nml inspection    __thyromegaly_____
    __lymphadenopathy ( R / L )_____

**RESPIRATORY**
☑ no resp. distress    __see diagram_____
    __respiratory distress_____
__chest non-tender    __manifests distinct pain on movement
☑ nml breath sounds        of ( R / L ) arm of trunk_____
Chest B nd of    __splinting / decr air mvmnt_____
palpeter    __rales_____
    __rhonchi / wheezing_____

**CVS**
__regular rate, rhythm    (irregularly irregular rhythm)
__no murmur    (extrasystoles ( occasional / frequent ))
☑ gallop    (tachycardia / bradycardia
☑ no friction rub    PMI displaced laterally
    __JVD present_____
    __murmur  grade __/6  sys / dias___
        cresc / cresc-decresc / decresc
    __gallop ( S3 / S4 )_____
    __friction rub_____

    __decreased pulse(s)_____
    R  carotd ___ fem ___ dors ped ___
    L  carotd ___ fem ___ dors ped ___

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., Tsv = severe tenderness)

**GASTROINTESTINAL**
☑ non-tender    __tenderness_____
☑ no organomegaly    __guarding_____
    __rebound_____
    __abnml bowel sounds_____
    __hepatomegaly / splenomegaly / mass___

**RECTAL**
__non-tender    __black / bloody / heme pos. stool___
__heme neg stool    __tenderness_____

**SKIN**
☑ color nml, no rash    __cyanosis / diaphoresis / pallor____
☑ warm, dry    __skin rash_____

**EXTREMITIES**
☑ non-tender    __pedal edema_____
☑ normal ROM    __calf tenderness_____
☑ no pedal edema    __clubbing_____
☑ no calf tenderness

**NEURO / PSYCH**
☑ oriented x3    __disoriented  to: person / place / time___
☑ mood / affect nml    __depressed affect_____
☑ CN's nml as tested    __facial droop / EOM palsy / anisocoria___
☑ no motor / snsry deficit    __weakness / sensory loss_____

Chest Pain - 33    PRINTED BY: mmcgraw

### LABS, EKG, XRAYS and PROGRESS

| CBC | Chemistries | Ca | UA |
|---|---|---|---|
| normal except | normal except | Bilirubin___ | normal except |
| WBC___ | BUN___ | ___ | WBC___ |
| Hgb___ | Creat___ | (Magnesium ↓↓) | RBC's___ |
| Hct___ | Gluc___ | BNP___ | bacteria___ |
| Platelets___ | Alk Phos___ | D-Dimer___ | dip:___ |
| segs___ | Cl___ | CK___ | |
| bands___ | ALT___ | CKMB (↓↓) | |
| lymphs___ | AST___ | Troponin___ | |
| monos___ | Na___ | PT___ | |
| eos___ | K___ | PTT___ | |
| | CO2___ | INR___ | |

**EKG MONITOR STRIP**  __NSR __Rate____
__normal    __abnormal____

**EKG**  __NML  ☑Interp. by me  __Reviewed by me  Rate __110 /__
NSR normal intervals ___ nml axis ___ nml QRS ___ nml ST/T
QRS - 118 -    non 8 pac pc  ST-T Abn.
not / changed from:_____
Repeat EKG- __unchanged / ☑_____
**CXR**  __Interp. by me  __Reviewed by me  __Discsd w/ radiologist
    __nml / NAD  __no infiltrates  __nml heart size  __nml mediastinum
not / changed from:_____
**Pulse Ox  98 %**  on  RA / ___ L / ___ % at (time)____
__normal    __abnormal____

Re-evaluation time  20 40 __unchanged  __improved  __re-examined
Re-evaluation time_____ __unchanged  __improved  __re-examined
Re-evaluation time_____ __unchanged  __improved  __re-examined

Cerdazem IV (oles), follow by
Cerdazem IV drip

**TREATMENT:**  • angina protocol
• unstable angina protocol
• acute MI protocol or acute coronary syndrome protocol
**MEDICAL DECISION:**
__Rx given_____

Follow up with _____
☑ Discussed with Dr. __Seabrin__    CRIT CARE-  30-74 min
__will see patient in:  office / ED / hospital        75-104 min ____ min
__Counseled patient / family regarding:      __Prior records ordered
    __lab results  __diagnosis  __need for follow-up    __Additional history from:
__Admit orders written            family caretaker paramedics

### CLINICAL IMPRESSION:

| | |
|---|---|
| (Chest Pain - acute  precordial) | Acute MI |
| Chest Wall Pain - acute | Unstable Angina |
| Dyspnea - acute | Pericarditis - acute |
| Costochondritis - acute | Acute Aortic Dissection |
| Myofascial Strain - acute | Pulmonary Embolism |
| Viral Syndrome - acute | Acute Pulmonary Edema / CHF |
| Bronchitis - acute | (Atrial Fibrillation - rapid vent. response) |
| Viral Pleuritis (Pleurisy) | controlled uncontrolled new-onset chronic |
| Abnormal EKG | Pneumonia |
| GERD | Pneumothorax |

**DISPOSITION-**  __home  ☑admitted  __transferred____
**CONDITION-**  __unchanged  ☑improved  ☑stable____

x_____ MD / DO  x __WBF'__  ___ MD / DO
        Resident            Attending
☑ I/x review, Patient interviewed, Medical Decision Making, and Examined by
Physician.  DATE 1/21/2005





**Baptist Health**
**PROGRESS RECORD**



129

WORKS, TYRON

| Date | Time | Description |
|------|------|-------------|
| 9/22/04 | | Card    H&P Dictated |
| | ① | P. At fib (Short duration) now in SR |
| | | No clinical risk factors of stroke |
| | ② | Atypical CP |
| | | Plan :- ECHO. |
| | | Out-pt MIBI |



PRINTED BY: mmcgraw    DATE 1/21/2005



**Baptist Health**
**PROGRESS RECORD**

130

WORKS,TYRON

| Date | Time | Description |
|------|------|-------------|
| | MCrt | Pt sedation (MSO4) still c/o some. |
| 9/22/04 | | CP. Worse c̄ resp. ↑g No assoc sx's |
| | 10:30 | 97⁷ 107/53 72 ↑g |
| | | a) RRR single s, s₂ ⊘ m/6/r |
| | | Lung OTA B. Abd soft, NT, ND ⊘ ᵖₕₛₘ |
| | | Ext ⊘ edema |
| | | CXR: NAD |
| | | 6.5 > 14.2 < 275    138 | 106 | 12 < Mg 2.0 |
| | | 44.8         4.1 | 23 | 1.0 |
| | | TT/CK ⊘ x2    BH .96    T4 6.3 |
| | | PT/PTT/INR 12/23/.94    D Dimer < .20 |
| | | EKG 9/22 : SR 73 Nl Ut/axs, ? |
| | | Tele = SR 77    ECHO (P) |
| | | A/P ① AF → short duration. No known |
| | | heart dg. If echo nl, will |
| | | D/C to home today. Outpt f/u |
| | | Monaa re: antiarrhythmic |
| | | ② Chest pain → Atypical. CE·⊕ |
| | | EKG ⊘. Out pt ~~Ambt~~ Stress Echo |
| | | 3:00 pm 9/23/04 |
| | | J Arellano, MD |
| | | Addend: Echo nl LVEF, trace MR, |
| | | mild TR,    TSH nl. |
| | | Will order spiral CT to r/o PE |
| | | If ⊘ D/c home. Pt was drinking EtOH |
| | | on night prior to episode, may be |

J Arellano, MD



c042650099         09/21/2004   06:51:4? ?M  works,tyron
                   32 years

Rx:
Dx:

Rate  113    . Atrial fibrillation with V. response of 113.........Irregular atrial activity
PR           . Early transition..............................QRS positive in V2
QRSD   83
QT    321
QTc   440

--AXIS--
P     46
QRS   11
T

                    - ABNORMAL ECG -

PRINTED BY:

Dept: er
Room:
Oper: sb

Requested by:

PRELIMINARY-MD MUST REVIEW

E042650099  WORKS,TYRON
DOB: 02/06/72  Age:32Y  MR#: 252640
Admit Date/Time: 09/21/04 1808P
915 FALERO,WALLACE G

131

Baptist Medical Center East RADIOLOGY
Name: WORKS, TYRON                    DOB:  2/6/1972
MR:  E000252640          Acct:  E0426500699
AdmPhys:  Finklea, John L., MD
Admit Date:  9/21/2004          Discharge date:  9/22/2004

**132**

RADIOLOGY

Exam: CT Chest w/ contrast                Accession CT-04-0011658
                                          Number

   Date / 9/22/2004 2:05:57 PM
      Time

Reason For Exam:
r/o pulm embolism

FINDINGS
WORKS, TYRON

CT SCAN OF THE CHEST:

Pulmonary arteriogram study.

The examination was performed utilizing dynamic contrast administration and exam
was performed to specifically evaluate for the possibility of pulmonary thrombo

The mediastinum is normal. I do not see abnormal mediastinal masses or signific
lymphadenopathy. Heart size is normal in size. Within the lungs some scattered
subsegmental atelectasis is noted in the posterior aspect of the right and left
but no focal masses, nodules, areas of consolidation, or significant effusions
The right and left main pulmonary arteries and lobar branches are clearly well
I do not see any filling defects to suggest the presence of underlying pulmonar
thromboemboli. Segmental arteries are also fairly well visualized and no fillin
were evident. Some calcified right hilar and subcarinal lymph nodes are noted w
calcified granuloma seen in right middle lobe.

IMPRESSION:

NO EVIDENCE OF PULMONARY THROMBOEMBOLI.

ELECTRONICALLY SIGNED BY: Leung, Gary F, MD

TECHNOLOGIST:  NJB
TRANSCRIBED DATE AND TIME:  09/22/2004 14:31
TRANSCRIPTIONIST:  tlb

     Exam: DX Chest Portable              Accession DX-04-0036422
                                          Number

   Date / 9/21/2004 7:18:13 PM
      Time

Reason For Exam:
cp

%%END

          PRINTED BY: mmcgraw          DATE 1/21/2005

133

RADIOLOGY

Exam: DX Chest Portable                    Accession DX-04-0036422
                                           Number

    Date / 9/21/2004 7:18:13 PM
        Time

FINDINGS
WORKS, TYRON

CHEST PORTABLE:

Both lungs appear to be well expanded without an identifiable abnormality.  Hea
cardiomediastinal structures are unremarkable. I do not identify an abnormality
bony thorax.  The pleural space and diaphragmatic shadows are unremarkable.  Ai
appear normal.

IMPRESSION:
1.  NO ABNORMALITY IDENTIFIED.


ELECTRONICALLY SIGNED BY: Dorey, Jason H, MD

TECHNOLOGIST:  TCC
TRANSCRIBED DATE AND TIME:  09/22/2004 10:45
TRANSCRIPTIONIST:  tlb

Baptist Medical Center East     LABORATORY

Name:  WORKS, TYRON          DOB:  02/06/1972
MR:  E000252640      Acct:  E0426500699
AdmPhys:  Finklea, John L., MD
Admit date:  09/21/2004      Discharge date:  09/22/2004

**134**

## HEMATOLOGY

### Routine Hematology

```
COLLECTION DATE:   9/21/04
COLLECTION TIME:   7:10:00 PM
```

|                    |        | REF RANGE      | UNITS    |
|--------------------|--------|----------------|----------|
| WBC                | 6.5    | [4.1-10.3]     | Thou/mL  |
| RBC                | 5.30   | [4.69-6.13]    | Mill/mL  |
| Hemoglobin         | 14.2   | [11.3-15.3]    | gm/dl    |
| Hematocrit         | 44.8   | [40.0-51.0]    | %        |
| MCV                | 85     | [81-100]       | FL       |
| MCH                | 26.9 L | [27.0-31.2]    | pg       |
| MCHC               | 31.8   | [31.8-35.4]    | gm/dl    |
| Platelet Count i   | 275    | [140-400]      | Thou/mL  |
| RDW                | 12.8   | [11.5-14.5]    | %        |

09/21/2004 07:10:00 PM Platelet Count:
Critical Ranges:
OB & Cardiac = <100,000
<90 days old = <100,000
All others = <50,000 >750,000

### Automated Differential

```
COLLECTION DATE:   9/21/04
COLLECTION TIME:   7:10:00 PM
```

|               |        | REF RANGE   | UNITS |
|---------------|--------|-------------|-------|
| Neutro Auto   | 49     | [40-75]     | %     |
| Lymph Auto    | 33     | [20-53]     | %     |
| Mono Auto     | 10     | [0-12]      | %     |
| Eos Auto      | 4      | [0-8]       | %     |
| Basophil Auto | 4  H   | [0-2]       | %     |
| Neutro Abs    | 3.1    | [1.4-6.5]   | #     |
| Lymph Abs     | 2.1    | [1.0-4.8]   | #     |
| Mono Abs      | 0.7  H | [0.1-0.6]   | #     |
| Eos Abs       | 0.3    | [0.0-0.7]   | #     |
| Basophil Abs  | 0.3  H | [0.0-0.2]   | #     |

%%END

PRINTED BY: mmcgraw     DATE 1/21/2005

Baptist Medical Center East                    LABORATORY
Name:  WORKS, TYRON          DOB:  02/06/1972
MR:  E000252640          Acct:  E0426500699
AdmPhys:  Finklea, John L., MD
Admit date:  09/21/2004          Discharge date:  09/22/2004

**135**

COAGULATION


COLLECTION DATE:   9/21/04
  COLLECTION TIME  7:10:00 PM

| | | REF RANGE | UNITS |
|---|---|---|---|
| PT i | 12.1 | [11.4-13.6] | Sec |
| INR i | .94 | [.92-1.38] | Sec |
| PTT | 23  Lc | [24-37] | Sec |
| D-Dimer | <.20 | [<.20] | mcg/dl |

09/21/2004 07:10:00 PM PT:
New Reference Range effective 03-22-02

09/21/2004 07:10:00 PM INR:
New Reference Range effective 03-22-02

9/21/04 7:10:00 PM  PTT:
Corrected from 21 on 9/21/04 8:13:23 PM by SHIRAH, BOBBY G

%%END

PRINTED BY: mmcgraw          DATE 1/21/2005

Baptist Medical Center East    LABORATORY
Name:  WORKS, TYRON              DOB:  02/06/1972
MR:  E000252640          Acct:  E0426500699
AdmPhys:  Finklea, John L., MD
Admit date:  09/21/2004        Discharge date:  09/22/2004

**136**

## CHEMISTRY

COLLECTION DATE:    9/21/04
COLLECTION TIME:    7:10:00 PM

|                | | REF RANGE | UNITS |
|----------------|-------|-------------|--------|
| Gluc           | 86    | [60-120]    | mg/dL  |
| BUN            | 12    | [7-20]      | mg/dL  |
| Creat          | 1.0   | [0.6-1.4]   | mg/dL  |
| Sodium         | 138   | [135-145]   | mEq/L  |
| Potassium      | 4.1   | [3.5-5.0]   | mEq/L  |
| Chloride       | 106   | [97-112]    | mEq/L  |
| $CO_2$         | 23.0  | [22.0-30.0] | mEq/L  |
| Calcium        | 9.0   | [8.5-10.5]  | mg/dL  |
| Total Protein  | 7.6   | [6.4-8.2]   | gm/dl  |
| Albumin        | 4.0   | [3.4-5.0]   | gm/dl  |
| Alk Phos       | 58    | [50-136]    | u/l    |
| ALT            | 60  H | [0-55]      | u/l    |
| AST            | 24    | [8-42]      | u/l    |
| Bili Total     | 0.2   | [0.0-1.0]   | mg/dL  |
| Magnesium      | 2.0   | [1.8-2.4]   | mg/dL  |

### Cardiac Enzymes

COLLECTION DATE:    9/22/04        9/22/04
COLLECTION TIME:  10:54:00 AM   4:00:00 AM

|              |       |       | REF RANGE  | UNITS  |
|--------------|-------|-------|------------|--------|
| CK           | 145   | 175   | [21-232]   | u/l    |
| MMB          | <0.50 | <0.50 | [<=3.00]   | ng/mL  |
| Troponin-I i | .04   | <.04  | [<=.60]    | ng/mL  |

09/21/2004 07:10:00 PM Troponin-I:
< 0.60 AMI Rule Out
> 1.50 AMI Rule In

COLLECTION DATE:    9/21/04
COLLECTION TIME:    7:10:00 PM

|              |       | REF RANGE  | UNITS  |
|--------------|-------|------------|--------|
| CK           | 203   | [21-232]   | u/l    |
| MMB          | 0.70  | [<=3.00]   | ng/mL  |
| Troponin-I i | .05   | [<=.60]    | ng/mL  |

%%END

PRINTED BY: mmcgraw      DATE 1/21/2005

Baptist Medical Center East   LABORATORY

Name:  WORKS, TYRON            DOB:  02/06/1972
MR:  E000252640         Acct:  E0426500699
AdmPhys:  Finklea, John L., MD
Admit date:  09/21/2004          Discharge date:  09/22/2004

137

CHEMISTRY

Thyroid Studies

COLLECTION DATE:   9/21/04
COLLECTION TIME:   7:10:00 PM

|       |      | REF RANGE    | UNITS  |
|-------|------|--------------|--------|
| TSH   | .96  | [.20-6.00]   | mlU/ML |
| T4    | 6.3  | [3.8-14.0]   | ug/dl  |

%%END

PRINTED BY: mmcgraw      DATE 1/21/2005

ECHOCARDIAL Case 2:07-cv-01126-TFM   Document 17-3   Filed 08/06/2008   Page 141 of 250
BAPTIST HEALTH
2418
WORKS, TYRON ""
E0426500699
E000252640
133

PATIENT VERIFICATION DATA:
WORKS, TYRON ""- 0426500699

INDICATION:  Atrial fibrillation.

FINDINGS:  M mode studies, LV end diastolic dimension and diastole
was 45 mms.  Left ventricular and systolic dimension was 34 mms.
Left ventricular posterior wall thickness was 11.4 mms.  Intraventricular
septal wall thickness was 10.7 mms.  Aortic root diameter was 29 mms.
Left atrium was 34 mms.

2D images, the left ventricle was normal size, had normal left ventricular
systolic function and normal left ventricular wall thickness.  The
left atrium was normal size.  The right ventricle showed normal size
and function.  The right atrium was normal.  Aortic valve was poorly
visualized and the parasternal short axis view therefore was not able
to determine if it was trileaflet.  However there was no significant
gradient across the aortic valve.  There was no aortic insufficiency.
The mitral valve was normal and there was trace mitral regurgitation
present.  A tricuspid valve was normal and there was trace to 1+ tricuspid
regurgitation with PA systolic pressure of at least 20 mm of Mercury
plus CVP.  The pulmonic valve was normal without any pulmonary insufficiency.
No pericardial effusion present.  No thrombus or vegetation present.


A Doppler study showed trace mitral regurgitation and trace tricuspid
regurgitation with PA systolic pressure of 20 mms plus CVP.  There
was no aortic stenosis.  There is was no mitral stenosis.

CONCLUSIONS:

1. Normal left ventricular size and function.
2. Mild tricuspid regurgitation with a PA systolic pressure of 20
mms of Mercury plus CVP.
3. Trace mitral regurgitation.


READ BY:   ILIANA ARELLANO M.D.

IA/ / bwt
D:  09/22/2004
T:  09/22/2004


D: 09/22/2004
T: 09/22/2004
bt



E0426500699   WORKS, TYRON
DOB: 02/06/72   Age: 32Y   MR #: 252640
Admit Date/Time: 09/21/04   2238P
531 FINKLEA, JOHN L

**139**

 **Baptist** HEALTH   DISCHARGE INSTRUCTIONS

| Date: 9/22/04 | Discharged to: ☐ Home ☐ Home with Home Health ☐ Assisted Living |
| | Home with equipment: ☐ Wheelchair ☐ Cane ☐ Walker ☐ Crutches ☐ Oxygen ☐ Other N/A |

## DISCHARGE INSTRUCTIONS:
- Diet: ☐ Regular ☐ Special: _____
- Activity per physician's instructions. Call physician if you have questions.
- Treatment to continue at home: _____

- Physician pre-printed instructions reviewed and provided.
- Other pre-printed instructions provided: (list) _____ Stress Echo

### FOLLOW-UP APPOINTMENT(S):
Dr. Arellano   240-6700   Day _____ Date 23 Sept Time 3pm ☐ AM ☒ PM
Dr. Arshaid   280-1500   Day _____ Date _____ Time _____ ☐ AM ☐ PM

| VACCINATIONS | TARGET EDUCATION |
|---|---|
| Patient up to date on: N/A | ☐ Smoking cessation   ☐ Low-molecular weight heparin |
| ☐ Flu Vaccine (October - March) If No: ☐ administered ☐ contraindicated | ☐ Coumadin   ☐ Insulin   ☐ Pain medication N/A |
| ☐ Pneumonia Vaccine (within the last 5 years) If No: ☐ administered | |

### NEW MEDICATIONS
☐ Education for new medications provided          ☐ Prescriptions given (if applicable)

| Drug Name | Dose | Frequency | Prescription Given | Education Provided |
|---|---|---|---|---|
| 1. | | | | |
| 2. | Ø | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

### CONTINUE THESE MEDICATIONS:

| Drug Name | Dose | Frequency | Drug Name | Dose | Frequency |
|---|---|---|---|---|---|
| 1. | | | 6. | | |
| 2. Ø | | | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

Time of Discharge: 1545 ☐ a.m. ☒ p.m. Method of Discharge: ☐ Wheelchair ☐ Stretcher ☐ Carried (Infant) ☐ Other _____
I understand the above instruction(s). I have received my personal belongings, home medication(s), follow-up instructions and prescriptions (if applicable.)
Nurse: _____   Date 9/22/04
Patient/Patient Rep. Tyron Works   Date 9/22/04

448
01

JEFFERSON UNDERWOOD, III, M.D.
2171 NORMANDIE DRIVE
MONTGOMERY, AL 36111

## TEST-FLOW RECORD

| NAME | Tyron Works | 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 | | | DATE 9/9/04 AGE 32 | (S) M D W |
| ADDRESS 435 Lurene Cir | | | | | PHONE 279-8671 | SEX M |

| TESTS | DATE | 9/9/04 | 9/30/04 | 12/6/04 | | | | | | 140 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WEIGHT | | 205 ¾ | 203 | 208½ | | | | | | | |
| BLOOD PRESSURE | | 110/70 | 120/70 | 130/60 | | | | | | | |
| PULSE | | 72 | 72 | 76 | | | | | | | |
| TEMPERATURE | | | | 95.9 | | | | | | | |
| CBC | | | | | | | | | | | |
| RBC | | | | | | | | | | | |
| WBC | | | | | | | | | | | |
| HGB | | | | | | | | | | | |
| Hematocrit | | | | | | | | | | | |
| Acid Phosphatase | | | | | | | | | | | |
| Alkaline Phosphatase | | | | | | | | | | | |
| Sugar | | | | | | | | | | | |
| Glucose | | | | neg | | | | | | | |
| Bilirubin | | | | | | | | | | | |
| BUN | | | | | | | | | | | |
| Calcium | | | | | | | | | | | |
| Cholesterol | | | | | | | | | | | |
| Creatinine | | | | | | | | | | | |
| Hb A1c | | | | | | | | | | | |
| Lipid Profile | | | | | | | | | | | |
| SGGT | | | | | | | | | | | |
| SGOT | | | | | | | | | | | |
| SGPT | | | | | | | | | | | |
| T3 | | | | | | | | | | | |
| T7 | | | | | | | | | | | |
| TSH | | | | | | | | | | | |
| Triglycerides | | | | | | | | | | | |
| 1890 Series | | | | | | | | | | | |
| Uric Acid | | | | | | | | | | | |
| Sodium | | | | | | | | | | | |
| Potassium | | | | | | | | | | | |
| Urinalysis | | | | | | | | | | | |
| Albumin | | | | Trace | | | | | | | |
| Calcium | | | | | | | | | | | |
| Uric Acid | | | | | | | | | | | |
| Pap Smear | | | | | | | | | | | |
| **CHANGES** | | | | | | | | | | | |
| Appetite | | | | | | | | | | | |
| Diet | | | | | | | | | | | |
| Medication | | | | | | | | | | | |
| Activities | | | | | | | | | | | |
| Physical | | | | | | | | | | 3-F | 11 |
| Sleep | | | 9/9/04 - 12/6/04 | | | | | | | | |

RECEIVED
FEB - 4 2005
DISABILITY DETERMINATION
ALABAMA

**TYRON WORKS**                                                         **141**  12/06/04

**SUBJECTIVE:** Mr. Works returns to the office today with a complaint of back pain, which at times radiates down both legs. He states he was diagnosed as having a herniated lumbar disc a couple of years ago and is currently being seen by the Veterans Administration. The Veterans Administration has scheduled him for EMG as well as evaluation sometime in January of 2005, however he states that the pain was so severe that he needed to come in today. No history of lower extremity weakness is noted.

**OBJECTIVE:** Vital signs are stable. Exam reveals lumbosacral discomfort to deep palpation. He does have some reproducible pain with scissoring, as well as straight leg raising. He has some asymmetry of the patella DTRs as well.

**ASSESSMENT:**
1)      Low back pain with a history of herniated lumbar disc.

**PLAN:**
1)      Continue with the Darvocet, as well as I think he has some Valium from the Veterans Administration. He is being referred to Dr. Warner Pinchback for further evaluation.

_____
**JEFFERSON UNDERWOOD. III. M.D.**                                      **JU/mf**

**TYRONE WORKS**
**SEPTEMBER 9, 2004**
**PAGE TWO**

**142**

**EXTREMITIES:** Without any clubbing, cyanosis or edema.

**NEURO:** Intact grossly.

**CBC:** H&H today was 14.3 and 40.9.

RECEIVED
SEP 1 4 2004
BY: ᴴᴴ

**ASSESSMENT:**
1)    History of abdominal pain with rectal bleeding.

**PLAN:**
1)    Continue the ranitidine, and a GI referral will be made to Dr. Joseph Jackson.
2)    Chemistries will be obtained, and he is to return back to see us on a p r.n. basis.

_____
**JEFFERSON UNDERWOOD, III, M.D.**                              **JU/mf**

**TYRON WORKS**                                                              **09/30/04**

**SUBJECTIVE:** Mr. Works returns to the office today stating that he has was admitted to BMC East because of chest pain, nausea and vomiting. He was diagnosed as having atrial fibrillation and was placed on Cardizem, along with Protonix and aspirin. He states that he has an event monitor under the direction of Dr. Arshad. He states that he continues to have some nausea. He denies any shortness of breath or chest pain. No bowel or urinary changes noted.

**OBJECTIVE:** WT: 203 pounds, BP: 120/70, P: 72. General: He is in no acute distress. HEENT: No thyromegaly. Cardiac: Regular rate and rhythm. Lungs are clear. Extremities: Without any edema.

**ASSESSMENT:**
1)    Atrial fibrillation – now in sinus rhythm.
2)    Persistent nausea.
3)    History of elevated HCPT of 62. ULN being 52.

RECT
OCT 0 4 2004
BY:

**PLAN:**
1)    Check a thyroid profile. Get old records from BMC East hospitalization. We would also like to order a upper GI series.

_____
**JEFFERSON UNDERWOOD, III, M.D.**                              **JU/ds**

Missed Appointment
Date ___ 11/11/04 ___

Missed Appointment
Date ___ 11/4/04 ___

**143**

**TYRONE WORKS**                                                                                                09/09/04

## HISTORY AND PHYSICAL

**CHIEF COMPLAINT:** Please see below.

**HISTORY OF PRESENT ILLNESS:** Mr. Works is a very pleasant 32-year-old African-American gentleman who presents to the office today complaining of abdominal discomfort as well as a history of rectal bleeding. He states that he noticed some bright red blood in his rectum approximately two months ago, and it resolved spontaneously. Shortly thereafter he had some abdominal pains, but no nausea or vomiting. He has been going to the Veterans Administration and has been taking ranitidine empirically without any x-rays, other than a chest x-ray done. He denies any dark, tarry, or melanotic stools, and has had no fever, chills, nausea, or vomiting.

**ALLERGIES:** No known drug allergies.

**MEDICATIONS:** Flexeril 10 mg, p.r.n.; ranitidine 150 mg daily; and Lortab 5 mg, p.r.n.

**PREVIOUS SURGERIES:** On his right knee times two in 1999 and 2003, and on his left knee in 2000.

**SOCIAL HISTORY:** He works as a computer information specialist with the State of Alabama.

**FAMILY HISTORY:** He has had an uncle who had lung cancer. A brother had tuberculosis, however this was while he was overseas, and he was tested for TB, which was negative.

## PHYSICAL EXAMINATION

**OBJECTIVE:** WT. 205 3/4 pounds, BP: 110/70, P: 72.

**GENERAL:** He is in no acute distress. He is alert and oriented times three.

**HEENT:** Normocephalic and atraumatic. PERRLA. EOMI. Neck is supple without any thyromegaly or carotid bruits.

**CARDIAC:** Regular rate and rhythm.

**LUNGS:** Clear.

**ABDOMEN:** Normoactive bowel sounds with no organomegaly. No tenderness to deep palpation was noted today.

**RECTAL:** Tan colored stools and Hemoccult was negative. The prostate was mildly enlarged, but felt benign.

**Southern** Diagnostic Laboratories

2732 7th Ave South
Birmingham, AL 35233
Phone: 205-313-1240
Fax: 205-313-1250

UNDERWOOD III, DR. JEFFERSON     **144**
2171 NORMANDIE DRIVE
MONTGOMERY, AL  36111

| Patient Name | | |
|---|---|---|
| WORKS, TYRON | | |
| Sex/Species: | Date of Birth: | Age: |
| MALE | 02/06/1972 | 32 |
| Patient Phone: | Patient ID #: | Med. Rec. #: |
| 2798671 | 419087667 | |

| | |
|---|---|
| Requesting Physician: | UNDERWOOD III, JEFFERSON |
| Accession: | A055762 |
| Requisition: | |
| Collected: | 09/30/2004 UNK |
| Reported: | 10/02/2004 06:00 |

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC PANEL** | | | | BHAM |
| SODIUM | 138 | mmol/L | 135-145 | |
| POTASSIUM | 4.6 | mmol/L | 3.5-5.0 | |
| CHLORIDE | 102 | mmol/L | 98-109 | |
| CO2 | 25 | mEq/L | 21-31 | |
| ANION GAP | 15.6 | mmol/L | | |
| GLUCOSE | 77 | mg/dL | 70-105 | |
| BUN | 13 | mg/dL | 7-25 | |
| CREATININE | 1.2 | mg/dL | 0.6-1.3 | |
| OSMOLALITY | 285 | mOsm/kg | 285-295 | |
| BUN/CREATININE RATIO | 10.8 | | 6-20 | |
| CALCIUM | 9.7 | mg/dL | 8.2-10.0 | |
| PROTEIN, TOTAL | 8.5  H | g/dL | 6.0-8.3 | |
| ALBUMIN | 5.0 | g/dL | 4.2-5.5 | |
| GLOBULIN | 3.5 | g/dL | 1.5-4.5 | |
| A/G RATIO | 1.4 | | 1.1-2.4 | |
| ALKALINE PHOSPHATASE | 51 | U/L | 40-120 | |
| ALT(SGPT) | 43 | U/L | 7-52 | |
| AST(SGOT) | 20 | U/L | 13-39 | |
| BILIRUBIN, TOTAL | 0.4 | mg/dL | 0.1-1.2 | |
| **THYROID PROFILE, HYPERTHYROIDISM** | | | | |
| T3 UPTAKE | 29 | % | 24-35 | BHAM |
| T4, TOTAL | 8.7 | ug/dL | 4.5-12.5 | BHAM |
| FTI | 2.5 | | 1.1-4.4 | BHAM |
| TSH (THIRD GENERATION) | 1.67 | uIU/mL | 0.4-4.0 | BHAM |

| ABNORMAL SUMMARY | | | | |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC PANEL** | | | | |
| PROTEIN, TOTAL | 8.5  H | g/dL | 6.0-8.3 | |

PLEASE NOTE:  The abnormal summary is supplied as a tool for identifying abnormal results.  All results must still be reviewed as some abnormal results will not be included due to their interpretative or textual nature.

### FINAL REPORT

Testing Locations:

BHAM    SOUTHERN DIAGNOSTIC LABORATORIES - 2732 7TH AVENUE SOUTH    BIRMINGHAM, AL 35233 205-313-1240 CLIA #:01D1015388



RECEIVED

OCT 0 8 2004

BY:



| WORKS, TYRON | Page: 1 (last) |
|---|---|



2732 7th Ave South
Birmingham, AL 35233
Phone: 205-313-1240
Fax: 205-313-1250

UNDERWOOD III, DR. JEFFERSON
2171 NORMANDIE DRIVE
MONTGOMERY, AL  36111

145

| | | |
|---|---|---|
| **Patient Name** WORKS, TYRON | Requesting Physician: | UNDERWOOD III JEFFERSON |
| | Accession: | A050966 |
| Sex/Species: MALE | Date of Birth: 02/06/1972 | Age: 32 | Requisition: | |
| | | Collected: | 09/09/2004 UNK |
| Patient Phone: 2798671 | Patient ID #: 419087667 | Med. Rec. #: | Reported: | 09/10/2004 06:01 |

| REQUEST | RESULT | UNITS | NORMALS | TEST LOC |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | BHAM |
| SODIUM | 140 | mmol/L | 135-145 | |
| POTASSIUM | 4.4 | mmol/L | 3.5-5.0 | |
| CHLORIDE | 104 | mmol/L | 98-109 | |
| CO2 | 26 | mEq/L | 21-31 | |
| ANION GAP | 14.4 | mmol/L | | |
| GLUCOSE | 81 | mg/dL | 70-105 | |
| BUN | 9 | mg/dL | 7-25 | |
| CREATININE | 1.1 | mg/dL | 0.6-1.3 | |
| OSMOLALITY | 288 | mOsm/kg | 285-295 | |
| BUN/CREATININE RATIO | 8.2 | | 6-20 | |
| CALCIUM | 9.8 | mg/dL | 8.2-10.0 | |
| PROTEIN,TOTAL | 8.3 | g/dL | 6.0-8.3 | |
| ALBUMIN | 4.8 | g/dL | 4.2-5.5 | |
| GLOBULIN | 3.5 | g/dL | 1.5-4.5 | |
| A/G RATIO | 1.4 | | 1.1-2.4 | |
| ALKALINE PHOSPHATASE | 50 | U/L | 40-120 | |
| ALT(SGPT) | 62 | H | U/L | 7-52 | |
| AST(SGOT) | 35 | U/L | 13-39 | |
| BILIRUBIN, TOTAL | 0.5 | mg/dL | 0.1-1.2 | |

| ABNORMAL SUMMARY | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | |
| ALT(SGPT) | 62 | H | U/L | 7-52 |

PLEASE NOTE:  The abnormal summary is supplied as a tool for identifying abnormal results.  All results must still be
reviewed as some abnormal results will not be included due to their interpretative or textual nature.

### FINAL REPORT

Testing Locations:
BHAM    SOUTHERN DIAGNOSTIC LABORATORIES - 2732 7TH AVENUE SOUTH    BIRMINGHAM, AL 35233 205-313-1240 CLIA #:01D1015388

RECEIVED
SEP 1 0 2004
BY:

| WORKS, TYRON | Page: 1 (last) |
|---|---|

Sep 09 2004       3:54 pm                              Version 1.10
                      JEFFERSON UNDERWOOD, III, MD                    146
                         2171 NORMANDIE DRIVE
                         MONTGOMERY, AL 36111
                            (334) 288-7531

                     CD1700 SPECIMEN DATA REPORT

Specimen ID# : 419087667                    Analyzed: 09/09/04 15:54
Patient: WORK,TYRON                         Operator I.D.:----
Sex: M DOB: 02/06/72                        Sequence #: 3060
Physician: UNDERWOOD III                    Mode: Open
Comments: DS                                Collected: 09/09 03:25

TEST   RESULT              FLAG   LIMIT      REFERENCE RANGE (LIMIT 1)

 WBC  7.5   K/uL                  [ * ]      4.1 -  10.9   K/uL
 LYM  2.0      27.0 %L            [ * ]      0.6 -   4.1         10.0 - 58.5 %L
*MID  0.5       6.1 %M            [*  ]      0.0 -   1.8          0.1 - 24.0 %M
GRAN  5.0      66.9 %G            [ * ]      2.0 -   7.8         37.0 - 92.0 %G

 RBC  4.98  M/uL                  [ * ]      4.20 -  6.30   M/uL
 HGB  14.3  g/dL                  [*  ]      14.0 - 18.0    g/dL
 HCT  40.9  %                     [*  ]      37.0 - 51.0    %
 MCV  82.2  fL                    [*  ]      80.0 -  97.0   fL
 MCH  28.7  pg                    [ * ]      26.0 - 32.0    pg
MCHC  35.0  g/dL                  [  *]      31.0 - 36.0    g/dL
 RDW  14.6  %               H     [  ]*      11.5 - 14.5    %

 PLT  265.  K/uL                  [ * ]      140. - 440.    K/uL


* MID cells may include less frequently occurring and rare cells correlating to
monocytes, eosinophils, basophils, blasts and other precursor white cells.



WBC

                              4.85 s

RBC

                              6.79 s

PLT

RECEIVED
SEP - 9 2004
BY: HH



# Advanced Medical
## Imaging Center

**Advanced Medical Imaging Center**
525 S Lawrence Street
Montgomery, AL  36104  **147**
334-262-7226
Toll Free: 800/844-7226
Fax:  334-261-2641

Jefferson Underwood,MD 10/04/2004
2171 Normandie Drive
Montgomery, AL  36108

Re:  Works, Tyrone
　　　DOB:  2/6/1972
　　　Account#:  899266
　　　Chart#:   80005
　　　Exam: UPPER GI 10-04-04

**UPPER GI:**
INDICATION: *Nausea*

FINDINGS: Esophageal motility is normal. Full column gastroesophageal reflux was demonstrated up to the thoracic inlet. However, there are no radiographic signs of reflux esophagitis, stricture, or ulceration. The stomach mucosa is normal with no mass or ulceration. The duodenal bulb and duodenum are unremarkable.

IMPRESSION:
1. Severe gastroesophageal reflux. There are no signs of reflux esophagitis.
2. No peptic ulcer disease.

KEN RICHARDSON, MD

KR/lgh





RECEIVED
OCT 0 5 2004
BY:



**143**

Advanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL  36104
334-262-7226
Toll Free: 800/844-7226
Fax:  334-261-2641

# Advanced Medical
## Imaging Center

*Jefferson Underwood,MD 10/04/2004*
2171 Normandie Drive
Montgomery, AL  36108

Re:  Works, Tyrone
    DOB:  2/6/1972
    Account#:  899266
    Chart#:   80005
    Exam: ABDOMINAL ULTRASOUND 10-04-04



**ABDOMINAL ULTRASOUND:**
INDICATION: Nausea

FINDINGS: The liver is of uniform echotexture with no focal mass. The gallbladder is normal
with no gallstones or gallbladder wall thickening. There is no bile duct dilatation or ascites. The
pancreas and spleen have a normal ultrasound appearance.

IMPRESSION:
Normal abdomen ultrasound.

KEN RICHARDSON, MD

KR/lgh







W.L. Pinchback, Jr., M.D., F.A.A.O.S.

**SURGICAL SPECIALISTS, P.C.**
1325 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0593 Fax (334) 262-5915

**143**

January 12, 2005

Dr. Jefferson Underwood, III
2171 Normandie Drive
Montgomery, Alabama  36111

Re:  Tyron Works

Dear Dr. Underwood, III:

I had the opportunity to see Mr. Works in the office today.  As you know, this patient is a 32-year-old man who complains of pain and discomfort in his lower back with pain occasionally radiating down the posterior aspect of his right lower limb to his foot.  He said the back pain is constant.  He is always in pain.  He has not responded to previous conservative treatment of physical therapy or anti-inflammatory medication, muscle relaxers, or rest.  He is in today following the MRI of his lumbar spine.

On examination today, the patient continues to have point tenderness in the area of the L5-S1 of his lumbar spine.  He has a very positive rock-and-tilt test.  He has increased tenderness on extension of his lower back and lateral bending to the right and straight leg raising is negative bilaterally but he has false positive straight leg raising at 45 degrees on the right.  There is no appreciable muscle weakness or sensory deficit in either lower limb.

I reviewed the MRI of his lumbar spine and it demonstrates marked desiccation of the L5-S1 disc with a small broad based disc herniation.  There may be some contact with the S-1 nerve root.

I feel this patient's symptoms are such that he would probably benefit from a posterolateral lumbar arthrodesis with a possible lumbar interbody arthrodesis or hemilaminectomy.  The complications and risks have been explained to the patient and that includes the possibility of developing an infection, blood clot, or neurovascular injury.  The patient indicates that he understands.  I advised him that the complications and risks are rare, but they can indeed occur.  He was advised that we do obtain the bone graft from a separate fascia incision on the pelvis.  The patient has decided to schedule his surgery for 02/08/05 at Baptist South.

If you have any questions regarding this patient, please do not hesitate to contact me at the above address.  Thank you.

Very truly yours,

W.L. Pinchback, Jr., M.D.
WLPjr/wa

Created: 01/14/05

RECEIVED
JAN 1 8 2005
BY:



**ADVANCED ORTHOPEDIC**

W.L. Pinchba    Jr., M.D., F.A.A.O.S.

**SURGICAL SPECIALISTS, P.C.**
1324 Mulberry Street  Montgomery, AL 36106
Phone (334) 262-0593 Fax (334) 262-5915



150

December 6, 2004

Dr. Jefferson Underwood, III
2171 Normandie Drive
Montgomery, Alabama 36111

Re: Tyron Works

Dear Dr. Underwood, III:

I had the opportunity to see Mr. Works in the office today. As you know, this patient is a 32-year-old young man who complains of pain and discomfort in his lower back. This patient has no history of recent trauma but he said that he was just walking through his door and the severe pain hit him in his lower back and he had to go straight to the floor. The pain did not radiate down into his leg but he had some numbness and tingling down into his legs.

On physical examination, this patient ambulates with severe guarded movements. He has a slight lurch. He flexes his lumbar spine about 40 degrees, extends it to 10 degrees, and lateral bending is 10 degrees in each direction. He has increased tenderness on extension and lateral bending in each direction, and forward flexion. Straight leg raising is negative bilaterally but he has bilateral false positive straight leg raising at about 45 degrees. He has a very positive rock-and-tilt test. I could detect no appreciable muscle weakness or sensory deficit in either lower limb. Deep tendon reflexes are all 3+. He has marked point tenderness at the level of L3-4 and L4-5 of the lumbar spine, and he has marked bilateral paravertebral muscle spasms.

X-rays of the lumbar spine done in the office demonstrate good bone mineralization with slight narrowing of the L5-S1 disc space. I reviewed the MRI of his lumbar spine that was done back on 05/28/04 and it did not demonstrate a significant disc herniation but he has mild desiccation at the level of L5-S1 with no evidence of nerve root compression, and the facet joints appear to be fairly adequate.

I feel his symptoms are consistent with a facet joint arthritis that is triggering the paravertebral muscle spasm that the patient is experiencing in his lower back. We would like to start him on aggressive physical therapy consisting of electrical muscle stimulation, thermal therapy, therapeutic exercises, and isokinetic strengthening exercises, and physical conditioning. We will give him an anti-inflammatory medication Celebrex pain pack 400 mg taken after dinner tonight and then 200 mg twice a day with food. He was also given a prescription for Skelaxin 800 mg, taken three times daily and a prescription for Darvocet N-100 for pain. We will prescribe a lumbosacral corset for this patient. We also gave him a shot of Toradol 60 mg IM.

If you have any questions regarding this patient, please do not hesitate to notify me at the above address. Thank you.

Very truly yours,

WLPjr/mm



**RECEIVED**
DEC 2 0 2004
Created 10/04
BY:_____

40 Beth Jones

**DEPARTMENT OF
VETERANS AFFAIRS**

*Central Alabama Veterans Health Care System*
*215 Perry Hill Road*
*Mail Stop: 136D*    **151**
*Montgomery, AL  36109*

*DATE:  1/27/2005*
*In Reply Refer To: 136D*

*DISABILITY DETERMINATION SERVICE*
*P O BOX 830300*
*BIRMINGHAM, ALABAMA  35283-0300*

RE: ROI Request for *TYRON WORKS*

Dear DISABILITY DETERMINATION SERVICE:

The information listed below is furnished in reponse to your recent request
under the Privacy Act and 45 CFR Part 164.

We are enclosing a copy of the information you request.

The information requested is being furnished at the written request or the
written *consent of the veteran.  Since this information is* privileged, its
confidentiality should be maintained.

Sincerely,

HERMAN L KING - Release of Information



4-F

269

10/24/01 - 1/13/05

DISABILITY SPECIALIST: Beth   Jones
UNIT: 40



174663162E

| REQUEST FOR MEDICAL INFORMATION FROM RECORDS OF VETERANS ADMINISTRATION | I IDENTIFYING INFORMATION (To Be Completed by SSA) |
|---|---|

## REQUEST FOR MEDICAL INFORMATION FROM RECORDS OF VETERANS ADMINISTRATION

The veteran named below has filed an application for a period of disability and/or disability benefits under a disability program administered by the Social Security Administration and has authorized the Veterans Administration to release to the Social Security Administration any medical information from their records concerning the claimant.

(Be Sure to Indicate Hospital, Clinic, Domiciliary or Regional Office)


VETERANS ADMINISTRATION
MEDICAL CENTER
215 PERRY HILL ROAD
MONTGOMERY AL 36109-3798

**I IDENTIFYING INFORMATION (To Be Completed by SSA)**

VETERAN'S NAME (LAST, FIRST, MIDDLE)
WORKS, TYRON            152

SOCIAL SECURITY NUMBER
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

CLAIM NUMBER
C-

SERVICE SERIAL NUMBER (IF C NO. NOT AVAILABLE)

DATE OF REQUEST
January 26, 2005

ORIGINATING OFFICE (IF NOT PARALLEL BO)
Disability Determination Service
Post Office Box 830300
Birmingham, Alabama 35283-0300

---

**II INFORMATION NEEDED BY SSA**

**(Only checked items are needed)**

A. [X] HOSPITAL SUMMARIES OR EQUIVALENT INFORMATION
(If veteran is still hospitalized and the period covered by the latest summary ended over 3 months ago, please also furnish response to treatment and current diagnosis and prognosis. If a summary has not been prepared, please furnish history; copy of admission examination, subsequent laboratory reports and examinations; treatment and response; diagnosis; and prognosis.) →

HOSPITALIZED AT
VA MONTGOMERY

DATES
1/1/01           PRESENT
TO

B. [ ] EXAMINATION FOR COMPENSATION OR PENSION →

DATE

C. [X] RECORDS OF OUT-PATIENT TREATMENT →

DATES
1/1/04 TO PRESENT

D. [ ] STATEMENT OF COMPETENCY TO MANAGE FUNDS
(If summaries or reports furnished do not contain determination of competency to manage funds made within past year, please complete block III-B below.)

E. [X] OTHER SPECIFIC INFORMATION

BREATHING   TEST DONE IN 2004



RECEIVED
JAN 3 1 2005
DISABILITY DETERMINATION
ALABAMA

---

**III VA RESPONSE**

A. USE THIS SPACE FOR REPLY TO II-E OR FOR OTHER REMARKS:

If additional space is necessary, use reverse or attach additional sheet.

B. STATEMENT OF COMPETENCY TO MANAGE FUNDS (Complete only if II-D checked above)

THIS VETERAN CONSIDERED
BY THE VETERANS
ADMINISTRATION       [ ] COMPETENT TO MANAGE FUNDS      [ ] INCOMPETENT TO MANAGE FUNDS

THIS DECISION HAS BEEN

[ ] ADJUDICATED BY VA      [ ] DETERMINED BY MEDICAL STAFF      DATE OF DECISION

---

Return to

DISABILITY DETERMINATION SERVICE
POST OFFICE BOX 830300
BIRMINGHAM, ALABAMA 35283-0300

I certify the above information is taken from the medical records at this station and that all opinions expressed are those of our medical staff.

SIGNATURE OF REGISTRAR, MED. ADM. OFF. OR DESIGNEE

Raymond K

DATE 1-27-05    TITLE Roi Clerk

# Problem List

Asthma, unspecified type, without mention of status asthmaticus or acute exacerb (493.9

153

```
   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 1/9/02, by BELL,KAREN J
 Updated: 1/9/02
```

Other tear of cartilage or meniscus of knee, current (ICD-9-CM 836.2) (836.2)

```
   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 1/9/02, by BELL,KAREN J
 Updated: 1/9/02
```

Allergic rhinitis (477.8)

```
   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 1/9/02, by BELL,KAREN J
 Updated: 1/9/02
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

**Page 2**

# Problem List

Jan 27, 2005

154

Abdominal Pain (ICD-9-CM 789.00) (789.00)          ,

   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 7/22/02, by BELL,KAREN J
 Updated: 7/22/02

---

Upper respiratory infection (ICD-9-CM 465.9) (465.9)

   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 12/31/02, by BELL,KAREN J
 Updated: 12/31/02

---

Pain in joint involving lower leg (ICD-9-CM 719.46) (719.46)

   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 3**

# Problem List

Jan 27, 2005

Entered: 7/16/03, by BELL,KAREN J
Updated: 7/16/03

**155**

Chronic Headache (ICD-9-CM 784.0) (784.0)

   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 7/16/03, by BELL,KAREN J
 Updated: 7/16/03

Migraine (ICD-9-CM 346.90) (346.90)

   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 9/3/03, by BELL,KAREN J
 Updated: 9/3/03

Back Pain (ICD-9-CM 724.5) (724.5)

   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Problem List

**Page 4**

Jan 27, 2005

**155**

Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 4/30/04, by BELL,KAREN J
 Updated: 4/30/04

---

Gastroesophageal Reflux Disorder (ICD-9-CM 530.81) (530.81)

   Onset:
  Status: ACTIVE
 SC Cond: UNKNOWN
Exposure: None

Provider: BELL,KAREN J
  Clinic: M-K BELL NP-YELLOW TEAM WC 2

Recorded: , by BELL,KAREN J
 Entered: 6/28/04, by BELL,KAREN J
 Updated: 6/28/04

---

Degeneration of lumbar or lumbosacral intervertebral disc (ICD-9-CM 722.52) (722.52)

   Onset:
  Status: ACTIVE
 SC Cond: YES
Exposure: None

Provider: JOSHI,RUPEN S
  Clinic: M-DR JOSHI-YELLOW TEAM WC 2

Recorded: , by JOSHI,RUPEN S
 Entered: 11/30/04, by JOSHI,RUPEN S
 Updated: 11/30/04

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029      Printed at CENTRAL ALABAMA HCS
419087667

# Medication

RANITIDINE HCL 150MG (ZANTAC) TAB
    TAKE ONE TABLET BY MOUTH EVERY DAY FOR STOMACH WITH FOOD FOR STOMACH **157**

           Status: ACTIVE
       Start date: JUN 28, 2004
        Stop date: JUN 29, 2005
Refills remaining: 2
      Days supply: 90
        Quantity: 90

Comments:

---

TRAMADOL 50MG (ULTRAM) TAB
    TAKE ONE TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR PAIN

           Status: ACTIVE
       Start date: MAY 19, 2004
        Stop date: MAY 20, 2005
Refills remaining: 5
      Days supply: 30
        Quantity: 180

Comments:

---

ALBUTEROL MDI (VENTOLIN) 200 DOSES
    INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE ,
USING)

           Status: EXPIRED
       Start date: OCT 30, 2003
        Stop date: OCT 30, 2004
Refills remaining: 11
      Days supply: 30
        Quantity: 1

Comments:
SPACER

---

DECONAMINE SR (PSEUDO 120/CTM 8) CAP
    TAKE 1 CAPSULE BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED

           Status: EXPIRED
       Start date: OCT 30, 2003
        Stop date: OCT 30, 2004
Refills remaining: 5

---

# Medication

Jan 27, 2005

153

        Days supply: 30
           Quantity: 60

Comments:

---

        DICLOFENAC 75MG EC (VOLTAREN)
            TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
, NOT CRUSH, BREAK OR CHEW)

                 Status: EXPIRED
             Start date: OCT 30, 2003
              Stop date: OCT 30, 2004
Refills remaining: 2
        Days supply: 90
           Quantity: 180

Comments:

---

        ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB
            TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR HEADACHE

                 Status: EXPIRED
             Start date: OCT 30, 2003
              Stop date: OCT 30, 2004
Refills remaining: 4
        Days supply: 30
           Quantity: 180

Comments:

---

        FLUNISOLIDE (NASALIDE) NASAL INHALER
            USE 2 PUFFS  EACH NOSTRIL TWICE A DAY FOR CONGESTION

                 Status: EXPIRED
             Start date: OCT 30, 2003
              Stop date: OCT 30, 2004
Refills remaining: 11
        Days supply: 30
           Quantity: 1

Comments:

---

        SALMETEROL DISKUS (SEREVENT) 50MCG 60
            INHALE ONE INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60 , DOSES-

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Medication

DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING POUCH)

153

```
        Status: EXPIRED
    Start date: OCT 30, 2003
     Stop date: OCT 30, 2004
Refills remaining: 11
    Days supply: 30
      Quantity: 1
```

Comments:

---

PROPRANOLOL * 10MG (INDERAL) TAB
    TAKE ONE TABLET BY MOUTH EVERY DAY TO PREVENT MIGRAINE (*WILL TITRATE ,
AS BLOOD PRESSURE ALLOWS*).

```
        Status: DISCONTINUED
    Start date: SEP 03, 2003
     Stop date: SEP 03, 2004
Refills remaining: 2
    Days supply: 90
      Quantity: 90
```

Comments:
migraine prophylaxis; will titrate as bp allows

---

TRAMADOL 50MG (ULTRAM) TAB
    TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN

```
        Status: DISCONTINUED (EDIT)
    Start date: JUL 16, 2003
     Stop date: JUL 16, 2004
Refills remaining: 4
    Days supply: 30
      Quantity: 120
```

Comments:

---

HYDROCODONE 5/ACETAMINOPHEN 500MG TAB
    TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR BACK PAIN

```
        Status: EXPIRED
    Start date: MAY 19, 2004
     Stop date: JUN 18, 2004
Refills remaining: 0
    Days supply: 21
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Medication

Jan 27, 2005

160

Quantity: 42

Comments:

CYCLOBENZAPRINE 10MG (FLEXERIL) TAB
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR MUSCLE ,
RELAXATION

            Status: EXPIRED
        Start date: MAY 19, 2004
        Stop date: JUN 18, 2004
Refills remaining: 0
        Days supply: 21
            Quantity: 63

Comments:

CYCLOBENZAPRINE 10MG (FLEXERIL) TAB
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR MUSCLE ,
RELAXATION

            Status: DISCONTINUE
        Start date: APR 30, 2004
        Stop date: MAY 30, 2004
Refills remaining: 0
        Days supply: 15
            Quantity: 45

Comments:
for muscle spasms

CYCLOBENZAPRINE 10MG (FLEXERIL) TAB
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR MUSCLE RELAXATION ,
DISPENSED FROM ACUTE CARE CLINIC

            Status: EXPIRED
        Start date: MAR 30, 2004
        Stop date: APR 29, 2004
Refills remaining: 0
        Days supply: 3
            Quantity: 9

Comments:
    KETOROLAC (TORADOL) 10MG TAB**
        TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED WITH FOOD FOR PAIN ,

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | ViSTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029    Printed at CENTRAL ALABAMA HCS
419087667

# Medication

DISPENSED FROM ACUTE CARE CLINIC

**161**

```
          Status: EXPIRED
      Start date: MAR 30, 2004
       Stop date: APR 29, 2004
Refills remaining: 0
     Days supply: 3
        Quantity: 12
```

Comments:
for back

---

KETOROLAC (TORADOL) 10MG TAB**
    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED WITH FOOD FOR ,
PAIN DISPENSED FROM ACUTE CARE CLINIC

```
          Status: EXPIRED
      Start date: FEB 25, 2004
       Stop date: MAR 26, 2004
Refills remaining: 0
     Days supply: 4
        Quantity: 12
```

Comments:
hold VOLTERAN till finished with TORADOL

---

INFLUENZA VACCINE 0.5ML INJ
    INJECT FLU INTRAMUSCULARLY ONCE *ADMINISTERED IN CLINIC*

```
          Status: EXPIRED
      Start date: OCT 30, 2003
       Stop date: JAN 28, 2004
Refills remaining: 0
     Days supply: 90
        Quantity: 1
```

Comments:

---

CHLORPHENIRAMINE 8MG SR (CTM) CAP
    TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED

```
          Status: EXPIRED
      Start date: JAN 03, 2003
       Stop date: JAN 04, 2004
Refills remaining: 2
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        Printed at CENTRAL ALABAMA HCS
419087667

# Medication

Days supply: 10
Quantity: 20

Comments:

---

DICLOFENAC 75MG EC (VOLTAREN)
TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
, NOT CRUSH, BREAK OR CHEW)

Status: DISCONTINUE
Start date: DEC 31, 2002
Stop date: JAN 01, 2004
Refills remaining: 2
Days supply: 90
Quantity: 180

Comments:

---

TRAMADOL 50MG (ULTRAM) TAB
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY PP AS NEEDED AS NEEDED FOR ,
PAIN

Status: DISCONTINUED (EDIT)
Start date: DEC 31, 2002
Stop date: JAN 01, 2004
Refills remaining: 3
Days supply: 30
Quantity: 90

Comments:

---

ALBUTEROL .083% SOLN 3ML UNIT DOSE
INHALE CONTENTS OF 1 AMPULE IN NEBULIZER BY MOUTH ONCE DISPENSED FROM ,
ACUTE CARE CLINIC

Status: EXPIRED
Start date: DEC 01, 2003
Stop date: DEC 31, 2003
Refills remaining: 0
Days supply: 1
Quantity: 1

Comments:
now given with one amp of atrovent
IPRATROPIUM (ATROVENT) INH SOLN/2.5ML VI

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Medication

Jan 27, 2005

        INHALE 2.5ML/1VIAL IN NEBULIZER BY MOUTH ONCE DISPENSED FROM ACUTE
CARE CLINIC                                                                    163

            Status: EXPIRED
        Start date: DEC 01, 2003
         Stop date: DEC 31, 2003
Refills remaining: 0
        Days supply: 1
           Quantity: 1

Comments:
now given with one amp albuterol

---

    METHYLPREDNISOLONE (MEDROL) DOSEPAK
        TAKE ACCORDING TO PACKAGE INSTRUCTIONS BY MOUTH AS DIRECTED DISPENSED ,
FROM ACUTE CARE CLINIC

            Status: EXPIRED
        Start date: DEC 01, 2003
         Stop date: DEC 31, 2003
Refills remaining: 0
        Days supply: 6
           Quantity: 1

Comments:

---

    METHYLPREDNISOLONE 125MG(SOLUMEDROL)INJ
        INJECT 125MG.  IVPB ONCE DISPENSED FROM ACUTE CARE CLINIC

            Status: EXPIRED
        Start date: DEC 01, 2003
         Stop date: DEC 31, 2003
Refills remaining: 0
        Days supply: 1
           Quantity: 1

Comments:
for asthma exaccerbation

---

    IBUPROFEN 800MG (MOTRIN) TAB
        TAKE ONE TABLET BY MOUTH THREE TIMES A DAY WITH FOOD FOR ,
INFLAMMATION/PAIN.

            Status: EXPIRED
        Start date: NOV 25, 2003

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Medication

Jan 27, 2005

**164**

```
        Stop date: DEC 25, 2003
Refills remaining: 0
      Days supply: 30
         Quantity: 90


Comments:
```

---

```
    FLUNISOLIDE (AEROBID) ORAL INHALER
        INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE ,
MOUTH AFTER USE)


            Status: EXPIRED
        Start date: SEP 24, 2002
        Stop date: SEP 25, 2003
Refills remaining: 3
      Days supply: 90
         Quantity: 4


Comments:
SPACER, RINSE MOUTH
```

---

```
    FLUNISOLIDE (NASALIDE) NASAL INHALER
        USE 2 PUFFS  EACH NOSTRIL TWICE A DAY FOR CONGESTION


            Status: DISCONTINUE
        Start date: SEP 24, 2002
        Stop date: SEP 25, 2003
Refills remaining: 11
      Days supply: 30
         Quantity: 1


Comments:
```

---

```
    SALMETEROL (SEREVENT) INHALER
        INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING)


            Status: EXPIRED
        Start date: SEP 24, 2002
        Stop date: SEP 25, 2003
Refills remaining: 11
      Days supply: 30
         Quantity: 1


Comments:
SPACER
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029     Printed at CENTRAL ALABAMA HCS
419087667

# Medication

Jan 27, 2005

165

```
    ALBUTEROL MDI (VENTOLIN) 200 DOSES
        INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE ,
USING)

            Status: DISCONTINUE
        Start date: SEP 24, 2002
         Stop date: SEP 25, 2003
Refills remaining: 11
        Days supply: 30
           Quantity: 1


Comments:
SPACER
```

```
    CYCLOBENZAPRINE 10MG (FLEXERIL) TAB
        TAKE ONE TABLET BY MOUTH THREE TIMES A DAY DISPENSED FROM ACUTE CARE ,
CLINIC

            Status: EXPIRED
        Start date: AUG 22, 2003
         Stop date: SEP 21, 2003
Refills remaining: 0
        Days supply: 5
           Quantity: 15

Comments:
```

```
    DIAZEPAM 5MG/ML (VALIUM) 2ML/AMP
        INJECT 5MG/1ML IVP STAT DISPENSED FROM ACUTE CARE CLINIC

            Status: EXPIRED
        Start date: AUG 22, 2003
         Stop date: SEP 21, 2003
Refills remaining: 0
        Days supply: 1
           Quantity: 1

Comments:
```

```
    HYDROCODONE 10/ACETAMINOPHEN 500MG TAB
        TAKE 1 TABLET BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR PAIN

            Status: EXPIRED
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 14**

# Medication

Jan 27, 2005

```
        Start date: AUG 21, 2003          166
         Stop date: SEP 20, 2003
Refills remaining: 0
       Days supply: 15
          Quantity: 40


Comments:


    SODIUM CHLORIDE 0.9% INJ   IV   80 ml/hr

       SODIUM CHLORIDE 0.9% 500 ML

            Status: EXPIRED
        Start date: AUG 22, 2003@23:12
         Stop date: AUG 23, 2003@14:00
Comments:


    ETODOLAC 400MG (LODINE) TAB
       TAKE ONE TABLET BY MOUTH TWICE A DAY WITH FOOD FOR ARTHRITIS PAIN

            Status: DISCONTINUED
        Start date: JUL 22, 2002
         Stop date: JUL 23, 2003
Refills remaining: 5
       Days supply: 60
          Quantity: 120

Comments:


    LOPERAMIDE (IMODIUM) 2MG CAP
       TAKE TWO CAPSULES BY MOUTH STAT (NO MORE THAN 8 CAPSULES DAILY) ,
DISPENSED FROM ACUTE CARE CLINIC

            Status: EXPIRED
        Start date: MAY 09, 2003
         Stop date: JUN 08, 2003
Refills remaining: 0
       Days supply: 1
          Quantity: 2

Comments:


    ALBUTEROL MDI (VENTOLIN) 200 DOSES
       INHALE 2 SPRAYS BY MOUTH FOUR TIMES A DAY (SHAKE WELL BEFORE USING) ,
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029    | Printed at CENTRAL ALABAMA HCS
419087667

Page 15

# Medication

Jan 27, 2005

SPACER

        Status: DISCONTINUE
    Start date: MAR 27, 2002
     Stop date: MAR 28, 2003
Refills remaining: 5
   Days supply: 30
     Quantity: 1

**167**

Comments:
SPACER

---

   FLUNISOLIDE (AEROBID) ORAL INHALER
    INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE ,
MOUTH AFTER USE)

        Status: DISCONTINUED (EDIT)
    Start date: MAR 27, 2002
     Stop date: MAR 28, 2003
Refills remaining: 7
   Days supply: 30
     Quantity: 1

Comments:
SPACER, RINSE MOUTH

---

   SALMETEROL (SEREVENT) INHALER
    INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING)

        Status: DISCONTINUED (EDIT)
    Start date: MAR 27, 2002
     Stop date: MAR 28, 2003
Refills remaining: 6
   Days supply: 30
     Quantity: 1

Comments:
SPACER

---

   ETODOLAC 200MG (LODINE) CAP
    TAKE TWO CAPSULES BY MOUTH TWICE A DAY FOR ARTHRITIS WITH FOOD FOR ,
ARTHRITIS PAIN

        Status: DISCONTINUED (EDIT)
    Start date: JAN 09, 2002

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

# Medication

Jan 27, 2005

                Stop date: JAN 10, 2003                            **163**
Refills remaining: 2
        Days supply: 90
           Quantity: 360

Comments:

---

      FLUNISOLIDE (NASALIDE) NASAL INHALER
         INHALE 2 PUFFS IN EACH NOSTRIL TWICE A DAY FOR CONGESTION

             Status: DISCONTINUED (EDIT)
         Start date: JAN 09, 2002
          Stop date: JAN 10, 2003
Refills remaining: 3
        Days supply: 30
           Quantity: 1

Comments:

---

      LEVOFLOXACIN 500MG (LEVAQUIN) TAB
         TAKE ONE TABLET BY MOUTH EVERY DAY FOR INFECTION WITH PLENTY OF WATER ,
UNTIL ALL GONE

             Status: EXPIRED
         Start date: JAN 03, 2003
          Stop date: JAN 10, 2003
Refills remaining: 0
        Days supply: 7
           Quantity: 7

Comments:
x 7 days

---

      AMOXICILLIN 250MG (AMOXIL) CAP
         TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY FOR INFECTION UNTIL ALL ,
GONE

             Status: DISCONTINUED
         Start date: DEC 31, 2002
          Stop date: JAN 07, 2003
Refills remaining: 0
        Days supply: 7
           Quantity: 21

Comments:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        | Printed at CENTRAL ALABAMA HCS
419087667

# Medication

asthmatic                                                                    169

        SPACER DEVICE WITH CHAMBER
          USE WITH ORAL METERED DOSE INHALERS BY MOUTH FOUR TIMES A DAY

             Status: EXPIRED
         Start date: MAR 27, 2002
          Stop date: APR 26, 2002
  Refills remaining: 0
        Days supply: 30
           Quantity: 1

Comments:

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Vitals

```
JAN 27, 2005 (10:14)      Cumulative Vitals/Measurements Report       Page 1
-----------------------------------------------------------------170----
11/30/04
09:56
T:   97.9 F (36.6 C)
P:   78
R:   16
B/P: 135/73
Wt:  203.00 lb (92.27 kg)
Body Mass Index: 28*
Pain: 4
```

```
*** (E) - Error entry

WORKS,TYRON      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  FEB 6,1972   32 YRS  MALE        VAF 10-7987j
Unit:                        Room:
Division:
JAN 27, 2005 (10:14)     Cumulative Vitals/Measurements Report     Page 1
```

# Vitals

--------------------------------------------------------------------- 171

```
06/28/04
14:57
T:   97.8 F (36.6 C)
P:   79
R:   18
B/P: 121/66
Ht:  72.00 in (182.88 cm)
Wt:  203.80 lb (92.64 kg)
Body Mass Index: 28*
Pain: 5
```

*** (E) - Error entry

WORKS, TYRON      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  FEB 6,1972   32 YRS   MALE        VAF 10-7987j
Unit:                         Room:
Division:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Allergy

172

```
         Causative agent: MUSHROOMS

          Signs/symptoms: SHORTNESS OF BREATH
                          URTICARIA

              Originated: OSBORNE,AMY M  LPN
                Verified: Yes
     Observed/Historical: Historical

     Comments:
        NOV 25, 2004@16:23:10 by
     Updated using clean up process.  Changed reactant from MUSHROOMS (free text) to MUSHROC
```

```
         Causative agent: TYPHOID VACCINE

          Signs/symptoms: SHORTNESS OF BREATH
                          SWELLING-THROAT
                          TACHYCARDIA

            Drug Classes: VACCINES

              Originated: WALLACE,MARILYNN R  PHARMACY SUPERVISOR
                Verified: Yes
     Observed/Historical: Historical
```

---

**Page 21**

# Lab Result

Jan 27, 2005

```
                              ---- CBC ----                           173
```

| BLOOD | 08/05 2003 09:02 | 05/08 2003 23:30 | 12/31 2002 15:13 | 02/05 2002 11:08 | 10/23 2001 14:54 | Units | Reference Ranges |
|-------|------|------|------|------|------|-------|--------|
| WBC | 6.2 | 7.2 | 5.5 | 4.2 L | 4.9 | K/CMM | 4.5-10.8 |
| RBC | 5.04 | 4.63 | 5.28 | 5.08 | 5.59 | M/ul | 4-5.8 |
| HGB | 14.2 | 13.1 L | 14.8 | 14.4 | 15.0 | g/dL | 13.8-18 |
| HCT | 41.6 | 37.9 L | 43.4 | 42.0 | 45.6 | % | 41-54 |
| MCV | 82.4 | 81.7 L | 82.1 | 82.6 | 81.5 L | fl | 82-97 |
| MCH | 28.1 | 28.3 | 27.9 | 28.4 | 26.9 L | pg | 27-33 |
| MCHC | 34.1 | 34.6 | 34.0 | 34.4 | 33.0 | gm/dL | 32-37 |
| RDW | 13.3 | 13.8 | 13.4 | 12.8 | `13.3 | % | 11-14.5 |
| PLT | 264.0 | 262 | 304.0 | 275 | 273.0 | K/ul | 130-400 |
| MPV | 8.1 | 8.2 | 7.9 | 7.9 | 7.9 | fl | 7.4-10.4 |
| NE% | 53.5 | 56.1 | 63.7 | 53.5 | 63.4 | "%" | 40-76 |
| NE# | 3.3 | 4.0 | 3.5 | 2.2 | 3.1 | # | 1.8-7.6 |
| LYMPH % | 30.2 | 29.5 | 22.8 | 30.0 | 23.9 | "%" | 15-40 |
| LYMPH # | 1.9 | 2.1 | 1.3 | 1.3 | 1.2 | # | .7-4.3 |
| MONO % | 11.5 | 10.2 | 10.4 | 9.9 | 7.8 | "%" | 1-12 |
| MONO # | 0.7 | 0.7 | 0.6 | 0.4 | 0.4 | # | .04-1.3 |
| EO% | 4.2 | 3.4 | 2.6 | 4.9 | 4.3 | "%" | 0-6 |
| EO# | 0.3 | 0.2 | 0.1 | 0.2 | 0.2 | # | 0-.6 |
| BA% | 0.6 | 0.8 | 0.5 | 1.7 | 0.6 | "%" | 0-2 |
| BA# | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | # | 0-.2 |
| SEDRATE | | | | | | mm/hr. | 0-10 |
| RETIC | | | | | | % | .5-1.5 |
| WESTERG | | | | | | MM/HR | 0-15 |
| RET % | | | | | | % | |
| RET # | | | | | | # | |
| Comments: | | a | | b | c | | |

a. TEST/TESTS REPEATED & CONFIRMED NBP
b. *** For test RDW Normals: 11.0-14.5 ***
   *** For test MONO % Normals: 1.0-12.0 ***
   *** For test LYMPH # Normals: 0.7-4.3 ***
   *** For test EO% Normals: 0.0-6.0 ***
   *** For test EO# Normals: 0.0-0.6 ***
   *** For test BA% Normals: 0-2.0 ***
   *** For test BA# Normals: 0.0-0.2 ***
c. *** For test RDW Normals: 11.0-14.5 ***
   *** For test MONO % Normals: 1.0-12.0 ***
   *** For test LYMPH # Normals: 0.7-4.3 ***
   *** For test EO% Normals: 0.0-6.0 ***
   *** For test EO# Normals: 0.0-0.6 ***
   *** For test BA% Normals: 0-2.0 ***
   *** For test BA# Normals: 0.0-0.2 ***

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Lab Result

**Page 22**

Jan 27, 2005

174

```
                        ---- URINALYSIS ----

URINE       10/23           Reference
            2001
            14:54    Units   Ranges
-----------------------------------------------------------------------
COLOR    YELLOW              YELLOW/STRAW
APPEARA  CLEAR
SP.GRAV  1.028              1.005-1.03
PH       7.0                4.5-8
PROTEIN  NEGATIVE            Neg.
GLU      NEGATIVE            Neg.
KETONES  NEGATIVE            Neg.
BILIRUB  NEGATIVE            Neg.
UR. BLD  NEGATIVE            NEG
UROBILI  1.0        MG/DL    0-1
WBC/HPF             /HPF     0-5
RBC/HPF             /HPF     0-3
CASTS
HYALINE             /LPF     0-4
WBC/CAS             /LPF
RBC/CAS             /LPF
GRANULA             /LPF
WAXY/CA             /LPF
FATTY/C             /LPF
UR CRY
AM URAT
AM PHOS
TRI PHO
CA++ OX
URIC AC
CYSTINE
LEUCINE
TYROSIN
CH CRYS
EPITH C             /HPF
SQ.EPTH             /HPF     0-3
RE.EPTH             /HPF
TR.EPTH             /HPF
YEAST               /HPF
TRCMOND             /HPF
UR.BACT             /HPF  NoneObs
NITRITE  NEGATIVE            NEG
LEU ASE  NEGATIVE            NEG
Comments:    a
a. MICROSCOPIC NOT REQUIRED PER CRITERIA (POLICY MEMO 113-8 (6)
   *** For test SP.GRAV Normals: 1.005-1.030 ***
```

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Lab Result

Jan 27, 2005

*** For test PH Normals: 4.5-8.0 ***
*** For test UROBILI Normals: .0-1.0 ***

**175**

---- HEPATITIS PROFILE / HTLV-III / WESTERN BLOT ----

| SERUM | 07/22 2002 12:35 | Units | Reference Ranges |
|---|---|---|---|
| AntiHAV | | | |
| HBsAg | | | |
| BcoreAB | | | |
| BsurAB | | mIU/ML | |
| HepEAg | | | |
| H. E AB | | | |
| HEP C | NEG | | |
| IGM-HBc | | | |
| HIV-I | | | |
| WESBLOT | | | |
| HBsAB | | | |

---- CHEMISTRY ----

| SERUM | 10/30 2003 07:53 | 08/21 2003 07:51 | 07/16 2003 16:05 | 05/08 2003 23:30 | 04/10 2002 07:36 | Units | Reference Ranges |
|---|---|---|---|---|---|---|---|
| GLUCOSE | 92 | 96 | 87 | 98 | 89 | mg/dL | 73-112 |
| BUN | 8 | 9 | 8 | 7 | 6 | mg/dL | 5-21 |
| CREAT | 1.0 | 0.9 | 0.9 | 0.9 | 0.9 | mg/dl | .6-1.4 |
| NA | 141 | 138 | 135 | 138 | 140 | meq/L | 135-145 |
| K | 4.3 | 3.9 | 3.8 | 3.3 L | 3.7 | meq/L | 3.5-5 |
| CL | 109 | 108 | 108 | 110 H | 110 H | meq/L | 97-109 |
| CO2 | 28 | 26 | 28 | 24 | 29 | MMOL/L | 22-31 |
| ANI GAP | | | | | | meq/L | 6-20 |
| CAL OSM | | | | | | mOsm/L | 275-300 |
| AMYLASE | | | | | | IU/L | 30-110 |
| LIPASE | | | | 19 | | IU/L | 0-208 |
| CA | 9.3 | 9.5 | 9.3 | 8.8 | 9.6 | mg/dL | 8.4-10.2 |
| PO4 | | | | | | mg/dL | 2.5-4.5 |
| MG | | | | | | mg/dl | 1.7-2.2 |
| VLDL | | | | | 6.80 | MG/DL | 0-30 |
| CHOL | | | | | 134 | mg/dL | 120-200 |
| TRIGLYC | | | | | 34 L | mg/dL | 48-192 |
| HDL | | | | | 39.0 | mg/dl | 34.9 |
| LDL | | | | | 88 | mg/dl | 0-129 |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Lab Result

Jan 27, 2005

| | | | |
|---|---|---|---|
| URIC AC | | mg/dL | 3.5-8.5 |
| PROTEIN | 6.7 | g/dl. | 6.2-8.2 |
| ALBUMIN | 3.8 | g/dL | 3.4-5 |
| SGOT | | U/L | 15-46 |
| SGPT | 29 | U/L | 7-56 |
| LDH | | U/L | 313-618 |
| ALK PHO | 38 | U/L | 38-126 |
| CPK | | U/L | 37-289 |
| CKMB | | U/L | 0-10 |
| TROP-I | | ng/mL | 0-2 |
| G-GTP | | U/L | 8-78 |
| T. BIL | 0.6 | mg/dL | .2-1.3 |
| D BILI | | mg/dL | 0-.4 |
| I. BILI | | MG/DL | .2-.9 |
| ACID PH | | U/L | 1.9-3.9 |
| PA.PHOS | | ng/mL | 0-1.4 |
| OSMOLAR | | mOsm/kg | 270-310 |

Comments:     a                    b          c

a. Evaluation for CA:
   SINCE CALCIUM IS BOUND TO SERUM ALBUMIN, PATIENTS WITH LOW SERUM
   ALBUMIN INVARIABLY HAVE LOW TOTAL CALCIUM LEVELS, BUT MAY HAVE
   NORMAL IONIZED CALCIUM.
b. TEST/TESTS REPEATED & CONFIRMED NBP
c. *** For test CREAT Normals: 0.6-1.4 ***
   *** For test K Normals: 3.5-5.0 ***
   Evaluation for CHOL:
   200-239 is considered moderate risk.
   > or = 240 is considered high risk.
   Evaluation for TRIGLY:
   NEW REFERENCE RANGE: 12-09-97
   *****************************
   NOTE: The Triglyceride values have been standardized to closely
         correlate with the U.S. Center for Disease Control (CDC)
         Triglyceride reference methods. This has necessitated an
         increase in the Triglyceride reference range.
   Evaluation for HDL:
   RISK FACTORS:  IF HDL=25, 2.0 XAVG.RISK
   RISK OF MALE             IF HDL=30, 1.82XAVG.RISK
                            IF HDL=35, 1.49XAVG.RISK
                            IF HDL=40, 1.25XAVG.RISK
                            IF HDL=45, 1.00XAVG,RISK

                            RISK OF FEMALE
                            IF HDL=40, 1.90XAVG.RISK
                            IF HDL-45, 1.55XAVG.RISK
   Evaluation for LDL CHO:
   THIS LDL IS A CALCULATED VALUE BASED ON FRIEDEWALD FORMULA.
   CALCULATION WILL NOT BE ACCURATE IF TRIGLYCERIDE IS >400 MG/DL

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029     Printed at CENTRAL ALABAMA HCS
419087667

**Page 25**

# Lab Result

Jan 27, 2005

177

```
     (LDL SHOULD NORMALLY BE <129 MG/DL)
     Evaluation for VLDL:
     CALCULATED VALUE (TRIG/5)
```

| SERUM | 10/23 2001 14:54 | Units | Reference Ranges |
|-------|-------|-------|------------------|
| GLUCOSE | 88.0 | mg/dL | 73-112 |
| BUN | 7 | mg/dL | 5-21 |
| CREAT | 0.9 | mg/dl | .6-1.4 |
| NA | 140.4 | meq/L | 135-145 |
| K | 4.0 | meq/L | 3.5-5 |
| CL | 105.1 | meq/L | 97-109 |
| CO2 | 28.5 | MMOL/L | 22-31 |
| ANI GAP | | meq/L | 6-20 |
| CAL OSM | | mOsm/L | 275-300 |
| AMYLASE | | IU/L | 30-110 |
| LIPASE | | IU/L | 0-208 |
| CA | 10.5 H | mg/dL | 8.4-10.2 |
| PO4 | 2.8 | mg/dL | 2.5-4.5 |
| MG | | mg/dl | 1.7-2.2 |
| VLDL | | MG/DL | 0-30 |
| CHOL | 170 | mg/dL | 120-200 |
| TRIGLYC | | mg/dL | 48-192 |
| HDL | | mg/dl | 34.9 |
| LDL | | mg/dl | 0-129 |
| URIC AC | | mg/dL | 3.5-8.5 |
| PROTEIN | 8.6 H | g/dl. | 6.2-8.2 |
| ALBUMIN | 5.0 | g/dL | 3.4-5 |
| SGOT | | U/L | 15-46 |
| SGPT | | U/L | 7-56 |
| LDH | | U/L | 313-618 |
| ALK PHO | 42 | U/L | 38-126 |
| CPK | | U/L | 37-289 |
| CKMB | | U/L | 0-10 |
| TROP-I | | ng/mL | 0-2 |
| G-GTP | | U/L | 8-78 |
| T. BIL | 0.8 | mg/dL | .2-1.3 |
| D BILI | | mg/dL | 0-.4 |
| I. BILI | | MG/DL | .2-.9 |
| ACID PH | | U/L | 1.9-3.9 |
| PA.PHOS | | ng/mL | 0-1.4 |
| OSMOLAR | | mOsm/kg | 270-310 |

```
Comments:    a
a. *** For test CREAT Normals: 0.6-1.4 ***
   *** For test K Normals: 3.5-5.0 ***
   *** For test ALBUMIN Normals: 3.4-5.0 ***
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667
```

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Lab Result

173

---- CHEMISTRY-II ----

| SERUM | 05/08<br>2003<br>23:30 | 10/23<br>2001<br>14:54 | Units | Reference<br>Ranges |
|---|---|---|---|---|
| CK | | | IU/L | 12-249 |
| CKMB | | | ng/mL | 0-10 |
| %CKMB | | | % | 0-5 |
| SGOT~ | 22 | 17 | IU/L | 7-41 |
| LDH~ | | | IU/L | 93-181 |
| GGT | | | IU/L | 2-30 |
| AMYLASE | 52 | | IU/L | 23-134 |
| URIC AC | | 4.8 | mg/dl | 2.5-8.6 |

Comments:    a
a. TEST/TESTS REPEATED & CONFIRMED NBP
   Evaluation for AMYLASE:
   NEW REFERENCE RANGE EFFECTIVE: 3-19-96

---- SURGICAL PATHOLOGY ----

Date Spec taken: Aug 21, 2003        Pathologist:YVAN J FRANCILLON MD
Date Spec rec'd: Aug 21, 2003 13:31  Resident:
Date  completed: Aug 22, 2003        Accession #: SPMTG 03 1676
Submitted by: TAI Q CHUNG MD         Practitioner:TAI Q CHUNG MD
-----------------------------------------------------------------------
Specimen:
right knee shavings
Brief Clinical History:
Internal derangement (R) knee.
Preoperative Diagnosis:
Same.
Operative Findings:
Same.
Postoperative Diagnosis:
Same.
Gross description:
The specimen is received in a single container of formalin labeled with
patient's name, social security number and designated as right knee
shavings. The specimen consists of irregular fragments of yellow-white
shavings measuring in aggregate 3.0 x 1.5 x 1.0 cm. The specimen was in
a white sac. Representative sections are submitted in 1 block.
Microscopic exam/diagnosis: (Date Spec taken: Aug 21, 2003)
Sections show fibrofatty tissue and cartilage with degenerating changes,
granulation tissue and synovial hyperplasia.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029        Printed at CENTRAL ALABAMA HCS
419087667

# Lab Result

Jan 27, 2005

**179**

```
DIAG: Right knee, shavings: Degenerating changes, granulation tissue
formation and focal synovial hyperplasia.
================================================================================
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 28**

# Immunization

Jan 27, 2005

Immunization type: FLU WHOLE
  Date given: OCT 30, 2003 @ 11:00
  Reaction described:

180

---

Immunization type: FLU WHOLE
  Date given: SEP 03, 2003 @ 08:3
  Reaction described:

---

Immunization type: FLU WHOLE
  Date given: JAN 09, 2002 @ 13:00
  Reaction described:

---

Immunization type: PNEUMO-VAC
  Date given: JUL 22, 2002 @ 11:00
  Reaction described:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029      Printed at CENTRÀL ALABAMA HCS
419087667

# Consult Request

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM                              181
Current Pat. Status:    Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%


Order Information
To Service:             PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
From Service:           M-DR JOSHI-YELLOW TEAM WC 2
Requesting Provider:    JOSHI,RUPEN S
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Within 1 mo
Orderable Item:         PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
Consult:                Consult Request
Provisional Diagnosis: ch backache
Reason For Request:
Service Connected Disabilities:
LIMITED EXTENSION OF KNEE  30%  SC
LUMBOSACRAL OR CERVICAL STRAIN  40%  SC
LIMITED EXTENSION OF KNEE  40%  SC
LIMITED MOTION OF ARM  20%  SC
ASTHMA,BRONCHIAL   0%  SC
MIGRAINE HEADACHES  0%  SC



 ch low back pain  mri  5/04 l5-s1 desication  with
intermittent  numbness , pt needs evaluation by rehab  an
d ncv  due  to intemittent  weakness ,pain with  numbness
for this young  pt  do not cancell his  appointmen t and
shcedule and notify  abiut  his appointment.


Inter-facility Information
This is not an inter-facility consult request.


Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE


Facility
 Activity                Date/Time/Zone      Responsible Person   Entered By
--------------------------------------------------------------------------------
 CPRS RELEASED ORDER     11/30/04 10:56      JOSHI,RUPEN S        JOSHI,RUPEN S
 PRINTED TO              11/30/04 10:56
      REHAB MEDICINE PR
 SCHEDULED               11/30/04 11:12      KEPPEL,BEVERLEY J    KEPPEL,BEVERLEY J
12/19@10


 COMPLETE/UPDATE         12/29/04 11:30      LAIPRASERT,JIRAPU    LAIPRASERT,JIRAPU
      Note# 4889582
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Consult Request

Jan 27, 2005

Note: TIME ZONE is local if not indicated

**182**

--------------------------------------------------------------------------------

```
       TITLE: PM&RS CONSULT
DATE OF NOTE: DEC 29, 2004@11:29    ENTRY DATE: DEC 29, 2004@11:29:56
      AUTHOR: LAIPRASERT,JIRAPUN   EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED
```

see #44251

/es/ JIRAPUN LAIPRASERT
PHYSICIAN/PM&R MANAGER
Signed: 12/29/2004 11:30
================================================================================
================================ END ==================================

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

Order Information
To Service:             EMG (OUTPT) MONTGOMERY
From Service:           M-DR JOSHI-YELLOW TEAM WC 2
Requesting Provider:    JOSHI,RUPEN S
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Within 1 mo
Orderable Item:         EMG (OUTPT) MONTGOMERY
Consult:                Consult Request
Provisional Diagnosis: radiculopathy
Reason For Request:
Service Connected Disabilities:
LIMITED EXTENSION OF KNEE  30%  SC
LUMBOSACRAL OR CERVICAL STRAIN  40%  SC
LIMITED EXTENSION OF KNEE  40%  SC
LIMITED MOTION OF ARM  20%  SC
ASTHMA,BRONCHIAL  0%  SC
MIGRAINE HEADACHES  0%  SC

ch back pain - numbnes in both leg s radiatin g ot lower
legs  with  spasms

Inter-facility Information
This is not an inter-facility consult request.
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029 | Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

Status:                  COMPLETE
Last Action:             COMPLETE/UPDATE                        **183**

Facility
 Activity                Date/Time/Zone        Responsible Person   Entered By
--------------------------------------------------------------------------------
 CPRS RELEASED ORDER     11/30/04 10:56        JOSHI,RUPEN S        JOSHI,RUPEN S
 PRINTED TO              11/30/04 10:56
     REHAB MEDICINE PR
 SCHEDULED               11/30/04 11:13        KEPPEL,BEVERLEY J    KEPPEL,BEVERLEY J
 1/5@2

 COMPLETE/UPDATE         01/05/05 14:53        LAIPRASERT,JIRAPU    LAIPRASERT,JIRAPU
     Note# 4908270

Note: TIME ZONE is local if not indicated

--------------------------------------------------------------------------------

     TITLE: EMG CONSULT
DATE OF NOTE: JAN 05, 2005@14:52     ENTRY DATE: JAN 05, 2005@14:52:35
     AUTHOR: LAIPRASERT,JIRAPUN    EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

see report

/es/ JIRAPUN LAIPRASERT
PHYSICIAN/PM&R MANAGER
Signed: 01/05/2005 14:53
================================================================================
================================ END ================================

Current PC Provider:   BELL,KAREN J
Current PC Team:       YELLOW TEAM
Current Pat. Status:   Outpatient
Primary Eligibility:          SERVICE CONNECTED 50% to 100%

Order Information
To Service:            EKG-OUTPT/MONTGOMERY
From Service:          M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:   BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                 Consultant's choice
Urgency:               Routine
Orderable Item:        EKG-OUTPT/ALL OTHERS
Procedure:             EKG-OUTPT/ALL OTHERS

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

```
Provisional Diagnosis: hx GERD                              184
Reason For Request:
32 yr old w/intermittent chest pain and numbness in left arm, lasting
about 30 min, usually occurring when sitting.  Had similar problem when
stationed in Germany in 2001; hospitalized and had workup; only told he
had an abnormal EKG.  For past couple of months has been having similar
type pain.


Inter-facility Information
This is not an inter-facility consult request.

Status:                COMPLETE
Last Action:           COMPLETE/UPDATE

Facility
  Activity                   Date/Time/Zone     Responsible Person   Entered By
-------------------------------------------------------------------------------
  CPRS RELEASED ORDER        06/28/04 16:31     BELL,KAREN J         BELL,KAREN J
  PRINTED TO CPU-16          06/28/04 16:31
  COMPLETE/UPDATE            06/28/04 16:42     WEAVER,JOHN T        WEAVER,JOHN T
      Note# 4334046

Note: TIME ZONE is local if not indicated


-------------------------------------------------------------------------------

       TITLE: EKG
DATE OF NOTE: JUN 28, 2004@16:42:46  ENTRY DATE: JUN 28, 2004@16:42:46
     AUTHOR: WEAVER,JOHN T       EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

DONE

/es/ JOHN T WEAVER

Signed: 06/28/2004 16:42
===============================================================================
================================ END ==========================================


Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:           SERVICE CONNECTED 50% to 100%

Order Information
To Service:       EMG (OUTPT) MONTGOMERY
From Service:     M-K BELL NP-YELLOW TEAM WC 2
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Consult Request

185

```
Requesting Provider:   BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                 Consultant's choice
Urgency:               Routine
Orderable Item:        EMG (OUTPT) MONTGOMERY
Consult:               Consult Request
Provisional Diagnosis: bilateral intermitt numbness both LEs
Reason For Request:
32 yr old w recent MRI of LS spine: mild desiccation at L5-S1.  Reports
back spasms and frequent numbness, tingling of both LEs from hips to
toes which occurs simultaneously; with the spasm states can feel change
in sensation going down legs.  Only occurs when having spasm.  Please do
EMG of LEs.  Pt aware needles are involved and is agreeable to same.


Inter-facility Information
This is not an inter-facility consult request.


Status:                CANCELLED
Last Action:           CANCELLED


Facility
 Activity              Date/Time/Zone       Responsible Person  Entered By
--------------------------------------------------------------------------
 CPRS RELEASED ORDER   06/28/04 16:31       BELL,KAREN J        BELL,KAREN J
 PRINTED TO            06/28/04 16:31
    REHAB MEDICINE PR
 SCHEDULED             07/08/04 11:04       KEPPEL,BEVERLEY J   KEPPEL,BEVERLEY J
8/9@3

 CANCELLED             10/01/04 15:29       LAIPRASERT,JIRAPU   LAIPRASERT,JIRAPU
ns


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
==================================== END ====================================
```

```
Current PC Provider:   BELL,KAREN J
Current PC Team:       YELLOW TEAM
Current Pat. Status:   Outpatient
Primary Eligibility:        SERVICE CONNECTED 50% to 100%

Order Information
To Service:            PROSTHETICS REQUEST (OUTPT) MONTGOMERY
From Service:          M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:   BELL,KAREN J
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 34**

# Consult Request

Jan 27, 2005

```
Service is to be rendered on an OUTPATIENT basis                    186
Place:                  Consultant's choice
Urgency:                Today
Orderable Item:         PROSTHETICS REQUEST (OUTPT) MONTGOMERY
Consult:                Consult Request
Provisional Diagnosis: Back Pain (724.5)
Reason For Request:
The veteran or responsible person


     _____    has received training on the prosthetic item as indicated
below:


     _____    has not received training on the prosthetic item as
indicated
below:

General Equipment Training Certification
Type of Equipment:
Name of Person Receiving Orientation:
Name of Person Providing Orientation:
This patient or the responsible person identified above has been
trained
and certified competent to safely and effectively perform the
functions
associated with the aspect of the above listed equipment. A
manufacturer's
Handbook and/or Patient Education Materials were provided.
32 yr old w/back pain; possible herniated disc.  Please issue
lightweight back corset.  Thank you.


          (Describe PROSTHETIC APPLIANCE or REPAIR above LINE)

  ISSUING INSTRUCTIONS:
          [X] VETERAN WILL PICK UP
          [] WARD/CLINIC PERSONNEL WILL PICKUP
          [] DELIVERY LOCATION

  FOR (INPATIENT) - ESTIMATED DISCHARGE DATE:

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
 Activity               Date/Time/Zone      Responsible Person  Entered By
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

```
-----------------------------------------------------------------187-
CPRS RELEASED ORDER    05/19/04 10:38    BELL,KAREN J      BELL,KAREN J
PRINTED TO             05/19/04 10:38
   PROSTHETIC UTILIT
COMPLETE/UPDATE        05/19/04 12:06    HARWELL,AUDWIN D   HARWELL,AUDWIN D
Fit corset
```

Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
================================== END ==================================

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

Order Information
To Service:         ORTHOPEDICS (OUTPT) MONTGOMERY
Attention:          CHUNG,TAI Q
From Service:       M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:   BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:              Consultant's choice
Urgency:            Routine
Orderable Item:     ORTHOPEDICS (OUTPT) MONTGOMERY
Consult:            Consult Request
Provisional Diagnosis: chronic knee pain
Reason For Request:
Knee: pt seen by Dr. Chung in Nov concerning knee: pt was unaware of f/u
in 3 wks.  Continues to have knee pain; is tolerable; has knee brace,
uses ice and elevates it.  Had last knee surgery 8/03.


Inter-facility Information
This is not an inter-facility consult request.

Status:             COMPLETE
Last Action:        COMPLETE/UPDATE

Facility
 Activity               Date/Time/Zone      Responsible Person  Entered By
-------------------------------------------------------------------------
CPRS RELEASED ORDER     05/19/04 10:35      BELL,KAREN J        BELL,KAREN J
PRINTED TO              05/19/04 10:35
   SURGERY CLINIC 10
SCHEDULED               05/21/04 09:55      HEARD,LINDA A       HEARD,LINDA A
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Consult Request

Jan 27, 2005

COMPLETE/UPDATE        06/30/04 13:54        FERGUSON,LINDA        FERGUSON,LINDA    183
see6-15-04 ortho note


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
==================================== END ====================================


Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:            SERVICE CONNECTED 50% to 100%

Order Information
To Service:             SPECIALTY REFERRAL CONSULT
From Service:           M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:    BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         SPECIALTY REFERRAL CONSULT
Consult:                Consult Request
Provisional Diagnosis: back pain
Reason For Request:
32 yr old w/increased back pain; CT report today indicated possible
central disc protrusion at L5/S1.

MRI of LS spine requested

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
 Activity               Date/Time/Zone       Responsible Person   Entered By
-------------------------------------------------------------------------
 CPRS RELEASED ORDER    05/05/04 15:55       BELL,KAREN J         BELL,KAREN J
 FORWARDED FROM         05/05/04 16:20       WITTER,FRANK E       WITTER,FRANK E
    MRI-SPINE
approved

 PRINTED TO T-ADP1      05/05/04 16:20
 SCHEDULED              05/06/04 09:23       PAYNE-FINLEY,SHAR    PAYNE-FINLEY,SHAR
Referred to Mulberry Diagnostic on 5-28-04 @ 1:30p.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

COMPLETE/UPDATE       06/07/04 07:33       SIMMONS,GAYLENE       SIMMONS,GAYLENE
results received and indexed


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
================================= END =======================================

Current PC Provider:   BELL,KAREN J
Current PC Team:       YELLOW TEAM
Current Pat. Status:   Outpatient
Primary Eligibility:          SERVICE CONNECTED 50% to 100%

Order Information
To Service:            PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
From Service:          M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:   BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                 Consultant's choice
Urgency:               Next available
Orderable Item:        PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
Consult:               Consult Request
Provisional Diagnosis: back pain
Reason For Request:
32 yr old w/chronic back pain (has been seen by your clinic concerning
knee) which is worsening.  Seen in LSU in March; currently on Voltaren
and ultram; states ultram no longer controlling pain.  X-ray ordered
today and CT of spine requested.  Please evaluate for any possible
interventions you can offer.  thank you.

Inter-facility Information
This is not an inter-facility consult request.

Status:                CANCELLED
Last Action:           CANCELLED

Facility
  Activity              Date/Time/Zone      Responsible Person   Entered By
--------------------------------------------------------------------------
  CPRS RELEASED ORDER   04/30/04 11:58      BELL,KAREN J         BELL,KAREN J
  PRINTED TO            04/30/04 11:58
     REHAB MEDICINE PR
  SCHEDULED             05/05/04 13:59      KEPPEL,BEVERLEY J    KEPPEL,BEVERLEY J
6/17@915

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029       Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

```
 ADDED COMMENT              05/19/04 10:01     BELL,KAREN J      BELL,KAREN J
scheduled for MRI 5/28; continues to have intermittent numbness, tingling
in legs


 CANCELLED                  10/04/04 11:55     STEPHENS,JANICE E  STEPHENS,JANICE E
Per Dr. Lai


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
=================================== END ====================================
```

Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:            SERVICE CONNECTED 50% to 100%

Order Information
To Service:             ORTHOPEDICS (OUTPT) MONTGOMERY
Attention:              CHUNG,TAI Q
From Service:           M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:    BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Next available
Orderable Item:         ORTHOPEDICS (OUTPT) MONTGOMERY
Consult:                Consult Request
Reason For Request:
31 yr old w/surgery 8/21/03 for medial menisectomy.  For past several
wks pain in knee has increased.  Ice & massage helping but pain remains
constant.  States feels like pain inside of knee; tender to palpation on
medial side (R) knee.  Please evaluate.  Thank you.


Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
 Activity                Date/Time/Zone     Responsible Person   Entered By
--------------------------------------------------------------------------
 CPRS RELEASED ORDER     10/30/03 12:08     BELL,KAREN J         BELL,KAREN J
 PRINTED TO              10/30/03 12:08
    SURGERY CLINIC 10
 SCHEDULED               10/31/03 13:41     FERGUSON,LINDA       FERGUSON,LINDA
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

```
COMPLETE/UPDATE        12/10/03 11:45      FERGUSON,LINDA      FERGUSON,LINDA
SEE ORTHO NOTE 11/25/03                                                        191


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
==================================== END ====================================
```

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:           SERVICE CONNECTED 50% to 100%

Order Information
To Service:             PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
From Service:           M-ORTHOPEDICS (DR. CHUNG)
Requesting Provider:    CHUNG,TAI Q
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
Consult:                Consult Request
Provisional Diagnosis: internal derangement right knee
Reason For Request:
S/p right knee arthroscopy and medial menisectomy. Please give patient
P.T. for range and muscle strengthening 3x/wk for 3-4 weeks.

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
 Activity               Date/Time/Zone      Responsible Person  Entered By
------------------------------------------------------------------------------
 CPRS RELEASED ORDER    09/02/03 09:07      CHUNG,TAI Q         CHUNG,TAI Q
 PRINTED TO             09/02/03 09:07
    REHAB MEDICINE PR
 COMPLETE/UPDATE        09/02/03 15:49      BONNETT,DANNY L     BONNETT,DANNY L
    Note# 3390542

Note: TIME ZONE is local if not indicated

------------------------------------------------------------------------------
```

# Consult Request

Jan 27, 2005

```
        TITLE: PM&RS CONSULT
DATE OF NOTE: SEP 02, 2003@15:42:28  ENTRY DATE: SEP 02, 2003@15:42:28   192
     AUTHOR: BONNETT,DANNY L      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

MR.WORKS IS WELL KNOWN TO THIS WRITER AND HAD PRE-OP STRENGTHENING
EXERCISE FOR RT KNEE. HE HAD RT KNEE ARTHROSCOPY AND MEDIAL MENIESECTOMY
ON 8-21-03 AND WILL NOW BE SEEN FOR OUTPATIENT THERAPY 3X WEEKLY FOR 3-4
WEEKS.HE WILL BE SEEN FOR ROM AND STRENGTHENING EXERCISES TO RT KNEE.

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/02/2003 15:49
```
========================================================================
================================ END ===================================
```

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

Order Information
To Service:             PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
From Service:           M-AMBULATORY SURGERY
Requesting Provider:    CHUNG,TAI Q
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
Consult:                Consult Request
Provisional Diagnosis: right knee internal derangement
Reason For Request:
S/p right knee arthroscopy. Please give him gait training, crutches,
weight bearing as tolerated on right.

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
 Activity               Date/Time/Zone     Responsible Person   Entered By
-------------------------------------------------------------------------
 CPRS RELEASED ORDER    08/21/03 08:16     CHUNG,TAI Q          CHUNG,TAI Q
 PRINTED TO             08/21/03 08:16
     REHAB MEDICINE PR
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          | Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

```
- COMPLETE/UPDATE              08/21/03 15:36    BONNETT,DANNY L    BONNETT,DANNY L
       Note# 3361605
```

**193**

Note: TIME ZONE is local if not indicated

---------------------------------------------------------------------------

```
       TITLE: PM&RS CONSULT
DATE OF NOTE: AUG 21, 2003@15:30:24  ENTRY DATE: AUG 21, 2003@15:30:25
     AUTHOR: BONNETT,DANNY L      EXP COSIGNER:
    URGENCY:                            STATUS: COMPLETED
```

MR.WORKS WAS INSTRUCTED IN AMBULATION WITH BILATERAL AXILLARY CRUTCHES
WHEN SEEN 8-20-03 AND HE WAS INSTRUCTED TO AMBULATE WITH PWB TO TOLERANCE
ON RT FOOT.HE WAS ALSO INSTRUCTED HOW TO ASCEND/DESCEND STEPS WITH
CRUTCHES.SAFETY PRECAUTIONS WERE REVIEWED.THE CRUTCHES WERE ISSUED AT
BEDSIDE TODAY POST-OP AND HE REMAINS INDEPENDENT IN AMBULATION WITH
CRUTCHES.

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 08/21/2003 15:36
===============================================================================
================================ END ==========================================
```

```
Current PC Provider:   BELL,KAREN J
Current PC Team:       YELLOW TEAM
Current Pat. Status:   Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

Order Information
To Service:          EKG-OUTPT/MONTGOMERY
From Service:        M-AMBULATORY SURGERY
Requesting Provider: CHUNG,TAI Q
Service is to be rendered on an OUTPATIENT basis
Place:               Consultant's choice
Urgency:             Next available
Orderable Item:      EKG PREOP/OUTPATIENT
Procedure:           EKG PREOP/OUTPATIENT
Reason For Request:
PRE-OP EKG; PATIENT SCHEDULED FOR SURGERY ON:08-21-03

Inter-facility Information
This is not an inter-facility consult request.

Status:              COMPLETE
Last Action:         COMPLETE/UPDATE
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Consult Request

19.4

```
Facility
 Activity                Date/Time/Zone      Responsible Person  Entered By
--------------------------------------------------------------------------------
 CPRS RELEASED ORDER     08/21/03 07:28      CHUNG,TAI Q         YOUNG,MARY E
 PRINTED TO CPU-16       08/21/03 07:28
 COMPLETE/UPDATE         08/25/03 00:25      DUBOSE,WILDS S II   DUBOSE,WILDS S II
     Note# 3366893


Note: TIME ZONE is local if not indicated


--------------------------------------------------------------------------------


     TITLE: EKG
DATE OF NOTE: AUG 25, 2003@00:24:19 ENTRY DATE: AUG 25, 2003@00:24:20
    AUTHOR: DUBOSE,WILDS S III   EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

COMPLETED

/es/ SCOTT DUBOSE,BS,RRT,CRTT
REGISTERED RESPIRATORY THERAPIST
Signed: 08/25/2003 00:24
================================================================================
================================= END ==========================================
```

```
Current PC Provider:   BELL,KAREN J
Current PC Team:       YELLOW TEAM
Current Pat. Status:   Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

Order Information
To Service:            PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
From Service:          M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:   BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                 Consultant's choice
Urgency:               Next available
Orderable Item:        PHYSICAL MED & REHAB (OUTPT) MONTGOMERY
Consult:               Consult Request
Reason For Request:
31 yr old w/hx of bilateral knee surgery.  About 3 wks ago knee gave way
at work & pt fell; states multiple episodes of right knee giving way.
Has been to ortho clinic and surgery discussed but pt does not want at
this time.  Hinged right knee brace ordered today.  Please evaluate pt's
condition and initiate any possible interventions that may
improve/maintain condition.  Currently on Voltaren & ultram, but not as
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 43**

# Consult Request

Jan 27, 2005

effective as when initiated.  Ultram increased today.  Thank you.    **195**

Inter-facility Information
This is not an inter-facility consult request.

Status:                COMPLETE
Last Action:           COMPLETE/UPDATE

Facility
| Activity | Date/Time/Zone | Responsible Person | Entered By |
| --- | --- | --- | --- |
| CPRS RELEASED ORDER | 07/16/03 15:23 | BELL,KAREN J | BELL,KAREN J |
| PRINTED TO | 07/16/03 15:23 | | |
| REHAB MEDICINE PR | | | |
| SCHEDULED | 07/17/03 08:28 | KEPPEL,BEVERLEY J | KEPPEL,BEVERLEY J |
| 8.7@1030 | | | |
| INCOMPLETE RPT | 08/08/03 15:07 | ENG,JEFFREY K | KEPPEL,BEVERLEY J |
| Note# 3324098 | | | |
| COMPLETE/UPDATE | 08/12/03 10:57 | ENG,JEFFREY K | ENG,JEFFREY K |
| Note# 3324098 | | | |

Note: TIME ZONE is local if not indicated

------------------------------------------------------------------------------

          TITLE: PM&RS CONSULT
DATE OF NOTE: AUG 07, 2003@12:00      ENTRY DATE: AUG 08, 2003@15:07:18
       AUTHOR: ENG,JEFFREY K       EXP COSIGNER:
       URGENCY:                           STATUS: COMPLETED

The patient is a 31-year-old male with history of bilateral knee pain since
1999; he has had bilateral arthroscopic surgery. The patient is scheduled
to have arthroscopic surgery on August 21, 2003. He presents for evaluation
of his knees. The patient recently received a right knee brace and
currently is taking Volatren and Ultram with good relief of the pain. He
presents for evaluation of physical therapy  to improve his quadriceps
strength and to improve the strength in anticipation of therapy.

On physician exam, his knees active range of motion is within functional
limits. His left knee has no crepitus or effusion noted. His right knee
currently has a brace. The brace is slipped below his patella. He has a
mild right knee crepitus. His gait appears within normal limits and non-
antalgic.

IMPRESSION:  Bilateral knee pain, anticipation for right knee arthroscopic
surgery for repair of cartilage.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 44**

# Consult Request

Jan 27, 2005

196

The patient will attend kinesiotherapy for quadriceps and hamstring
strengthening exercises as well as stationary bicycling for endurance. He
will then receive the arthroscopic surgery and it will be up to the
orthopedic surgery if he is to continue therapy.

/es/ JEFFREY K ENG
Physiatrist
Signed: 08/12/2003 10:57
================================================================================
================================ END ===================================

Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

Order Information
To Service:             PROSTHETICS REQUEST (OUTPT) MONTGOMERY
From Service:           M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:    BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Today
Orderable Item:         PROSTHETICS REQUEST (OUTPT) MONTGOMERY
Consult:                Consult Request
Provisional Diagnosis: Pain in joint involving lower leg (719.46)
Reason For Request:
The veteran or responsible person


       _____   has received training on the prosthetic item as indicated
below:


       _____   has not received training on the prosthetic item as indicated
below:

General Equipment Training Certification
Type of Equipment:
Name of Person Receiving Orientation:
Name of Person Providing Orientation:
This patient or the responsible person identified above has been
trained
and certified competent to safely and effectively perform the functions
associated with the aspect of the above listed equipment. A
manufacturer's
Handbook and/or Patient Education Materials were provided.
Please measure & issue pt hinged knee brace.  Hx knee giving way

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

multiple times last several wks; previous arthroscopy.

**197**

          (Describe PROSTHETIC APPLIANCE or REPAIR above LINE)

 ISSUING INSTRUCTIONS:
         [X] VETERAN WILL PICK UP
         [] WARD/CLINIC PERSONNEL WILL PICKUP
         [] DELIVERY LOCATION

 FOR (INPATIENT) - ESTIMATED DISCHARGE DATE:

Inter-facility Information
This is not an inter-facility consult request.

Status:                COMPLETE
Last Action:           ADDED COMMENT

Facility
  Activity              Date/Time/Zone       Responsible Person    Entered By
----------------------------------------------------------------------------
  CPRS RELEASED ORDER   07/16/03 15:23       BELL,KAREN J          BELL,KAREN J
  PRINTED TO            07/16/03 15:23
      PROSTHETIC UTILIT
  COMFLETE/UPDATE       07/16/03 16:28       HARWELL,AUDWIN D      HARWELL,AUDWIN D
Fit knee support DeRoyal 14630007 large

  ADDED COMMENT         07/17/03 09:41       HARWELL,AUDWIN D      HARWELL,AUDWIN D
Order info > David

  ADDED COMMENT         07/18/03 10:32       PAYNE,DAVID L         PAYNE,DAVID L
PO FOR CONSIGNMENT

  ADDED COMMENT         09/06/03 13:00       NUNLEY,BERNARD L      NUNLEY,BERNARD L
CRUTCHES

  ADDED COMMENT         12/08/03 08:17       NUNLEY,BERNARD L      NUNLEY,BERNARD L
cane rehab


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
================================ END ====================================


Current PC Provider:   BELL,KAREN J
Current PC Team:       YELLOW TEAM

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Consult Request

Jan 27, 2005

Current Pat. Status:    Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

**193**

Order Information
To Service:             ORTHOPEDICS (OUTPT) MONTGOMERY
Attention:              CHUNG,TAI Q
From Service:           M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:    BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Next available
Orderable Item:         ORTHOPEDICS (OUTPT) MONTGOMERY
Consult:                Consult Request
Reason For Request:
30 yr old seen in Feb; arthroscopy of left knee was discussed and pt
agreed to have, surgery done on left knee in 2000. (had surgery on right
knee in '99). Family situation developed and pt cancelled. Situation has
been resolved. Continues to have problems w/knee, even using brace knee
will sometimes give way.
Also would like to be evaluated for a different type of brace.


Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
 Activity                 Date/Time/Zone        Responsible Person    Entered By
--------------------------------------------------------------------------------
 CPRS RELEASED ORDER      12/31/02 15:02        BELL,KAREN J          BELL,KAREN J
 PRINTED TO               12/31/02 15:02
    SURGERY CLINIC 10
 RECEIVED                 12/31/02 16:14        COLLUM,ELIZABETH      COLLUM,ELIZABETH
 SCHEDULED                01/09/03 10:33        FERGUSON,LINDA        FERGUSON,LINDA
 COMPLETE/UPDATE          04/07/03 15:08        FERGUSON,LINDA        FERGUSON,LINDA
see ortho note 2/18/03


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
================================= END =================================

Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Consult Request

Primary Eligibility:           SERVICE CONNECTED 50% to 100%

**199**

Order Information
To Service:          EKG-INPT/MONTGOMERY
From Service:        M-AMBULATORY SURGERY
Requesting Provider:  CHUNG,TAI Q
Service is to be rendered on an OUTPATIENT basis
Place:               Consultant's choice
Urgency:             Routine
Orderable Item:      ELECTROCARDIOGRAM
Procedure:           ELECTROCARDIOGRAM
Provisional Diagnosis: RT. KNEE ARTHROSCOPY
Reason For Request:
 PRE-OP

Inter-facility Information
This is not an inter-facility consult request.

Status:              CANCELLED
Last Action:         CANCELLED

Facility
 Activity                  Date/Time/Zone      Responsible Person   Entered By
-------------------------------------------------------------------------------
 CPRS RELEASED ORDER       02/27/02 15:38      CHUNG,TAI Q          JAMES,SHARON D
 PRINTED TO                02/27/02 15:38                           JAMES,SHARON D
     CARDIO-PULMONARY
 CANCELLED                 07/16/02 23:23      FREY,LEILA H         FREY,LEILA H
NOT COMPLETED


Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
================================= END =================================


Current PC Provider:  BELL,KAREN J
Current PC Team:      YELLOW TEAM
Current Pat. Status:  Outpatient
Primary Eligibility:           SERVICE CONNECTED 50% to 100%

Order Information
To Service:          PROSTHETICS REQUEST (OUTPT) MONTGOMERY
From Service:        M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:  BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:               Consultant's choice

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 48**

# Consult Request

Jan 27, 2005

2̄00

```
Urgency:            Today
Orderable Item:     PROSTHETICS REQUEST (OUTPT) MONTGOMERY
Consult:            Consult Request
Provisional Diagnosis: Asthma, unspecified type, without mention of status
                       asthmaticus or acute exacerb
Reason For Request:
The veteran or responsible person


    _____    has received training on the prosthetic item as indicated
below:


    _____    has not received training on the prosthetic item as indicated
below:


General Equipment Training Certification
Type of Equipment:
Name of Person Receiving Orientation:
Name of Person Providing Orientation:
This patient or the responsible person identified above has been
trained
and certified competent to safely and effectively perform the functions
associated with the aspect of the above listed equipment. A
manufacturer's
Handbook and/or Patient Education Materials were provided.
 Pt new to pc; dx w/asthma 2 yrs ago; no peak flow meter.  Please issue
meter and send resp therapy or YT nurse for instruction in use.


         (Describe PROSTHETIC APPLIANCE or REPAIR above LINE)


  ISSUING INSTRUCTIONS:
         [X] VETERAN WILL PICK UP
         [] WARD/CLINIC PERSONNEL WILL PICKUP
         [] DELIVERY LOCATION


  FOR (INPATIENT) - ESTIMATED DISCHARGE DATE:


Inter-facility Information
This is not an inter-facility consult request.


Status:                COMPLETE
Last Action:           COMPLETE/UPDATE


Facility
  Activity            Date/Time/Zone      Responsible Person   Entered By
----------------------------------------------------------------------------
  CPRS RELEASED ORDER  01/09/02 15:52     BELL,KAREN J         BELL,KAREN J
  PRINTED TO           01/09/02 15:52                          BELL,KAREN J
       PROSTHETIC UTILIT
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        | Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

```
   COMPLETE/UPDATE          01/11/02 16:13      MEKCHINDA,CHAIVUT   MEKCHINDA,CHAIVUT
Issued.
                                                                       201
```

Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
==================================== END ====================================

```
Current PC Provider:     BELL,KAREN J
Current PC Team:         YELLOW TEAM
Current Pat. Status:     Outpatient
Primary Eligibility:             SERVICE CONNECTED 50% to 100%

Order Information
To Service:              OPTOMETRY (OUTPT) MONTGOMERY
From Service:            M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:     BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                   Consultant's choice
Urgency:                 Next available
Orderable Item:          OPTOMETRY (OUTPT) MONTGOMERY
Consult:                 Consult Request
Reason For Request:
29 yr old pt new to pc; wears reading glasses.  Notes vision changes.
Please evaluate.  Thank you.

Inter-facility Information
This is not an inter-facility consult request.

Status:                  COMPLETE
Last Action:             COMPLETE/UPDATE

Facility
 Activity                Date/Time/Zone        Responsible Person   Entered By
-------------------------------------------------------------------------------
 CPRS RELEASED ORDER     01/09/02 14:31        BELL,KAREN J         BELL,KAREN J
 PRINTED TO T-EYE10      01/09/02 14:32                             BELL,KAREN J
 SCHEDULED               02/06/02 14:12        PERDUE,DURWOOD L     PERDUE,DURWOOD L
 INCOMPLETE RPT          05/17/02 12:14        BANNISTER,JOHNNY     BANNISTER,JOHNNY
     Note# 2183019
 COMPLETE/UPDATE         05/17/02 12:54        BANNISTER,JOHNNY     BANNISTER,JOHNNY
     Note# 2183019
```

Note: TIME ZONE is local if not indicated

-------------------------------------------------------------------------------

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Consult Request

202

```
       TITLE: OPTOMETRY CONSULT
DATE OF NOTE: MAY 17, 2002@12:13    ENTRY DATE: MAY 17, 2002@12:13:55
      AUTHOR: BANNISTER,JOHNNY    EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

see optometry note 020517

/es/ JOHNNY BANNISTER
STAFF OPTOMETRIST
Signed: 05/17/2002 12:54
================================================================================
================================ END ===================================

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:            SERVICE CONNECTED 50% to 100%

Order Information
To Service:             ORTHOPEDICS (OUTPT) MONTGOMERY
From Service:           M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:    BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency: ·              Next available
Orderable Item:         ORTHOPEDICS (OUTPT) MONTGOMERY
Consult:                Consult Request
Reason For Request:
```
29 yr old male new to pc; brings report & cy of mri 11/16/01.  + for
degenerative signals in both menisci of left, and a grade III tear of the
posterior horn of the medial meniscus w/small effusion on the right.
Hx of prior surgery both knees.  Please evaluate.

Pt will bring cy of MRI and reports to visit.

Inter-facility Information
This is not an inter-facility consult request.

```
Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE
```

Facility
| Activity | Date/Time/Zone | Responsible Person | Entered By |
| --- | --- | --- | --- |
| CPRS RELEASED ORDER | 01/09/02 14:31 | BELL,KAREN J | BELL,KAREN J |
| PRINTED TO | 01/09/02 14:32 | | BELL,KAREN J |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 51**

# Consult Request

Jan 27, 2005

.203

```
      SURGERY CLINIC 16
   SCHEDULED              01/17/02 09:57      PERDUE,DURWOOD L    PERDUE,DURWOOD L
   COMPLETE/UPDATE        02/05/02 10:18      CHUNG,TAI Q         CHUNG,TAI Q
         Note# 1923277
```

Note: TIME ZONE is local if not indicated

--------------------------------------------------------------------------------

```
       TITLE: ORTHOPEDIC CONSULT
DATE OF NOTE: FEB 05, 2002@10:08     ENTRY DATE: FEB 05, 2002@10:08:21
      AUTHOR: CHUNG,TAI Q           EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED
```

29 yo man has bilateral knee pain for sseveral knee. Had athroscopy surgey
in right knee 1999 and left knee in Nov 2000. Had persistent pain after
surgeries. Right worse. Has some swelling, clicking, some giving.
Exam:Both knees ahve minimal effusions. Tender at medial joint lines
bialterally 0 to 120 degrees of flexion. No instability
MRI11/16/01: grade 2 tear of posterior horn of medial meniscus right knee;
degenerative signal s in both menisci, no definite tear
IMP; Possible meniscus injuries
P: Discuss arthroscopy of right knee with meniscectomy and debridement.
Risks include anesthesia, infeciton, neurovascualr damage, incomplete
resolution and return of function in the knee, especially since this would
be the second time he has surgery on this knee. He understands and wishes
to proceed.

/es/ TAI Q CHUNG, MD
physician
Signed: 02/05/2002 10:18
================================================================================
================================= END ==========================================
```

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:          SERVICE CONNECTED 50% to 100%

Order Information
To Service:             PULMONARY (OUTPT) MONTGOMERY
From Service:           M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:    BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Next available
Orderable Item:         PULMONARY (OUTPT) MONTGOMERY
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 52**

# Consult Request

Jan 27, 2005

Consult:                    Consult Request
Provisional Diagnosis: Asthma, unspecified type, without mention of status **204**
                        asthmaticus or acute exacerb

Reason For Request:

REASON FOR CONSULT: BRIEFLY STATE SYMPTOMS:
29 yr old AA male new to PC.  Dx w/asthma while in Germany early 2000.
No exacerbations that have required hospitalization.  Pt is on Serevent
and would like to get it through VA.  Please evaluate.  Peak air flow
meter and spirometry ordered today

Provisional diagnosis, please check with ( x) and schedule appropriate
test prior to scheduling pulmonary clinic appointment

Obstructive diseases:            Test
( )COPD                ( )spirometry, pre/post
                        bronchodilator; CXR within last 1 yr
( ) Asthma             ( X )spirometry, pre/post bronchodilator, CXR
                        within last 1 yr
( ) Bronchiectasis -   ( )spirometry, pre/post bronchodilator, lung
                        volumes, DL, CXR /CT chest with contrast
                        within last 1 yr

Restrictive diseases:

( )Sarcoidosis         ( )spirometry,  lung volumes, DL;recent CXR
( )Pulm. fibrosis      ( )spirometry with lung volumes,DL;recent CXR
( )Asbestosis          ( )spirometry with lung volumes, DL;
                        recent CXR
( )Other interstitial lung disease
                        ( ) spirometry with lung volumes, DL;
                        recent CXR

( )Lung mass           ( )CXR and recent CT chest with contrast.

( ) Asthma             ( X )spirometry, pre/post bronchodilator, CXR
  CXR done in Oct 01                    within last 1 yr
( ) Bronchiectasis -   ( )spirometry, pre/post bronchodilator, lung
                        volumes, DL, CXR /CT chest with contrast
                        within last 1 yr

Restrictive diseases:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029       Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

```
( )Sarcoidosis          ( )spirometry,  lung volumes, DL;recent CXR    205
( )Pulm. fibrosis       ( )spirometry with lung volumes,DL;recent CXR
( )Asbestosis           ( )spirometry with lung volumes, DL;
                             recent CXR
( )Other interstitial lung disease
                        ( ) spirometry with lung volumes, DL;
                             recent CXR


( )Lung mass            ( )CXR and recent CT chest with contrast.

( ) Sleep disorder
```

Inter-facility Information
This is not an inter-facility consult request.

```
Status:                 COMPLETE
Last Action:            ADDENDUM ADDED TO
```

Facility

| Activity | Date/Time/Zone | Responsible Person | Entered By |
|----------|----------------|--------------------|------------|
| CPRS RELEASED ORDER | 01/09/02 14:31 | BELL,KAREN J | BELL,KAREN J |
| PRINTED TO | 01/09/02 14:31 | | BELL,KAREN J |
| SPEC CLINIC PRINT | | | |
| SCHEDULED | 01/15/02 15:39 | BRASCOM,MONSHERRI | BRASCOM,MONSHERRI |
| 03/27/02 | | | |
| COMPLETE/UPDATE | 03/27/02 11:20 | CHOWDHURI,SUSMITA | CHOWDHURI,SUSMITA |
| Note# 2049082 | | | |
| ADDENDUM ADDED TO | 04/18/02 18:17 | CHOWDHURI,SUSMITA | CHOWDHURI,SUSMITA |
| Note# 2049082 | | | |

Note: TIME ZONE is local if not indicated

--------------------------------------------------------------------------------

```
       TITLE: PULMONARY CONSULT
DATE OF NOTE: MAR 27, 2002@11:20    ENTRY DATE: MAR 27, 2002@11:20:12
      AUTHOR: CHOWDHURI,SUSMITA    EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

   *** PULMONARY CONSULT Has ADDENDA ***

```
MILD ASTHMA
USE PEAKFLOW- D/W PT
SEREVENT , ALBUTEROL, AEROBID D/W PT
USE SPACER
GET OLD RECORDS AND FILMS,
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

# Consult Request

Jan 27, 2005

RTC 6M

**206**

/es/ SUSMITA CHOWDHURI, MD
PULMONOLOGIST
Signed: 03/27/2002 11:20

04/18/2002 ADDENDUM                      STATUS: COMPLETED

CONSULT FOR ASTHMA

30-YM DX WITH ASTHMA @ GERMANY 2000. AFTER HE DEVELOPED SINUS CONGESTION
AND WHEEZING. PFT- MILD ASTHMA PER PT. WAS BEGUN ON SEREVENT /ALBUTEROL.
NOTED SOB /CHEST TIGHTNESS ON CLIMBING STAIRS, 'OVEREXERTION'/ MDI HELPED.
NO
 H/O CHILDHOOD ASTHMA,
+ FHX OF ASTHMA- COUSIN, DAUGHTER.

MOVED TO AL 9/01. CURRENTLY DOING WELL, EXERCISE TOLERANCE- SOB ON CLIMBING
3 FLIGHTS. CAN CLIMB MORE STAIRS NOW THAN WHEN HE WAS DXED WITH ASTHMA. L.
SYMPTOMS STABLE. H/O 'FLU 1 Y AGO, WAS ON STEROIDS THEN. PF APPROX 400, NO
ER VISITS FOR ASTHMA.
NO SIG COUGH, WHEEZING.
TRIGGERS: COLD AIR, SINUSITIS, POLLEN, EXERCISE. - SNEEZING X 15 SECONDS,
DUST AND CHEMICALS CAUSE CHOKING.
NO NOCTURNAL SOB.
NO ORTHOPNEA, PND, CP, LEG EDEMA
OCCASIONAL COUGH, WHITE SPUTUM
NO GERD
~
PMX
AS ABOVE,
PPD-VE
KNEE SURGERY, RHINITIS

MEDS
 Active Outpatient Medications (including Supplies):

|    | Active Outpatient Medications | Status |
|----|-------------------------------|--------|
| 1) | ETODOLAC 200MG (LODINE) CAP TAKE TWO CAPSULES BY MOUTH TWICE A DAY FOR ARTHRITIS WITH FOOD FOR ARTHRITIS PAIN | ACTIVE |
| 2) | FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE MOUTH AFTER USE) | ACTIVE |
| 3) | FLUNISOLIDE (NASALIDE) NASAL INHALER INHALE 2 PUFFS IN EACH NOSTRIL TWICE A DAY FOR CONGESTION | ACTIVE |
| 4) | SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH | ACTIVE |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

Jan 27, 2005

TWICE A DAY (SHAKE WELL BEFORE USING)
5)   SPACER DEVICE WITH CHAMBER USE WITH ORAL METERED DOSE   ACTIVE     207
     INHALERS BY MOUTH FOUR TIMES A DAY

ALBUTEROL 2-3 /X D SEREVENT  2 BID
NO INHALED STEROIDS

ROS
DENIES POST NASAL DRIP/ GERD
CP IN GERMANY EST NL PER PT.

NO PETS

SX
NEVER SMOKED, ETOH OCCASIONAL
OCCUP- 'STOCK CLERK'; IN ARMY AND RSA

O/E
VSS SAO2 99RA, NAD
HENT NO JVD/LN/EXUDATES
NOT USING ACCESSORY MUSCLES OF RESPIRATION
LUNGS CLEAR
CARDIAC S1S2 NL
ABD SOFT, NT, NO HSM, BS+
EXT NO CYANOSIS/CLUBBING/EDEMA

PFT  SPIROMETRY SUGGEST RESTRICTION, FEV1 72%, FEV1/FVC 86%
LUNG VOL/DL NOT DONE; NO SIG BRONCHODIL RESPONSE

CXR
NL

A/P
MILD ASTHMA
USE PEAKFLOW- D/W PT
SEREVENT , ALBUTEROL, AEROBID D/W PT
USE SPACER
GET OLD RECORDS AND FILMS,
RTC 6M
GET PFT, LUNG VOL, DL
KEEP ENVIRONMENT CLEAN
USE SPACER, MDI USE D/W PT.
MONITOR PEAKFLOWS, ASTHMA SELF MANAGEMENT TECHNIQUES D/W PT

/es/ SUSMITA CHOWDHURI, MD

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 56**

# Consult Request

Jan 27, 2005

**203**

```
PULMONOLOGIST
Signed: 04/18/2002 18:17
================================================================================
=================================== END ===================================
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Health Summary

01/27/2005 10:14 209

****************** CONFIDENTIAL C&P EXAM SUMMARY    pg. 1 *******************
WORKS,TYRON    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                              DOB: 02/06/1972

-------------------------- CP - Comp. & Pen. Exams --------------------------

06/01/2004    FEET
   Priority of Exam: OTHER
 Examining provider: ROSS,LISLIE
          Approved By: DR WITTER on 06/16/2004
Examination results:
REQUESTED EXAMINATION:  Feet.

DATE OF EXAMINATION:  June 1, 2004.

REVIEW OF MEDICAL RECORDS:  The claimant's file was not available for review
prior to the examination.

MEDICAL HISTORY:  The patient states that he injured his left foot in the
military while playing company sports in 1995 or 1996 when someone stepped on
his foot, and his left ankle turned.  He states that he sustained a bad sprain
of his left ankle.  The patient states that he was seen on sick call that same
day and he was placed in a splint, given pain medicines, and followed in
physical therapy three times a week for three months.  The patient states he
was seen on sick call four or five times from the time he first was injured
until he was discharged from the service due to stiffness in his ankle and
foot.  He states that the treatment consisted of pain medications, soaking his
foot, and then from exercise therapies.  The patient states that he has pain in
his left foot and ankle.  The pain is sharp and constant with a pain level of
9/10.  This occurs two times a month and lasts for one to two days.  He states
that he takes hydrocodone 5/acetaminophen 500 mg one tablet twice a day which
reduces the pain, and he has no side affects from the medications.  He also
admits to having weakness, stiffness, fatiguability, and lack of endurance of
his knee.  He denies having any swelling, heat, or redness of his foot or
ankle.  He states that he has increased pain in his foot and ankle with
prolonged standing and walking.  The patient states that he has no appearance
or flare-up of his joint disease.  The patient states that he uses a cane
occasionally but he does not use crutches, a brace, or corrective shoes.  He
denies having any surgery on his left ankle or foot.  He states that he does
wear some shoe inserts for his tennis shoes and dress shoes, but not his other
shoes.  He denies having to wear corrective shoes or a brace.  The patient
states that his condition interferes with his occupation because prolonged
standing causes him to have to sit down.  He states that his daily activities
are affected because he cannot do what he used to do.

PHYSICAL EXAMINATION:  Vital signs:  Temperature 98.5, pulse 77, respiration
18, weight 202 pounds, height 72 inches.  Blood pressure 126/62.  General:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Health Summary

Jan 27, 2005

This is a well-developed, well-nourished male seen in no acute distress. 210
Alert; oriented to person, place and time; cooperative. Left foot: The foot
is warm to touch. There is no painful motion, edema, instability, weakness, or
tenderness present. The patient has pes planus and the Achilles tendon has
normal alignment. There is hallux deformity with a 15 degree angulation
present. There are no hammertoes noted. The patient's gait is slow with a
limp, favoring his left leg. The patient has no plantar calluses, breakdown,
or unusual shoe wear pattern noted. There are no skin or vascular changes.
The patient has poor posture on standing, squatting, supination, pronation, and
rising on his toes and heels. The dorsalis pedis and posterior tibial artery
pulses are 2/4.

Left ankle: There is no effusion, tenderness, deformity, or crepitus noted.
Dorsiflexion is 10 degrees with pain. Plantar flexion is 45 degrees without
pain. Eversion is 0 to 10 degrees with pain. Inversion is 0 to 20 degrees
with pain. All range of motion of the active and passive range of motion with
no decrease in range of motion, no pain, no weakness, and no lack of endurance
with repetitive use.

D. DIAGNOSTIC AND CLINICAL TESTS:

    1. LEFT FOOT---MILD TO MODERATE HALLUX VALGUS DEFORMITY. MILD
                  OSTEOARTHRITIC CHANGES OF THE FIRST MP JOINT.
                  OVERLAPPING FOURTH AND FIFTH TOES.
    2. LEFT ANKLE---NORMAL

E. DIAGNOSIS:

    1. OLD LEFT ANKLE SPRAIN WITH RESIDUALS OF CHRONIC LEFT ANKLE
       STRAIN WITH SEVERE FUNCTIONAL LOSS DUE TO PAIN FOR EVERSION;
       MODERATE FUNCTIONAL LOSS DUE TO PAIN FOR INVERSION; AND NO
       FUNCTIONAL LOSS DUE TO PAIN FOR DORSIFLEXION; NO DECREASE IN
       RANGE OF MOTION, PAIN, WEAKNESS, FATIGUE, OR LACK OF ENDURANCE
       WITH REPETITIVE USE.
    2. CHRONIC LEFT FOOT STRAIN WITH NO FUNCTIONAL LOSS DUE TO PAIN
    3. HALLUX VALGUS DEFORMITY OF LEFT FOOT
    4. MILD OSTEOARTHRITIS OE THE FIRST METATARSOPHALANGEAL JOINT OF THE
       LEFT FOOT

DD: 06/01/04  DT: 06/03/04    MT: 205/lwt TA61568

06/01/2004     NEUROLOGICAL DISORDERS, MISCELLANEOUS
   Priority of Exam: OTHER
 Examining provider: ROSS,LISLIE
      Approved By: DR WITTER on 06/16/2004
Examination results:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Health Summary

Jan 27, 2005

PLACE OF EXAMINATION:  Central Alabama Veterans Healthcare System - East 211
Campus.

A.   REVIEW OF MEDICAL RECORDS:  The claimant's file was unavailable for review
prior to the examination.

B.   MEDICAL HISTORY (SUBJECTIVE COMPLAINTS):  The patient states that he has
been having migraine headaches since 2000.  He states that they started with a
sharp pain beginning in his occipital region with radiation to his frontal
regional and has a throbbing head pain.  They are also associated with
photophobia and pain is increased with noise.  The patient states that there
are no precipitating factors.  He states that the headaches last two to three
weeks and then stop for about one to two days and then they recur for another
two to three weeks.  He states that at the onset, the headaches would last for
one to two days and then be gone for about one month.  Then they would occur
for about one or two days again.  But, for the past year, the headaches have
been coming with an increased frequency.  The patient denies having any
weakness but admitted to having fatigue and some function loss and he has to
lie down.  His current medications consist of a blood pressure pill that he
takes for the blood pressure.  He also takes a pain pill, which decreases the
pain somewhat.  He states that the blood pressure pill causes some erectile
dysfunction.

C.   PHYSICAL EXAMINATION (OBJECTIVE FINDINGS):  VITAL SIGNS:  Temperature 98.5.
Pulse 77.  Respirations 18.  Blood pressure 126/62.  Weight 202 pounds.  Height
72 inches.  GENERAL:  This is a well-developed, well-nourished male who was in
no acute distress.  He is alert.  He is oriented to person, place, and time.
He is cooperative.  NEUROLOGICAL:  The Cranial nerves II-XII are grossly
intact.  There is normal sensation to pinprick and vibratory sense for both
upper extremities and both lower extremities.  The deep tendon reflexes are 2/4
in both upper extremities and both lower extremities.  Strength is 5/5 in both
upper extremities and both lower extremities.


D. DIAGNOSITC AND CLINICAL TESTS:

   1. CT HEAD W&W/O CONT---NORMAL


E. DIAGNOSIS:

   1. MIGRAINE HEADACHES




DICTATED BY:  Lislie Ross, MD DD:   06/01/04;   DT:   06/04/04;   j:  061587;
MT:   270/rp

---

# Health Summary

Jan 27, 2005

TA061587

212

06/01/2004    JOINTS (SHOULDER/ELBOW/WRIST/HIP/KNEE/ANKLE)
    Priority of Exam: OTHER
 Examining provider: ROSS,LISLIE
        Approved By: DR WITTER on 06/16/2004
Examination. results:
REVIEW OF MEDICAL RECORDS:  The Claims file was not available for review prior
to the examination.

MEDICAL HISTORY: The patient has chondromalacia of his right knee diagnosed in
1999 when he presented with real bad pain and inability to stand one morning on
awakening and getting out of bed.  The patient states that he went on sick call
and his knee was wrapped and he was given a pain medicine.  He states that he
was sent to physical therapy on the same day and x-rays of the knees were
obtained and an MRI was ordered and it revealed a meniscal tear.  The patient
states that he received physical therapy for one month to strengthen his knee
prior to having surgery.  He states that he underwent surgical repair of a torn
meniscus in his knee in May 1999 at Fort Huachuca, Arizona.  He states that
post surgery, he was given physical therapy from May of 1999 until August of
1999.  The patient states that he was sent to Kosovo during the end of 1999 and
he developed knee pain in January of 2000.  He states that he was returned to
the states because his wife was having a baby and then he subsequently was sent
back to Germany in March of 2000 and he had a reevaluation of his right knee.
He states he had an MRI of both knees performed and he was told he had a
torn meniscus in his left knee.  The patient states that he has a dull,
constant, daily pain in his right knee with the pain being 10/10 and the pain
is also sharp at times.  He admits to having weakness, stiffness, occasional
swelling, heat, giving way, locking and lack of endurance and fatigability of
his right knee, but no redness.  He states that he underwent a second surgery
of his right knee in August of 2003 at Central Alabama Veterans Health Care
System on the West Campus for repair of a torn meniscus.  He states that at the
present time, he is on an unknown medicine for pain that he takes one tablet
twice a day and it reduces the pain and he has no side effects from the
medication.  The patient states he has no flare-ups of his right knee
condition.

The patient states that he has had an MRI of both of his knees in March 2000
which showed a torn meniscus in his left knee.  He states that he underwent
surgery on his left knee for a repair of his torn meniscus in November of 2000
in Germany.  He states that he has a sharp to dull constant daily pain in his
left knee with the pain level being 9/10.  He takes hydrocodone 5/acetamenophen
500 mg one tablet twice a day which reduces the pain and he has no side effects
from the medication.  He also admits to having weakness, stiffness, occasional
swelling, redness, giving way, locking, fatigability and lack of endurance of
his left knee.  He denies having any heat of his left knee.  The patient states
that he has no flare ups of his left knee condition.  The patient states that

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029         Printed at CENTRAL ALABAMA HCS
419087667

# Health Summary

Jan 27, 2005

he wears a knee brace on both of his knees, but he does not require the use of crutches, a cane or corrective shoes. He states that he has had no 213 dislocations or recurrent subluxation of his knees. The patient states that his knee condition interferes with his occupation in that he is unable to stand for long periods of time. He states that his daily activities are affected because he cannot walk as much as he used to.

The patient states that he injured his right shoulder while playing company baseball, but the year was unknown. He also states that he was seen on sick call on the same day and told that he had a right shoulder sprain. He was given physical therapy for one to two months and pain medications. He states that he did not have any surgery on his right shoulder. He admits to having occasional pain with the pain being sharp and intermittent and occurring three times per month, lasting 1-2 days with a pain level of 8/10. He states that he is on no prescribed medications for his right shoulder condition. He states that he takes his pain medication for his other conditions and it helps to reduce the pain in his shoulder. He admits to having occasional stiffness, occasional weakness, lack of endurance, fatigability and locking of his shoulder, but no swelling, heat or redness. He states that he has no flare ups of his right shoulder condition. He states that his occupation is sometimes affected by his shoulder condition if he has to lift above his head because that causes increased pain. He states that his daily activities are not affected by his shoulder condition.

Dominant upper extremity is the right hand and that was determined by questioning. The patient is wearing braces on both of his knees and not on his shoulder.

PHYSICAL EXAMINATION: Vital signs: Temperature 98.5, pulse 77, respirations 18, weight 202 pounds, height 72 inches. Blood pressure 126/62. General: Well developed, well nourished male seen in no acute distress. Alert. Oriented to person, place and time. Cooperative. Right knee: There is no fatigue, weakness, lack of endurance with repetitive use. There is no edema, redness, tenderness, weakness, heat, abnormal movement or guarding of movement noted. There are no plantar calluses, breakdown or unusual shoe wear pattern noted. The patient is wearing a brace. There is a 1 cm by 1.6 cm healed scar of the medial superior aspect of the knee present. There is a 0.1 cm by 1.2 cm stellate scar of the medial inferior aspect present. There is a 0.1 cm by 0.8 cm. scar of the lateral inferior aspect present. Extension is 20 degrees with pain. Flexion is 20 degrees to 75 degrees with pain. All range of motions are for active and passive range of motion with no decrease in range of motion, increase in pain, weakness or lack of endurance with repetitive use. Left knee: The patient has fatigue, weakness and lack of endurance with repetitive use with the weakness appearing to be the prominent aspect with repetitive use. There is no edema, redness, tenderness, weakness, heat, abnormal movement or guarding of movement present. There are no plantar calluses, breakdown or unusual shoe wear pattern noted. The patient is wearing a brace. There is a 0.1 cm by 0.8 cm scar of the lateral inferior aspect present. There is a 0.3

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Health Summary

Jan 27, 2005

cm stellate scar of the medial inferior aspect present. There is a 1 cm by 1 2
cm scar of the medial superior aspect present. The extension is 14 degrees
with pain. Flexion is 14 degrees to 75 degrees with pain. All ranges of
motion are for active and passive range of motion. Right shoulder: There is
no effusion, tenderness, crepitus or deformity noted. Forward flexion is 0-125
degrees with pain. Abduction is 0 to 120 degrees with pain. Adduction is 0 to
50 degrees without pain. External rotation is 0 to 80 degrees without pain.
Internal rotation is 0 to 40 degrees with pain. All ranges of motion are for
active and passive range of motion. There is no decrease in range of motion,
increase in pain, weakness or lack of endurance with repetitive use.

D. DIAGNOSTIC AND CLINICAL TESTS:

    1. BILATERAL KNEE EXAM---WITHIN NORMAL LIMITS
    2. RIGHT SHOULDER---WITHIN NORMAL LIMITS

E. DIAGNOSIS:

    1. OLD RIGHT SHOULDER INJURY WITH RESIDUALS OF CHRONIC RIGHT SHOULDER
       STRAIN WITH SEVERE FUNCTIONAL LOSS DUE TO PAIN FOR INTERNAL ROTATION
       AND MODERATE FUNCTIONAL LOSS DUE TO PAIN FOR FLEXION AND ABDUCTION;
       AND NO WEAKNESS, LACK OF ENDURANCE, FATIGUE, PAIN, OR DECREASED
       RANGE OF MOTION WITH REPETITIVE USE
    2. CHONDROMALACIA OF THE RIGHT KNEE---NOT SEEN ON X-RAY
    3. CHONDROMALACIA OF THE LEFT KNEE---NOT SEEN ON X-RAY
    4. CHRONIC RIGH KNEE STRAIN WITH SEVERE FUNCTIONAL LOSS DUE TO PAIN FOR
       EXTENSION AND FLEXION; AND NO ADDITIONAL LIMITATION OF JOINT
       FUNCTION BY PAIN, WEAKNESS, FATIGUE, OR LACK OF ENDURANCE WITH
       REPETITIVE USE
    5. OLD SURGERY OF RIGHT KNEE WITH RESIDUALS OF ARTHROSCOPIC SCARS
    6. CHRONIC LEFT KNEE STRAIN WITH SEVERE FUNCTIONAL LOSS DUE TO PAIN FOR
       EXTENSION AND FLEXION; AND RANGE OF MOTION IS ADDITIONALLY LIMITED
       BY FATIGUE, WEAKNESS, AND LACK OF ENDURANCE WITH REPETITIVE USE WITH
       WEAKNESS HAVING THE MAJOR FUNCTIONAL IMPACT
    7. OLD LEFT KNEE SURGERY WITH RESIDUALS OF ARTHROSCOPIC SCARS

DD: 06/01/04  DT: 06/04/04  MT: 112/kkm

TA61579

06/01/2004      RESPIRATORY (OBSTRUCTIVE, RESTRICTIVE, AND INTERSTITIAL)
    Priority of Exam: OTHER
 Examining provider: ROSS,LISLIE
        Approved By: DR WITTER on 06/16/2004
Examination results:

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Health Summary

REVIEW OF MEDICAL RECORDS: The Claims file was not available for review prior to the examination.

215

MEDICAL HISTORY: The patient states that asthma was diagnosed in 2000 when he presented with wheezing. He states that at that time, he was placed on three inhalers, Albuterol, Serevent and another unknown inhaler. He states that he takes one inhaler twice a day, one three times a day and one prn. He states that the inhalers decreased the wheezing and he has no side effects from the medications. He states that he last asthma attach was approximately three months ago where he was seen in the emergency room and treated with a nebulizer treatment and then sent home. He states that he has about 1-2 asthma attacks per week which do not require being seen in the emergency room and he states that he takes his inhalers and the attacks with the wheezing usually go away within an hour or so. The patient admits to having occasional shortness of breath at rest, one block dyspnea on exertion, a cough productive of yellow or whitish sputum daily, but no hemoptysis and no anorexia.

PHYSICAL EXAMINATION: Vital signs: Temperature 98.5, pulse 77, respirations 18, weight 202 pounds, height 72 inches. Blood pressure 126/62. General: Well developed, well nourished male seen in no acute distress. Awake. Oriented to person, place and time. Cooperative. Neck: Supple and without masses. No thyromegaly. No carotid artery bruits. No jugular venous distension at a 30 degree angle. Chest: Symmetrical expansion. Lungs are clear to auscultation and percussion. No rales, wheezes or rhonchi auscultated. Heart: The point of maximum intensity is in the fifth intercostal space in the mid-clavicular line. Regular rhythm to the heart. Normal S1 and S2 heart sounds. No S3 or S4 sounds, murmurs or clicks auscultated. Abdomen soft, nontender. Active bowel sounds. No hepatosplenomegaly. No umbilical or ventral hernia noted. Extremities: No cyanosis or clubbing of the fingers noted bilaterally. No pretibial or pedal edema noted bilaterally. There is no kyphoscoliosis or pectus excavatum noted. There patient has no weight loss or weight gain.

D. DIAGNOSTIC AND CLINICAL TESTS:

   1. CHEST---THERE IS NO CARDIAC, PULMONARY OR PLEURAL ABNORMALITY. MULTIPLE CALCIFIED GRANULOMAS ARE SEEN IN THE HILAR REGIONS AND PERIHILAR AREA.
   2. PFT---PRE FVC=55%. POST FVC=63%. PRE FEV1=58%. POST FEV1=68%. PRE FEV1/FVC=88%. POST FEV1/FVC=89%. DLCO=79%.

E. DIAGNOSIS:

   1. ASTHMA

DD: 06/01/04  DT: 06/04/04  MT: 112/kkm

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Health Summary

Jan 27, 2005

TA61591

216

06/01/2004    HAND, THUMB, AND FINGERS
    Priority of Exam: OTHER
 Examining provider: ROSS, LISLIE
        Approved By: DR WITTER on 06/16/2004
Examination results:
PLACE OF EXAMINATION:  Central Alabama Veterans Healthcare System - East
Campus.

A.  REVIEW OF MEDICAL RECORDS:  The claimant's file was not available for a
review prior to the examination.

B.  MEDICAL HISTORY (SUBJECTIVE COMPLAINTS):  The patient states that he
injured his left middle finger while playing volleyball but he does not
remember the year.  He states that he was seen on sick call on that day, where
x-rays were taken.  He states that they showed a boutonniere injury to the
tendon.  He states that his treatment consisted of splint of his finger.  He
was given physical therapy every day for one month, then three times per week
for one month, and finally once per week for two months.  He states that at the
present time he experiences sharp, throbbing, intermittent pain about five
times per month, which lasts for one to two days at a pain level of 7/10.  He
states that he takes an unknown pain medication, which reduces his pain and he
has no side effects from this medication.  He states that he also experiences
some stiffness, weakness, and a decrease in strength of his finger.  He states
that cold weather seems to precipitate the pain.  The pain is alleviated with
the pain medication.  He states that it has no heat or redness of the finger.
He states that he has flare-ups of the condition where the pain is sharp and
constant mainly in the wintertime with the pain level being 10/10.  This is
precipitated by cold weather and he has some decrease and limitation of range
of motion during that time.

C.  PHYSICAL EXAMINATION (OBJECTIVE FINDINGS):  VITAL SIGNS:  Temperature 98.5.
Pulse 77.  Respirations·18.  Weight 202 pounds.  Height 72 inches.  Blood
pressure 126/62.

1.  Not applicable.

2.  This is a well-nourished male who is in no acute distress.  He is alert.
He is oriented to person, place, and time.  He is cooperative.

3.  LEFT HAND:  Evaluation of the multiple digits of the hand shows the
following:  Leftt Index finger flexion of the metatarsophalangeal joint is from
0-90 degrees.  The proximal interphalangeal joint shows flexion from 0-100
degrees.  The distal proximal interphalangeal joint flexion is from 0-45
degrees.  The middle finger shows flexion for the metacarpal phalangeal joint
is from 0-75 degrees without pain.  The proximal interphalangeal joint flexion

---

| **VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Health Summary

is from 0-75 degrees without pain. The distal proximal interphalangeal joint flexion is 0-13 degrees without pain. The ring finger shows metacarpal phalangeal joint flexion from 0-90 degrees without pain. The proximal interphalangeal joint flexion is 0-100 degrees without pain. The distal interphalangeal joint flexion is 0-45 degrees without pain. The little finger shows metacarpal phalangeal joint flexion is from 0-90 degrees without pain. The proximal interphalangeal joint flexion is 0-100 degrees without pain. The distal interphalangeal joint flexion is 0-45 degrees without pain.

The index finger metacarpal phalangeal joint extension is 0-45 degrees without pain. The proximal interphalangeal joint extension is 0 degrees. The distal interphalangeal joint extension is 0 degrees. The middle finger metacarpal phalangeal joint extension is 0-45 degrees. The proximal interphalangeal joint extension is 0 degrees. The distal interphalangeal joint is 0 degrees. The ringer finger metacarpal phalangeal joint extension is 0-45 degrees. The proximal interphalangeal joint extension is 0 degrees. The distal interphalangeal joint extension is 0 degrees. The little finger metacarpal phalangeal joint is 0-45 degrees without pain. The p interphalangeal joint is 0 degrees without pain. The distal interphalangeal joint extension is 0 degrees without pain.

Evaluation of the left hand as a unit shows the following: The tip of the thumb is able to approximate the tips of the index, middle, ringer, and little fingers without difficulty. The tips of the thumb, index finger, ring finger, and little are all able to approximate the proximal transverse crease of the palm without difficulty. The middle finger is able to approximate the proximal transverse crease of the palm within 0.8 cm. The index, middle, ring, and little fingers air entry able to touch the thumb pad without difficulty. The strength for pushing, pulling, and twisting of the thumb, index, middle, ring, and little fingers is normal for all fingers. Dexterity for twisting, probing, writing, touching, and expression is normal for the thumb, index, middle, ring, and little fingers. There is no increase in pain, lack of endurance, weakness, or limitation of the range of motion with repetitive use of the thumb, index, middle, ring or little fingers. There is no edema, deformity, crepitation, or tenderness of the hand noted.

D. DIAGNOSTIC AND CLINICAL TESTS:

   1. LEFT HAND---WITHIN NORMAL LIMITS


E. DIAGNOSIS:

   1. OLD LEFT MIDDLE FINGER SPRAIN
   2. CHRONIC LEFT MIDDLE FINGER STRAIN WITH NO FUNCTIONAL LOSS DUE TO
      PAIN; AND NO WEAKNESS, LACK OF ENDURANCE, PAIN, OR DECREASED RANGE
      OF MOTION WITH REPETITIVE USE

---

# Health Summary

DICTATED BY: Leslie Ross, MD DD:  06/01/04;  DT:  06/04/04;  j:  061572;
MT:   270/rp

**218**

TA061572


06/01/2004    SPINE
    Priority of Exam: OTHER
 Examining provider: ROSS,LISLIE
        Approved By: DR WITTER on 06/16/2004
Examination results:
PLACE OF EXAMINATION:  Central Alabama Veterans Healthcare System - East
Campus.


A.  REVIEW OF MEDICAL RECORDS:  There were no medical records available for
review prior to the examination.


B.  MEDICAL HISTORY (SUBJECTIVE COMPLAINTS):  The patient complains of having
lower back pain for years.  He states that he has had a magnetic resonance
imaging performed on May 28, 2004 but he does not know the results of it yet.
He states that he has a sharp, constant, daily pain in his lower back with the
pain level being 10/10.  He states that he takes Tramadol 50 mg three times per
day, which reduces the pain and he has no side effects from this medication.
He also takes Flexeril 10 mg twice per day, which also decreases the pain and
he has no side effects from this medication.  He states that he has no
flare-ups of his lower back condition.  He states that he has no weight loss,
fevers, malaise, dizziness or visual disturbances.  He admits to having
numbness and weakness in his legs occasionally.  He has no bladder complaints,
bowel complaints, or erectile dysfunction as a result of his back.  The patient
walks unaided and does not require the use of a cane, crutches, or a walker.
He sates that he does wear a lumbosacral support.  The patient states that he
can walk for one block and it takes several minutes to do so.  The patient is
not unsteady and denies any history of falls.  The patient states that he has
had no injuries or trauma to his back.  He also denies having any surgery on·
his lumbar spine.  He states that  his condition does interfere with walking,
toileting, and his occupation.  He states that he does not go to work when his
back feels real painful.  It also interferes with his recreational activities
in that he cannot do anything.  The pain also interferes with his driving if he
has to drive over 50 miles.  He has to get his girlfriend to drive him.  He
states that his condition does not interfere with his dressing, bathing,
grooming, or eating.


C.  PHYSICAL EXAMINATION (OBJECTIVE FINDINGS):  VITAL SIGNS:  Temperature 98.5.
Pulse 77.  Respirations 18.  Weight 202 pounds.  Height 72 inches.  Blood
pressure 126/62.  GENERAL:  This is a well-developed, well-nourished male who
is in no acute distress.  He is alert.  He is oriented to person, place, and
time.  He is cooperative.  BACK:  The patient has severe spasm of his
paraspinous muscles bilaterally but no tenderness is present.  There is no

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029       Printed at CENTRAL ALABAMA HCS
419087667

# Health Summary

kyphosis or scoliosis present.  The patient has some decrease in the normal 219 lordotic curvature of the spine.  The patient is wearing a lumbosacral corset. His range of motion for forward flexion is 0- 30 degrees with pain.  Extension is 0-14 degrees with pain.  Left lateral flexion is 0-20 degrees with pain. Right lateral flexion is 0-21 with pain.  Left rotation is 0-25 degrees with pain.  Right rotation is 0-16 degrees with pain.  All range of motion measurements are for active and passive range of motion.  There is no increase in pain, weakness, fatigue or lack of endurance with repetitive use.  There is no decrease in the range of motion with repetitive use.  NEUROLOGICAL EXAMINATION:  The Cranial nerves II-XII are grossly intact.  There is normal sensation to pinprick and vibratory sense of both upper extremities and both lower extremities.  The deep tendon reflexes are 2/4 in both upper extremities and both lower extremities.  Strength is 5/5 in both upper extremities and both lower extremities. RECTAL EXAMINATION:  There is normal sensation in the rectum.  There are no internal or external hemorrhoids or palpable rectal masses.  Volitional control is normal.  Lasegue sign is negative.

D. DIAGNOSTIC AND CLINICAL TESTS:

   1. LUMBOSACRAL SPINE---NARROWED L5-S1 INTERVERTEBRAL SPACE
   2. CT LUMBAR SPINE W/O CONT---HERNIATED L5/S1 DISC IS SUSPECTED.


E. DIAGNOSIS:

   1. CHRONIC LUMBOSACRAL SPINE STRAIN WITH SEVERE FUNCTIONAL LOSS DUE TO
      PAIN FOR FLEXION, EXTENSION, AND RIGHT AND LEFT LATERAL FLEXION, AND
      RIGHT ROTATION; MODERATE FUNCTIONAL LOSS DUE TO PAIN FOR LEFT
      ROTATION; AND NO ADDITIONAL LIMITATION OF RANGE OF MOTION DUE TO
      PAIN, WEAKNESS, FATIGUE, OR LACK OF ENDURANCE WITH REPETITIVE USE
   2. HERNIATED L5-S1 DISC OF LUMBOSACRAL SPINE


DICTATED BY:  Leslie Ross, MD DD:   06/01/04;   DT:   06/04/04;   j:  061598;
MT:   270/rp

TA061598

*** END **********   CONFIDENTIAL C&P EXAM SUMMARY   pg. 1 *******************

# Health Summary

```
-------------------------- SR - Surgery Reports --------------------------
                                                                        220
08/21/2003          Orthopedics-Amb          Surgeon: CHUNG,TAI Q
             Status: (Completed)           Prin Anest: NAMKOONG,WON
      Pre-op Diag(s): Internal Derangement right Knee (Unverified)
     Post-op Diag(s): Tear Medial Meniscus right Knee (Unverified)
                      Int Derangement Knee NOS (Unverified)
   Operative Proc(s): Right Knee Arthroscopy and Menisectomy - Knee
                       Arthroscopy/Surgery (CPT 29881)
                          Right Side (CPT Mod RT)
                      Knee Arthroscopy/Surgery (CPT 29877)
                          Multiple Procedures (CPT Mod 51)
                          Right Side (CPT Mod RT)
            Lab Work: Yes


------------------------------ OPC - ICD Codes ------------------------------


   No data available

*** END ***********  CONFIDENTIAL OP REPORT SUMMARY    pg. 1 *******************
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

```
         TITLE: PM&RS PHYSICAL THERAPY DAILY NOTE
DATE OF NOTE: JAN 13, 2005@13:42:53  ENTRY DATE: JAN 13, 2005@13:42:53   221
      AUTHOR: MOORE,CARL JR       EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED
```

Physical Therapy Daily Note

Name: WORKS,TYRON
SSN:  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
Date: 1/13/2005
DX: LOWBACK PAIN
Treatment Provided:

( ) Initial Evaluation
( ) Discharged evaluation
( ) Interim evaluation
( ) Gait training - 15 min
( ) Home visit
(X ) Hot pack  TO LOWBACK
( ) Hubbard tank- 15 min - temp 98-100F
( ) Whirlpool-temp 98-100F
( ) Joint mobilization
( ) Neuromuscular -15 min
( ) Orthotic (checkout list) -15 min
( ) Vasopneumatic devices
( ) Prosthetic training -15 min
( ) Self care training -15 min
( ) Telephone calls
( ) Patient counseling/ coordinating care
( ) Family education
(X ) Documentation
( ) Biofeedback
( ) Cold pack
( ) Conference
(X ) Electrical stimulation -15 min LOWBACK
( ) Therapeutic exercise -15 min
( ) Mechanical traction
(X ) Massage-15 min
( ) Diathermy
(X ) Ultrasound -15 min LOWBACK
( ) Paraffin
( ) Fluidotherapy
( ) TENS
( ) Wound care
( ) Debridement
( ) Neuromuscular -15 min

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

( ) Reeducation

222

Patient's Response to Treatment:
(X ) Tolerated treatment well
( ) C/O:


Treatment Time:
( ) 15 Min.          ( ) 45 Min.
( ) 30 Min.
                    (X ) 60 Min.

/es/ CARL MOORE JR
REGISTERED PHYSICAL THERAPIST
Signed: 01/13/2005 13:43


         TITLE: PM&RS PHYSICAL THERAPY DAILY NOTE
DATE OF NOTE: JAN 11, 2005@14:26:03  ENTRY DATE: JAN 11, 2005@14:26:03
      AUTHOR: MOORE,CARL JR        EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED


                    Physical Therapy Daily Note


Name: WORKS,TYRON
SSN:  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
Date: 1/11/2005
DX: LOWBACK PAIN
Treatment Provided:

( ) Initial Evaluation
( ) Discharged evaluation
( ) Interim evaluation
( ) Gait training - 15 min
( ) Home visit
(X ) Hot pack  TO LOWBACK
( ) Hubbard tank- 15 min - temp 98-100F
( ) Whirlpool-temp 98-100F
( ) Joint mobilization
( ) Neuromuscular -15 min
( ) Orthotic (checkout list) -15 min
( ) Vasopneumatic devices
( ) Prosthetic training -15 min
( ) Self care training -15 min
( ) Telephone calls
( ) Patient counseling/ coordinating care

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

223

( ) Family education
(X) Documentation
( ) Biofeedback
( ) Cold pack
( ) Conference
(X) Electrical stimulation -15 min LOWBACK
( ) Therapeutic exercise -15 min
( ) Mechanical traction
(X) Massage-15 min
( ) Diathermy
(X) Ultrasound -15 min LOWBACK
( ) Paraffin
( ) Fluidotherapy
( ) TENS
( ) Wound care
( ) Debridement
( ) Neuromuscular -15 min
( ) Reeducation

Patient's Response to Treatment:
(X) Tolerated treatment well
( ) C/O:


Treatment Time:
( ) 15 Min.            ( ) 45 Min.
( ) 30 Min.
( X ) 60 Min.

/es/ CARL MOORE JR
REGISTERED PHYSICAL THERAPIST
Signed: 01/11/2005 14:27


        TITLE: PM&RS PHYSICAL THERAPY DAILY NOTE
DATE OF NOTE: JAN 06, 2005@13:51:02   ENTRY DATE: JAN 06, 2005@13:51:02
        AUTHOR: GAILLARD,BARBARA     EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED


                    Physical Therapy Daily Note


Name: WORKS,TYRON
SSN: 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
Date: 1/6/2005
DX: LOWBACK PAIN
Treatment Provided:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 72**

# Progress Note

Jan 27, 2005

224

```
(  ) Initial Evaluation
(  ) Discharged evaluation
(  ) Interim evaluation
(  ) Gait training - 15 min
(  ) Home visit
(X ) Hot pack  TO LOWBACK
(  ) Hubbard tank- 15 min - temp 98-100F
(  ) Whirlpool-temp 98-100F
(  ) Joint mobilization
(  ) Neuromuscular -15 min
(  ) Orthotic (checkout list) -15 min
(  ) Vasopneumatic devices
(  ) Prosthetic training -15 min
(  ) Self care training -15 min
(  ) Telephone calls
(  ) Patient counseling/ coordinating care
(  ) Family education
(X ) Documentation
(  ) Biofeedback
(  ) Cold pack
(  ) Conference
(X ) Electrical stimulation -15 min LOWBACK
(  ) Therapeutic exercise -15 min
(  ) Mechanical traction
(X ) Massage-15 min
(  ) Diathermy
(X ) Ultrasound -15 min LOWBACK
(  ) Paraffin
(  ) Fluidotherapy
(  ) TENS
(  ) Wound care
(  ) Debridement
(  ) Neuromuscular -15 min
(  ) Reeducation

Patient's Response to Treatment:
(X ) Tolerated treatment well
(  ) C/O:


Treatment Time:
(  ) 15 Min.            (  ) 45 Min.
(  ) 30 Min.            (X ) 60 Min.

/es/ BARBARA E GAILLARD
RPT
Signed: 01/07/2005 08:15
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

225

```
        TITLE: EMG CONSULT
DATE OF NOTE: JAN 05, 2005@14:52    ENTRY DATE: JAN 05, 2005@14:52:35
      AUTHOR: LAIPRASERT,JIRAPUN    EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

see report

/es/ JIRAPUN LAIPRASERT
PHYSICIAN/PM&R MANAGER
Signed: 01/05/2005 14:53
```

```
        TITLE: PM&RS PHYSICAL THERAPY EVALUATION
DATE OF NOTE: JAN 04, 2005@10:40:41  ENTRY DATE: JAN 04, 2005@10:40:41
      AUTHOR: MOORE,CARL JR          EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED


                    PHYSICAL THERAPY EVALUATION
Circle & Date:1-4-05

Initial:X       REASSESSMENT:          DISCHARGE:

PATIENT NAME: WORKS,TYRON     SSN: 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    OUTPATIENT

DIAGNOSIS: LOW BACK                 SECONDARY DX :

ONSET DATE: 11-4-04

PREMORBID STATUS/BARRIERS: NONE

PROGNOSIS FOR REHAB POTENTIAL: FAIR

SAFETY PRECAUTIONS: NONE

FUNCTIONAL LIMITATIONS: LOW BACK

*******PLEASE INSERT AN [X] FOR THE CORRECT RESPONSE***********

[ ]MENTAL        [ ]CARDIOVASCULAR              [ ]AMBULATION
[ ]SPEECH        [ ]RESPIRATORY
[ ]VISION        [ ]BOWEL/BLADDER (INCONTINENCE)[ ]CONTRACTURE
[ ]HEARING       [ ]OTHER/SPECIFIC              [ ]PARALYSIS
[ ]SENSATION                                    [ ]ENDURANCE
Cognition/Expression: NORMAL
                                               [ ]AMPUTATION
```

# Progress Note

Jan 27, 2005

226

| STRENGTH: | LEFT | RIGHT | ROM | LEFT | RIGHT |
|-----------|------|-------|-----|------|-------|
| SHOULDER: | N | N | | N | N |
| ELBOW: | N | N | | N | N |
| WRIST: | N | N | | N | N |
| FINGERS: | N | N | | N | N |
| HIPS: | F+ | F+ | | FORWARD BENDING-60CM | |
| KNEE: ANKLE: | F+ | F+ | | WFL | WFL |

POSTURE:Gait,Distance,Device,Balance, Assistive Modality: WFL

EXERCISE PROGRAM:[ ]PROM    [ ]JAAROM    [ ]RESISTIVE    LBS.
                 [ ]COORDINATION    [ ]STRETCHING

#REPETITIONS [ ]RUE    [ ]RLE    [ ]LUE    [ ]LLE    [ ]NECK
             [ ]BACK

ASSESSMENT:  Patient's response to treatment: TBA

TREATMENT PLANS: ULTRASOUND, HOT PACKS, MASSAGE AND MCKENZIE EXERCISES
                2 XWK FOR 4WKS (T&TH@10AM) BY DR.LAIPRASERT

GOALS:TO REDUCE PAIN

SHORT TERM GOALS: TO REDUCE PAIN IN THE LOWER BACK FROM 8/10 TO 4/10.

LONG TERM GOALS: TO REDUCE ALL PAIN TO 2/10.

ACHIEVEMENT OF GOALS: TBA

REASON FOR DISCHARGE: HEALED OR PATIENT REACHED MAXIMUM BENEFIT FROM PT
                      TREATMENTS.

TX DATES FROM : 1-4-05    TO        # OF TX:
SESSIONS ATTENDED:          MISSED:
HOMEBOUND STATUS:

RECOMMEND HOME PROGRAM: ONGOING!

PATIENT & FAMILY EDUCATION:ONGOING!

/es/ CARL MOORE JR
REGISTERED PHYSICAL THERAPIST
Signed: 01/04/2005 10:56

        TITLE: PLAN OF TREATMENT-OUTPATIENT REHABILITATION

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 75**

# Progress Note

Jan 27, 2005

DATE OF NOTE: JAN 04, 2005@09:20      ENTRY DATE: JAN 10, 2005@09:20:29      227
      AUTHOR: CHAMBLISS,VERDELLE G EXP COSIGNER:
      URGENCY:                                STATUS: COMPLETED

          PLAN OF TREATMENT FOR OUTPATIENT REHABILITATION:

The patient listed here has been evaluated per consult from you or your
service by  PT .

Medical Center Policy mandates that this patient's physician review the
PLAN OF CARE (POC) at the start of treatment and EVERY 30 DAYS thereafter.
Your SIGNATURE IS REQUIRED for the complete processing of your patient's
POC. My electronic signature below as the first signer designates me as
the creator of this POC and your electronic signature below mine is your
CERTIFICATION that these services as presented in the plan are necessary
to meet the patient's needs.

TYPE OF SERVICE REQUESTED.........:  PT
PRIMARY MEDICAL DIAGNOSIS.........: LOW BACK PAIN
ONSET DATE OF MEDICAL DIAGNOSIS...:
TREATMENT DIAGNOSIS...............: LOW BACK PAIN

PRIOR HOSPITALIZATION DATES...FROM: TO:N/A
(if relevant to this POC)
CERTIFICATION............FROM:Jan 4,2005 THROUGH:Jan 28,2005
SERVICE DATES............FROM:Jan 4,2005 THROUGH:Jan 28,2005

START OF CARE (SOC) DATE..........: Jan 4,2005
# VISITS SINCE SOC................: 0
FREQUENCY/DURATION OF TREATMENT...: 2 WEEKS FOR 4 WEEKS

INITIAL ASSESSMENT AND PLAN OF CARE:
(SEE BELOW AND ALSO **** NOTE OF ***** FOR FURTHER DETAILS):
(summary/impressions, prognosis, functional goals, time frames, etc.)

FUNCTIONAL LEVEL PROGRESS REPORT/FUNCTIONAL MEASURES (at end of 30 day
period relate documentation of functional outcomes and remaining
problems):
Services: Continue Services
DIAGNOSIS: LOW BACK                    SECONDARY DX :

ONSET DATE: 11-4-04

PREMORBID STATUS/BARRIERS: NONE

PROGNOSIS FOR REHAB POTENTIAL: FAIR

SAFETY PRECAUTIONS: NONE

---

# Progress Note

Jan 27, 2005

FUNCTIONAL LIMITATIONS: LOW BACK

228

*******PLEASE INSERT AN [X] FOR THE CORRECT RESPONSE***********

[ ] MENTAL          [ ] CARDIOVASCULAR              [ ] AMBULATION
[ ] SPEECH          [ ] RESPIRATORY
[ ] VISION          [ ] BOWEL/BLADDER (INCONTINENCE) [ ] CONTRACTURE
[ ] HEARING         [ ] OTHER/SPECIFIC              [ ] PARALYSIS
[ ] SENSATION                                       [ ] ENDURANCE
Cognition/Expression: NORMAL
                                                    [ ] AMPUTATION


STRENGTH:        LEFT    RIGHT          ROM     LEFT    RIGHT
SHOULDER:        N       N                      N       N
ELBOW:           N       N                      N       N
WRIST:           N       N                      N       N
FINGERS:         N       N                      N       N
HIPS:            F+      F+                 FORWARD BENDING-60CM
KNEE: ANKLE:     F+      F+                     WFL     WFL


POSTURE:Gait,Distance,Device,Balance, Assistive Modality: WFL


EXERCISE PROGRAM:[ ] PROM    [ ] JAAROM    [ ] RESISTIVE    LBS.
                 [ ] COORDINATION    [ ] STRETCHING

#REPETITIONS [ ] RUE    [ ] RLE    [ ] LUE    [ ] LLE    [ ] NECK
             [ ] BACK

TREATMENT PLANS: ULTRASOUND, HOT PACKS, MASSAGE AND MCKENZIE EXERCISES
                 2 XWK FOR 4WKS (T&TH@10AM) BY DR.LAIPRASERT

GOALS:TO REDUCE PAIN

SHORT TERM GOALS: TO REDUCE PAIN IN THE LOWER BACK FROM 8/10 TO 4/10.

LONG TERM GOALS: TO REDUCE ALL PAIN TO 3/10.

REASON FOR DISCHARGE: PATIENT REACHED MAXIMUM BENEFIT FROM PT
                      TREATMENTS.

TX DATES FROM : 1-4-05    TO          # OF TX:
SESSIONS ATTENDED:          MISSED:
HOMEBOUND STATUS:

RECOMMEND HOME PROGRAM: ONGOING!

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

PATIENT & FAMILY EDUCATION:ONGOING!

229

/es/ VERDELLE G CHAMBLISS
CHIEF OF P.T.
Signed: 01/10/2005 09:25

---

          TITLE: PM&RS CONSULT
DATE OF NOTE: DEC 29, 2004@11:29    ENTRY DATE: DEC 29, 2004@11:29:56
      AUTHOR: LAIPRASERT,JIRAPUN    EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

see #44251

/es/ JIRAPUN LAIPRASERT
PHYSICIAN/PM&R MANAGER
Signed: 12/29/2004 11:30

---

          TITLE: PM&RS CONSULT
DATE OF NOTE: DEC 29, 2004@10:00    ENTRY DATE: DEC 29, 2004@14:26:25
      AUTHOR: LAIPRASERT,JIRAPUN    EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

HISTORY OF PRESENT ILLNESS: He is a 32-year-old veteran who was
referred over here by Dr. Joshi for his chronic low back pain. He
indicated to me that the pain has been getting more problematic and
interferes with his physical activity. A dull achy pain is described
in his low back with occasional radiated pain down to the right foot.
Muscle spasm of the back is also evident and that interferes with his
flexibility. He has been seen and treated conservatively. His
magnetic resonance imaging study in May indicated desiccation of L5
and S1 and had been seen by Orthopedics as well. His underlying
medical problems included asthma, tear of cartilage and meniscus of
the knee, chronic headaches and migraines, gastroesophageal reflux
disorder, and degenerative disease of the spine intervertebral disks
in the lumbar region. All of these underlying medical problems are
taken care of by Dr. Joshi.

PHYSICAL EXAMINATION: Physical examination reveals that he is alert,
oriented, and not in acute distress - very calm and collected
gentleman. Examination is focused in his low back. The thoracolumbar
flexibility is limited in all directions including anterior bending.
The paraspinous muscles are increased in tone more so on the right
side. Tenderness is also noted at the lumbosacral region more so on
the right side. The posterior sacroiliac spine joint is nontender.
Modified straight leg raising is negative. The deep tendon reflexes

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 78**

# Progress Note

Jan 27, 2005

are 2+ in the knees and the ankles.  Muscle strength and range of
*motion of the lower extremities are in functional range.*

230

IMPRESSION:  The impression here is chronic low back pain and L5-S1
desiccation of the disk with radiculopathy along the L5-S1
distribution.

RECOMMENDATION:  The recommendations here are for physical therapy for
a trial twice a week for four weeks.  The treatment includes
ultrasound high-voltage stimulation, manual massage, stretching
exercise, and also to introduce the McKenzie exercises for the home
program.  He also will get instructions of biomechanics of the low
back.  We plan to discharge at the end of the treatment.  The patient
is to follow through with his Primary Care.  I understand that the
patient is also being requested for an electromyogram study sometime
next week.  He should make arrangements according to his schedule
here.

DD:  12/29/04;  DT:  12/29/04;  MT:  139/njb

#MT#44251#MAP1229B.139


/es/ JIRAPUN LAIPRASERT
PHYSICIAN/PM&R MANAGER
Signed: 01/04/2005 09:41

---

         TITLE: PHYSICIAN NOTE-PRIMARY CARE
DATE OF NOTE: NOV 30, 2004@10:43      ENTRY DATE: NOV 30, 2004@10:43:37
      AUTHOR: JOSHI,RUPEN S      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

32 yr sunscheduel d pt of MS Bell-Chief Complaint:Evaluated at Baptist East ER
yesterday for complaints
of back pain. Denies specific incident or injury which precipitated the
pain. Insructed to follow up today with PCC provider for possible MRI
consult. Patient states pain is worse with movement
no change  in urine or bm
o/e aaox3,no idstress,



lungs:clear
heart:S1s2rr
mil d l/s spin  tenderness,slr + b/l
power 5/5

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

VISTA Electronic Medical Documentation

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

walks  without helps

231

mri  l/s psin e 5/04  explaiedn  to pt mil ddesication 15-sl

A/p
1)CH back pain/ddd  on mu relaxor and narcotics already  ,back brace,heat pad
which helps
needs physical therapy  for ch back pain,,reschedule  ncv/emg

pt to go to rehab for schedulin gappointment

fu pcp ,prn  early  fi any change

/es/ RUPEN S JOSHI
MD
Signed: 11/30/2004 10:56

          TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: NOV 30, 2004@09:58    ENTRY DATE: NOV 30, 2004@09:58:02
       AUTHOR: SEARCY,STACEY L    EXP COSIGNER:
       URGENCY:                        STATUS: COMPLETED

WORKS,TYRON                   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

Age:   32
Gender: MALE

Vital Signs:
        T: 97.9 F [36.6 C] (11/30/2004 09:56)
        P: 78 (11/30/2004 09:56)
        R: 16 (11/30/2004 09:56)
      B/P: 135/73 (11/30/2004 09:56)
     PAIN: 4 (11/30/2004 09:56)
       HT: 72 in [182.9 cm] (06/28/2004 14:57)
       WT: 203 lb [92.3 kg] (11/30/2004 09:56)

Pulse OX: 98

MODE OF ARRIVAL:Ambulatory
Other:

Chief Complaint:Evaluated at Baptist East ER yesterday for complaints

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

VISTA Electronic Medical Documentation

Printed at CENTRAL ALABAMA HCS

# Progress Note

of back pain. Denies specific incident or injury which precipitated the pain. Insructed to follow up today with PCC provider for possible MRI consult. Patient states pain is worse with movement. Refer to team

232

Was the patient given emergent care prior to arrival?

Did you try to do anything to relieve your problem prior to your arrival?

Was it effective?

Last Tetanus:

Immunization:

Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:

OTC Medicines:

Active Medications:Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| ================================================================= | |
| 1)  RANITIDINE HCL 150MG (ZANTAC) TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR STOMACH WITH FOOD FOR STOMACH | ACTIVE |
| 2)  TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR PAIN | ACTIVE |

Triage Category:
      Non Urgent

Disposition to:
Primary Care Team:    Yellow Team
Other:

/es/ STACEY L SEARCY
RN, BSN
Signed: 11/30/2004 10:00

         TITLE: NURSING EXIT INTERVIEW
DATE OF NOTE: JUN 28, 2004@16:57      ENTRY DATE: JUN 28, 2004@16:57:15

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

VISTA Electronic Medical Documentation

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

AUTHOR: URQUHART,KIMBERLY J   EXP COSIGNER:
URGENCY:                           STATUS: COMPLETED

**233**

Name: WORKS,TYRON
SSN:  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


1. Do you understand what the provider wants you to do concerning your
   medical condition.      Yes

2. Do you understand your medical condition, your test and lab reports,
reasons for procedures, medication and side effects?      Yes

3. Do you know what to do if your condition get worse?      Yes

4. Do you feel that you were involved in decision making about your care?
       Yes        .

5. Is there anything more that you want to know about your condition or
treatment plan?      No

6. Other Comments: Instructed to call in 2 weeks if he has not heard from PM&R.

/es/ KIMBERLY J. URQUHART
RN
Signed: 06/28/2004 16:58

---

        TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: JUN 28, 2004@16:52      ENTRY DATE: JUN 28, 2004@16:52:52
        AUTHOR: URQUHART,KIMBERLY J   EXP COSIGNER:
        URGENCY:                           STATUS: COMPLETED


            CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEMS


Name: WORKS,TYRON            SSN: 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

Initial Assessment (  )
Reassessment        (x  )


1. Pain Rating: 0 =No Pain      10= Greatest Pain      [    ]
2. Are you currently receiving treatment for:
     (  )Arthritis              (  )Diabetic Neuropathy
     (x  )Lower Back Disorders  (  )Herpes Zoster(shingles)
     (  )Leg Cramps             (  )Headaches

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

( )Other Chronic pain condition (list)                                    234

3. Where is your pain? (list) lower back
   Worst in last month:         ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                                ( )6 ( )7 ( )8 ( )9 ( x )10
   Least in last month:         ( )0 ( )1 ( )2 ( )3 ( )4 (x )5
                                ( )6 ( )7 ( )8 ( )9 ( )10
   Average in last month:       ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                                ( )6 (x )7 ( )8 ( )9 ( )10
   Right Now:                   ( )0 ( )1 ( )2 ( )3 ( )4 (x )5
                                ( )6 ( )7 ( )8 ( )9 ( )10
   Patient pain intensity goal:( )0 ( )1 ( )2 ( )3 ( x )4 ( )5
                                ( )6 ( )7 ( )8 ( )9 ( )10

QUALITY:                              Frequency:

   Throbbing   ( )      Stabbing   ( )      Continual    ( x )
   Sharp       (x )     Burning    ( )       Intermittent    ( )
   Dull        (x )     Aching     (x )       With Movement   ( )
   Shooting    (x )     Radiating  ( )       Less than Daily( )
   Numb        ( )      Other:             Daily x's

OTHER INDICATORS:

   Anxiety        (x )      Facial Expression ( )
   Irritability   (x )      Restlessness       ( )
   Withdrawal     ( )       Guarding Behavior ( )

EXACERBATING FACTORS:

   Movement       (x )
   ADL's          (x )
   Stress         ( )
   Treatments     ( )
   Others:

ALLEVIATING FACTORS:

   Medication     (x )         Imagery      ( )
   Position       (x )         Relaxation   ( )
   Heat           ( )          Activity     ( )
   Cold           ( )          Describe:

Current Treatment or Medication/Treatment Efficiency 10 = Most Effective

1.Esgic     7
2.Voltaren 7
3.Ultram    7

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 83**

# Progress Note

Jan 27, 2005

235

```
*********THE FOLLOWING SECTION IS FOR CHRONIC PAIN ONLY****
Pain Interference:  0-does not interfere     10-Completely interferes
                    3-sleep

General activity  (  )0  (  )1  (  )2  (  )3  (  )4  (  )5
                  (  )6  (  )7  (  )8  ( x )9  (  )10
Mood              (  )0  (  )1  (  )2  (  )3  (  )4  (  )5
                  (  )6  (  )7  (x )8  (  )9  (  )10
Normal Work       (  )0  (  )1  (  )2  (  )3  (  )4  (  )5
                  (  )6  (  )7  (  )8  (x )9  (  )10
Ability to
Concentrate:      (  )0  (  )1  (  )2  (  )3  (  )4  (  )5
                  (  )6  (  )7  ( x )8  (  )9  (  )10
Relations with
other people      (  )0  (  )1  (  )2  (  )3  (  )4  (  )5
                  (  )6  (  )7  ( x )8  (  )9  (  )10
Enjoyment of life (  )0  (  )1  (  )2  (  )3  (  )4  (  )5
                  (  )6  (  )7  (  )8  (x )9  (  )10
Sleep             (  )0  (  )1  (  )2  (  )3  (  )4  (  )5
                  (  )6  (  )7  (  )8  ( x )9  (  )10


Plan of Care/Change required  ( x )yes     (  )No
Action:EMG ordered

Action:PM&R

Provider notified          ( x )Yes     (  )No
Return Visit Schedule      ( x )Yes     (  )No
Medication for pain ordered ( x )Yes    (  )No
Non-pharmacological treatment type:
Referral to Pain Management Program:
                           (  )Yes     ( x )No
Education related to pain management:
                           (  )Yes     (x )No
If yes, patient verbalized understanding:
                           (  )Yes     (  )No


/es/ KIMBERLY J. URQUHART
RN
Signed: 06/28/2004 16:56

Receipt Acknowledged By:
06/29/2004 08:30        /es/ KAREN BELL,CRNP


      TITLE: EKG
DATE OF NOTE: JUN 28, 2004@16:42:46  ENTRY DATE: JUN 28, 2004@16:42:46
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

Page 84

# Progress Note

Jan 27, 2005

AUTHOR: WEAVER,JOHN T          EXP COSIGNER:
URGENCY:                       STATUS: COMPLETED

236

DONE

/es/ JOHN T WEAVER

Signed: 06/28/2004 16:42

TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: JUN 28, 2004@15:36    ENTRY DATE: JUN 28, 2004@15:36:14
AUTHOR: BELL,KAREN J          EXP COSIGNER:
URGENCY:                       STATUS: COMPLETED

Called for this appt to get results of abnormal C&P eval x-rays.  States
having intermittent chest pain for a couple of months w/numbness in left arm;
states pain lasts about 30 min or more and is sitting down; states had
similar episodes in Germany in 2001.  Was hospitalized for several days but
nothing was found other than being told he had an abnormal ekg; was sent to
another hospital and had some type workup but nothing was found.  Companion
states pt frequently has heartburn, belching; states had symptoms "forever".


(o) A&O x 3; wdwn AA male nad
nursing assessment reviewed and agreed with
heart: RRR: no murmur auscultated
lungs: CTA: good bilateral breath sounds; good chest expansion
abd: nbs; soft; nt;/nd
extrem: no cyanosis or edema of extremities

(a) abnormal x-ray
intermittent chest pain
GERD
+ ptsd screen

(p) discussed x-ray reports
zantac for gerd
non-waiting EKG today
informed Ms.McLean of cancellation of pm&r appt x 2 by clinic
keep regularly scheduled appts w/me
refer for emg


Clinical Reminder(s)/
  C -PTSD SCREENING:
    --Click here if ANY question 2-4 was answered YES. (POSITIVE SCREEN)

---

**Page 85**

# Progress Note

Jan 27, 2005

Military:
    Patient declined PTSD screening at this encounter.

237

/es/ KAREN BELL,CRNP

Signed: 06/28/2004 16:30

---

        TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: JUN 28, 2004@15:01      ENTRY DATE: JUN 28, 2004@15:01:34
        AUTHOR: LEWIS,FRANCES P      EXP COSIGNER:
        URGENCY:                                STATUS: COMPLETED


WORKS,TYRON  32
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

SUBJECTIVE:  Patient states I was sent a letter after having my C & P exam
stating I had abnormal x-ray and need to get in contact with my provider, would
like to find out about abnormal x-ray; would like to be referred to another
orthopedic surgeon.


121/66 (06/28/2004 14:57)79 (06/28/2004 14:57)18 (06/28/2004 14:57)97.8 F [36.6
C] (06/28/2004 14:57)

PAIN:5 (06/28/2004 14:57)

Active Outpatient Medications (including Supplies):

|     | Active Outpatient Medications | Status |
| --- | --- | --- |
| 1)  | ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE USING) | ACTIVE |
| 2)  | DECONAMINE SR (PSEUDO 120/CTM 8) CAP TAKE 1 CAPSULE BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED | ACTIVE |
| 3)  | DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO NOT CRUSH, BREAK OR CHEW) | ACTIVE |
| 4)  | ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR HEADACHE | ACTIVE |
| 5)  | FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS EACH NOSTRIL TWICE A DAY FOR CONGESTION | ACTIVE |
| 6)  | SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60 DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING | ACTIVE |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Progress Note**

Page 86

Jan 27, 2005

233

            POUCH)
7)      TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH      ACTIVE
        EVERY 4 HOURS AS NEEDED FOR PAIN

OTC Medicines: None

Non VA Medications: None

Herbals: None

Allergies: MUSHROOMS, TYPHOID VACCINE

 Nutritional Screening:
1.  BMI >27      Yes-28
2.  BMI <21      No
3.  Unintentional weight loss/gain of 5 pounds or more in the past
month      No
4.  Follow-up nutrition education needed.      Yes

5.  Nutrition education by dietitian documented for obesity, hypertension,
    diabetes mellitus, elevated cholesterol, etc. within the past 24
    months.      Yes

EXERCISE SCREEN:MILD

Comments: Patient reports I walk some.

Assessment:  Patient alert, oriented, respirations regular with ease,
ambulatory.

Clinical Reminder(s)/
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user

Comments: Will refer above to provider.

/es/ FRANCES LEWIS
LPN
Signed: 06/28/2004 15:13
        TITLE: PHYSICIAN NOTE
DATE OF NOTE: JUN 15, 2004@10:32      ENTRY DATE: JUN 15, 2004@10:33:11

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

        AUTHOR: CHUNG,TAI Q       EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

Here to discuss his Lumbar spine MRI. This showed mild dessication at L5-S1
disc.
Disucss this pathology and his knee pathology with him. Exercises. No surgery
needed. RTC prn.

/es/ TAI Q CHUNG, MD
physician
Signed: 06/15/2004 10:36

        TITLE: S/D NURSING NOTE
DATE OF NOTE: JUN 15, 2004@10:15    ENTRY DATE: JUN 15, 2004@13:59:16
    AUTHOR: FERGUSON,LINDA       EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

VITAL SIGNS:
BP:   124/70 (06/15/2004 13:58)
T:    97 F [36.1 C] (06/15/2004 13:58)
P:    80 (06/15/2004 13:58)
R:    20 (06/15/2004 13:58)
WT:   205 lb [93.2 kg] (06/15/2004 13:58)
HT:   72 in [182.9 cm] (06/01/2004 10:34)
PAIN: 4 (06/15/2004 13:58)

ALLERGIES:
MUSHROOMS, TYPHOID VACCINE
pt here for follow up APPT FOR C/O RT KNEE PAIN AND BACK PAIN. REFER TO MD.

Clinical Reminder(s)/
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user

/es/ LINDA FERGUSON
RN
Signed: 06/15/2004 14:01

        TITLE: C&P NURSE NOTE
DATE OF NOTE: JUN 01, 2004@14:49    ENTRY DATE: JUN 01, 2004@14:49:49
    AUTHOR: KITT,EARNESTINE EDMONEXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

 S/O:  Veteran here for Compensation and Pension examination.
 Allergies/ Adverse Reactions: TYPHOID VACCINE, MUSHROOM
 VETERAN IN NAD AT THIS TIME.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

Dominant hand:    ()Left   (X)Right                          240
Current medications: PLEASE SEE VA MEDS PROFILE.

Intervention/Education:  Advised final decision on claim would
be sent from VARO when completed with stated understanding.

Plan:  Refer to Provider for exam.

/es/ EARNESTINE WIMBUSH KITT
LPN
Signed: 06/01/2004 14:51

---

         TITLE: IMAGE OF MRI
DATE OF NOTE: JUN 01, 2004@13:16      ENTRY DATE: JUN 01, 2004@13:16:05
      AUTHOR: MCGINNIS,JOSHUA E     EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

PLEASE VIEW IMAGE BY SELECTING, UNDER CPRS TOOLS MENU,
VISTA IMAGING DISPLAY.

/es/ JOSHUA E MCGINNIS

Signed: 06/01/2004 13:17

---

         TITLE: INTERDISPLINARY PATIENT AND TEACHING RECORD-PART I
DATE OF NOTE: MAY 19, 2004@10:44      ENTRY DATE: MAY 19, 2004@10:44:07
      AUTHOR: DUBOSE,VALERIE A     EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

Patient Name: WORKS,TYRON        SSN: 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

EDUCATIONAL ASSESSMENT            (Ability to learn,sensory/other
                                  limitations past knowledge of
                                  condition, obstacles to following
                                  treatment regimen.)

Ability  to Read:     YES ( x )        NO ( )
Learns best:   ( )Visual  ( )Hearing  ( x )Doing
Barrier:    ( )Emotional  ( )Language  ( )Physical
            ( )Hearing    ( )Mental   ( x )None
Readiness to learn: (x )yes    ( )No
Other: Cultural or Religious Practices: Methodist

Educational Needs /Plan/Goals: (State goals in terms of patient behavior).

Veteran will be knowledgeable of ways to attain/maintain optimal health

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

AEB: 1. Veteran will verbalize understanding/knowledge of current
        health status.                                                    **241**
     2. Veteran will state factors that potentate health complications.
     3. Veteran will state ways to maintain a healthy lifestyle:
        a. Verbalize understanding of prescribed diet.
        b. Verbalize understanding of recommended exercise regimen to
           help promote weight control and a healthy heart and lungs.
        c. Verbalize understanding of medications-dosage, route, side
           effects, and reason for each medication.

/es/ VALERIE A. DUBOSE
RN
Signed: 05/19/2004 10:45

---

          TITLE: PC-NURSING EXIT INTERVIEW
DATE OF NOTE: MAY 19, 2004@10:43     ENTRY DATE: MAY 19, 2004@10:43:29
      AUTHOR: DUBOSE,VALERIE A     EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Name: WORKS,TYRON
SSN:  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

1. Do you understand what the provider wants you to do concerning your
medical condition.  Yes ( x )    No (  )

2. Do you understand your medical condition, your test and lab reports,
reasons for procedures, medication and side effects? Yes ( x )  No (  )

3. Do you know what to do if your condition get worse?  Yes ( x ) No (  )

4. Do you feel that you were involved in decision making about your care?
   Yes ( x )  No (  )

5. Is there anything more that you want to know about your condition or
treatment plan?  Yes (  )  No ( x )

6. Other Comments:
Treatment plan/ plan of care reviewed with veteran and veteran verbalized
understanding.

/es/ VALERIE A. DUBOSE
RN

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

Signed: 05/19/2004 10:43                                          242

          TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: MAY 19, 2004@10:35    ENTRY DATE: MAY 19, 2004@10:35:26
      AUTHOR: DUBOSE,VALERIE A    EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED


            CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEMS


Name: WORKS,TYRON          SSN: 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

Initial Assessment ( x )
Reassessment       (  )


 1. Pain Rating: 0 =No Pain      10= Greatest Pain     [  5  ]
 2. Are you currently receiving treatment for:
     ( n )Arthritis            ( n )Diabetic Neuropathy
     ( y )Lower Back Disorders ( n )Herpes Zoster(shingles)
     ( n )Leg Cramps           ( y )Headaches
     ( y )Other Chronic pain condition: knees

3. Where is your pain? lower back pain
   Worst in last month:      ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                             ( )6 ( )7 ( )8 ( )9 ( x )10
   Least in last month:      ( )0 ( )1 ( )2 ( )3 ( x )4 ( )5
                             ( )6 ( )7 ( )8 ( )9 ( )10
   Average in last month:    ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                             ( )6 ( )7 ( x )8 ( )9 ( )10
   Right Now:                ( )0 ( )1 ( )2 ( )3 ( )4 ( x )5
                             ( )6 ( )7 ( )8 ( )9 ( )10
   Patient pain intensity goal:( x)0 ( )1 ( )2 ( )3 ( )4 ( )5
                             ( )6 ( )7 ( )8 ( )9 ( )10

QUALITY:                            Frequency:

  Throbbing  (  )    Stabbing  (  )    Continual   ( x )
  Sharp      (  )    Burning   (  )    Intermittent (  )
  Dull       (  )    Aching    ( x )    With Movement (  )
  Shooting   (  )    Radiating (  )    Less than Daily(  )
  Numb       (  )    Other:            Daily x's

OTHER INDICATORS:
  None          (x )
  Anxiety       (  )      Facial Expression (   )

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

**243**

| Irritability ( )       | Restlessness        ( ) |
| Withdrawal   ( )       | Guarding Behavior ( ) |

EXACERBATING FACTORS:
  None          (x )
  Movement      ( )
  ADL's         ( )
  Stress        ( )
  Treatments    ( )
  Others:

ALLEVIATING FACTORS:

  Medication    ( )          Imagery      ( )
  Position      ( x )        Relaxation   ( )
  Heat          ( x )        Activity     ( )
  Cold          ( )          Describe:

Current Treatment or Medication/Treatment Efficiency 10 = Most Effective

1. Tramadol- helps a little
2. Flemeril- helps a little
3.
Plan: Refer to clinic provider
*********THE FOLLOWING SECTION IS FOR CHRONIC PAIN ONLY****
Pain Interference:  0-does not interfere    10-Completely interferes
                    3-sleep

| General activity | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5 |
|                  | ( )6 ( )7 ( )8 ( )9 ( )10 |
| Mood             | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5 |
|                  | ( )6 ( )7 ( )8 ( )9 ( )10 |
| Normal Work      | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5 |
|                  | ( )6 ( )7 ( )8 ( )9 ( )10 |
| Ability to Concentrate: | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5 |
|                  | ( )6 ( )7 ( )8 ( )9 ( )10 |
| Relations with other people | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5 |
|                  | ( )6 ( )7 ( )8 ( )9 ( )10 |
| Enjoyment of life | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5 |
|                  | ( )6 ( )7 ( )8 ( )9 ( )10 |
| Sleep            | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5 |
|                  | ( )6 ( )7 ( )8 ( )9 ( )10 |

Plan of Care/Change required  ( )yes    ( )No
Action:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

```
Action:

Provider notified           (   )Yes      (   )No
Return Visit Schedule       (   )Yes      (   )No
Medication for pain ordered (   )Yes      (   )No
Non-pharmacological treatment type:
Referral to Pain Management Program:
                            (   )Yes      (   )No
Education related to pain management:
                            (   )Yes      (   )No
If yes, patient verbalized understanding:
                            (   )Yes      (   )No


/es/ VALERIE A. DUBOSE
RN
Signed: 05/19/2004 10:39
```

```
        TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: MAY 19, 2004@09:52    ENTRY DATE: MAY 19, 2004@09:52:06
    AUTHOR: BELL,KAREN J         EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED

   *** NURSE PRACTITIONER GENERAL NOTE Has ADDENDA ***


In for scheduled visit.  States having to take ultram every 4-5 hours,
flexeril tid and voltaren bid; not controlling pain.  Also would like
referral back to ortho clinic concerning knees; last knee surgery 8/03.
Asthma symptoms doing well w/serevent, ventolin.  Esgic does help
w/headaches.  nasalide and deconamine contolling allergy symptoms pretty
well.

(o) A&O x 3: wdwn AA male nad
nursing assessment reviewed and agreed with
heart: RRR; no murmur auscultated
lungs: CTA: good bilateral breath sounds; good chest expansion
extrem: no cyanosis or edema of extremities; surgical scars on knees
bilaterally
back pain on minimal flexion, extension; more liberal side to side motion;
back pain on SLR bilaterally

(a) back pain
chronic knee pain > frequency, intensity (R) than left
asthma - improved w/current med
chronic migraine - stable; esgic helping somewhat

(p) Lortab until MRI results available: per Dr. Witter
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

continue current medication
refer to ortho (pt unaware of rtc requested at ortho visit)
rtc 6 mo w/basic metabolic profile (on NSAID), cbc, ua, dietary appt
Pt aware of PM&R, MRI appts:

**245**

/es/ KAREN BELL,CRNP

Signed: 05/19/2004 10:35

05/19/2004 ADDENDUM                    STATUS: COMPLETED
to prosthetics for back corset

/es/ KAREN BELL,CRNP

Signed: 05/19/2004 10:38

```
        TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: MAY 19, 2004@09:30    ENTRY DATE: MAY 19, 2004@09:30:40
    AUTHOR: RODGERS,CHERRY D    EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED
```

WORKS,TYRON  32
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

SUBJECTIVE:F/U APPOINTMENT C/O LOWER BACK PAIN{5}.I AM HERE TO DISCUSS
WITH THE DOCTOR HOW THE TRAMADOL IS WORKING AND THE RESULTS OF CT/X-
RAYS I HAD DONE ON MY BACK.

118/60 (05/19/2004 09:28)75 (05/19/2004 09:28)20 (05/19/2004 09:28)99 F [37.2
C] (05/19/2004 09:28)

PAIN:5 (05/19/2004 09:28)

Active Outpatient Medications (including Supplies):

```
    Active Outpatient Medications                    Status
=======================================================================
1)   ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY    ACTIVE
        MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE
        USING)
2)   CYCLOBENZAPRINE 10MG (FLEXERIL) TAB TAKE ONE TABLET    ACTIVE
```

# Progress Note

Jan 27, 2005

246

    BY MOUTH THREE TIMES A DAY AS NEEDED FOR MUSCLE
    RELAXATION

3)    DECONAMINE SR (PSEUDO 120/CTM 8) CAP TAKE 1 CAPSULE    ACTIVE
    BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED

4)    DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY    ACTIVE
    MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
    NOT CRUSH, BREAK OR CHEW)

5)    ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB TAKE 1    ACTIVE
    TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR
    HEADACHE

6)    FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS    ACTIVE
    EACH NOSTRIL TWICE A DAY FOR CONGESTION

7)    SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE    ACTIVE
    INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
    DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
    POUCH)

8)    TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH    ACTIVE
    EVERY 6 HOURS AS NEEDED FOR PAIN

OTC Medicines:NONE


Herbals:NONE


Allergies:MUSHROOMS, TYPHOID VACCINE


 Nutritional Screening:
1.  BMI >27    YES/28
2.  BMI <21    No
3.  Unintentional weight loss/gain of 5 pounds or more in the past
month    No
4.  Follow-up nutrition education needed.    No

5.  Nutrition education by dietitian documented for obesity, hypertension,
    diabetes mellitus, elevated cholesterol, etc. within the past 24
    months.


EXERCISE SCREEN:MILD

Comments:I DO A LITTLE WALKING DEPENDING ON HOW MY BACK IS.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 95**

# Progress Note

Jan 27, 2005

Assessment:NAD NOTED AT PRESENT TIME/ALERT ORIENTED X3.SPEECH CLEAR AND
COHRENT.SKIN WARM/DRY TO TOUCH COLOR PINK.AMBULATORY WITHOUT PROBLMES   247
GAIT STEADY HAS PRESCRIPTION GLASSES.NO VISUAL DISTURBANCE NOTED


Comments:WILL REFER TO PROVIDER.

Clinical Reminder(s)/
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user

/es/ CHERRY D RODGERS
LPN
Signed: 05/19/2004 09:34

---

       TITLE: PC TELEPHONIC NOTE
DATE OF NOTE: MAY 18, 2004@13:34      ENTRY DATE: MAY 18, 2004@13:35:01
     AUTHOR: GORDON,LORETTA      EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

          pre-call

PROVIDER:
APPOINTMENT DATE:
VETERAN TELEPHONE#

OUTCOME OF TELEPHONE INTERVIEW:
(  ) CALL COMPLETE/SPOKE WITH VETERAN/FAMILY
(  ) WRONG NUMBER/DISCONNECTED
(  ) NO ANSWER
( x ) LEFT MESSAGE ON ANSWERING MACHINE

REASON(S):
(  ) INCARCERATED
(  ) NO TRANSPORTATION
(  ) DEATH
(  ) OTHER

COMMENT(S):

/es/ LORETTA GORDON
LPN
Signed: 05/18/2004 13:35

---

       TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: MAY 05, 2004@15:51      ENTRY DATE: MAY 05, 2004@15:51:38
 .

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029        Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

AUTHOR: BELL,KAREN J          EXP COSIGNER:
URGENCY:                       STATUS: COMPLETED              243

*** NURSE PRACTITIONER GENERAL NOTE Has ADDENDA ***

view alert from radiology: CT of lumbar spine indicated central disc protrusion
@L5/S1.  Pt having increased back pain, and will request MRI of LS spine

/es/ KAREN BELL,CRNP

Signed: 05/05/2004 15:55

05/05/2004 ADDENDUM                      STATUS: COMPLETED
unable to contact pt; left msg w/mother that further back images were being
requested and pt would be notified by mail if appts were scheduled.

/es/ KAREN BELL,CRNP

Signed: 05/05/2004 15:57

        TITLE: CAVHCS - TAP NOTE
DATE OF NOTE: MAY 03, 2004@11:00:26  ENTRY DATE: MAY 03, 2004@11:23:31
     AUTHOR: PRITCHETT,DEMERRYCE BEXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED

Telecare Note Date: 05/03/2004.
Starting at: 11:00:26 AM; Ending at: 11:20:46 AM; Length: 20 minutes.
Author: PRITCHETT,DEMERRYCE B
Evaluation/Management Code: PHYSICIAN PHONE CONSULTATION (99373).
WORKS,TYRON is assigned to Caller Area MONTGOMERY.
Provider: BELL,KAREN J

Conversation with WORKS,TYRON has a chief complaint of: <not identified>.

Identified problem: OTH UNSP COUNSEL.


Protocol(s) used: <Not identified>.

Caller Response: *OTHER.

ADDITIONAL COMMENTS/INFORMATION:
Comments: VETERAN IS CALLING BECAUSE HIS PROVIDER PUT HIM ON A NEW PRESCRIPTION
(TRAMADOL) FOR HIS BACK; IT WORK SOME. (334-277-4129)  THE PROVIDER TOLD HIM TO
CALL THA IF IT DON'T WORK.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 97**

# Progress Note

Jan 27, 2005

HEALTH LINE RN NOTE:  Veteran c/o prescription not being completely · **249**
effective...Pain level 4.

VISTA NOTIFICATION STATUS: Completed.

URGENCY: Information.

Patient Phone Number: 334-738-3975

<No Contact Phone Number Entered>.

/es/ DEMERRYCE B PRITCHETT
Telephone Healthline RN
Signed: 05/03/2004 11:23

Receipt Acknowledged By:
05/03/2004 12:45         /es/ KAREN BELL,CRNP

---

         TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: APR 30, 2004@12:01     ENTRY DATE: APR 30, 2004@12:01:19
     AUTHOR: SWEENEY,ARTHEREAN     EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED

            CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEMS

Name: WORKS,TYRON          SSN: 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

Initial Assessment ( x )
Reassessment       (  )

 1. Pain Rating: 0 =No Pain      10= Greatest Pain    [  4  ]
 2. Are you currently receiving treatment for:
     ( )Arthritis            ( )Diabetic Neuropathy
     ( )Lower Back Disorders  ( )Herpes Zoster(shingles)
     ( )Leg Cramps           ( )Headaches
     ( )Other Chronic pain condition (list)

3. Where is your pain? (list)Veteran states pain in lower back area for a couple
of months.
     Worst in last month:       ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                                ( )6 ( )7 ( )8 ( )9 ( x )10
     Least in last month:       ( )0 ( )1 ( )2 ( )3 ( x )4 ( )5
                                ( )6 ( )7 ( )8 ( )9 ( )10

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS
                    ·

# Progress Note

Jan 27, 2005

250

```
   Average in last month:      ( )0 ( )1 ( )2 ( )3 ( )4 ( x )5
                               ( )6 ( )7 ( )8 ( )9 ( )10
   Right Now:                  ( )0 ( )1 ( )2 ( )3 ( x )4 ( )5
                               ( )6 ( )7 ( )8 ( )9 ( )10
   Patient pain intensity goal:( x)0 ( )1 ( )2 ( )3 ( )4 ( )5
                               ( )6 ( )7 ( )8 ( )9 ( )10
```

QUALITY:                                    Frequency:

```
  Throbbing  ( n )      Stabbing  ( n )    Continual    ( y )
  Sharp      (n )       Burning   ( n )    Intermittent ( )
  Dull       ( n )      Aching    ( n )    With Movement ( )
  Shooting   ( n )      Radiating ( y )    Less than Daily( )
  Numb       (n )       Other:             Daily x's
```

OTHER INDICATORS:

```
  Anxiety        ( )       Facial Expression ( y )
  Irritability   ( )       Restlessness      ( )
  Withdrawal     ( )       Guarding Behavior ( )
```

EXACERBATING FACTORS:

```
  Movement     ( y )
  ADL's        ( y )
  Stress       ( )
  Treatments   ( )
  Others:
```

ALLEVIATING FACTORS:

```
  Medication  ( y )        Imagery      ( )
  Position    ( y )        Relaxation   ( y )
  Heat        ( y )        Activity     ( )
  Cold        ( )          Describe:
```

Current Treatment or Medication/Treatment Efficiency 10 = Most Effective

```
1.
2.
3.
```
*********THE FOLLOWING SECTION IS FOR CHRONIC PAIN ONLY****
Pain Interference:  0-does not interfere     10-Completely interferes
                    3-sleep

```
General activity ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                 ( )6 ( )7 ( )8 ( )9 ( )10
Mood             ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029        Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

```
                     ( )6  ( )7  ( )8 ( )9  ( )10
Normal Work          ( )0  ( )1  ( )2 ( )3  ( )4  ( )5          251
                     ( )6  ( )7  ( )8 ( )9  ( )10
Ability to
Concentrate:         ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                     ( )6  ( )7  ( )8 ( )9  ( )10
Relations with
other people         ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                     ( )6  ( )7  ( )8 ( )9  ( )10
Enjoyment of life ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                     ( )6  ( )7  ( )8 ( )9  ( )10
Sleep                ( )0  ( )1  ( )2 ( )3 ( )4  ( )5
                     ( )6  ( )7  ( )8 ( )9 ( )10
```

Plan of Care/Change required  ( x )yes      (    )No
Action:

Action:

Provider notified           (  x )Yes      (    )No
Return Visit Schedule       ( x )Yes       (    )No
Medication for pain ordered (  x )Yes      (    )No
Non-pharmacological treatment type:
Referral to Pain Management Program:
                            (    )Yes      ( x )No
Education related to pain management:
                            (    )Yes      ( x )No
If yes, patient verbalized understanding:
                            (    )Yes      ( x  )No


/es/ ARTHEREAN SWEENEY
REGISTERED NURSE
Signed: 04/30/2004 12:07

Receipt Acknowledged By:
04/30/2004 16:46        /es/ KAREN BELL,CRNP


        TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: APR 30, 2004@11:20     ENTRY DATE: APR 30, 2004@11:20:52
      AUTHOR: BELL,KAREN J        EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED

   *** NURSE PRACTITIONER GENERAL NOTE Has ADDENDA ***


In for scheduled appt.  Seen last month in LSU and given medication, put on

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

VISTA Electronic Medical Documentation

Printed at CENTRAL ALABAMA HCS

# Progress Note

bed rest.  States back spasms and legs go numb. States legs go numb only when sitting never when standing.  Tries to avoid standing because it makes his back hurt worse.  States no new injury to back; had gone to bed one night, unable to get up the next morning due to back pain.  Took pain med he had from previous episode, pain improved somewhat but came back the next day and pt came to LSU.
States back hurts daily, but some days much worse than others.  Currently asthma is stable on medication.

(o) A&O x 3; wdwn AA male nad
nursing assessment viewed and agreed with
heart: RRR: no murmur auscultated
lungs: CTA: good bilateral breath sounds; good chest expansion
marked tenderness in right side of lower back; tenderness on right w/left SLR:
marked grimacing and remark of pain w/minimal lifting of right leg;

(a) back pain - worsening
asthma - stable
rhinitis - stable
chronic knee pain - stable

(increase ultram to 100 mg qid
pt will call healthline Monday to report on ultram efficacy at increased dose
non-waiting x-ray LS spine today
please schedule CT of spine
continue current meds

/es/ KAREN BELL,CRNP

Signed: 04/30/2004 11:59

04/30/2004 ADDENDUM                          STATUS: COMPLETED
pt movements are guarded, deliberate.  While sitting on exam table supported his
wt w/arms.

/es/ KAREN BELL,CRNP

Signed: 04/30/2004 12:00

          TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: APR 30, 2004@11:06      ENTRY DATE: APR 30, 2004@11:07:08

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

AUTHOR: LEWIS,FRANCES P       EXP COSIGNER:
URGENCY:                      STATUS: COMPLETED              253

WORKS,TYRON   32
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

SUBJECTIVE:  Patient states a couple of months ago I woke with severe back pain
until the point I could not get out of bed and I was seen in LSU and was put on
medication and a week of bed rest, when I have back spasms it make my legs go
numb and since then I have been on light duty at work but when I stand for a
long period of time it make my back hurt; I am out of medications and would like
to get new prescriptions.


111/69 (04/30/2004 11:00)82 (04/30/2004 11:00)18 (04/30/2004 11:00)97.7 F [36.5
C] (04/30/2004 11:00)


PAIN:4 (04/30/2004 11:00)


Active Outpatient Medications (including Supplies):

         Active Outpatient Medications                          Status
     =================================================================
1)    ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY       ACTIVE
         MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE
         USING)
2)    DECONAMINE SR (PSEUDO 120/CTM 8) CAP TAKE 1 CAPSULE        ACTIVE
         BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED
3)    DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY           ACTIVE
         MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
         NOT CRUSH, BREAK OR CHEW)
4)    ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB TAKE 1            ACTIVE
         TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR
         HEADACHE
5)    FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS          ACTIVE
         EACH NOSTRIL TWICE A DAY FOR CONGESTION
6)    SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE          ACTIVE
         INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
         DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
         POUCH)
7)    TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH       ACTIVE
         EVERY 6 HOURS AS NEEDED FOR PAIN

OTC Medicines: Tylenols as needed


Herbals: None

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

254

Allergies: MUSHROOMS, TYPHOID VACCINE

Nutritional Screening:
1.  BMI >27        No
2.  BMI <21        No
3.  Unintentional weight loss/gain of 5 pounds or more in the past
month     No
4.  Follow-up nutrition education needed.

5.  Nutrition education by dietitian documented for obesity, hypertension,
    diabetes mellitus, elevated cholesterol, etc. within the past 24
    months.     Yes

    a.[X] Referred to Dietitian today.  Patient reminded of nutrition cli8nic
appointment today.
    b.[ ] Referred to Dietitian within one week.
    c.[ ] Referred to Dietitian within one month
    d.[ ] No Dietitian referral required.

EXERCISE SCREEN: MILD

Comments: Patient reports no routine exercising due to back pain.

Assessment:  Patient alert, oriented, respirations regular with ease,
ambulatory.

progress note/
  N-DEPRESSION SCREENING:
    In the past month has the patient been feeling down, depressed, or
        helpless?
      Comment: No
    In the past month, has patient had little interest or pleasure in
        things?
      Comment: No
    Depression Screen
      Result of Exam: Normal
      Provider notified of results Yes
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

Comments: Will refer above to provider.

**255**

/es/ FRANCES LEWIS
LPN
Signed: 04/30/2004 11:19

---

          TITLE: LSU PHYSICIAN NOTE
DATE OF NOTE: MAR 30, 2004@18:45      ENTRY DATE: MAR 30, 2004@18:45:13
      AUTHOR: BOYD,BILLY W          EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

S: c/o low back pain for 1 day. No hx trauma or fall. Locates pain in the
paraspinous area bilat. No radicular pain.
O: pain on motion low back
A: low back pain, probably strain
P: toradol for pain; flexeril for spasm; 3 days supply each from LSU stock. 3
days bedrest. Followup with his PCP and team. Return to LSU prn for back films--
not done tonight in view of no trauma.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 03/30/2004 18:48

---

          TITLE: LSU NURSING DISPOSITION NOTE
DATE OF NOTE: MAR 30, 2004@18:40      ENTRY DATE: MAR 30, 2004@18:40:15
      AUTHOR: RAIFE,CORINE S         EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972


1.      Discharge Diagnosis: See MD Note

2.      Disposition:Home
_x__  Follow up clinic appointment. Clinic name:PCP 4/30/04
____  Consult to:
____  Admitted to inpatient unit:
          ____  Other:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

___ Left AMA
Comments:

**256**

3.      Nursing interventions given in LSU:TRIAGED.DISCHARGE/MEDICATION(S)
INSTRUCTIONS REVIEWED WITH VERBALIZATION.INSTRUCTED TO RETURN TO LSU IF SYMPTOMS
WORSEN,OTHERWISE TAKE PRESCRIBED MEDICATION(S) AND F/U WITH PC PROVIDER.
DISPENSED MEDICATION(S)FROM LSU:TORADOL/FLEXERIL

4.      After-care sheet given:
[ X ] yes,  Sheet Title:TORADOL/FLEXERIL
[  ] no

(Refer to Interdisciplinary Patient Teaching Note)                    .

5.  Patient and/or family member/significant other verbalized
    understanding of post-care
    instructions:  [ x ]yes      [ ]no
    Family member/significant other present:

6.  Condition:     [  ]  improved
                         [ x ]  satisfactory
                         [  ]  unchanged
                         [  ]  worse
    Comments:ADDITIONAL DISCHARGE/MEDICATION INSTRUCTIONS GIVEN TO VETERAN PER
LSU MD.EXITED FROM LSU A/O X 3/AMBULATORY WITH STEADY GAIT.VERBALIZED ALL DC
INSTRUCTIONS.



{Attending LSU physician to co-sign this note!}

/es/ CORINE S. RAIFE
RN
Signed: 03/30/2004 18:46


        TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: MAR 30, 2004@18:39    ENTRY DATE: MAR 30, 2004@18:39:27
     AUTHOR: RAIFE,CORINE S      EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

Name: WORKS,TYRON
SSN: 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


Educational Needs Assessment

**Page 105**

# Progress Note

Jan 27, 2005

Learning Abilities:

**257**

[ X ] Reads      [ X ] Writes


Readiness to Learn:

[X  ] Receptive  [ ]Motivated   [ ] Denying   [ ]Not Interested

Barriers to Learning: Select items that describe barriers to learning. If there are no barriers, select None.

[ X ]None      [ ] Not Interested   [ ]Memory   [ ]Motivation
[ ]Cognition [ ] Sedation       [ ] Visual  [ ]Hearing
[ ]Language  [ ] Emotional State [ ]Cultural [ ]Financial

Translator Required:

[ X ]No     [   ]Yes (contact the hospital operator)

Learning Preferences:

[ ]Audio Tapes
[ ]Video Tapes
[X ]Direct Teaching
[ ]Other

Learning Needs:

[ X ] Diagnosis     [ ]Safety     [ X]Medications   [ ]Self Care
[ ] Activity     [ ]Treatments [ ]Tests       [ ]Surgery
[ ] Nutrition

Patient's highest grade completed:
Significant other's highest grade completed:
Comments:


Education Progress Note

Instructions: At a minimum, document any education given for these categories "X" the category of education provided:
 X
[ ] Safe and effective use of medications
[ ] Nutrition intervention/counseling and/or diet modification
[ ] Safe and effective use of medical equipment
[ X ] Pain management
[ ] Rehabilitation techniques

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029    Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

253

```
[  ] Available community resources
[X  ] When and how to obtain further treatment
[  ] Personal hygiene and grooming
[  ] Imaging procedures
[  ] Food/Drug interaction counseling
[  ] Other
```

Recipient of Education; ("X" all that apply)

```
[ X ] Patient
[  ] Family/caregiver
```

Summary of Education Provided: (Document summary of information taught).
 SEE MD'S NOTERS/NURSE'S DISPOSITION NOTES

Teaching Method:("X" all that describes the teaching methods used).

```
[X  ] Verbal
[  ] Written
[  ] Audio/Visual
[  ] Demonstration
[  ] Group/Class
[  ] Title of handout(s) provided:
[  ] Other
```

Outcome: (Select the item(s) that describes the outcome of
teaching/learning process).

```
[X  ] Verbalized understanding
[  ] Able to demonstrate skills
[  ] Unable to understand
[  ] Needs reinforcement; Document follow-up action:
[  ] Risks and complications of non-compliance explained
[  ] Inappropriate for teaching due to pain, refusal, mentation and
     inability to focus
[  ] Other:
```

Discipline of Instructor providing teaching:

```
[X  ] Physician/Dentist
[X  ] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[  ] Psychologist
[  ] Dietitian
[  ] Social Worker
[  ] Pharmacist
[  ] Respiratory Therapy
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

253

```
[  ] Blind Rehabilitation Specialist
[  ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
     Recreation, Music)
[  ] Imaging
[  ] Other:


General Equipment Certification Training:
_____
Type of Equipment:
Serial #:
Name of Person Receiving Orientation:
This patient or the responsible person identified above has been trained
and certified competent to safely and effectively perform the functions
associated with the aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were provided.


Comments:




Approved by MRT 5/12/2000

/es/ CORINE S. RAIFE
RN
Signed: 03/30/2004 18:47
```

---

```
        TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: MAR 30, 2004@18:34     ENTRY DATE: MAR 30, 2004@18:34:25
      AUTHOR: RAIFE,CORINE S      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

WORKS,TYRON                    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

Age:    32
Gender: MALE

Vital Signs:
        T: 97.3 F [36.3 C] (03/30/2004 18:29)
        P: 92 (03/30/2004 18:29)
        R: 20 (03/30/2004 18:29)
      B/P: 141/82 (03/30/2004 18:29)
     PAIN: 8 (03/30/2004 18:29)
      HT: 72 in [182.9 cm] (03/30/2004 18:29)
      WT: 198.4 lb [90.2 kg] (02/25/2004 19:49)
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Pulse OX: 98%

260

MODE OF ARRIVAL:Ambulatory
Other:

Chief Complaint:VETERAN PRESENTS A/O X 3 WITH C/O LOW BACK PAIN SINCE
MONDAY.RELATES H/O BACK PROBLEMS.STATES ROBAXIN TAKEN WITH INITIAL EPISODE,WAS
EFFECTIVE UNTIL THIS AM.DENIES ANY APPARENT INJURY OR AGGRAVATION.IN NAD.

Was the patient given emergent care prior to arrival?
No

Did you try to do anything to relieve your problem prior to your
arrival?
     Yes ROBAXIN

Was it effective?        Yes ONLY WITH INITIAL EPISODE.REOCCURRED THIS AM

Last Tetanus:
   > 5 years

Immunization:
FLU WHOLE        C        10/30/2003 CENTRAL AL
                          09/03/2003 CENTRAL AL
                                     pt states he will take the flu shot when
                                     available this year.
                 C        01/09/2002 CENTRAL AL    NONE
PNEUMO-VAC                07/22/2002 CENTRAL AL

Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:NONE

OTC Medicines:NONE

Active Medications:Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                         Status
=======================================================================
1)   ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY    ACTIVE
        MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE
        USING)

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029       | Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Page 109

Jan 27, 2005

2)   DECONAMINE SR (PSEUDO 120/CTM 8) CAP TAKE 1 CAPSULE        ACTIVE        **261**
       BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED
3)   DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY           ACTIVE
       MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
       NOT CRUSH, BREAK OR CHEW)
4)   ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB TAKE 1            ACTIVE
       TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR
       HEADACHE
5)   FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS          ACTIVE
       EACH NOSTRIL TWICE A DAY FOR CONGESTION
6)   SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE          ACTIVE
       INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
       DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
       POUCH)
7)   TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH       ACTIVE
       EVERY 6 HOURS AS NEEDED FOR PAIN

Triage Category:
     Non Urgent

Disposition to:
Primary Care Team:    LSU
Other:

/es/ CORINE S. RAIFE
RN
Signed: 03/30/2004 18:38

```
        TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: FEB 25, 2004@20:36      ENTRY DATE: FEB 25, 2004@20:36:36
        AUTHOR: WELCH,JANICE L        EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED
```

Name: WORKS,TYRON
SSN: 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

Educational Needs Assessment

Learning Abilities:

[ x ] Reads       [ x ] Writes

Readiness to Learn:

[  x] Receptive   [  ]Motivated    [  ] Denying   [  ]Not Interested

---

**VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

**Page 110**

# Progress Note

Jan 27, 2005

262

Barriers to Learning: Select items that describe barriers to learning. If there are no barriers, select None.

[ x ]None      [ ] Not Interested    [ ]Memory   [ ]Motivation
[ ]Cognition [ ] Sedation      [ ] Visual   [ ]Hearing
[ ]Language  [ ] Emotional State  [ ]Cultural [ ]Financial

Translator Required:

[ x ]No      [  ]Yes (contact the hospital operator)

Learning Preferences:

[  ]Audio Tapes
[  ]Video Tapes
[ x ]Direct Teaching
[  ]Other

Learning Needs:

[ ] Diagnosis      [  ]Safety     [ x ]Medications    [ ]Self Care
[ x ] Activity     [  ]Treatments [ ]Tests          [ ]Surgery
[ ] Nutrition

Patient's highest grade completed:12
Significant other's highest grade completed:12
Comments:


Education Progress Note

Instructions: At a minimum, document any education given for these categories "X" the category of education provided:

[ x ] Safe and effective use of medications
[ ] Nutrition intervention/counseling and/or diet modification
[ ] Safe and effective use of medical equipment
[ ] Pain management
[ ] Rehabilitation techniques
[ ] Available community resources
[ x ] When and how to obtain further treatment
[ ] Personal hygiene and grooming
[ ] Imaging procedures
[ ] Food/Drug interaction counseling
[ ] Other

Recipient of Education; ("X" all that apply)

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

[ x] Patient
[ ] Family/caregiver

**263**

Summary of Education Provided: (Document summary of information taught).


 see dc note

Teaching Method:("X" all that describes the teaching methods used).

[x ] Verbal
[x ] Written
[ ] Audio/Visual
[ ] Demonstration
[ ] Group/Class
[ ] Title of handout(s) provided:
[ ] Other

Outcome: (Select the item(s) that describes the outcome of
teaching/learning process).

[ x ] Verbalized understanding
[ ] Able to demonstrate skills
[ ] Unable to understand
[ ] Needs reinforcement; Document follow-up action:
[ ] Risks and complications of non-compliance explained
[ ] Inappropriate for teaching due to pain, refusal, mentation and
      inability to focus
[ ] Other:

Discipline of Instructor providing teaching:

[ x ] Physician/Dentist
[ x ] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[ ] Psychologist
[ ] Dietitian
[ ] Social Worker
[ ] Pharmacist
[ ] Respiratory Therapy
[ ] Blind Rehabilitation Specialist
[ ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
      Recreation, Music)
[ ] Imaging
[ ] Other:


/es/ JANICE L. WELCH RN, BSN
LSU

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 112**

# Progress Note

Jan 27, 2005

Signed: 02/25/2004 20:37

264

TITLE: INTERDISPLINARY PATIENT AND TEACHING RECORD-PART I
DATE OF NOTE: FEB 25, 2004@20:35    ENTRY DATE: FEB 25, 2004@20:36:02
     AUTHOR: WELCH,JANICE L       EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

Patient Name: WORKS,TYRON       SSN: 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

EDUCATIONAL ASSESSMENT              (Ability to learn,sensory/other
                                    limitations past knowledge of
                                    condition, obstacles to following
                                    treatment regimen.)

Ability to Read:     YES ( x )       NO ( )
Learns best:    ( )Visual  ( )Hearing  ( x)Doing
Barrier:   ( )Emotional  ( )Language  ( )Physical
           ( )Hearing    ( )Mental    ( x)None
Readiness to learn: ( x )yes    ( )No

/es/ JANICE L. WELCH RN, BSN
LSU
Signed: 02/25/2004 20:36

TITLE: LSU NURSING DISPOSITION NOTE
DATE OF NOTE: FEB 25, 2004@20:34    ENTRY DATE: FEB 25, 2004@20:35:03
     AUTHOR: WELCH,JANICE L       EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.     Discharge Diagnosis:see mod note

2.     Disposition:
_x__  Follow up clinic appointment. Clinic name:
___   Consult to:
___   Admitted to inpatient unit:
       ___   Other:
       ___   Left AMA
              Comments:

3.     Nursing interventions given in LSU:monitored vs, x-rays, instruction on

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

265

meds

4.      After-care sheet given:
[  x] yes,   Sheet Title:Toradol
[  ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.   Patient and/or family member/significant other verbalized
     understanding of post-care
     instructions:  [ x ]yes      [ ]no
     Family member/significant other present:none

6.   Condition:     [  ]   improved
                     [ x ]   satisfactory
                     [  ]   unchanged
                     [  ]   worse
     Comments:

{Attending LSU physician to co-sign this note!}

/es/ JANICE L. WELCH RN, BSN
LSU
Signed: 02/25/2004 20:35

---

       TITLE: LSU PHYSICIAN NOTE
DATE OF NOTE: FEB 25, 2004@20:30      ENTRY DATE: FEB 25, 2004@20:32:46
     AUTHOR: KAPUR,HARI S         EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

S.C/O INJURY 3RD TOE LT FOOT
   WHEN: TODAY
   HOW: BUMPED ON END OF DOOR
   WHERE: AT HOME
O.GAIT PAINFUL
   NO DEFORMITY
   SWELLING 3RD TOE,TENDERNESS +
   MOVEMENTS PAINFUL
   NEUROVASCULAR LT FOOT NORMAL
A.INJURY
   PRELIMINARY X-RAY UNREMARKABLE
P.WALKING SHOE
   BUDDY TAPE TOE
   TORADOL 10MG PO TID PRN PC#12

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

HOLD VOLTERAN TILL FINISHED WITH TORADOL
F/U PCC IN 72 HOURS FOR FINAL X-RAY REPORT AND
FURTHER REFERRAL AS NEEDED.

**266**

/es/ HARI S KAPUR
MD
Signed: 02/25/2004 20:36

---

          TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: FEB 25, 2004@19:52      ENTRY DATE: FEB 25, 2004@19:52:56
        AUTHOR: SPRING,MARY G      EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED

WORKS,TYRON                    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

Age:   32
Gender: MALE

Vital Signs:
       T: 96.8 F [36.0 C] (02/25/2004 19:49)
       P: 72 (02/25/2004 19:49)
       R: 16 (02/25/2004 19:49)
     B/P: 131/69 (02/25/2004 19:49)
    PAIN: 10 (02/25/2004 19:49)
      HT: 72 in [182.9 cm] (12/01/2003 17:51)
      WT: 198.4 lb [90.2 kg] (02/25/2004 19:49)
MODE OF ARRIVAL:Ambulatory
Other:

Chief Complaint:VETERAN C/O PAIN LEFT FOOT, UNABLE TO BEAR WEIGHT ON
FRONT PART OF FOOT, HIT MIDDLE TOE ON END OF DOOR @ HOME TODAY.


Was the patient given emergent care prior to arrival?
No

Did you try to do anything to relieve your problem prior to your
arrival?
      No

Was it effective?

Last Tetanus:


Immunization:
Immunization  Series      Date      Facility      Reaction

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

```
FLU WHOLE        C      10/30/2003 CENTRAL AL           267
                        09/03/2003 CENTRAL AL
                                   pt states he will take the flu shot when
                                   available this year.
                 C      01/09/2002 CENTRAL AL    NONE
PNEUMO-VAC              07/22/2002 CENTRAL AL
```

      Flu vaccine
    Pneumonia vaccine

Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:NONE

OTC Medicines:NONE

Active Medications:Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
| --- | --- |
| 1) ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE USING) | ACTIVE |
| 2) DECONAMINE SR (PSEUDO 120/CTM 8) CAP TAKE 1 CAPSULE BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED | ACTIVE |
| 3) DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO NOT CRUSH, BREAK OR CHEW) | ACTIVE |
| 4) ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR HEADACHE | ACTIVE |
| 5) FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS EACH NOSTRIL TWICE A DAY FOR CONGESTION | ACTIVE |
| 6) SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60 DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING POUCH) | ACTIVE |
| 7) TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | ACTIVE |

Triage Category:
      Non Urgent

Disposition to:
Primary Care Team:    LSU
Other:

/es/ MARY G SPRING

---

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

RN
Signed: 02/25/2004 19:54

263

          TITLE: PHYSICIAN NOTE
DATE OF NOTE: DEC 23, 2003@10:01    ENTRY DATE: DEC 23, 2003@10:03:01
      AUTHOR: CHUNG,TAI Q        EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED

Still has some right knee pain
Exam: mildly tender  at medial femoral condyle
P: At arthroscopy, it was seen the he had cartilage fraying at the medial
femoral condyle. I suspect that this is the source of his continuing pain.
Explain. NSAIDs or Tylenol.

/es/ TAI Q CHUNG, MD
physician
Signed: 12/23/2003 10:05

          TITLE: S/D NURSING NOTE
DATE OF NOTE: DEC 23, 2003@09:47    ENTRY DATE: DEC 23, 2003@09:47:25
      AUTHOR: WALKER,GLORIA J      EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED

VITAL SIGNS:
BP:    109/60 (12/23/2003 09:46)
T:     98.7 F [37.1 C] (12/23/2003 09:46)
P:     90 (12/23/2003 09:46)
R:     20 (12/23/2003 09:46)
WT:    192.8 lb [87.6 kg] (12/23/2003 09:46)
HT:    72 in [182.9 cm] (12/01/2003 17:51)
PAIN:  5 (12/23/2003 09:46)

ALLERGIES:
MUSHROOMS, TYPHOID VACCINE

CLINICAL REMINDER ACTIVITY
  N-Tobacco Screen/Cessation: .
    Patient is a Lifetime non-tobacco user
  N-ALCOHOL SCREEN:
    Patient did not drink in the last 12 months.  No AUDIT required
HERE FOR FOLLOW UP WITH DR.CHUNG REGARDING RT KNEE PAIN.REFFERED TO DR.CHUNG.NO
ACUTE DISTRESS NOTED.

/es/ GLORIA J WALKER
RN
Signed: 12/23/2003 09:48

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 117**

# Progress Note

Jan 27, 2005

**269**

```
        TITLE: S/D NURSING NOTE
DATE OF NOTE: DEC 22, 2003@10:20      ENTRY DATE: DEC 22, 2003@10:20:56
      AUTHOR: WALKER,GLORIA J      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

VITAL SIGNS:
BP:     120/75 (12/01/2003 17:51)
T:      97.8 F [36.6 C] (12/01/2003 17:51)
P:      108 (12/01/2003 17:51)
R:      21 (12/01/2003 17:51)
WT:     186.8 lb [84.9 kg] (12/01/2003 17:51)
HT:     72 in [182.9 cm] (12/01/2003 17:51)
PAIN: 0 (12/01/2003 17:51)

ALLERGIES:
MUSHROOMS, TYPHOID VACCINE
VETS MOTHER NOTIFIED THAT VET HAVE A 1000 APPT IN AM WITH DR.CHUNG AND VETS
MOTHER INFORMED WRITER THAT SHE WILL NOTIFY HER SON.

/es/ GLORIA J WALKER
RN
Signed: 12/22/2003 10:22
```

```
        TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: DEC 01, 2003@20:19      ENTRY DATE: DEC 01, 2003@20:19:10
      AUTHOR: VESSELLS,NANCY      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Name: WORKS,TYRON
SSN: 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

Educational Needs Assessment


Learning Abilities:

[ x ] Reads     [ x ] Writes


Readiness to Learn:

[ x ] Receptive   [  ]Motivated   [  ] Denying   [  ]Not Interested

Barriers to Learning: Select items that describe barriers to learning. If
there are no barriers, select None.
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

[ x ]None      [ ] Not Interested   [ ]Memory    [ ]Motivation
[ ]Cognition [ ] Sedation          [ ] Visual  [ ]Hearing
[ ]Language  [ ] Emotional State  [ ]Cultural [ ]Financial

270

Translator Required:

[ x ]No      [ ]Yes (contact the hospital operator)

Learning Preferences:

[ ]Audio Tapes
[ ]Video Tapes
[ x ]Direct Teaching
[ ]Other

Learning Needs:

[ x ] Diagnosis    [ x ]Safety      [ x ]Medications   [ x ]Self Care
[ ] Activity      [ ]Treatments  [ ]Tests          [ ]Surgery
[ ] Nutrition

Patient's highest grade completed:
Significant other's highest grade completed:
Comments:


Education Progress Note

Instructions: At a minimum, document any education given for these
categories "X" the category of education provided:

[ x ] Safe and effective use of medications
[ ] Nutrition intervention/counseling and/or diet modification
[ ] Safe and effective use of medical equipment
[ x ] Pain management
[ ] Rehabilitation techniques
[ ] Available community resources
[ x ] When and how to obtain further treatment
[ ] Personal hygiene and grooming
[ ] Imaging procedures
[ ] Food/Drug interaction counseling
[ ] Other

Recipient of Education; ("X" all that apply)

[x ] Patient
[ ] Family/caregiver

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 119**

# Progress Note

Jan 27, 2005

Summary of Education Provided: (Document summary of information taught). **271**
Pt. teaching provided on current medications, safety, self care, and to F/U
w/ primary care physician. Pt. verbalizd understanding of instructions
provided.

Teaching Method:("X" all that describes the teaching methods used).

[ x ] Verbal
[  ] Written
[  ] Audio/Visual
[  ] Demonstration
[  ] Group/Class
[x  ] Title of handout(s) provided:Micromedics Care Plan
[  ] Other

Outcome: (Select the item(s) that describes the outcome of
teaching/learning process).

[x  ] Verbalized understanding
[  ] Able to demonstrate skills
[  ] Unable to understand
[  ] Needs reinforcement; Document follow-up action:
[x  ] Risks and complications of non-compliance explained
[  ] Inappropriate for teaching due to pain, refusal, mentation and
     inability to focus
[  ] Other:

Discipline of Instructor providing teaching:

[x  ] Physician/Dentist
[ x ] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[  ] Psychologist
[  ] Dietitian
[  ] Social Worker
[  ] Pharmacist
[  ] Respiratory Therapy
[  ] Blind Rehabilitation Specialist
[  ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
     Recreation, Music)
[  ] Imaging
[  ] Other:

General Equipment Certification Training:
_____
Type of Equipment:

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 120**

# Progress Note

Jan 27, 2005

Serial #:
Name of Person Receiving Orientation:
This patient or the responsible person identified above has been trained
and certified competent to safely and effectively perform the functions    272
associated with the aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were provided.


Comments:




Approved by MRT 5/12/2000

/es/ NANCY VESSELLS
RN BSN
Signed: 12/01/2003 20:19

---

        TITLE: LSU NURSING DISPOSITION NOTE
DATE OF NOTE: DEC 01, 2003@20:13     ENTRY DATE: DEC 01, 2003@20:14:03
       AUTHOR: VESSELLS,NANCY     EXP COSIGNER:
       URGENCY:                       STATUS: COMPLETED

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.      Discharge Diagnosis: See MD notes

2.      Disposition:
.X__  Follow up clinic appointment. Clinic name:PCC
___  Consult to:
___  Admitted to inpatient unit:
       ___  Other:
       ___  Left AMA
            Comments:

3. Nursing interventions given in LSU: VS, Assessments, IVL/IVPB, take home
meds, pt. instructed on meds, safety, self- care, and return to facility if
status changes. Pt verbalies understanding of instructions.

4.      After-care sheet given:
[x ] yes,  Sheet Title:Micromedics care note

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 121**

# Progress Note

Jan 27, 2005

[ ] no                                                            · 2**73**

(Refer to Interdisciplinary Patient Teaching Note)

5.  Patient and/or family member/significant other verbalized
    understanding of post-care
    instructions:   [ x ]yes      [ ]no
    Family member/significant other present:

6.  Condition:    [ ]  improved
                  [ x ]  satisfactory
                  [ ]  unchanged
                  [ ]  worse
    Comments:
 Veteran ambulated from lsu w/ steady gait. Veteran sttaes breathing has
improved a little w/ the nebulizer treatment. An IV dose of Solu-Medrol was
given IVPB, Veteran tolerated well. No questions or concerns verbalized.
Veteranin NAD at discharge from Lsu.

{Attending LSU physician to co-sign this note!}

/es/ NANCY VESSELLS
RN BSN
Signed: 12/01/2003 20:18

Receipt Acknowledged By:
* AWAITING SIGNATURE *        KAPUR,HARI S

---

        TITLE: LSU NURSING NOTE
DATE OF NOTE: DEC 01, 2003@18:53     ENTRY DATE: DEC 01, 2003@18:53:55
     AUTHOR: MCCANTS,ANNIE M      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

   *** LSU NURSING NOTE Has ADDENDA ***

22 guage Jelco inserted to left hand.  Tolerated procedure well and w/o c/o.

/es/ ANNIE M MCCANTS
LPN
Signed: 12/01/2003 18:54

12/01/2003 ADDENDUM                  STATUS: COMPLETED
1900- 125mg Solu-Medrol started IVPB. PCXR done. Solu-Medrol ifusing w/o
difficulty.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 122**

# Progress Note

Jan 27, 2005

/es/ NANCY VESSELLS
RN BSN
Signed: 12/01/2003 19:03

## 274

```
        TITLE: TAP DAYTON TELE-NURSE TRIAGE NOTE
DATE OF NOTE: DEC 01, 2003@18:21:39  ENTRY DATE: DEC 01, 2003@17:28:57
      AUTHOR: BREIDENBACH,JANET K  EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED
```

Telecare Note Date: 12/01/2003.
Starting at: 6:21:39 PM; Ending at: 6:27:47 PM; Length: 6 minutes.
Author: BREIDENBACH,JANET K
Evaluation/Management Code: PHYSICIAN PHONE CONSULTATION (99372).
WORKS,TYRON is assigned to Caller Area MONTGOMERY.
Provider: BELL,KAREN J

Conversation with WORKS,TYRON has a chief complaint of: Cough.

Identified problem: Cough.

-=-=-DSHI Disposition Report-=-=-
TRIAGE SUPPORT SYSTEM DISPOSITION REPORT

Encounter duration: 4 minutes 45 seconds
Nurse name: BREIDENBACH,JANET K

PATIENT INFORMATION

SSN: 419087667
Name: TYRON WORKS
Gender: Male
Age: 31 years
VA Facility: CAVHCS VAMC Montgomery and Tuskegee), -- self --

ENCOUNTER INFORMATION

Chief complaint: Cough
Duration of complaint: 1/2 Hours
Pain Level:: N/A
Follow-up interval (recommended): 12-24 hours
Follow-up interval (actual): Urgent
Follow-up location: Emergency room, VA
Caller response: Compliant
Modifier: Severity
Redirection survey: I would have gone to the emergency room today

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Progress Note**

Page 123

Jan 27, 2005

275

POSITIVE: you have NEW or WORSENING difficulty breathing
POSITIVE: you have difficulty breathing in between your episodes of coughing
POSITIVE: you feel like you are having an asthma attack
POSITIVE: a doctor has diagnosed you with asthma
POSITIVE: you are unable to measure your peak flow (PEFR)


NURSE COMMENTS

Client has new tightness in chest with cough.  He used his inhaler and breathing is
steadily worsening.  He is only 5 minutes from the VA, so he will go there for
evaluation.
-=-=-End DSHI Disposition Report-=-=-

Caller Response: ER-VAMC.

ADDITIONAL COMMENTS/INFORMATION:

VISTA NOTIFICATION STATUS: Completed.

URGENCY: Information.

·Patient Phone Number: 334-738-3975                    .

Contact Phone Number: 334-277-4129.

/es/ JANET K BREIDENBACH

Signed: 12/01/2003 17:29

Receipt Acknowledged By:
12/02/2003 16:04          /es/ KAREN BELL,CRNP

---

        TITLE: LSU PHYSICIAN NOTE
DATE OF NOTE: DEC 01, 2003@18:12    ENTRY DATE: DEC 01, 2003@18:12:37
      AUTHOR: DAUGHERTY,GEOFFREY W EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED

   *** LSU PHYSICIAN NOTE Has ADDENDA ***

31 yo male with 3 year history asthma - has been mild, controlled with home
treatments, and never required admission or even an ER visit for treatment in
past.  Today sitting on couch at home, developed wheezing, chest tightness,
cough, dyspnea over one hour without any known exaccerbating factor - no recent
URI, chemical exposures, etc.  Came to ER due to dyspnea.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 124**

# Progress Note

Jan 27, 2005

PMHx:  Chronic knee arthritis, asthma - otherwise healthy.          **276**
Medications - See triage list - on albuterol MDI PRN, Serevent Discus one
inhalation BID, plus other listed medications.

PE:  VS normal except pulse 108, resp 21 with mildly labored breathing.  SaO2
97%.  No distress except dyspneic with wheezing bilaterally, decreased air
movement, and mildly increased work of breathing.

ASSESSMENT:  ASTHMATIC EXACCERBATION
PLAN:  Give series of combivent inhalations, also give SoluMedrol 125 mg. IVPB,
and if improving enough to discharge would send home with medrol dosepak and his
usual updrafts.

Patient left with Dr. Kapur at end of shift.

/es/ GEOFFREY W DAUGHERTY
PHYSICIAN
Signed: 12/01/2003 18:25

12/01/2003 ADDENDUM                    STATUS: COMPLETED
PRELIMINARY CXR NO ACTIVE INFILTRATE
NO PREVIOUS FILMS FOR COMPARISION
MEDROL DOSEPAK AS DIRECTED

/es/ HARI S KAPUR
MD
Signed: 12/01/2003 19:11

---

          TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: DEC 01, 2003@17:53    ENTRY DATE: DEC 01, 2003@17:53:37
     AUTHOR: RAIFE,CORINE S        EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED

WORKS,TYRON                 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

Age:    31
Gender: MALE

Vital Signs:
     T: 97.8 F [36.6 C] (12/01/2003 17:51)
     P: 108 (12/01/2003 17:51)
     R: 21 (12/01/2003 17:51)
   B/P: 120/75 (12/01/2003 17:51)
  PAIN: 0 (12/01/2003 17:51)
    HT: 72 in [182.9 cm] (12/01/2003 17:51)
    WT: 186.8 lb [84.9 kg] (12/01/2003 17:51)

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029              Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

MODE OF ARRIVAL:Ambulatory

277

Other:

Chief Complaint:VETERAN PRESENTS A/O X 3 WITH C/O CHEST TIGHTNESS WITH
PRODUCTIVE COUGH OF CLEAR SPUTUM,APPROX.1 HOUR PRIOR TO
ARRIVAL.RELATES HAS H/O ASTHMA;INHALERS INEFFECTIVE.O2 SAT.97%.NON-
PRODUCTIVE COUGH @ INTERVALS DURING TRIAGE.ESCORTED TO BED # 4 AND
GIVEN ALBUTEROL/ATROVENT NEBUIZER TREATMENT,IN NAD.


Was the patient given emergent care prior to arrival?
No

Did you try to do anything to relieve your problem prior to your
arrival?
     Yes PRESCRIBED INHALERS


Was it effective?        No

Last Tetanus:
   > 5 years

Immunization:
FLU WHOLE         C        10/30/2003 CENTRAL AL
                           09/03/2003 CENTRAL AL
                                  pt states he will take the flu shot when
                                  available this year.
                  C        01/09/2002 CENTRAL AL    NONE
PNEUMO-VAC                 07/22/2002 CENTRAL AL




Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:NONE

OTC Medicines:NONE

Active Medications:Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                     Status
========================================================================
1)    ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY     ACTIVE
         MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE
         USING)
2)    CHLORPHENIRAMINE 8MG SR (CTM) CAP TAKE ONE CAPSULE BY    ACTIVE
         MOUTH TWICE A DAY FOR CONGESTION AS NEEDED

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

Page 126

# Progress Note

Jan 27, 2005

273

3) DECONAMINE SR (PSEUDO 120/CTM 8) CAP TAKE 1 CAPSULE      ACTIVE
     BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED
4) DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY        ACTIVE
     MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
     NOT CRUSH, BREAK OR CHEW)
5) ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB TAKE 1         ACTIVE
     TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR
     HEADACHE
6) FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS       ACTIVE
     EACH NOSTRIL TWICE A DAY FOR CONGESTION
7) IBUPROFEN * 800MG (MOTRIN) TAB TAKE ONE TABLET BY      ACTIVE
     MOUTH THREE TIMES A DAY WITH FOOD FOR
     INFLAMMATION/PAIN.
8) INFLUENZA VACCINE 0.5ML INJ INJECT FLU                 ACTIVE
     INTRAMUSCULARLY ONCE *ADMINISTERED IN CLINIC*
9) SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE       ACTIVE
     INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
     DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
     POUCH)
10) TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH   ACTIVE
     EVERY 6 HOURS AS NEEDED FOR PAIN
Triage Category:
     Emergent

Disposition to:
Primary Care Team:    LSU
Other:

/es/ CORINE S. RAIFE
RN
Signed: 12/01/2003 18:04

          TITLE: PHYSICIAN NOTE
DATE OF NOTE: NOV 25, 2003@11:26     ENTRY DATE: NOV 25, 2003@11:27:08
     AUTHOR: CHUNG,TAI Q          EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

Had right knee arthroscopy. Did well until one month ago when he starts getting
pain without any new injury. Slight swelling and giving way.
EXAM: slight tenderness at anterior MJL and LJL and patellar facets. No
effusion. 0 to 120 degrees of flexion. No instability.
P: Try ibuprofen 800 mg po tid with food. RTC 3 weeks.

/es/ TAI Q CHUNG, MD
physician
Signed: 11/25/2003 11:33

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029         Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

279

```
        TITLE: PC-NURSING EXIT INTERVIEW
DATE OF NOTE: OCT 30, 2003@12:13     ENTRY DATE: OCT 30, 2003@12:13:51
     AUTHOR: SWEENEY,ARTHEREAN     EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

Name: WORKS,TYRON
SSN:  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


1. Do you understand what the provider wants you to do concerning your
medical condition.  Yes  (x  )    No  (  )

2. Do you understand your medical condition, your test and lab reports,
reasons for procedures, medication and side effects? Yes ( z )  No ( )

3. Do you know what to do if your condition get worse?  Yes·(  ) No (  )
 z
4. Do you feel that you were involved in decision making about your care?
   Yes ( z )  No ( )

5. Is there anything more that you want to know about your condition or
treatment plan?  Yes (  )  No ( z )

6. Other Comments:
Veteran verbalized understanding of health care today.

/es/ ARTHEREAN SWEENEY
REGISTERED NURSE
Signed: 10/30/2003 12:14

---

```
        TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: OCT 30, 2003@12:07     ENTRY DATE: OCT 30, 2003@12:07:33
     AUTHOR: SWEENEY,ARTHEREAN     EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

            CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEMS


Name: WORKS,TYRON          SSN: 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

Initial Assessment (x  )
Reassessment       (  )


 1. Pain Rating: 0 =No Pain      10= Greatest Pain     [  6  ]

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 128**

# Progress Note

Jan 27, 2005

*280*

2. Are you currently receiving treatment for:
   ( )Arthritis                ( )Diabetic Neuropathy
   ( )Lower Back Disorders    ( )Herpes Zoster(shingles)
   ( )Leg Cramps              ( )Headaches
   ( )Other Chronic pain condition (list)

3. Where is your pain? (list)Complains of headache and right knee pain for a
long period of time years.

| | |
|---|---|
| Worst in last month: | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5<br>( )6 ( )7 ( )8 ( )9 (x )10 |
| Least in last month: | ( )0 ( )1 ( )2 ( )3 ( x )4 ( )5<br>( )6 ( )7 ( )8 ( )9 ( )10 |
| Average in last month: | ( )0 ( )1 ( )2 ( )3 ( )4 ( x )5<br>( )6 ( )7 ( )8 ( )9 ( )10 |
| Right Now: | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5<br>(x )6 ( )7 ( )8 ( )9 ( )10 |
| Patient pain intensity goal: | ( )0 ( )1 ( )2 ( )3 ( )4 ( )5<br>( )6 ( )7 ( )8 ( )9 ( )10 |

QUALITY:                              Frequency:

| | | | |
|---|---|---|---|
| Throbbing ( ) | Stabbing ( ) | Continual ( x )Head |
| Sharp (x ) | Burning ( ) | Intermittent ( x )Knee |
| Dull ( x ) | Aching ( x ) | With Movement ( x ) |
| Shooting ( ) | Radiating ( ) | Less than Daily( ) |
| Numb ( ) | Other: | Daily x's |

OTHER INDICATORS:

| | |
|---|---|
| Anxiety ( ) | Facial Expression ( ) |
| Irritability ( ) | Restlessness ( ) |
| Withdrawal ( ) | Guarding Behavior ( ) |

EXACERBATING FACTORS:

   Movement     ( x ) Walking and standing knee pain
   ADL's        ( )
   Stress       ( )
   Treatments   ( )
   Others:No exacerbating factor for headache just occur

ALLEVIATING FACTORS:

| | |
|---|---|
| Medication ( ) | Imagery ( ) |
| Position ( ) | Relaxation ( ) |
| Heat ( ) | Activity ( ) |
| Cold (x ) | Describe: Massage |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

Current Treatment or Medication/Treatment Efficiency 10 = Most Effective    281

1.
2.
3.
*********THE FOLLOWING SECTION IS FOR CHRONIC PAIN ONLY****
Pain Interference:  0-does not interfere     10-Completely interferes
                    3-sleep
 Headache effects all activities.

General activity  ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
Mood              ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
Normal Work       ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( )10
Ability to
Concentrate:      ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
Relations with
other people      ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
Enjoyment of life ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
Sleep             ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10


Plan of Care/Change required  ( )yes      ( )No
Action:

Action:

Provider notified            ( x )Yes      ( )No
Return Visit Schedule        ( )Yes        ( )No
Medication for pain ordered ( )Yes        ( )No
Non-pharmacological treatment type:
Referral to Pain Management Program:
                             ( )Yes        ( )No
Education related to pain management:
                             ( )Yes        ( )No
If yes, patient verbalized understanding:
                             ( )Yes        ( )No


/es/ ARTHEREAN SWEENEY
REGISTERED NURSE
Signed: 10/30/2003 12:13

Receipt Acknowledged By:
10/31/2003 08:01         /es/ KAREN BELL,CRNP

---

**Page 130**

# Progress Note

Jan 27, 2005

282

```
          TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: OCT 30, 2003@11:33     ENTRY DATE: OCT 30, 2003@11:33:21
     AUTHOR: BELL,KAREN J        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

In for scheduled visit. Pain in (R) knee for past several wks; feels like pain is deep in knee.  Ice & massage help.  Had knee surgery in Aug;  Sinus congestion again, seasonal.  ED occurs frequently and is on medication for migraine prophylaxis. States received a hughe shipment of inhalers, and is well supplied w/them.  Had a little problems w/asthma last wk w/weather changes.

(o) A&O x 3: wdwn male nad
vs as taken today per nurse
heart: RRR: no M auscultated
lungs: CTA: good bilateral breath sounds, good expansion
extrem: pain on extension and flexion of (r) knee and on standing.

(a) knee pain
hx asthma
migraine
ED

(p) referred back to ortho clinic
stop propranolol
esgic for HA
flu vaccine - done
rtc 5-6 mo w/dietary appt

/es/ KAREN BELL,CRNP

Signed: 10/30/2003 12:08

```
          TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: OCT 30, 2003@11:20     ENTRY DATE: OCT 30, 2003@11:20:58
     AUTHOR: LEWIS,FRANCES P       EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

Name: WORKS,TYRON
SSN: 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

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 131**

# Progress Note

Jan 27, 2005

Educational Needs Assessment

283

Learning Abilities:

[yes] Reads      [yes] Writes


Readiness to Learn:

[yes] Receptive   [ ]Motivated   [ ] Denying   [ ]Not Interested

Barriers to Learning: Select items that describe barriers to learning. If there are no barriers, select None.

[x]None       [ ] Not Interested   [ ]Memory   [ ]Motivation
[ ]Cognition [ ] Sedation           [ ] Visual   [ ]Hearing
[ ]Language  [ ] Emotional State  [ ]Cultural [ ]Financial

Translator Required:

[x]No       [ ]Yes (contact the hospital operator)

Learning Preferences:

[ ]Audio Tapes
[ ]Video Tapes
[ ]Direct Teaching
[yes]Other-Doing

Learning Needs:

[ ] Diagnosis     [yes]Safety     [yes]Medications    [yes]Self Care
[yes] Activity    [ ]Treatments  [ ]Tests           [ ]Surgery
[yes] Nutrition

Patient's highest grade completed: "Grade 12 & 4 yrs of college"
Significant other's highest grade completed:
Comments:


Education Progress Note

Instructions: At a minimum, document any education given for these categories "X" the category of education provided:

[yes] Safe and effective use of medications
[yes] Nutrition intervention/counseling and/or diet modification

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 132**

# Progress Note

Jan 27, 2005

```
[ ] Safe and effective use of medical equipment
[ ] Pain management
[ ] Rehabilitation techniques                          284
[ ] Available community resources
[yes] When and how to obtain further treatment
[ ] Personal hygiene and grooming
[ ] Imaging procedures
[ ] Food/Drug interaction counseling
[yes] Other
```

Recipient of Education; ("X" all that apply)

```
[yes] Patient
[ ] Family/caregiver
```

Summary of Education Provided: (Document summary of information taught).

Encouraged to exercise 30 min 3-4 times weekly to maintain weight control; helps to strengthen lungs and promote better circulation; helps to releive stress and pain; helps prevent disease processes such as htn, diabetes, high cholesterol and heart. Discussed: flu shot, bmi-25, weight maintenance, seatbelt and sunscreen uses, taking medications as prescribed.  Encouraged to eat well balance meals, low salt, low sugar, low carbohydrate and low fat intakes. Writer verbally demonstrated correct usage of oral inhaler and patient returned correct usage verbally.  Reinforced usage of telephone program and appointment scheduling in which patient acknowledges he already has telephone numbers.

Teaching Method:("X" all that describes the teaching methods used).

```
[yes] Verbal
[ ] Written
[ ] Audio/Visual
[yes] Demonstration
[ ] Group/Class
[ ] Title of handout(s) provided:
[ ] Other
```

Outcome: (Select the item(s) that describes the outcome of teaching/learning process).

```
[yes] Verbalized understanding
[yes] Able to demonstrate skills
[ ] Unable to understand
[ ] Needs reinforcement; Document follow-up action:
[ ] Risks and complications of non-compliance explained
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

```
WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029           Printed at CENTRAL ALABAMA HCS
419087667
```

**Page 133**

# Progress Note

Jan 27, 2005

[ ] Inappropriate for teaching due to pain, refusal, mentation and
    inability to focus
[ ] Other:                                                          285

Discipline of Instructor providing teaching:

[ ] Physician/Dentist
[yes] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[ ] Psychologist
[ ] Dietitian
[ ] Social Worker
[ ] Pharmacist
[ ] Respiratory Therapy
[ ] Blind Rehabilitation Specialist
[ ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
    Recreation, Music)
[ ] Imaging
[ ] Other:

General Equipment Certification Training:
_____
Type of Equipment:
Serial #:
Name of Person Receiving Orientation:
This patient or the responsible person identified above has been trained
and certified competent to safely and effectively perform the functions
associated with the aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were provided.


Comments:




Approved by MRT 5/12/2000

/es/ FRANCES LEWIS
LPN
Signed: 10/30/2003 12:12

Receipt Acknowledged By:
10/31/2003 13:53          /es/ KAREN BELL,CRNP

---

        TITLE: PC NURSING SCREENING NOTE

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

DATE OF NOTE: OCT 30, 2003@11:04     ENTRY DATE: OCT 30, 2003@11:05:04
         AUTHOR: LEWIS,FRANCES P     EXP COSIGNER:
         URGENCY:                          STATUS: COMPLETED

285

WORKS,TYRON  31
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

SUBJECTIVE:  Patient states I am having a headache and slight right knee pain
and pains of 6 at present; would like to get a flu shot; would like to get
written refills on medications; I am here for follow up on headache medication.


110/61 (10/30/2003 10:59)64 (10/30/2003 10:59)20 (10/30/2003 10:59)97.7 F [36.5
C] (10/30/2003 10:59)


PAIN:6 (10/30/2003 10:59)


Active Outpatient Medications (including Supplies):

```
    Active Outpatient Medications                      Status
=========================================================================
1)   CHLORPHENIRAMINE 8MG SR (CTM) CAP TAKE ONE CAPSULE BY   ACTIVE
         MOUTH TWICE A DAY FOR CONGESTION AS NEEDED
2)   DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY        ACTIVE
         MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
         NOT CRUSH, BREAK OR CHEW)
3)   PROPRANOLOL * 10MG (INDERAL) TAB TAKE ONE TABLET BY     ACTIVE
         MOUTH EVERY DAY TO PREVENT MIGRAINE (*WILL TITRATE
         AS BLOOD PRESSURE ALLOWS*).
4)   TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH     ACTIVE
         EVERY 6 HOURS AS NEEDED FOR PAIN
```

OTC Medicines: None


Herbals: None


Allergies:MUSHROOMS, TYPHOID VACCINE


 Nutritional Screening:
1.  BMI >27      No
2.  BMI <21      No-25
3.  Unintentional weight loss/gain of 5 pounds or more in the past
month      No

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 135**

# Progress Note

Jan 27, 2005

4.  Follow-up nutrition education needed.        Yes                    *287*

5.  Nutrition education by dietitian documented for obesity, hypertension,
    diabetes mellitus, elevated cholesterol, etc. within the past 24
    months.        Yes

EXERCISE SCREEN:MILD

Comments:  Patient reports I do the therapy legs exercises every day
and try to walk when pain permits.

Assessment:  Patient alert and oriented.  Respirations regular with
ease.  Patient ambulatory.

CLINICAL REMINDER ACTIVITY
  N-Education Assessment:
    Patient had no barriers to learning recorded.
      Comment: Patient denies barriers to learning.
    Best learning methods.
      Comment: Doing, Group Class
    Patient's readiness to learn was:
      Comment: Good
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user
  N-FLU SHOT:
    Documentation of flu shot
    Patient denies allery to eggs.  Patient denies prior influenza vaccine
      this flu season Flu shot given by standing order.
      Series: Complete
    Injection site
      Comment: Left arm
    Lot Number used for injection
      Comment: U1146BA    EXP-30JUN04
    PATIENT EDUCATION: explanation of possible adverse side effects.
      Patient verbalized understanding.
      Level of Understanding: Good

Comments:  Will refer above to provider

/es/ FRANCES LEWIS
LPN
Signed: 10/30/2003 11:20

          TITLE:  PC TELEPHONIC NOTE
DATE OF NOTE: OCT 29, 2003@15:31      ENTRY DATE: OCT 29, 2003@15:31:22

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 136**

# Progress Note

Jan 27, 2005

> AUTHOR: LEWIS,FRANCES P        EXP COSIGNER:        **288**
> URGENCY:                       STATUS: COMPLETED

Subject: Pre-Call

Clinic: M-K Bell NP

Date/Time of appointment: 10/29/03 @ 1100
Lab appointment: Yes @ 1000

Pre-call outcome telephone attempted:
> [ ] Talked with patient reminded of above clinic appointment.
> [ ] Talked with family member/significant other and reminded
>     of above appointment:
> [x] Message left on answering machine reminded of above
>     appointments.
> [ ] Unable to reach patient to remind of above appointments.

Reminded of scheduled lab work:
Nothing to eat or drink after midnight:  (x)Yes  ()No


/es/ FRANCES LEWIS
LPN
Signed: 10/29/2003 15:34

---

> TITLE: PM&RS KINESIOTHERAPY
> DATE OF NOTE: OCT 01, 2003@10:06:54  ENTRY DATE: OCT 01, 2003@10:06:55
> AUTHOR: BONNETT,DANNY L        EXP COSIGNER:
> URGENCY:                       STATUS: COMPLETED

DISCHARGE NOTE KINESIOTHERAPY
INITIAL VISIT:8-11-03   FINAL VISIT:9-25-03
TOTAL VISITS:15
O-MR.WORKS HAD EXCELLENT RECOVERY FROM RT KNEE ARTHROSCOPY AND MEDIAL
MENISECTOMY.THE ROM RT KNEE WAS 120 DEGREES ON LAST VISIT WITH GOOD
STRENGTH.HE WAS AMBULATORY WITHOUT ANY ASSISTIVE DEVICE.
A-S/P RT KNEE ARTHROSCOPY AND MEDIAL MENISECTOMY
P-DISCHARGED FROM OUTPATIENT THERAPY.THIS VETERAN RETURNED TO WORK ON
9-22-03.

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 10/01/2003 10:16

---

> TITLE: PM&RS KT DAILY SUMMARY

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

DATE OF NOTE: SEP 25, 2003@13:25:27   ENTRY DATE: SEP 25, 2003@13:25:27   **289**
     AUTHOR: BONNETT,DANNY L        EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

Patient Name: WORKS,TYRON
SSN: 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

Length of time patient was treated: 45 MIN

Where patient was treated: Clinic ( X  )    Bedside (   )

Motivation:GOOD

Mobility: Wheelchair (   )        Ambulatory ( X  )

Device: Issue (   ) or Practice (   )

Cognitive Status:ALERT WELL ORIENTED
MR.WORKS WAS SEEN BY DELORIS SWEENEY ON 9-24-03.

Exercises:                            Reps:
Mat (    )Rom ( X  )  Strengthening ( X  )   General Conditioning (   )

Modilities:CYBEX FITRON STATIONARY BICYCLE

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/25/2003 13:27

---

          TITLE: PM&RS KINESIOTHERAPY
DATE OF NOTE: SEP 19, 2003@14:49:13   ENTRY DATE: SEP 19, 2003@14:49:14
     AUTHOR: BONNETT,DANNY L        EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

KINESIOTHERAPY NOTE
O-MR.WORKS HAS MADE EXCELLENT PROGRESS IN POST-OP REHAB FROM RT KNEE
ARTHROSCOPY AND MEDIAL MENIESECTOMY HE HAD ON 8-21-03.HE NOW HAS FULL ROM
IN RT KNEE WITH GOOD STRENGTH.
A-S/P RT KNEE SURGERY 8-21-03
P-HE WILL RETURN TO WORK NEXT MONDAY 9-22-03 AND BE SEEN FOR ONE  MORE
WEEK OF OUTPATIENT THERAPY

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/19/2003 14:58
          TITLE: PM&RS KT DAILY SUMMARY
DATE OF NOTE: SEP 17, 2003@15:33:45   ENTRY DATE: SEP 17, 2003@15:33:45

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

AUTHOR: BONNETT, DANNY L      EXP COSIGNER:
URGENCY:                                    STATUS: COMPLETED

290

Patient Name: WORKS, TYRON
SSN: 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

Length of time patient was treated:60 MIN

Where patient was treated: Clinic ( X  )    Bedside (   )

Motivation: GOOD

Mobility: Wheelchair (   )        Ambulatory ( X  )

Device: Issue (   )  or Practice (   )

Cognitive Status:ALERT WELL ORIENTED


Exercises:                              Reps:
Mat (    ) Rom (X  )    Strengthening ( X  )    General Conditioning (   )

Modilities:CYBEX FITRON STATIONARY BICYCLE

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/17/2003 15:35

---

TITLE: PM&RS KT DAILY SUMMARY
DATE OF NOTE: SEP 15, 2003@14:57:45  ENTRY DATE: SEP 15, 2003@14:57:45
AUTHOR: BONNETT, DANNY L      EXP COSIGNER:
URGENCY:                                    STATUS: COMPLETED

Patient Name: WORKS, TYRON
SSN: 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

Length of time patient was treated: 45 MIN

Where patient was treated: Clinic ( X  )    Bedside (   )

Motivation:GOOD

Mobility: Wheelchair (   )        Ambulatory ( X  )

Device: Issue (   )  or Practice (   )

Cognitive Status: ALERT,WELL ORIENTED

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

291

```
Exercises:                        Reps:
Mat (    )Rom (X   )    Strengthening ( X  )    General Conditioning (    )

Modilities:CYBEX FITRON STATIONARY BICYCLE

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/15/2003 15:00
```

```
        TITLE: PM&RS KT DAILY SUMMARY
DATE OF NOTE: SEP 12, 2003@15:12:07  ENTRY DATE: SEP 12, 2003@15:12:07
      AUTHOR: BONNETT,DANNY L      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Patient Name: WORKS,TYRON
SSN: 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

Length of time patient was treated:45 min

Where patient was treated: Clinic ( x  )    Bedside (    )

Motivation:good

Mobility: Wheelchair (    )       Ambulatory ( x  )

Device: Issue (    )  or Practice (    )

Cognitive Status:alert,well oriented


Exercises:                        Reps:
Mat (    )Rom ( x  )    Strengthening ( x  )    General Conditioning (    )

Modilities:cybex fitron stationary bicycle

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/12/2003 15:13
```

```
        TITLE: PM&RS KINESIOTHERAPY
DATE OF NOTE: SEP 10, 2003@11:05:55  ENTRY DATE: SEP 10, 2003@11:05:55
      AUTHOR: BONNETT,DANNY L      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

KINESIOTHERAPY NOTE , PM&R
O-MR.WORKS CONTINUES TO AMBULATE WELL WITH A WALKING CANE AND IS ABLE TO 292
AMBULATE AROUND HIS HOUSE WITHOUT ANY ASSISTIVE DEVICE.THE RT KNEE ROM IS
WNL'S AND STRENGTH IS INCREASING WITH PRE ROUTINES.
A-S/P RT KNEE ARTHROSCOPY
P-CONTINUE TO SEE 3X WEEKLY

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/10/2003 11:11

---

          TITLE: PM&RS KINESIOTHERAPY
DATE OF NOTE: SEP 08, 2003@15:34:59   ENTRY DATE: SEP 08, 2003@15:35:01
      AUTHOR: BONNETT,DANNY L       EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

KINESIOTHERAPY NOTE
O-MR.WORKS WAS ISSUED A WALKING CANE TODAY AND HE IS ABLE TO AMBULATE
WELL WITH NO C/O PAIN IN RT KNEE.
A-S/P RT KNEE ARTHROSCOPY
P-WILL CONTINUE OUTPATIENT THERAPY 3X WEEKLY FOR TWO WEEKS

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/08/2003 15:39

---

          TITLE: PM&RS KINESIOTHERAPY
DATE OF NOTE: SEP 04, 2003@14:31:22   ENTRY DATE: SEP 04, 2003@14:31:22
      AUTHOR: BONNETT,DANNY L       EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

KINESIOTHERAPY NOTE
O-MR.WORKS WAS SEEN TODAY FOR ROM/STRENGTHENING EXERCISES FOR RT KNEE
UTILIZING THE CYBEX FITRON BICYCLE.HE NOW HAS 95-100 DEGREES RT KNEE
FLEXION AND FULL EXTENSION.
A-ARTHROSCOPIC SURGERY RT KNEE 8-21-03
P-WILL CONTINUE OUTPATIENT THERAPY 3X WEEKLY FOR 3 WEEKS

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/04/2003 14:37

---

          TITLE: NUTRITION - OUTPATIENT
DATE OF NOTE: SEP 03, 2003@11:22      ENTRY DATE: SEP 03, 2003@11:22:58
      AUTHOR: THORNTON,TRACEY E     EXP COSIGNER:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

---

URGENCY:                          STATUS: COMPLETED

**293**

Team B-Yellow-K. Bell
Medical Nutrition Assessment

WORKS,TYRON
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

S/O-Current diet at home-Regular. Meal consumption level-good.
    Dx: Migraine
    Food allergies-Milk, Mushroom. B/P:121/65 (09/03/2003 09:08)BMI=24
    Dental Status:__x__Natural_____Dentures_____Partial_____Edentulous
    Patient height:72 in [182.9 cm] (09/03/2003 09:08)
    Pt. weight:180 lb [81.8 kg] (09/03/2003 09:08)
    Patient consumes 1-2 meals per day. Patient has no h/o alcohol
    tobacco nor herbal use. Constipation: Yes-due to Rx  Diarrhea: No
    Patient takes most meals at home. Social Issues: Daughter Lives w/Pt
    LMD:Yes-Williams      OTC: 0
    Current Medications: Active Outpatient Medications (including
Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE USING) | ACTIVE |
| 2) | CHLORPHENIRAMINE 8MG SR (CTM) CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED | ACTIVE |
| 3) | CYCLOBENZAPRINE 10MG (FLEXERIL) TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY DISPENSED FROM ACUTE CARE CLINIC | ACTIVE |
| 4) | DIAZEPAM 5MG/ML (VALIUM) 2ML/AMP INJECT 5MG/1ML IVP STAT DISPENSED FROM ACUTE CARE CLINIC | ACTIVE |
| 5) | DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO NOT CRUSH, BREAK OR CHEW) | ACTIVE |
| 6) | FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE MOUTH AFTER USE) | ACTIVE |
| 7) | FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS EACH NOSTRIL TWICE A DAY FOR CONGESTION | ACTIVE |
| 8) | LORTAB 10 (HYDROCODONE 10MG/APAP 500) TAKE 1 TABLET BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR PAIN | ACTIVE |
| 9) | PROPRANOLOL * 10MG (INDERAL) TAB TAKE ONE TABLET BY MOUTH EVERY DAY TO PREVENT MIGRAINE (*WILL TITRATE AS BLOOD PRESSURE ALLOWS*). | ACTIVE (S) |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

10)  SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH    ACTIVE
        TWICE A DAY (SHAKE WELL BEFORE USING)
11)  TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH    ACTIVE
        EVERY 6 HOURS AS NEEDED FOR PAIN

294

```
BUN: 9 mg/dL      (08/21/2003 07:51)
Creatinine: 0.9 mg/dl     (08/21/2003 07:51)
Potassium: 3.9 meq/L     (08/21/2003 07:51)
Cholesterol: 134 mg/dL     (04/10/2002 07:36)
Triglycerides: 34 mg/dL L    (04/10/2002 07:36)
HDL: 39.0 mg/dl     (04/10/2002 07:36)
LDL: 88 mg/dl    (04/10/2002 07:36)
VLDL: 6.80 MG/DL     (04/10/2002 07:36)
SGOT: 22 IU/L     (05/08/2003 23:30)
GLUCOSE: 96 mg/dL     (08/21/2003 07:51)
Hemoglobin A1C: ____
Hemoglobin: 14.2 g/dL      (08/05/2003 09:02)
Hematocrit: 41.6 %     (08/05/2003 09:02)
Microalbumin: ____
Urine Glucose: NEGATIVE     (10/23/2001 14:54)
Urine Protein: NEGATIVE     (10/23/2001 14:54)
Albumin: 3.8 g/dL     (05/08/2003 23:30)
```

A/P-Nutritional status:  Normal.
    Current diet is meeting the needs of the patient.
    Diet education provided on: No caffeine
    Copy of diet provided and principles reviewed with pt.
    Expected results of diet education-fair
    Devices Used:_____Glucose Monitor_____B/P Monitor___x____NONE
    Recommendations:f/u and monitor progress; encourage diet compliance;
    f/u with lab data. PLAN OF CARE: Exercise: Increase as tolerated
    Weight: Maintain wgt.
    Follow-up in Nutrition Clinic: 12-18 months


/es/ T. ELAINE THORNTON,MBA,RD,LD
Clinical Dietitian
Signed: 09/03/2003 11:28


        TITLE: PC-NURSING EXIT INTERVIEW
DATE OF NOTE: SEP 03, 2003@11:06    ENTRY DATE: SEP 03, 2003@11:06:21
        AUTHOR: TALLEY,ANNIE D    EXP COSIGNER:
        URGENCY:                      STATUS: COMPLETED

Name: WORKS,TYRON

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 143**

# Progress Note

Jan 27, 2005

SSN:  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

295

1. Do you understand what the provider wants you to do concerning your medical condition.  Yes  ( x )    No  (  )

2. Do you understand your medical condition, your test and lab reports, reasons for procedures, medication and side effects? Yes ( x )  No ( )

3. Do you know what to do if your condition get worse?  Yes (x ) No ( )

4. Do you feel that you were involved in decision making about your care?
    Yes ( x )  No (  )

5. Is there anything more that you want to know about your condition or treatment plan? Yes ( )  No ( x )

6. Other Comments:

/es/ ANNIE D TALLEY
RN,BSN,MS
Signed: 09/03/2003 11:07

---

        TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: SEP 03, 2003@10:47     ENTRY DATE: SEP 03, 2003@10:48:02
     AUTHOR: BELL,KAREN J        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

SUBJECTIVE:
 In for routine visit: late for appt & seen at this time.  Knee improving from surgery, still on crutches.  Currently in PT for strengthening knee. Continues to have migraines.

(o) A&O x 3: wdwn AA male nad; currently ambulating w/crutches due to recent knee surgery
vs as taken today per nurse
Heart: RRR: no M auscultated
lungs: CTA: good bilateral breath sounds
extrem: no cyanosis or edema: 3 small incisional sites on (r) knee: no s/s infection

(a) recent knee surgery
hx migraines

(p) labs, CT results discussed
refer today to dietary

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

start very low dose inderal for migraine prophylaxis; will titrate as bp allows

rtc 6-7 wks w/chem 7

295

/es/ KAREN BELL,CRNP

Signed: 09/03/2003 10:58

---

        TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: SEP 03, 2003@09:14     ENTRY DATE: SEP 03, 2003@09:15:01
      AUTHOR: RODGERS,CHERRY D     EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED


WORKS,TYRON   31
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

SUBJECTIVE:f/u appointment would like to discuss lab results on august,15 and the resuslt of his ct-head.pt c/o right knee pain on a scale of-3.pt was seen in the ER here on Aug,22 for chronic back pain,was sent home on Flexeril to take until all gone .pt states he had right knee surgery on August 21,2003.pt would like to see the social worker about advanced directive/living will.pt has taken all of flexeril.


121/65 (09/03/2003 09:08)83 (09/03/2003 09:08)20 (09/03/2003 09:08)97.8 F
[36.6 C] (09/03/2003 09:08)

PAIN:3 (09/03/2003 09:08)

Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE USING) | ACTIVE |
| 2) | CHLORPHENIRAMINE 8MG SR (CTM) CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED | ACTIVE |
| 3) | CYCLOBENZAPRINE 10MG (FLEXERIL) TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY DISPENSED FROM ACUTE CARE CLINIC | ACTIVE |
| 4) | DIAZEPAM 5MG/ML (VALIUM) 2ML/AMP INJECT 5MG/1ML IVP STAT DISPENSED FROM ACUTE CARE CLINIC | ACTIVE |
| 5) | DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY | ACTIVE |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
NOT CRUSH, BREAK OR CHEW)

6)   FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY     ACTIVE
MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE
MOUTH AFTER USE)

7)   FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS        ACTIVE
EACH NOSTRIL TWICE A DAY FOR CONGESTION

8)   LORTAB 10 (HYDROCODONE 10MG/APAP 500) TAKE 1 TABLET     ACTIVE
BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR PAIN

9)   SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH   ACTIVE
TWICE A DAY (SHAKE WELL BEFORE USING)

10)  TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH     ACTIVE
EVERY 6 HOURS AS NEEDED FOR PAIN

297

OTC Medicines:none


Herbals:none


Allergies:MUSHROOMS, TYPHOID VACCINE



 Nutritional Screening:
1.   BMI >27      No-24
2.   BMI <21      No
3.   Unintentional weight loss/gain of 5 pounds or more in the past
month      No
4.   Follow-up nutrition education needed.        no

5.   Nutrition education by dietitian documented for obesity,
hypertension,
diabetes mellitus, elevated cholesterol, etc. within the past 24
months.      Yes



   EXERCISE SCREEN:MILD
Comments:pt attends physical therapy three x week excercise for 30 min.


Assessment:pt is alert oriented x3.speech clear and cohrent skin
warm.dry to touch color pink.ambualtes with the use of crutches limp to
the right leg.pt is able to stand a little without crutches.nad
noted,girlfriend with pt whom pt stated does not mind if she is in the
room.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

VISTA Electronic Medical Documentation


Printed at CENTRAL ALABAMA HCS

**Page 146**

# Progress Note

Jan 27, 2005

```
CLINICAL REMINDER ACTIVITY
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user                    293
  N-FLU SHOT:PT STATES HE WILL TAKE THE FLU SHOT WHEN AVAILABLE FOR THIS
YEAR.
    Documentation of flu shot
    PATIENT EDUCATION: explanation of possible adverse side effects.
        Patient verbalized understanding.
      Level of Understanding: Good
Comments:will refer to provider

/es/ CHERRY D RODGERS
LPN
Signed: 09/03/2003 09:44
```

---

```
        TITLE: PM&RS CONSULT
DATE OF NOTE: SEP 02, 2003@15:42:28  ENTRY DATE: SEP 02, 2003@15:42:28
      AUTHOR: BONNETT,DANNY L      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

MR.WORKS IS WELL KNOWN TO THIS WRITER AND HAD PRE-OP STRENGTHENING
EXERCISE FOR RT KNEE. HE HAD RT KNEE ARTHROSCOPY AND MEDIAL MENIESECTOMY
ON 8-21-03 AND WILL NOW BE SEEN FOR OUTPATIENT THERAPY 3X WEEKLY FOR 3-4
WEEKS.HE WILL BE SEEN FOR ROM AND STRENGTHENING EXERCISES TO RT KNEE.

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 09/02/2003 15:49
```

---

```
        TITLE: S/D NURSING NOTE
DATE OF NOTE: SEP 02, 2003@11:52    ENTRY DATE: SEP 02, 2003@11:52:38
      AUTHOR: BUCKHANON,CORA      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

BP:   125/74 (09/02/2003 11:53)
T:    97.8 F [36.6 C] (09/02/2003 11:53)
P:    90 (09/02/2003 11:53)
R:    18 (09/02/2003 11:53)
WT:   173 lb [78.6 kg] (09/02/2003 11:53)
HT:   72 in [182.9 cm] (09/02/2003 11:53)
PAIN: 0 (09/02/2003 11:53)

CLINICAL REMINDER ACTIVITY
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user
HERE FOR F/U WITH DR. CHUNG
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 147**

# Progress Note

Jan 27, 2005

/es/ CORA BUCKHANON
LPN
Signed: 09/02/2003 12:00

299

---

          TITLE: PHYSICIAN NOTE
DATE OF NOTE: SEP 02, 2003@08:59     ENTRY DATE: SEP 02, 2003@08:59:21
      AUTHOR: CHUNG,TAI Q          EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

f/u 8/21/2003 right knee arthroscopy and medial menisectomy. Pre-op pain
gone
EXAM: wounds healed. No tenderness. 0 to 100 degrees of flexion.
P: Remove stitches. Exercises. P.T. RTC prn.

/es/ TAI Q CHUNG, MD
physician
Signed: 04/08/2004 09:43

---

          TITLE: EKG
DATE OF NOTE: AUG 25, 2003@00:24:19  ENTRY DATE: AUG 25, 2003@00:24:20
      AUTHOR: DUBOSE,WILDS S III   EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

COMPLETED

/es/ SCOTT DUBOSE,BS,RRT,CRTT
REGISTERED RESPIRATORY THERAPIST
Signed: 08/25/2003 00:24

---

          TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: AUG 22, 2003@23:59     ENTRY DATE: AUG 22, 2003@23:59:28
      AUTHOR: HARRIS,PATRICIA A    EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Name: WORKS,TYRON
SSN: 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

Educational Needs Assessment

Learning Abilities:

[X  ] Reads     [ X ] Writes

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

Readiness to Learn:

[X ] Receptive   [ ]Motivated    [ ] Denying    [ ]Not Interested    300

Barriers to Learning: Select items that describe barriers to learning. If there are no barriers, select None.

[ X ]None        [ ] Not Interested   [ ]Memory   [ ]Motivation
[ ]Cognition [ ] Sedation          [ ] Visual   [ ]Hearing
[ ]Language  [ ] Emotional State  [ ]Cultural  [ ]Financial

Translator Required:

[X ]No       [ ]Yes (contact the hospital operator)

Learning Preferences:

[ ]Audio Tapes
[ ]Video Tapes
[X ]Direct Teaching
[ ]Other

Learning Needs:

[X ] Diagnosis      [ ]Safety      [ X ]Medications   [ ]Self Care
[ ] Activity      [ ]Treatments [ ]Tests         [ ]Surgery
[ ] Nutrition

Patient's highest grade completed:
Significant other's highest grade completed:
Comments:


Education Progress Note

Instructions: At a minimum, document any education given for these categories "X" the category of education provided:

[X ] Safe and effective use of medications
[ ] Nutrition intervention/counseling and/or diet modification
[ ] Safe and effective use of medical equipment
[ ] Pain management
[ ] Rehabilitation techniques
[ ] Available community resources
[X ] When and how to obtain further treatment
[ ] Personal hygiene and grooming
[ ] Imaging procedures

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

[ ] Food/Drug interaction counseling
[ ] Other

301

Recipient of Education; ("X" all that apply)

[X ] Patient
[ ] Family/caregiver

Summary of Education Provided: (Document summary of information taught).



Teaching Method:("X" all that describes the teaching methods used).

[X ] Verbal
[X ] Written
[ ] Audio/Visual
[ ] Demonstration
[ ] Group/Class
[X ] Title of handout(s) provided: Medication care notes
[ ] Other

Outcome: (Select the item(s) that describes the outcome of
teaching/learning process).

[X ] Verbalized understanding
[ ] Able to demonstrate skills
[ ] Unable to understand
[ ] Needs reinforcement; Document follow-up action:
[ ] Risks and complications of non-compliance explained
[ ] Inappropriate for teaching due to pain, refusal, mentation and
    inability to focus
[ ] Other:

Discipline of Instructor providing teaching:

[X ] Physician/Dentist
[X ] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[ ] Psychologist
[ ] Dietitian
[ ] Social Worker
[ ] Pharmacist
[ ] Respiratory Therapy
[ ] Blind Rehabilitation Specialist
[ ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
    Recreation, Music)
[ ] Imaging

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

Page 150

# Progress Note

Jan 27, 2005

[ ] Other:                                                              302

General Equipment Certification Training:
_____

Type of Equipment:
Serial #:
Name of Person Receiving Orientation:                    ,
This patient or the responsible person identified above has been trained
and certified competent to safely and effectively perform the functions
associated with the aspect of the above listed equipment. A
manufacturer's
Handbook and/or Patient Education Materials were provided.


Comments:




Approved by MRT 5/12/2000

/es/ PATRICIA A. HARRIS
R.N.
Signed: 08/22/2003 23:59

---

        TITLE: LSU NURSING DISPOSITION NOTE
DATE OF NOTE: AUG 22, 2003@23:57    ENTRY DATE: AUG 22, 2003@23:58:01
        AUTHOR: HARRIS,PATRICIA A    EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.      Discharge Diagnosis:
            .
2.      Disposition: Home
_x__  Follow up clinic appointment. Clinic name: PCC
____  Consult to:
____  Admitted to inpatient unit:
        ___  Other:
        ___  Left AMA
             Comments:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

3.      Nursing interventions given in LSU: See notes.Discharged from LSU 303
in no acute distress.Flexeril was given with instruction per physician's
orders.

4.      After-care sheet given:
[x ] yes,  Sheet Title:Medication care notes
[  ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.  Patient and/or family member/significant other verbalized
    understanding of post-care
    instructions: [x ]yes      [ ]no
    Family member/significant other present:

6.  Condition:     [  ]  improved
                          [ x ]  satisfactory
                          [  ]  unchanged
                          [  ]  worse

    Comments:

{Attending LSU physician to co-sign this note!}

/es/ PATRICIA A. HARRIS
R.N.
Signed: 08/22/2003 23:59

        TITLE: LSU NURSING NOTE
DATE OF NOTE: AUG 22, 2003@23:15      ENTRY DATE: AUG 22, 2003@23:15:09
     AUTHOR: HARRIS,PATRICIA A    EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

    *** LSU NURSING NOTE Has ADDENDA ***

Hep-lock inserted in the rt hand using a 20 jelco per Ms McCants, LPN,
hospital procedure followed. Valium 5mg IVP over 5 min given per order. NS
500 ml hung to infuse, initiated with 100 cc bolus then rate decreased to
80 ml/hr.

/es/ PATRICIA A. HARRIS
R.N.
Signed: 08/22/2003 23:18

08/22/2003 ADDENDUM                    STATUS: COMPLETED

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029                Printed at CENTRAL ALABAMA HCS
419087667

**Page 152**

# Progress Note

Jan 27, 2005

IV discontinued, pressure dressing applied.

30.4

/es/ PATRICIA A. HARRIS
R.N.
Signed: 08/23/2003 00:00

TITLE: TAP DAYTON TELE-NURSE TRIAGE NOTE
DATE OF NOTE: AUG 22, 2003@23:01:36  ENTRY DATE: AUG 22, 2003@22:11:07
    AUTHOR: TAYLOR,TONIA M        EXP COSIGNER:
    URGENCY:                             STATUS: COMPLETED

    *** TAP DAYTON TELE-NURSE TRIAGE NOTE  Has ADDENDA ***

Telecare Note Date: 08/22/2003.
Starting at: 11:01:36 PM; Ending at: 11:09:48 PM; Length: 8 minutes.
Author: TAYLOR,TONIA M
Evaluation/Management Code: PHYSICIAN PHONE CONSULTATION (99372).
WORKS,TYRON is assigned to Caller Area MONTGOMERY.
Provider: BELL,KAREN J

Conversation with WORKS,TYRON has a chief complaint of: Back Pain.

Identified problem: Back Pain.

-=-=-DSHI Disposition Report-=-=-
TRIAGE SUPPORT SYSTEM DISPOSITION REPORT

Encounter duration: 6 minutes 26 seconds
Nurse name: TAYLOR,TONIA M

PATIENT INFORMATION

SSN: 419087667
Name: TYRON WORKS
Gender: Male
Age: 31 years
VA Facility: CAVHCS VAMC Montgomery and Tuskegee)

ENCOUNTER INFORMATION

Type of call: Symptom information
Chief complaint: Back Pain
Duration of complaint: 10 Minutes

POSITIVE: ALL of your back pain is located near your tailbone
POSITIVE: ALL of your back pain is located BELOW your hips

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 153**

# Progress Note

Jan 27, 2005

POSITIVE: ALL of your back pain is located BELOW the umbilicus (belly-button, navel)
POSITIVE: you have NEW difficulty walking
POSITIVE: you have NEW loss of feeling in your groin OR legs

305

Follow-up interval (recommended): Urgent (under 2 hours)
Follow-up interval (actual): Urgent (under 2 hours)
Follow-up location: Emergency room, VA
Caller response: Compliant
Modifier: Elderly
Redirection survey: I would have gone to see my doctor within the next 24 hours

NURSE COMMENTS

Client just had knee surgery yesterday. Client is having back pain and right leg numbness. The numbness lasted 10min. Client is still having back pain. He stated that the back pain is a 10 on a scale from one to ten. Client was triaged to the VA. The VA is 3min. away.
-=-=-End DSHI Disposition Report-=-=-

Caller Response: ER-VAMC.

ADDITIONAL COMMENTS/INFORMATION:

VISTA NOTIFICATION STATUS: Completed.

URGENCY: Information.

Patient Phone Number: 334-738-3975

Contact Phone Number: 334-738-3975.

/es/ TONIA M TAYLOR
VISN 10 TELEPHONE TRIAGE PROGRAM
Signed: 08/22/2003 22:11

Receipt Acknowledged By:
08/25/2003 17:18        /es/ KAREN BELL,CRNP


08/25/2003 ADDENDUM                    STATUS: COMPLETED
veteran seen in lsu

/es/ GWENDOLYN D TELLIS
CAVHCS Telephone Care RN
Signed: 08/25/2003 11:51

          TITLE: INTERIM PROGRESS NOTE

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
| --- | --- |
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA 36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 154**

# Progress Note

Jan 27, 2005

DATE OF NOTE: AUG 22, 2003@22:59      ENTRY DATE: AUG 22, 2003@22:59:53
     AUTHOR: JOHNS,CALVIN R      EXP COSIGNER:                    306
     URGENCY:                              STATUS: COMPLETED

S 31 YO MALE WHO RECENTLY HAD ARTHROSCOPIC SURGERY ON HIS LT KNEE HAD A
SUDDEN ONSET OF LBP WHILE REMOVING HIMSELF FROM THE COMMODE. PAIN WHEN HE
MOVES IS ABOUT AN EIGHT. PT.HAS A HIS OF KNEE SURGERY ON BOTH KNEES WITHOUT
CLEAR PROVOCATION.


O BACK SITTING IN WHEELCHAIR AND PAIN WITH ANY EFFORT TO CHANGE POSITION.
[COAXED INTO GETTING OUT OF THE WHEELCHAIR INTO THE  BED.


A LOW BACK PAIN ACUTE ETIOLOGY
ARTHROSCOPIC SURGERY RT. KNEE RECENT

/es/ CALVIN R. JOHNS, JR. M.D.

Signed: 08/22/2003 23:11

---

          TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: AUG 22, 2003@22:41      ENTRY DATE: AUG 22, 2003@22:42:08
     AUTHOR: HARRIS,PATRICIA A      EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

WORKS,TYRON                    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

Age:    31
Gender: MALE

Vital Signs:
      T: 99.02 F [37.2 C] (08/22/2003 22:40)
      P: 95 (08/22/2003 22:40)
      R: 16 (08/22/2003 22:40)
    B/P: 121/71 (08/22/2003 22:40)
   PAIN: 10 (08/22/2003 22:40)
     HT: 72 in [182.9 cm] (08/05/2003 11:37)
     WT: 189 lb [85.9 kg] (08/05/2003 11:37)
MODE OF ARRIVAL:Wheelchair
Other:

Chief Complaint:C/O having back pain. Relate that he was getting up
from the toliet and was unable to do so because of the pain. Vet had
surg on his rt knee. He also experienced numbness and tingling on that
side but it has resolved. He was given hydrocordone 10/500 for pain
after surg.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation** >

Printed at CENTRAL ALABAMA HCS

**Page 155**

# Progress Note

Jan 27, 2005

Was the patient given emergent care prior to arrival?                    307
No

Did you try to do anything to relieve your problem prior to your
arrival?
        No

Was it effective?        No

Last Tetanus:
   > 5 years

Immunization:
      Flu vaccine
    Pneumonia vaccine

Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:

OTC Medicines:

Active Medications:Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE USING) | ACTIVE |
| 2) | CHLORPHENIRAMINE 8MG SR (CTM) CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED | ACTIVE |
| 3) | DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO NOT CRUSH, BREAK OR CHEW) | ACTIVE |
| 4) | FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE MOUTH AFTER USE) | ACTIVE |
| 5) | FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS EACH NOSTRIL TWICE A DAY FOR CONGESTION | ACTIVE |
| 6) | LORTAB 10 (HYDROCODONE 10MG/APAP 500) TAKE 1 TABLET BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR PAIN | ACTIVE |
| 7) | SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING) | ACTIVE |
| 8) | TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | ACTIVE |

Triage Category:
      Non Urgent

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

303

Disposition to:
Primary Care Team:    LSU
Other:

/es/ PATRICIA A. HARRIS
R.N.
Signed: 08/22/2003 22:46

```
          TITLE: POSTOP FOLLOW-UP CALL
DATE OF NOTE: AUG 22, 2003@10:02     ENTRY DATE: AUG 22, 2003@10:02:41
      AUTHOR: HOWARD,CALDONIA S    EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

Department of Veterans Affairs
Postoperative Follow-up Call

Patient's Name:WORKS,TYRON   Date/Time:8-22-03@1002

Date of Procedure: 8-21-03              Procedure:Right Knee Arthroscopy
Type of anesthesia:General
Surgeon: Dr Chung
Telephone number:
( x )Follow up call attempted:  # 1:
Outcome:
(x  )Unable to reach patient   (  )Talked with patient
(  )Talked with family member/significant other
    Name/relationship:
Follow up call attempted:  # 2 @
Outcome:
(  )Unable to reach patient   (  )Talked with patient
(  )Talked with family member/significant other
    Name/relationship:

General condition:  (  )Excellent  (  )Good  (  )Fair  (   )Poor

Have you experienced any problems after your procedure/surgery?
(  )YES     (  )NO

Any of the followings:      (  )Yes     (  )No
        Drainage            (  )Yes     (  )No
        Bleeding            (  )Yes     (  )No
        Fever               (  )Yes     (  )No
        Nausea/vomiting     (  )Yes     (  )No
        Cough               (  )Yes     (  )No
        Sore throat/hoarseness

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

( )Yes      ( )No

Other:

309

Appetite:  ( )Excellent  ( )Good  ( )Fair  ( )Poor

Have you experienced any pain?  ( )yes   ( )No  If yes, rate your pain
on a scale from 0-10, with 0 being no pain and 10 being the greatest pain
( ). Location:                 Caused by:
Relieved by:
Medications used?  Effective: ( )yes   ( )No

Comments: Unable to reach veteran, answewring machine on message left

/es/ CALDONIA S HOWARD
lpn
Signed: 08/22/2003 10:07

---

        TITLE: PM&RS CONSULT
DATE OF NOTE: AUG 21, 2003@15:30:24  ENTRY DATE: AUG 21, 2003@15:30:25
     AUTHOR: BONNETT,DANNY L      EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

MR.WORKS WAS INSTRUCTED IN AMBULATION WITH BILATERAL AXILLARY CRUTCHES
WHEN SEEN 8-20-03 AND HE WAS INSTRUCTED TO AMBULATE WITH PWB TO TOLERANCE
ON RT FOOT.HE WAS ALSO INSTRUCTED HOW TO ASCEND/DESCEND STEPS WITH
CRUTCHES.SAFETY PRECAUTIONS WERE REVIEWED.THE CRUTCHES WERE ISSUED AT
BEDSIDE TODAY POST-OP AND HE REMAINS INDEPENDENT IN AMBULATION WITH
CRUTCHES.

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 08/21/2003 15:36

---

        TITLE: AMBULATORY SURGERY: DISCHARGE NURSE'S NOTE
DATE OF NOTE: AUG 21, 2003@15:26    ENTRY DATE: AUG 21, 2003@15:26:12
     AUTHOR: SMITH,FELICIA       EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

PATIENT NAME: WORKS,TYRON
SSN: 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
AMBULATORY SURGERY DISCHARGE NURSE'S NOTE

Date: 8-21-03       Time:1620      Via: [ ]Stretcher  [ X]Wheelchair
                                   [ ]Ambulatory

Disposition to (place):HOME

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

310

Accompanied by (indicate name):FERMIE WORKS  & SHANITA SUMPTER
Relationship: MOTHER & GIRLFRIEND

Discharge instructions explained, signed and copy given to patient
[ X ]Yes   [  ]No


Nurse's Note (please indicate the condition and detail nursing
instructions given at time of discharge):
VETERAN IS AWAKE ALERT ORIENTED X 3. RESPIRATINS UNLABORED.HE TOLERATED
DIET . HE VOIDED QS CLEAR YELLOW URINE.IV DISCONTINUED. HE DENIES PAIN
AT UPON DISCHARGE. DISCHARGE INSTRUCTIONS - ORTHOPEDIC FOLLOWUP ON
9-2-03 @ 9 AM , D/C PAIN MED LORTAB 10 1 EVERY 4-6 AS NEEDED FOR
PAIN, KEEP DRESSING CLEAN AND DRY,BUT MAY LEAVE OFF IN 1-2 DAYS THEN
APPLY BANDAIDS TO SUTURE AREAS DAILY, AND THE FOLOWING INSTRUCTIONS
BELOW - REVIEWED WITH VETERAN.HE VOICED HIS UNDERSTANDING  HE WAS GIVEN
CRUTCH TRAINING YESTERDAY. DANNY BONNET BROUGHT VETERAN HIS CRUTCHES
TODAY.
Pain level (0-10):

INSTRUCTIONS FOR ALL PATIENTS RECEIVING SEDATION

1.   REST QUIETLY the remainder of the day.  A responsible adult should
     remain with you the remainder of the day.  You should be assisted to
     the bathroom for the first 6-8 hours.
2.   DO NOT drive, operate heavy machinery, or make critical decisions
for
     24 hours after receiving sedation or while taking pain medication.
3.   DO NOT drink alcoholic beverages or smoke for the first 24 hours
after
     receiving sedation/pain medication.
4.   DO deep breathing exercises for the next 6-8 hours.  This will help
     rid the body of the sedative medication.
5.   EAT a light diet (soup, jello, coke, tea, as tolerated) for your
next
     meal, then resume your normal diet or diet ordered by physician.
6.   Some anesthesia could cause nausea.  If nausea persists at home,
call
     your physician.
7.   If your IV site is sore, apply warm wet compresses (wash cloth) 3-4
     times/day.
8.   Make sure you keep your follow-up appointment.

FOLLOW CHECKED ITEMS

[X  ]Follow written or oral instructions received from your physician.
[X  ]Keep operative/procedure site clean and dry, do not remove bandage

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 159**

# Progress Note

Jan 27, 2005

unless instructed by physician.
[X ] Avoid stress to suture line.
[X ] May bath or shower starting:
[X ] You may gargle with warm salt water for sore throat
[x ] Take medications as prescribed by your physician.
[X ] Notify your doctor if you have any of the followings:
[X ] fever over 100
[X ] redness, swelling, drainage, excessive bleeding, foul odor at
    procedure site OF RIGHT KNEE
[X ] severe unrelieved pain
[X ] numbness, tingling, change in color, coldness, increased pain of
    RIGHT KNEE/LEG.

**311**

OTHER SPECIFIC INSTRUCTIONS:

1540
WRITER REVIEWED DISCHARGE INSTRUCTIONS WITH VETERAN . HE WAS ASSISTED IN
WHEELCHAIR WHEN HE BECAME NAUSEATED AND VOMITTED . DR WARREN NOTIFIED AND
TELEPHONE ORDER FOR PHENERGAN 25 MG IM ORDERED


1545

VETERAN MEDICATED WITH PHENERGAN 25 MG IM.

HE FELT BETTER AND DISCHARGED @ 1620.

1620

VETERAN LEFT WARD VIA W/C ACCOMPANIED BY FERMIE WORKS, MOTHER , AND SHANITER
SUMPTER, GIRLFRIEND.


/es/ FELICIA SMITH
RN
Signed: 08/22/2003 12:59

---

        TITLE: AMB SURGERY-RETURN FROM THE OPERATING ROOM NURSE'S NOTE
DATE OF NOTE: AUG 21, 2003@12:46      ENTRY DATE: AUG 21, 2003@12:46:38
        AUTHOR: BRAUN, JERITA L      EXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED

PATIENT NAME: WORKS, TYRON          SSN: 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

Return from OR/PACU at:  12:50              VIA: [x ] Stretcher [ ] Wheelchair

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

Nurse's Note: AAOX3 but drowsey.  VS 96.5-77-20-114/66.  Rt. knee drsg dry and intact.  IV fluids continued for now as pt. is too drowsey to eat @ this time.  Denies pain.

**312**

Pain level: (0-10) 0

Comments:

/es/ JERITA L. BRAUN
RN
Signed: 08/21/2003 12:49

---

        TITLE: SURGEON'S POST-OPERATIVE NOTE PROCEDURE
DATE OF NOTE: AUG 21, 2003@11:21      ENTRY DATE: AUG 21, 2003@11:21:28
        AUTHOR: CHUNG,TAI Q          EXP COSIGNER:
        URGENCY:                             STATUS: COMPLETED

Patient Name: WORKS,TYRON
SSN: 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

                    SURGEON'S POST-OPERATIVE NOTE PROCEDURE

ATTENDING SURGEON:Tai Chung

PRIMARY SURGEON:

ASSISTANT:

OPERATION/PROCEDURE:right knee arthroscopy, partial medial menisectomy, chondroplast, removal of medial plica

PRE OP DIAGNOSIS:internal derangement right knee

POST OP DIAGNOSIS:same

PRIMARY SURGEON:Tai Chung

ASSISTANT(S):

ANESTHESIA:general

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 161**

# Progress Note

Jan 27, 2005

FINDINGS:torn posterior horn medial mensiscus, joint cartilage fraying,
thickened medial plica

### 313

SPECIMEN(S):shavings

ESTIMATED BLOOD LOSS:less than one cc

BLOOD/BLOOD PRODUCTS:

DRAINS:

COMPLICATIONS:none

                    MEDICAL RECORD SUPPLEMENT TO PROGRESS
                    NOTE FOR SPECIALIZED DISCIPLINES
                    MRT 8/5/98

/es/ TAI Q CHUNG, MD
physician
Signed: 08/21/2003 11:24

        TITLE: AMB SURGERY-RELEASE TO THE OR (NURSE'S NOTE)
DATE OF NOTE: AUG 21, 2003@09:27      ENTRY DATE: AUG 21, 2003@09:27:41
        AUTHOR: HOWARD,CALDONIA S     EXP COSIGNER:
        URGENCY:                            STATUS: COMPLETED

Patient Name: WORKS,TYRON     SSN: 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

Pre-op medication time administered: None

Time to the operation room: 0925          Accompanied by: Ms. Greathouse,Na/
Ms Jackson, Na

Nurse's Note:  Veteran escorted to or via stretcher in no distress, alert
and oriented x3. Vital signs wnl Pain level 5/10.

/es/ CALDONIA S HOWARD
lpn
Signed: 08/21/2003 09:31

        TITLE: NURSING CHECK LIST FOR OPERATING ROOM PROCEDURES
DATE OF NOTE: AUG 21, 2003@07:11      ENTRY DATE: AUG 21, 2003@07:11:22

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029           Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

AUTHOR: YOUNG,MARY E          EXP COSIGNER:
URGENCY:                      STATUS: COMPLETED

314

*** NURSING CHECK LIST FOR OPERATING ROOM PROCEDURES Has ADDENDA ***

Nursing Check List for Operating Room Procedures

Patient Name: WORKS,TYRON
SSN:          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

Identification Band On (legible)     YES [ X ]  NO [  ] DATE [    ]
Surgical Consent                     YES [ X ]  NO [  ] DATE [    ]
(signed and properly completed  within 30 days)
Anesthesia Consent                   YES [ X ]  NO [  ] DATE [    ]
History and Physical                 YES [ X ]  NO [  ] DATE [    ]
Allergies
(list on front of chart and below)      YES [ X ]  NO [  ]  DATE [  ]
Nothing to eat or drink after midnight  YES [ X ]  NO [  ]  DATE [  ]

LABS
CBC Report                           YES [ X ]  NO [  ] DATE:
Profile II or VIII                   YES [  ]  NO [ X ] DATE:
EKG                                  YES [ X ]  NO [  ] DATE: .
Chest X-ray report                   YES [  ]  NO [  ] DATE:N/A
Urinalysis Report                    YES [  ]  NO [ X ] DATE:
Type/Cross match                     YES [  ]  NO [  ] DATE:N/A
Type and Screen                      YES [  ]  NO [  ] DATE:N/A
Others                               YES [  ]  NO [ X ] DATE:
Dentures removed                     YES [  ]  NO [  ] DATE:N/A
Jewelry/Valuables removed/           YES [ X ]  NO [  ] DATE:
Secured and Documented
Hairpins/Nail Polish/                YES [  ]  NO [  ] DATE:N/A
Make up removed
Contact Lens or Glasses removed      YES [ X ]  NO [  ] DATE:
Voided, Condom or Catheter inserted  YES [ X ]  NO [  ] DATE:

Spiritual Care                       YES [ X ]  NO [  ]  DATE:
Pre-op medication                    YES [  ]  NO [ X ]  DATE:
Vital signs taken and documented     YES [ X ]  NO [  ]  DATE:
Safety Straps Applied  RAIL UP X2    YES [  ]  NO [ X ]  DATE:

ALLERGIES:MUSHROOMS,TYPHOID VACCINE

COMMENTS:PT ALERT AND ORIENTED X3.C/O PAIN AT LEVEL 5.HEPLOCK IN LT
WRIST.VS-96-73-18-119/61.RESP UNLABORED.PT IN NO ACUTE DISTRESS AT THIS
TIME.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)  |  **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 163**

# Progress Note

Jan 27, 2005

MEDICAL RECORD SUPPLEMENT TO PROGRESS

NOTE

315

FOR SPECIALIZED DISCIPLINES
MRT 8/5/98

/es/ MARY E. YOUNG
LPN
Signed: 08/21/2003 07:18


08/21/2003 ADDENDUM                    STATUS: COMPLETED
PT HAD CHEMISTRY DONE 08-22-03

/es/ MARY E. YOUNG
LPN
Signed: 08/21/2003 08:42

---

        TITLE: AMBULATORY SURGERY ADMISSION NURSING ASSESSMENT
DATE OF NOTE: AUG 21, 2003@06:46    ENTRY DATE: AUG 21, 2003@06:47:11
        AUTHOR: YOUNG,MARY E        EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

Patient Name: WORKS,TYRON          SSN: 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
Age:    31
Gender: MALE


      T: 96 F [35.6 C] (08/21/2003 06:42)
      P: 73 (08/21/2003 06:42)
      R: 18 (08/21/2003 06:42)
    B/P: 119/61 (08/21/2003 06:42)
   PAIN: 5 (08/21/2003 06:42)
     HT: 72 in [182.9 cm] (08/05/2003 11:37)
     WT: 189 lb [85.9 kg] (08/05/2003 11:37)Temp:

Ambulatory [ X ] Wheelchair [  ] Stretcher [  ] Physician:CHUNG

Accompanied by:FERMIE WORKS/MOTHER
             SHANITA SUMPTER/GIRLFRIEND

Scheduled procedure(s):RIGHT KNEE ARTHROSCOPY & MENISECTOMY

Chief complaint(s):RIGHT KNEE INTERNAL DERANGEMENT

Other illness:CHRONIC HEADACHES,LOWER BACK,ASTHMA

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

Allergies: MUSHROOMS, TYPHOID VACCINE

Current Medication (Include OTC and herbals):                   **316**
Detailed Active Meds: Active Outpatient Medications (including
Supplies):

| Active Outpatient Medications | Status Refills | Issue Date Last Fill Expiration |
|---|---|---|
| ============================================================ = | | |
| 1)  ALBUTEROL MDI (VENTOLIN) 200 DOSES  Qty: | ACTIVE | Issu:09-24-02 |
| 1 for 30 days  Sig: INHALE 2 PUFFS BY | Refills: 11 | Last:09-24-02 |
| MOUTH FOUR TIMES A DAY AS NEEDED | | Expr:09-25-03 |
| (SHAKE WELL BEFORE USING) | | |
| 2)  CHLORPHENIRAMINE 8MG SR (CTM) CAP  Qty: | ACTIVE | Issu:01-03-03 |
| 20 for 10 days  Sig: TAKE ONE CAPSULE | Refills: 2 | Last:01-03-03 |
| BY MOUTH TWICE A DAY FOR CONGESTION AS | | Expr:01-04-04 |
| NEEDED | | |
| 3)  DICLOFENAC 75MG EC (VOLTAREN)  Qty: 180 | ACTIVE | Issu:12-31-02 |
| for 90 days  Sig: TAKE ONE TABLET BY | Refills: 2 | Last:12-31-02 |
| MOUTH TWICE A DAY AS NEEDED FOR PAIN | | Expr:01-01-04 |
| WITH FOOD. (DO NOT CRUSH, BREAK OR CHEW) | | |
| 4)  FLUNISOLIDE (AEROBID) ORAL INHALER  Qty: | ACTIVE | Issu:09-24-02 |
| 4 for 90 days  Sig: INHALE 2 PUFFS BY | Refills: 3 | Last:09-24-02 |
| MOUTH TWICE A DAY (SHAKE WELL BEFORE | | Expr:09-25-03 |
| USING. RINSE MOUTH AFTER USE) | | |
| 5)  FLUNISOLIDE (NASALIDE) NASAL INHALER | ACTIVE | Issu:09-24-02 |
| Qty: 1 for 30 days  Sig: USE 2 PUFFS | Refills: 11 | Last:09-24-02 |
| EACH NOSTRIL TWICE A DAY FOR | | Expr:09-25-03 |
| CONGESTION | | |
| 6)  SALMETEROL (SEREVENT) INHALER  Qty: 1 | ACTIVE | Issu:09-24- |

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

```
02
        for 30 days  Sig: INHALE 2 PUFFS BY     Refills: 11  Last:09-24- 317
02
        MOUTH TWICE A DAY. (SHAKE WELL BEFORE              Expr:09-25-
03
        USING)
7)   TRAMADOL 50MG (ULTRAM) TAB  Qty: 120 for  ACTIVE     Issu:07-16-
03
        30 days  Sig: TAKE ONE TABLET BY MOUTH  Refills: 5  Last:07-16-
03
        EVERY 6 HOURS AS NEEDED FOR PAIN                  Expr:07-16-
04
```

---

NEUROLOGICAL: LEVEL OF CONSCIOUSNESS
Oriented to: [X ]Person      [ ]Disoriented  [ X ]Alert
              [X ]Place
              [X ]Time

---

SKIN:   TEMPERATURE:  [ ] Hot  [ X]Warm/dry  [ ] Moist [ ] Diaphoretic

        Color:       [X ] Normal  [ ] Pale  [ ] Jaundice [ ] Other

COMMENTS:
--------------------------------------------------------------------
--
RESPIRATORY: BREATH SOUNDS: [X ]clear [ ] wheezes  [ ] rales  [ ]rhonci

COUGH:     [ X ]None     [ ] Productive    [ ]Non-productive

SMOKES:  [ ]Yes  #of packs/day [ ]  # of years smoked [  ]
          [ X ]No

COMMENTS:
--------------------------------------------------------------------
--
CARDIOVASCULAR:  Heart Problems: [ ]Yes  [X ]No
                 Pace Maker:    [ ]Yes  [X ] No

 High Blood Pressure:  [ ]Yes  [ X ] No
 Edema:  [ X ] None  [ ]Pitting [ ] Non-pitting

COMMENTS:"I HAD CHEST PAIN 2YRS AGO AND WAS ADMITTED INTO THE
HOSPITAL."
--------------------------------------------------------------------
--
GASTROINTESTINAL/GENITOURINARY:  [ X ]No problems   Last BM:LAST PM

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

[N/A ] Constipation  [N/A ] Diarrhea   [N/A ] Nausea   [N/A ] Vomiting   $318$
[N/A ] Difficulties swallowing

ABDOMEN:  [X ]Soft  [ ] Firm  [ ]Distended [ ] Tender [ X]Non distended
          [X ]Non tender

BOWEL SOUNDS:   [ X ] Present     [  ] Absent

URINARY:  [X ]No problems  [N/A ]Burning  [N/A ]Frequency change  [N/A ]
Color change

Tubes/drains  [X  ] None     Type:N/A       Ostomy: N/A

COMMENTS:  .
--------------------------------------------------------------------
--
NUTRITIONAL SCREENING:  [X]No problems  [ ]Recent change in appetite

Unintentional weight gain/loss in the last month:  [ ]Yes    [ X] No
Special diet:NO

COMMENTS:
--------------------------------------------------------------------
--

REPRODUCTIVE:  Women: N/A          Pregnant:N/A

Male:  Prostate problems:   [ ]Yes    [ X ]No

COMMENTS:
--------------------------------------------------------------------
--

MUSCULOSKELETAL:  [N/A ]No problems  [RT KNEE ]Weakness [N/A ]Paralysis
[N/A ]Deformity

[X ]Ambulate without assistance
[ ]Ambulate with assisted devices: [N/A ]cane  [N/A ]walker [N/A ]
wheelchair
                                  [N/A ]prosthesis

OTHER PROSTHESIS: Dentures:  [ X ]none    [ N/A ]upper     [ N/A ]
lower
                          [N/A  ]bridges  [ N/A ]implants

[N/A ] Eyeglasses  [N/A ]Contact lens  Hearing aide: [N/A ]right [N/A ]
left
[N/A ]Others:

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

```
--------------------------------------------------------------------- 319
--
PSYCHO-SOCIAL:  Religious preference:METHODIST

Cultural needs:   [ ]Yes     [ X ]No

Present behavior:    [ X ]calm   [ X ]cooperative   [ ]uncooperative
                     [ ]angry  [ ]other

Alcohol use: [ X ]Yes  [ ]No     Comments:"I DRINK OCASSIONALLY."
Drug use:    [ ]Yes  [ X ]No
---------------------------------------------------------------------
--
PAIN:  Pain present  [ X ]Yes  [ ]No
(If yes, please answer the following)  Intensity (0-10): [ 5 ]
Location:RIGHT KNEE
What causes it?KNEE INJURY/2000
Duration? CONTINUAL                 What relieves it?
VOLTREN,ULTRAM,HEAT PAD
---------------------------------------------------------------------
--

ADVANCE DIRECTIVE:  Do you have an advance directive? [ ]Yes  [ X ]No
If yes, where is it located?
If no, would you like more information? [ ]Yes  [ X ] No
Referral to Social worker initiated?   [ X ] N/A [ ]Yes  [ ]No
---------------------------------------------------------------------
--
Home medications/time taken today:NONE


---------------------------------------------------------------------
--
Disposition of valuables:GIVEN TO GIRLFRIEND;CLOTHES AND SHOES @
BEDSIDE.

Notes:



PRE-PROCEDURE TREATMENTS (INTRAVENOUS THERAPY)
[ ] IV in progress   [ X ] No IV   [ X ] Hep-lock
IV start time:       Site:LT WRIST       Device:
Type/rate:
Nurse starting IV:MARY YOUNG,LPN
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

320

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

VISTA Electronic Medical Documentation

Printed at CENTRAL ALABAMA HCS

# Progress Note

Pain level: (0-10)5/10
Comments:

321

/es/ MARY E. YOUNG
LPN
Signed: 08/21/2003 07:10

Receipt Acknowledged By:
08/21/2003 07:29       /es/ JERITA L. BRAUN
                          RN

---

        TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: AUG 21, 2003@06:42    ENTRY DATE: AUG 21, 2003@06:42:55
        AUTHOR: YOUNG,MARY E       EXP COSIGNER:
        URGENCY:                       STATUS: COMPLETED


            CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEMS


Name: WORKS,TYRON         SSN: 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

Initial Assessment ( X )
Reassessment       (   )


 1. Pain Rating: 0 =No Pain      10= Greatest Pain    [ 5   ]
 2. Are you currently receiving treatment for:
     (  )Arthritis           (  )Diabetic Neuropathy
     (  )Lower Back Disorders (  )Herpes Zoster(shingles)
     (  )Leg Cramps           (  )Headaches
     ( X )Other Chronic pain condition (list)RIGHT KNEE

3. Where is your pain? (list)RIGHT KNEE
    Worst in last month:        ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                                ( )6 ( )7 ( )8 ( )9 ( X )10
    Least in last month:        ( )0 ( )1 ( )2 ( )3 ( )4 ( X )5
                                ( )6 ( )7 ( )8 ( )9 ( )10
    Average in last month:      ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                                ( )6 ( )7 ( X )8 ( )9 ( )10
    Right Now:                  ( )0 ( )1 ( )2 ( )3 ( )4 ( X )5
                                ( )6 ( )7 ( )8 ( )9 ( )10
    Patient pain intensity goal:( X)0 ( )1 ( )2 ( )3 ( )4 ( )5
                                ( )6 ( )7 ( )8 ( )9 ( )10

QUALITY:                            Frequency:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029       Printed at CENTRAL ALABAMA HCS
419087667
  .

# Progress Note

Jan 27, 2005

| | | |
|---|---|---|
| Throbbing ( X ) | Stabbing ( ) | Continual ( X ) |
| Sharp ( ) | Burning ( ) | Intermittent ( ) |
| Dull ( ) | Aching ( X ) | With Movement ( ) |
| Shooting ( ) | Radiating ( ) | Less than Daily( ) |
| Numb ( ) | Other: | Daily x's |

322

OTHER INDICATORS:

| | |
|---|---|
| Anxiety ( ) | Facial Expression ( ) |
| Irritability ( X ) | Restlessness ( X ) |
| Withdrawal ( ) | Guarding Behavior ( ) |

EXACERBATING FACTORS:

Movement    ( X )
ADL's       ( X )
Stress      ( )
Treatments  ( )
Others:

ALLEVIATING FACTORS:

| | |
|---|---|
| Medication (X ) | Imagery ( ) |
| Position ( X ) | Relaxation ( X ) |
| Heat ( X ) | Activity ( ) |
| Cold ( X ) | Describe: |

Current Treatment or Medication/Treatment Efficiency 10 = Most Effective

1.VOLTREN
2.ULTRAM
3.HEAT PAD
*********THE FOLLOWING SECTION IS FOR CHRONIC PAIN ONLY****
Pain Interference:  0-does not interfere    10-Completely interferes
                    3-sleep

| | | | | | | |
|---|---|---|---|---|---|---|
| General activity | ( )0 | ( )1 | ( )2 | ( )3 | ( )4 | ( )5 |
| | ( )6 | ( )7 | ( )8 | ( )9 | ( )10 | |
| Mood | ( )0 | ( )1 | ( )2 | ( )3 | ( )4 | ( )5 |
| | ( )6 | ( )7 | ( )8 | ( )9 | ( )10 | |
| Normal Work | ( )0 | ( )1 | ( )2 | ( )3 | ( )4 | ( )5 |
| | ( )6 | ( )7 | ( )8 | ( )9 | ( )10 | |
| Ability to Concentrate: | ( )0 | ( )1 | ( )2 | ( )3 | ( )4 | ( )5 |
| | ( )6 | ( )7 | ( )8 | ( )9 | ( )10 | |
| Relations with other people | ( )0 | ( )1 | ( )2 | ( )3 | ( )4 | ( )5 |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

```
                      (  )6  (  )7  (  )8  (  )9  (  )10
Enjoyment of life  (  )0  (  )1  (  )2  (  )3  (  )4  (  )5      323
                      (  )6  (  )7  (  )8  (  )9  (  )10
Sleep              (  )0  (  )1  (  )2  (  )3  (  )4  (  )5
                      (  )6  (  )7  (  )8  (  )9  (  )10
```

Plan of Care/Change required   (  )yes      (  )No
Action:

Action:

Provider notified            (   )Yes       (   )No
Return Visit Schedule        (   )Yes       (   )No
Medication for pain ordered  (   )Yes       (   )No
Non-pharmacological treatment type:
Referral to Pain Management Program:
                             (   )Yes       (   )No
Education related to pain management:
                             (   )Yes       (   )No
If yes, patient verbalized understanding:
                             (   )Yes       (   )No

/es/ MARY E. YOUNG
LPN
Signed: 08/21/2003 06:46

Receipt Acknowledged By:
08/21/2003 12:17        /es/ JERITA L. BRAUN
                             RN

---

        TITLE: PM&RS KINESIOTHERAPY
DATE OF NOTE: AUG 20, 2003@15:53:38  ENTRY DATE: AUG 20, 2003@15:53:38
        AUTHOR: BONNETT,DANNY L      EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

KINESIOTHERAPY NOTE
O-MR.WORKS IS SCHEDULED FOR RT KNEE SURGERY 8-21-03.
P-WILL RESUME OUTPATIENT THERAPY PER DOCTORS REQUEST

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 08/20/2003 15:56

---

        TITLE: PRE OP PHONE CALL
DATE OF NOTE: AUG 20, 2003@14:55      ENTRY DATE: AUG 20, 2003@14:55:15
        AUTHOR: SHERER,JANICE W      EXP COSIGNER:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 172**

# Progress Note

Jan 27, 2005

URGENCY:                          STATUS: COMPLETED          32↨

*** PRE OP PHONE CALL Has ADDENDA ***

PREOPERATIVE TELEPHONE CALL-NURSING NOTES

Name: WORKS,TYRON
SSN: 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

Date of call:  8-20-03
Time of call: 1330
Date of Procedure:8-21-03

Type of Anesthesia:  local          Surgeon:johnson

Telephone number:3347383975

Reporting date/time:8-21-03@0630


Pre-op call attempted:

Outcome:    (   ) Unable to reach patient
            (   ) Talked with patient
            ( x  ) Message left of answer machine
            (   ) Talked with family member/significant other
                  Name/relationship:

Comment:

Patients concerns/questions:


Patient reminded to bring a responsible driver:yes

Nothing to eat or drink after:              ( x )Yes    (  )No

Preoperative Prep                           (   )Yes    (  )No

Medications                                 ( x )Yes    (  )No

Where to report: 2a                         (x  )Yes    (  )No

Comments:


                              Medical  Record
                              Supplement  To  Process  Note

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 173**

# Progress Note

Jan 27, 2005

For Specialized Disciplines

3‍25

MRT Approved

/es/ JANICE W. SHERER
REGISTERED NURSE
Signed: 08/20/2003 14:57

08/20/2003 ADDENDUM                    STATUS: COMPLETED
procedure to done under general anesthesia with dr. chung surgeon instead of
local and dr. johnson. pt to report to hospital at 8-21-03 at 0630

/es/ JANICE W. SHERER
REGISTERED NURSE
Signed: 08/20/2003 15:06

---

        TITLE: PM&RS KT DAILY SUMMARY
DATE OF NOTE: AUG 15, 2003@14:43:15  ENTRY DATE: AUG 15, 2003@14:43:15
     AUTHOR: BONNETT,DANNY L      EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED

Patient Name: WORKS,TYRON
SSN: 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

Length of time patient was treated:30 MIN

Where patient was treated: Clinic ( X  )    Bedside (   )

Motivation:GOOD

Mobility: Wheelchair (   )       Ambulatory ( X  )

Device: Issue (   ) or Practice (   )

Cognitive Status: ALERT,WELL ORIENTED


Exercises:                        Reps:
Mat (   ) Rom ( X )   Strengthening ( X  )   General Conditioning (   )

Modilities:CYBEX FITRON STATIONARY BICYCLE

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 08/15/2003 14:45
        TITLE: PM&RS KT DAILY SUMMARY
DATE OF NOTE: AUG 13, 2003@11:14:55  ENTRY DATE: AUG 13, 2003@11:14:55

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 174**

# Progress Note

Jan 27, 2005

AUTHOR: BONNETT,DANNY L        EXP COSIGNER:
URGENCY:                              STATUS: COMPLETED

326

Patient Name: WORKS,TYRON
SSN: 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

Length of time patient was treated: 30 MIN

Where patient was treated: Clinic ( X )    Bedside ( )

Motivation:GOOD

Mobility: Wheelchair ( )        Ambulatory ( X )

Device: Issue ( ) or Practice ( )

Cognitive Status:ALERT,WELL ORIENTED

Exercises:                              Reps:
Mat ( ) Rom ( X )    Strengthening ( X )    General Conditioning ( )

Modilities:CYBEX FITRON STATIONARY BICYCLE

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 08/13/2003 11:16

---

TITLE: PM&RS KINESIOTHERAPY
DATE OF NOTE: AUG 11, 2003@15:47:27  ENTRY DATE: AUG 11, 2003@15:47:27
AUTHOR: BONNETT,DANNY L        EXP COSIGNER:
URGENCY:                              STATUS: COMPLETED

KINESIOTHERAPY NOTE
O-MR.WORKS IA A 31 Y/O VETERAN THAT IS SCHEDULED FOR RT KNEE ARTHOSCOPY
ON 8-21-03.HE IS BEING SEEN FOR PRE-OP EXERCISES TO RT KNEE AND IS ONLY
ABLE TO UTILIZE THE CYBEX FITRON STATIONARY BICYCLE WITH MINIMAL
RESISTANCE AND ISOMETRIC EXERCISES TO MAINTAIN RT QUAD STRENGTH.HE WEARS
HINGED RT KNEE BRACE DAILY TO PREVENT RT KNEE FROM BUCKLING.
A-RT KNEE PAIN AND BUCKLING
P-CONTINUE PRE-OP EXERCISES

/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 08/11/2003 15:54
TITLE: PM&RS KINESIOTHERAPY
DATE OF NOTE: AUG 07, 2003@12:50:44  ENTRY DATE: AUG 07, 2003@12:50:44

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 175**

# Progress Note

Jan 27, 2005

AUTHOR: BONNETT,DANNY L        EXP COSIGNER:
URGENCY:                                          STATUS: COMPLETED        327

MR.WORKS WAS SEEN IN PM&R CLINIC FOR EVALUATION/ASSESSMENT BY DR.ENG AND
THIS WRITER.HE WILL START PRE-OP EXERCISES FOR RT KNEE ON 8-11-03.


/es/ DANNY L. BONNETT
KINESIOTHERAPIST
Signed: 08/07/2003 12:53

---

          TITLE: PM&RS CONSULT
DATE OF NOTE: AUG 07, 2003@12:00      ENTRY DATE: AUG 08, 2003@15:07:18
          AUTHOR: ENG,JEFFREY K        EXP COSIGNER:
          URGENCY:                                          STATUS: COMPLETED


The patient is a 31-year-old male with history of bilateral knee pain since
1999; he has had bilateral arthroscopic surgery. The patient is scheduled
to have arthroscopic surgery on August 21, 2003. He presents for evaluation
of his knees. The patient recently received a right knee brace and
currently is taking Volatren and Ultram with good relief of the pain. He
presents for evaluation of physical therapy  to improve his quadriceps
strength and to improve the strength in anticipation of therapy.

On physician exam, his knees active range of motion is within functional
limits. His left knee has no crepitus or effusion noted. His right knee
currently has a brace. The brace is slipped below his patella. He has a
mild right knee crepitus. His gait appears within normal limits and non-
antalgic.

IMPRESSION:  Bilateral knee pain, anticipation for right knee arthroscopic
surgery for repair of cartilage.

The patient will attend kinesiotherapy for quadriceps and hamstring
strengthening exercises as well as stationary bicycling for endurance. He
will then receive the arthroscopic surgery and it will be up to the
orthopedic surgery if he is to continue therapy.

/es/ JEFFREY K ENG
Physiatrist
Signed: 08/12/2003 10:57

---

          TITLE: S/D NURSING NOTE
DATE OF NOTE: AUG 05, 2003@11:38      ENTRY DATE: AUG 07, 2003@11:39:04
          AUTHOR: FERGUSON,LINDA        EXP COSIGNER:
          URGENCY:                                          STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

```
BP:    123/65 (08/05/2003 11:37)
T:     97.2 F [36.2 C] (08/05/2003 11:37)
P:     77 (08/05/2003 11:37)
R:     20 (08/05/2003 11:37)
WT:    189 lb [85.9 kg] (08/05/2003 11:37)
HT:    72 in [182.9 cm] (08/05/2003 11:37)
PAIN: 6 (08/05/2003 11:37)
PT HERE FOR F/U FOR C/O RT KNEE PAIN. REFER TO MD.
```

323

```
CLINICAL REMINDER ACTIVITY
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user

/es/ LINDA FERGUSON
RN
Signed: 08/07/2003 11:41
```

```
        TITLE: AMB SURGERY PRE OP INSTRUCTIONS
DATE OF NOTE: AUG 05, 2003@08:46    ENTRY DATE: AUG 05, 2003@08:46:12
     AUTHOR: WILLIAMS,CASSANDRA A EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

Ambulatory Surgery Preoperative Instructions

1.  You are scheduled for Right Knee Arthoscopy
    under General           anesthesia by Dr.
 Dr Chung
2.  Report to CAVHCS, Montgomery campus 8-21-03         at will call to
confirm time

3.  DO NOT EAT OR DRINK anything after midnight or bedtime the day before
your surgical or diagnostic procedure.  (INCLUDING ALCOHOL, CHEWING GUM OR
TOBACCO, AND SMOKING AT LEAST 12 HOUR BEFORE OR AFTER SURGERY)

4. Take only the medicine instructed by your doctor.  Please hold all
blood thinner, such as Aspirin and Coumadin 3-5 days before your surgery
date.
Take the following meds with small sips of water: AM MEDS

5.  Please advise your physician and nurse of Allergies:SEE PROFILE

6.  For some procedures, it is necessary that you are given medicine the
day before or the morning of surgery.  If this is applicable, please
follow the instructions carefully.  Pre-op labs, x-rays and EKG's may also
be ordered.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

7.  On arrival to the hospital, check in on Ward 2A (2nd floor).  Before
going to the operating room (OR), you will be ask to change clothes into **329**
surgical attire (gown and cap, no underwear), remove all dentures,
jewelry, eye glasses, contact lenses, money, nail polish and makeup, so
please limit valuable you bring to the hospital.
REMEMBER to wear comfortable clothing.

8.  You will be transported by stretcher or wheelchair to the operating
room.

9.  Once in the OR area you will continue to be prepared for the
procedure, i.e. positioning, scrubbing(cleaning) the affected area,
surgical attire (gown and cap, no underwear), vital signs and starting IV
fluids.

10.  When the procedure is over you will go to the PACU (Recovery room) to
be monitored for stability before returning to the ward.

11.  If you have any questions/concerns, or if the need arises to postpone
or reschedule your procedure please call your physician/nurse between the
hours of 8:00am and 3:30pm, Monday-Friday.
Long distance callers may use 1-800-214-8387 (Used for Tuskegee or
Montgomery)

Montgomery (334) 272-4670        operating room ext. 4030
                                clerk ext. 4606
                                preop teaching nurse ext. 4359

Tuskegee (334) 727-0550         pre op teaching nurse ext. 4044
                                clerk ext. 3356
                                eye clinic 3369/3230/3231
                                podiatry clinic 3135

12.  In the event of an emergency, the procedure may be delayed or
canceled.

13.  I have received and fully understand the pre-op teaching instructions
and a responsible (driver) person will accompany me to and from the
hospital on the day of surgery.

14.  Patient and/or guardian has received a copy of these instructions.

/es/ CASSANDRA A. WILLIAMS
REGISTERED NURSE
Signed: 08/05/2003 08:48

        TITLE: PHYSICIAN NOTE

---

# Progress Note

DATE OF NOTE: AUG 05, 2003@08:17      ENTRY DATE: AUG 05, 2003@08:17:29
        AUTHOR: CHUNG,TAI Q         EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED

330

c/o right knee giving way. Previous MRI showed torn posterior horn of
medial meniscus.
EXAM:right knee tender at posteior medial joint line, but also mildly at
lateral joint line and patellar facets
0 to 90 degrees of flexion. No instability
P: He wants to have arthroscopy. He had this done once in 2001.
Risks discussed, including anesthesia, infection, neurovascular damage,
post op thrombophlebitis and pulmonary embolism, incomplete resolution of
symptoms and return of function in the knee. He understands and wishes to
proceed with surgery. NPO after midnight before surgery.

/es/ TAI Q CHUNG, MD
physician
Signed: 08/05/2003 08:27


        TITLE: PULMONARY CONSULT
DATE OF NOTE: AUG 01, 2003@14:32:18  ENTRY DATE: AUG 01, 2003@14:32:18
        AUTHOR: NEUMAN,JEROME D      EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED

COMPLETED 08/01 AT 13:30.

/es/ JEROME D NEUMAN
JEROME D NEUMAN
Signed: 08/01/2003 14:32


        TITLE: PULMONARY NOTE
DATE OF NOTE: AUG 01, 2003@13:32:25  ENTRY DATE: OCT 02, 2003@13:36:38
        AUTHOR: ARCHER,CAROL A       EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029            Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

*****Scanned document attached to this note******                    33̇1

Click on Tools, click on DocSearch and then minimize.

Now double click on the TIU Title to view the document.




                          *** SCANNED DOCUMENT ***
                          SIGNATURE NOT REQUIRED


Administrative Closure: 10/02/2003
                    by: CAROL A. ARCHER
                        psa

---

        TITLE: PC-NURSING EXIT INTERVIEW
DATE OF NOTE: JUL 16, 2003@15:33     ENTRY DATE: JUL 16, 2003@15:33:22
      AUTHOR: TALLEY,ANNIE D       EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Name: WORKS,TYRON
SSN: 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


1. Do you understand what the provider wants you to do concerning your
medical condition. Yes ( x )    No ( )

2. Do you understand your medical condition, your test and lab reports,
reasons for procedures, medication and side effects? Yes ( x )  No ( )

3. Do you know what to do if your condition get worse?  Yes (x ) No ( )

4. Do you feel that you were involved in decision making about your
care?
   Yes ( x )  No ( )

5. Is there anything more that you want to know about your condition or
treatment plan?  Yes ( )  No ( x )

6. Other Comments:

/es/ ANNIE D TALLEY

---

# Progress Note

Jan 27, 2005

RN,BSN,MS
Signed: 07/16/2003 15:34

332

TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: JUL 16, 2003@15:27    ENTRY DATE: JUL 16, 2003@15:27:17
    AUTHOR: TALLEY,ANNIE D    EXP COSIGNER:
    URGENCY:    STATUS: COMPLETED


CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEMS


Name: WORKS,TYRON    SSN: 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

Initial Assessment ( )
Reassessment    (x )


 1. Pain Rating: 0 =No Pain    10= Greatest Pain    [    ]
 2. Are you currently receiving treatment for:
    ( )Arthritis    ( )Diabetic Neuropathy
    ( )Lower Back Disorders  ( )Herpes Zoster(shingles)
    ( )Leg Cramps    ( )Headaches
    ( )Other Chronic pain condition (list)

3. Where is your pain? Both knees for some years.
    Worst in last month:    ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
    ( )6 ( )7 ( )8 ( )9 ( x )10
    Least in last month:    ( )0 ( )1 ( )2 ( x )3 ( )4 ( )5
    ( )6 ( )7 ( )8 ( )9 ( )10
    Average in last month:    ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
    ( )6 ( x )7 ( )8 ( )9 ( )10
    Right Now:    ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
    ( )6 ( )7 ( )8 ( x )9 ( )10
    Patient pain intensity goal:(x )0 ( )1 ( )2 ( )3 ( )4 ( )5
    ( )6 ( )7 ( )8 ( )9 ( )10

QUALITY:    Frequency:
    Pressure    (x)
    Throbbing  ( )    Stabbing  ( )    Continual    ( x )
    Sharp    ( )    Burning    ( )    Intermittent    ( )
    Dull    (x )    Aching    ( )    With Movement  ( )
    Shooting   ( )    Radiating ( )    Less than Daily( )
    Numb    ( )    Other:    Daily x's

OTHER INDICATORS:
    None    (x)

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

333

| | | | |
|---|---|---|---|
| Anxiety | ( ) | Facial Expression | ( ) |
| Irritability | ( ) | Restlessness | ( ) |
| Withdrawal | ( ) | Guarding Behavior | ( ) |

EXACERBATING FACTORS:
- None            (x)
- Movement        ( )
- ADL's           ( )
- Stress          ( )
- Treatments      ( )
- Others:

ALLEVIATING FACTORS:

| | | | |
|---|---|---|---|
| Medication | (x ) | Imagery | ( ) |
| Position | ( ) | Relaxation | ( ) |
| Heat | ( ) | Activity | ( ) |
| Cold | ( ) | Describe: | |

Current Treatment or Medication/Treatment Efficiency 10 = Most Effective

1.  Says pain medication and massaging help some.
2.
3.
*********THE FOLLOWING SECTION IS FOR CHRONIC PAIN ONLY****
Pain Interference:  0-does not interfere     10-Completely interferes
                    3-sleep

General activity  ( )0  ( )1  ( )2  ( )3  ( )4  ( x )5
                  ( )6  ( )7  ( )8  ( )9  ( )10
Mood              ( )0  ( )1  ( )2  ( )3  ( )4  ( x )5
                  ( )6  ( )7  ( )8  ( )9  ( )10
Normal Work       ( )0  ( )1  ( )2  ( )3  ( )4  ( x )5
                  ( )6  ( )7  ( )8  ( )9  ( )10
Ability to
Concentrate:      ( )0  ( )1  ( )2  ( )3  ( )4  ( x )5
                  ( )6  ( )7  ( )8  ( )9  ( )10
Relations with
other people      ( )0  ( )1  ( )2  ( )3  ( )4  ( x )5
                  ( )6  ( )7  ( )8  ( )9  ( )10
Enjoyment of life ( )0  ( )1  ( )2  ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8  ( x )9  ( )10
Sleep             ( )0  ( )1  ( )2  ( x )3  ( )4  ( )5
                  ( )6  ( )7  ( )8  ( )9  ( )10

Plan of Care/Change required  ( )yes     ( )No
Action: Referred to PCP.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

VISTA Electronic Medical Documentation

Printed at CENTRAL ALABAMA HCS

**Page 182**

# Progress Note

Jan 27, 2005

334

Action:

Provider notified               ( x )Yes        (   )No
Return Visit Schedule  ·        (   )Yes        (   )No
Medication for pain ordered (   )Yes        (   )No
Non-pharmacological treatment type:  .
Referral to Pain Management Program:
                                (   )Yes        (   )No
Education related to pain management:
                                ( x )Yes        (   )No

 Patient encouraged to engage in diversional activities.
 Advised to take pain medication as ordered
 Advised to take pain medication at onset of pain


If yes, patient verbalized understanding:
                                ( x )Yes        (   )No

/es/ ANNIE D TALLEY
RN,BSN,MS
Signed: 07/16/2003 15:33

---

        TITLE: INTERDISPLINARY PATIENT AND TEACHING RECORD-PART I
DATE OF NOTE: JUL 16, 2003@15:25      ENTRY DATE: JUL 16, 2003@15:26:03
      AUTHOR: TALLEY,ANNIE D        EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

Patient Name: WORKS,TYRON       SSN: 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

EDUCATIONAL ASSESSMENT              (Ability to learn,sensory/other
                                    limitations past knowledge of
                                    condition, obstacles to following
                                    treatment regimen.)

Ability to Read:      YES (x  )          NO ( )
Learns best:    (  )Visual  (  )Hearing  ( x )Doing
Barrier:    (  )Emotional  (  )Language   (  )Physical
            (  )Hearing    (  )Mental     ( x )None
Readiness to learn:  ( x )yes    (  )No
Other: Cultural or Religious Practices:AME

Educational Needs /Plan/Goals: (State goals in terms of patient
behavior).
  Veteran will attain and maintain optimal level of functioning as
evidenced
by: Being knowlededgable about current health status.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 183**

# Progress Note

Jan 27, 2005

Being aware of and stating factors that compromise health.
Verbalizing ways that may improve health.
Being knowledgeable about safe medication usage.

**335**

NOTE: TO BE COMPLETED BY NURSING SERVICE

/es/ ANNIE D TALLEY
RN,BSN,MS
Signed: 07/16/2003 15:26

```
        TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: JUL 16, 2003@14:36      ENTRY DATE: JUL 16, 2003@14:36:33
      AUTHOR: BELL,KAREN J          EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED
```

   *** NURSE PRACTITIONER GENERAL NOTE Has ADDENDA ***

SUBJECTIVE:
In for scheduled appt.  States about 3 wks ago (R) knee gave out at work
and he fell.  Since then knee has given way several times.  Voltaren &
ultram not working as well as initially but still does make a difference
in
pain level.  For the past couple of months has had increase in frequency
and severity of HA.  Had similar condition in Germany, put on medication
for a month and condition resolved.  HA come and last for 2-3 days,
resolve, then return.  Describes as starting behind the ears
bilaterally, comes forward to face and joins on forehead.  Sharp pain
w/frequent blinking lights, sometimes psychadelic appearing in temple
area but when reaches forehead is more pressure/throbbing sensation.
States pain feels totally different than from sinus HA.

(o) Alertx 3 wdwn AA male nad
vs as taken today per nurse
funduscopy neg for hemorrhage or exudate; eomi; perrla;  good bilateral
hand grip, strong shoulder shrug.  Upper extrem muscle strength 5+: LE
not tested.  Strong heel/toe ambulation; negative Romberg test; good
finger to nose touch w/eyes closed.
heart: RRR: no murmur auscultated
lungs: CTA w/=bilateral breath sounds; good chest expansion
extrem: no cyanosis or edema; no pain on palpation of right knee; no
grimacing on flexion/extension of knee.  Hinged velcro brace on left
knee.

(p) increase ultram; continue voltaren: monitor & notify healthline if
no improvement in pain in 2-3 wks

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**Page 184**

Jan 27, 2005

336

```
refer today to prosthetics for knee brace
refer to PM&R for evaluation
refer for pft
please schedule ct of head w/wout contrast
non-waiting chem 7 today
```

/es/ KAREN BELL,CRNP

Signed: 07/16/2003 15:23

07/16/2003 ADDENDUM                    STATUS: COMPLETED
pt ambulates w/limp

/es/ KAREN BELL,CRNP

Signed: 07/16/2003 15:25

---

```
        TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: JUL 16, 2003@14:36    ENTRY DATE: JUL 16, 2003@14:37:04
    AUTHOR: FRAZIER,ANNIE J    EXP COSIGNER:
    URGENCY:                    STATUS: COMPLETED
```

Name: WORKS,TYRON
SSN: 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

Educational Needs Assessment

Learning Abilities:

[ x ] Reads      [ x ] Writes

Readiness to Learn:

[ x ] Receptive  [  ]Motivated   [  ] Denying   [  ]Not Interested

Barriers to Learning: Select items that describe barriers to learning. If
there are no barriers, select None.

[ x ]None       [  ] Not Interested   [  ]Memory   [  ]Motivation
[  ]Cognition [  ] Sedation      [  ] Visual   [  ]Hearing
[  ]Language  [  ] Emotional State  [  ]Cultural [  ]Financial

Translator Required:

---

# Progress Note

**Page 185**

Jan 27, 2005

337

[ x ]No      [  ]Yes (contact the hospital operator)

Learning Preferences:

[  ]Audio Tapes
[  ]Video Tapes
[ x ]Direct Teaching
[  ]Other

Learning Needs:

[  ] Diagnosis      [  ]Safety      [  ]Medications    [  x]Self Care
[  ] Activity       [  ]Treatments  [  ]Tests          [  ]Surgery
[  ] Nutrition

Patient's highest grade completed:12 th
Significant other's highest grade completed:1 yr of college
Comments:


Education Progress Note

Instructions: At a minimum, document any education given for these
categories "X" the category of education provided:

[  ] Safe and effective use of medications
[  ] Nutrition intervention/counseling and/or diet modification
[  ] Safe and effective use of medical equipment
[  ] Pain management
[  ] Rehabilitation techniques
[x  ] Available community resources
[  ] When and how to obtain further treatment
[  ] Personal hygiene and grooming
[  ] Imaging procedures
[  ] Food/Drug interaction counseling
[  ] Other

Recipient of Education; ("X" all that apply)

[ x ] Patient
[  ] Family/caregiver

Summary of Education Provided: (Document summary of information taught).
 orientation to the 24 hrs tele-nurse program w/pamplet.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Teaching Method:("X" all that describes the teaching methods used).

**33**

[ x ] Verbal
[ ] Written
[ ] Audio/Visual
[ ] Demonstration
[ ] Group/Class
[ ] Title of handout(s) provided:
[ ] Other

Outcome: (Select the item(s) that describes the outcome of teaching/learning process).

[ x ] Verbalized understanding
[ ] Able to demonstrate skills
[ ] Unable to understand
[ ] Needs reinforcement; Document follow-up action:
[ ] Risks and complications of non-compliance explained
[ ] Inappropriate for teaching due to pain, refusal, mentation and
      inability to focus
[ ] Other:

Discipline of Instructor providing teaching:

[ ] Physician/Dentist
[na ] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[ ] Psychologist
[ ] Dietitian
[ ] Social Worker
[ ] Pharmacist
[ ] Respiratory Therapy
[ ] Blind Rehabilitation Specialist
[ ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
      Recreation, Music)
[ ] Imaging
[ ] Other:

General Equipment Certification Training:

_____
Type of Equipment:
Serial #:
Name of Person Receiving Orientation:
This patient or the responsible person identified above has been trained
and certified competent to safely and effectively perform the functions
associated with the aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were provided.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

Comments:

339

Approved by MRT 5/12/2000

/es/ ANNIE J FRAZIER
NA
Signed: 07/16/2003 14:39

Receipt Acknowledged By:
07/16/2003 15:28        /es/ KAREN BELL,CRNP

---

        TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: JUL 16, 2003@14:32    ENTRY DATE: JUL 16, 2003@14:32:33
        AUTHOR: FRAZIER,ANNIE J        EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

WORKS,TYRON  31
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

SUBJECTIVE:follow up appt. c/o pain bilat knees.

123/64 (07/16/2003 14:31)62 (07/16/2003 14:31)18 (07/16/2003 14:31)99 F
[37.2 C] (07/16/2003 14:31)

PAIN:9 (07/16/2003 14:31)

Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                          Status
=================================================================
1)   ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY   ACTIVE
       MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE
       USING)
2)   CHLORPHENIRAMINE 8MG SR (CTM) CAP TAKE ONE CAPSULE BY  ACTIVE
       MOUTH TWICE A DAY FOR CONGESTION AS NEEDED
3)   DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY       ACTIVE
       MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
       NOT CRUSH, BREAK OR CHEW)
4)   FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY   ACTIVE
       MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

MOUTH AFTER USE)                                                    340

5)    FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS        ACTIVE
      EACH NOSTRIL TWICE A DAY FOR CONGESTION
6)    SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH   ACTIVE
      TWICE A DAY (SHAKE WELL BEFORE USING)
7)    TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH     ACTIVE
      THREE TIMES A DAY PP AS NEEDED AS NEEDED FOR PAIN


OTC Medicines:no


Herbals:no


Allergies:MUSHROOMS, TYPHOID VACCINE



 Nutritional Screening:bmi 25
1.  BMI >27        No
2.  BMI <21        No
3.  Unintentional weight loss/gain of 5 pounds or more in the past
month        No
4.  Follow-up nutrition education needed.        No

5.  Nutrition education by dietitian documented for obesity, hypertension,
    diabetes mellitus, elevated cholesterol, etc. within the past 24
    months.        Yes


    a.[ ]Referred to Dietitian today.
    b.[ ]Referred to Dietitian within one week.
    c.[ ]Referred to Dietitian within one month
    d.[X]No Dietitian referral required.


EXERCISE SCREEN:MODERATE

Comments:


Assessment:


Comments:

CLINICAL REMINDER ACTIVITY

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 189**

# Progress Note

Jan 27, 2005

N-Tobacco Screen/Cessation:                                         34 1
    Patient is a Lifetime non-tobacco user
  N-FLU SHOT:
    Patient refused Influenza Immunization at this encounter.

/es/ ANNIE J FRAZIER
NA
Signed: 07/16/2003 14:33

---

        TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: MAY 09, 2003@00:21      ENTRY DATE: MAY 09, 2003@00:21:12
        AUTHOR: CLAXTON,CYNTHIA R    EXP COSIGNER:
        URGENCY:                              STATUS: COMPLETED

Name: WORKS,TYRON
SSN: 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

Educational Needs Assessment

Learning Abilities:

[ x ] Reads      [ x ] Writes

Readiness to Learn:

[ x ] Receptive  [ x ]Motivated   [ ] Denying   [ ]Not Interested

Barriers to Learning: Select items that describe barriers to learning. If
there are no barriers, select None.

[ x ]None      [ ] Not Interested   [ ]Memory   [ ]Motivation
[ ]Cognition [ ] Sedation        [ ] Visual  [ ]Hearing
[ ]Language  [ ] Emotional State  [ ]Cultural [ ]Financial

Translator Required:

[ x ]No      [  ]Yes (contact the hospital operator)

Learning Preferences:

[  ]Audio Tapes
[  ]Video Tapes
[x  ]Direct Teaching
[  ]Other

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029            Printed at CENTRAL ALABAMA HCS
419087667

**Page 190**

# Progress Note

Jan 27, 2005

Learning Needs:

342

[ x ] Diagnosis      [ x ]Safety      [ x ]Medications   [ x ]Self Care
[ x ] Activity       [  ]Treatments   [  ]Tests          [  ]Surgery
[ x ] Nutrition

Patient's highest grade completed:
Significant other's highest grade completed:
Comments:


Education Progress Note

Instructions: At a minimum, document any education given for these
categories "X" the category of education provided:

[ x ] Safe and effective use of medications
[  ] Nutrition intervention/counseling and/or diet modification
[  ] Safe and effective use of medical equipment
[  ] Pain management
[  ] Rehabilitation techniques
[  ] Available community resources
[ x ] When and how to obtain further treatment
[  ] Personal hygiene and grooming
[  ] Imaging procedures
[  ] Food/Drug interaction counseling
[  ] Other

Recipient of Education; ("X" all that apply)

[x  ] Patient
[  ] Family/caregiver

Summary of Education Provided: (Document summary of information taught).



Teaching Method:("X" all that describes the teaching methods used).

[x  ] Verbal
[  ] Written
[  ] Audio/Visual
[  ] Demonstration
[  ] Group/Class
[  ] Title of handout(s) provided:
[  ] Other

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

Outcome: (Select the item(s) that describes the outcome of
teaching/learning process).

**343**

[ x ] Verbalized understanding
[   ] Able to demonstrate skills
[   ] Unable to understand
[   ] Needs reinforcement; Document follow-up action:
[ x ] Risks and complications of non-compliance explained
[   ] Inappropriate for teaching due to pain, refusal, mentation and
     inability to focus
[   ] Other:

Discipline of Instructor providing teaching:

[ x ] Physician/Dentist
[ x ] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[   ] Psychologist
[   ] Dietitian
[   ] Social Worker
[   ] Pharmacist
[   ] Respiratory Therapy
[   ] Blind Rehabilitation Specialist
[   ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
     Recreation, Music)
[   ] Imaging
[   ] Other:

General Equipment Certification Training:

_____

Type of Equipment:
Serial #:
Name of Person Receiving Orientation:
This patient or the responsible person identified above has been trained
and certified competent to safely and effectively perform the functions
associated with the aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were provided.


Comments:




Approved by MRT 5/12/2000

/es/ CYNTHIA R. CLAXTON
RN, BSN

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 192**

# Progress Note

Jan 27, 2005

Signed: 05/09/2003 00:22

## 344

```
        TITLE: LSU NURSING DISPOSITION NOTE
DATE OF NOTE: MAY 09, 2003@00:19    ENTRY DATE: MAY 09, 2003@00:20:10
    AUTHOR: CLAXTON,CYNTHIA R    EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED
```

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.       Discharge Diagnosis:

2.       Disposition:
__x_ Follow up clinic appointment. Clinic name: Primary care
___ Consult to:
___ Admitted to inpatient unit:
       ___ Other:
       ___ Left AMA
           Comments:

3.       Nursing interventions given in LSU: Immodium 4mg PO; teaching
regarding clear diet

4.       After-care sheet given:
[ ] yes,  Sheet Title:
[ x ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.    Patient and/or family member/significant other verbalized
      understanding of post-care
      instructions:  [x ]yes     [ ]no
      Family member/significant other present:0

6.    Condition:      [ ]   improved
                      [ x ]   satisfactory
                      [ ]   unchanged
                      [ ]   worse
      Comments:

{Attending LSU physician to co-sign this note!}

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 05/09/2003 00:21

345

---

         TITLE: LSU PHYSICIAN NOTE
DATE OF NOTE: MAY 08, 2003@23:00     ENTRY DATE: MAY 08, 2003@23:00:53
      AUTHOR: KAPUR,HARI S     EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

   *** LSU PHYSICIAN NOTE Has ADDENDA ***

S.C/O ABDOMINAL PAINS,NAUSEA,DIARRHOEA X 3 DAYS
O.ABDOMEN SOFT,DIFFUSE TENDERNESS
  NO GUARDING OR RIGIDITY
  ACTIVE BOWEL SOUNDS
  SKIN NEG
A.GASTEROENTERITIS
P.CBC,CHEM 16,AMYLASE AND LIPASE

/es/ HARI S KAPUR
MD
Signed: 05/08/2003 23:02

05/09/2003 ADDENDUM                 STATUS: COMPLETED
K+3.3,AMYLASE,LIPASE,WBC NORMAL
IMMODIUM 4MG PO STAT
CLEAR LIQUID DIET,ADVANCE AS TOLERATED
F/U PCC

/es/ HARI S KAPUR
MD
Signed: 05/09/2003 00:13

---

         TITLE: LSU NURSING TRIAGE NOTE
DATE OF NOTE: MAY 08, 2003@22:34     ENTRY DATE: MAY 08, 2003@22:34:53
      AUTHOR: CLAXTON,CYNTHIA R     EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

ALLERGIES: MUSHROOMS, TYPHOID VACCINE
T:   97.5 F [36.4 C] (05/08/2003 22:34)
B/P: 140/75 (05/08/2003 22:34)

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

```
P:   84 (05/08/2003 22:34)
H:   72 in [182.9 cm] (12/31/2002 14:10)                    346
W:   187 lb [85.0 kg] (05/08/2003 22:34)
P:   8 (05/08/2003 22:34)
```

CURRENT MEDICATIONS: Active Outpatient Medications

Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| 1) ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE USING) | ACTIVE |
| 2) CHLORPHENIRAMINE 8MG SR (CTM) CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR CONGESTION AS NEEDED | ACTIVE |
| 3) DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO NOT CRUSH, BREAK OR CHEW) | ACTIVE |
| 4) FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE MOUTH AFTER USE) | ACTIVE |
| 5) FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS EACH NOSTRIL TWICE A DAY FOR CONGESTION | ACTIVE |
| 6) SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING) | ACTIVE |
| 7) TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY PP AS NEEDED AS NEEDED FOR PAIN | ACTIVE |

IMMUNIZATIONS:

1.    Time of arrival:  ____2228___

2.    On Arrival, Patient was:
[ x ] ambulatory
[  ] in wheelchair
[  ] on stretcher
     {via ambulance yes___    no____}
[  ] homeless
[  ] injured
     {work-related injury yes___  no___}
[  ] given emergent care prior to arrival
     describe:

3.    Major complaint: abdominal pain

4.   Onset of symptoms, including relevant past history (medical, social, family): Alert oriented x3.  Skin warm and dry; resp regular and with ease.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Page 195

Jan 27, 2005

States that he began having abdominall pain, nausea, diarrhea on Sunday but 947
that symptoms resolved on Monday and Tuesday only to return on Wednesday.
Presently experiencing abdominal discomfort.  Abdomen soft and flat.  Refer
to MD.


5.    First visit to this VA  yes___  no__x_

6.    NON-VA meds, OTC meds, Herbals:0

7.    Immunizations, including tetanus:FLU WHOLE      C      01/09/2002
CENTRAL AL    NONE
PNEUMO-VAC          07/22/2002 CENTRAL AL

8.    Disposition:    LSU _x__
                      Primary Care___
                      Other____

/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 05/08/2003 22:37

---

          TITLE: PHYSICIAN NOTE
DATE OF NOTE: FEB 18, 2003@10:03      ENTRY DATE: FEB 18, 2003@10:04:02
          AUTHOR: CHUNG,TAI Q      EXP COSIGNER:
          URGENCY:                      STATUS: COMPLETED

Had arthroscopy of right knee in Feb 2002 but he cancelled because of a
family situation. He wants to be rescheduled, and will return when he wants
his surgery done.

/es/ TAI Q CHUNG, MD
physician
Signed: 02/18/2003 10:11

---

          TITLE: S/D NURSING NOTE
DATE OF NOTE: FEB 18, 2003@09:40      ENTRY DATE: FEB 18, 2003@11:44:07
          AUTHOR: FERGUSON,LINDA      EXP COSIGNER:
          URGENCY:                      STATUS: COMPLETED

BP:    119/65 (02/18/2003 09:40)
T:     97.6 F [36.4 C] (02/18/2003 09:40)
P:     70 (02/18/2003 09:40)
R:     20 (02/18/2003 09:40)
WT:    182 lb [82.7 kg] (02/18/2003 09:40)
HT:    72 in [182.9 cm] (12/31/2002 14:10)

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 196**

# Progress Note

Jan 27, 2005

PAIN: 4 (02/18/2003 09:40)
CONSULT IN CPRS FOR C/O LT KNEE PAIN. REFER TO MD.

348

CLINICAL REMINDER ACTIVITY
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user

/es/ LINDA FERGUSON
RN
Signed: 02/18/2003 11:45

---

        TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: JAN 03, 2003@11:55    ENTRY DATE: JAN 03, 2003@11:56:03
     AUTHOR: BELL,KAREN J        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED


Unscheduled: states had started feeling a little better until last night
then felt like condition was worsening.  Continuing to have intermittent
chills/sweats. Nasal drainage has turned to yellow/green.  Frequent non-
productive cough.  States good intake of fluids, including hot fluid.

(o) Alert; looks tired; does not look toxic.
VS as taken today per nurse
Nares edematous; yellow-green discharge noted in nares
heart: RRR: no murmur auscultated
lungs: no wheezing, rales or rhonchi auscultated; good bilateral chest
expansion

(a) uri
hx asthma

(p) stop amoxil; start levaquin; chlortrimeton
wet reading CXR
to LSU if condition worsens over the weekend

/es/ KAREN BELL,CRNP

Signed: 01/03/2003 12:07

---

        TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: JAN 03, 2003@11:03    ENTRY DATE: JAN 03, 2003@11:03:12
     AUTHOR: HARRIS,FREDERICK J    EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

WORKS,TYRON  30

349

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

Subjective:VETERAN HERE C/O DRY COUGH;FEVER,CHILLS,SORE THROAT; BODY ACHES;NUMBNESS IN FINGERS; NO OTHER CONCERNS


117/50 (01/03/2003 09:24)65 (01/03/2003 09:24)18 (01/03/2003 09:24)97.6 F [36.4 C] (01/03/2003 09:24)

PAIN:1 (01/03/2003 09:24)

Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE USING) | ACTIVE |
| 2) | AMOXICILLIN 250MG (AMOXIL) CAP TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY FOR INFECTION UNTIL ALL GONE | ACTIVE |
| 3) | DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO NOT CRUSH, BREAK OR CHEW) | ACTIVE |
| 4) | FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE MOUTH AFTER USE) | ACTIVE |
| 5) | FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS EACH NOSTRIL TWICE A DAY FOR CONGESTION | ACTIVE |
| 6) | SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING) | ACTIVE |
| 7) | TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY PP AS NEEDED AS NEEDED FOR PAIN | ACTIVE |

OTC Medicines:NO


Herbals:NO


Allergies:MUSHROOMS, TYPHOID VACCINE


 Nutritional Screening:
1.  BMI >27     No
2.  BMI <21     No

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 198**

# Progress Note

Jan 27, 2005

3.  Unintentional weight loss/gain of 5 pounds or more in the past    **350**
month      No
4.  Follow-up nutrition education needed.        No

5.  Nutrition education by dietitian documented for obesity, hypertension,
    diabetes mellitus, elevated cholesterol, etc. within the past 24
    months.      Yes


    a.[ ]Referred to Dietitian today.
    b.[ ]Referred to Dietitian within one week.
    c.[ ]Referred to Dietitian within one month
    d.[ ]No Dietitian referral required.


EXERCISE SCREEN:MILD

Comments:WALK


Assessment and Plan:CALM AND RELAX


Comments:N/C

/es/ FREDERICK J HARRIS
NA
Signed: 01/03/2003 11:06

---

        TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: JAN 03, 2003@09:31      ENTRY DATE: JAN 03, 2003@09:31:14
    AUTHOR: SEARCY,STACEY L        EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

WORKS,TYRON                    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

Age:    30
Gender: MALE

Vital Signs:
      T: 97.6 F [36.4 C] (01/03/2003 09:24)
      P: 65 (01/03/2003 09:24)
      R: 18 (01/03/2003 09:24)
    B/P: 117/50 (01/03/2003 09:24)
   PAIN: 1 (01/03/2003 09:24)
     HT: 72 in [182.9 cm] (12/31/2002 14:10)

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**Page 199**

Jan 27, 2005

WT: 185 lb [84.1 kg] (01/03/2003 09:24)
MODE OF ARRIVAL:                                                    351
Other:

Chief Complaint:Cough, fever, sorethroat states evaluated for the same
complaint Dec.31 states he doesnt feel much better. In nad at this time
refer to team.


Was the patient given emergent care prior to arrival?
No

Did you try to do anything to relieve your problem prior to your
arrival?


Was it effective?

Last Tetanus:


Immunization:
    Flu vaccine
  Pneumonia vaccine

Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:

OTC Medicines:

Active Medications:Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                     Status
==========================================================================
1)   ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY    ACTIVE
        MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE
        USING)
2)   AMOXICILLIN 250MG (AMOXIL) CAP TAKE ONE CAPSULE BY      ACTIVE
        MOUTH THREE TIMES A DAY FOR INFECTION UNTIL ALL
        GONE
3)   DICLOFENAC 75MG EC (VOLTAREN) TAKE ONE TABLET BY        ACTIVE
        MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD. (DO
        NOT CRUSH, BREAK OR CHEW)
4)   FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY    ACTIVE
        MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE
        MOUTH AFTER USE)
5)   FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS        ACTIVE
        EACH NOSTRIL TWICE A DAY FOR CONGESTION

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 200**

# Progress Note

Jan 27, 2005

6)   SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH   ACTIVE
        TWICE A DAY (SHAKE WELL BEFORE USING)
7)   TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH      ACTIVE
        THREE TIMES A DAY PP AS NEEDED AS NEEDED FOR PAIN
Triage Category:
     Non Urgent

352

Disposition to:
Primary Care Team:    Yellow Team
Other:

/es/ STACEY L SEARCY
RN
Signed: 01/03/2003 09:36

---

         TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: DEC 31, 2002@15:59     ENTRY DATE: DEC 31, 2002@15:59:37
      AUTHOR: TALLEY,ANNIE D      EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED


                 CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEMS


Name: WORKS,TYRON          SSN: 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

Initial Assessment ( )
Reassessment       ( )


 NOTE: Noted patient indicated pain level of greater than 3 per triage
nurse's note.  Patient was evaluated by the PCP but left prior to being
assessed for pain by the RN.


 1. Pain Rating: 0 =No Pain     10= Greatest Pain    [    ]
 2. Are you currently receiving treatment for:
     ( )Arthritis            ( )Diabetic Neuropathy
     ( )Lower Back Disorders ( )Herpes Zoster(shingles)
     ( )Leg Cramps           ( )Headaches
     ( )Other Chronic pain condition (list)

3. Where is your pain? (list)
   Worst in last month:      ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                             ( )6 ( )7 ( )8 ( )9 ( )10
   Least in last month:      ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                             ( )6 ( )7 ( )8 ( )9 ( )10

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 201**

# Progress Note

Jan 27, 2005

353

```
    Average in last month:        ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                                  ( )6 ( )7 ( )8 ( )9 ( )10
    Right Now:                    ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                                  ( )6 ( )7 ( )8 ( )9 ( )10
    Patient pain intensity goal:( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                                  ( )6 ( )7 ( )8 ( )9 ( )10
```

QUALITY:                              Frequency:

```
  Throbbing   ( )      Stabbing  ( )    Continual    ( )
  Sharp       ( )      Burning   ( )    Intermittent   ( )
  Dull        ( )      Aching    ( )    With Movement  ( )
  Shooting    ( )      Radiating ( )    Less than Daily( )
  Numb        ( )      Other:           Daily x's
```

OTHER INDICATORS:

```
  Anxiety       ( )      Facial Expression ( )
  Irritability  ( )      Restlessness      ( )
  Withdrawal    ( )      Guarding Behavior ( )
```

EXACERBATING FACTORS:

```
  Movement      ( )
  ADL's         ( )
  Stress        ( )
  Treatments    ( )
  Others:
```

ALLEVIATING FACTORS:

```
  Medication    ( )      Imagery     ( )
  Position      ( )      Relaxation  ( )
  Heat          ( )      Activity    ( )
  Cold          ( )      Describe:
```

Current Treatment or Medication/Treatment Efficiency 10 = Most Effective

```
1.
2.
3.
```
*********THE FOLLOWING SECTION IS FOR CHRONIC PAIN ONLY****
Pain Interference:  0-does not interfere    10-Completely interferes
                    3-sleep

```
General activity ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
                 ( )6 ( )7 ( )8 ( )9 ( )10
Mood             ( )0 ( )1 ( )2 ( )3 ( )4 ( )5
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 202**

# Progress Note

Jan 27, 2005

35.1

```
          _  _   _  __       ( )6  ( )7   ( )8  ( )9  ( )10
Normal Work      ( )0  ( )1   ( )2  ( )3   ( )4  ( )5
                 ( )6  ( )7   ( )8  ( )9  ( )10
Ability to
Concentrate:     ( )0  ( )1   ( )2  ( )3   ( )4  ( )5
                 ( )6  ( )7   ( )8  ( )9  ( )10
Relations with
other people     ( )0  ( )1   ( )2  ( )3   ( )4  ( )5
                 ( )6  ( )7   ( )8  ( )9  ( )10
Enjoyment of life ( )0  ( )1   ( )2  ( )3   ( )4  ( )5
                 ( )6  ( )7   ( )8  ( )9  ( )10
Sleep            ( )0  ( )1   ( )2  ( )3  ( )4  ( )5
                 ( )6  ( )7   ( )8  ( )9  ( )10
```

Plan of Care/Change required  ( )yes    ( )No
Action:

Action:

```
Provider notified          ( )Yes    ( )No
Return Visit Schedule      ( )Yes    ( )No
Medication for pain ordered ( )Yes   ( )No
Non-pharmacological treatment type:
Referral to Pain Management Program:
                           ( )Yes    ( )No
Education related to pain management:
                           ( )Yes    ( )No
If yes, patient verbalized understanding:
                           ( )Yes    ( )No
```

/es/ ANNIE D TALLEY
RN,BSN,MS
Signed: 12/31/2002 16:00

---

       TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: DEC 31, 2002@14:36     ENTRY DATE: DEC 31, 2002@14:36:30
     AUTHOR: BELL,KAREN J        EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

SUBJECTIVE:
 In for scheduled appt; cold, sore throat since Christmas Day. Nasal
congestion, chills, intermittent fever, congested nose w/frequent clear
nasal drainage. For last few nights has wakened w/clothing soaked.
Continues to have knee pain; even w/brace states occasionally left knee
will give way.

(o) Alert; wdwn AA male nad

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029        Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

355

frequent non-productive cough and nasal sniffing during exam
VS as taken today per nurse.
TMS w/good light reflex; nares edematous w/clear nasal drainage; no sinus
tenderness; throat reddened but no exudate; no enlarged nodes palpated
heart: RRR: no murmur auscultated
lungs: CTA w/=bilateral breath sounds; good bilateral chest expansion
extrem: no cyanosis or edema; wearing hinged brace on left knee

(a) uri
hx asthma
chronic knee pain - hx bilateral knee surgery

(p) chlortrimeton, guaifenesin; amoxil for symptoms; pt is asthmatic
warm salt water gargles
hot tea, coffee, other hot drinks prn
if no better by Thurs call for 11:30 appt
chg nsaid to voltaren
ultram bid prn
refer or ortho clinic, Dr. Chung
non-waiting today: cbc
rtc 8-9 mo w/dietary appt for evaluation


/es/ KAREN BELL,CRNP

Signed: 12/31/2002 15:02

---

       TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: DEC 31, 2002@14:15     ENTRY DATE: DEC 31, 2002@14:15:47
      AUTHOR: FRAZIER,ANNIE J     EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED


WORKS,TYRON   30
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

Subjective:follow up appt. c/o continued pain lt knee. sore throat with
cough and headaches.


120/66 (12/31/2002 14:10)83 (12/31/2002 14:10)20 (12/31/2002 14:10)98.5 F
[36.9 C] (12/31/2002 14:10)

PAIN:6 (12/31/2002 14:10)

Active Outpatient Medications (including Supplies):

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

| Active Outpatient Medications | Status | 356 |
|---|---|---|

```
========================================================================
1)   ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY    ACTIVE
        MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE
        USING)
2)   ETODOLAC 400MG (LODINE) TAB TAKE ONE TABLET BY MOUTH    ACTIVE
        TWICE A DAY WITH FOOD FOR ARTHRITIS PAIN
3)   FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY    ACTIVE
        MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE
        MOUTH AFTER USE)
4)   FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS        ACTIVE
        EACH NOSTRIL TWICE A DAY FOR CONGESTION
5)   SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH   ACTIVE
        TWICE A DAY (SHAKE WELL BEFORE USING)
```

OTC Medicines:thera-flu. multivits.

Herbals:no

Allergies:MUSHROOMS, TYPHOID VACCINE

Nutritional Screening:bmi 25
1.  BMI >27       No
2.  BMI <21       No
3.  Unintentional weight loss/gain of 5 pounds or more in the past
month     No
4.  Follow-up nutrition education needed.      No

5.  Nutrition education by dietitian documented for obesity, hypertension,
    diabetes mellitus, elevated cholesterol, etc. within the past 24
    months.     No

    a.[ ]Referred to Dietitian today.
    b.[ ]Referred to Dietitian within one week.
    c.[ ]Referred to Dietitian within one month
    d.[X]No Dietitian referral required.

EXERCISE SCREEN:MODERATE

Comments:walks daily.

---

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 205**

# Progress Note

Jan 27, 2005

357

Assessment and Plan:refer to provider


Comments:

CLINICAL REMINDER ACTIVITY
  N-Education Assessment:
    Patient had no barriers to learning recorded.
      Comment: no barriers.
    Best learning methods.
      Comment: Individual, Hearing, Doing, Reading
    Patient's readiness to learn was:
      Comment: Good
  N-ALCOHOL SCREEN:
    Patient drink alcohol in last 12 months.  CAGE required
    CAGE (Mental Health Instrument)
      An alcohol screening test (CAGE) was negative (score=0).
    Patient received education on the abuse of alcohol on this encounter
      Level of Understanding: Good
      Comment: sociable
  CAVHCS-Smoking Cessation:
    Patient had tobacco use screening/education at this encounter.
      Level of Understanding: Good
      Comment: non-user of tobacco product(s).
  N-DEPRESSION SCREENING:
    In the past month has the patient been feeling down, depressed, or
      helpless?
      Comment: No
    In the past month, has patient had little interest or pleasure in
      things?
      Comment: No
    Depression Screen
      Result of Exam: Normal
      Provider notified of results Yes

/es/ ANNIE J FRAZIER
NA
Signed: 12/31/2002 14:21


        TITLE: PULMONARY NOTE
DATE OF NOTE: SEP 24, 2002@11:51      ENTRY DATE: SEP 24, 2002@11:51:33
      AUTHOR: CHOWDHURI,SUSMITA    EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

F/U VSIIT
ASTHMA, SYMPTOMS STABLE, NO ER VISITS OR ADM

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

353

```
MEDS ARE HELPING
REQUIRES ALBUTEROL ONLY 2/WK
GOOD EXERCISE TOLERANCE, NO NOCTURNAL SYMPTOMS
NOT USING NSALIDE FOR NASAL CONGESTION .
REQ. ALBUTEROL WHEN WORKING IN YARD, EXPOSURE TO PERFUMES


NOT MEASURING PEAKFLOWS


MEDS
Active Outpatient Medications (including Supplies):

      Active Outpatient Medications                       Status
   ======================================================================
   1)  ETODOLAC 400MG (LODINE) TAB TAKE ONE TABLET BY MOUTH   ACTIVE
         TWICE A DAY WITH FOOD FOR ARTHRITIS PAIN


      Pending Outpatient Medications                      Status
   ======================================================================
   1)  ALBUTEROL MDI (VENTOLIN) 200 DOSES INHALE 2 PUFFS BY   PENDING
         MOUTH FOUR TIMES A DAY AS NEEDED (SHAKE WELL BEFORE
         USING)
   2)  FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY   PENDING
         MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE
         MOUTH AFTER USE)
   3)  FLUNISOLIDE (NASALIDE) SOLN,NASAL USE 2 PUFFS OF       PENDING
         0.25MG/ML EACH NOSTRIL TWICE A DAY FOR CONGESTION
   4)  SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH  PENDING
         TWICE A DAY (SHAKE WELL BEFORE USING)


O/E
VSS SAO2 99 RA
HENT NO EXUDATES/THRUSH/LN
NASAL TURBS CONGESTED
LUNGS CLEA, NO WHEEZING
CARDIAC S1S2 NL
EXT NO EDEMA


PFT PER LAST NOTE


A/P
MILD ASTHMA
CONT MDI/SPACER
NEEDS TO FOLLOW PEAKFLOWS AND ADJUST MANAGEMENT ACCORDINGLY- D/W PT
AVOID EXPOSURE TO GRASS ETC, USE A MASK
F/U PCP
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

VISTA Electronic Medical Documentation

Printed at CENTRAL ALABAMA HCS

**Page 207**

# Progress Note

Jan 27, 2005

359

/es/ SUSMITA CHOWDHURI, MD
PULMONOLOGIST
Signed: 09/24/2002 12:57


        TITLE: S/D NURSING NOTE
DATE OF NOTE: SEP 24, 2002@10:45      ENTRY DATE: SEP 24, 2002@10:45:33
      AUTHOR: EARLY,TANYA N        EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED


    *** S/D NURSING NOTE Has ADDENDA ***

BP:    126/72 (09/24/2002 10:45)
T:     97.9 F [36.6 C] (09/24/2002 10:45)
P:     67 (09/24/2002 10:45)
R:     22 (09/24/2002 10:45)
WT:    179 lb [81.4 kg] (09/24/2002 10:45)
HT:    72 in [182.9 cm] (09/24/2002 10:45)
PAIN: 0 (09/24/2002 10:45)
SAO2: 99% AT REST
        NON-SMOKER
A: CLIENT HERE FOR F/U ASTHMA EVALUATION. REPORTS INCIDENCE OF SINUSITIS
AND IS REQUESTING SOME MEDICATION FOR TREATMENT. ALSO, STATES HE NEEDS A
REFILL ON HIS ALBUTEROL MDI. REPORTS COMPLIANCE WITH MDI'S AND
EFFECTIVENESS.
GIVEN EDUCATIONAL MATERIALS "ASTHMA, YOU CAN LIVE WITH IT"
I: REFER TO PULMONOLOGIST.

/es/ TANYA N. EARLY
RN
Signed: 09/24/2002 10:52

09/24/2002 ADDENDUM                    STATUS: COMPLETED
CLINICAL REMINDER ACTIVITY
  CAVHCS-Smoking Cessation:
    Patient had tobacco use screening/education at this encounter.
      Level of Understanding: Good
      Comment: NON-SMOKER

/es/ TANYA N. EARLY
RN
Signed: 09/24/2002 10:54


        TITLE: S/D TELEPHONE NOTE
DATE OF NOTE: SEP 23, 2002@12:40      ENTRY DATE: SEP 23, 2002@12:40:45

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

**Page 208**

# Progress Note

Jan 27, 2005

```
           AUTHOR: COLLUM,ELIZABETH R    EXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED
```
360

Attempted to call and remind patient of pulmonary clinic appointment at
10:30amd tomorrow with Dr. Chowdhuri without success-left message on
answering machine.

/es/ ELIZABETH R COLLUM
RN, CCRN
Signed: 09/23/2002 12:41

---

```
        TITLE: INTERDISPLINARY PATIENT AND TEACHING RECORD-PART I
DATE OF NOTE: JUL 22, 2002@12:44    ENTRY DATE: JUL 22, 2002@12:44:41
     AUTHOR: DUBOSE,VALERIE A    EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

Patient Name: WORKS,TYRON        SSN: 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

EDUCATIONAL ASSESSMENT              (Ability to learn,sensory/other
                                    limitations past knowledge of
                                    condition, obstacles to following
                                    treatment regimen.)

Ability to Read:    YES ( x )        NO ( )
Learns best:    ( x )Visual  ( x )Hearing  ( x )Doing
Barrier:   ( )Emotional  ( )Language  ( )Physical
           ( )Hearing   ( )Mental   ( x )None
Readiness to learn:  ( x )yes  ( )No
Other: Cultural or Religious Practices: Methodist

Educational Needs /Plan/Goals: (State goals in terms of patient behavior).

Veteran will be knowledgeable of ways to attain/maintain optimal health
AEB: 1. Veteran will verbalize understanding/knowledge of current
        health status.
     2. Veteran will state factors that potentate health complications.
     3. Veteran will state ways to maintain a healthy lifestyle:
        a. Verbalize understanding of prescribed diet.
        b. Verbalize understanding of recommended exercise regimen to
           help promote weight control and a healthy heart and lungs.
        c. Verbalize understanding of medications-dosage, route, side
           effects, and reason for each medication.

/es/ VALERIE A. DUBOSE

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

RN
Signed: 07/22/2002 13:21

361

        TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: JUL 22, 2002@11:49      ENTRY DATE: JUL 22, 2002@11:50:17
        AUTHOR: BELL,KAREN J          EXP COSIGNER:
        URGENCY:                      STATUS: COMPLETED

    *** NURSE PRACTITIONER GENERAL NOTE Has ADDENDA ***

SUBJECTIVE: In for scheduled appt; pain intermittent in right side above
hip bone; may last for up to a minute or two; pain is very sharp, makes
movement very difficult. Pain initially started about 1-2 months ago and
is increasing in frequency.  Does not occur daily.   No pattern to pain.
States is doing well w/inhalers from pulmonologist.  Pt is non-smoker.
Knee pain doing very well at this time on Lodine.

(o) Alert; wdwn AA male nad
heart: RRR; no murmur auscultated
lungs: CTA w/=bilateral breath sounds
extrem: no cyanosis or edema
abd: soft; nt/nd;  pt stated pain was in small area above right hip when
it did occur; states never had on left side.

(a) internmittent abd pain w/out pattern or known cause
asthma

(p) schedule US of abd
pneumovax today
rtc 9-10 mo w/chem 7
renew meds
non-waiting today Hep C screen (has tattoos)

OBJECTIVE:

ASSESSMENT:

PLAN:

CLINICAL REMINDER ACTIVITY
  CAVHCS-Smoking Cessation:

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 210**

# Progress Note

Jan 27, 2005

Patient had tobacco use screening/education at this encounter.          362
        Level of Understanding: Good
        Comment: pt is non-smoker

/es/ KAREN BELL,CRNP

Signed: 07/22/2002 12:15

07/22/2002 ADDENDUM                      STATUS: COMPLETED
Pneumococcal vaccine, 0.5ml, given IM left deltoid. Lot# 0134M
Exp: 13sep03. No complications. Information sheet and explanation of
Pneumococcal immunization provided. Veteran verbalized understanding.

/es/ VALERIE A. DUBOSE
RN
Signed: 07/22/2002 12:53

---

        TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: JUL 22, 2002@11:21     ENTRY DATE: JUL 22, 2002@11:21:47
     AUTHOR: MORGAN,JACQUELINE D   EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

    *** INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II Has ADDENDA ***

Name: WORKS,TYRON
SSN: 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

Educational Needs Assessment


Learning Abilities:

[ X ] Reads     [ X ] Writes


Readiness to Learn:

[ X ] Receptive   [ ]Motivated    [ ] Denying    [ ]Not Interested

Barriers to Learning: Select items that describe barriers to learning. If
there are no barriers, select None.

[ X ]None       [ ] Not Interested    [ ]Memory    [ ]Motivation
[ ]Cognition [ ] Sedation        [ ] Visual   [ ]Hearing
[ ]Language  [ ] Emotional State    [ ]Cultural  [ ]Financial

Translator Required:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          | Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

363

[ X ]No       [  ]Yes (contact the hospital operator)

Learning Preferences:

[  ]Audio Tapes
[  ]Video Tapes
[  ]Direct Teaching
[  ]Other

Learning Needs:

[  ] Diagnosis     [  ]Safety     [  ]Medications   [  ]Self Care
[  ] Activity      [ X ]Treatments [  ]Tests        [  ]Surgery
[  ] Nutrition

Patient's highest grade completed:
Significant other's highest grade completed:
Comments:


Education Progress Note:EXPLAINE NEW CLINIC PROCESS AND HEALTH-LINE.

Instructions: At a minimum, document any education given for these
categories "X" the category of education provided:

[  ] Safe and effective use of medications
[  ] Nutrition intervention/counseling and/or diet modification
[  ] Safe and effective use of medical equipment
[  ] Pain management
[  ] Rehabilitation techniques
[ X ] Available community resources
[ X ] When and how to obtain further treatment
[  ] Personal hygiene and grooming
[  ] Imaging procedures
[  ] Food/Drug interaction counseling
[  ] Other

Recipient of Education; ("X" all that apply)

[  ] Patient
[  ] Family/caregiver

Summary of Education Provided: (Document summary of information taught).

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Teaching Method:("X" all that describes the teaching methods used).

364

[ X ] Verbal
[  ] Written
[  ] Audio/Visual
[  ] Demonstration
[  ] Group/Class
[  ] Title of handout(s) provided:
[  ] Other

Outcome: (Select the item(s) that describes the outcome of teaching/learning process).

[ X ] Verbalized understanding
[  ] Able to demonstrate skills
[  ] Unable to understand
[  ] Needs reinforcement; Document follow-up action:
[  ] Risks and complications of non-compliance explained
[  ] Inappropriate for teaching due to pain, refusal, mentation and
     inability to focus
[  ] Other:

Discipline of Instructor providing teaching:

[  ] Physician/Dentist
[ X ] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[  ] Psychologist
[  ] Dietitian
[  ] Social Worker
[  ] Pharmacist
[  ] Respiratory Therapy
[  ] Blind Rehabilitation Specialist
[  ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
     Recreation, Music)
[  ] Imaging
[  ] Other:

General Equipment Certification Training:

_____

Type of Equipment:
Serial #:
Name of Person Receiving Orientation:
This patient or the responsible person identified above has been trained
and certified competent to safely and effectively perform the functions
associated with the aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were provided.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

**Page 213**

# Progress Note

Jan 27, 2005

Comments:

365

Approved by MRT 5/12/2000

/es/ JACQUELINE D MORGAN
LPN
Signed: 07/22/2002 11:24

07/22/2002 ADDENDUM                    STATUS: COMPLETED
13YRS OF SCHOOLING.

/es/ JACQUELINE D MORGAN
LPN
Signed: 07/22/2002 11:25

Receipt Acknowledged By:
07/25/2002 16:39        /es/ KAREN BELL,CRNP

---

       TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: JUL 22, 2002@11:12    ENTRY DATE: JUL 22, 2002@11:12:15
     AUTHOR: MORGAN,JACQUELINE D  EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

WORKS,TYRON  30
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

Subjective:PRESENTS TODAY FOR FOLLOW-UP CARE AND/OR EVALUATION.

117/68 (07/22/2002 11:09)66 (07/22/2002 11:09)18 (07/22/2002 11:09)98.9 F
[37.2 C] (07/22/2002 11:09)

PAIN:0 (07/22/2002 11:09)

Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                    Status
===========================================================================
1)   ETODOLAC 200MG (LODINE) CAP TAKE TWO CAPSULES BY      ACTIVE
     MOUTH TWICE A DAY FOR ARTHRITIS WITH FOOD FOR
     ARTHRITIS PAIN

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

2)   FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY     ACTIVE
        MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE
        MOUTH AFTER USE)

366

3)   FLUNISOLIDE (NASALIDE) NASAL INHALER INHALE 2 PUFFS     ACTIVE
        IN EACH NOSTRIL TWICE A DAY FOR CONGESTION

4)   SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH   ACTIVE
        TWICE A DAY (SHAKE WELL BEFORE USING)


OTC Medicines:NONE


Herbals:VITAMIN


Allergies:MUSHROOMS, TYPHOID VACCINE


 Nutritional Screening:
1.   BMI >27      No
2.   BMI <21      No
3.   Unintentional weight loss/gain of 5 pounds or more in the past
month      No
4.   Follow-up nutrition education needed.      No

5.   Nutrition education by dietitian documented for obesity, hypertension,
     diabetes mellitus, elevated cholesterol, etc. within the past 24
     months.      Yes


   a.[ ]Referred to Dietitian today.
   b.[ ]Referred to Dietitian within one week.
   c.[ ]Referred to Dietitian within one month
   d.[X]No Dietitian referral required.


EXERCISE SCREEN:MILD

Comments:


Assessment:ALERT,ORIENTED X 3 SPHERES. AMBULATES WITH STEADY GAIT.


Comments:

CLINICAL REMINDER ACTIVITY

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

N-DEPRESSION SCREENING:
   In the past month has the patient been feeling down, depressed, or
      helpless?                                                                    **367**
      Comment: No
   In the past month, has patient had little interest or pleasure in
      things?
      Comment: No
   If YES TO EITHER QUESTIONS, ask the patient the following question AND
      notify the provider of the results: DO YOU FEEL SUICIDAL TODAY?
      Comment: No
   Depression Screen
      Result of Exam: Normal
      Provider notified of results Yes
N-PNEUMOVAX:       .
   Patient declined Pneumococcal Vaccine at this encounter
CAVHCS-Smoking Cessation:
   Patient had tobacco use screening/education at this encounter.
      Level of Understanding: Good
      Comment: NON-SMOKER OR USER OF TOBACCO PRODUCTS.
MST Screening:
   Patient denies experiencing MST in the past.

/es/ JACQUELINE D MORGAN
LPN
Signed: 07/22/2002 11:19

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

          TITLE: OPTOMETRY
DATE OF NOTE: MAY 17, 2002@12:14      ENTRY DATE: MAY 17, 2002@12:14:28
      AUTHOR: BANNISTER,JOHNNY      EXP COSIGNER:
      URGENCY:                                STATUS: COMPLETED

                        OPTOMETRY CLINIC
                     CAVHCS -   MONTGOMERY Al
                 FINDINGS ARE NORMAL UNLESS NOTED BELOW
                  Dilated fundus exam unless" DO" noted
                        ~~~~~~~~~~~~~~
                          SUBJECTIVE:
                        ~~~~~~~~~~~~~~
RFV: Glasses requested/ consult Reason For Request:
29 yr old pt new to pc; wears reading glasses.  Notes vision changes.
Please evaluate.  Thank you./   cc- Cutting grass Sat- eye turned red-
used A/C type drops but red eye reoccurs
 : phx= asthma, djd
ALLERGIES= NKDA- mushroom, thyphoid
MEDS= 4
ROS : eye, cardiovasc, endo, respiratory+, psych., musculoskel+,
        GI , GU.  , Neuro. , ENT , heme/lymph.,

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

363

```
                                ~~~~~~~~~~~~~~
                                OBJECTIVE:
                                ~~~~~~~~~~~~
EOM - from              perrla          ct-0
VA(S) OD 20/25    OS 20/25
REFRACTION(S):
---------------------------------------------------------------
DATE   OD****************VA TYPE      OS*************VA      ADD
PC      +0.50 -0.50 85          +0.75 -0.50 94
arrx    +0.25 -0.25 90 /25      +0.75 -0.75 78 /25
020517 +0.75 -0.75 92/20    MANRX  +0.75 -0.75 89 /20        n/a
computer rx +1.50 -0.75 92          +1.50 -0.75 89
---------------------------------------------------------------
IOPS   NCT   13          020517       10
SLE =(CLIVAC)=papiloma ll/lid, no corneal staining, no a/c reaction, f/b
os
ANGLES= 1/2+
OPTHAL=  CD.3+/.3+, lens clear, Media clear, margin clear, Mr=wnl,a/v=
2/3-, A=1(do)
OTHER TEST= red lens - fusion
            maddor rod 1/2bout// ortho near
                            ~~~~~~~~~~~
                            ASSESSMENT:
                            ~~~~~~~~~~~~~
Mental State=alert-
367.0, 367.2- latent hyperopia
f/body os

                            ~~~~~~~~~~~
                            TX  PLAN:
                            ~~~~~~~~~~
GLASSES- offered
copies of manrx and computer glasses given - pt wanted to use his frames
- not our policy
f/body removed - irrigated os with dacriose
tears - otc- d/c other drops
RTC= 2 yrears
[ ]  patient agrees with plan
[X]  patient verbalizes basic understanding of plan
[x]  patient doesn't agree with plan. ( did not want to be dilated-)
     Action taken: Advised pt I could over look a pathology that could
cause him to go blind if I did not dilate -he acknowledged this
posiblity. Did not dilate
[ ]  patient does not verbalize basic understanding of plan.

/es/ JOHNNY BANNISTER
STAFF OPTOMETRIST
Signed: 05/17/2002 12:54
       TITLE: OPTOMETRY CONSULT
```

**Page 217**

# Progress Note

Jan 27, 2005

DATE OF NOTE: MAY 17, 2002@12:13        ENTRY DATE: MAY 17, 2002@12:13:55
      AUTHOR: BANNISTER,JOHNNY      EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED                369

see optometry note 020517

/es/ JOHNNY BANNISTER
STAFF OPTOMETRIST
Signed: 05/17/2002 12:54

---

      TITLE: S/D TELEPHONE NOTE
DATE OF NOTE: MAY 16, 2002@11:22        ENTRY DATE: MAY 16, 2002@11:22:54
      AUTHOR: PRICE,BETTYE A        EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED

A.Message left on veteran's phone mail at work reminding him of his
appointment on 5/17/02@11:30 with Dr. Bannister.

/es/ BETTYE A. PRICE
RN
Signed: 05/16/2002 11:24

---

      TITLE: NUTRITION NOTE
DATE OF NOTE: APR 10, 2002@09:04:55  ENTRY DATE: APR 10, 2002@09:04:56
      AUTHOR: BROWN,DAVID K         EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED


RD'S NOTE:INITIAL ASSESSMENT/ED(ED X 15 MIN)

NL NUTRITION

WT=171LBS,BMI=23.19

LABS PENDING
10-23-01:BS=88,CHOL=170

INST PT ON NORMAL NUTRITION/PT VERBALIZED SAME.

PT IS WNL OF IBW.

WNL BS/CHOL(10-23-01);LABS PENDING TODAY.

PT WALKS FOR EXERCISE;PT LOOKS FIT.
OCC ETOH/NO TOBACCO

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029        Printed at CENTRAL ALABAMA HCS
419087667

Page 218

# Progress Note

Jan 27, 2005

F/U PRN

370

/es/ DAVID K. BROWN,R.D.
DIETITIAN
Signed: 04/10/2002 09:07

---

         TITLE: PULMONARY CONSULT
DATE OF NOTE: MAR 27, 2002@11:20    ENTRY DATE: MAR 27, 2002@11:20:12
      AUTHOR: CHOWDHURI,SUSMITA    EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED

    *** PULMONARY CONSULT Has ADDENDA ***

MILD ASTHMA
USE PEAKFLOW- D/W PT
SEREVENT , ALBUTEROL, AEROBID D/W PT
USE SPACER
GET OLD RECORDS AND FILMS,
RTC 6M

/es/ SUSMITA CHOWDHURI, MD
PULMONOLOGIST
Signed: 03/27/2002 11:20

04/18/2002 ADDENDUM                    STATUS: COMPLETED

CONSULT FOR ASTHMA

30-YM DX WITH ASTHMA @ GERMANY 2000. AFTER HE DEVELOPED SINUS CONGESTION
AND WHEEZING. PFT- MILD ASTHMA PER PT. WAS BEGUN ON SEREVENT /ALBUTEROL.
NOTED SOB /CHEST TIGHTNESS ON CLIMBING STAIRS, 'OVEREXERTION'/ MDI HELPED.
NO
 H/O CHILDHOOD ASTHMA,
+ FHX OF ASTHMA- COUSIN, DAUGHTER.

MOVED TO AL 9/01. CURRENTLY DOING WELL, EXERCISE TOLERANCE- SOB ON CLIMBING
3 FLIGHTS. CAN CLIMB MORE STAIRS NOW THAN WHEN HE WAS DXED WITH ASTHMA. L.
SYMPTOMS STABLE. H/O 'FLU 1 Y AGO, WAS ON STEROIDS THEN. PF APPROX 400, NO
ER VISITS FOR ASTHMA.
NO SIG COUGH, WHEEZING.
TRIGGERS: COLD AIR, SINUSITIS, POLLEN, EXERCISE. - SNEEZING X 15 SECONDS,
DUST AND CHEMICALS CAUSE CHOKING.
NO NOCTURNAL SOB.
NO ORTHOPNEA, PND, CP, LEG EDEMA
OCCASIONAL COUGH, WHITE SPUTUM
NO GERD

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

PMX                                                                          37i
AS ABOVE,
PPD-VE
KNEE SURGERY, RHINITIS

MEDS
 Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ETODOLAC 200MG (LODINE) CAP TAKE TWO CAPSULES BY MOUTH TWICE A DAY FOR ARTHRITIS WITH FOOD FOR ARTHRITIS PAIN | ACTIVE |
| 2) | FLUNISOLIDE (AEROBID) ORAL INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING. RINSE MOUTH AFTER USE) | ACTIVE |
| 3) | FLUNISOLIDE (NASALIDE) NASAL INHALER INHALE 2 PUFFS IN EACH NOSTRIL TWICE A DAY FOR CONGESTION | ACTIVE |
| 4) | SALMETEROL (SEREVENT) INHALER INHALE 2 PUFFS BY MOUTH TWICE A DAY (SHAKE WELL BEFORE USING) | ACTIVE |
| 5) | SPACER DEVICE WITH CHAMBER USE WITH ORAL METERED DOSE INHALERS BY MOUTH FOUR TIMES A DAY | ACTIVE |

ALBUTEROL 2-3 /X D SEREVENT  2 BID
NO INHALED STEROIDS


ROS
DENIES POST NASAL DRIP/ GERD
CP IN GERMANY EST NL PER PT.

NO PETS


SX
NEVER SMOKED, ETOH OCCASIONAL
OCCUP- 'STOCK CLERK'; IN ARMY AND RSA

O/E
VSS SAO2 99RA, NAD
HENT NO JVD/LN/EXUDATES
NOT USING ACCESSORY MUSCLES OF RESPIRATION
LUNGS CLEAR
CARDIAC S1S2 NL
ABD SOFT, NT, NO HSM, BS+
EXT NO CYANOSIS/CLUBBING/EDEMA

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

PFT  SPIROMETRY SUGGEST RESTRICTION, FEV1 72%, FEV1/FVC 86%
LUNG VOL/DL NOT DONE; NO SIG BRONCHODIL RESPONSE

372

CXR
NL

A/P
MILD ASTHMA
USE PEAKFLOW- D/W PT
SEREVENT , ALBUTEROL, AEROBID D/W PT
USE SPACER
GET OLD RECORDS AND FILMS,
RTC 6M
GET PFT, LUNG VOL, DL
KEEP ENVIRONMENT CLEAN
USE SPACER, MDI USE D/W PT.
MONITOR PEAKFLOWS, ASTHMA SELF MANAGEMENT TECHNIQUES D/W PT

/es/ SUSMITA CHOWDHURI, MD
PULMONOLOGIST
Signed: 04/18/2002 18:17

        TITLE: S/D NURSING NOTE
DATE OF NOTE: MAR 27, 2002@09:36    ENTRY DATE: MAR 27, 2002@09:36:12
     AUTHOR: PASCHELL-JOHNSON,CATHEXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

    *** S/D NURSING NOTE Has ADDENDA ***

BP:   135/69 (03/27/2002 09:35)
T:    97.8 F [36.6 C] (03/27/2002 09:35)
P:    72 (03/27/2002 09:35)
R:    18 (03/27/2002 09:35)
WT:   168.4 lb [76.5 kg] (03/27/2002 09:35)
HT:   72 in [182.9 cm] (01/09/2002 13:00)
PAIN: 2 (03/27/2002 09:35)
O2SAT 99%
Patient here on pulmonary consultation for h/o asthma.  Patient states he
has episodes of SOB and chest tighting on a daily basis after exertion.
Refer to Dr.Chowdhuri.

/es/ CATHERINE S. PASCHELL-JOHNSON
L.P.N.
Signed: 03/27/2002 09:39

03/27/2002 ADDENDUM                    STATUS: COMPLETED

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

CLINICAL-REMINDER ACTIVITY
  N-DEPRESSION SCREENING:
     In the past month has the patient been feeling down, depressed, or
        helpless?
        Comment: No
     In the past month, has patient had little interest or pleasure in
        things?
        Comment: No
     Depression Screen
        Result of Exam: Normal
        Provider notified of results no

/es/ CATHERINE S. PASCHELL-JOHNSON
L.P.N.
Signed: 03/27/2002 10:37

**373**

---

          TITLE: MEDICAL RECORD - DISCHARGE INSTRUCTIONS
DATE OF NOTE: FEB 27, 2002@12:17     ENTRY DATE: FEB 27, 2002@12:17:44
     AUTHOR: JAMES,SHARON D        EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

MEDICAL RECORD - DISCHARGE INSTRUCTIONS


Date of Admission:

Date of Discharge:

Type of Discharge:


1.      Discharge Diagnoses:


2.      Plan for Follow-up Care (Follow-up Appointment):


3.      List Discharge Medications and Instructions:


4.      Specific Treatment Procedures (Self Care Instructions):


5.      Discharge Nutrition Instructions:
        ___ No Restrictions / Regular Diet
        ___ Restrictions (Specify and include drug and food interactions):
        ___ Nutrition Therapy provided by Dietitian

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

374

6.  Physical Activity Limitations:
    ___ No Restrictions
    ___ Restrictions (Specify):


7.      Weight Monitoring:
    ___ No Restrictions
    ___ Restrictions (Specify):
    ___ Current Weight _____
    ___ Note: If your diagnosis is congestive heart failure please
        notify the telenurse at 1-866-601-1079 if you gain ___ pounds
        in ___ days.

8.  What to do if symptoms worsen:
    Call our 24 hour / 7 days a week Telenurse Healthline Service for
    medical advice and assistance. Toll free number 1-866-601-1079.


9.  Other (Include employment status):




_____
Patient or Caregiver Signature / Date / Time
I have received and understand my discharge instructions.
Signed copy goes in medical record.

One copy goes to patient.

/es/ SHARON D JAMES
RN,CNOR
Signed: 02/27/2002 12:17

---

        TITLE: INTERDISPLINARY PATIENT AND TEACHING RECORD-PART I
DATE OF NOTE: FEB 05, 2002@11:56    ENTRY DATE: FEB 05, 2002@11:56:34
    AUTHOR: JOHNSON,CARLA L    EXP COSIGNER:
    URGENCY:                   STATUS: COMPLETED

Patient Name: WORKS,TYRON    SSN: 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

EDUCATIONAL ASSESSMENT            (Ability to learn,sensory/other
                                  limitations past knowledge of
                                  condition, obstacles to following
                                  treatment regimen.)

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**Page 223**

Jan 27, 2005

```
Ability to Read:      YES ( X )        NO ( )
Learns best:    ( )Visual    ( )Hearing    ( X )Doing
Barrier:    ( )Emotional    ( )Language    ( )Physical
            ( )Hearing    ( )Mental    ( )None
Readiness to learn:  (X )yes    ( )No
Other: Cultural or Religious Practices:
```

**375**

Educational Needs /Plan/Goals: (State goals in terms of patient behavior).


NOTE: TO BE COMPLETED BY NURSING SERVICE
VERY COOPERATIVE.NO ACUTE PROBLEMS.


/es/ CARLA L. JOHNSON
STAFF NURSE
Signed: 02/05/2002 11:57

---

```
            TITLE: AMB SURGERY PRE OP INSTRUCTIONS
DATE OF NOTE: FEB 05, 2002@11:49      ENTRY DATE: FEB 05, 2002@11:50
      AUTHOR: JOHNSON,CARLA L      EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED
```

Ambulatory Surgery Preoperative Instructions

1.  You are scheduled for (procedure)ARTHROSCOPY OF RT KNEE    under (type
of anesthesia) MAC          anesthesia by Dr.CHUNG

2.  Report to CAVHCS, Montgomery campus (Date)3-20-02
at(Time)0600

3.  DO NOT EAT OR DRINK anything after midnight or bedtime the day before
your surgical or diagnostic procedure.  (INCLUDING ALCOHOL, CHEWING GUM OR
TOBACCO, AND SMOKING AT LEAST 12 HOUR BEFORE OR AFTER SURGERY)

4. Take only the medicine instructed by your doctor.  Please hold all
blood thinner, such as Aspirin and Coumadin 3-5 days before your surgery
date.
Take the following meds with small sips of water:

5.  Please advise your physician and nurse of Allergies:

6.  For some procedures, it is necessary that you are given medicine the
day before or the morning of surgery.  If this is applicable, please
follow the instructions carefully.  Pre-op labs, x-rays and EKG's may also
be ordered.

7.  On arrival to the hospital, check in on Ward 2A (2nd floor).  Before
going to the operating room (OR), you will be ask to change clothes into

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**376**

surgical attire (gown and cap, no underwear), remove all dentures, jewelry, eye glasses, contact lenses, money, nail polish and makeup, so please limit valuable you bring to the hospital.
REMEMBER to wear comfortable clothing.

8.  You will be transported by stretcher or wheelchair to the operating room.

9.  Once in the OR area you will continue to be prepared for the procedure, i.e. positioning, scrubbing(cleaning) the affected area, surgical attire (gown and cap, no underwear), vital signs and starting IV fluids.

10.  When the procedure is over you will go to the PACU (Recovery room) to be monitored for stability before returning to the ward.

11.  If you have any questions/concerns, or if the need arises to postpone or reschedule your procedure please call your physician/nurse between the hours of 8:00am and 3:30pm, Monday-Friday.
Long distance callers may use 1-800-214-8387 (Used for Tuskegee or Montgomery)

Montgomery (334) 272-4670      operating room ext. 4030
                               clerk ext. 4606
                               preop teaching nurse ext. 4359

Tuskegee (334) 727-0550        pre op teaching nurse ext. 4044
                               clerk ext. 3356
                               eye clinic 3369/3230/3231
                               podiatry clinic 3135

12.  In the event of an emergency, the procedure may be delayed or canceled.

13.  I have received and fully understand the pre-op teaching instructions and a responsible (driver) person will accompany me to and from the hospital on the day of surgery.

14.  Patient and/or guardian has received a copy of these instructions.

/es/ CARLA L. JOHNSON
STAFF NURSE
Signed: 02/05/2002 11:52

---

          TITLE: ORTHOPEDIC CONSULT
DATE OF NOTE: FEB 05, 2002@10:08      ENTRY DATE: FEB 05, 2002@10:08:21
          AUTHOR: CHUNG,TAI Q        EXP COSIGNER:

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

URGENCY:                              STATUS: COMPLETED              377

29 yo man has bilateral knee pain for sseveral knee. Had athroscopy surgey
in right knee 1999 and left knee in Nov 2000. Had persistent pain after
surgeries. Right worse. Has some swelling, clicking, some giving.
Exam:Both knees ahve minimal effusions. Tender at medial joint lines
bialterally 0 to 120 degrees of flexion. No instability
MRI11/16/01: grade 2 tear of posterior horn of medial meniscus right knee;
degenerative signal s in both menisci, no definite tear
IMP; Possible meniscus injuries
P: Discuss arthroscopy of right knee with meniscectomy and debridement.
Risks include anesthesia, infeciton, neurovascualr damage, incomplete
resolution and return of function in the knee, especially since this would
be the second time he has surgery on this knee. He understands and wishes
to proceed.

/es/ TAI Q CHUNG, MD
physician
Signed: 02/05/2002 10:18

---

          TITLE: S/D NURSING NOTE
DATE OF NOTE: FEB 05, 2002@09:41    ENTRY DATE: FEB 05, 2002@09:41:29
     AUTHOR: PASCHELL-JOHNSON,CATHEXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

BP:   132/68 (02/05/2002 09:39)
T:    98 F [36.7 C] (02/05/2002 09:39)
P:    66 (02/05/2002 09:39)
R:    18 (02/05/2002 09:39)
WT:   171.2 lb [77.8 kg] (02/05/2002 09:39)
HT:   72 in [182.9 cm] (01/09/2002 13:00)
PAIN: 5 (02/05/2002 09:39)
Patient here on orthopedic consultation for bilateral knee pain.
Patient has h/o surgery to both knees 5/99 right knee and 11/00 left knee.
Patient is presently taking lodine 400mg BID.  Refer to Dr.Chung.

/es/ CATHERINE S. PASCHELL-JOHNSON
L.P.N.
Signed: 02/05/2002 09:46

---

          TITLE: ADVANCE DIRECTIVE PREPARATION: SOCIAL WORKER
DATE OF NOTE: JAN 09, 2002@14:44:19 ENTRY DATE: JAN 09, 2002@14:44:19
     AUTHOR: GODFREY,SANDRA F    EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

                                        Attachment A

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

**Progress Note**

Page 226

Jan 27, 2005

ADVANCE DIRECTIVE PREPARATION: SOCIAL WORKER

3̃7̃3̃

PATIENT NAME: WORKS,TYRON          SSN: 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

(X  )a. Requested information has been provided to patient about Advance
         Directive.

(  )b. Patient has been assisted in completing an Advance Directive
        (copy given to PSA).

/es/ SANDRA F. GODFREY
LCSW
Signed: 01/09/2002 14:44

TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: JAN 09, 2002@13:18      ENTRY DATE: JAN 09, 2002@13:18:14
     AUTHOR: BELL,KAREN J        EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

   *** NURSE PRACTITIONER GENERAL NOTE Has ADDENDA ***

SUBJECTIVE:received from triage at this time for 1pm appt.  Pt new to PC.


OBJECTIVE:



ASSESSMENT:



PLAN:

CLINICAL REMINDER ACTIVITY
  C-UNVESTED PATIENTS:
    HPI - (requires a minimum of 4 or more of the following elements-
        Chief Complaint, Location, Quality, Severity, Timing, Comtext, Mg
        Factors, Associated Signs & Symptoms):
      History of present Illness
        Comment: pt new to pc;
    Past Medical, Family, Social History
      Past Medical,Family, or Social History:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

379

```
  Arthritis:
     Comment: dx in 2000when having knee surgery (L) knee
  COPD:
     Comment: dx w/asthma in 2000
  History of outside Surgery
     Comment: bilateral knee surgery
  Other Past medical History:
  Family Medical History:
  Mother Living?
     Comment: Yes: age 62
  Mother's Chronic Medical Illness:
     Comment: GERD
  Father Living?
     Comment: No: father died when pt was very small
  Father's Chronic Medical Illness:
     Comment: cirrhosis of liver related to ETOH
  Sisters
     Comment: 1: health good as far as pt knows
  Brothers:
     Comment: 2: 1 deceased: died approx age 29; hx of TB, HIV
Social History
  Smokes Pack per day
     Comment: non-smoker
  Occupation
     Comment: supply & logistics clerk
  Employment status
     Comment: unemployed: VA claim pending
  Marriage Status
     Comment: separated
  Does not use street drugs
  Patient Uses Alcohol
     Comment: OTHER: occasional social drinker
Over the Counter Medications and Herbals:
  Inquire about Over-the-Counter medication use:
     Comment: no routine use
Exam: (requires at least 2 of the following elements)
  HEENT:
     Comment: funduscopy neg for hemorrhage or exudate; eomi; perrl;
        tms w/good bilateral light reflex; nares edematous; natural
        teeth; pharynx w/out exudate
  Neck:
     Comment: supple; no jvd; no bruits; no thyroid enlargement
        palpated
  Chest:
     Comment: resp w/ease; lungs CTA; equal bilateral chest expansion:
        =bilateral breaath sounds
  Cardiovascular:
     Comment: RRR: no murmur or gallop auscultated
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029          Printed at CENTRAL ALABAMA HCS
419087667

**Page 228**

# Progress Note

Jan 27, 2005

380

```
   Abdomen:
      Comment: nbs x 4; soft; nt/nd; no masses palpated
   Genitourinary/DRE:
      Comment: < 50
   Genital Male:
      Comment: circumcised male
   Extremities:
      Comment: no cyanosis or edema; good rom all extremities
   Skin:
 •    Comment: supple; no tenting; 3 tattoos on arms
   Neurologic:
      Comment: no abnormal gait or movements; CN II-XII grossly intact
Resp:
   Cough
      Comment: Positive: hx of asthma
   Wheezing
      Comment: Positive; during exacerbation
   Dyspena
      Comment: Positive: on exertion during exacerbation
CV:
   Chest Pain
      Comment: Positive: episode in Germany w/cardiac work up and
         hospitalization but no cardiac problem ever noted
   Palpitations
      Comment: Negative
   PND
      Comment: Negative
   Orthopnea
      Comment: Negative
GU
   Hematuria
      Comment: Negative
   Frequency
      Comment: Negative
   Urgency
      Comment: Negative
   Dysuria
      Comment: Negative
Endo:
   Polyuria
      Comment: Negative
   Polydipsia
      Comment: Negative
   Weight Change
      Comment: Positive
   Paresthesia
      Comment: Positive: intermittent tingling, numbness in legs, feet
MsK:
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Jan 27, 2005

            Pain                                                    381
               Comment: Positive: bilateral knee surgery ; currently on Naprosyn
                     from Maxwell; states worked for awhile but not controlling
                     pain now
        Hem/Imm/Inf:
           Bleeding
              Comment: occasional bleeding gums
           Adenopathy
              Comment: Negative
           Chills
              Comment: Negative
           Sweats
              Comment: Negative
           Fevers
              Comment: Negative
        Psych
           Depression
              Comment: Negative
           Anxiety
              Comment: Negative
           Unusual Stress
              Comment: Negative
        Patient exam completed.
(o) addition to extrem exam: wearing hinged brace on left knee; no
crepitus in knees; can independently extend each knee

(a) brings documentation from MRI 11/16/01 of grade III tear of posterior
horn of the medial meniscus w/small effusion and degenerative signals in
both menisci of left knee but a definite grade III tear not identified
asthma

(p) refer today to prosthetics for peak flow meter
refer to orthopedic clinic
dc naprosyn, start Lodine
nursing appt in 3 months w/fasting lipid profile, chem 7, dietary appt
rtc in 6 mo
flu vaccine today
nasalide

refer to optometry

/es/ KAREN BELL,CRNP

Signed: 01/09/2002 14:32

01/09/2002 ADDENDUM                          STATUS: COMPLETED
        Flu vaccine 0.5ml lot# UU678AA exp 6/30/02 given im left deltoid.
Pt tolerated well.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029      Printed at CENTRAL ALABAMA HCS
419087667

**Page 230**

# Progress Note

Jan 27, 2005

382

```
/es/ AMY M OSBORNE
lpn
Signed: 01/09/2002 14:52
```

```
        TITLE: ADVANCE DIRECTIVE PREPARATION: NURSE
DATE OF NOTE: JAN 09, 2002@13:13   . ENTRY DATE: JAN 09, 2002@13:13:35
      AUTHOR: OSBORNE,AMY M       EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED
```

                                        Attachment A
              ADVANCE DIRECTIVE PREPARATION: NURSE

PATIENT NAME: WORKS,TYRON            SSN: 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

(  )1. Patient has Advance Directive:
       (  )a. Copy available, given to PSA
       (  )b. Copy requested and provider notified to document
              substance of living will in record.

(x)2. Patient does not have Advance Directive. Patient given AD handout
       (  )a. Pt. does not want more information
       (x)b. Pt. wants more information. SW notified

(  )3. Pt. confused/unconscious and unable to respond.


* Indicate Co-signature to notify provider and/or SW

```
/es/ AMY M OSBORNE
lpn
Signed: 01/09/2002 13:13
```

Receipt Acknowledged By:
01/18/2002 14:12        /es/ KAREN BELL,CRNP

01/09/2002 13:28        /es/ SANDRA F. GODFREY
                             LCSW

```
        TITLE: INTERDISCIPLINARY PATIENT AND TEACHING RECORD - PART II
DATE OF NOTE: JAN 09, 2002@13:13    ENTRY DATE: JAN 09, 2002@13:14:01
      AUTHOR: OSBORNE,AMY M       EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED
```

Name: WORKS,TYRON
SSN: 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

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029      Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

Educational Needs Assessment

$383$

Learning Abilities:

[x] Reads        [x] Writes

Readiness to Learn:

[x] Receptive  [ ]Motivated    [ ] Denying    [ ]Not Interested

Barriers to Learning: Select items that describe barriers to learning. If there are no barriers, select None.

[x]None       [ ] Not Interested   [ ]Memory   [ ]Motivation
[ ]Cognition [ ] Sedation         [ ] Visual  [ ]Hearing
[ ]Language  [ ] Emotional State  [ ]Cultural [ ]Financial

Translator Required:

[x]No       [  ]Yes (contact the hospital operator)

Learning Preferences:

[  ]Audio Tapes
[  ]Video Tapes
[  ]Direct Teaching
[x]Other: reading, doing

Learning Needs:

[x] Diagnosis      [  ]Safety      [  ]Medications   [ ]Self Care
[x] Activity       [  ]Treatments  [  ]Tests         [ ]Surgery
[x] Nutrition

Patient's highest grade completed: 12th; 1 yr college
Significant other's highest grade completed:
Comments:


Education Progress Note

Instructions: At a minimum, document any education given for these categories "X" the category of education provided:

[x] Safe and effective use of medications

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

[x] Nutrition intervention/counseling and/or diet modification
[ ] Safe and effective use of medical equipment
[ ] Pain management
[ ] Rehabilitation techniques
[ ] Available community resources
[x] When and how to obtain further treatment
[ ] Personal hygiene and grooming
[ ] Imaging procedures
[ ] Food/Drug interaction counseling
[ ] Other

384

Recipient of Education; ("X" all that apply)

[x] Patient
[ ] Family/caregiver

Summary of Education Provided: (Document summary of information taught).
 Discussed importance of low-fat, low-chol, well-balanced diet and regular
exercise.

Teaching Method:("X" all that describes the teaching methods used).

[x] Verbal
[ ] Written
[ ] Audio/Visual
[ ] Demonstration
[ ] Group/Class
[ ] Title of handout(s) provided:
[ ] Other

Outcome: (Select the item(s) that describes the outcome of
teaching/learning process).

[x] Verbalized understanding
[ ] Able to demonstrate skills
[ ] Unable to understand
[ ] Needs reinforcement; Document follow-up action:
[ ] Risks and complications of non-compliance explained
[ ] Inappropriate for teaching due to pain, refusal, mentation and
    inability to focus
[ ] Other:

Discipline of Instructor providing teaching:

[ ] Physician/Dentist
[x] Nurse/Nurse Practitioner/Nurse Anesthetist/Physician's Assistant
[ ] Psychologist
[ ] Dietitian

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA  36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

```
[ ] Social Worker
[ ] Pharmacist
[ ] Respiratory Therapy
[ ] Blind Rehabilitation Specialist
[ ] Rehabilitation Therapy (Physical, Occupational, Kinesiotherapy,
    Recreation, Music)
[ ] Imaging
[ ] Other:
```

/es/ AMY M OSBORNE
lpn
Signed: 01/09/2002 13:15

        TITLE: ANNUAL SCREENING-NURSING
DATE OF NOTE: JAN 09, 2002@13:02     ENTRY DATE: JAN 09, 2002@13:02:38
        AUTHOR: OSBORNE,AMY M      EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

                ANNUAL PHYSICAL EXAMINATION - NURSING


DATE: JAN 09, 2002                 PROVIDER: Karen bell, CRNP
TEAM: Yellow

AGE: 29
HT: 72 in [182.9 cm] (01/09/2002 13:00)
WT: 171.4 lb [77.9 kg] (01/09/2002 13:00)  BMI: 23.2
B/P: 126/65 (01/09/2002 13:00)     P: 70 (01/09/2002 13:00)
T: 98.3 F [36.8 C] (01/09/2002 13:00)        R: 20 (01/09/2002 13:00)

ALLERGIES: THYPHOID VACCINE, MUSHROOMS

MEDICATIONS  (including OTC):
1. Serevent MDI 1 puff bid
2. Albuterol MDI prn for acute asthma attack
3. Naprosyn 1tab po bid for pain

HERBAL MEDICATIONS: none

CHIEF COMPLAINT(s): First visit to primary care. C/o bilat knee pain.
Hx: asthma
Sx: orhtoscopy of bilat knees
        pt to be seen per karen bell
        refer to dietitian for annual screening.

IMMUNIZATIONS
Influenza Vaccination (65 & over or with chronic disease)

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

Vaccination Date: hasn't had
Refused [   ]

386

Pneumococcal Vaccination (65 and older or with risk factors).
Vaccination Date: never had
Refused [   ]

Tetanus:
last immunization date: doesn't remember
Refused Booster [   ]

TB diagnoses (ever) Y[ ] N[x]
Positive skin test (ever)  Y[  ]  N[x]
Date of last  PPD: 8/01
If refused, date

SOCIAL HISTORY
Live at home    [yes]    Supportive family  [yes]       Live alone  [   ]
Homeless       [   ]
Nursing Home   [   ]    Visiting Nurse    [   ]        HBPC        [   ]

TOBACCO
Screened for use of tobacco products within the past year  Y[x]  N[   ]
Currently uses tobacco product(s)         [   ]
Former user of tobacco product(s)         [   ]
Never used tobacco product(s)     [x]

SUBSTANCE ABUSE SCREEN  (Alcohol/Illicit Drugs)
Questioned on use of alcohol within the past year        [yes]
Patient has never used alcohol/illicit drugs            [   ]
Has had a drink of alcohol within the past year  Y[x] N[   ]
If YES describe:
        amount: 1-2 drinks
        frequency: occasional weekend
(1)  Have you felt you should cut down on drinking and/or drug use
Y[   ]  N[x]
(2)  Have people annoyed you by criticizing your drinking or drug use
Y[   ]  N[x]
(3)  Have you felt bad or guilty about your drinking or drug use
Y[   ]  N[x]
(4)  Have you had a drink or used drugs the first thing in the morning to
steady your nerves, get rid of a hangover, or to get the day started
Y[   ]  N[x]

DEPRESSION/PTSD SCREEN   (Screening done within one year of most recent
outpatient visit)
Have you recently experienced any of the following:
fatigue/loss of energy                              Y[x]    N[   ]

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

**Page 235**

# Progress Note

Jan 27, 2005

feelings of being distant/cut off from people          Y[  ]    N[x]    387
Frequent episodes of irritability, anxiety, and/or sadness    Y[  ]    N[x]
Thoughts of harming self or others                    Y[  ]    N[x]
Super alert/watchful/on guard                         Y[  ]    N[x]
Sleeping difficulty                                   Y[  ]    N[x]
Do you live alone                                     Y[  ]    N[x]
Do you have supportive family/friends                 Y[x]    N[  ]
Recently had upsetting images/memories/thoughts       Y[  ]    N[x]
been treated for Depression or MDD in the past year   Y[  ]    N[x]
Have you experienced:
        Combat  Y[  ]  N[x]
        Assault/rape  Y[  ]   N[x]
        serious injury   Y[  ]  N[x]
Within the past year been under stress (divorce, job loss, death of
relative/friend, frequent illness/hospitalization) Y[x]  N[  ]


EDUCATION
Patient provided instructions or educational material and verbalized
understanding of ALL of the following information:

Education on his/her disease process/processes within three months of
diagnosis        [yes]

Advance Directives        [yes]
Executed                  Y[x]    N[  ]
Date: 1/9/02

Organ Donation  [yes]
Wishes to Donate          Y[  ]  N[x]

Patient Rights and Responsibilities     [yes]
Medications [yes]                    Diagnosis/Plan of Care  [yes]

Nutritional Needs                [yes]
Exercise/physical activity       [yes]    Contraindicated Y[  ]  N[x]
Physical Activity Level
Inactive  [  ]          Mild     [  ]    Moderate  [x]      Heavy  [  ]

Bicycle helmet use               [na]    Seatbelt use      [yes]
Sunscreen use           [yes]
Degree of Understanding:  Good  [x]   Fair  [  ]      Poor  [  ]

Hepatitis C Screen
History of positive test for Hepatitis C       Y[  ]  N[x]
a. if YES, individual patient care decisions regarding counseling, further
testing and treatment options are necessary;
b. if NO, indicate the presence or history of any of the following:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029      | Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

**Page 236**

Jan 27, 2005

[ no] Transfusion of blood or blood products prior to 1992
[ no] Illicit drug use by injection, past or present, any number 383
of injections, skin or intravenous site
[ no] Unequivocal blood exposure on or through skin or mucous
membrane (medical worker, combat          casualty care, needle
stick injury)
    [yes]    Multiple sexual partners, past or present
    [yes]    Tattoo or  repeated body piercing
    [ no]    Intranasal cocaine use, past or present
    [ no]    Intemperate alcohol use
    [ no]    Hemodialysis
    [ no]    Unexplained abnormal ALT value
    [ no]    Unexplained liver disease
If none of the items listed above are checked, there is a low priority for
HCV antibody screening; screening is not recommended except by patient
request.
If the answer to any of the above items is yes,  check that the provider
is notified to order the following:
    a.  Refer to infection control for counseling for risky behavior [yes]
    b.  Screening:  HCV antibody test                              [yes]
    c.  ALT (if not yet done)                                     [yes]

CLINICAL REMINDER ACTIVITY
  C-Hepatitis C Risk Assessment:
    Patient was asked about the following risk factors for hepatitis C:
             1.  Blood/Blood product prior to 1992 ?
             2.  Injected, skin-popped, snorted drugs, or used a crack
    pipe?
             3.  Served in Vietnam
             4.  Multiple sexual partners (>10)
             5.  Ever gotten someone else's blood on their skin during
    combat or
               been stuck with a needle/scaple contaminated with blood
    as a
               medical worker.
             6.  Tatoos/repeated body piercing
             7.  Ever been told he/she was positive for Hep C
             8.  Had a drinking problem
    Patient had risk factor for hepatitis c recorded.
  N-Education Assessment:
    Patient has the following barriers to Learning
    Patient had no barriers to learning recorded.
    Best learning methods.
      Comment: Doing, Reading
    Patient's readiness to learn was:
      Comment: Good
  N-DEPRESSION SCREENING:
    In the past month has the patient been feeling down, depressed, or

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029     Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Jan 27, 2005

helpless?
    Comment: Yes
In the past month, has patient had little interest or pleasure in
    things?
    Comment: No
If YES TO EITHER QUESTIONS, ask the patient the following question AND
    notify the provider of the results: DO YOU FEEL SUICIDAL TODAY?
    Comment: No
Depression Screen
    Result of Exam: Abnormal
    Provider notified of results Yes
N-ALCOHOL SCREEN:
    Patient drink alcohol in last 12 months.  CAGE required
    CAGE (Mental Health Instrument)
      An alcohol screening test (CAGE) was negative (score=0).
C-CHF SCREEN:
    Patient blood pressure recorded.
      126/65
    Patient pulse recorded.
      70
    History of CHF
      Comment: no hx of CHF per pt.
    Weight done today
      Comment: Yes; 171.4 lbs
    PATIENT EXAM COMPLETED
      Comment: no hx of CHF per pt.
Ischemic Heart Disease:
    Taking Aspirin at most recent outpatient visit.
      Comment: No
    Patient pulse recorded.
      70
    Patient blood pressure recorded.
      126/65
    PATIENT EXAM COMPLETED
      Comment: no hx of CHF per pt.
CAVHCS-Smoking Cessation:
    Patient had tobacco use screening/education at this encounter.
      Level of Understanding: Good

/es/ AMY M OSBORNE
lpn
Signed: 01/09/2002 13:13


      TITLE: EKG OUTPT TUSKEGEE
DATE OF NOTE: OCT 30, 2001@13:40    ENTRY DATE: OCT 30, 2001@13:40:35
     AUTHOR: HOLTZCLAW,MARGARET J EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

Jan 27, 2005

390

```
EKG OCMPLETED 10/24/01 @ 14:13.
CONFIRMED BY DR SRINIVASAN.

IMPRESSION:
VENT RATE - 62 bpm.
BP - 121/64mmHg.
NORMAL SINUS RHYTHM.
NORMAL ECG.

TRACING WITH SIGNATURE ON PAPER RECORD.

/es/ MARGARET J HOLTZCLAW
RESPIRATORY THERAPIST
Signed: 10/30/2001 13:41

Receipt Acknowledged By:
10/30/2001 13:53        /es/ KRISHNASWAMI SRINIVASAN
                             STAFF PHYSICIAN
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>P.O. BOX 65<br>FITZPATRICK, ALABAMA   36029<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Surgical Information

Jan 27, 2005

```
-------------------------------------------------------------------------
                           ANESTHESIA REPORT                          391
-------------------------------------------------------------------------
          TITLE: ANESTHESIA REPORT
DATE OF NOTE: AUG 21, 2003@10:15     ENTRY DATE: JUN 14, 2004@10:44:04
        AUTHOR:                      EXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED
        SUBJECT: Case #: 35993


   ********************************************************************
   *  DISCLAIMER: This information is provided from historical files and  *
   *  cannot be verified that the author has authenticated/approved this  *
   *  information.  The authenticated source document in the patient's    *
   *  medical record should be reviewed to ensure that all information    *
   *  concerning this event has been reviewed or noted.                   *
   ********************************************************************
```

Operating Room: M-ORI

Anesthetist: NAMKOONG,WON                Relief Anesth:
Anesthesiologist: NAMKOONG,WON           Assist Anesth:
Attending Code:

Anes Begin:  AUG 21, 2003  10:15         Anes End:  AUG 21, 2003  11:35

ASA Class: 2-MILD DISTURB.

Operation Disposition: PACU (RECOVERY ROOM)

Anesthesia Technique(s):
GENERAL  (PRINCIPAL)
  Agent:    FENTANYL 50mcg/ML (SUBLIMAZE) 5ML INJ
  Intubated: NO

Procedure(s) Performed:
Principal: right knee arthroscopy and menisectomy
Other: KNEE ARTHROSCOPY/SURGERY

Medications:
  BUPIVACAINE 0.25% W/EPI 10ML INJ

Blood Replacement Fluids:
  RINGERS LACTATED SOLUTION              Quantity: 400 ml
    Source ID: N/A
    VA ID: N/A

Intraoperative Blood Loss:              Urine Output:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029     | Printed at CENTRAL ALABAMA HCS
419087667

# Surgical Information

Jan 27, 2005

| PAC(U) Admit Score: 9 | PAC(U) Discharge Score: 10 | 392 |

Postop Anesthesia Note Date/Time:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA   36029
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Medical Package Information

Jan 27, 2005

393

Pg. 1                                                                01/27/05 10:14

CONFIDENTIAL ECG REPORT

WORKS,TYRON    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    NOT INPATIENT              DOB: FEB 6,1972
                    PROCEDURE DATE/TIME: 08/21/03 07:27
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                      WARD/CLINIC:
    AGE: 31                           SEX:  MALE
    HT IN:                            WT LBS:
    BLOOD PRESSURE:                   TYPE:

        VENT RATE: 67        PR INTERVAL: 164      QRS DURATION: 92
        QT: 386              QTC: 407
        P AXIS: 132          R AXIS:                T AXIS: 11

    INTERPRETATION:

    INSTRUMENT DX:  LOW VOLTAGE, RARE PAC-NONSPECIFIC ST-T CHANGES~When compared with F

    CONFIRMATION STATUS:

    COMPARISON:


    COMMENTS:

    HEART MEDS:

    INTERPRETED BY:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
P.O. BOX 65
FITZPATRICK, ALABAMA  36029              Printed at CENTRAL ALABAMA HCS
419087667



WORKS, TYSON

32 yr
Male
72in

Dec:1

Black
180lb

394

Technician: JTW

Vent. rate         77    BPM
PR interval       164   ms
QRS duration       84   ms
QT/QTc        352/398   ms
P-R-T axes     57  31    9

ID:419087667

28-JUN-2004  16:38:06

Normal sinus rhythm
Normal ECG
When compared with ECG of 21-AUG-2003 07:27, NO CHANGE

Referred by: NOTIF BELL

Confirmed by: RICHARD ARNOTT

MONTGOMERY VAMC

```
                        Inst:TUSKEGEE VAMC
Name:WORKS,TYRON        Case:420
SSN: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
DOB:02-06-1972Age:32
Procedure:CHEST 2 VIEWS PA&LAT          Phy:ROSS.LESLIE                          395
                                        Ward/Clinic:T-C&P L.ROSS
                                        DATE OF EXAM: JUN  1,2004  10:52
                                        DATE REPORTED: JUN  1,2004
(Case 420 COMPLETE)  CHEST 2 VIEWS PA&LAT       (RAD  Detailed) CPT:71020
```

Clinical History:


    C&P EXAM

Report:
    DATE OF REPORT:  06/01/04

    FINDINGS:  Examination of the chest was made in PA and lateral views.

    There is no cardiac. pulmonary or pleural abnormality. Multiple
    calcified granulomas are seen in the hilar regions and perihilar
    area.
    Mild dorsal scoliosis is noted.

Impression:
    THERE IS NO CARDIAC. PULMONARY OR PLEURAL ABNORMALITY.  MULTIPLE
    CALCIFIED GRANULOMAS ARE SEEN IN THE HILAR REGIONS AND PERIHILAR
    AREA.
    MILD DORSAL SCOLIOSIS IS NOTED.

    JOB25438 MT154/BM

Primary Diagnostic Code:
    MINOR ABNORMALITY

Primary Interpreting Staff:
  VICHAI CHAICHARNCHEEP. STAFF RADIOLOGIST (Verifier)

/TAB







VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
                         Inst:TUSKEGEE VAMC
Name:WORKS,TYRON              Case:424
SSN: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
DOB:02-05-1972Age:32                                                                    395
Procedure:SPINE LUMBOSACRAL MIN 2 VIEW        Phy:ROSS.LESLIE
                                              Ward/Clinic:T-C&P L.ROSS
                                              DATE OF EXAM: JUN  1.2004  10:52
                                              DATE REPORTED: JUN  1.2004
(Case 424 COMPLETE)  SPINE LUMBOSACRAL MIN 2 VIEWS     (RAD  Detailed) CPT:72100

        Clinical History:


            C&P EXAM

        Report:
            DATE OF REPORT:  06/02/04

            FINDINGS:  Examination of the lumbar spine was performed in AP and
            lateral views.

            The lumbar lordosis is maintained.  No abnormality is seen.

        Impression:
            NORMAL EXAM.

            JOB25439 MT154/BM

        Primary Diagnostic Code:
            NORMAL

Primary Interpreting Staff:
  VICHAI CHAICHARNCHEEP. STAFF RADIOLOGIST (Verifier)

/JEH
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
                        Inst:TUSKEGEE VAMC
Name:WORKS,TYRON         Case:427
SSN: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
DOB:02-06-1972Age:32
Procedure:FOOT 2 VIEWS              Phy:ROSS,LESLIE              397
                                   Ward/Clinic:T-C&P L.ROSS
                                   DATE OF EXAM: JUN  1,2004  10:52
                                   DATE REPORTED: JUN  1,2004
(Case 427 COMPLETE)  FOOT 2 VIEWS      (RAD  Detailed) CPT:73620
      Proc Modifiers : LEFT

   Clinical History:


      C&P EXAM

   Report:
      DATE OF REPORT:  06/02/04

      FINDINGS:  Dated 06/01/04 - There is mild to moderate hallux valgus
      deformity.  Mild osteoarthritic changes of the first MP joint is
      noted with small periarticular spurring laterally.  There is mild
      overlapping of the fourth and fifth toes.  Soft tissue is
      unremarkable.

   Impression:
      MILD TO MODERATE HALLUX VALUX DEFORMITY.  MILD OSTEOARTHRITIC CHANGES
      OF THE FIRST MP JOINT.  OVERLAPPING FOURTH AND FIFTH TOES.

      JOB25455 MT154/BM

   Primary Diagnostic Code:
      MINOR ABNORMALITY

Primary Interpreting Staff:
  Virasak Choikiatikul, M.D. Staff Radiologist (Verifier)

/JEH
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

Inst:TUSKEGEE VAMC
Name:WORKS,TYRON                Case:429
SSN: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
DOB:02-06-1972 Age:32
Procedure:ANKLE 2 VIEWS                     Phy:ROSS,LESLIE                    393
                                            Ward/Clinic:T-C&P L.ROSS
                                            DATE OF EXAM: JUN  1,2004  10:52
                                            DATE REPORTED: JUN  1,2004
                                                 (RAD  Detailed) CPT:73600
(Case 429 COMPLETE)  ANKLE 2 VIEWS
     Proc Modifiers : LEFT

     Clinical History:


        C&P EXAM

     Report:
        DATE OF REPORT:  06/02/04

        FINDINGS:  Dated 06/01/04 - No bone or joint abnormality of the left
        ankle is noted.  Soft tissue is unremarkable.

     Impression:
        WITHIN NORMAL LIMITS, LEFT ANKLE.

     ● JOB25453 MT154/BM

     Primary Diagnostic Code:
        NORMAL

Primary Interpreting Staff:
   Virasak Choikiatikul, M.D. Staff Radiologist (Verifier)

/JEH



VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

Inst:TUSKEGEE VAMC
Name:WORKS,TYRON          Case:433
SSN: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
DOB:02-06-1972Age:32
Procedure:KNEE 2 VIEWS                    Phy:ROSS,LESLIE                          399
                                          Ward/Clinic:T-C&P L.ROSS
                                          DATE OF EXAM: JUN  1,2004   10:52
                                          DATE REPORTED: JUN  1,2004
(Case 433 COMPLETE)  KNEE 2 VIEWS              (RAD  Detailed) CPT:73560
     Proc Modifiers : BILATERAL EXAM

     Clinical History:


         C&P EXAM

     Report:
         DATE OF REPORT:  06/02/04

         FINDINGS:  Dated 06/01/04 - No bone or joint abnormality of the knees
         is noted.  Suprapatellar bursae are within normal limits.

     Impression:
         WITHIN NORMAL LIMITS, BOTH KNEES.


         JOB25452 MT154/BM

     Primary Diagnostic Code:
         NORMAL

Primary Interpreting Staff:
   Virasak Choikiatikul, M.D. Staff Radiologist (Verifier)

/JEH




VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
                    Inst:TUSKEGEE VAMC
Name:WORKS,TYRON        Case:459
SSN: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
DOB:02-06-1972Age:32
Procedure:SHOULDER 2 OR MORE VIEWS          Phy:ROSS,LESLIE                    400
                                            Ward/Clinic:T-C&P L.ROSS
                                            DATE OF EXAM: JUN  1,2004  10:52
                                            DATE REPORTED: JUN  1,2004
(Case 459 COMPLETE)  SHOULDER 2 OR MORE VIEWS      (RAD  Detailed) CPT:73030
     Proc Modifiers : RIGHT

   Clinical History:


       C&P EXAM

   Report:
       DATE OF REPORT:  06/02/04

       FINDINGS:  Dated 06/01/04 - No bone or joint abnormality of the right
       shoulder is noted.  Soft tissue is unremarkable.

   Impression:
       WITHIN NORMAL LIMITS, RIGHT SHOULDER.

       JOB25449 MT154/BM

   Primary Diagnostic Code:
       NORMAL

Primary Interpreting Staff:
   Virasak Choikiatikul, M.D. Staff Radiologist (Verifier)

/JEH
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
                        Inst:TUSKEGEE VAMC
Name:WORKS,TYRON        Case:460
SSN: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
DOB:02-06-1972Age:32
Procedure:HAND 1 OR 2 VIEWS          Phy:ROSS,LESLIE              401
                                     Ward/Clinic:T-C&P L.ROSS
                                     DATE OF EXAM: JUN  1,2004  10:52
                                     DATE REPORTED: JUN  1,2004
(Case 460 COMPLETE)  HAND 1 OR 2 VIEWS      (RAD  Detailed) CPT:73120
     Proc Modifiers : LEFT

     Clinical History:


        C&P EXAM

     Report:
        DATE OF REPORT:  06/02/04

        FINDINGS:  Dated 06/01/04 - No bone or joint abnormality of the left
        hand is noted.  Soft tissue is unremarkable.

     Impression:
        WITHIN NORMAL LIMITS. LEFT HAND.

        JOB25448 MT154/BM

     Primary Diagnostic Code:
        NORMAL

Primary Interpreting Staff:
  Virasak Choikiatikul. M.D. Staff Radiologist (Verifier)

/JEH
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

## MULBERRY
## DIAGNOSTIC IMAGING CENTER
## X-RAY REPORT

402

| FAMILY NAME | FIRST NAME | MIDDLE NAME | TECHNOLOGIST | | |
|---|---|---|---|---|---|
| WORKS, | TYRON | | KS | | |
| EXAMINATION OF | NAME-PART | | SEX | AGE-YEARS | X-RAY NO. |
| MRI LUMBAR | | | M | 32 | 100343 |
| ATTENDING PHYSICIAN | | | DATE | | |
| DR. K. BELL (VA) 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 | | | 28 May 2004 | | |

**REPORT**

**HISTORY:**  LB & BIL LEG PAIN

**MRI OF THE LUMBAR SPINE:**
T1W and T2*W images were taken in parasagittal plane throughout the lumbar spine and with T1W and T2*W transaxials from L3 to S1.
At L1-2, L2-3, L3-4 and L4-5, the discs are normal in height, configuration and signal showing no spinal stenosis or foraminal encroachment.  Conus medullaris is normal.
At L5-S1, there is mild posterior loss of disc height and mild loss of signal.  There is no posterior bulging to cause spinal stenosis or foraminal encroachment.  Specifically the thecal sac, S1 nerve roots and the anterior epidural venous plexus are unaffected.
**OPINION:**
Mild desiccation at L5-S1, without complication.

JHL/lbh
d:  28 May 2004
t:  28 May 2004
s:  28 May 2004

JAMES H. LAROSE, MD
SIGNATURE OF RADIOLOGIST

**X-RAY REPORT**

Inst:CENTRAL ALABAMA HCS
Name:WORKS,TYRON          Case:2294
SSN: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
DOB:02-06-1972Age:32
Procedure:CT LUMBAR SPINE W/O CONT                                                                    403

                          Phy:BELL,KAREN J
                          Ward/Clinic:M-K BELL NP-YELLOW TEAM WC 2
                          DATE OF EXAM: MAY  5,2004  13:09
                          DATE REPORTED: MAY  5,2004
(Case 2294 COMPLETE) CT LUMBAR SPINE W/O CONT      (CT    Detailed) CPT:72131

   Clinical History:
   32 yr old w/chronic back pain: symptoms increasing now having intermittent
   numbness in legs which occur when back spasms.

   Report:
   Axial scan of the lumbar spine was performed at L3-4, L4-5, and L5-S1.
   There is no evidence of disc herniation, spinal stenosis or other
   significant boney or soft tissue abnormality at L3/L4 and L4/L5 levels.
   However, there appears to be a central disc protrusion at L5/S1 level.

   Impression:
   HERNIATED L5/S1 DISC IS SUSPECTED. IF CLINICALLY INDICATED, FURTHER
   EVALUATION BY MRI MAY BE CONSIDERED.

   Primary Diagnostic Code:
       ABNORMALITY, ATTN. NEEDED

Primary Interpreting Staff:
  VICHAI CHAICHARNCHEEP, STAFF RADIOLOGIST (Verifier)

/VIC

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

· Inst:CENTRAL ALABAMA HCS
Name:WORKS,TYRON          Case:2706
SSN: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
DOB:02-06-1972Age:32
Procedure:SPINE LUMBOSACRAL MIN 2 VIEW          Phy:BELL,KAREN J          404
                                                Ward/Clinic:M-K BELL NP-YELLOW TEAM WC 2
                                                DATE OF EXAM: APR 30,2004  12:14
                                                DATE REPORTED: APR 30,2004
(Case 2706 COMPLETE) SPINE LUMBOSACRAL MIN 2 VIEWS     (RAD  Detailed) CPT:72100

    Clinical History:
    32 yr old w/chronic back pain; symptoms worsening; reports back spasms and
    intermittent numbness in legs

    Report:
    DATE OF REPORT:  05/02/04

    FINDINGS:  There are spondylotic changes seen of the spine with minimal
    narrowing of the intervertebral spaces between L5-S1 with relative loss of
    normal lordosis.  Prevertebral soft tissues appear normal.

    Impression:
    NARROWED L5-S1 INTERVERTEBRAL SPACE.

    JOB21250 MT154/BM

    Primary Diagnostic Code:
        MINOR ABNORMALITY

Primary Interpreting Staff:
  SRINIVAS R.SHROFF,M.D.. CHIEF,IMAGING SERVICE (Verifier)

/JEH

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

Inst:CENTRAL ALABAMA HCS
Name:WORKS,TYRON                 Case:2288
SSN: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
DOB:02-06-1972Age:32                                                      **-405-**
Procedure:FOOT 2 VIEWS
                                    Phy:KAPUR,HARI S
                                    Ward/Clinic:M-LSU (24 HRS)
                                    DATE OF EXAM: FEB 25,2004  20:05
                                    DATE REPORTED: FEB 26,2004
(Case 2288 COMPLETE) FOOT 2 VIEWS            (RAD  Detailed) CPT:73620
     Proc Modifiers : LEFT

     Clinical History:
     PAIN UNABLE TO BEAR WEIGHT ON FRONT PART OF FOOT R/T INJURY

     Report:
     DATE OF REPORT:  02/26/04

     FINDINGS:  Dated 02/25/04 - Early degenerative osteoarthritis involving
     the first metatarsophalangeal joint manifested by joint space narrowing
     and early osteophytes.  No evidence of fracture, dislocation or bony
     lesions.

     Impression:
     EARLY DEGENERATIVE OSTEOARTHRITIS. LEFT FOOT AS DESCRIBED.

     JOB12136 MT154/BM

     Primary Diagnostic Code:
         MINOR ABNORMALITY

Primary Interpreting Staff:
  ERNEST B. TERRELL,M.D., DIAGNOSTIC RADIOLOGIST (Verifier)

/JEH

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
                        Inst:CENTRAL ALABAMA HCS
Name:WORKS.TYRON        Case:2294
SSN: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
DOB:02-06-1972Age:32
Procedure:ANKLE 2 VIEWS                                                              405
                                    Phy:KAPUR.HARI S
                                    Ward/Clinic:M-LSU (24 HRS)
                                    DATE OF EXAM: FEB 25.2004  20:05
                                    DATE REPORTED: FEB 26.2004
(Case 2294 COMPLETE) ANKLE 2 VIEWS          (RAD  Detailed) CPT:73600
    Proc Modifiers : LEFT

    Clinical History:
    PAIN UNABLE TO BEAR WEIGHT ON FRONT PART OF FOOT R/T INJURY

    Report:
    DATE OF REPORT: 02/26/04

    FINDINGS:  Dated 02/25/04 - Normal bone. joint. and soft tissue.  No
    evidence of fracture. dislocation. or bony lesions.

    Impression:
    NORMAL LEFT ANKLE.

    JOB12138 MT154/BM

    Primary Diagnostic Code:
        MINOR ABNORMALITY

Primary Interpreting Staff:
  ERNEST B. TERRELL.M.D.. DIAGNOSTIC RADIOLOGIST (Verifier)

/JEH
```

VAF 10-9034 ViCE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

Inst:CENTRAL ALABAMA HCS
Name:WORKS.TYRON          Case:1557
SSN: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
DOB:02-06-1972Age:32

Procedure:CHEST SINGLE VIEW                                                        **407**

                                  Phy:KAPUR.HARI S
                                  Ward/Clinic:M-LSU (24 HRS)
                                  DATE OF EXAM: DEC  1.2003  18:36
                                  DATE REPORTED: DEC  2.2003
(Case 1557 COMPLETE) CHEST SINGLE VIEW        (RAD  Detailed) CPT:71010

     Clinical History:
     asthma

     Report:
     DATE OF REPORT:  12/02/03

     FINDINGS:  There is rotation towards the left.  The heart and lungs
     grossly appear normal.

     #MT#031202-MA01891#MAR1202C.154#1557

     Impression:
     NORMAL STUDY.

     JOB01891 MT154/BM

     #MT#031202-MA01891#MAR1202C.154#1557

     Primary Diagnostic Code:
          NORMAL

Primary Interpreting Staff:
  SRINIVAS R.SHROFF.M.D.. CHIEF.IMAGING SERVICE (Verifier)

/SJP

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

WORKS, TYSON

ID:419087667

21-AUG-2003 07:27:54

MONTGOMERY VAMC

31 yr
Male
72in
Room:119-3
Loc:1

Black
180lb

403

Technician: WSD

| | | |
|---|---|---|
| Vent. rate | 67 | BPM |
| PR interval | 164 | ms |
| QRS duration | 92 | ms |
| QT/QTc | 386/407 | ms |
| P-R-T axes | 132 40 | 11 |

LOW VOLTAGE, RARE PAC
NONSPECIFIC ST-T CHANGES
When compared with ECG of 24-OCT-2001 14:13,
Nonspecific T wave abnormality, worse in Inferior leads
ABNORMAL SEEN SINCE 10/01

Referred by: TAI Q. CHUNG

Confirmed by: RICHARD ARNOTT



25mm/s   10mm/mV   150Hz   005C   12SL252   CID: 1

EID:17 EDT: 18:44 05-SEP-2003 ORDER:
Page 1 of 1

Inst:CENTRAL ALABAMA HCS
Name:WORKS,TYRON                Case:288
SSN: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
DOB:02-06-1972Age:32
Procedure:CT HEAD W&WO CONT           Phy:BELL,KAREN J
                                     Ward/Clinic:ZZM-KAREN BELL,NP YELLOW FY 01        **403**
                                     DATE OF EXAM: AUG 11,2003  08:50
                                     DATE REPORTED: AUG 11,2003
(Case 288 COMPLETE)  CT HEAD W&WO CONT        (CT   Detailed) CPT:70470
    Proc Modifiers : CONTRAST MEDIA USED

    Clinical History:
    31 yr old w/hx of frequent HAs while in Germany 2 yrs ago.  HAs have
    returned and are more intense, frequent than previously.  Now will come,
    last several days, resolve then return.  Now having 4-5 HAs per month that
    last several days at a time.  Has been unable to relate to any activities,
    food, allergies, change in weather.

    Report:
    DATE OF REPORT:  08/11/03

    FINDINGS:  CT scan of the head was performed before and after IV contrast.
    The ventricular systems and cortical sulci appear normal.  No evidence of
    midline shift, infarction, hemorrhage, or tumor is suggested.

    #MT#030811-MA00415#MAR0811D.154#0288

    Impression:
    NORMAL EXAM.

    JOB00415 MT154/BM

    #MT#030811-MA00415#MAR0811D.154#0288

    Primary Diagnostic Code:
        NORMAL

Primary Interpreting Staff:
  VICHAI CHAICHARNCHEEP, STAFF RADIOLOGIST (Verifier)

/SJP

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT



### Veterans Administration Medical Center
### 215 Perry Hill Road

## Pulmonary Function Analysis

Patient: WORKS, TYRON
Id: 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
Date: 08/01/03
Physician: BELL, CRNP

410

Diagnosis:

Age: 31        Height(in): 72        Weight(lb): 186        Gender: Male        Race: Black



| Spirometry | | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 5.74 | 3.71 | 65 | 3.73 | 65 | 0 |
| FEV1 | Liters | 4.75 | 3.22 | 68 | 3.27 | 69 | 2 |
| FEV1/FVC | % | 83 | 87 | | 88 | | |
| FEF25-75% | L/sec | 4.95 | 4.06 | 82 | 4.28 | 86 | 5 |
| FEF50% | L/sec | 5.84 | 4.50 | 77 | 4.63 | 79 | 3 |
| PEF | L/sec | 10.11 | 9.36 | 93 | 7.25 | 72 | -23 |
| MVV | L/min | 184 | | | | | |

### Lung Volumes
| | | Ref |
|---|---|---|
| TLC | Liters | 7.57 |
| RV | Liters | 2.02 |
| RV/TLC | % | 27 |
| FRC N2 | Liters | 4.02 |

### Diffusion
| | | Ref |
|---|---|---|
| DLCO | mL/mmHg/min | 31.4 |
| DL Adj | mL/mmHg/min | 31.4 |
| DLCO/VA | mL/mmHg/min/L | 4.57 |
| DL/VA Adj | mL/mmHg/min/L | |
| VA | Liters | |

### Maximal Respiratory Pressures
| | | |
|---|---|---|
| PI max | cmH2O | 126 |
| PI Volume | Liters | |



Ref ___    Pre ___    Post ___





DX ASTHMA. PT USES 3 MDIs BUT NOT YET TODAY. NO KNOWN ALLERGIES. PT NEVER SMOKED. CURRENTLY PT C/O TIGHTNESS IN CHEST. EFFORT GOOD.

Interpretation:

There is no obstructive lung defect indicated by the FEV1/FVC ratio. Since VC is 65% of predicted, an additional restrictive lung defect cannot be excluded by spirometry alone. On the basis of this study, more detailed pulmonary function testing may be useful if clinically indicated. This is interpreted as an insignificant response to bronchodilator. Flow volume loop showing restrictive pattern. Suggest lung volume study.

-EDITED- R S

Edited   08/05/03  13 34 02

```
                     Inst:CENTRAL ALABAMA HCS
Name:WORKS,TYRON         Case:5682
SSN: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
DOB:02-06-1972Age:32
Procedure:CHEST 2 VIEWS PA&LAT          Phy:BELL,KAREN J                               411
                                       Ward/Clinic:ZZM-KAREN BELL,NP YELLOW FY 01
                                       DATE OF EXAM: JAN  3,2003  12:12
                                       DATE REPORTED: JAN  3,2003
(Case 5682 COMPLETE) CHEST 2 VIEWS PA&LAT      (RAD  Detailed) CPT:71020

    Clinical History:
    Report:
    Impression:
    No infiltrates.

    Primary Diagnostic Code:
       ABNORMALITY, ATTN. NEEDED

Primary Interpreting Staff:
  Virasak Choikiatikul, M.D. Staff Radiologist (Verifier)

/VC
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

Inst:CENTRAL ALABAMA HCS
Name:WORKS.TYRON            Case:5106
SSN: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
DOB:02-06-1972Age:32
Procedure:ULTRASOUND-ABD.COMP..LIVER.G        Phy:BELL.KAREN J
                                             Ward/Clinic:ZZM-KAREN BELL.NP YELLOW FY 01        **412**
                                             DATE OF EXAM: AUG  1,2002  11:45
                                             DATE REPORTED: AUG  1,2002
(Case 5106 COMPLETE) ULTRASOUND-ABD.COMP..LIVER.G.B.PA(US    Detailed) CPT:76700

    Clinical History:
    30 yr old w/intermittent right abd pain.

    Report:
    DATE OF REPORT:  08/01/02


    FINDINGS:  Dated 08/01/02 - The gallbladder shows no stones.  The
    gallbladder wall is normal in thickness.  Common bile duct is normal in
    size, measuring 4.3 mm.  The liver is of normal size, measuring 16 cm in
    diagonal diameter.  There is no ascites.  The liver parenchyma is
    homogeneous without evidence of intrahepatic filling defects, cysts, or
    ductal dilatation.  The pancreas is unremarkable.

    #MT#020801-MA05035#MAR0801D.154#5106

    Impression:
    NO GALLSTONE.

    JOB05035 MT154/BM

    #MT#020801-MA05035#MAR0801D.154#5106

    Primary Diagnostic Code:
        MINOR ABNORMALITY

Primary Interpreting Staff:
  Virasak Choikiatikul, M.D. Staff Radiologist (Verifier)

/SJP




VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT



WORKS, TYSON

29 yr          Black
Male           180lb
72in
Room:C8P

413

Technician: MJH
Test ind:V71.7

ID:419087667

24-OCT-2001 14:13:50

| | | |
|---|---|---|
| Vent. rate | 62 | BPM |
| PR interval | 158 | ms |
| QRS duration | 88 | ms |
| QT/QTc | 392/397 | ms |
| P-R-T axes | 67 38 | 32 |
| BP | 121/64 | |

Normal sinus rhythm
Normal ECG
No previous ECGs available

Referred by: DR PLUMP

Confirmed by: ON-FILE SRINIVASAN

MONTGOMERY VAMC

25mm/s   10mm/mV   150Hz.   005C   12SL252   CID: 7

EID:17 EDT: 22:14 18-JAN-2003 ORDER: 148423

Page 1 of 1

```
                        Inst:TUSKEGEE VAMC
Name:WORKS,TYRON        Case:3603
SSN: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
DOB:02-06-1972Age:32
Procedure:CHEST 2 VIEWS PA&LAT          Phy:PLUMP,ADOLPHUS W
                                        Ward/Clinic:ZZT-C&P PLUMP
                                        DATE OF EXAM: OCT 23,2001  15:08
                                        DATE REPORTED: OCT 24,2001
(Case 3603 COMPLETE) CHEST 2 VIEWS PA&LAT    (RAD  Detailed) CPT:71020
```

414

    Clinical History:
    Report:
    Impression:
        Normal exam.

    Primary Diagnostic Code:
        NORMAL

Primary Interpreting Staff:
  ERNEST B. TERRELL,M.D., DIAGNOSTIC RADIOLOGIST (Verifier)

/EBT

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
                           Inst:TUSKEGEE VAMC
Name:WORKS,TYRON               Case:3604
SSN: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
DOB:02-06-1972Age:32
Procedure:SPINE LUMBOSACRAL MIN 2 VIEW         Phy:PLUMP,ADOLPHUS W
                                               Ward/Clinic.ZZT-C&P PLUMP
                                               DATE OF EXAM: OCT 23,2001  15:08
                                               DATE REPORTED: OCT 24,2001
(Case 3604 COMPLETE) SPINE LUMBOSACRAL MIN 2 VIEWS    (RAD  Detailed) CPT:72100
```

**415**

```
     Clinical History:
     Report:
     Impression:
         Normal exam.

     Primary Diagnostic Code:
         NORMAL

Primary Interpreting Staff:
  ERNEST B. TERRELL,M.D., DIAGNOSTIC RADIOLOGIST (Verifier)

/EBT
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
                    Inst:TUSKEGEE VAMC
Name:WORKS.TYRON       Case:3609
SSN: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
DOB:02-06-1972Age:32
Procedure:KNEE 2 VIEWS              Phy·PLUMP.ADOLPHUS W          416
                                   Ward/Clinic:ZZT-C&P PLUMP
                                   DATE OF EXAM: OCT 23,2001  15:08
                                   DATE REPORTED: OCT 24,2001
(Case 3609 COMPLETE) KNEE 2 VIEWS       (RAD  Detailed) CPT:73560
     Proc Modifiers : BILATERAL EXAM

     Clinical History:
     Report:
     Impression:
         Normal exam.

     Primary Diagnostic Code:
         NORMAL

Primary Interpreting Staff:
   ERNEST B. TERRELL.M.D., DIAGNOSTIC RADIOLOGIST (Verifier)

/EBT
```

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

```
                    Inst:TUSKEGEE VAMC
Name:WORKS,TYRON        Case:3623
SSN: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
DOB:02-06-1972Age:32
Procedure:SHOULDER 2 OR MORE VIEWS        Phy:PLUMP,ADOLPHUS W
                                          Ward/Clinic:ZZT-C&P PLUMP
                                          DATE OF EXAM: OCT 23,2001  15:08
                                          DATE REPORTED: OCT 24,2001
(Case 3623 COMPLETE) SHOULDER 2 OR MORE VIEWS    (RAD  Detailed) CPT:73030
```

417

    Clinical History:
    Report:
    Impression:
        Normal exam.

    Primary Diagnostic Code:
        NORMAL

Primary Interpreting Staff:
  ERNEST B. TERRELL,M.D., DIAGNOSTIC RADIOLOGIST (Verifier)

/EBT

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

Inst:TUSKEGEE VAMC
Name:WORKS,TYRON          Case:3630
SSN: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
DOB:02-06-1972Age:32
Procedure:HAND 1 OR 2 VIEWS          Phy:PLUMP,ADOLPHUS W          **413**
                                     Ward/Clinic:ZZT-C&P PLUMP
                                     DATE OF EXAM: OCT 23,2001  15:08
                                     DATE REPORTED: OCT 24,2001
(Case 3630 COMPLETE) HAND 1 OR 2 VIEWS          (RAD  Detailed) CPT:73120
     Proc Modifiers : LEFT

     Clinical History:
     Report:
     Impression:
          Normal exam.

     Primary Diagnostic Code:
          NORMAL

Primary Interpreting Staff:
  ERNEST B. TERRELL,M.D., DIAGNOSTIC RADIOLOGIST (Verifier)

/EBT

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

01/27/2005 09:59
****************** CONFIDENTIAL AD HOC SUMMARY   pg. 1 *********************
WORKS.TYRON    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                                    DOB: 02/06/1972

---------- SP - Surgical Pathology (max 10 occurrences or 4 years) ----------

419

        Collected: 08/21/2003  Acc: SPMTG 03 1676
Surgeon/Physician: CHUNG.TAI Q
        Specimen: right knee shavings
Brief Clinical Hx:
Internal derangement (R) knee.

Gross Description:
The specimen is received in a single container of formalin labeled with
patient's name, social security number and designated as right knee
shavings.  The specimen consists of irregular fragments of yellow-white
shavings measuring in aggregate 3.0 x 1.5 x 1.0 cm.  The specimen was in
a white sac.  Representative sections are submitted in 1 block.

 Microscopic Exam:
Sections show fibrofatty tissue and cartilage with degenerating changes,
granulation tissue and synovial hyperplasia.

DIAG:  Right knee, shavings: Degenerating changes, granulation tissue
formation and focal synovial hyperplasia.

END ************ CONFIDENTIAL AD HOC SUMMARY    pg. 1 *********************

JASON
*By Files Database*
*Baptist Medical Ctr.*

0503400601 02/08/05 1036A M 02/06/72 33Y 2 D I I/P ORTORT 417/2 574758

WORKS, TYRON          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   STATE OF ALABAMA      (334)242-7226
435 LURENE CIR        (334)279-8671 4505 EXECUTIVE PARK
                      MONTGOMERY
MONTGOMERY – AL 36109                MONTGOMERY  AL 36116  EMP FULL TIME
                                                          **420**

WORKS, TYRON                        02/06/72 33Y STATE OF ALABAMA    (334)242-7226
435 LURENE CIR                      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   4505 EXECUTIVE PARK
                                    (334)279-8671
MONTGOMERY      AL 36109            SELF          MONTGOMERY  AL 36116  EMP FULL TIME

WORKS, FERMIE
PO BOX 65
                                    (334)738-3975
FITIZPATRICK    AL   36029          MOTHER


BLUE CROSS OF ALABAMA          WORKS, TYRON                                1

PPA419087667        STATE OF ALABAMA              13000

(800)760-6852    3644V11

450 RIVERCHASE PKWY                          BIRMINGHAM        AL 35298


721.7-TRAUMATIC SPONDYLOPATHY                                    U

                                                                0

FAMILY DRIVEN                                                   RNL

709 PINCHBACK, WARNER L                        709 PINCHBACK, WARNER L

      11       02/03/05

                                    ELECTIVE       1

SUR

A09      09/21/04      YES
   UNDERWOOD, III JEFFERSON
           PRINTED BY: npurnell      DATE 4/1/2005

RECEIVED
APR 1 5 2005
EXAM UNIT

S-F        21

ADM 2|8|05-2|12|05





**Baptist Health**

## I/P AND O/P
## ADMISSIONS AND FACESHEET

0503400604   WORKS,TYRON

**421**

| | FC RM IND | |
|---|---|---|
| S | 11 | EAL |

| PATIENT NO. | DATE | TIME | SEX | DOB/AGE | RA | MS | TYPE | SER | STATION ROOM/BED | MED REC NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 0503400604 | 02/08/05 | 1038A | M | 02/06/72 33Y | 2 | D | I/P | ORT | ORT 417/2 | 574758 |

**PATIENT**

| NAME & ADDRESS | | | |
|---|---|---|---|
| WORKS,TYRON | SS# | 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 | EMPLOYER |
| 435 LURENE CIR | PH# | (334)279-8671 | STATE OF ALABAMA |
| | COUNTY | MONTGOMERY | 4505 EXECUTIVE PARK |
| MONTGOMERY   AL 36109 | | | MONTGOMERY AL 36116 |

EMP PH# (334)242-7226
OCC EMP STAT EMP I.D.  EMP FULL TIME

**GUARANTOR**

| NAME & ADDRESS | | | EMPLOYER |
|---|---|---|---|
| WORKS,TYRON | DOB AGE | 02/06/72 33Y | STATE OF ALABAMA |
| 435 LURENE CIR | SS# | 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 | 4505 EXECUTIVE PARK |
| | PH# | (334)279-8671 | |
| MONTGOMERY   AL 36109 | REL | SELF | MONTGOMERY AL 36116 |

EMP PH# (334)242-7226
OCC EMP STAT EMP I.D.  EMP FULL TIME

**RELATIVE**

| NAME & ADDRESS | | | EMPLOYER |
|---|---|---|---|
| WORKS,FERMIE | DOB AGE | | |
| PO BOX 65 | SS# | | |
| | PH# | (334)738-3975 | |
| FITIZPATRICK   AL 36029 | REL | MOTHER | |

EMP PH#
OCC EMP STAT EMP I.D.

**REL 2**

| NAME & ADDRESS | |
|---|---|
| | HM |
| | PH# |
| | WK |

**INS #1**

| INSURANCE CARRIER | BLUE CROSS OF ALABAMA | INSURED NAME | WORKS,TYRON | REL TO INSURED |
|---|---|---|---|---|
| SUBSCRIBER ID# | PPA419087667 | GROUP NAME | STATE OF ALABAMA | 1 |
| GROUP PHONE# | (800)760-6852 | APPROVAL# 3644V11 | GROUP NUMBER 13000 | |
| CONTACT ADDRESS | 450 RIVERCHASE PKWY | | CONTACT | |
| | | | CITY/STATE/ZIP BIRMINGHAM   AL 35298 | |

**INS #2**

| INSURANCE CARRIER | | INSURED NAME | | REL TO INSURED |
|---|---|---|---|---|
| SUBSCRIBER ID# | | GROUP NAME | | |
| GROUP PHONE# | | APPROVAL# | GROUP NUMBER | |
| CONTACT ADDRESS | | | CONTACT | |
| | | | CITY/STATE/ZIP | |

**INS #3**

| INSURANCE CARRIER | | INSURED NAME | | REL TO INSURED |
|---|---|---|---|---|
| SUBSCRIBER ID# | | GROUP NAME | | |
| GROUP PHONE# | | APPROVAL# | GROUP NUMBER | |
| CONTACT ADDRESS | | | CONTACT | |
| | | | CITY/STATE/ZIP | |

| DIAG CODE   DIAGNOSIS | ALLERGIES | P | PT. CL. |
|---|---|---|---|
| 721.7-TRAUMATIC SPONDYLOPATHY | | | |

| ACCIDENT TYPE | NATURE OF ACCIDENT | ACCIDENT DATE | TIME |
|---|---|---|---|
| | | | |

| ARRIVAL MODE | REFERRING FACILITY | CHURCH/DENOMINATION | |
|---|---|---|---|
| FAMILY DRIVEN | | RNL | |

| ADMITTING PHYSICIAN | PRIMARY CARE PHUSICIAN |
|---|---|
| 709 PINCHBACK,WARNER L | UNDERWOOD,III JEFFERSON |

| ATTENDING PHYSICIAN | REFERRING PHYSICIAN |
|---|---|
| 709 PINCHBACK,WARNER L | |

| LOCATION | E/R PHYSICIAN |
|---|---|
| | |

| ADMISSION TYPE |
|---|
| ELECTIVE |

Ht 6'
wt. 200#

2/12/05



FS 100       PRINTED BY: npucnell       DATE 4/1/2005

Last Printed: 02/08/2005 10:40:20
09/21/04                           A09



ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

SURGICAL SPECIALISTS, P.C.
1339 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

**422**

0503400104

DATE: 2/07/05

NAME: Tyron Works

CHIEF COMPLAINT:
Lower back pain

HISTORY OF PRESENT ILLNESS:
This patient is a 32-year-old man seen again today in regard to evaluation of pain and discomfort in his lower back with pain occasionally radiating down the posterior aspect of his right lower limb to his foot. He said the back pain is constant. He is always in pain. He has not responded to previous conservative treatment of physical therapy or anti-inflammatory medication, muscle relaxers, or rest.

MEDICATIONS HISTORY:
Patient is also taking Aspirin 81 mg, Cardizem, Diazepam and Protonix

ALLERGIES: Typhoid vaccine

PAST HISTORY: Infections - none; Illnesses - hypertension; Accidents - military injury 1997; Surgeries - arthroscopy (Bil knees), 1995,1999 and 000; PCP Dr. Jefferson Underwood III, 12/04.

SOCIAL HISTORY: Alcohol Use - drinks occasionally; Smoking - denies smoking; Diet - caffeine free diet; Lifestyle - stressful lifestyle and active lifestyle; Seat Belt Use - always uses seat belts; Occupation - Computer programmer; Illicit Drug Use - denies use of street drugs; Sexual Activity - did not discuss sexual history; Job Description - Standing, pushing, pulling, lifting (100+ lbs.); Hours Worked - 40 hours per week.

FAMILY HISTORY OF:
1. CVA, unknown type
2. Diabetes-unknown type
3. Heart disease
4. HIV
5. Hypercholesterolemia
6. Hypertension
7. TB

EXAMINATION:
VITAL SIGNS: B/P - 125/76, Pulse - 90, Temperature - 96.6, Weight - 205.00 lbs, Height - 72 inches.

HEENT: Normocephalic without trauma. Eyes are clear. Sclera clear.
NECK: Supple
HEART: Normal sinus rhythm
ABD: Soft nontender
NEURO: Physiologic for age
VASC: Dorsalis pedis and posterior tibialis pulses are 3+ Radial and ulnar pulses are 3+
EXT: the patient has point tenderness in the area of the L5-S1 of his lumbar spine. He has a very positive rock-and-tilt test. He has increased tenderness on extension of his lower back and lateral bending to the right and straight leg raising is negative bilaterally but he has false positive straight leg raising at 45 degrees on the right. There is no appreciable muscle weakness or sensory deficit in either lower limb.

XRAYS:
I reviewed the MRI of his lumbar spine and it demonstrates marked desiccation of the L5-S1 disc with a small broad based disc herniation. There may be some contact with the S-1 nerve root.

ASSESSMENT (DIAGNOSIS):
Facet joint arthritis
Herniated lumbar disc

TREATMENT PLAN:

05034000104

**423**

Patient: WORKS, TYRON    MRNO: 27584    DOB: 02/06/1972    -    Continued

I recommend a posterolateral lumbar arthrodesis with a possible lumbar interbody arthrodesis or hemilaminectomy. The complications and risks have been explained to the patient and that includes the possibility of developing an infection, blood clot, or neurovascular injury. The patient indicates that he understands. I advised him that the complications and risks are rare, but they can indeed occur. He was advised that we do obtain the bone graft from a separate fascia incision on the pelvis.

W.L. Pinchback, Jr., M.D.

Authenticated by
WARNER L. PINCHBACK JR, MD
On 3/01/05 9:37:52 AM



B0503400604    WORKS,TYRON
DOB: 02/06/72    Age:33Y    MR #:574758
Admt Date/Time: 02/08/05    1036A
709 PINCHBACK,WARNER L

    REPORT OF    424
CONSULTATION

DATE: 2/9/05    TIME: 11.00m    PHYSICIAN TO BE CONSULTED: Dr. Underwood

CONSULTED BY DOCTOR: Dr. Pinchback

REASON FOR CONSULT: Medical Mang.

☐ PLEASE CONSULT    ☒ PLEASE CONSULT AND FOLLOW PATIENT    ☐ PLEASE CONSULT AND ASSUME CARE

CONSULT CALLED TO: office    BY: J Pride    DATE: 2/9    TIME: 11:00A

33 yo BM seen post-op for
medical mgt. c/o Low Back.

Patient seen : Examined

Hx ⟶ S/p surgery for Herniated Lumbar Disc
     ⟶ H CVA
     ⟶ No paroxysmal A. Fib

Rec ⟶ resume Rx meds
    "Will follow" Thx

OPRE KCASE 2
BAPTIST HEALTH
0709
WORKS, TYRON ""
B0503400604
B000574758

**425**

AGE:  32 YEARS

DATE OF SURGERY:   02/08/2005

PREOPERATIVE DIAGNOSIS:    FACET JOINT ARTHRITIS, L5-S1 OF THE LUMBAR
SPINE (CODE 721.7)
     HERNIATED LUMBAR DISC, L5-S1 OF THE LUMBAR SPINE (CODE 722.73)
     DEGENERATIVE SPONDYLOLISTHESIS, L5-S1 (CODE 721.91)

POSTOPERATIVE DIAGNOSIS:    FACET JOINT ARTHRITIS, L5-S1 OF THE LUMBAR
SPINE (CODE 721.7)
     HERNIATED LUMBAR DISC, L5-S1 OF THE LUMBAR SPINE (CODE 722.73)
     DEGENERATIVE SPONDYLOLISTHESIS, L5-S1 (CODE 721.91)

OPERATION:  -   POSTEROLATERAL LUMBAR ARTHRODESIS, L5-S1 (CODE 22612)
- DECOMPRESSIVE LUMBAR HEMILAMINECTOMY, L5-S1 ON THE RIGHT (CODE 63030-51)
- SEGMENTAL PEDICLE SCREW FIXATION, L5-S1 (CODE 22842)
- HARVESTING OF RIGHT ILIAC BONE GRAFT THROUGH A SEPARATE FASCIAL
INCISION (CODE 20937)

ANESTHESIA:    GENERAL

ASSISTANT:  DERRICK JOHNSON, SA

PROCEDURE: With this patient in the prone position, positioned on
the Andrews spinal frame, his back was scrubbed and prepped with Betadine
scrub-and-prep solution.  He was then draped with sterile sheets,
towels and plastic Vi-Drape.  An image intensifier was used to localize
the pedicle of L5 and S1 on the right and then an incision was made
extending just proximal to the pedicle of L5 and distal to the pedicle
of S1.  The incision was carried through the skin and subcutaneous
tissue, about 2-cm lateral to the spinous process.  With blunt dissection,
we palpated down between the fascia, divided the superficial lumbar
fascia and then split the muscle fibers going down to the lamina of
L5-S1 on the right.  The lamina was cleared of soft tissue using electrocautery
and Cobb elevators.  A laminotomy was then performed using Kerrison
rongeurs and the Midas-Rex drill.  The ligamentum Flavum was then
excised to expose the L5-S1 nerve root beneath.  The S1 nerve root
was teased to the midline in order to expose the herniated disc beneath.
The posterior longitudinal ligament was incised and pituitary rongeurs
were inserted to remove the herniated disc material.  After being
satisfied that an adequate amount of disc material had been removed,
the wound was irrigated with normal saline and this wound was then
closed by closing the deep fascia with interrupted #1 Ethibond suture.
A second fascial incision was made lateral to the first over the transverse
processes.  Muscle fibers were split to expose the transverse process
of L5 and S1 and the space between those transverse processes were
developed.  The _____ of the sacrum was identified and after achieving
exposure and making sure that we had exposure, we then packed that
wound with Ray-Tec sponges.  We then decided to go ahead and get the
bone graft.  The bone graft was a subcutaneous bone graft through

(CONTINUED)

a separate incision therefore made a subcutaneous dissection over the posterior superior iliac spine and then incised the fascia to expose the rim of the ileum for the iliac crest. Then, we used a combination of Cobb retractors and electrocautery to expose the outer table of the posterior aspect of the pelvis. The window was taken from the outer table of cortical cancellous bone and cancellous bone chips were also obtained using gouges. After being satisfied that we had an adequate amount of bone graft material, we irrigated the wound copiously with normal saline and then packed Gelfoam around the exposed bone areas and then removed the excessive bone wax with a curet. We then irrigated again and then inserted a large flat Jackson-Pratt drain beneath the fascia. The fascia was closed with interrupted #1 Ethibond

**426**

suture. We then reopened the paraspinous wound and placed retractors so that we could identify the transverse processes in the _____ of the sacrum. We then used a bone awl, placed an opening in the pedicle of L5-S1 and then inserted the reamers for the EBI spinal link-II system. We determined that we would need a 45 mm x 6.5 mm screw for the L5 pedicle and a 45 mm x 6.5 mm screw in the sacrum. After inserting those screws, we then decorticated the transverse processes and the lateral trough and packed bone graft in. Then, we assembled the spinal link system on the right. The wound was then irrigated with normal saline and the deep fascia was closed interrupted #1 Ethibond suture. The subcutaneous tissue was closed with interrupted #1 Vicryl suture. The skin was closed with interrupted stainless steel staples. For the second wound, we then made a similar incision on the left side of the paraspinous fascia, slightly more lateral. We then carried that incision through the skin and subcutaneous tissue down to the fascia. The fascia was divided in line with the incision and the muscle fibers of the paraspinous musculature were divided. The transverse process of L5 and the _____ of the sacrum were cleared of soft tissue using electrocautery. The awl was used to locate the pedicles of L5-S1. Then, both levels were reamed and we determined that we needed a 45 mm x 6.5 mm screw proximally at L5 and a 40 mm screw x 6.5 mm screw at the sacrum. We then assembled the spinal link system after decorticating and packing graft over the transverse processes. The wound was irrigated with normal saline. The fascia was closed with interrupted #1 Ethibond suture. Bleeding was minimal and controlled with electrocauterization. The subcutaneous tissue was closed with interrupted #1 Vicryl suture. The skin was closed with interrupted stainless steel staples. The patient's estimated blood loss was about 300 cc. He tolerated the procedures well. There are no expected postoperative complications. The wounds were dressed with Bacitracin ointment, Adaptic and compressive dressings. The patient tolerated the procedures well. He returned to the Recovery Room in satisfactory condition.

WARNER L. PINCHBACK, M.D.

D: 02/08/2005
T: 02/10/2005
mn
Authenticated by WARNER L. PINCHBACK JR, MD On 3/01/05 9:37:56 AM



B0503400604    WORKS, TYRON
DOB: 02/06/72  Age:32Y  MR #:574758
Admit Date/Time: 02/03/05  1506P
709 PINCHBACK, WARNER L



**427**

**PROGRESS RECORD**

| Date | Time | Description |
|------|------|-------------|
| | | *Admit Note* |
| 2-8-05 | | This is a 32 yo male who presents c̄ lower back pain c̄ pain radiating down (R)LE. Pain present for several mos. He has not responded to previous conservative treatment. MRI shows herniated lumbar disc L4-5 on the (R). Also shows some hypertrophy of facet joint. Pt therefore admitted for spinal fusion. |
| | | D.J. ————— PAC |
| | | Authent cated by WARNER L PINCHBACK JR MD On 3/01/05 9 38:35 AM |
| 2-9-05 | | Ektho |
| | | Pt seen. c/o nausea & vomiting |
| | | Afebrile   H/H pending |
| | | Ext distal onbec 3+ & strength (R)LE |
| | | Sensation intact to (R)LE |
| | | Wound bandage in place Mild tenderness to palpation |
| | | A/P: Tygon 200mg IV/IM for nausea |
| | | PT to ambulate this am |
| | | H/H pending |
| | | D.J. ————— PA-C |
| | | Authent cated by WARNER L PINCHBACK JR MD On 3/01/05 9 38:32 AM |

PN 30001    Revised 8/03

PN 300

PRINTED BY: npurnell    DATE 4/1/2005



B0503400604    WORKS, TYRON
DOB: 02/06/72    Age:33Y    MR #:574758
Admit Date/Time: 02/03/05    1506P
709 PINCHBACK, WARNER L



**Baptist**
HEALTH

428

## POSTOPERATIVE
## PROGRESS RECORD

| Date | Time | |
|------|------|---|
| 2-08-05 | | Surgeon: _Pinchback_    Assistant: _D. Jal_ |
| | | |
| | | Preop Dx: _Herniated lumbar disc L5-S1_ |
| | | _Facet joint arthritis_ |
| | | Postop Dx: _Same_ |
| | | |
| | | Procedure: _Post Internal lumbar arthrodesis ie,_ |
| | | _pedicle screw fixation L5-S1_ |
| | | _Decomp laminectomy L5-S1_ |
| | | _Harvesting of iliac bone graft_ |
| | | |
| | | |
| | | Findings: |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Specimen: |
| | | |
| | | |
| | | |
| | | EBL: _300 cc_ |
| | | |
| | | |
| | | Authenticated by |
| | | WARNER L PINCHBACK JR, MD |
| | | On 3/01/05 9:38:30 AM |
| | | M.D. Signature: |

Form # PN 30009    Revised 8/03

 

Baptist Health
**PROGRESS RECORD**

**429**

0503400604    WORKS,TYRON

| Date | Time | Description |
|------|------|-------------|
| 02/09/05 | 1030 | Case Mgt: Referral called to amedisys HH to follow @ D/C. Referral faxed et called to Medical Place for walker, BSC, et free-standing trapeze bar & frame. They will arrange delivery c pt. B. Reynolds |
| 2/9/08 | | medical consult attend. full H/W. [illegible] |
| 2/10/05 | | Pt. is comfortable this morning. He only has medicine pain. Afeb. Hb 11.75 Physical therapy is in progress. |
| 2/10/08 | | Seen for FU. No GI SOB on C/o V/S stable. BP's alert Cor nnn S C lear Ext R gleam recur wt T/F stable. Here alex dc c b/ctts. Will Plan as needed. Thanks [illegible] |



   

Baptist Health
**PROGRESS RECORD**

WORKS, TYRON

**430**

B0503400604    WORKS, TYRON
DOB: 02/06/72    Age: 33Y  MR #: 574758
Admit Date/Time: 02/03/05    1506P
709 PINCHBACK, WARNER L

| Date | Time | Description |
|------|------|-------------|
| 2-11-05 | | Ortho |
| | | Pt seen feeling better this am |
| | | Afebrile HR 119 32 |
| | | Ext distl pulses 3+ ↑ strong M @ LE |
| | | Thigh & calf soft nontender. Sensatn intact |
| | | Wound looks good c minimal drainage |
| | | Abd slightly distended ⊖ BM |
| | | A/P - Hct stable this am |
| | | D/c Magnesitrate/Fleets supp for BM |
| | | Change drsg this am |
| | | Continue PT this am |
| | | (signature) MC |

Authenticated by
WARNER L. PINCHBACK JR, MD
On 2/21/05 6:36:26 AM

| 2/11/05 | | New posttrauma. V/c noted. S Tables |
| | | will see if needs in future. Thills |

| 2/12/05 | | Pt is am faithful |
| | | Afebrile |
| | | Wound looks good. He is |
| | | ambulating c resistance. |
| | | I will discharge today |
| | | and will see in my office in 2-3 |
| | | weeks. Skelaxin, V. Codin, Keflex per RX |





B0503400604      WORKS,TYRON
DOB: 02/06/72      Age:33Y    MR #:574758
Admit Date/Time: 02/08/05        1036A
709 PINCHBACK,WARNER L

 **Baptist** HEALTH

### PHYSICAL/OCCUPATIONAL/ SPEECH THERAPY  431 PROGRESS NOTES

| Date | |
|---|---|
| 2-10-05 | O: Pt amb RW, 250 ft, SBA/CGA X1 - Min Ⓐ to transfer to bed Same Am & Pm   A: Tol OK  P: Cont.  R Edwards PT |
| 2-11-05 | O: Pt amb 250 ft, SBA/CGA X1, RW. Pu Refused A: Tol OK  P: Cont.  ——————  R Edwards PT |
| 02/12/05 | AM Note: min Ⓐ of 1 log roll transfer, Ambulated x 250 ft, min Ⓐ of 1 = RW. Slow gait, Returned to chair. PM Note: min Ⓐ of 1 log roll technique for bed mobility & transfers, Pt to ambulate $\bar{s}$ RW per Dr Pinchback. Ambulated x 250 ft. mod HHA of 2 working on balance - nod for balance, Gait very stiff & slow, Returned to chair, Pt is, mother Ⓐ present. Tol well although all movements slow. Cont as tolerated. —— S.C Sadler PT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

FORM # PT 9950-1  Revised 3/9/04

PT 990    PRINTED BY: apurnell    DATE 4/1/2005

BAPTIST MEDICAL CENTER

Patient Name: WORKS, TYRON

Patient L_____   Baptist South B-Ur_____ ogy 417 2

DOB: 02/06/1972
SEX: Male
ADMIT DT/TM: 02/08/2005 10:36
ADMITTING DR: Pinchback, Warner L., MD
ATTENDING DR: Pinchback, Warner L., MD
REFERRING DR:
VISIT REASON: TRAUMATIC SPONDYLOPATHY
LANGUAGE: English
ALLERGIES: typhoid vaccine

MRN: B000574758
FIN #: B0503400604

**432**

Orderable Name: Physical Therapy Consult
Order ID:   47157220

B0503400604      WORKS, TYRON
DOB: 02/08/72      Age:33Y   MR #:574758
Admt Date/Time: 02/08/05      1036A
709 PINCHBACK,WARNER L

Priority: Routine
Requested Start Date/Time: 02/08/05 23:35:00
Reason for Consult: POST LUMBAR ORTRODESIS LS-5 DECOMPRESSION
Special Instructions: P.T. START TOMORROW AMBULATE PATIENT W/
ASSISTANCE (NEW POST-OP /

Ordering Physician: Pinchback, Warner L., MD
Ordered By: Mahson, Lillie

Order Location: B-Orth/Urology
Print Date/Time: 02/08/05 23:38

2-9-05 S: 33 yr old ♂ c̄ pain of LB. Conservative treatment failed. PMH
of HTN, alcohol use, A fib, reflux, asthma, tonsils. Pt had surgery 2-8-05
for lumbar arthrodesis c̄ decompression. PT order to amb. O: Pt is alert,
oriented + able to follow instructions. Mod Ⓐ x 2 to stand c̄ RW
+ work on balance act; fair balance. Pt amb 250 ft, RW, min
Ⓐ. Min Ⓐ to transfer pt to bed. Ⓞ PM: Mod Ⓐ to stand pt c̄ RW.
Pt amb RW, 250ft c̄ min Ⓐ. Min Ⓐ to transfer pt to bed.

A: ↓ ROM ↓ OK

PAIN: ℅ ms spasms

PRECAUTIONS / CONTRAINDICATIONS:

| P:   TREATMENT GOALS - GOALS MET | TREATMENT PLAN |
|---|---|
| Amb c̄ RW, CGA - Ⓑ  3 to 5 days | Amb c̄ RW |
|  | transfer |
|  |  |

PATIENT / FAMILY GOALS: Go home

HOME PROGRAM:

REASSESSMENT DATE: 2-14-05

REHAB POTENTIAL: fair

Rhonda Edwards PT
THERAPIST'S SIGNATURE

Montgomery, Alabama

RECEIVED BY: DRISCOLL   DATE: 4/11/2005

BMC #14000

BAPTIST MEDICAL CENTER   PHYSICAL/OCCUPATIONAL THERAPY/SPEECH



**Baptist Medical Center**

2105 East South Boulevard
PO Box 11010
Montgomery, AL 36111-0010
Tel.: 334-286-2893

**433**

# Physical Therapy Discharge Summary

Patient Name: _WORKS, TYRON_     Patient # _503400604_

Medical Record # _574758_     Physician: _Pinchback_     Date: _2-14-05_

Patient received therapy from: _2-9-05_    to: _2-12-05_    Total visits: _7_

Diagnosis: _Spondylopathy_

Treatment received: _gT trng c̄ RW_

---

**GAIT:**

Independent with/without assistive device

_250'_ Distance

Requires MIN MOD MAX (CG) SBA assist of

With Cane Crutch (Walker) _Rolling_

Balance: Good Fair Poor     _____ Proper Gait
                       Technique

**TRANSFERS:**

_____ Independently

_____ Minimal assistance

_____ Moderate assistance

_____ Maximal assistance

**PAIN PATTERN:**

___ No change ___ % Decrease

___ Total Relief

---

**EXERCISES:**

_____ Demonstrates knowledge of exercise program     _____ Back/Neck care instructions given

_____ Given Home Exercises Program     _____ Instructed in proper Body Mechanics

Exercise program consisted of: _____

---

**ROM:**     _____ Increased     _____ Decreased     _____ No change

**STRENGTH:**     _____ Increased     _____ Decreased     _____ No change

---

**INITIAL OR ALTERED GOALS WERE:**

✓ Obtained ___ Not obtained due to:

_____ Insufficient treatment time

_____ Treatment not effective

_____ Severity of dysfunction

_____ Discontinued by physician

_____ Discontinued by patient

_____ Other

**DISCHARGE PLAN:**

_____ Received maximum benefit from Rx

_____ Home Health recommended

_____ No further therapy ordered

✓ Home

_____ Nursing Home

_____ Other

---

**WOUNDS:**

Granulated - ❑ Good ❑ Fair ❑ Poor ❑ None

Size of wound - ❑ Decreasing ❑ No change ❑ Increasing

Drainage - ❑ None ❑ Minimum ❑ Moderate   Type: ❑ yellow ❑ green ❑ brown ❑ red

❑ Patient demonstrates knowledge of dressing techniques

---

**COMMENTS:**

Rev. 12/98     PRINTED BY: npurnell     DATE 5/11/2005 Signature: _Rhonda Edwards PT_

**434**

Flowsheet Print Request

Patient: WORKS, TYRON
MRN: B000574758

Date Range: 10/15/2004 14.06 - 2/20/2005 14:06

| Event Date | Event | Result | Ref. Range | Status |
|---|---|---|---|---|
| 2/4/2005 11:45 | WBC | 5.8 Thou/mL | (4.1 - 10.3) | |
| | RBC | 5.22 Mill/mL | (4.69 - 6.13) | |
| | Hemoglobin | 14.6 gm/dl | (11.3 - 15.3) | |
| | Hematocrit | 42.7 % | (40.0 - 51 0) | |
| | MCV | 82 FL | (81 - 100) | |
| | MCH | 28 pg | (27 - 31) | |
| | MCHC | 34 gm/dl | (32 - 35) | |
| | Platelet Count | 224 Thou/mL | (140 - 400) | |
| | RDW | 13.5 % | (11.5 - 14 5) | |
| | Neutro Auto | 57 % | (40 - 75) | |
| | Lymph Auto | 29 % | (20 - 53) | |
| | Mono Auto | 9 % | (0 - 12) | |
| | Eos Auto | 4 % | (0 - 8) | |
| | Basophil Auto | 1 % | (0 - 2) | |
| | Neutro Abs | 3.3 # | (1.4 - 6.5) | |
| | Lymph Abs | 1.7 # | (1.0 - 4.8) | |
| | Mono Abs | 0.5 # | (0.1 - 0.6) | |
| | Eos Abs | 0.3 # | (0.0 - 0.7) | |
| | Basophil Abs | 0.1 # | (0.0 - 0.2) | |
| | Sodium | 140 mmol | (135 - 145) | |
| | Potassium | 4.3 mmol | (3.5 - 5.0) | |
| | Chloride | 105 mmol | (97 - 112) | |
| | CO2 | 27 mmol | (22 - 32) | |
| | PT | 11.5 Sec | (10.5 - 13.5) | |
| | INR | 0.93 Sec | (0.92 - 1.38) | |
| | ABO RH | A  POS | | |
| | Antibody Screen Gel | NEG | | |
| | Blood Status | XM | | |
| | BB Unit Number | 71N51788 | | |
| | BB Component | RBCS | | |
| | BB Pool Number | *NOT VALUED* | | |
| | BB Pool Type | *NOT VALUED* | | |
| | BB Unit ABORH | A  POS | | |
| | BB XM Interpretation | NEG | | |
| | BB Unit Source | MCBB | | |
| | Blood Status | XM | | |
| | BB Unit Number | 71N95937 | | |
| | BB Component | RBCS | | |
| | BB Pool Number | *NOT VALUED* | | |
| | BB Pool Type | *NOT VALUED* | | |
| | BB Unit ABORH | A  POS | | |
| | BB XM Interpretation | NEG | | |
| | BB Unit Source | MCBB | | |
| | Blood Status | XM | | |
| | BB Unit Number | 71N95927 | | |
| | BB Component | RBCS | | |
| | BB Pool Number | *NOT VALUED* | | |
| | BB Pool Type | *NOT VALUED* | | |
| | BB Unit ABORH | A  POS | | |

Flowsheet Print Request

**435**

| Event Date | Event | Result | Ref. Range | Status |
|---|---|---|---|---|
| | BB XM Interpretation | NEG | | |
| | BB Unit Source | MCBB | | |
| | Blood Status | XM | | |
| | BB Unit Number | 71N95917 | | |
| | BB Component | RBCS | | |
| | BB Pool Number | *NOT VALUED* | | |
| | BB Pool Type | *NOT VALUED* | | |
| | BB Unit ABORH | A  POS | | |
| | BB XM Interpretation | NEG | | |
| | BB Unit Source | MCBB | | |
| | Blood Status | RELEASE | | |
| | BB Unit Number | 71N51788 | | |
| | BB Component | RBCS | | |
| | BB Pool Number | *NOT VALUED* | | |
| | BB Pool Type | *NOT VALUED* | | |
| | BB Unit ABORH | *NOT VALUED* | | |
| | BB XM Interpretation | *NOT VALUED* | | |
| | BB Unit Source | MCBB | | |
| | Blood Status | RELEASE | | |
| | BB Unit Number | 71N95917 | | |
| | BB Component | RBCS | | |
| | BB Pool Number | *NOT VALUED* | | |
| | BB Pool Type | *NOT VALUED* | | |
| | BB Unit ABORH | *NOT VALUED* | | |
| | BB XM Interpretation | *NOT VALUED* | | |
| | BB Unit Source | MCBB | | |
| | Blood Status | RELEASE | | |
| | BB Unit Number | 71N95927 | | |
| | BB Component | RBCS | | |
| | BB Pool Number | *NOT VALUED* | | |
| | BB Pool Type | *NOT VALUED* | | |
| | BB Unit ABORH | *NOT VALUED* | | |
| | BB XM Interpretation | *NOT VALUED* | | |
| | BB Unit Source | MCBB | | |
| | Blood Status | RELEASE | | |
| | BB Unit Number | 71N95937 | | |
| | BB Component | RBCS | | |
| | BB Pool Number | *NOT VALUED* | | |
| | BB Pool Type | *NOT VALUED* | | |
| | BB Unit ABORH | *NOT VALUED* | | |
| | BB XM Interpretation | *NOT VALUED* | | |
| | BB Unit Source | MCBB | | |
| 2/8/2005 19:19 | Hemoglobin | 12.9 gm/dl | (11.3 - 15.3) | |
| | Hematocrit | L 37.0 % | (40.0 - 51.0) | |
| | Sodium | 138 mmol | (135 - 145) | |
| | Potassium | 3.8 mmol | (3 5 - 5 0) | |
| | Chloride | 107 mmol | (97 - 112) | |
| | CO2 | 24 mmol | (22 - 32) | |
| 2/8/2005 22:48 | Hemoglobin | 12.3 gm/dl | (11.3 - 15.3) | |

**436**

Flowsheet Print Request

Patient: WORKS, TYRON
MRN: B000574758                    Date Range: 10/15/2004 14:06 - 2/20/2005 14:06

Printed by: Washington, Lashunda L
Printed on: 4/6/2005 14:12

| Event Date | Event | Result | Ref. Range | Status |
|---|---|---|---|---|
|  | Hematocrit | L 36.2 % | (40.0 - 51.0) |  |
| 2/9/2005 08:33 | Hemoglobin | 12.2 gm/dl | (11.3 - 15.3) |  |
|  | Hematocrit | L 35.2 % | (40.0 - 51.0) |  |
| 2/9/2005 21:25 | Hemoglobin | 11.6 gm/dl | (11.3 - 15.3) |  |
|  | Hematocrit | L 34.2 % | (40.0 - 51.0) |  |
| 2/10/2005 04:47 | Hemoglobin | 11.7 gm/dl | (11.3 - 15.3) |  |
|  | Hematocrit | L 33.8 % | (40.0 - 51.0) |  |
| 2/10/2005 21:02 | Hemoglobin | 11.3 gm/dl | (11.3 - 15.3) |  |
|  | Hematocrit | L 33.0 % | (40.0 - 51.0) |  |
| 2/11/2005 04:25 | Hemoglobin | L 11.2 gm/dl | (11.3 - 15.3) |  |
|  | Hematocrit | L 32.9 % | (40.0 - 51.0) |  |
| 2/11/2005 22:39 | Hemoglobin | L 11.1 gm/dl | (11.3 - 15.3) |  |
|  | Hematocrit | L 32.4 % | (40.0 - 51.0) |  |
| 2/12/2005 04:00 | Hemoglobin | L 11.1 gm/dl | (11.3 - 15.3) |  |
|  | Hematocrit | L 33.0 % | (40.0 - 51.0) |  |

DX Fluoroscopy 1 Hour/Greater                    WORKS, TYRON - B000574758

Result type:          DX Fluoroscopy 1 Hour/Greater
Result date:          Tuesday, February 08, 2005 22:20
Result status:        Auth (Verified)                                               **437**
Performed by:         Riner, Gary W on Tuesday, February 08, 2005 22:20
Encounter info:       B0503400604, BAPTISTSOUTH, Inpatient, 2/8/2005 - 2/12/2005

## * Final Report *

**Reason For Exam**
surgery

**Completed Action List:**
* Perform by Riner, Gary W on 2/8/2005 22:20

DX Lumbar Spine 1 View                          WORKS, TYRON - B000574758

| | |
|---|---|
| Result type: | DX Lumbar Spine 1 View |
| Result date: | Tuesday, February 08, 2005 22:20 |
| Result status: | Auth (Verified) |
| Performed by: | Riner, Gary W on Tuesday, February 08, 2005 22:20 |
| Verified by: | Sneckenberger, Christopher J, M.D. on Wednesday, February 09, 2005 07:45 |
| Encounter info: | B0503400604, BAPTISTSOUTH, Inpatient, 2/8/2005 - 2/12/2005 |

**438**

## * Final Report *

**Reason For Exam**
surgery

**FINDINGS**
LUMBAR SPINE:

Single lateral intraoperative view demonstrates transpedicular screw fixation of L5 to S1.

**Signature Line**
ELECTRONICALLY SIGNED BY: Sneckenberger, Christopher J, M.D

TECHNOLOGIST:  GWR
TRANSCRIBED DATE AND TIME:  02/08/2005 22:29
TRANSCRIPTIONIST:  MEF

**Completed Action List:**
* Perform by Riner, Gary W on 2/8/2005 22:20
* Order by Pinchback, Warner L., MD on 2/8/2005 22:16
* VERIFY by Sneckenberger, Christopher J, M.D. on 2/9/2005 07:45



WORKS, TYRON

32years
Male        Black
Room: -
Loc: 6

**439**

Technician: 14011

ID: 000574758          4-Feb-2005    13:06:44    BAPTIST MEDICAL CENTER

| | |
|---|---|
| Vent. rate | 67 bpm |
| PR interval | 158 ms |
| QRS duration | 84 ms |
| QT/QTc | 388/410 ms |
| P-R-T axes | 65 70 19 |

Normal sinus rhythm with sinus arrhythmia
Normal ECG

Referred by: PINCHBACK, WARNER          Unconfirmed

60 Hz    25.0 mm/s    10.0 mm/mV          4 by 2.5s          MAC 8.0026          12SL v250

MEDTRACE



RECEIVED
FEB 11
DISABILITY DETERMINATION
ALABAMA

Montgomery Cardiovascular Ass..., P.C.
Req. Physician:  ARELLANO, ...ILLANA [iarellano]
Technician:  Lee, Kerri
History:
Medication:
Date of Report:  11/16/04    15.08.08
Reviewed By:  IArellano
Review Date:  11/16/04    15.08.17

Name:  TYRON WORKS
ID:  93329-0037001
Sex:  Male
BP:
Weight:  205.0  lbs
Height:  72  inches
Age:  32  Years
Comments:

Rate:  82  BPM
PR:  154  msec
QT/QTc:  366/405  msec
QRSD:  84
P Axis:  59
QRS Axis:  62
T Axis:  15

Interpretation:
Sinus Rhythm
P:QRS - 1:1, Normal P axis, II Rate
WITHIN NORMAL LIMITS

440

Speed:25 mm/sec  Gain:10 mm/mv  MYO:OFF  AC:ON  DRIFT:ON    Midmark Diagnostics Group    Page 1 of 1    Version 6.3.0    ECG Analysis Ver. 6.3.0    Print Date  02/03/05    15:12:28

441

# MEDICAL RECORDS FOR:

## TYRON WORKS
## DOB: 02/06/1972
## SSN: 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

FEB - 8 2005

6. F    24

12/6/04 - 2/28/05

**442**

```
*******************************************************************
Reprinted from Electronic Medical Record - Created on 02/28/05 09:29:41
Patient: WORKS, TYRON                    MR No.: 27584  DOB: 02/06/1972
*******************************************************************
```

Tyron Works
MR#: 027584
02/28/05

CHIEF COMPLAINT:

HISTORY OF PRESENT ILLNESS:
This patient is in today and doing very well.  He is three weeks' post-posterolateral lumbar
arthrodesis.

MEDICATIONS HISTORY:

Current medications prescribed to the patient are:
1. DARVOCET N-100, 1 OR 2 Q 4 HRS PRN PAIN

Patient is also taking Aspirin 81 mg, Cardizem, Protonix and vicodin

ALLERGIES: Typhoid vaccine

EXAMINATION:
VITAL SIGNS: B/P - 113/72, Pulse - 83, Temperature - 97.9, Weight - 205.00 lbs, Height - 72
inches.
On examination he has minimal complaints of discomfort in his lower back.  He is not feeling
the pain that he felt prior to surgery.  He was encouraged to walk as much as he can.

ASSESSMENT (DIAGNOSIS):
1. Facet joint arthritis, 721.7, Status Post Surgery
2. Disc, Lumbar, 722.10, Not Treated
3. Intervertebral Disc Disorder With Myelopathy Lumbar Region, 722.73, Status Post Surgery
4. Pain, Lumbar, 724.2, Improving

TREATMENT PLAN:
He was also advised that he can drive a little.  He is to return for followup evaluation in
the office in six weeks.  At that time, repeat AP and lateral x-rays will be done of his
lumbar spine.

REFERRAL: ☐☐☐

FOLLOWUP: Return visit in 6 to 8  weeks repeat xrays of lumbar spine.


W. L. Pinchback, Jr., M.D.
W:D:T/wa

**443**

*****************************************************************
Reprinted from Electronic Medical Record - Created on 01/12/05 16:12:24
Patient: WORKS, TYRON                MR No.: 27584  DOB: 02/06/1972
*****************************************************************

Tyron Works
MR#: 027584
01/12/05

CC:  Dr. Jefferson Underwood, III

CHIEF COMPLAINT:
1. Followup of L-spine post MRI

HISTORY OF PRESENT ILLNESS:
This patient is a 32-year-old man seen again today in regard to evaluation of pain and
discomfort in his lower back with pain occasionally radiating down the posterior aspect of his
right lower limb to his foot. He said the back pain is constant. He is always in pain. He
has not responded to previous conservative treatment of physical therapy or anti-inflammatory
medication, muscle relaxers, or rest. He is in today following the MRI of his lumbar spine.

MEDICATIONS HISTORY:
Patient is also taking Aspirin 81 mg, Cardizem, Diazepam and Protonix

ALLERGIES: Typhoid vaccine

GENERAL - weakness
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - wears eye glasses
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - chronic sinus problem and nasal congestion
MOUTH - Denies sore throat, or canker sores,dentures
NECK - decreased range of motion
RESPIRATORY - shortness of breath
CARDIOVASCULAR - chest discomfort (heaviness), chest discomfort (pressure), chest pain
(dull), chest pain (sharp) and irregular heartbeat
GASTROINTESTINAL - diarrhea, heartburn, nausea and vomiting
GENITOURINARY - Denies dysuria, frequency of urination, urgency, foul smelling urind, STDs,
or hesitancy
MUSCULOSKELETAL - back pain, decreased range of motion, difficulty in walking, joint pain,
muscle pain and old injury
NEUROLOGICAL - dizziness, headache(s), light headness, loss of balance, numbness, paralysis,
tingling sensations and weakness
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - hypertension; Accidents - military injury 1997;
Surgeries - arthroscopy (Bil knees), 1995,1999 and 000; PCP Dr. Jefferson Underwood III,
12/04.

SOCIAL HISTORY: Alcohol Use - drinks occasionally; Smoking - denies smoking; Diet - caffeine
free diet; Lifestyle - stressful lifestyle and active lifestyle; Seat Belt Use - always uses
seat belts; Occupation - Computer programmer; Illicit Drug Use - denies use of street drugs;
Sexual Activity - did not discuss sexual history; Job Description - Standing, pushing,
pulling, lifting (100+ lbs.); Hours Worked - 40 hours per week.

FAMILY HISTORY OF:
1. CVA, unknown type
2. Diabetes-unknown type
3. Heart disease
4. HIV
5. Hypercholesterolemia
6. Hypertension

Patient: WORKS, TYRON    MRNO: 27584    DOB: 02/06/1972    —    Continued **444**

7. TB

EXAMINATION:
VITAL SIGNS: B/P - 125/76, Pulse - 90, Temperature - 96.6, Weight - 205.00 lbs, Height - 72 inches.
On examination today, the patient continues to have point tenderness in the area of the L5-S1 of his lumbar spine. He has a very positive rock-and-tilt test. He has increased tenderness on extension of his lower back and lateral bending to the right and straight leg raising is negative bilaterally but he has false positive straight leg raising at 45 degrees on the right. There is no appreciable muscle weakness or sensory deficit in either lower limb.

BACK - RANGE OF MOTION:
Flexion :           10 degrees
Extension:          5 degrees
Lateral Bend:       bilaterally 10 degrees
Rotation:           bilaterally 30 degrees

NECK - RANGE OF MOTION:
Flexion:            50 degrees
Extension:          40 degrees
Side Bending:       bilaterally 20 degrees
Neck Rotation:      bilaterally 40 degrees

XRAYS:
I reviewed the MRI of his lumbar spine and it demonstrates marked desiccation of the L5-S1 disc with a small broad based disc herniation. There may be some contact with the S-1 nerve root.

ASSESSMENT (DIAGNOSIS):
1. Facet joint arthritis, 721.7, Unchanged
2. Disc, Lumbar, 722.10, New
3. Pain, Lumbar, 724.2, Unchanged

TREATMENT PLAN:
I feel this patient's symptoms are such that he would probably benefit from a posterolateral lumbar arthrodesis with a possible lumbar interbody arthrodesis or hemilaminectomy. The complications and risks have been explained to the patient and that includes the possibility of developing an infection, blood clot, or neurovascular injury. The patient indicates that he understands. I advised him that the complications and risks are rare, but they can indeed occur. He was advised that we do obtain the bone graft from a separate fascia incision on the pelvis. The patient has decided to schedule his surgery for 02/08/05 at Baptist South.

PROCEDURES ORDERED: Spinal fusion

FOLLOWUP: After surgery 2/08/05.


W.L. Pinchback, Jr. M.D.
WLPjr/wa

**445**

```
************************************************************
Reprinted from Electronic Medical Record - Created on 01/10/05 10:39:04
Patient: WORKS, TYRON              MR No.: 27584  DOB: 02/06/1972
************************************************************
```

Tryon Works
MR#: 027584
01/10/05

CHIEF COMPLAINT:
1. Followup of L-spine post PT

HISTORY OF PRESENT ILLNESS
This 32-year-old man was seen to today in regard to evaluation of pain and discomfort in his
lower back with pain radiating down his right lower limb into the anterior aspect of his right
hip.  He has been experiencing this pain intermittently for several months and it is becoming
progressively worse.  He has not responded to his physical therapy program and we therefore
will probably discontinue his physical therapy.

MEDICATIONS HISTORY:
Patient is also taking Aspirin 81 mg, Cardizem, Diazepam and Protonix

ALLERGIES: Typhoid vaccine

GENERAL - weakness
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - wears eye glasses
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - chronic sinus problem and nasal congestion
MOUTH - Denies sore throat, or canker sores,dentures
NECK - decreased range of motion
RESPIRATORY - shortness of breath
CARDIOVASCULAR - chest discomfort (heaviness), chest discomfort (pressure), chest pain
(dull), chest pain (sharp) and irregular heartbeat
GASTROINTESTINAL - diarrhea, heartburn, nausea and vomiting
GENITOURINARY - Denies dysuria, frequency of urination, urgency, foul smelling urine, STDs,
or hesitancy
MUSCULOSKELETAL - back pain, decreased range of motion, difficulty in walking, joint pain,
muscle pain and old injury
NEUROLOGICAL - dizziness, headache(s), light headness, loss of balance, numbness, paralysis,
tingling sensations and weakness
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - hypertension; Accidents - military injury 1997;
Surgeries - arthroscopy (Bil knees), 1995,1999 and 000; PCP Dr. Jefferson Underwood III,
12/04.

SOCIAL HISTORY: Alcohol Use - drinks occasionally; Smoking - denies smoking; Diet - caffeine
free diet; Lifestyle - stressful lifestyle and active lifestyle; Seat Belt Use - always uses
seat belts; Occupation - Computer programmer; Illicit Drug Use - denies use of street drugs;
Sexual Activity - did not discuss sexual history; Job Description - Standing, pushing,
pulling, lifting (100+ lbs.); Hours Worked - 40 hours per week.

FAMILY HISTORY OF:
1. CVA, unknown type
2. Diabetes-unknown type
3. Heart disease
4. HIV
5. Hypercholesterolemia
6. Hypertension
7. TB

Patient: WORKS, TYRON    MRNO: 27584    DOB: 02/06/1972    -    Continued

EXAMINATION:
VITAL SIGNS: B/P - 132/76, Pulse - 75, Temperature - 96.6, Weight - 205.00 lbs, Height - 72
inches.
On examination today, he ambulates with very guarded movements.  He has marked paravertebral
muscles spasms in the right side of his lower back extending along the entire length of the
lumbar vertebra.  He ha marked point tenderness in the area of the L4-5 and L5-S1.  Straight
leg raising is negative bilaterally but he has false positive straight leg raising on the
right at about 45 degrees.  His deep tendon reflexes are all 3+.  I could detect no
appreciable muscle weakness or sensory deficit in either lower limb.  He did have a slight
amount of tenderness over the anterior aspect of the right hip joint.

XRAYS:
X-rays of the lumbar spine were reviewed along with his old MRI and they show some narrowing
of the L5-S1 disc space but no evidence of a significant disc herniation.

ASSESSMENT (DIAGNOSIS):
1. Facet joint arthritis, 721.7, Unchanged
2. Pain, Lumbar, 724.2, Unchanged

TREATMENT PLAN:
I would like to obtain a repeat MRI of his lumbar spine to see if there have been some
further degenerative changes within the disc.  We will have him return for followup evaluation
following the MRI.

DIAGNOSTIC TESTS: MRI Lumbar Spine

FOLLOWUP: After MRI- lumbar spine.

W.L. Pinchback, Jr., M.D.
WLP/r/wa

**447**

```
*********************************************************************
Reprinted from Electronic Medical Record - Created on 12/06/04 15:29:03
Patient: WORKS, TYRON            MR No.: 27584  DOB: 02/06/1972
*********************************************************************
```

Tyron Works
MR#: 027584
12/06/04

CONSULTED BY:  Dr. Jefferson Underwood, III

CHIEF COMPLAINT:
1. Lumbar pain, military injury 1997

HISTORY OF PRESENT ILLNESS:
This patient is a 32-year-old young man seen today in regard to evaluation of pain and
discomfort in his lower back.  This patient has no history of recent trauma but he said that
he was just walking through his door and the severe pain hit him in his lower back and he had
to go straight to the floor.  The pain did not radiate down into his leg but he had some
numbness and tingling down into his legs.

MEDICATIONS HISTORY:
Patient is also taking Aspirin 81 mg, Cardizem, Diazepam, Hydrocodone/APAP 650 mg and
Protonix.

ALLERGIES: Typhoid vaccine

GENERAL - weakness
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - wears eye glasses
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - nasal congestion and chronic sinus problem
MOUTH - Denies sore throat, or canker sores,dentures
NECK - decreased range of motion
RESPIRATORY - shortness of breath
CARDIOVASCULAR - chest discomfort (heaviness), chest discomfort (pressure), chest pain
(sharp), chest pain (dull) and irregular heartbeat
GASTROINTESTINAL - diarrhea, nausea, vomiting and heartburn
GENITOURINARY - Denies dysuria, frequency of urination, urgency, foul smelling urind, STDs,
or hesitancy
MUSCULOSKELETAL - back pain, joint pain, muscle pain, difficulty in walking, decreased range
of motion and old injury
NEUROLOGICAL - headache(s), numbness, tingling sensations, weakness, paralysis, light
headness, dizziness and loss of balance
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - hypertension; Accidents - military injury 1997;
Surgeries - arthroscopy (Bil knees), 1995,1999 and 000; PCP Dr. Jefferson Underwood III,
12/04.

SOCIAL HISTORY: Alcohol Use - drinks occasionally; Smoking - denies smoking; Diet - caffeine
free diet; Lifestyle - stressful lifestyle and active lifestyle; Seat Belt Use - always uses
seat belts; Occupation - Computer programmer; Illicit Drug Use - denies use of street drugs;
Sexual Activity - did not discuss sexual history; Job Description - Standing, pushing,
pulling, lifting (100+ lbs.); Hours Worked - 40 hours per week.

FAMILY HISTORY OF:
1. CVA, unknown type
2. Diabetes-unknown type
3. Heart disease
4. HIV
5. Hypercholesterolemia
```

Patient: WORKS, TYRON    MRNO: 27584    DOB: 02/06/1972    -    Continued

6. Hypertension
7. TB

**448**

EXAMINATION:
VITAL SIGNS: B/P - 137/84, Pulse - 86, Temperature - 96.9, Weight - 208.00 lbs, Height - 72 inches.
On physical examination, this patient ambulates with severe guarded movements. He has a slight lurch. He flexes his lumbar spine about 40 degrees, extends it to 10 degrees, and lateral bending is 10 degrees in each direction. He has increased tenderness on extension and lateral bending in each direction, and forward flexion. Straight leg raising is negative bilaterally but he has bilateral false positive straight leg raising at about 45 degrees. He has a very positive rock-and-tilt test. I could detect no appreciable muscle weakness or sensory deficit in either lower limb. Deep tendon reflexes are all 3+. He has marked point tenderness at the level of L3-4 and L4-5 of the lumbar spine, and he has marked bilateral paravertebral muscle spasms.

XRAYS:
X-rays of the lumbar spine done in the office demonstrate good bone mineralization with slight narrowing of the L5-S1 disc space. I reviewed the MRI of his lumbar spine that was done back on 05/28/04 and it did not demonstrate a significant disc herniation but he has mild desiccation at the level of L5-S1 with no evidence of nerve root compression, and the facet joints appear to be fairly adequate.

ASSESSMENT (DIAGNOSIS):
1. Facet joint arthritis, 721.7, New
2. Pain, Lumbar, 724.2, New

TREATMENT PLAN:
I feel his symptoms are consistent with a facet joint arthritis that is triggering the paravertebral muscle spasm that the patient is experiencing in his lower back. We would like to start him on aggressive physical therapy consisting of electrical muscle stimulation, thermal therapy, therapeutic exercises, and isokinetic strengthening exercises, and physical conditioning. We will give him an anti-inflammatory medication Celebrex pain pack 400 mg taken after dinner tonight and then 200 mg twice a day with food. He was also given a prescription for Skelaxin 800 mg, taken three times daily and a prescription for Darvocet N-100 for pain. We will prescribe a lumbosacral corset for this patient. We also gave him a shot of Toradol 60 mg IM.

ORTHOPAEDIC SUPPORT/SUPPLIES: Rigid Lumbar Corset-Brace.

DRUG RX: Celebrex 200 mg  1 po qd w/food, DARVOCET N-100 1 OR 2 Q 4 HRS PRN PAIN and Skelaxin 800mg  1 tid

FOLLOWUP: Return visit in 5 to 6 Weeks- post PT.

W.L. Pinchback, Jr., M.D.
WLP:jr/wcr

```
*********************************************************************
Reprinted from Electronic Medical Record - Created on 01/11/05 13:09:42
Patient: WORKS, TYRON              MR No.: 27584  DOB: 02/06/1972
*********************************************************************
```
**449**



## Advanced Medical
### Imaging Center

Advanced Medical Imaging C
525 S Lawrence Street
Montgomery, AL  36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

Warner Pinchback, MD 01/10/2005
1329 Mulberry Street
Montgomery, AL  36106

Re: Works, Tyrone
    DOB: 2/6/1972
    Account#: 899266
    Chart#:   80005
    Exam: MRI LUMBAR SPINE 01-10-05

**MRI LUMBAR SPINE:**
CLINICAL HISTORY: Low back pain. Right leg numbness

TECHNIQUE: Multi-planar, multi-echo images obtained without contrast

FINDINGS: There is normal alignment without fracture or subluxation. There is desiccatio
the disc at L5-S1. There is no disc space narrowing. There is a broad based disc extrusio
eccentric to the right at L5-S1. This may contact the right S1 nerve root. No evidence of n
foraminal or spinal stenosis.

CONCLUSION:
Degenerating disc L5-S1 with a broad based right posterior disc extrusion with probable
of the right S1 nerve root.

PAUL A. TURNER, MD

PAT/lgh

**450**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Reprinted from Electronic Medical Record - Created on 01/11/05 13:11:30
Patient: WORKS, TYRON                  MR No.: 27584  DOB: 02/06/1972
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

# REHAB ASSOCIATES

## PROGRESS REPORT

PATIENT: _Works, Tyron_       PHYSICIAN: _Dr. Pinchback_

DIAGNOSIS: _Facet Joint Arthritis_       DATE: _January 7, 2005_

**ESTABLISHED GOALS INCLUDED:**

- ☑ Increase range of motion
- ☑ Increase strength
- ☑ Increase general fitness/endurance
- ☑ Decrease swelling/pain
- ☑ Increase/Decrease joint mobility
- ☐ Correct Biomechanical Dysfunction
- ☑ Improve Functional Capacity in:
  - ☐ Weight Bearing
  - ☑ Work Activities
  - ☐ Sport Activities
  - ☑ ADL
- ☑ Education
- ☐ Other

**RESULTS OF TREATMENT**

**Comments:** Pt. reports back pain 3/10 c̄ mild ↑ in radicular symptoms. Min. hypermobility is noted c̄ Rom. Strength is 4/5. He has continued HEP as instructed. Scheduled return to work date is 1-17-05.

**Recommendations:** P.T. will continue as ordered by M.D. Please advise on plan of care.

Therapist: _____

## PHYSICAL THERAPY REFERRAL FORM

**I have read the above progress report and would request that my patient:**

- ☐ Continue with present treatment/rehabilitation.
- ☐ Have an isokinetic evaluation.
- ☐ Have a Functional Capacity Evaluation.
- ☐ Please call me concerning this patient.
- ☐ Be discharged from Physical Therapy.
- ☐ Continue with present treatment program and make the following revisions:

_____

_____

_____

Physician _____  Date _____

White – Rehab Associates Copy    Canary – Physician Copy    Pink – Rehab Associates Copy

451

```
*****************************************************************
Reprinted from Electronic Medical Record - Created on 02/04/05 15:52:33
Patient: WORKS, TYRON            MR No.: 27584  DOB: 02/06/1972
*****************************************************************
1/05 14:28:21  Baptist Hospital 1(334) 286-2793  Page 2 of 4
```

## BAPTIST MEDICAL CENTER SOUTH
2105 East South Boulevard
Montgomery, AL 36116
(334) 288-2100

| | | |
|---|---|---|
| Name: WORKS, TYRON | Account: B0503400604 | Age: 32 Years |
| MR#: B000574758 | Admit: 2/3/05 | SS Number: 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 |
| Sex: Male | Room/Bed: | Admitting Physician: Pinchba |
| Warner L., MD | | |
| DOB: 2/6/72 | | Ordering Physician: |

### *H e m a t o l o g y*

### Routine Hematology

| COLLECTION DATE: COLLECTION TIME: | 2/4/05 11:45:00 AM | REF RANGE | UNITS |
|---|---|---|---|
| WBC | 5.8 | [4.1-10.3] | Thou/mL |
| RBC | 5.22 | [4.62-6.13] | Mill/mL |
| Hemoglobin | 14.6 | [11.3-15.3] | gm/dl |
| Hematocrit | 42.7 | [40.0-51.0] | % |
| MCV | 82 | [81-100] | FL |
| MCH | 28 | [27-31] | pg |
| MCHC | 34 | [32-35] | gm/dl |
| Platelet Count | 224 | [140-400] | Thou/mL |
| RDW | 13.5 | [11.5-14.5] | % |

| | | |
|---|---|---|
| MR#: B0503400604 | B000574758 Room/Bed: - | Account: |
| | Sex: Male | DOB: 2/6/72 |
| Printed: TYRON | 2/4/2005 1:29 PM | Page 1 of 2  Name: WORK |
| | Interim-Any | |

452

*************************************************************************
Reprinted from Electronic Medical Record - Created on 02/04/05 15:52:38
Patient: WORKS, TYRON                    MR No.: 27584  DOB: 02/06/1972
*************************************************************************

1/05 14 26.21  Baptist Hospital  1(334) 288-2793  Page 3 of 4

BAPTIST MEDICAL CENTER SOUTH
2105 E. South Blvd
Montgomery, AL 36116
(334) 288-2100

Name: WORKS, TYRON                                      Account: B0503400604

### Automated Differential

| COLLECTION DATE: COLLECTION TIME: | 2/4/05 11:45:00 AM | | |
|---|---|---|---|
| | | REF RANGE | UNITS |
| Neutro Auto | 57 | [40-75] | % |
| Lymph Auto | 29 | [20-53] | % |
| Mono Auto | 9 | [0-12] | % |
| Eos Auto | 4 | [0-8] | % |
| Basophil Auto | 1 | [0-2] | % |
| Neutro Abs | 3.3 | [1.4-6.5] | # |
| Lymph Abs | 1.7 | [1.0-4.8] | # |
| Mono Abs | 0.5 | [0.1-0.6] | # |
| Eos Abs | 0.3 | [0.0-0.7] | # |
| Basophil Abs | 0.1 | [0.0-0.2] | # |

### Coagulation

| COLLECTION DATE: COLLECTION TIME: | 02/04/05 11:45:00 | | |
|---|---|---|---|
| | | REF RANGE | UNITS |
| PT | 11.5 | [10.5-13.5] | Sec |
| INR | .93 | [.92-1.38] | Sec |

MR#:                        B000574758 Room/Bed:   -        Account:
B0503400604

                             Sex  Male          DOB: 2/6/72
Printed:                     2/4/2005 1.29 PM   2 of 2  Name:-    WORKS,
TYRON

                             Interim-Any

**453**

```
************************************************************
Reprinted from Electronic Medical Record - Created on 02/04/05 15:52:42
Patient: WORKS, TYRON              MR No.: 27584  DOB: 02/06/1972
************************************************************
```

1/05 14:28:21  Baptist Hospital  1(334) 286-2793   Page 4 of 4

BAPTIST MEDICAL CENTER SOUTH
2105 E. South Blvd
Montgomery, AL 36116
(334) 288-2100

Name: WORKS, TYRON                           Account: B0503400604

*C h e m i s t r y*

| COLLECTION DATE: COLLECTION TIME: | 2/4/05 11:45:00 AM | | |
|---|---|---|---|
| | | REF RANGE | UNITS |
| Sodium | 140 | [135-145] | mmol |
| Potassium | 4.3 | [3.5-5.0] | mmol |
| Chloride | 105 | [97-112] | mmol |
| CO2 | 27 | [22-32] | mmol |

MR#:                    B000574758  Room/Bed:  -        Account:
B0503400604
                           Sex:  Male         DOB: 2/6/72
Printed:                2/4/2005 1:29 PM    3 of 2  Name:-      WORKS,
TYRON
                           Interim-Any

451

1/05 10.25 25  Baptist Hospital 1(334) 288-2793  Page 2 of 4

**BAPTIST MEDICAL CENTER SOUTH**
2105 East South Boulevard
Montgomery, AL 36116
(334) 288-2100

Name: WORKS, TYRON          Account: B0503400604          Age.  32 Years
MR#: B000574758            Admit: 2/3/05              SS Number: 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
Sex:  Male                 Room/Bed:                 Admitting Physician:      Pinchback,
Warner L., MD
DOB:  2/6/72                                         Ordering Physician:

*Blood Bank*

| COLLECTION DATE: | 02-04-05 | |
|---|---|---|
| COLLECTION TIME: | 11:45:00 | |
| | | REF RANGE |
| ABO RH | A | |
| | POS | |
| Antibody/Screen Gel | NEG | |

**Blood Bank Components**

| COLLECTION DATE: | 02-04-05 | |
|---|---|---|
| COLLECTION TIME: | 11:45:00 | |
| | | REF RANGE |
| Blood Status | XM | |
| Blood Status | XM | |
| Blood Status | XM | |
| Blood Status | XM | |
| BB Unit Number | 71N9592 7 | |
| BB Unit Number | 71N9591 7 | |
| BB Unit Number | 71N5178 8 | |
| BB Unit Number | 71N9593 7 | |

MR#:                        B000574758  Room/Bed:  -       Account:
B0503400604
                            Sex:  Male            DOB: 2/6/72
Printed:                    2/4/2005 5.18 PM     Page 1 of 2   Name: WORKS,
TYRON
                            Interim-Any

**455**

```
**************************************************************
Reprinted from Electronic Medical Record - Created on 02/07/05 09:03:42
Patient: WORKS, TYRON            MR No.: 27584   DOB: 02/06/1972
**************************************************************
```

505 10.25:25  Baptist Hospital 1(334) 265-2703  Page 3 of 4

## BAPTIST MEDICAL CENTER SOUTH
2105 E. South Blvd
Montgomery, AL 36116
(334) 288-2100

Name: WORKS, TYRON                                          Account: B0503400604

| BB Component | RBCS | |
|---|---|---|
| BB Component | RBCS | |
| BB Component | RBCS | |
| BB Component | RBCS | |
| BB Unit ABORH | A POS | |
| BB Unit ABORH | A POS | |
| BB Unit ABORH | A POS | |
| BB Unit ABORH | A POS | |
| BB XM Interpretation | NEG | |
| BB XM Interpretation | NEG | |
| BB XM Interpretation | NEG | |
| BB XM Interpretation | NEG | |
| BB Pool Number | | |
| BB Pool Number | | |
| BB Pool Number | | |

### B l o o d   B a n k

#### Blood Bank Components

| COLLECTION DATE: COLLECTION TIME: | 02/03/05 11:45:00 | REF RANGE |
|---|---|---|
| BB Pool Number | | |
| BB Pool Type | | |

MR#:                        B000574758 Room/Bed:  -      Account:
B0503400604

                              Sex   Male          DOB: 2/6/72
Printed:                      2/4/2005 5:18 PM    2 of 2   Name:-    WORKS,
TYRON
                                   Interim-Any

456

```
****************************************************************
Reprinted from Electronic Medical Record - Created on 02/07/05 09:03:46
Patient: WORKS, TYRON                  MR No.: 27584  DOB: 02/06/1972
****************************************************************
```

5/05 10:26:25   Baptist Hospital  1(334) 286-2793   Page 4 of 4

**BAPTIST MEDICAL CENTER SOUTH**
2105 E. South Blvd
Montgomery, AL 36116
(334) 288-2100

Name: WORKS, TYRON                                          Account: B0503400604

| BB:Pool Type | | |
|---|---|---|
| BB:Pool Type | | |
| BB:Pool Type | | |
| BB:Unit Source | MCBB | |
| BB:Unit Source | MCBB | |
| BB:Unit Source | MCBB | |
| BB:Unit Source | MCBB | |

| MR#: | B000574758 Room/Bed: | - | Account: |
|---|---|---|---|
| B0503400604 | | | |
| | Sex: Male | DOB: 2/6/72 | |
| Printed: | 2/4/2005 5:18 PM | 3 of 2  Name:- | WORKS, |
| TYRON | | | |
| | Interim-Any | | |

457

*****************************************************************
Reprinted from Electronic Medical Record - Created on 02/10/05 10:58:07
Patient: WORKS, TYRON          MR No.: 27584  DOB: 02/06/1972
*****************************************************************
2/05 10:53:29  Baptist Hospital 1(334) 286-2793  Page 2 of 4

## BAPTIST MEDICAL CENTER SOUTH
2105 East South Boulevard
Montgomery, AL 36116
(334) 288-2100

Name: WORKS, TYRON

MR#: B000574758
Sex: Male
DOB: 2/6/72
Warner L, MD

Account: B0503400604
Admit: 2/8/05
Room/Bed: 417-2

Admit Type: Inpatient
Discharge Date:
Age: 33 Years
SS Number: 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
Admitting Physician:     Pinchba

### R a d i o l o g y

| Procedure Name: | Accession Number: | Procedure Date / Time: | Ordering Physician |
|---|---|---|---|
| DX Lumbar Spine 1 View | DX-05-0015771 | 2/8/05 10:20:37 PM | Pinchback, Warner MD |

**Reason for exam:**
surgery

**FINDINGS**
LUMBAR SPINE:

Single lateral intraoperative view demonstrates transpedicular screw fixation of L5

ELECTRONICALLY SIGNED BY: Sneckenberger, Christopher J, M.D

TECHNOLOGIST: GWR
TRANSCRIBED DATE AND TIME: 02/08/2005 22:29
TRANSCRIPTIONIST: MEF

MR#:
Account:
Printed:
2/9/72
Name: WORKS, TYRON

B000574758
B0503400604
2/9/2005 8:08 AM

Room/Bed:     417-2

Sex: Male     DOB:

Page 1 of 1
Cumulative

458

```
*****************************************************************
Reprinted from Electronic Medical Record - Created on 01/11/05 13:09:42
Patient: WORKS, TYRON            MR No.: 27584  DOB: 02/06/1972
*****************************************************************
```



## Advanced Medical
### Imaging Center

Advanced Medical Imaging C
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

Warner Pinchback,MD 01/10/2005
1329 Mulberry Street
Montgomery, AL 36106

Re: Works, Tyrone
    DOB: 2/6/1972
    Account#: 899266
    Chart#: 80005
    Exam: MRI LUMBAR SPINE 01-10-05

**MRI LUMBAR SPINE:**
CLINICAL HISTORY: Low back pain. Right leg numbness

TECHNIQUE: Multi-planar, multi-echo images obtained without contrast

FINDINGS: There is normal alignment without fracture or subluxation. There is desiccatio
the disc at L5-S1. There is no disc space narrowing. There is a broad based disc extrusio
eccentric to the right at L5-S1. This may contact the right S1 nerve root. No evidence of r
foraminal or spinal stenosis.

CONCLUSION:
Degenerating disc L5-S1 with a broad based right posterior disc extrusion with probable
of the right S1 nerve root.

PAUL A. TURNER, MD

PAT/lgh

459

```
*********************************************************************
Reprinted from Electronic Medical Record - Created on 12/06/04 15:18:20
Patient: WORKS, TYRON                    MR No.: 27584   DOB: 02/06/1972
*********************************************************************
```

```
                    Doctor   : Warner L. Pinchback, M.D.
                    License #: BP0745921   DEA #: 8817

                    Date     : 12/06/2004

                    For Patient:
                    WORKS, TYRON
                    435 LUVERNE STREET, MONTGOMERY, AL 36105
```

| Medication | Instructions | Disp. | Refills |
| --- | --- | --- | --- |
| Skelaxin 800mg | 1 tid | 60 | 2 |

_____
Dispense As Written

May Substitute

460

```
***********************************************************************
Reprinted from Electronic Medical Record - Created on 12/06/04 15:18:21
Patient: WORKS, TYRON              MR No.: 27584  DOB: 02/06/1972
***********************************************************************
```

```
            Doctor   : Warner L. Pinchback, M.D.
            License #: BP0745921   DEA #: 8817

            Date     : 12/06/2004

            For Patient:
            WORKS, TYRON
            435 LUVERNE STREET, MONTGOMERY, AL 36105
```

| Medication | Instructions | Disp. | Refills |
|------------|--------------|-------|---------|
| Celebrex 200 mg | 1 po qd w/food | #30 | 2 |

_____
  Dispense As Written                        May Substitute

**461**

```
*******************************************************************
Reprinted from Electronic Medical Record - Created on 12/06/04 15:18:21
Patient: WORKS, TYRON                    MR No.: 27584  DOB: 02/06/1972
*******************************************************************
```

            Doctor    : Warner L. Pinchback, M.D.
            License #: BP0745921    DEA #: 8817

            Date      : 12/06/2004

            For Patient:
            WORKS, TYRON
            435 LUVERNE STREET, MONTGOMERY, AL 36105

| Medication | Instructions | Disp. | Refills |
| --- | --- | --- | --- |
| DARVOCET N-100 | 1 OR 2 Q 4 HRS PRN PAIN | #20 | 1 |

_____          
   Dispense As Written

                                    May Substitute

462

**********************************************************************
Reprinted from Electronic Medical Record - Created on 02/17/05 10:56:02
Patient: WORKS, TYRON                   MR No.: 27584  DOB: 02/06/1972
**********************************************************************

02/18/05 22:53:28    BMC medical records->        334-262-5915            Page

### BAPTIST MEDICAL CENTER
2105 East South Boulevard
Montgomery, Alabama 36111
Telephone 334/288-2100

| | |
|---|---|
| PATIENT: WORKS, TYRON | ROOM #: 417 |
| MR #: 000574758 | PATIENT #: 0503400604 |
| SURGERY DATE: 02/08/2005 | ADM DT #: 02/08/2005 |
| SURGEON: WARNER L. PINCHBACK, M.D.- | |
| ATTENDING PHYSICIAN: WARNER L PINCHBACK, MD | |

AGE: 32 YEARS

DATE OF SURGERY:                    02/08/2005

PREOPERATIVE DIAGNOSIS:            FACET JOINT ARTHRITIS, L5-S1 OF THE LUMBAR SPINE (CODE 721.7)
                                   HERNIATED LUMBAR DISC, L5-S1 OF THE LUMBAR SPINE (CODE 722.73)
                                   DEGENERATIVE SPONDYLOLISTHESIS, L5-S1 (CODE 721.91)

POSTOPERATIVE DIAGNOSIS:           FACET JOINT ARTHRITIS, L5-S1 OF THE LUMBAR SPINE (CODE 721.7)
                                   HERNIATED LUMBAR DISC, L5-S1 OF THE LUMBAR SPINE (CODE 722.73)
                                   DEGENERATIVE SPONDYLOLISTHESIS, L5-S1 (CODE 721.91)

OPERATION:                         -    POSTEROLATERAL LUMBAR ARTHRODESIS, L5-S1 (CODE 22612)
                                   -    DECOMPRESSIVE LUMBAR HEMILAMINECTOMY, L5-S1 ON THE RIGHT
                                        (CODE 63030-51)
                                   -    SEGMENTAL PEDICLE SCREW FIXATION, L5-S1 (CODE 22842)
                                   -    HARVESTING OF RIGHT ILIAC BONE GRAFT THROUGH A SEPARATE
                                        FASCIAL INCISION (CODE 20937)

ANESTHESIA:                        GENERAL

ASSISTANT:                         DERRICK JOHNSON, SA

PROCEDURE: With this patient in the prone position, positioned on the Andrews spinal frame, his back was scrubbe
and prepped with Betadine scrub-and-prep solution. He was then draped with sterile sheets, towels and plastic Vi-Dr
An image intensifier was used to localize the pedicle of L5 and S1 on the right and then an incision was made extend
just proximal to the pedicle of L5 and distal to the pedicle of S1. The incision was carried through the skin and
subcutaneous tissue, about 2-cm lateral to the spinous process. With blunt dissection, we palpated down between th
fascia. I divided the superficial lumbar fascia and then split the muscle fibers going down to the lamina of L5-S1 on the
right. The lamina was cleared of soft tissue using electrocautery and Cobb elevators. A laminotomy was then perfor
using Kerrison rongeurs and the Midas-Rex drill. The ligamentum flavum was then excised to expose the L5-S1 ner
root beneath. The S1 nerve root was teased to the midline in order to expose the herniated disc beneath. The poste
longitudinal ligament was incised and pituitary rongeurs were inserted to remove the herniated disc material. After be
satisfied that an adequate amount of disc material had been removed, the wound was irrigated with normal saline an
wound was then closed by closing the deep fascia with interrupted #1 Ethibond suture. A second fascial incision was
made lateral to the first over the transverse processes. Muscle fibers were split to expose the transverse process of L
and S1 and the space between those transverse processes were developed. The _____ of the sacrum was identifie
and after achieving exposure and making sure that we had exposure, we then packed that wound with Ray-Tec spon
We then decided to go ahead and get the bone graft. The bone graft was a subcutaneous bone graft through a separa
fascial incision. We therefore made a subcutaneous dissection over the posterior superior iliac spine and then incise
fascia to expose the rim of the ilium for the iliac crest. Then, we used a combination of Cobb retractors and
electrocautery to expose the outer table of the posterior aspect of the pelvis. The window was taken from the outer ta
of cortical cancellous bone and cancellous bone chips were obtained using gouges. After being satisfied that we had
an adequate amount of bone graft material, we irrigated the wound copiously with normal saline and then packed Go
around the exposed bone areas and then removed the excessive bone wax with a curet. We then irrigated again and
then inserted a large flat Jackson-Pratt drain beneath the fascia. The fascia was closed with interrupted #1 Ethibond

### OPERATIVE REPORT

Page 1 of 2

**463**

```
********************************************************************
Reprinted from Electronic Medical Record - Created on 02/17/05 10:56:10
Patient: WORKS, TYRON              MR No.: 27584  DOB: 02/06/1972
********************************************************************
```

02/18/05 22:54:14    BMC:medical records->        334-262-5915                    Page 002

PATIENT: WORKS, TYRON ""                    PATIENT #: 0503400604

suture. We then reopened the paraspinous wound and placed retractors so that we could identify the transverse processes in the _____ of the sacrum. We then used a bone awl, placed an opening in the pedicle of L5-S1 and then inserted the reamers for the EBI spinal link-II system  We determined that we would need a 45 mm x 6.5 mm screw for the L5 pedicle and a 45 mm x 6.5 mm screw in the sacrum. After inserting those screws, we then decorticated the transverse processes and the lateral trough and packed bone graft in.  Then, we assembled the spinal link system on the right.  The wound was then irrigated with normal saline and the deep fascia was closed interrupted #1 Ethibond suture. The subcutaneous tissue was closed with interrupted #1 Vicryl suture.  The skin was closed with interrupted stainless steel staples.  For the second wound, we then made a similar incision on the left side of the parasoinous fascia, slightly more lateral.  We then carried that incision through the skin and subcutaneous tissue down to the fascia.  The fascia was divided in line with the incision and the muscle fibers of the paraspinous musculature were divided.  The transverse process of L5 and the _____ of the sacrum were cleared of soft tissue using electrocautery.  The awl was used to locate the pedicles of L5-S1.  Then, both levels were reamed and we determined that we needed a 45 mm x 6.5 mm screw proximally at L5 and a 40 mm screw x 6.5 mm screw at the sacrum.  We then assembled the spinal link system after decorticating and packing graft over the transverse processes.  The wound was irrigated with normal saline.  The fascia was closed with interrupted #1 Ethibond suture.  Bleeding was minimal and controlled with electrocauterization. The subcutaneous tissue was closed with interrupted #1 Vicryl suture.  The skin was closed with interrupted stainless steel staples. The patient's estimated blood loss was about 300 cc.  He tolerated the procedures well.  There are no expected postoperative complications.  The wounds were dressed with Bacitracin ointment, Adaptic and compressive dressings.  The patient tolerated the procedures well.  He returned to the Recovery Room in satisfactory condition.

_____
WARNER L. PINCHBACK, M.D.~

WLP/ / mn
D: 02/03/2005
T: 02/10/2005

OPERATIVE REPORT

Page 2 of 2

**464**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Reprinted from Electronic Medical Record - Created on 01/11/05 13:11:30
Patient: WORKS, TYRON          MR No.: 27584  DOB: 02/06/1972
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# REHAB ASSOCIATES

## PROGRESS REPORT

PATIENT: _Works, Tyron_     PHYSICIAN: _Dr. Pinchback_

DIAGNOSIS: _Facet Joint Arthritis_     DATE: _January 7, 2005_

**ESTABLISHED GOALS INCLUDED:**

- ☑ Increase range of motion
- ☑ Increase strength
- ☑ Increase general fitness/endurance
- ☑ Decrease swelling/pain
- ☑ Increase/Decrease joint mobility
- ☐ Correct Biomechanical Dysfunction
- ☑ Improve Functional Capacity in:
    - ☐ Weight Bearing
    - ☑ Work Activities
    - ☐ Sport Activities
    - ☑ ADL
- ☑ Education
- ☐ Other

**RESULTS OF TREATMENT**

**Comments:** _Pt. reports back pain 3/10 ē mild ↑ in radicular symptoms. Min. hypomobility is noted ē Rom. Strength is 4/5. He has continued HEP as instructed. Scheduled return to work date is 1-17-05._

**Recommendations:** _P.T. will continue as ordered by M.D. Please advise on plan of care._

Therapist: _____

## PHYSICAL THERAPY REFERRAL FORM

**I have read the above progress report and would request that my patient:**

- ☐ Continue with present treatment/rehabilitation.
- ☐ Have an isokinetic evaluation.
- ☐ Have a Functional Capacity Evaluation.
- ☐ Please call me concerning this patient.
- ☐ Be discharged from Physical Therapy.
- ☐ Continue with present treatment program and make the following revisions:

_____

_____

_____

Physician                                    Date

White – Rehab Associates Copy    Canary – Physician Copy    Pink – Rehab Associates Copy

**465**

MDSI PHYSICIAN SERVICES
1701 WEST 2450 SOUTH
OGDEN, UTAH 84401
(801) 627-1093



| | |
|---|---|
| **CLAIMANT:** | Tyron Works |
| **SSN:** | 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 |
| **PHYSICIAN:** | James O. Colley, MD |
| **ANALYST:** | Jones/143 |
| **CONTRACT #:** | 258025 |
| **LOCATION:** | Montgomery, Alabama |
| **DATE OF EXAM:** | May 6, 2005 |

**IDENTIFICATION DATA:**  Date of birth:  February 6, 1972.  Age: 33.  The claimant is a 33-year-old African-American male who is right-hand dominant.  The claimant states he has a high school education plus three years of college and last worked in November 2004.  The claimant was in the military for eight years (Army) and was in the first Desert Storm operation and in Bosnia.  He is currently receiving 80% disability through the Veteran's Administration and is a first time applicant through DDS.  At the time that he quit working he was working for the state in the financial sector.

**INTERPRETER INFORMATION:**  Not applicable.

**CHIEF COMPLAINTS:**
1.    Low back pain.
2.    Knee pain.
3.    Heart condition.

**REVIEW OF RECORDS:**  There is a Disability Report for an Adult that is on the chart and is filled out.

There is an operative report of the lumbosacral spine on the chart dated February 8, 2005.

There are records on the chart from Central Alabama Veteran's Administration Hospital and Clinics.

There is a history and physical on the chart by Dr. Pinchback dated December 6, 2004.

There is a Physical Activities Questionnaire on the chart that has been filled out.

**CLAIMANT:** Tyron Works                                    PAGE 2 **466**

**HISTORY OF PRESENT ILLNESS:**   The claimant is a 33-year-old African-American male who is status post right lumbar laminectomy at L5-S1 plus fusion and insertion of hardware on February 8, 2005.  He states he injured his back while in the military and although his surgery helped, he continues to have low back pain of 8/10.  He can still only walk two or three blocks.   He states he has not been released yet from Dr. Pinchback's service.  He can only sit for about 30-45 minutes. Prior to surgery he stated he had spasms in the legs, especially on the right, and his entire leg would go numb.  He could only walk for half a block at that time.

The claimant states he has bilateral knee pain, left greater than right.  He had arthroscopic surgery on the right knee in May 1999.  He had the left knee scoped in November 2000.  He again had surgery on the left knee at the Veteran's Administration in February 2003. He states both swell.  There is no popping or grinding present.  The left knee locks and buckles.

The claimant also gives a history of atrial fibrillation in the past that is controlled with his present medical regimen.  There is no history at the present time of palpitations, fluttering, orthopnea, paroxysmal nocturnal dyspnea, or fluid retention.

**IMPACT ON ACTIVITIES OF DAILY LIVING:**  He can drive for a short distance occasionally.  He does no yard work and no housework. He does light grocery shopping.

**CURRENT MEDICATIONS:**
1.   Aspirin one a day.
2.   Phenergan 25 mg p.r.n. nausea.
3.   Skelaxin 800 mg t.i.d.
4.   Darvocet N 100 p.r.n. pain q. 4 h.
5.   Albuterol meter dose inhaler.
6.   AeroBid meter dose inhaler.
7.   Vicodin 500/5 mg p.r.n. pain q. 4 h.
8.   Protonix 40 mg a day.
9.   Serevent disk.
10.  Cardizem CD 120 mg a day.

**PAST MEDICAL HISTORY:**
1.   Asthma.
2.   Allergic sinusitis.

**467**

**CLAIMANT:** Tyron Works                                     PAGE 3

These are both currently stable.

**FAMILY HISTORY:** Positive for asthma, high blood pressure, strokes, and heart attacks.

**REVIEW OF SYSTEMS:** The claimant's review of systems was normal except for cardiovascular.

**SOCIAL HISTORY:** The claimant's social history was noncontributory.

**PHYSICAL EXAMINATION:**
GENERAL APPEARANCE & OBSERVATIONS: The claimant was honest. He gave good effort. He was consistent. He had a rather nasal voice from allergic sinusitis. The claimant is well-built, well-nourished, and in no acute distress. The claimant was alert and oriented X 3.

The claimant had good hygiene and was appropriately dressed.

He moved slowly but had an even gait.

The claimant had a normal affect.

VITAL SIGNS:
HEIGHT AND WEIGHT WITHOUT SHOES: 5'11"; 200 lb.
BLOOD PRESSURE: 130/90.
PULSE: 80.
RESPIRATIONS: 20.
SNELLEN'S TEST: Without lenses: Left 20/20; right 20/20.

HEAD: Normocephalic, atraumatic. Palpation of the head reveals no tenderness.

EYES: Normal orbit and globe. Normal conjunctivae, cornea shows normal finding. Both lids are normal. Pupils are equal in size, round, reactive to light and accommodation. Extraocular muscles are intact.

EARS/NOSE/MOUTH/THROAT: Examination of external ears normal helix, tragus, and ear lobe. Both canals are clean. Membranes are pearly gray, normal landmarks, good light reflex. Both ears are normal to finger rub. Normal nasal mucosa, no polyp, ulcer or lesion. Lips are normal with no lesion. Oral mucosa is

**CLAIMANT:** Tyron Works                                        PAGE**468**

normal.   Hard  and  soft  palates  are  normal.   Teeth  are
satisfactory.  Gums  are  normal.  Tongue  shows  no  ulcer  or
lesion. Tonsils are normal with no lesion.  Uvula is normal.

NECK/NODES:  Supple without adenopathy, thyromegaly, or masses.
No  jugular  venous  distention.   Carotids  without  bruits,  or
thrills.   There were no palpable cervical, supraclavicular,
epitrochlear, axillary, or inguinal lymph nodes.

CHEST/LUNGS:   The  claimant  had  a  normal  anteroposterior
diameter.   There was no increased expiratory time.   The chest
wall moved symmetrically with normal excursions.  The claimant
did not use accessory muscles for respiration. The claimant's
lungs were clear.   There were no wheezes, rales, or rhonchi
heard.

CARDIOVASCULAR:  Regular rate and rhythm.  Normal S1, S2.  No
extra  sounds or murmurs were heard.   There was no clubbing,
cyanosis, or edema.  Point of maximal impulse non displaced.

ABDOMEN:   Soft  and  nontender  and  nondistended.   Bowel sounds
positive.    No  hepatosplenomegaly  or  masses  palpable.    No
costovertebral angle tenderness and no guarding.

PULSES:  Pulses were +2/4 bilaterally and equal in the upper and
lower extremities.

COORDINATION, STATION, AND GAIT:   The claimant had a normal
station, normal gait, and normal coordination.  Romberg was
negative.   Finger-to-nose was normal.   The claimant could not
squat down.  He could not do heel-to-knee due to low back pain.
The claimant could tandem walk but could not walk on his heels
and toes.   Again, the claimant gives good effort during the
heel-to-knee test.

ASSISTIVE DEVICE:   He uses a single-point cane and had bilateral
Velcro knee braces with hinges.   These were prescribed at the
Veteran's Administration.   He used the single-point cane in his
right hand.  He states he has a hard high back brace at home.

RANGE OF MOTION:
CERVICAL:   Flexion 30 degrees, extension 30 degrees, lateral
flexion 45 degrees and rotation 60 degrees.

**469**

**CLAIMANT:** Tyron Works                                                    PAGE 5

DORSOLUMBAR:  Lateral flexion 0 degrees, flexion 20 degrees and extension 0 degrees.

HIP JOINTS:  Internal rotation 40 degrees, external rotation 50 degrees, abduction 40 degrees, adduction 20 degrees, forward flexion 60 degrees due to back pain, and backward flexion 20 degrees bilaterally.

KNEE JOINTS:  Flexion 90 degrees and extension 180 degrees bilaterally.

ANKLE JOINTS:  Dorsiflexion 20 degrees and plantar flexion 40 degrees bilaterally.

STRAIGHT LEG RAISING:  Negative sitting and supine.

SHOULDER JOINTS:  Forward elevation 160 degrees, abduction 160 degrees, adduction 30 degrees, external rotation 90 degrees, and internal rotation 80 degrees and backward extension 40 degrees bilaterally.

ELBOW JOINTS:  Flexion/extension 150-180 degrees, supination 80 degrees, and pronation 80 degrees bilaterally.

WRIST JOINTS:  Dorsiflexion 60 degrees, palmar flexion 70 degrees, radial deviation 20 degrees, and ulnar flexion 30 degrees bilaterally.

FINGERS/THUMBS:  Metacarpophalangeal joints 90 degrees, proximal interphalangeal joints 100 degrees, distal interphalangeal joints 70 degrees bilaterally, with extension out to 180 degrees or zero degrees.  There was normal abduction and adduction of the fingers.  The claimant was able to approximate the thumbs to the fingertips and make a good fist bilaterally, with good dexterity bilaterally.

GENERAL FINDINGS:  He has two 4-5 cm scars on either side of the lumbosacral spine possibly 2 cm off the center.  He had trigger point tenderness over the incisions that was mild to moderate.  There were no paravertebral muscle spasms. Straight leg raising was negative.  He had pain on range of motion of his knees without an effusion.  The patellae moved freely.  He guards both lower extremities on range of motion.  There is no instability.

**CLAIMANT:** Tyron Works                                    PAGE 6 **470**

There is no deformity and no crepitus.  The claimant has smooth hands.  No calluses are noted.

**NEUROLOGICAL EXAMINATION:**
MOTOR STRENGTH/MUSCLE BULK AND TONE:  The claimant is a right-hand dominant.  Grip strength was 5+/5, upper extremity strength was 5+/5, and lower extremity strength was 5+/5.  The claimant had good muscle bulk and tone.  There was no atrophy.

SENSORY EXAM:  Normal throughout as to pinprick and vibration.

DEEP TENDON REFLEXES:  Reflexes were +2/4 and symmetrical knees, ankles, and elbows.  Babinski was negative.

CRANIAL NERVES II THROUGH XII:  Cranial nerves II-XII were intact.

**DIAGNOSES:**
1.  Degenerative disk disease of the lumbosacral spine status post laminectomy and fusion at L5-S1 on the right on February 8, 2005, improving.  There are no further symptoms of right lumbar radiculopathy.

2.  Degenerative joint disease of the knees status post multiple arthroscopic surgical procedures, on the right in May 1999 and left November 2000 and February 2003.

3.  Past history of atrial fibrillation, stable on present medical regimen.

4.  Asthma.

5.  Allergic sinusitis.

6.  Reflux symptoms secondary to medication.

7.  Hypertension.

**FUNCTIONAL ASSESSMENT/MEDICAL SOURCE STATEMENT:** The claimant is a healthy-appearing, 33-year-old African-American male who had a laminectomy and fusion at L5-S1 on the right three months ago, for which he is not fully recovered.  The claimant states he is getting out more and more and walking 2-3 blocks, building himself up.  Prior to surgery he had a right lumbar

**471**

**CLAIMANT:**  Tyron Works                                                                           PAGE  7

radiculopathy and could only walk for 1/2 block.  He is no
longer having radicular symptoms and has a motor strength of
5+/5 and symmetrical reflexes.  He has negative straight leg
raising.  He has degenerative joint disease of the knees and has
had multiple arthroscopic surgical procedures in the past.  He
has no deformity, effusions, or instability.

The number of hours that the claimant could be expected to stand
and walk in an eight-hour workday is 4-6 hours at this point in
time taking breaks every 30-45 minutes.

The number of hours the claimant could sit in an eight-hour
workday is about six hours taking routine breaks.

The claimant uses bilateral Velcro hinge braces for his knees
and a single-point cane at this point in time.

The amount of weight the claimant could lift or carry would be
no more than 10 pounds occasionally and 5 pounds frequently.

He could occasionally bend and stoop.  He should not crouch.  He
could occasionally kneel.  He could go up a flight of steps
slowly.  He could pull 20 pounds occasionally and 10 pounds
frequently.

There are no manipulative limitations.

There are no visual limitations and the claimant communicates
effectively.


*James O. Colley, MD.*

James O. Colley, MD, FACS
General Surgery

joc\wm

FORM APPR0VED
OMB NO. 0960-0431

# PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

| CLAIMANT: | SOCIAL SECURITY NUMBER: **472** |
|---|---|
| TYRON   WORKS | |
| NUMBERHOLDER (IF CDB CLAIM): | 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 |

| PRIMARY DIAGNOSIS: | RFC ASSESSMENT IS FOR: |
|---|---|
| Degenerative Disc Disease | ☐ Current Evaluation    ☒ Date |
| SECONDARY DIAGNOSIS: | 12 Months After Onset: |
| Degenerative Joint Disease | ☐ Date Last Insured: _____ |
| OTHER ALLEGED IMPAIRMENTS: | (Date)          11-29-2005 |
| | (Date) |
| | ☐ Other (Specify): |

**PRIVACY ACT/PAPERWORK ACT NOTICE:** The information requested on this form is authorized by Section 223 and Section 1633 of the Social Security Act. The information provided will be used in making a decision of this claim. Failure to complete this form may result in a delay in processing the claim. Information furnished on this form may be disclosed by the Social Security Administration to another person or governmental agency only with respect to Social Security programs and to comply with Federal laws requiring the exchange of information between Social Security and other agencies.

**PAPERWORK REDUCTION ACT:** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 20 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-0001. Send only comments relating to our time estimate to this address, not the completed form.*

## I. LIMITATIONS:

### For Each Section A - F

 Base your conclusions on **all evidence** in file (clinical and laboratory findings; symptoms; observations, lay evidence; reports of daily activities; etc.)

 Check the blocks which reflect your **reasoned judgement.**

Describe how the **evidence substantiates your conclusions.** (Cite specific clinical and laboratory findings, observations, lay evidence, etc.)

 Ensure that you have requested:

- Appropriate treating and examining source statements regarding the individual's capacities. (DI 22505.000ff. and DI 22510.000ff.) and that you have given appropriate **weight to treating source conclusions.** (See Section III.)

- Considered and responded to **any alleged limitations imposed by symptoms** (pain, fatigue, etc.) attributable, in your judgement, to a medically determinable impairment. Discuss your assessment of symptom-related limitations in the explanation for your conclusions in A - F below. (See also Section II.)

- Responded to all allegations of physical limitations or factors which can cause physical limitations.

**Frequently** means occurring one-third to two-thirds of an 8-hour workday (cumulative, not continuous). **Occasionally** means occurring from very little up to one-third of an 8-hour workday (cumulative, not continuous).

---

Form **SSA-4734-BK** (5-2004)  ef (04-2004)
(Formerly **SSA-4734-U8** Use prior editons)

 5|19|05

☒ Continued on Page 2

 8-F     8

## A. EXERTIONAL LIMITATIONS

☐ None established. (Proceed to section B.)                           **473**

1. **Occasionally** lift and/or carry (including upward pulling)
   (maximum) - when less than one-third of the time or less than 10 pounds, explain the amount (time/pounds) in item 6.

   ☐ less than 10 pounds

   ☐ 10 pounds

   ☒ 20 pounds

   ☐ 50 pounds

   ☐ 100 pounds or more

2. **Frequently** lift and/or carry (including upward pulling)
   (maximum) - when less than two-thirds of the time or less than 10 pounds, explain the amount (time/pounds) in item 6.

   ☐ less than 10 pounds

   ☒ 10 pounds

   ☐ 25 pounds

   ☐ 50 pounds or more

3. Stand and/or walk (with normal breaks) for a total of -

   ☐ less than 2 hours in an 8-hour workday

   ☐ at least 2 hours in an 8-hour workday

   ☒ about 6 hours in an 8-hour workday

   ☐ medically required hand-held assistive device is necessary for ambulation

4. Sit (with normal breaks) for a total of -

   ☐ less than about 6 hours in an 8-hour workday

   ☒ about 6 hours in an 8-hour workday

   ☐ must periodically alternate sitting and standing to relieve pain or discomfort. (If checked, explain in 6.)

5. Push and/or pull (including operation of hand and/or foot controls) -

   ☒ unlimited, other than as shown for lift and/or carry

   ☐ limited in upper extremities (describe nature and degree)

   ☐ limited in lower extremities (describe nature and degree)

6. Explain how and why the evidence supports your conclusions in item 1 through 5.
   Cite the specific facts upon which your conclusions are based.
   **SEE ADDITIONAL COMMENTS ON THE BACK PAGE**

6. Continue (NOTE: MAKE ADDITIONAL COMMENTS IN SECTION IV)

**474**

B. POSTURAL LIMITATIONS

☐ None established. (Proceed to section C.)

| | Frequently | Occasionally | Never |
|---|---|---|---|
| 1. Climbing - ramp/stairs ▶ | ☒ | ☐ | ☐ |
| - ladder/rope/scaffolds ▶ | ☐ | ☐ | ☒ |
| 2. Balancing ▶ | ☒ | ☐ | ☐ |
| 3. Stooping ▶ | ☒ | ☐ | ☐ |
| 4. Kneeling ▶ | ☒ | ☐ | ☐ |
| 5. Crouching ▶ | ☒ | ☐ | ☐ |
| 6. Crawling ▶ | ☒ | ☐ | ☐ |

7. When less than two-thirds of the time for frequently or less than one-third for occasionally, fully describe and explain. Also explain how and why the evidence supports your conclusions in items 1 through 6. Cite the specific facts upon which your conclusions are based.

## C. MANIPULATIVE LIMITATIONS

☒ None established. (Proceed to section D.)

**475**

|  | | LIMITED | UNLIMITED |
|---|---|---|---|
| 1. Reaching all directions (including overhead) | ▶ | ☐ | ☐ |
| 2. Handling (gross manipulation) | ▶ | ☐ | ☐ |
| 3. Fingering (fine manipulation) | ▶ | ☐ | ☐ |
| 4. Feeling (skin receptors) | ▶ | ☐ | ☐ |

5. Describe how the activities checked "limited" are impaired. Also, explain how and why the evidence supports your conclusions in item 1 through 4. Cite the specific facts upon which your conclusions are based.

## D. VISUAL LIMITATIONS

☒ None established. (Proceed to section E.)

|  | | LIMITED | UNLIMITED |
|---|---|---|---|
| 1. Near acuity | ▶ | ☐ | ☐ |
| 2. Far acuity | ▶ | ☐ | ☐ |
| 3. Depth perception | ▶ | ☐ | ☐ |
| 4. Accommodation | ▶ | ☐ | ☐ |
| 5. Color vision | ▶ | ☐ | ☐ |
| 6. Field of vision | ▶ | ☐ | ☐ |

7. Describe how the faculties checked "limited" are impaired. Also explain how and why the evidence supports your conclusions it item 1 through 6. Cite the specific facts upon which your conclusions are based.

### E. COMMUNICATIVE LIMITATIONS

☒ None established. (Proceed to section F.)

|  | LIMITED | UNLIMITED |
|---|---|---|
| 1. Hearing | ☐ | ☐ |
| 2. Speaking | ☐ | ☐ |

**476**

3. Describe how the faculties checked "limited" are impaired. Also, explain how and why the evidence supports your conclusions in items 1 and 2. Cite the specific facts upon which your conclusions are based.

### F. ENVIRONMENTAL LIMITATIONS

☐ None established. (Proceed to section II.)

| | UNLIMITED | AVOID CONCENTRATED EXPOSURE | AVOID EVEN MODERATE EXPOSURE | AVOID ALL EXPOSURE |
|---|---|---|---|---|
| 1. Extreme cold | ☐ | ☒ | ☐ | ☐ |
| 2. Extreme heat | ☒ | ☐ | ☐ | ☐ |
| 3. Wetness | ☒ | ☐ | ☐ | ☐ |
| 4. Humidity | ☒ | ☐ | ☐ | ☐ |
| 5. Noise | ☒ | ☐ | ☐ | ☐ |
| 6. Vibration | ☐ | ☒ | ☐ | ☐ |
| 7. Fumes, odors, dusts, gases, poor ventilation, etc. | ☒ | ☐ | ☐ | ☐ |
| 8. Hazards (machinery, heights, etc.) | ☒ | ☐ | ☐ | ☐ |

9. Describe how these environmental factors impair activities and identify hazards to be avoided. Also, explain how and why the evidence supports your conclusions in items 1 through 8. Cite the specific facts upon which your conclusions are based.

9. Continue (NOTE: MAKE ADDITIONAL COMMENTS IN SECTION IV)

**477**

## II. SYMPTOMS

For symptoms alleged by the claimant to produce physical limitations, and for which the following have not previously been addressed in section I, discuss whether:

A. The symptom(s) is attributable, in your judgment, to a medically determinable impairment.

B. The severity or duration of the symptom(s), in your judgment, is disproportionate to the expected severity or expected duration on the basis of the claimant's medically determinable impairment(s).

C. The severity of the symptom(s) and its alleged effect on function is consistent, in your judgment, with the total medical and nonmedical evidence, including statements by the claimant and others, observations regarding activities of daily living, and alterations of usual behavior or habits.

The claimant alleges disability due to heart, back and knee problems. He states that because of these problems he can't lift bend or squat. The claimant underwent a lumbar fusion on 2/8/05 and is currently still recovering from this surgery, but within 12 months of his onset of 11/29/04 the clmt should be able to perform work at the level described in this form. Clmt's allegation are found to be partially credible.

## III. TREATING OR EXAMINING SOURCE STATEMENT(S)

A. Is a treating or examining source statement(s) regarding the claimant's physical capacities in file?  **473** .

☒ Yes

☐ No (Includes situations in which there was no source or when the source(s) did not provide a statement regarding the claimant's physical capacities.)

B. If yes, are there treating/examining source conclusions about the claimant's limitations or restrictions which are significantly different from your findings?

☒ Yes                                  ☐ No

C. If yes, explain why those conclusions are not supported by the evidence in file.  (Cite the source's name and the statement date.)

```
Dr Colley states that the claimant could be expected to stand and walk 4-6 hours at
this point in time taking breaks every 30-45 minutes. He could sit 6 hours in an 8
hour work day. He could lift 10 pounds occassionally and 5 pounds frequently. He
could occassionally bend and stoop. He should not crouch He could occassionally
kneel, He could go up a flight of stairs slowly and could pull 20 pounds
occassionally and 10 pounds frequently. THere are no manilutaltive limitations.
There are no visual limitaitons and the claimant communicates effectively. While
this may be an accurate assessment currently the clmt should continue to improve as
he continues to heal from his surgery. This opinion has been considered and given
some weight.
```

IV. ADDITIONAL COMMENTS:

The claimant is 33 years old with 15 years of education. He alleges that he is unable to work because of heart problems, back problems and knee problems. Clmt states that he is currently receiving 80% disability from the Veterans Administration.                                                                                      **479**

**Heart Problems-** The claimant states that he has a history of atrial fibrillation that is currently controlled with his medical regimen. At current exam his heart has regular rate and rhythm, normal S1, S2. There are no extra sounds heart. There is no clubbing, cyanosis or edema. The claimant states that  currently there are no palpitations, fluttering, orthopnea, paroxysmal nocturnal dyspnea, or fluid retention.

**Back Problems-** The claimant had a lumbar laminectomy with fusion of L5-S1 on 2/8/05. The claimant is continuing to recover from this surgery. He states that he can currently walk 2-3 blocks and sit for 30-45minutes. ROM of his back currently has forward flexion of 20 degrees and extension of 0 degrees. Straight leg raises are negative. The claimant uses a single prong cane at the exam. The claimant has normal gait, station, and coordination. Romberg is negative. He is unable to squat down. He could not heel-to-toe walk due to low back pain. There are no paravertebral muscle spasm.

**Knee Problems-**The claimant reports bilateral knee pain left > right. He has a history of arthroscopic knee surgery on the right in 5/99 and had his left knee scoped in 11/00 and left knee surgery in 2/03. There is no popping or grinding present. The claimant states the left knee will lock and buckle. He reports to the exam wearing Velcro knee braces on both knees. ROM of bilateral knees flexion 90 degrees and extension 180 degrees. There is pain with ROM. There is no effusion in either knee and the patellae move freely. He guards both lower extremities on ROM. There is no instability, deformity or crepitus.

**Motor Strength/Muscle Bulk & Tone-**Grip strength is 5+/5, upper and lower extremities are 5+/5 bilatterally, There is good muscle bulk and tone and there is no atrophy. Sensory is normal.

☐ THESE FINDINGS COMPLETE THE MEDICAL PORTION OF THE DISABILITY DETERMINATION.

| DISABILITY EXAMINER'S SIGNATURE: | MEDICAL CONSULTANT'S CODE: | DATE: |
|---|---|---|
| *Beth E Jones* | 1111 | 05/19/2005 |

# ADVANCED ORTHOPEDIC



**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**480**

## SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL  36106
Phone (334) 262-0523  Fax (334) 262-5915

04/20/05  12:38:38    BMC Medical Records->       334-262-5915              Page 001

**BAPTIST MEDICAL CENTER**
**2105 East South Boulevard**
**Montgomery, Alabama 36111**
**Telephone 334/288-2100**

PATIENT: WORKS, TYRON ****                        ROOM #:  417
MR #: 000574758                                   PATIENT #: 0503400604
ADM. DATE: 02/08/2005                             DIS. DATE: 02/12/2005
PHYSICIAN: WARNER L PINCHBACK, M.D.~

DATE OF ADMISSION:      02/08/2005

DATE OF DISCHARGE:      02/12/2005

FINAL DIAGNOSES:
1.  Facet joint arthritis of L5-S1.
2.  Herniated lumbar disc at L5-S1.
3.  Degenerative spondylolisthesis at L5-S1.
4.  Postoperative blood loss anemia.
5.  Hypertension.
6.  Heart disease.
7.  Reflux disease.

OPERATIVE PROCEDURE: Posterolateral lumbar arthrodesis extending from L5 to S1 using pedicle screw fixation, decompressed lumbar hemilaminectomy at L5-S1 on the right and harvest of iliac bone graft.

CONSULTS: Medical consult from Dr Jefferson Underwood, III for medical management.

BRIEF SUMMARY OF HOSPITAL COURSE & HISTORY & PHSICAL EXAMINATION: The patient is a 32-year-old male who presented with lower back pain with pain radiating down both aspects of his right lower limbs.  This pain was present for several months.  The patient did not respond adequately to previous conservative treatment consisting of pain medication, anti-inflammatories and rest to his lower back.  Previous MRI of his lumbar spine demonstrated a herniated disc at the level of L5-S1 on the right.  It also showed hypertrophy of the facet joints at the same level.  The patient was therefore admitted and the above mentioned procedure was performed.  The patient tolerated this procedure well.  Postoperatively he complained of some nausea and was therefore treated symptomatically until the symptoms subsided.  His hemoglobin and hematocrit remained stable but his diet was still supplemented with ferrous sulfate grains 5 at 1 tid.  His wound looked good with minimal amount of drainage.  He became ambulatory with physical therapy ambulating with minimal assistance using a walker.  The patient complained of some constipation and was given magnesium citrate and had symptomatic relief.  He remained afebrile throughout his stay and was therefore felt at this time that the patient could continue his convalescence at home  He was subsequently discharged.

DISCHARGE CONDITION: Good.

EXPECTED LENGTH OF RECOVERY: Six months to one year.

DISCHARGE MEDICATIONS: Vicodin 1 to 2 q4h PRN for pain, Skelaxin 800 mg 1 tid and Keflex 500 mg 1 bid.

DISCHARGE INSTRUCTIONS: Diet is a 2-gram low sodium diet.  Activity is to be up and about walking as much as possible, do not sit on any low lying furniture and no lifting, bending or twisting.  He is to refrain from sexual intercourse for a period of six weeks.  Home health will clean the wound daily using hydrogen peroxide and/or soap and water.  I will remove the skin staples in two weeks.  He is to follow-up with Advanced Orthopedics in approximately two to three weeks.

_____
WARNER L. PINCHBACK M.D.~

WLP/ DJ/ ms1/jb
D: 02/18/2005

## DISCHARGE SUMMARY

Page 1 of 2

Exhibit ___ 9E ( 1 Pages)

*Law Offices of*
# S. Kay Dansby, PC

**481**

Phone (334) 834-7001
Fax    (334) 834-7002
Email  skdansby@bellsouth.net

November 8, 2006

Via Hand Delivery
Office of Disability Adjudication and Review
3381 Atlanta Highway
Montgomery, AL 36109

**ADMINISTRATIVE
LAW JUDGE**

**NOV 08 2006**

**REGION IV
MONTGOMERY**

RE: Tyron Works
SSI: 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

Dear Sir or Madam:

Enclosed are medical records dated 01/04/05 to 07/30/06 from Veterans
Administration, Montgomery, Alabama, to be associated with the above-named
claimant's file.

If you have any questions, please contact me.

Respectfully,

S. Kay Dansby

Enclosers
SKD/pv



Exhibit    10F    (82 Pages)

# Consult Request

Printed On Oct 19, 2006

```
Current PC Provider:     BELL,KAREN J                              482
Current PC Team:         YELLOW TEAM
Current Pat. Status:     Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%


Order Information
To Service:              PROSTHETICS REQUEST - EYEGLASSES
From Service:            M-EYE OPTOMETRY (BANNISTER)
Requesting Provider:     HARRIS,WILLIAM E II
Service is to be rendered on an OUTPATIENT basis
Place:                   Consultant's choice
Urgency:                 Routine
Orderable Item:          PROSTHETICS REQUEST - EYEGLASSES
Consult:                 Consult Request
Provisional Diagnosis: Hypermetropia (367.0)
Reason For Request:
```

**ADMINISTRATIVE LAW JUDGE**

**NOV 08 2006**

**REGION IV MONTGOMERY**

```
Service Connected Disabilities:
LIMITED EXTENSION OF KNEE   40%  SC
INTERVERTEBRAL DISC SYNDROME  40%  SC
LIMITED EXTENSION OF KNEE   30%  SC
LIMITED MOTION OF ARM   20%  SC
ASTHMA,BRONCHIAL   10%  SC
MIGRAINE HEADACHES   0%  SC
Combat Veteran Status: None Indicated
Enrollment Priority: GROUP 1


Name:   WORKS,TYRON
Age:    34
Race:   RACE UNKNOWN
Gender: MALE


EYEGLASS RX:
          SPHERE    CYLINDER   AXIS      PRISM    BASE    BC    MPR
RIGHT     +1.50     -0.50      97
LEFT      +1.50     -0.50      98


ADD   HEIGHT   TYPE   WIDTH    PD FAR    PD NEAR   PD NEAR INSET   TOTAL INSET
                                         61


FRAME SELECTION:
FRAME NAME    COLOR     EYESIZE     BRIDGE      TEMPLE
  1ONER       gOLD         50         20         145


EYEWEAR OPTION:
LENS MATERIAL:
PLASTIC
LENS STYLE:
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Consult Request

Single Vision
Other:

**483**

SPECIAL INSTRUCTIONS FOR EYEWEAR FABRICATION:
    nvo
DELIVERY INSTRUCTIONS:
    Veteran
EYEGLASS REPLACEMENT:

INFORMATION BELOW - TO BE COMPLETED BY PROSTHETICS:
ORDERING INFORMATION:
    Obligation #:
    Total Cost:39.71
    VISA #:
    EXP DATE:
    AUTHORIZATION SIGNATURE:

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE
Significant Findings:   Unknown

Facility
 Activity               Date/Time/Zone      Responsible Person   Entered By
---------------------------------------------------------------------------
 CPRS RELEASED ORDER    06/12/06 16:02      HARRIS,WILLIAM E     HARRIS,WILLIAM E
 PRINTED TO             06/12/06 16:02
    T-PROSTHETICS
 COMPLETE/UPDATE        06/19/06 13:28      GLASCO,FELICIA J     GLASCO,FELICIA J
processed


Note: TIME ZONE is local if not indicated

Significant Findings: Unknown
---------------------------------------------------------------------------
No local TIU results or Medicine results available for this consult
===========================================================================
============================== END ========================================


Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:            SERVICE CONNECTED 50% to 100%

Order Information

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109        Printed at CENTRAL ALABAMA HCS
419087667

# Consult Request

```
To Service:              EYE OPTOMETRY (OUTPT) MONTGOMERY          484
From Service:            M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:     BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                   Consultant's choice
Urgency:                 Routine
Orderable Item:          EYE OPTOMETRY (OUTPT) MONTGOMERY
Consult:                 Consult Request
Reason For Request:
A. Routine eye exam.


Patient Hx: WORKS,TYRON 34 yo MALE.
34 yr old reports eyes water and hurt when he reads.  Please evaluate.
Thank you.



Service Connected Disabilities:
LIMITED EXTENSION OF KNEE   40%   SC
INTERVERTEBRAL DISC SYNDROME  40%   SC
LIMITED EXTENSION OF KNEE   30%   SC
LIMITED MOTION OF ARM   20%   SC
ASTHMA,BRONCHIAL   10%   SC
MIGRAINE HEADACHES   0%   SC
Combat Veteran Status: None Indicated
Enrollment Priority: GROUP 1


Active Problems:
Code        Description
493.90      Asthma, unspecified type, without mention of status asthmaticus
or
acute exacerb
836.2       Other tear of cartilage or meniscus of knee, current (ICD-9-CM
836.2)
477.8       Allergic rhinitis
465.9       Upper respiratory infection (ICD-9-CM 465.9)
719.46      Pain in joint involving lower leg (ICD-9-CM 719.46)
346.90      Migraine (ICD-9-CM 346.90)
530.81      Gastroesophageal Reflux Disorder (ICD-9-CM 530.81)
V45.89      Other Postsurgical Status
427.31      Atrial Fibrillation


Inter-facility Information
This is not an inter-facility consult request.


Status:              COMPLETE
Last Action:         COMPLETE/UPDATE
Significant Findings:  Unknown
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Consult Request

Printed On Oct 19, 2006

**485**

```
Facility
Activity                  Date/Time/Zone      Responsible Person   Entered By
-----------------------------------------------------------------------------
CPRS RELEASED ORDER       05/10/06 15:24      BELL,KAREN J         BELL,KAREN J
PRINTED TO EE33433-10     05/10/06 15:24
RECEIVED                  05/11/06 08:57      MYERS,CATHLEEN B     MYERS,CATHLEEN B
SCHEDULED                 05/11/06 09:06      MYERS,CATHLEEN B     MYERS,CATHLEEN B
COMPLETE/UPDATE           07/11/06 14:41      GOSHA,ANNIE B        GOSHA,ANNIE B
See Optometry note 06/06.
```

Note: TIME ZONE is local if not indicated

Significant Findings: Unknown
```
-----------------------------------------------------------------------------
No local TIU results or Medicine results available for this consult
=============================================================================
================================ END ========================================
```

```
Current PC Provider:      BELL,KAREN J
Current PC Team:          YELLOW TEAM
Current Pat. Status:      Outpatient
Primary Eligibility:           SERVICE CONNECTED 50% to 100%

Order Information
To Service:               PULMONARY FUNCTION TESTS
From Service:             M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:      BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                    Consultant's choice
Urgency:                  Routine
Orderable Item:           PULMONARY FUNCTION TEST
Procedure:                PULMONARY FUNCTION TEST
Provisional Diagnosis: asthma
Reason For Request:
PLEASE CLICK ON ( ) FOR REQUIRED TEST(S) BASED ON GIVEN INDICATIONS:


        TEST(S)                   INDICATION(S)
        -------                   -------------


( ) SPIROMETRY                ( ) Obstructive Diseases
                                  COPD, Asthma, CF, UAO
                              ( ) Annual F/U of COPD
                              ( ) Pre-op Assessment


(X) SPIROMETRY WITH           (X) Determine hyper responsive airways in
    BRONCHODILATORS               Asthma/COPD
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at **CENTRAL ALABAMA HCS**

# Consult Request

**486**

( ) Chronic cough, unclear etiology

( ) LUNG VOLUMES       ( ) Suspect restrictive lung disease eg.:
- ( ) Sarcoidosis
- ( ) Interstitial Pulmonary fibrosis
- ( ) Asbestosis/Other pneumoconioses
- ( ) Neuromuscular Diseases
- ( ) Chest wall restrictions
- ( ) To confirm restrictive defect, when spirometry suggests restrictive defect, if clinically indicated

( ) Obstructive Lung Disease:
- ( ) Evaluate degree of air trapping and hyperinflation
- ( ) Bronchiectasis

( ) DIFFUSING CAPACITY    ( ) Restrictive lung disease
     (DLCO)                 ( ) Pulmonary Vascular Disease
- ( ) Unexplained dyspnea
- ( ) Evaluate adverse effect of certain drugs on lung function
- ( ) Asthma verses Emphysema
- ( ) Preop Assessment

( ) ABG                 ( ) To evaluate for hypoxia, hypercapnia acid base disorders, etc.

( ) AIRWAY RESISTANCE    ( ) Lesions obstructing the larger airways
- ( ) Airway caliber change with bronchodilator or inhalation challenge
- ( ) Patient unable to exert maximum effort

Inter-facility Information
This is not an inter-facility consult request.

Status:             COMPLETE
Last Action:        COMPLETE/UPDATE

Facility

| Activity | Date/Time/Zone | Responsible Person | Entered By |
|---|---|---|---|
| CPRS RELEASED ORDER | 05/10/06 15:19 | BELL,KAREN J | BELL,KAREN J |
| PRINTED TO EE43416-CONS | 05/10/06 15:19 | | |
| SCHEDULED | 05/10/06 15:39 | ARCHER,CAROL A | ARCHER,CAROL A |
| SCHEDULED | | | |
| COMPLETE/UPDATE | 05/15/06 15:39 | NEUMAN,JEROME D | NEUMAN,JEROME D |

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Consult Request

```
     Note# 6557706
```
**487**

Note: TIME ZONE is local if not indicated

--------------------------------------------------------------------------

```
      TITLE: PULMARY CONSULT
DATE OF NOTE: MAY 15, 2006@15:38:54  ENTRY DATE: MAY 15, 2006@15:38:54
     AUTHOR: NEUMAN,JEROME D       EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

PFT COMPLETED 05/15/06 AT 15:30. TECH JDN.

/es/ JEROME D NEUMAN
JEROME D NEUMAN
Signed: 05/15/2006 15:39
===============================================================================
================================= END ========================================
```

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:           SERVICE CONNECTED 50% to 100%

Order Information
To Service:             EKG-OUTPT/MONTGOMERY
Attention:              BOYD,BILLY W
From Service:           M-LSU (24 HRS)
Requesting Provider:    BOYD,BILLY W
Service is to be rendered on an OUTPATIENT basis
Place:                  Emergency room
Urgency:                Stat
Orderable Item:         EKG-OUTPT/ALL OTHERS
Procedure:              EKG-OUTPT/ALL OTHERS
Provisional Diagnosis: CHEST TIGHTNESS
Reason For Request:
CHEST TIGHTNESS

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
 Activity               Date/Time/Zone    Responsible Person  Entered By
 ------------------------------------------------------------------------
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

Printed at CENTRAL ALABAMA HCS

Page 6

# Consult Request

Printed On Oct 19, 2006

```
CPRS RELEASED ORDER     10/25/05 14:16     BOYD,BILLY W        SPRING,CRAIG G
PRINTED TO EE43416-16   10/25/05 14:16
COMPLETE/UPDATE         10/25/05 14:32     HENDERSON,SHEILA    HENDERSON,SHEILA
     Note# 5852341
```

Note: TIME ZONE is local if not indicated

```
-----------------------------------------------------------------------------

      TITLE: EKG
DATE OF NOTE: OCT 25, 2005@14:32:34  ENTRY DATE: OCT 25, 2005@14:32:34
     AUTHOR: HENDERSON,SHEILA V    EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
```

EKG DONE 1427

/es/ SHEILA V HENDERSON

Signed: 10/25/2005 14:32
```
=============================================================================
================================ END ========================================
```

```
Current PC Provider:    BELL,KAREN J
Current PC Team:        YELLOW TEAM
Current Pat. Status:    Outpatient
Primary Eligibility:           SERVICE CONNECTED 50% to 100%

Order Information
To Service:             EYE OPTOMETRY (OUTPT) MONTGOMERY
Attention:              BANNISTER,JOHNNY
From Service:           M-K BELL NP-YELLOW TEAM WC 2
Requesting Provider:    BELL,KAREN J
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         EYE OPTOMETRY (OUTPT) MONTGOMERY
Consult:                Consult Request
Reason For Request:
A. Routine eye exam.

Service Connected Disabilities:
LIMITED EXTENSION OF KNEE   30%   SC
LUMBOSACRAL OR CERVICAL STRAIN   40%   SC
LIMITED EXTENSION OF KNEE   40%   SC
LIMITED MOTION OF ARM   20%   SC
ASTHMA,BRONCHIAL   0%   SC
MIGRAINE HEADACHES   0%   SC
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

Printed at CENTRAL ALABAMA HCS

# Consult Request

Patient Hx: WORKS,TYRON 32 yo MALE.          **489**
32 yr old requesting eye exam in May; having back surgery next week.
Last seen by Dr. Bannister in 02.  States having some blurred vision
w/current glasses and would like an update.  Thank you

Inter-facility Information
This is not an inter-facility consult request.

Status:                DISCONTINUED
Last Action:           PRINTED TO

Facility
  Activity              Date/Time/Zone       Responsible Person   Entered By
-----------------------------------------------------------------------------
  CPRS RELEASED ORDER   02/03/05 11:55       BELL,KAREN J         BELL,KAREN J
  PRINTED TO EE33433-10 02/03/05 11:55
  SCHEDULED             02/03/05 13:30       COLLUM,ELIZABETH     COLLUM,ELIZABETH
  DISCONTINUED          05/11/05 12:31       COLLUM,ELIZABETH     COLLUM,ELIZABETH
patient was no-show.

  PRINTED TO EE33433-10  05/11/05 12:31

Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
==================================== END ====================================

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

```
        TITLE: PAIN REASSESSMENT
DATE OF NOTE: JUL 30, 2006@10:42    ENTRY DATE: JUL 30, 2006@10:43:24   450
      AUTHOR: KLINPINIJ,SUKONTARA  EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

                        PAIN REASSESSMENT
```

1.  Patient's current pain scale score:9

2.  Location of pain:back

3.  Have initial interventions been effective in controlling pain?
    Yes
    (Look at pain graph in vital sign package and usage of PRN pain meds)

    Comments:
    no c/o when leaving

4.  Was the patient's goal for pain control met?
    Yes

5.  If you answered no to questions 3 and/or 4, state new interventions
planned to manage or control pain:

Please Note:  Therapies with asterisks (*) may required order/consult

    ( )TENS unit*
    ( )Referral to PT*
    (X)Medication Change
    ( )Pain Education/Support Group
    ( )Provider Notified
    ( )Heat Application*
    ( )Cold Application*
    ( )Diversional activities
    ( )Referral to Pain Clinic*
    ( )Other (specify in area below)
    none

6.  Pain education reinforced:

     Yes

    ( )Proper Body Mechanics
    ( )Medication Education
    ( )Alternative Therapies
    ( )Managing Stress & Depression

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

( )Other: (specify in area below)                    **491**

7.  Patient's response to education/level of comprehension
    Patient verbalized understanding

/es/ SUKONTARAG KLINPINIJ
RN-STAFF NURSE
Signed: 07/30/2006 10:45

---

        TITLE: INTERDISCIPLINARY PATIENT/FAMILY EDUCATION
DATE OF NOTE: JUL 30, 2006@10:40     ENTRY DATE: JUL 30, 2006@10:41
    AUTHOR: KLINPINIJ,SUKONTARA   EXP COSIGNER:
    URGENCY:                            STATUS: COMPLETED

Educational Needs Assessment (Be Specific):

( ) No change since last visit.

1. Learning Abilities: Reads, Writes
                   If other specify:


2. Readiness to Learn: Receptive

3. Barriers to Learning: Select items from the listing below that
   best describes barriers to learning. If there are no barriers,
   Select None. None

4. Translator required: NO
                        (contact the hospital operator)

5. Learning Preferences:Direct Teaching

5.Learning Needs: (X)Diagnosis    (X)Safety
                  (X)Medications (X)Self Care
                  ( )Activity     ( )Treatments
                  ( )Tests        ( )Surgery
                  ( )Nutrition

Please make specific comments on any learning needs:


6. (X) Patient's or
   ( ) Significant others highest grade completed:
      Other

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

ll    Page 10

# Progress Note

Comments:                                                                      **492**

7. Instructions: At a minimum, document any education given for these
   categories "click a check mark" by each category of education given.
        a. Plan of care treatment and services., b. Basic health practice and
   safety., c. Safe and effective use of medications., of pain management.


8. Outcome:(Click on each one that applies)
      Verbalized understanding
9. Discipline of Instructor:(Each discipline should sign IDTR)
   Nurse (RN,LPN}

10. General Equipment Training Certification:
    Type of Equipment:
    Serial Number:

    Name of Person Receiving Orientation:
     This patient or the responsible person identified above
   has been trained and certified competent to safely and
   effectively perform the functions associated with the
   aspect of the above listed equipment. A manufacturer's
   Handbook and/or Patient Education Materials were
   provided.

    Comment:

/es/ SUKONTARAG KLINPINIJ
RN-STAFF NURSE
Signed: 07/30/2006 10:41

---

        TITLE: LSU NURSING DISPOSITION NOTE
DATE OF NOTE: JUL 30, 2006@10:36     ENTRY DATE: JUL 30, 2006@10:36:35
      AUTHOR: KLINPINIJ,SUKONTARA   EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.      Discharge Diagnosis:see md notes

2.      Disposition: home
_x__  Follow up clinic appointment. Clinic name:
____  Consult to:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**


Printed at CENTRAL ALABAMA HCS

# Progress Note

**493**

___ Admitted to inpatient unit:
   ___ Other:
   ___ Left AMA
    Comments:

3.   Nursing interventions given in LSU: lortab5 2tabs po given in
LSU,toradol po and flexeril po prepack given to take home with explanation.

4.   After-care sheet given:
[ ] yes,   Sheet Title:
[x ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.   Patient and/or family member/significant other verbalized
  understanding of post-care
  instructions: [ x ]yes   [ ]no
  Family member/significant other present:

6.   Condition:   [ ] improved
        [x ] satisfactory
        [ ] unchanged
        [ ] worse
  Comments:left ambulatory in stable condition with a family member with no
c/o voiced.

{Attending LSU physician to co-sign this note!}

/es/ SUKONTARAG KLINPINIJ
RN-STAFF NURSE
Signed: 07/30/2006 10:40

    TITLE: LSU PHYSICIAN NOTE
DATE OF NOTE: JUL 30, 2006@10:28   ENTRY DATE: JUL 30, 2006@10:28:51
   AUTHOR: BRITT,BRIAN K    EXP COSIGNER:
   URGENCY:        STATUS: COMPLETED

WORKS,TYRON IS A 34 Y/O MALE WITH CHIEF COMPLAINT OF LBP, WORSENED LAST PM.
REPORTS PAIN WORSE WITH MOVEMENT.  NO BOWEL OR BLADDER INCONTINENCE.

DURATION OF SYMPTOMS: ONE DAY
PATIENT REPORTS PAIN 9/10 INTENSITY.
ASSOCIATED SYMPTOMS: BACK SPASM

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**494**

EXACERBATING OR MODIFYING FACTORS:  MOVEMENT, NOT TAKING ANY MEDS
PATIENT DENIES HA, RUNNY NOSE, ST, COUGH, CP/SOB, ABD PAIN, N/V/D, DYSURIA,
FEVER/CHILLS.

REVIEW OF SYSTEMS:  SEE HPI.  ROS OTHERWISE NEGATIVE.

NURSES NOTES REVIEWED, CONCUR
CHART REVIEWED
PMHX, SOCHX, FAMHX AS NOTED IN CHART

PROBLEM LIST:
     Code         Description
493.90     Asthma, unspecified type, without mention of status asthmaticus or
acute exacerb
836.2      Other tear of cartilage or meniscus of knee, current (ICD-9-CM 836.2)
477.8      Allergic rhinitis
465.9      Upper respiratory infection (ICD-9-CM 465.9)
719.46     Pain in joint involving lower leg (ICD-9-CM 719.46)
346.90     Migraine (ICD-9-CM 346.90)
530.81     Gastroesophageal Reflux Disorder (ICD-9-CM 530.81)
V45.89     Other Postsurgical Status
427.31     Atrial Fibrillation
367.0      Hypermetropia
367.20     Astigmatism, NOS

ALLERGIES: MUSHROOMS, TYPHOID VACCINE

MEDICATIONS:
     Active Outpatient Medications (including Supplies):

COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES A        ACTIVE
   DAY FOR BREATHING (SHAKE WELL BEFORE USING)
CYCLOBENZAPRINE 10MG (FLEXERIL) TAB TAKE ONE TABLET BY         PENDING
   MOUTH THREE TIMES A DAY AS NEEDED FOR MUSCLE RELAXATION
HYDROCODONE 5/ACETAMINOPHEN 500MG TAB TAKE 2 TABLETS BY        PENDING
   MOUTH NOW FOR PAIN
KETOROLAC (TORADOL) 10MG TAB** TAKE ONE TABLET BY MOUTH        PENDING
   THREE TIMES A DAY AS NEEDED WITH FOOD FOR PAIN &
   INFLAMMATION
SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE              ACTIVE
   INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
   DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING POUCH)
TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY MOUTH    ACTIVE
   TWICE A DAY AS NEEDED FOR PAIN
Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM               ACTIVE
Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE            ACTIVE
Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX               ACTIVE
Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN               ACTIVE

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**495**

```
VS NOTED
     T:     98.6 F [37.0 C] (07/30/2006 10:07)
     P:     75 (07/30/2006 10:07)
     BP:    119/85 (07/30/2006 10:07)
     RR:    18 (07/30/2006 10:07)
     Pain: 9 (07/30/2006 10:07)
     WT:    215 lb [97.7 kg] (07/30/2006 10:07)

PHYSICAL EXAM:
     GEN:   A&OX3 NAD
     EYES:  EOMI
     ENT:   OP CLEAR, NARES PATENT
     NECK:  SUPPLE, NO LAD
     RESP:  LUNGS CTA BILAT
     CV:    RRR
     ABD:   SOFT NT ND, BS PRESENT
     GU:    RECTAL DEFERRED
     EXT:   NO C/C/E
     SKIN:  NO RASH
     NEURO: CN GROSSLY INTACT, STRENGTH 5/5 BILAT LE
            NEG SLT BILAT
     PSYCH: NML AFFECT

LABORATORY DATA REVIEWED:

     SODIUM       143 meq/L    (04/24/2006 09:53)
     POTASSIUM  3.8 meq/L      (04/24/2006 09:53)
     CHLORIDE   109 meq/L      (04/24/2006 09:53)
     CO2         24.0 mmol/l     (04/24/2006 09:53)
     BUN         8 mg/dL     (04/24/2006 09:53)
     CREATININE 1.1 mg/dl      (04/24/2006 09:53)
     GLUCOSE    92 mg/dL       (04/24/2006 09:53)

     HGB         14.0 g/dL     (04/24/2006 09:53)
     HCT         40.3 %  L     (04/24/2006 09:53)

     CHOL        182 mg/dL     (04/24/2006 09:53)
     LDL   128.2 mg/dl       (04/24/2006 09:53)
     HDL   35.0 mg/dl      (04/24/2006 09:53)
     TRIG         94.0 mg/dL     (04/24/2006 09:53)


IMPRESSION & PLAN: 34 Y/O MALE WITH LBP

TORADOL 10 TID, QTY 12
FLEXERIL 10 TID, QTY 9
LORTAB 5 X TWO TABS
```

**VISTA Electronic Medical Documentation**

```
WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667
```

Printed at CENTRAL ALABAMA HCS

# Progress Note

PT COUNSELING & EDUCATION PROVIDED
FOLLOW-UP WITH PRIMARY CARE
RETURN TO LSU PRN, OR IF SYMPTOMS WORSEN/PERSIST

**496**

/es/ BRIAN K BRITT
MD, LSU PHYSICIAN
Signed: 07/30/2006 10:31

          TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: JUL 30, 2006@10:10    ENTRY DATE: JUL 30, 2006@10:10:24
       AUTHOR: CLAXTON,CYNTHIA R    EXP COSIGNER:
       URGENCY:                            STATUS: COMPLETED

Acute Pain Initial Assessment

Pain 4 or greater (Complete questions 1-14)

          Please select only ONE screening tool used to obtain score below:

Screening Tool
Numeric Rating Scale (NRS)

Questions

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

 1. CURRENT PAIN RATING:  9

 2. LOCATION OF PAIN:

    lower back

 3. ONSET:  Jul 29,2006

 4. DIAGNOSIS pertinent to pain:

    chronic low back pain/fusion

 5. FREQUENCY and pattern of pain:

    ( ) Constant
    ( ) Intermittent
    (X) With Movement

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

( ) Other (Specify):                                    **497**

6. INTENSITY of pain:

   Worst pain level in last month:  10
   Least pain level in last month:
   Patient pain level intensity goal:

7. QUALITY how does patient describe pain?

   ( ) Shooting
   ( ) Stabbing
   ( ) Sharp
   (X) Aching
   ( ) Burning
   ( ) Throbbing
   ( ) Radiating
   ( ) Dull
   ( ) Other (Specify):

8. EXACERBATING FACTORS (What causes pain to increase?):

   (X) Movement
   (X) ADL's
   (X) Stress
   ( ) Treatments
   ( ) Other (Specify):

9. ALLEVIATING FACTORS (What relieves pain?):

   ( ) Rest
   ( ) Sleep
   (X) Repositioning
   ( ) Eating
   ( ) Massage
   ( ) Heat
   ( ) Cold
   ( ) Exercise
   ( ) Other (Specify):

10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):

    Medication (list):
    out of Lortab and Flexeril

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA   36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Non-Pharmacological interventions:


Other (Specify):


11. Indicate if PAIN AFFECTS daily function and/or quality of life:

    ( ) Sleep
    ( ) Mood
    (X) General Activity
    ( ) Nutrition
    ( ) Elimination
    (X) Normal Work
    ( ) Ability to Concentrate
    ( ) Social Interaction
    ( ) Self Image
    ( ) Sexuality
    ( ) Other (Specify):


12. Is there ANYTHING ELSE you want to tell me about your pain?

        Use patient's own words (List):

13. EDUCATION related to pain management provided:

    Go to "INTERDISCIPLINARY PATIENT/FAMILY EDUCATION" Note for documentation

    YES

    Did patient verbalize understanding?

    YES

14: PLAN OF CARE:

    a. Goal (list):
       pain intervention


    b. Intervention (list)
       refer to Dr Britt


    c. Evaluation/Effectiveness: Documented in BCMA/CPRS

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

**Printed at CENTRAL ALABAMA HCS**

# Progress Note

**499**

```
        YES
        Comments:


    d. Refer to provider for treatment/interventions

        YES
        Comments:


/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 07/30/2006 10:12
```

```
          TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: JUL 30, 2006@10:08    ENTRY DATE: JUL 30, 2006@10:08:06
        AUTHOR: CLAXTON,CYNTHIA R    EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

Patient Name:  WORKS,TYRON
        SSN:   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
        Age:   34
        Gender: MALE


Vital Signs taken: YES

        Temperature:  98.6 F [37.0 C] (07/30/2006 10:07)
              Pulse:  75 (07/30/2006 10:07)
        Respiration:  18 (07/30/2006 10:07)
                B/P:  119/85 (07/30/2006 10:07)
               Pain:  9 (07/30/2006 10:07)
             Height:  72 in [182.9 cm] (06/11/2006 10:30)
             Weight:  215 lb [97.7 kg] (07/30/2006 10:07)

Pulse OX:  100

Mode of arrival:  AMBULATORY
        If OTHER, please state:


Chief Complaint:
Alert, oriented x3, resp regular and with ease.  Gait steady but
slow; c/o lower back pain since last night.  States that he had a
lower back fusion in the past.  Sitting up and walking increases
pain.  Out of Lortab and Flexeril.  Unable to work today as a
Security Guard because of his pain.  Refer to MD.
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**500**

Patient given emergent care prior to arrival:  NO
      If YES, please state:


Did you try to do anything to relieve your problem prior to your
arrival?  NO
      If YES, please state:


Was it effective?  NO
      If YES, please state:


Last Tetanus:


Immunization:


Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:

OTC Medicines:

Active Medications:Active Outpatient Medications (including Supplies):

```
     Active Outpatient Medications                        Status
=============================================================
1)   COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES   ACTIVE
       A DAY FOR BREATHING (SHAKE WELL BEFORE USING)
2)   SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE        ACTIVE
       INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
       DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
       POUCH)
3)   TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY    ACTIVE
       MOUTH TWICE A DAY AS NEEDED FOR PAIN

     Active Non-VA Medications                            Status
=============================================================
1)   Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM          ACTIVE
2)   Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE       ACTIVE
3)   Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX          ACTIVE
4)   Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN          ACTIVE
```

7 Total Medications

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**501**

Triage Category:
    *Non Urgent*

Disposition to:
Primary Care Team:    LSU - Montgomery
Other:

/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 07/30/2006 10:10

---

         TITLE: EYE OPTOMETRY
DATE OF NOTE: JUN 12, 2006@15:21    ENTRY DATE: JUN 12, 2006@15:21:36
     AUTHOR: BANNISTER,JOHNNY    EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED


                     OPTOMETRY CLINIC
                  CAVHCS -    MONTGOMERY A1
              FINDINGS ARE NORMAL UNLESS NOTED BELOW
               Dilated fundus exam unless" DO" noted
                  Note: od= right OS= left
                    ~~~~~~~~~~~~~
                      SUBJECTIVE:
                    ~~~~~~~~~~~~~~


: PHX = SEE BELOW:
ALLERGIES= MUSHROOMS, TYPHOID VACCINE
MEDS= Active Outpatient Medications (including Supplies):


     Active Outpatient Medications                    Status
     ===================================================================
1)   COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES   ACTIVE
        A DAY FOR BREATHING (SHAKE WELL BEFORE USING)
2)   ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB TAKE 2    ACTIVE
        TABLETS BY MOUTH NOW FOR PAIN
3)   HYDROCODONE 10/ACETAMINOPHEN 500MG TAB TAKE 1 TABLET   ACTIVE
        BY MOUTH NOW FOR PAIN
4)   KETOROLAC (TORADOL) 30MG/ML INJ INJECT 60MG/2ML    ACTIVE
        INTRAMUSCULARLY NOW FOR PAIN
5)   PROMETHAZINE 25MG/CC (PHENERGAN) INJ INJECT 25MG/1ML   ACTIVE
        INTRAMUSCULARLY NOW
6)   SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE    ACTIVE
        INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
        DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
        POUCH)

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Printed On Oct 19, 2006

-502

```
 7)    TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY    ACTIVE
       MOUTH TWICE A DAY AS NEEDED FOR PAIN


       Active Non-VA Medications                              Status
=======================================================================
 1)    Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM         ACTIVE
 2)    Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE      ACTIVE
 3)    Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX         ACTIVE
 4)    Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN         ACTIVE


 11 Total Medications
 ROS : Code      Description
 493.90    Asthma, unspecified type, without mention of status asthmaticus or
 acute exacerb
 836.2     Other tear of cartilage or meniscus of knee, current (ICD-9-CM 836.2)
 477.8     Allergic rhinitis
 465.9     Upper respiratory infection (ICD-9-CM 465.9)
 719.46    Pain in joint involving lower leg (ICD-9-CM 719.46)
 346.90    Migraine (ICD-9-CM 346.90)
 530.81    Gastroesophageal Reflux Disorder (ICD-9-CM 530.81)
 V45.89    Other Postsurgical Status
 427.31    Atrial Fibrillation


 HA1C _____


 RFV:Glasses Requested still work on computer a lot / consult From Service:
 M-K BELL NP-YELLOW TEAM WC 2
 Requesting Provider:   BELL,KAREN J
 Service is to be rendered on an OUTPATIENT basis
 Place:              Consultant's choice
 Urgency:            Routine
 Orderable Item:     EYE OPTOMETRY (OUTPT) MONTGOMERY
 Consult:            Consult Request
 Reason For Request:
 A. Routine eye exam.
 Patient Hx: WORKS,TYRON 34 yo MALE.
 34 yr old reports eyes water and hurt when he reads.  Please evaluate.
 Thank you.
 Service Connected Disabilities:
 LIMITED EXTENSION OF KNEE  40%  SC
 INTERVERTEBRAL DISC SYNDROME  40%  SC
 LIMITED EXTENSION OF KNEE  30%  SC
 LIMITED MOTION OF ARM  20%  SC
 ASTHMA,BRONCHIAL  10%  SC
 MIGRAINE HEADACHES  0%  SC
 Combat Veteran Status: None Indicated
 Enrollment Priority: GROUP 1/   cc- none
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

~~~~~~~~~~~~~
OBJECTIVE:                               **503**
~~~~~~~~~~~~~

VA(S) RIGHT(OD) 20/25    LEFT(OS) 20/25    -
EOM - from         PUPIL= per(dilation)         CT-0
REFRACTION(S):
------------------------------------------------------------
DATE   RIGHT(OD)************VA TYPE LEFT(OS)*************VA    ADD
PC      +0.50 -0.50 85         +0.75 -0.50 94
arrx    +0.25 -0.25 90 /25     +0.75 -0.75 78 /25
020517  +0.75 -0.75 92/20    MANRX  +0.75 -0.75 89 /20       n/a
computer rx +1.50 -0.75 92     +1.50 -0.75 89
JUN 12,06 +0.50 -0.50 97 /20   MANRX  +0.50 -0.50 98 /20    +1.00 n
------------------------------------------------------------
TONOMETRY OR IOPS(FOR GLAUCOMA):
              RIGHT                      LEFT
IOPS    NCT    13              020517    10
JUN 12, 2006 nct  20/15                  11 -1443pm

BIOMICROSCOPE  evaluation of ocular adnexa (or SLE )
(CLIVAC)=  conj. hypertrophy nasal , papiloma l/l/lid,

ANGLES= 1/2+
OPTHAL=  CD.4/.4, lens clear, Media clear, margin clear, Mr=wnl, GRA= os 3
oclock near ora-

OTHER TEST=
=============prior data
-~-----------020517
OPTHAL=  CD.3+/.3+, lens clear, Media clear, margin clear, Mr=wnl,a/v=
2/3-, A=1(do)
OTHER TEST= red lens - fusion
              maddox rod 1/2 base out// ortho near
=============end

~~~~~~~~~~
ASSESSMENT:
~~~~~~~~~~~~

Mental State=alert-
 ASTIGMATISM, HYPEROPIA,
      Patient is a lifetime non-smoker or has no history of Tobacco use in
         the last 7 years or more. Patient was advised not to start using
         Tobacco products.
- suspect his frame is bent

=================prior data
-~-----------020517

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

Page 22

# Progress Note

Mental State=alert-                                              -    **504**
367.0, 367.2- latent hyperopia.
f/body os

~~~~~~~~~~~
TX PLAN:
~~~~~~~~~~

GLASSES-
RTC= DISCHARGED TO PC PROVIDER/ PRN
PATIENT WAS EDUCATED AS BELOW:FINDINGS, ETC
[X]  patient agrees with PLAN OF CARE
[X]  patient basic understanding of plan verbalizes   ( ) NEEDS REINFORCEMENTS
[ ]  patient doesn't agree with plan.
       Action taken:
[ ]  patient does not verbalize basic understanding of plan.
(X)  medications or additional test
(X )    Basic health practices

COMMENTS:
       recipient : (x) patient

-------------020517
GLASSES- offered
copies of manrx and computer glasses given - pt wanted to use his frames
- not our policy
f/body removed - irrigated os with dacriose
tears - otc- d/c other drops
RTC= 2 yrears
[ ]  patient agrees with plan
[X]  patient verbalizes basic understanding of plan
[x]  patient doesn't agree with plan. ( did not want to be dilated-)
       Action taken: Advised pt I could over look a pathology that could
cause him to go blind if I did not dilate -he acknowledged this
posibility. Did not dilate

/es/ JOHNNY BANNISTER
STAFF OPTOMETRIST
Signed: 06/12/2006 15:46

        TITLE: LSU NURSING DISPOSITION NOTE
DATE OF NOTE: JUN 11, 2006@13:41     ENTRY DATE: JUN 11, 2006@13:42
       AUTHOR: SINGER,LAMARQUIS D   EXP COSIGNER:

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

URGENCY:                              STATUS: COMPLETED

**505**

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.      Discharge Diagnosis: Migraine Headache

2.      Disposition:
_x__  Follow up clinic appointment. Clinic name:  Primary Care
___  Consult to:
___  Admitted to inpatient unit:
       ___  Other:
       ___  Left AMA
            Comments:

3.      Nursing interventions given in LSU: IM injections x 2, p.o. meds

4.      After-care sheet given:
[ ] yes,  Sheet Title:
[ x ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.  Patient and/or family member/significant other verbalized
    understanding of post-care
    instructions: [  ]yes       [  ]no
    Family member/sigxnificant other present:

6.  Condition:    [   ]  improved
                  [   ]  satisfactory
                  [x  ]  unchanged
                  [   ]  worse
    Comments:


 No change in pain status at time of discharge

{Attending LSU physician to co-sign this note!}

/es/ LAMARQUIS D SINGER
RN,STAFF NURSE
Signed: 06/11/2006 13:44


          TITLE: LSU NURSING NOTE

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

DATE OF NOTE: JUN 11, 2006@11:34       ENTRY DATE: JUN 11, 2006@11:34:13
    AUTHOR: SINGER,LAMARQUIS D    EXP COSIGNER:                      **506**
    URGENCY:                               STATUS: COMPLETED

1135- Esgic 1 tab et. Lortab 10mg given p.o. for pain. Ketorolac 60mg IM right
dorsogluteal. Toradol 60mg IM left dorsogluteal.

/es/ LAMARQUIS D SINGER
RN,STAFF NURSE
Signed: 06/11/2006 11:38

---

        TITLE: LSU PHYSICIAN NOTE
DATE OF NOTE: JUN 11, 2006@11:18       ENTRY DATE: JUN 11, 2006@11:18:35
    AUTHOR: BRITT,BRIAN K     EXP COSIGNER:
    URGENCY:                            STATUS: COMPLETED


WORKS,TYRON IS A 34 Y/O MALE WITH HX MIGRAINE HA HERE WITH CHIEF COMPLAINT OF
POUNDING, THROBBING BILAT HA, WITH ASSOCIATED LIGHT/SOUND SENSITIVITY,
NAUSEA.

DURATION OF SYMPTOMS: ONE DAY
PATIENT REPORTS PAIN 8/10 INTENSITY.
ASSOCIATED SYMPTOMS: SEE HPI
EXACERBATING OR MODIFYING FACTORS:  LIGHT, NOISE
PATIENT DENIES RUNNY NOSE, ST, COUGH, CP/SOB, ABD PAIN, N/V/D, DYSURIA,
FEVER/CHILLS.

REVIEW OF SYSTEMS:  SEE HPI.  ROS OTHERWISE NEGATIVE.

NURSES NOTES REVIEWED, CONCUR
CHART REVIEWED
PMHX, SOCHX, FAMHX AS NOTED IN CHART

PROBLEM LIST:
      Code        Description
493.90     Asthma, unspecified type, without mention of status asthmaticus or
acute exacerb
836.2      Other tear of cartilage or meniscus of knee, current (ICD-9-CM
836.2)
477.8      Allergic rhinitis
465.9      Upper respiratory infection (ICD-9-CM 465.9)
719.46     Pain in joint involving lower leg (ICD-9-CM 719.46)
346.90     Migraine (ICD-9-CM 346.90)
530.81     Gastroesophageal Reflux Disorder (ICD-9-CM 530.81)
V45.89     Other Postsurgical Status
427.31     Atrial Fibrillation

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

ALLERGIES: MUSHROOMS, TYPHOID VACCINE

**507**

MEDICATIONS:
    Active Outpatient Medications (including Supplies):

| | |
|---|---|
| COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES A DAY FOR BREATHING (SHAKE WELL BEFORE USING) | ACTIVE |
| ESGIC (APAP325MG/BUTAL50MG/CAFF40MG) TAB TAKE 2 TABLETS BY MOUTH NOW FOR PAIN | PENDING |
| HYDROCODONE 10/ACETAMINOPHEN 500MG TAB TAKE 1 TABLET BY MOUTH NOW FOR PAIN | PENDING |
| KETOROLAC (TORADOL) 30MG/ML INJ INJECT 60MG/2ML INTRAMUSCULARLY NOW FOR PAIN | PENDING |
| PROMETHAZINE 25MG/CC (PHENERGAN) INJ INJECT 25MG/1ML INTRAMUSCULARLY NOW | PENDING |
| SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60 DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING POUCH) | ACTIVE |
| TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | ACTIVE |
| Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM | ACTIVE |
| Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE | ACTIVE |
| Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX | ACTIVE |
| Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN | ACTIVE |

VS NOTED
    T:    97.6 F [36.4 C] (06/11/2006 10:30)
    P:    77 (06/11/2006 10:30)
    BP:   119/63 (06/11/2006 10:30)
    RR:   20 (06/11/2006 10:30)
    Pain: 8 (06/11/2006 10:30)
    WT:   209.3 lb [95.1 kg] (06/11/2006 10:30)

PHYSICAL EXAM:
    GEN:   A&OX3 MILD DISTRESS
    EYES:  EOMI
    ENT:   OP CLEAR, NARES PATENT
    NECK:  SUPPLE, NO LAD
    RESP:  LUNGS CTA BILAT
    CV:    RRR
    ABD:   SOFT NT ND, BS PRESENT
    GU:    RECTAL DEFERRED
    EXT:   NO C/C/E
    SKIN:  NO RASH
    NEURO: CN INTACT
    PSYCH: NML AFFECT

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

LABORATORY DATA REVIEWED:

**508**

```
SODIUM      143 meq/L      (04/24/2006 09:53)
POTASSIUM   3.8 meq/L      (04/24/2006 09:53)
CHLORIDE    109 meq/L      (04/24/2006 09:53)
CO2         24.0 mmol/l     (04/24/2006 09:53)
BUN         8 mg/dL        (04/24/2006 09:53)
CREATININE 1.1 mg/dl       (04/24/2006 09:53)
GLUCOSE     92 mg/dL       (04/24/2006 09:53)

HGB         14.0 g/dL       (04/24/2006 09:53)
HCT         40.3 %  L       (04/24/2006 09:53)

CHOL         182 mg/dL       (04/24/2006 09:53)
LDL  128.2 mg/dl     (04/24/2006 09:53)
HDL  35.0 mg/dl     (04/24/2006 09:53)
TRIG         94.0 mg/dL      (04/24/2006 09:53)
```

IMPRESSION & PLAN: 34 Y/O MALE WITH MIGRAINE HA

TORADOL 60 IM X ONE
PHENERGAN 25 IM X ONE
ESGIC X 2 TABS
LORTAB 10 X ONE TAB
PT COUNSELING & EDUCATION PROVIDED
FOLLOW-UP WITH PRIMARY CARE
RETURN TO LSU PRN, OR IF SYMPTOMS WORSEN/PERSIST

/es/ BRIAN K BRITT
MD, LSU PHYSICIAN
Signed: 06/11/2006 11:27

        TITLE: INTERDISCIPLINARY PATIENT/FAMILY EDUCATION
DATE OF NOTE: JUN 11, 2006@10:36    ENTRY DATE: JUN 11, 2006@10:36:47
     AUTHOR: JACKSON,MARY E       EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

Educational Needs Assessment (Be Specific):
headache
(X) No change since last visit.

1. Learning Abilities: Reads, Writes
                    If other specify:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**509**

2. Readiness to Learn: Receptive, Motivated

3. Barriers to Learning: Select items from the listing below that
   best describes barriers to learning. If there are no barriers,
   Select None. None

4. Translator required: NO
                        (contact the hospital operator)

5. Learning Preferences:Direct Teaching

5.Learning Needs: (X)Diagnosis    (X)Safety
                  (X)Medications (X)Self Care
                  (X)Activity    (X)Treatments
                  (X)Tests       ( )Surgery
                  (X)Nutrition

Please make specific comments on any learning needs:

6. (X) Patient's or
   ( ) Significant others highest grade completed:
      Other

   Comments:    3 years of college

7. Instructions: At a minimum, document any education given for these
   categories "click a check mark" by each category of education given.
       a. Plan of care treatment and services., b. Basic health practice and
   safety., c. Safe and effective use of medications., d. Nutrition
   intervention/counseling and/or diet modification., f. Understanding pain, the
   risk for pain, the importance of effect of the pain management, pain assessment
   process, method

8. Outcome:(Click on each one that applies)
       Verbalized understanding
9. Discipline of Instructor:(Each discipline should sign IDTR)
   Nurse (RN,LPN)

10. General Equipment Training Certification:
    Type of Equipment:
    Serial Number:

    Name of Person Receiving Orientation:patient
     This patient or the responsible person identified above
has been trained and certified competent to safely and

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

**Printed at CENTRAL ALABAMA HCS**

# Progress Note

effectively perform the functions associated with the
aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were
provided.

**510**

   Comment:

/es/ MARY E JACKSON
RN STAFF NURSE
Signed: 06/11/2006 10:37

---

      TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: JUN 11, 2006@10:34    ENTRY DATE: JUN 11, 2006@10:34:30
    AUTHOR: JACKSON,MARY E    EXP COSIGNER:
    URGENCY:    STATUS: COMPLETED

Acute Pain Initial Assessment

Pain 4 or greater (Complete questions 1-14)

     Please select only ONE screening tool used to obtain score below:

Screening Tool
Numeric Rating Scale (NRS)

Questions

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

1. CURRENT PAIN RATING:  8

2. LOCATION OF PAIN:

   head

3. ONSET:  Jun 10,2006

4. DIAGNOSIS pertinent to pain:

   yes

5. FREQUENCY and pattern of pain:

   (X) Constant
   ( ) Intermittent

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

( ) With Movement
( ) Other (Specify):

**511**

6. INTENSITY of pain:

Worst pain level in last month:  10
Least pain level in last month:  8
Patient pain level intensity goal:  0

7. QUALITY how does patient describe pain?

( ) Shooting
(X) Stabbing
( ) Sharp
( ) Aching
( ) Burning
(X) Throbbing
(X) Radiating
( ) Dull
( ) Other (Specify):

8. EXACERBATING FACTORS (What causes pain to increase?):

(X) Movement
( ) ADL's
( ) Stress
( ) Treatments
( ) Other (Specify):

9. ALLEVIATING FACTORS (What relieves pain?):

( ) Rest
( ) Sleep
( ) Repositioning
( ) Eating
( ) Massage
( ) Heat
( ) Cold
( ) Exercise
(X) Other (Specify):
nothing

10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA  36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Medication (list):
excedrin

**512**

Non-Pharmacological interventions:
refer to md

Other (Specify):

11. Indicate if PAIN AFFECTS daily function and/or quality of life:

   (X) Sleep
   ( ) Mood
   (X) General Activity
   ( ) Nutrition
   ( ) Elimination
   (X) Normal Work
   ( ) Ability to Concentrate
   ( ) Social Interaction
   ( ) Self Image
   ( ) Sexuality
   ( ) Other (Specify):

12. Is there ANYTHING ELSE you want to tell me about your pain?

       Use patient's own words (List):  nothing

13. EDUCATION related to pain management provided:

   Go to "INTERDISCIPLINARY PATIENT/FAMILY EDUCATION" Note for documentation

   YES

   Did patient verbalize understanding?

   YES

14: PLAN OF CARE:

   a. Goal (list):
      pain free

   b. Intervention (list)
      refer to md

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109            Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

·513

   c. Evaluation/Effectiveness: Documented in BCMA/CPRS

     YES
     Comments:


   d. Refer to provider for treatment/interventions

     YES
     Comments:


/es/ MARY E JACKSON
RN STAFF NURSE
Signed: 06/11/2006 10:36

---

      TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: JUN 11, 2006@10:31    ENTRY DATE: JUN 11, 2006@10:31:37
     AUTHOR: JACKSON,MARY E    EXP COSIGNER:
     URGENCY:             STATUS: COMPLETED

Patient Name:  WORKS,TYRON
      SSN:  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
      Age:  34
   Gender:  MALE

Vital Signs taken:  YES

     Temperature:  97.6 F [36.4 C] (06/11/2006 10:30)
        Pulse:  77 (06/11/2006 10:30)
    Respiration:  20 (06/11/2006 10:30)
         B/P:  119/63 (06/11/2006 10:30)
        Pain:  8 (06/11/2006 10:30)
     Height:  72 in [182.9 cm] (06/11/2006 10:30)
     Weight:  209.3 lb [95.1 kg] (06/11/2006 10:30)

Pulse OX:  98%

Mode of arrival:  AMBULATORY
     If OTHER, please state:


Chief Complaint:
headache that started on yesterday. dizziness and blurred vision.took
excedrin on yesterday. no relief.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**


Printed at CENTRAL ALABAMA HCS

# Progress Note

Printed On Oct 19, 2006

**514**

```
Patient given emergent care prior to arrival:  NO
        If YES, please state:


Did you try to do anything to relieve your problem prior to your
arrival?  YES
        If YES, please state:
        excedrin

Was it effective?  NO
        If YES, please state:


Last Tetanus:
    > 5 years   unknown

Immunization:
    Flu vaccine 2005
    Pneumonia vaccine 2005

Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:none

OTC Medicines:excedrin

Active Medications:Active Outpatient Medications (including Supplies):

      Active Outpatient Medications                    Status
    =====================================================================
1)    COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES  ACTIVE
        A DAY FOR BREATHING (SHAKE WELL BEFORE USING)
2)    SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE     ACTIVE
        INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
        DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
        POUCH)
3)    TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY  ACTIVE
        MOUTH TWICE A DAY AS NEEDED FOR PAIN

      Active Non-VA Medications                        Status
    =====================================================================
1)    Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM       ACTIVE
2)    Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE    ACTIVE
3)    Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX       ACTIVE
4)    Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN       ACTIVE

7 Total Medications
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA  36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Triage Category:
       Non Urgent

**515**

Disposition to:
Primary Care Team:     LSU
Other:

Clinical Reminder(s)/
  N-Tobacco Screen:
       Patient is a lifetime non-smoker or has no history of Tobacco use in
           the last 7 years or more. Patient was advised not to start using
           Tobacco products.

/es/ MARY E JACKSON
RN STAFF NURSE
Signed: 06/11/2006 10:34

---

             TITLE: PULMONARY CONSULT
DATE OF NOTE: MAY 15, 2006@15:38:54   ENTRY DATE: MAY 15, 2006@15:38:54
       AUTHOR: NEUMAN,JEROME D        EXP COSIGNER:
       URGENCY:                               STATUS: COMPLETED

PFT COMPLETED 05/15/06 AT 15:30. TECH JDN.

/es/ JEROME D NEUMAN
JEROME D NEUMAN
Signed: 05/15/2006 15:39

---

             TITLE: PC-NURSING EXIT INTERVIEW
DATE OF NOTE: MAY 10, 2006@15:18     ENTRY DATE: MAY 10, 2006@15:18:56
       AUTHOR: DUBOSE,VALERIE A       EXP COSIGNER:
       URGENCY:                               STATUS: COMPLETED

Name: WORKS,TYRON
SSN:  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

1. Do you understand what the provider wants you to do concerning your
medical condition. Yes ( x )    No (   )

2. Do you understand your medical condition, your test and lab reports,
reasons for procedures, medication and side effects? Yes ( x )  No (   )

3. Do you know what to do if your condition get worse?  Yes ( x ) No (   )

4. Do you feel that you were involved in decision making about your care?

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

   Yes ( x )  No ( )

**516**

5. Is there anything more that you want to know about your condition or treatment plan?  Yes ( )  No ( x )

6. Other Comments:
Provider's notes not available for review at this time however, the veteran expressed satisfaction with today's visit and understanding of the plan of care. Writer encouraged veteran to take/maintain an active role in his healthcare management. Veteran aware of request for pulmonary function test.

/es/ VALERIE A. DUBOSE
RN
Signed: 05/10/2006 15:33

---

       TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: MAY 10, 2006@15:17     ENTRY DATE: MAY 10, 2006@15:17:25
      AUTHOR: DUBOSE,VALERIE A     EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

Name:  WORKS,TYRON
 SSN:  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

(X) No Pain
( ) Acute Pain Initial Assessment
( ) Chronic Pain Assessment

Type Pain Scale Used:

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

 1. CURRENT PAIN RATING:   0

 2. LOCATION OF PAIN:

 3. ONSET:

 4. DIAGNOSIS pertinent to pain:

 5. FREQUENCY and pattern of pain:
    ( ) Constant
    ( ) Intermittent
    ( ) With Movement
    ( ) Other (Specify):

 6. INTENSITY of pain:
    Worst pain level in last month:

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA  36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Least pain level in last month:
Patient pain level intensity goal:

`517`

7. QUALITY how does patient describe pain?
   ( ) Shooting
   ( ) Stabbing
   ( ) Sharp
   ( ) Aching
   ( ) Burning
   ( ) Throbbing
   ( ) Radiating
   ( ) Dull
   ( ) Other (Specify):

8. EXACERBATING FACTORS (What causes pain to increase?):
   ( ) Movement
   ( ) ADL's
   ( ) Stress
   ( ) Treatments
   ( ) Other (Specify):

9. ALLEVIATING FACTORS (What relieves pain?):
   ( ) Rest
   ( ) Sleep
   ( ) Repositioning
   ( ) Eating
   ( ) Massage
   ( ) Heat
   ( ) Cold
   ( ) Exercise
   ( ) Other (Specify):

10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):
    Medication (list):
    Non-Pharmacological interventions:
    Other (Specify):

11. Indicate if PAIN AFFECTS daily function and/or quality of life:
    ( ) Sleep
    ( ) Mood
    ( ) General Activity
    ( ) Nutrition
    ( ) Elimination
    ( ) Normal Work
    ( ) Ability to Concentrate
    ( ) Social Interaction
    ( ) Self Image
    ( ) Sexuality

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

      ( ) Other (Specify):

`513`

12. Is there ANYTHING ELSE you want to tell me about your pain?
      Use patient's own words (List):

13. EDUCATION related to pain management provided:
    If YES, did patient verbalize understanding:

14: PLAN OF CARE:
    a. Goal (list):
    b. Intervention (list):
    c. Evaluation/Effectiveness: Documented in BCMA/CPRS.
    d. Refer to provider for treatment/interventions

/es/ VALERIE A. DUBOSE
RN
Signed: 05/10/2006 15:17

---

      TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: MAY 10, 2006@14:43    ENTRY DATE: MAY 10, 2006@14:43:49
    AUTHOR: BELL,KAREN J    EXP COSIGNER:
    URGENCY:    STATUS: COMPLETED

    *** NURSE PRACTITIONER GENERAL NOTE Has ADDENDA ***

In for f/u on asthma, migraines, gerd. Having asthma symptoms and would like
pft. Migraines used to be regular now are rare. GERD doing well on protonix;
gets from cardiologist as prilosec did not control symptoms. Has pvt
cardiologist for atrial fib. Lifelong non-smoker

family hx: no asthma in immediate family but several cousins have been dx
w/it and daughter (age 6) has it also

(o) A&O x 3; wdwn male nad
nursing assessment reviewed and agreed with
frequent dry cough during exam
heart: RRR: no murmur auscultated
lungs: CTA&P; good bilateral chest expansion
skin: tattoos on arms and back; skin w/d; good turgor

(a) asthma - some symptoms
migraines - much improved and only occasional now
GERD - doing well on protonix from pmd
atrial fib - followed by pvt cardiologist
chronic back pain - improved w/surgery last year; gets hydrocodone from pmd
for pain flares

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

**Printed at CENTRAL ALABAMA HCS**

# Progress Note

(p) referred for PFT                                            519
continue serevent
rtc in 6 mo w/dietary appt; will call for appt if needed sooner




/es/ KAREN BELL,CRNP

Signed: 05/10/2006 15:19

05/10/2006 ADDENDUM                    STATUS: COMPLETED
consult to optometry made

/es/ KAREN BELL,CRNP

Signed: 05/10/2006 15:24

---

        TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: MAY 10, 2006@14:17    ENTRY DATE: MAY 10, 2006@14:17:30
      AUTHOR: LEWIS,FRANCES P      EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED


WORKS,TYRON  34
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

SUBJECTIVE: Patient states I would like to get placed back on my current asthma
medications and get another pft test done, sometimes it feels as if something is
stuck in my throat and I can not get air and I starts coughing; would like to
get an eye exam done.


110/60 (05/10/2006 14:15)78 (05/10/2006 14:15)18 (05/10/2006 14:15)97.7 F [36.5
C] (05/10/2006 14:15)

PAIN:0 (05/10/2006 14:15)

Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                      Status
===================================================================
1)   TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY   ACTIVE
       MOUTH TWICE A DAY AS NEEDED FOR PAIN

OTC Medicines: Ecotrin 1 daily

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Non VA Medications: Skelaxin, Cardizem, Protonix, Hydrocodone as needed for pain

Herbals: None

**520**

Allergies: MUSHROOMS, TYPHOID VACCINE

Nutritional Screening:
1.  BMI >27        Yes-28
2.  BMI <21        No
3.  Unintentional weight loss/gain of 5 pounds or more in the past
month     No
4.  Follow-up nutrition education needed.       Yes

5.  Nutrition education by dietitian documented for obesity, hypertension,
    diabetes mellitus, elevated cholesterol, etc. within the past 24
    months.      No

EXERCISE SCREEN: MODERATE

Comments: "I walks".

Assessment: Patient alert, oriented, respirations regular with ease, ambulatory.

Clinical Reminder(s)/
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user
  N-PTSD Screen:
    SCREEN FOR PTSD
      Have you ever had any experience that was so frightening,
      horrible, or upsetting that, IN THE PAST MONTH, you:
      1.  Have had any nightmares about it or thought about it when you
          did not want to?

          Answer: No

      2.  Tried hard not to think about it or went out of your way to
          avoid situations that remind you of it?

          Answer: No

      3.  Were constantly on guard, watchful, or easily startled?

          Answer: No

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109        Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

**521**

4. Felt numb or detached from others, activities, or your
   surroundings?

   Answer: No

   PTSD screen score = 0
   PTSD screen is 'NEGATIVE'

Plan: Will refer above to provider.


/es/ FRANCES LEWIS
LPN
Signed: 05/10/2006 14:26


```
        TITLE: ADMINISTRATIVE CORRESPONDENCE
DATE OF NOTE: APR 24, 2006@15:17     ENTRY DATE: APR 24, 2006@15:17:17
        AUTHOR: BELL,KAREN J          EXP COSIGNER:
        URGENCY:                           STATUS: COMPLETED
```

pt cx appt today and rescheduled for 5/10/06

/es/ KAREN BELL,CRNP

Signed: 04/24/2006 15:17


```
        TITLE: PC-NURSING EXIT INTERVIEW
DATE OF NOTE: MAR 24, 2006@14:34     ENTRY DATE: MAR 24, 2006@14:34:37
        AUTHOR: DUBOSE,VALERIE A      EXP COSIGNER:
        URGENCY:                           STATUS: COMPLETED
```

Name: WORKS,TYRON
SSN: 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


1. Do you understand what the provider wants you to do concerning your
   medical condition.  Yes ( x )   No (   )

2. Do you understand your medical condition, your test and lab reports,
   reasons for procedures, medication and side effects? Yes ( x )  No (   )

3. Do you know what to do if your condition get worse?  Yes ( x ) No (   )

4. Do you feel that you were involved in decision making about your care?
   Yes (  x)  No (   )

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

Printed at CENTRAL ALABAMA HCS

41

# Progress Note

5. Is there anything more that you want to know about your condition or **522**
treatment plan? Yes ( ) No ( x )

6. Other Comments:
 Veteran's temp rechecked before leaving: 98.9F.  Veteran verbalized
satisfaction with today's visit and expressed understanding
of the plan of care. Writer encouraged veteran to take/maintain an active role
in his healthcare management.



/es/ VALERIE A. DUBOSE
RN
Signed: 03/24/2006 14:45

---

          TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: MAR 24, 2006@13:39    ENTRY DATE: MAR 24, 2006@13:39:59
      AUTHOR: BELL,KAREN J         EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED


walk-in (last seen in pc 2/05; appt 10/05 and went to LSU for chest pain);
seen in LSU by Dr. Boyd 3/22/06 and medication given.  Comes in today
w/increased pain in throat, states feels like tongue is swollen some in the back
and it is getting harder to swallow.  Has been running a low grade fever
accompanied by chills intermittently.  Has been eating chicken soup, hurts too
much to eat solid food.

(o) A&O x 3; wdwn male nad; looks sick but not toxic
throat reddened but no exudate observed; swallowed several times before opening
mouth; states hurts to open mouth; back of throat viewed w/out difficulty.
heart: tachycardic but regular
lungs: CTA

(a) pharyngitis
report of hemoptysis

(p) discussed w/Dr. Islam in ER
change antibiotic
CXR - done; discussed w/pt
rtc w/in 4-6 wks w/fasting chem 14, cbc, lipid profile, dietary appt.
continue gargles prn; encouraged hot tea, popcicles

Clinical Reminder(s)/
  C-Clinician Pain Plan of Care:
    NEW PAIN PLAN OF CARE

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA  36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Printed On Oct 19, 2006

```
     Comment related to Pain Plan of Care: will add ultram prn
 C -PTSD SCREENING:                                                  523
     The PTSD Screen was Negative.
     Patient declined PTSD screening at this encounter.

/es/ KAREN BELL,CRNP

Signed: 03/24/2006 14:29
```

```
        TITLE: INTERDISCIPLINARY PATIENT/FAMILY EDUCATION
DATE OF NOTE: MAR 24, 2006@12:21    ENTRY DATE: MAR 24, 2006@12:21:25
     AUTHOR: LEWIS,FRANCES P      EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED

Educational Needs Assessment (Be Specific):

( ) No change since last visit.

1. Learning Abilities: Reads, Writes



2. Readiness to Learn: Receptive, Motivated

3. Barriers to Learning: Select items from the listing below that
   best describes barriers to learning. If there are no barriers,
   Select None. None

4. Translator required: NO


5. Learning Preferences: Other-Doing

5.Learning Needs: ( )Diagnosis   ( )Safety
                  (X)Medications (X)Self Care
                  (X)Activity    (X)Treatments
                  ( )Tests       ( )Surgery
                  (X)Nutrition

Please make specific comments on any learning needs:


6. (X) Patient's or
   (X) Significant others highest grade completed: Patient wife present
       College Degree
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

**VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

Printed at CENTRAL ALABAMA HCS

43    Page 42

# Progress Note

7. Instructions: At a minimum, document any education given for these
   categories "click a check mark" by each category of education given. **524**
      a. Plan of care treatment and services., b. Basic health practice and
safety., c. Safe and effective use of medications., d. Nutrition
intervention/counseling and/or diet modification., k. Other-Responsibility of
own health and care.

Discussed and patient encouraged to exercise 30 min 3-4 times weekly to lose and
maintain weight control; helps to relieve stress and pain; helps to prevent
disease processes such as htn, high cholesterol level, diabetes and heart.
Discussed: taking medications as prescribed.  My HealtheVet and provided online
internet address; advance clinic access; telephone care program and appointment
scheduling also provided telephone numbers.  Encouraged to eat balance meals.

8. Outcome:(Click on each one that applies)
   Verbalized understanding

9. Discipline of Instructor:(Each discipline should sign IDTR)
   Nurse (RN,LPN}

10. General Equipment Training Certification:
    Type of Equipment:
    Serial Number:

    Name of Person Receiving Orientation:
     This patient or the responsible person identified above
has been trained and certified competent to safely and
effectively perform the functions associated with the
aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were
provided.

    Comment:

/es/ FRANCES LEWIS
LPN
Signed: 03/24/2006 12:28

Receipt Acknowledged By:
03/24/2006 15:07        /es/ KAREN BELL,CRNP

       TITLE: PRIMARY CARE -NURSE
DATE OF NOTE: MAR 24, 2006@11:53     ENTRY DATE: MAR 24, 2006@11:53:59
      AUTHOR: LEWIS,FRANCES P     EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

*** PRIMARY CARE -NURSE Has ADDENDA ***

**525**

Subjective:  Patient is here for an unscheduled appointment to be seen by provider thru LSU see LSU nurses note.  Patient states I have had a cold for 3 weeks with runny nose and coughing up yellowish phlegm up until this morning I started coughing up blood.


Allergies: MUSHROOMS, TYPHOID VACCINE

BP:    123/69 (03/24/2006 10:52)
T:     98.4 F [36.9 C] (03/24/2006 10:52)
P:     88 (03/24/2006 10:52)
R:     18 (03/24/2006 10:52)
WT:    209 lb [95.0 kg] (03/24/2006 10:52)
HT:    74 in [188.0 cm] (03/22/2006 03:50)
PAIN: 10 (03/24/2006 10:52)


Comments: Patient alert, oriented, respirations regular with ease, ambulatory.

Clinical Reminder(s)/
  N-ALCOHOL SCREEN:
    Patient has consumed alcohol during the last 12 months.  AUDIT
        required
    AUDIT (Alcohol Use Disorder Identification Test) Questionnaire
      An alcohol screening test (AUDIT) was negative (score=2).
  N-DEPRESSION SCREENING:
    Depression Screen
      Result of Exam: Normal
      Provider notified of results Yes
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user
  N-TB SCREEN:

    Admission Date:
           Visit Date:  03/24/06 11:11

      Purpose of Screening: Annual    If Other, please comment:

      Signs and Symptoms: Cough Greater Than 3 Weeks|Coughing Up
      Blood|Night Sweats|Loss of Appetite

      High Risk History (Please indicate any identified positive factors
      by checking the appropriate boxes below): No High Risk History
      Found

      *  Patients who fall into one of these groups that are identified

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)  **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

as high risk or have positive signs & symptoms, should receive PPD
skin test if previously negative PPD history.

**526**

** Patients who do not fall into these groups are at low risk and
should not be targeted for routine testing.

PPD Skin Test History (If Done):
    Date of last PPD:  D/M/Y
Results (mm):

If test positive, prophylaxis?  No

    Comments:

Hx of TB disease:  NO

Treatment:  N/A

Dates given:  D/M/Y
              D/M/Y
              D/M/Y
N-FLU SHOT:
    Patient indicated flu shot was received at another facility.
    Date: October 25, 2005
    Location: Montgomery, AL
    Comment: Here-see nurses note 10/25/05


Plan: Will refer above to provider.



/es/ FRANCES LEWIS
LPN
Signed: 03/24/2006 12:12

03/24/2006 ADDENDUM                        STATUS: COMPLETED
Patient sent to x-ray department to get chest x-ray done.

/es/ FRANCES LEWIS
LPN
Signed: 03/24/2006 12:32

---

        TITLE: LSU NURSING MISCELLANEOUS NOTE
DATE OF NOTE: MAR 24, 2006@11:07     ENTRY DATE: MAR 24, 2006@11:07:57
      AUTHOR: CLAXTON,CYNTHIA R     EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

Speaking in full lengthy sentences.  Occasional dry cough.  No bleeding **527**
gargling with "vinegar and salt water this morning."  Urine specimen, yellow, to
the lab.  Refer to Primary care.

/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 03/24/2006 11:09

---

            TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: MAR 24, 2006@11:06      ENTRY DATE: MAR 24, 2006@11:06:06
      AUTHOR: CLAXTON,CYNTHIA R      EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Name:  WORKS,TYRON
 SSN:  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

( ) No Pain
(X) Acute Pain Initial Assessment
( ) Chronic Pain Assessment

Type Pain Scale Used:  Numeric Rating Scale (NRS)

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

 1. CURRENT PAIN RATING:  10

 2. LOCATION OF PAIN:  throat

 3. ONSET:  Mar 22,2006

 4. DIAGNOSIS pertinent to pain:  sore throat

 5. FREQUENCY and pattern of pain:
    (X) Constant
    ( ) Intermittent
    ( ) With Movement
    ( ) Other (Specify):

 6. INTENSITY of pain:
    Worst pain level in last month:  10
    Least pain level in last month:  0
    Patient pain level intensity goal:

 7. QUALITY how does patient describe pain?
    ( ) Shooting
    ( ) Stabbing

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**523**

```
    ( ) Sharp
    (X) Aching
    ( ) Burning
    ( ) Throbbing
    ( ) Radiating
    ( ) Dull
    ( ) Other (Specify):
```

8. EXACERBATING FACTORS (What causes pain to increase?):
```
    ( ) Movement
    ( ) ADL's
    ( ) Stress
    ( ) Treatments
    ( ) Other (Specify):
```

9. ALLEVIATING FACTORS (What relieves pain?):
```
    ( ) Rest
    ( ) Sleep
    ( ) Repositioning
    ( ) Eating
    ( ) Massage
    ( ) Heat
    ( ) Cold
    ( ) Exercise
    (X) Other (Specify):    0
```

10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):
    Medication (list):  Amoxicillin
    Non-Pharmacological interventions:
    Other (Specify):

11. Indicate if PAIN AFFECTS daily function and/or quality of life:
```
    ( ) Sleep
    ( ) Mood
    (X) General Activity
    ( ) Nutrition
    ( ) Elimination
    (X) Normal Work
    ( ) Ability to Concentrate
    ( ) Social Interaction
    ( ) Self Image
    ( ) Sexuality
    ( ) Other (Specify):
```

12. Is there ANYTHING ELSE you want to tell me about your pain?
        Use patient's own words (List):

13. EDUCATION related to pain management provided:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

Y8

# Progress Note

        If YES, did patient verbalize understanding:

**529**

14: PLAN OF CARE:
    a. Goal (list):  pain/infection control
    b. Intervention (list):  Refer to Primary care
    c. Evaluation/Effectiveness: Documented in BCMA/CPRS.
    d. Refer to provider for treatment/interventions

/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 03/24/2006 11:07

---

        TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: MAR 24, 2006@10:56    ENTRY DATE: MAR 24, 2006@10:56:14
      AUTHOR: CLAXTON,CYNTHIA R    EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Patient Name:  WORKS,TYRON
         SSN:  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
         Age:  34
      Gender:  MALE

Vital Signs taken:  YES

        Temperature:  98.4 F [36.9 C] (03/24/2006 10:52)
              Pulse:  88 (03/24/2006 10:52)
        Respiration:  18 (03/24/2006 10:52)
                B/P:  123/69 (03/24/2006 10:52)
               Pain:  10 (03/24/2006 10:52)
             Height:  74 in [188.0 cm] (03/22/2006 03:50)
             Weight:  209 lb [95.0 kg] (03/24/2006 10:52)

Pulse OX:  98

Mode of arrival:  AMBULATORY
        If OTHER, please state:

Chief Complaint:
Alert, oriented x3, skin warm and dry; resp regular and with ease.
States that he has been coughing up blood and blood tinged sputum
this morning after gargling. Brought up about three teaspoonsful of
blood. States that the back of his tongue feels slightly swollen
and that his throat is very sore.  Presents with a towel wrapped
loosely around his neck, holding his head in his hands.  Reports a
dry frequent cough.  Reports urine being reddish/orange.  Started
on Amoxicillin on the 22nd.  Refer to Primary care.  Urine specimen

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109            Printed at CENTRAL ALABAMA HCS
419087667

Page 48

# Progress Note

to the lab.

**530**

Patient given emergent care prior to arrival:   NO
        If YES, please state:


Did you try to do anything to relieve your problem prior to your
arrival?  YES
        If YES, please state:


Was it effective?  NO
        If YES, please state:


Last Tetanus:


Immunization:



Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:

OTC Medicines:

Active Medications:Active Outpatient Medications (including Supplies):

```
     Active Outpatient Medications                         Status
=============================================================================
1)    AMOXICILLIN 250MG (AMOXIL) CAP TAKE ONE CAPSULE BY       ACTIVE
        MOUTH THREE TIMES A DAY FOR INFECTION UNTIL ALL
        GONE DISPENSED FROM ACUTE CARE CLINIC
```
Triage Category:
        Non Urgent

Disposition to:
Primary Care Team:     Yellow Team
Other:

/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 03/24/2006 11:00


          TITLE: LSU NURSING DISPOSITION NOTE

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**


Printed at CENTRAL ALABAMA HCS

# Progress Note

```
DATE OF NOTE: MAR 22, 2006@04:20      ENTRY DATE: MAR 22, 2006@04:20:04 531
     AUTHOR: CAGLE,DEBRA D          EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.      Discharge Diagnosis:COUGH,

2.      Disposition:
__X_  Follow up clinic appointment. Clinic name:YELLOW TEAM
___  Consult to:
___  Admitted to inpatient unit:
      ___  Other:
      ___  Left AMA
           Comments:

3.      Nursing interventions given in LSU:AMOXIL 250MG I PO TID RX

4.      After-care sheet given:DOSAGE SHEET FOR AMOXIL
[ X ] yes,  Sheet Title:
[ ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.  Patient and/or family member/significant other verbalized
    understanding of post-care
    instructions:  [ X ]yes      [ ]no
    Family member/significant other present:WIFE

6.  Condition:     [  ]  improved
                   [ X ]  satisfactory
                   [  ]  unchanged
                   [  ]  worse
    Comments:
 ALL DC INSTRUCTIONS WERE GIVEN IN WRITING TO PATIENTS UNDERSTANDING, WILL F/U
WITH PCP, RETURN IF CONDIITON WORSENS. DDC,RN,MSN,CNS




{Attending LSU physician to co-sign this note!}

/es/ DEBRA D CAGLE
RN, STAFF NURSE
Signed: 03/22/2006 04:23
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**532**

```
        TITLE: INTERDISCIPLINARY PATIENT/FAMILY EDUCATION
DATE OF NOTE: MAR 22, 2006@04:16    ENTRY DATE: MAR 22, 2006@04:16:57
    AUTHOR: CAGLE,DEBRA D        EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED
```

Educational Needs Assessment (Be Specific):
TAKE ALL ANTIBIOTIC UNTIL COMPLETED
( ) No change since last visit.

1. Learning Abilities: Reads, Writes
                       If other specify:


2. Readiness to Learn: Receptive

3. Barriers to Learning: Select items from the listing below that
   best describes barriers to learning. If there are no barriers,
   Select None. None

4. Translator required: NO
                       (contact the hospital operator)

5. Learning Preferences:Direct Teaching

5.Learning Needs: ( )Diagnosis    ( )Safety
                  (X)Medications  ( )Self Care
                  ( )Activity     ( )Treatments
                  ( )Tests        ( )Surgery
                  ( )Nutrition

Please make specific comments on any learning needs:
RE: IMPORTANCE OF TAKING ALL ANTIBIOTICS

6. (X) Patient's or
   ( ) Significant others highest grade completed:
      College Degree

   Comments:

7. Instructions: At a minimum, document any education given for these
   categories "click a check mark" by each category of education given.
      a. Plan of care treatment and services., b. Basic health practice and
safety.


8. Outcome:(Click on each one that applies)
      Verbalized understanding

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

9. Discipline of Instructor:(Each discipline should sign IDTR)
   Nurse (RN,LPN}

**533**

10. General Equipment Training Certification:
    Type of Equipment:
    Serial Number:

    Name of Person Receiving Orientation:PATIENT, TYRON WORKS
       This patient or the responsible person identified above
has been trained and certified competent to safely and
effectively perform the functions associated with the
aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were
provided.

    Comment:ALL EDU. MATERIAL WAS GIVEN IN WRITING TO PATIENTS UNDERSTANDING

/es/ DEBRA D CAGLE
RN, STAFF NURSE
Signed: 03/22/2006 04:19

---

          TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: MAR 22, 2006@04:13    ENTRY DATE: MAR 22, 2006@04:13:12
     AUTHOR: CAGLE,DEBRA D       EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

Name:  WORKS,TYRON
 SSN:  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

( ) No Pain
(X) Acute Pain Initial Assessment
( ) Chronic Pain Assessment

Type Pain Scale Used:  Numeric Rating Scale (NRS)

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

 1. CURRENT PAIN RATING:  2

 2. LOCATION OF PAIN:  GENERALIZED ACHINESS

 3. ONSET:  Mar 20,2006

 4. DIAGNOSIS pertinent to pain:  R/O FLU, VIRUS

 5. FREQUENCY and pattern of pain:
    ( ) Constant

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

VISTA Electronic Medical Documentation

Printed at CENTRAL ALABAMA HCS

53   Page 52

# Progress Note

(X) Intermittent
( ) With Movement
( ) Other (Specify):

**534**

6. INTENSITY of pain:
   Worst pain level in last month:  5
   Least pain level in last month:  0
   Patient pain level intensity goal:  0

7. QUALITY how does patient describe pain?
   ( ) Shooting
   ( ) Stabbing
   ( ) Sharp
   (X) Aching
   ( ) Burning
   ( ) Throbbing
   ( ) Radiating
   ( ) Dull
   ( ) Other (Specify):

8. EXACERBATING FACTORS (What causes pain to increase?):
   (X) Movement
   ( ) ADL's
   ( ) Stress
   ( ) Treatments
   ( ) Other (Specify):

9. ALLEVIATING FACTORS (What relieves pain?):
   (X) Rest
   ( ) Sleep
   ( ) Repositioning
   ( ) Eating
   ( ) Massage
   (X) Heat
   ( ) Cold
   ( ) Exercise
   ( ) Other (Specify):

10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):
    Medication (list):  SEE CPRS
    Non-Pharmacological interventions:  SUDAFER ROBITUSSIN
    Other (Specify):

11. Indicate if PAIN AFFECTS daily function and/or quality of life:
    ( ) Sleep
    ( ) Mood
    (X) General Activity
    ( ) Nutrition

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Printed On Oct 19, 2006

```
        ( ) Elimination
        ( ) Normal Work                                      535
        ( ) Ability to Concentrate
        ( ) Social Interaction
        ( ) Self Image
        ( ) Sexuality
        ( ) Other (Specify):

12. Is there ANYTHING ELSE you want to tell me about your pain?
        Use patient's own words (List):
     I FEEL LIKE IVE GOT THE FLU

13. EDUCATION related to pain management provided:  YES
     If YES, did patient verbalize understanding:  YES

14: PLAN OF CARE:
     a. Goal (list):  PATIENTS GOAL IS TO BE PAIN FREE
     b. Intervention (list):  AMOXIL 250MG I PO TID
     c. Evaluation/Effectiveness: Documented in BCMA/CPRS.
     d. Refer to provider for treatment/interventions

/es/ DEBRA D CAGLE
RN, STAFF NURSE
Signed: 03/22/2006 04:16
```

---

```
        TITLE: LSU PHYSICIAN NOTE
DATE OF NOTE: MAR 22, 2006@04:05    ENTRY DATE: MAR 22, 2006@04:05:37
     AUTHOR: BOYD,BILLY W           EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

   *** LSU PHYSICIAN NOTE Has ADDENDA ***

S: veteran c/o flu like symptoms; sore throat, cough, aching
O: alert. afebrile. VS stable. Lungs- fairly clear. Heart- reg rate and rhythm.
Abd- soft. Throat- red
A: flu; ? strep pharyngitis
P: rest, fluids, and tylenol for the flu; amoxil 250 mg po tid for possible
strep throat. Followup with PCP and team. Note written for school and work.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 03/22/2006 04:08

03/22/2006 ADDENDUM                   STATUS: COMPLETED
I have reviewed the nursing assessment and agree with it.

/es/ BILLY W BOYD
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)  |  **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109     |  Printed at CENTRAL ALABAMA HCS
419087667

Page 54

# Progress Note

MD, LSU PHYSICIAN
Signed: 03/22/2006 04:09

**536**

```
        TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: MAR 22, 2006@03:51    ENTRY DATE: MAR 22, 2006@03:51:03
      AUTHOR: CAGLE,DEBRA D       EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

```
Patient Name:  WORKS,TYRON
         SSN:  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
         Age:  34
      Gender:  MALE
```

Vital Signs taken:  YES

```
       Temperature:  98.9 F [37.2 C] (03/22/2006 03:50)
             Pulse:  74 (03/22/2006 03:50)
       Respiration:  18 (03/22/2006 03:50)
               B/P:  150/64 (03/22/2006 03:50)
              Pain:  1 (03/22/2006 03:50)
            Height:  74 in [188.0 cm] (03/22/2006 03:50)
            Weight:  205 lb [93.2 kg] (03/22/2006 03:50)
```

Pulse OX:  98

Mode of arrival:  AMBULATORY
      If OTHER, please state:

Chief Complaint:
FLU LIKE SYMPTOMS

Patient given emergent care prior to arrival:  NO
      If YES, please state:

Did you try to do anything to relieve your problem prior to your
arrival?  NO
      If YES, please state:

Was it effective?  NO
      If YES, please state:

Last Tetanus:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

YES

**537**

Immunization:
     YES
     NO

Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:
NONE

OTC Medicines:
ROBITUSSIN, SUDAFED

Active Medications:Active Outpatient Medications (including Supplies):

No Medications Found

Triage Category:
       Non Urgent

Disposition to:
Primary Care Team;     LSU
Other:
MD HERE TO EVALUATE

/es/ DEBRA D CAGLE
RN, STAFF NURSE
Signed: 03/22/2006 03:55

---

          TITLE: C&P NURSE NOTE
DATE OF NOTE: JAN 03, 2006@09:33     ENTRY DATE: JAN 03, 2006@09:33:21
     AUTHOR: HUGHES,KIMBLEY        EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

S/O:  Veteran here for Compensation and Pension examination.
Allergies/ Adverse Reactions: MUSHROOMS, TYPHOID VACCINE
Dominant hand:    () Left  (X) Right
Current medications: Active Outpatient Medications (including Supplies):
     Active Outpatient Medications                    Status
=====================================================================
1)    FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS      ACTIVE
        EACH NOSTRIL TWICE A DAY FOR CONGESTION
2)    SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE      ACTIVE
        INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
        DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
        POUCH)
Plus Dr. Pinchback, Orthopedic Surgeon, Dr. Arrellani, Cardiologist

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

**Printed at CENTRAL ALABAMA HCS**

# Progress Note

prescribes following medications                                **538**
1. Skelexin 800mg TID
2. Hydroco/APAP 5-500MG 1-2 TAB EVERY 4 HOURS AS NEEDED FOR PAIN
3. Diliaz ER (CD)120/24 CAP 1 CAP EVERY DAY
4. Ecotrin 325mg 1 tab EVERY DAY
5. Protonix 40mg 1 tab EVERY DAY
6. Serevent Diskus 50mcg 1 puff EVERY 12 HOURS
7. Aerobid-M 2 PUFFS TWICE A DAY
8. Albuterol as needed.
Snellen's Test: N/A
VS obtained.
BP:    110/45 (01/03/2006 09:37)
T:     98.1 F [36.7 C] (01/03/2006 09:37)
P:     78 (01/03/2006 09:37)
R:     18 (01/03/2006 09:37)
WT:    215.4 lb [97.9 kg] (01/03/2006 09:37)
HT:    72 in [182.9 cm] (01/03/2006 09:37)
PAIN: 0 (01/03/2006 09:37)
NAD noted at this time.  Right knee brace intact.
C-file available for review? (X) YES  () NO

Intervention/Education:  Advised final decision on claim would
be sent from VARO when completed with stated understanding.

Plan:  Refer to Provider for exam.

/es/ KIMBLEY HUGHES
LPN
Signed: 01/03/2006 10:09

        TITLE: LSU PHYSICIAN NOTE
DATE OF NOTE: OCT 25, 2005@16:01     ENTRY DATE: OCT 25, 2005@16:01:48
      AUTHOR: BOYD,BILLY W      EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED

   *** LSU PHYSICIAN NOTE Has ADDENDA ***

S: c/o chest tightness, worse with deep inspiration. Located left chest; no
nausea, vomiting, or diaphoresis. In NAD.
O: alert; afebrile. VS stable. Lungs- clear. Heart- reg rate and rhythm. Abd-

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

soft. ECG--> WNL. CXR--> WNL.

**539**

A: chest wall pain; doubt cardiac
P: indocin 25 mg po tid meals. Followup with PCP and team.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 10/25/2005 16:03

10/25/2005 ADDENDUM                    STATUS: COMPLETED
I have reviewed the nursing assessment and agree with it.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 10/25/2005 16:04

---

          TITLE: PRIMARY CARE -NURSE
DATE OF NOTE: OCT 25, 2005@14:59    ENTRY DATE: OCT 25, 2005@14:59:33
       AUTHOR: LEWIS,FRANCES P    EXP COSIGNER:
       URGENCY:                        STATUS: COMPLETED

    *** PRIMARY CARE -NURSE Has ADDENDA ***

Subjective:  Patient is here for an unscheduled appointment to be seen by
provider thru LSU see LSU nurses note.  Patient states my chest pain is an 8
at present.  Patient denies any heavy lifting or strenuous activity.

Allergies: MUSHROOMS, TYPHOID VACCINE

BP:    122/69 (03/30/2005 08:57)
T:     98.2 F [36.8 C] (03/30/2005 08:57)
P:     80 (03/30/2005 08:57)
R:     18 (03/30/2005 08:57)
WT:    201 lb [91.4 kg] (03/30/2005 08:57)
HT:    72 in [182.9 cm] (03/30/2005 08:57)
PAIN: 9 (03/30/2005 08:57)

Comments: Patient alert, oriented, respirations regular with ease,
ambulatory, patient brought a tracing copy of ekg and copy given to provider
to review.

Clinical Reminder(s)/
  N-DEPRESSION SCREENING:
    In the past month has the patient been feeling down, depressed, or
      helpless?
      Comment: No
    In the past month, has patient had little interest or pleasure in
      things?

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**540**

```
      Comment: No
    Depression Screen
      Result of Exam: Normal
      Provider notified of results Yes
  N-Tobacco Screen/Cessation:
    Patient is a Lifetime non-tobacco user
  N-FLU SHOT:
    Documentation of flu shot
    Patient denies allergy to eggs.  Patient denies prior influenza
        vaccine this flu season.  Flu shot given by standing order.
      Comment: Shot given 0.5 ml IM without difficulty
     Flu shot vaccine lot # U1814AA.
    Injection site
      Injection site: Left arm
    Lot Number used for injection
      Lot number: Aventis Pasteur Inc.,  EXP-30JUN06
    Manufacturer
```

Plan:  Patient was sent to x-ray dept to get chest x-ray done and was
instructed to see the RN for an pain assessment after coming from x-ray and
shown where to go and patient said ok.  Will refer above to provider.


/es/ FRANCES LEWIS
LPN
Signed: 10/25/2005 15:20


Receipt Acknowledged By:
10/25/2005 17:09        /es/ KAREN BELL,CRNP


10/25/2005 ADDENDUM                    STATUS: COMPLETED
Veteran escort back to LSU per orders of provider, K Bell CRNP.
Veteran continues to complaint of chest pain.

/es/ VALERIE A. DUBOSE
RN
Signed: 10/25/2005 16:15


10/25/2005 ADDENDUM                    STATUS: COMPLETED
ekg viewed; Ms. Dubose approached me w/concern that pt was still having chest
pain and was sitting in the waiting area.  Talked w/Dr. Witter after talking
w/pt.  Pt stated pain in chest did not feel like chest wall pain, but like pain
when he was admitted to hospital and dx w/atrial fib.  Talked w/LSU physician an
pt will return to LSU for evaluation.  Walk in w/my clinic cancelled.

/es/ KAREN BELL,CRNP


Signed: 10/25/2005 17:09

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**


Printed at CENTRAL ALABAMA HCS

# Progress Note

541

```
          TITLE: EKG
DATE OF NOTE: OCT 25, 2005@14:32:34  ENTRY DATE: OCT 25, 2005@14:32:34
      AUTHOR: HENDERSON,SHEILA V    EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

EKG DONE 1427

/es/ SHEILA V HENDERSON

Signed: 10/25/2005 14:32
```

```
          TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: OCT 25, 2005@14:30     ENTRY DATE: OCT 25, 2005@14:30:53
      AUTHOR: SPRING,MARY G          EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

Name: WORKS,TYRON
 SSN: 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

( ) No Pain
(X) Acute Pain Initial Assessment
( ) Chronic Pain Assessment

Type Pain Scale Used:  Numeric Rating Scale (NRS)

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

 1. CURRENT PAIN RATING:  8

 2. LOCATION OF PAIN:  CHEST

 3. ONSET:  YESTERDAY

 4. DIAGNOSIS pertinent to pain:  CHEST TIGHTNESS

 5. FREQUENCY and pattern of pain:
    (X) Constant
    ( ) Intermittent
    ( ) With Movement
    ( ) Other (Specify):

 6. INTENSITY of pain:
    Worst pain level in last month:  8
    Least pain level in last month:  0
    Patient pain level intensity goal:  0

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**542**

7. QUALITY how does patient describe pain?
   ( ) Shooting
   ( ) Stabbing
   ( ) Sharp
   ( ) Aching
   ( ) Burning
   ( ) Throbbing
   ( ) Radiating
   ( ) Dull
   (X) Other (Specify):  SQUEEZING

8. EXACERBATING FACTORS (What causes pain to increase?):
   ( ) Movement
   ( ) ADL's
   ( ) Stress
   ( ) Treatments
   ( ) Other (Specify):  NONE

9. ALLEVIATING FACTORS (What relieves pain?):
   ( ) Rest
   ( ) Sleep
   ( ) Repositioning
   ( ) Eating
   ( ) Massage
   ( ) Heat
   ( ) Cold
   ( ) Exercise
   ( ) Other (Specify):  NONE

10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):
    Medication (list):  SEE CPRS
    Non-Pharmacological interventions:
    Other (Specify):

11. Indicate if PAIN AFFECTS daily function and/or quality of life:
    ( ) Sleep
    ( ) Mood
    (X) General Activity
    ( ) Nutrition
    ( ) Elimination
    ( ) Normal Work
    ( ) Ability to Concentrate
    ( ) Social Interaction
    ( ) Self Image
    ( ) Sexuality
    ( ) Other (Specify):

12. Is there ANYTHING ELSE you want to tell me about your pain?

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA  36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

Use patient's own words (List):

**543**

13. EDUCATION related to pain management provided:  YES
    If YES, did patient verbalize understanding:  YES

14: PLAN OF CARE:
    a. Goal (list):  REFER TO PCP
    b. Intervention (list):
    c. Evaluation/Effectiveness: Documented in BCMA/CPRS.
    d. Refer to provider for treatment/interventions

/es/ MARY G SPRING
RN
Signed: 10/25/2005 14:31

---

        TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: OCT 25, 2005@14:17      ENTRY DATE: OCT 25, 2005@14:17:12
      AUTHOR: SPRING,MARY G      EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

Patient Name:  WORKS,TYRON
          SSN:  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
          Age:  33
       Gender:  MALE

Vital Signs taken:  YES

        Temperature:  98.2 F [36.8 C] (03/30/2005 08:57)
              Pulse:  80 (03/30/2005 08:57)
        Respiration:  18 (03/30/2005 08:57)
               B/P:  122/69 (03/30/2005 08:57)
               Pain:  9 (03/30/2005 08:57)
             Height:  72 in [182.9 cm] (03/30/2005 08:57)
             Weight:  201 lb [91.4 kg] (03/30/2005 08:57)

Pulse OX:  98%

Mode of arrival:  AMBULATORY
        If OTHER, please state:

Chief Complaint:
VETERAN C/O CHEST TIGHTNESS, DESCRIBES AS SQUEEZING FEELING WHICH
IS WORSE WITH DEEP INSPIRATION. SYMPTOMS BEGAN LAST NIGHT WITH PAIN
LEFT SHOULDER AND IS NOW IN CHEST AREA. EKG COMPLETED AND REVIEWED
PER LSU PHYSICIAN, DR. DAUGHERTY, NORMAL SINUS RHYTHM. VETERAN CLEARED
TO BE SEEN BY PCP.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**544**

Patient given emergent care prior to arrival:  NO
    If YES, please state:


Did you try to do anything to relieve your problem prior to your
arrival?  NO
    If YES, please state:


Was it effective?  NO
    If YES, please state:


Last Tetanus:


Immunization:
    Flu vaccine
    Pneumonia vaccine

Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:NONE

OTC Medicines:ECOTRIN

Active Medications:Active Outpatient Medications (including Supplies):

```
    Active Outpatient Medications                    Status
=====================================================================
1)   FLUNISOLIDE (NASALIDE) NASAL INHALER USE 2 PUFFS      ACTIVE
        EACH NOSTRIL TWICE A DAY FOR CONGESTION
2)   SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE      ACTIVE
        INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
        DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
        POUCH)
```
Triage Category:
    Non Urgent


Disposition to:
Primary Care Team:     LSU
Other:

/es/ MARY G SPRING
RN
Signed: 10/25/2005 14:30
        TITLE: C&P NURSE NOTE

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**


Printed at CENTRAL ALABAMA HCS

# Progress Note

```
DATE OF NOTE: MAR 30, 2005@08:55    ENTRY DATE: MAR 30, 2005@08:55:29  545
     AUTHOR: HUGHES,KIMBLEY    EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED
```

S/O:  Veteran here for Compensation and Pension examination.
Allergies/ Adverse Reactions: MUSHROOMS, TYPHOID VACCINE
Dominant hand:    () Left   (x) Right
Current medications: See VA profile + Dr.Arelleno, Cardiologist & Dr.Pinchback,
Orthopedic surgeron in Montgomery, AL
1. Protonix 40mg
2. Cardizem CD 120mg
3. Hydroco/APAPS 5/500mg (Vicodin)
4. Skelaxin 800mg
5. Ecotrin 325mg
6. Albuterol Aerobid
Snellen's Test: W/O GLASSES   OS 20/20  OD 20/20
VS obtained.  Blood Pressure readings as followed:

```
                    SITTING      LYING      STANDING
BLOOD/PRESSURE      122/69      126/54       123/71
PULSE                 80          72           83
```

Pain Level: 9 (03/30/2005 08:57) "LOWER BACK"
Patient Height: 72 in [182.9 cm] (03/30/2005 08:57)
Patient Weight: 201 lb [91.4 kg] (03/30/2005 08:57)
Patient Respiration: 18 (03/30/2005 08:57)
Patient Temperature: 98.2 F [36.8 C] (03/30/2005 08:57)
NAD noted at this time.  Walker aid.  Left knee & back braces intact.
C-file available for review? () YES  (x) NO

Intervention/Education:  Advised final decision on claim would
be sent from VARO when completed with stated understanding.

Plan:  Refer to Provider for exam.


/es/ KIMBLEY HUGHES
LPN
Signed: 03/30/2005 09:07

---

```
       TITLE: PC-NURSING EXIT INTERVIEW
DATE OF NOTE: FEB 03, 2005@12:02    ENTRY DATE: FEB 03, 2005@12:02:40
     AUTHOR: SWEENEY,ARTHEREAN    EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED
```

Name: WORKS,TYRON

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

SSN:  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

**546**

1. Do you understand what the provider wants you to do concerning your medical condition. Yes ( x )    No ( )

2. Do you understand your medical condition, your test and lab reports, reasons for procedures, medication and side effects? Yes ( x ) No ( )

3. Do you know what to do if your condition get worse?  Yes ( x ) No ( )

4. Do you feel that you were involved in decision making about your care?
   Yes ( x ) No ( )

5. Is there anything more that you want to know about your condition or treatment plan? Yes ( ) No ( x )

6. Other Comments:
Veteran verbalized understanding of provider treatment plan today.

/es/ ARTHEREAN SWEENEY
REGISTERED NURSE
Signed: 02/03/2005 12:03

---

              TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
DATE OF NOTE: FEB 03, 2005@11:57    ENTRY DATE: FEB 03, 2005@11:57:09
      AUTHOR: SWEENEY,ARTHEREAN    EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED


                  CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEMS


Name: WORKS,TYRON          SSN: 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

Initial Assessment ( x )
Reassessment        ( )


 1. Pain Rating: 0 =No Pain     10= Greatest Pain    [ 7   ]
 2. Are you currently receiving treatment for:
     ( )Arthritis            ( )Diabetic Neuropathy
     ( )Lower Back Disorders  ( )Herpes Zoster(shingles)
     ( )Leg Cramps            ( )Headaches
     ( )Other Chronic pain condition (list)
  Veteran states back pain for years.
 3. Where is your pain? (list)

---

| **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

**547**

```
Worst in last month:          ( )0  ( )1  ( )2  ( )3  ( )4  ( )5
                              ( )6  ( )7  ( )8  ( )9  ( x )10
Least in last month:          ( )0  ( )1  ( )2  ( )3  ( )4  ( )5
                              ( )6  ( x )7  ( )8  ( )9  ( )10
Average in last month:        ( )0  ( )1  ( )2  ( )3  ( )4  ( )5
                              ( )6  ( )7  ( x )8  ( )9  ( )10
Right Now:                    ( )0  ( )1  ( )2  ( )3  ( )4  ( )5
                              ( )6  ( x )7  ( )8  ( )9  ( )10
Patient pain intensity goal:( x )0  ( )1  ( )2  ( )3  ( )4  ( )5
                              ( )6  ( )7  ( )8  ( )9  ( )10
```

QUALITY:                              Frequency:

| | | | |
|---|---|---|---|
| Throbbing | ( y ) | Stabbing ( n ) | Continual ( y ) |
| Sharp | ( n ) | Burning ( n ) | Intermittent ( . ) |
| Dull | ( n ) | Aching ( n ) | With Movement ( ) |
| Shooting | ( n ) | Radiating ( n ) | Less than Daily( ) |
| Numb | ( n ) | Other: | Daily x's |

OTHER INDICATORS:

| | | | |
|---|---|---|---|
| Anxiety | ( ) | Facial Expression | ( ) |
| Irritability | ( ) | Restlessness | ( ) |
| Withdrawal | ( ) | Guarding Behavior | ( ) |

EXACERBATING FACTORS:

```
Movement      ( y )
ADL's         ( y )
Stress        ( )
Treatments    ( )
Others:
```

ALLEVIATING FACTORS:

| | | | |
|---|---|---|---|
| Medication | ( y ) | Imagery | ( ) |
| Position | ( y ) | Relaxation | ( ) |
| Heat | ( y ) | Activity | ( ) |
| Cold | ( y ) | Describe: | |

Current Treatment or Medication/Treatment Efficiency 10 = Most Effective

1.Veteran states taking Non VA medications/ "somewhat effective."
2.
3.
********THE FOLLOWING SECTION IS FOR CHRONIC PAIN ONLY****
Pain Interference:  0-does not interfere    10-Completely interferes
                    3-sleep

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

*Printed at CENTRAL ALABAMA HCS*

# Progress Note

Printed On Oct 19, 2006

**543**

```
General activity  ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
Mood              ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
Normal Work       ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
Ability to
Concentrate:      ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( )10
Relations with
other people      ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( x )8 ( )9  ( )10
Enjoyment of life ( x )0  ( )1  ( )2  ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( )10
Sleep             ( )0  ( )1  ( )2 ( )3  ( )4  ( )5
                  ( )6  ( )7  ( )8 ( )9  ( x )10
```

Plan of Care/Change required  ( )yes     ( )No
Action:
 Refer to provider/Veteran seen by provider today.
Action:

```
Provider notified          ( x )Yes     ( )No
Return Visit Schedule      ( x )Yes     ( )No
Medication for pain ordered ( x )Yes    ( )No
Non-pharmacological treatment type:
Referral to Pain Management Program:
                           ( )Yes     ( )No
Education related to pain management:
                           ( )Yes     ( )No
If yes, patient verbalized understanding:
                           ( )Yes     ( )No
```

/es/ ARTHEREAN SWEENEY
REGISTERED NURSE
Signed: 02/03/2005 12:02

Receipt Acknowledged By:
02/04/2005 07:29        /es/ KAREN BELL,CRNP

---

      TITLE: NURSE PRACTITIONER GENERAL NOTE
DATE OF NOTE: FEB 03, 2005@11:23    ENTRY DATE: FEB 03, 2005@11:23:41
      AUTHOR: BELL,KAREN J         EXP COSIGNER:
      URGENCY:                     STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109    **Printed at CENTRAL ALABAMA HCS**
419087667

# Progress Note

*** NURSE PRACTITIONER GENERAL NOTE Has ADDENDA ***     **549**

In for f/u.  States not using serevent or nasalide daily.  States was sent a
year's supply at one time and still has some, but not using it regularly.
Ventolin inhaler the same.  Cold symptoms about a month ago which did resolve
but pt continues to have a non-productive cough.  Went to hsopital in sep for
chest pain and was dx w/atrial fib; put on cardizem and ecotrin and protonix.
Scheduled for back surgery next wk.

(o) A&O x 3: wdwn AA male nad
nursing assessment reviewed and agreed with
heart: RRR; no murmur auscultated
lungs: occasional non-productive cough: lungs CTA: good bilateral breath
sounds and good chest expansion; no rales or rhonchi ausultated
extrem: no cyanosis or edema
abd: soft; nt/nd
MS: sits teepee style supporting weight w/extended arms

(a) back pain
chronic cough
hx asthma
non-compliance w/asthma medication

(p) reorder medications
stop zantac: using protonix from pmd
referred to optometry
waiting for pharmacy call concerning medications: will pick up at window
tomorrow
rtc 5-6 mo w/dietary appt


Clinical Reminder(s)/
  C-Clinician Pain Plan of Care:
    NEW PAIN PLAN OF CARE
       Comment related to Pain Plan of Care: on ultram; scheduled for back
          surgery next wk and surgeon had  discontinued med from here,
          gave pt rx for another medication.

/es/ KAREN BELL,CRNP

Signed: 02/03/2005 11:56

02/03/2005 ADDENDUM                    STATUS: COMPLETED
serevent order entered by pharmacy; pt will pick up at window tomorrow

/es/ KAREN BELL,CRNP

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

**550**

Signed: 02/03/2005 16:41

```
      TITLE: INTERDISCIPLINARY PATIENT/FAMILY EDUCATION
DATE OF NOTE: FEB 03, 2005@11:17     ENTRY DATE: FEB 03, 2005@11:17:42
      AUTHOR: LEWIS,FRANCES P      EXP COSIGNER:
      URGENCY:                           STATUS: COMPLETED
```

Educational Needs Assessment (Be Specific):

( ) No change since last visit.

1. Learning Abilities: Reads, Writes

2. Readiness to Learn: Receptive

3. Barriers to Learning: Select items from the listing below that
   best describes barriers to learning. If there are no barriers,
   Select None. None

4. Translator required:  No

5. Learning Preferences: Other-Doing

```
5.Learning Needs: ( )Diagnosis   ( )Safety
                  (X)Medications (X)Self Care
                  (X)Activity    ( )Treatments
                  ( )Tests       ( )Surgery
                  (X)Nutrition
```

Please make specific comments on any learning needs:

6. (X) Patient's or
   ( ) Significant others highest grade completed:
      Other

   Comments:    "I completed 3 years of college".

7. Instructions: At a minimum, document any education given for these
   categories "click a check mark" by each category of education given.
      k. Other-Responsibility of own health and care

Discussed and patient encouraged to exercise 30 min 3-4 times weekly to lose
and maintain weight control; helps to relieve stress and pain; helps to

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

strenghten lungs; helps to prevent disease processes such as htn, high
cholesterol level, diabetes and heart. Discussed: weight reduction; take **551**
medications as prescribed. Encouraged to eat balance meals. Writer verbally
demonstrated correct usage of oral inhaler and patient returned correct usage
verbally.


8. Outcome:(Click on each one that applies)
      Verbalized understanding
9. Discipline of Instructor:(Each discipline should sign IDTR)
   Nurse (RN,LPN}

10. General Equipment Training Certification:
    Type of Equipment:
    Serial Number:

    Name of Person Receiving Orientation:
     This patient or the responsible person identified above
has been trained and certified competent to safely and
effectively perform the functions associated with the
aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were
provided.

    Comment:

/es/ FRANCES LEWIS
LPN
Signed: 02/03/2005 14:14

Receipt Acknowledged By:
02/04/2005 07:26        /es/ KAREN BELL,CRNP


        TITLE: PC NURSING SCREENING NOTE
DATE OF NOTE: FEB 03, 2005@10:55    ENTRY DATE: FEB 03, 2005@10:55:23
     AUTHOR: LEWIS,FRANCES P    EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED


WORKS,TYRON  32
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

SUBJECTIVE: Patient states I am having back pain and pain is a 7 at present, I
have been off work since 11/2004 and is under Dr. Pinchback care and was started
on physical therapy in 12/2004 and I brought my medical record from him and I am
scheduled to have a fusion back surgery 2/8/2005 at Baptist; I had a cold in

---

**VISTA Electronic Medical Documentation**


Printed at CENTRAL ALABAMA HCS

# Progress Note

which I did get over it but since I have had a none productive cough for 1 months that I can not get rib of; would like to get consult for eye exam 3 to 4 months after surgery if possible.

123/64 (02/03/2005 10:51)63 (02/03/2005 10:51)20 (02/03/2005 10:51)97.5 F [36.4 C] (02/03/2005 10:51)

PAIN:7 (02/03/2005 10:51)

Active Outpatient Medications (including Supplies):

```
   Active Outpatient Medications                    Status
============================================================================
1)  RANITIDINE HCL 150MG (ZANTAC) TAB TAKE ONE TABLET BY    ACTIVE
      MOUTH EVERY DAY FOR STOMACH WITH FOOD FOR STOMACH
2)  TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET BY MOUTH     ACTIVE
      EVERY 4 HOURS AS NEEDED FOR PAIN
```

OTC Medicines: Aspirin 1 daily

Non VA Medications: Celebrex, Skelaxin, Darvocet, Cardizem, Ecotrin, Protonix

Herbals: None

Allergies: MUSHROOMS, TYPHOID VACCINE

Nutritional Screening:
1.  BMI >27       Yes-28
2.  BMI <21       No
3.  Unintentional weight loss/gain of 5 pounds or more in the past month     No
4.  Follow-up nutrition education needed.       Yes

5.  Nutrition education by dietitian documented for obesity, hypertension, diabetes mellitus, elevated cholesterol, etc. within the past 24 months.     Yes

EXERCISE SCREEN:MILD

Comments: "No routine exercising due to back".

Assessment: Patient alert, oriented, respirations regular with ease, ambulatory. None productive cough at intervals.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Clinical Reminder(s)/                                          **553**
  N-ALCOHOL SCREEN:
     Patient has consumed alcohol during the last 12 months.  AUDIT
        required
     AUDIT (Alcohol Use Disorder Identification Test) Questionnaire
        An alcohol screening test (AUDIT) was negative (score=2).
  N-Tobacco Screen/Cessation:
     Patient is a Lifetime non-tobacco user
  N-TB SCREEN:

     Admission Date:
             Visit Date:  02/03/05 11:00

        Purpose of Screening:

        Signs and Symptoms:

        High Risk History (Please indicate any identified positive factors
        by checking the appropriate boxes below):

        *  Patients who fall into one of these groups that are identified
        as high risk or have positive signs & symptoms, should receive PPD
        skin test if previously negative PPD history.

        ** Patients who do not fall into these groups are at low risk and
        should not be targeted for routine testing.

        PPD Skin Test History (If Done):
           Date of last PPD:


        If test positive, prophylaxis?



        Hx of TB disease:

        Treatment:

        Dates given:


  N-FLU SHOT:
     Patient refused Influenza Immunization at this encounter.
        Comment: Shot offered

Plan: Will refer above to provider.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)  | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

**554**

```
/es/ FRANCES LEWIS
LPN
Signed: 02/03/2005 11:17
```

```
        TITLE: IMAGE OF EMG
DATE OF NOTE: JAN 28, 2005@15:53    ENTRY DATE: JAN 28, 2005@15:53:53
     AUTHOR: JACKSON,PAULA R    EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

```
PLEASE VIEW IMAGE BY SELECTING, UNDER CPRS TOOLS MENU,
VISTA IMAGING DISPLAY.
```

```
/es/ PAULA R. JACKSON
PATIENTS'
Signed: 01/28/2005 15:54
```

```
        TITLE: PM&RS PHYSICAL THERAPY DAILY NOTE
DATE OF NOTE: JAN 13, 2005@13:42:53  ENTRY DATE: JAN 13, 2005@13:42:53
     AUTHOR: MOORE,CARL JR        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

                    Physical Therapy Daily Note

```
Name: WORKS,TYRON
SSN:  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
Date: 1/13/2005
DX: LOWBACK PAIN
Treatment Provided:

(  ) Initial Evaluation
(  ) Discharged evaluation
(  ) Interim evaluation
(  ) Gait training - 15 min
(  ) Home visit
(X ) Hot pack  TO LOWBACK
(  ) Hubbard tank- 15 min - temp 98-100F
(  ) Whirlpool-temp 98-100F
(  ) Joint mobilization
(  ) Neuromuscular -15 min
(  ) Orthotic (checkout list) -15 min
(  ) Vasopneumatic devices
(  ) Prosthetic training -15 min
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

( ) Self care training -15 min
( ) Telephone calls
( ) Patient counseling/ coordinating care
( ) Family education

**555**

(X ) Documentation
( ) Biofeedback
( ) Cold pack
( ) Conference
(X ) Electrical stimulation -15 min LOWBACK
( ) Therapeutic exercise -15 min
( ) Mechanical traction
(X ) Massage-15 min
( ) Diathermy
(X ) Ultrasound -15 min LOWBACK
( ) Paraffin
( ) Fluidotherapy
( ) TENS
( ) Wound care
( ) Debridement
( ) Neuromuscular -15 min
( ) Reeducation

Patient's Response to Treatment:
(X ) Tolerated treatment well
( ) C/O:


Treatment Time:
( ) 15 Min.              ( ) 45 Min.
( ) 30 Min.
                        (X ) 60 Min.


/es/ CARL MOORE JR
REGISTERED PHYSICAL THERAPIST
Signed: 01/13/2005 13:43


        TITLE: IMAGE OF NON-VA HISTORY & PHYSICAL
DATE OF NOTE: JAN 12, 2005@13:43    ENTRY DATE: MAY 15, 2006@13:44:31
      AUTHOR: JACKSON,PAULA R    EXP COSIGNER:
      URGENCY:                   STATUS: COMPLETED

PLEASE VIEW IMAGE BY SELECTING, UNDER CPRS TOOLS MENU,
VISTA IMAGING DISPLAY.

/es/ PAULA R. JACKSON
PATIENTS'
Signed: 05/15/2006 13:45

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**556**

```
        TITLE: PM&RS PHYSICAL THERAPY DAILY NOTE
DATE OF NOTE: JAN 11, 2005@14:26:03  ENTRY DATE: JAN 11, 2005@14:26:03
     AUTHOR: MOORE,CARL JR        EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
```

Physical Therapy Daily Note

```
Name: WORKS,TYRON
SSN:  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
Date: 1/11/2005
DX: LOWBACK PAIN
Treatment Provided:

(  ) Initial Evaluation
(  ) Discharged evaluation
(  ) Interim evaluation
(  ) Gait training - 15 min
(  ) Home visit
(X ) Hot pack  TO LOWBACK
(  ) Hubbard tank- 15 min - temp 98-100F
(  ) Whirlpool-temp 98-100F
(  ) Joint mobilization
(  ) Neuromuscular -15 min
(  ) Orthotic (checkout list) -15 min
(  ) Vasopneumatic devices
(  ) Prosthetic training -15 min
(  ) Self care training -15 min
(  ) Telephone calls
(  ) Patient counseling/ coordinating care
(  ) Family education
(X ) Documentation
(  ) Biofeedback
(  ) Cold pack
(  ) Conference
(X ) Electrical stimulation -15 min LOWBACK
(  ) Therapeutic exercise -15 min
(  ) Mechanical traction
(X ) Massage-15 min
(  ) Diathermy
(X ) Ultrasound -15 min LOWBACK
(  ) Paraffin
(  ) Fluidotherapy
(  ) TENS
(  ) Wound care
(  ) Debridement
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA   36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

( ) Neuromuscular -15 min
( ) Reeducation

**557**

Patient's Response to Treatment:
(X ) Tolerated treatment well
( ) C/O:


Treatment Time:
( ) 15 Min.                ( ) 45 Min.
( ) 30 Min.
( X ) 60 Min.

/es/ CARL MOORE JR
REGISTERED PHYSICAL THERAPIST
Signed: 01/11/2005 14:27

---

          TITLE: PM&RS PHYSICAL THERAPY DAILY NOTE
DATE OF NOTE: JAN 06, 2005@13:51:02  ENTRY DATE: JAN 06, 2005@13:51:02
     AUTHOR: GAILLARD,BARBARA     EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED


                   Physical Therapy Daily Note


Name: WORKS,TYRON
SSN:  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
Date: 1/6/2005
DX: LOWBACK PAIN
Treatment Provided:

( ) Initial Evaluation
( ) Discharged evaluation
( ) Interim evaluation
( ) Gait training - 15 min
( ) Home visit
(X ) Hot pack  TO LOWBACK
( ) Hubbard tank- 15 min - temp 98-100F
( ) Whirlpool-temp 98-100F
( ) Joint mobilization
( ) Neuromuscular -15 min
( ) Orthotic (checkout list) -15 min
( ) Vasopneumatic devices
( ) Prosthetic training -15 min
( ) Self care training -15 min
( ) Telephone calls

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

558

```
(  ) Patient counseling/ coordinating care
(  ) Family education
(X ) Documentation
(  ) Biofeedback
(  ) Cold pack
(  ) Conference
(X ) Electrical stimulation -15 min LOWBACK
(  ) Therapeutic exercise -15 min
(  ) Mechanical traction
(X ) Massage-15 min
(  ) Diathermy
(X ) Ultrasound -15 min LOWBACK
(  ) Paraffin
(  ) Fluidotherapy
(  ) TENS
(  ) Wound care
(  ) Debridement
(  ) Neuromuscular -15 min
(  ) Reeducation
```

```
Patient's Response to Treatment:
(X ) Tolerated treatment well
(  ) C/O:
```

```
Treatment Time:
(  ) 15 Min.            (  ) 45 Min.
(  ) 30 Min.            (X ) 60 Min.
```

```
/es/ BARBARA E GAILLARD
RPT
Signed: 01/07/2005 08:15
```

---

```
      TITLE: EMG CONSULT
DATE OF NOTE: JAN 05, 2005@14:52    ENTRY DATE: JAN 05, 2005@14:52:35
      AUTHOR: LAIPRASERT,JIRAPUN   EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

```
see report
```

```
/es/ JIRAPUN LAIPRASERT
PHYSICIAN/PM&R MANAGER
Signed: 01/05/2005 14:53
```

---

```
      TITLE: PLAN OF TREATMENT-OUTPATIENT REHABILITATION
DATE OF NOTE: JAN 04, 2005@09:20    ENTRY DATE: JAN 10, 2005@09:20:29
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Printed On Oct 19, 2006

**559**

AUTHOR: CHAMBLISS,VERDELLE     EXP COSIGNER:
URGENCY:                                STATUS: COMPLETED

          PLAN OF TREATMENT FOR OUTPATIENT REHABILITATION:

The patient listed here has been evaluated per consult from you or your
service by  PT .

Medical Center Policy mandates that this patient's physician review the
PLAN OF CARE (POC) at the start of treatment and EVERY 30 DAYS thereafter.
Your SIGNATURE IS REQUIRED for the complete processing of your patient's
POC. My electronic signature below as the first signer designates me as
the creator of this POC and your electronic signature below mine is your
CERTIFICATION that these services as presented in the plan are necessary
to meet the patient's needs.

TYPE OF SERVICE REQUESTED.........:  PT
PRIMARY MEDICAL DIAGNOSIS.........: LOW BACK PAIN
ONSET DATE OF MEDICAL DIAGNOSIS...:
TREATMENT DIAGNOSIS...............: LOW BACK PAIN

PRIOR HOSPITALIZATION DATES...FROM: TO:N/A
(if relevant to this POC)
CERTIFICATION...........FROM:Jan 4,2005 THROUGH:Jan 28,2005
SERVICE DATES...........FROM:Jan 4,2005 THROUGH:Jan 28,2005

START OF CARE (SOC) DATE..........: Jan 4,2005
# VISITS SINCE SOC................: 0
FREQUENCY/DURATION OF TREATMENT...: 2 WEEKS FOR 4 WEEKS

INITIAL ASSESSMENT AND PLAN OF CARE:
(SEE BELOW AND ALSO **** NOTE OF ***** FOR FURTHER DETAILS):
(summary/impressions, prognosis, functional goals, time frames, etc.)

FUNCTIONAL LEVEL PROGRESS REPORT/FUNCTIONAL MEASURES (at end of 30 day
period relate documentation of functional outcomes and remaining
problems):
Services: Continue Services
DIAGNOSIS: LOW BACK                    SECONDARY DX :

ONSET DATE: 11-4-04

PREMORBID STATUS/BARRIERS: NONE

PROGNOSIS FOR REHAB POTENTIAL: FAIR

SAFETY PRECAUTIONS: NONE

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

FUNCTIONAL LIMITATIONS: LOW BACK

**560**

*******PLEASE INSERT AN [X] FOR THE CORRECT RESPONSE************

[ ]MENTAL          [ ]CARDIOVASCULAR              [ ]AMBULATION
[ ]SPEECH          [ ]RESPIRATORY
[ ]VISION          [ ]BOWEL/BLADDER (INCONTINENCE)[ ]CONTRACTURE
[ ]HEARING         [ ]OTHER/SPECIFIC              [ ]PARALYSIS
[ ]SENSATION                                       [ ]ENDURANCE
Cognition/Expression: NORMAL

                                                   [ ]AMPUTATION


STRENGTH:       LEFT      RIGHT        ROM      LEFT      RIGHT
SHOULDER:       N         N                     N         N
ELBOW:          N         N                     N         N
WRIST:          N         N                     N         N
FINGERS:        N         N                     N         N
HIPS:           F+        F+           FORWARD BENDING-60CM
KNEE: ANKLE:    F+        F+                    WFL       WFL

POSTURE:Gait,Distance,Device,Balance, Assistive Modality: WFL


EXERCISE PROGRAM:[ ]PROM    [ ]JAAROM    [ ]RESISTIVE    LBS.
                 [ ]COORDINATION    [ ]STRETCHING

#REPETITIONS [ ]RUE  [ ]RLE   [ ]LUE    [ ]LLE   [ ]NECK
             [ ]BACK

TREATMENT PLANS: ULTRASOUND, HOT PACKS, MASSAGE AND MCKENZIE EXERCISES
                 2 XWK FOR 4WKS (T&TH@10AM) BY DR.LAIPRASERT

GOALS:TO REDUCE PAIN

SHORT TERM GOALS: TO REDUCE PAIN IN THE LOWER BACK FROM 8/10 TO 4/10.

LONG TERM GOALS: TO REDUCE ALL PAIN TO 3/10.

REASON FOR DISCHARGE: PATIENT REACHED MAXIMUM BENEFIT FROM PT
                      TREATMENTS.

TX DATES FROM : 1-4-05      TO          # OF TX:
SESSIONS ATTENDED:          MISSED:
HOMEBOUND STATUS:

RECOMMEND HOME PROGRAM: ONGOING!

PATIENT & FAMILY EDUCATION:ONGOING!

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

**561**

```
/es/ VERDELLE G CHAMBLISS
CHIEF OF P.T.
Signed: 01/10/2005 09:25
```

```
        TITLE: PM&RS PHYSICAL THERAPY EVALUATION
DATE OF NOTE: JAN 04, 2005@10:40:41  ENTRY DATE: JAN 04, 2005@10:40:41
    AUTHOR: MOORE,CARL JR      EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
```

```
                  PHYSICAL THERAPY EVALUATION
Circle & Date:1-4-05

Initial:X         REASSESSMENT:         DISCHARGE:

PATIENT NAME: WORKS,TYRON       SSN: 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   OUTPATIENT

DIAGNOSIS: LOW BACK                SECONDARY DX :

ONSET DATE: 11-4-04

PREMORBID STATUS/BARRIERS: NONE

PROGNOSIS FOR REHAB POTENTIAL: FAIR

SAFETY PRECAUTIONS: NONE

FUNCTIONAL LIMITATIONS: LOW BACK

*******PLEASE INSERT AN [X] FOR THE CORRECT RESPONSE************
```

| | | | |
|---|---|---|---|
| [ ]MENTAL | [ ]CARDIOVASCULAR | [ ]AMBULATION |
| [ ]SPEECH | [ ]RESPIRATORY | |
| [ ]VISION | [ ]BOWEL/BLADDER (INCONTINENCE) | [ ]CONTRACTURE |
| [ ]HEARING | [ ]OTHER/SPECIFIC | [ ]PARALYSIS |
| [ ]SENSATION | | [ ]ENDURANCE |
| Cognition/Expression: NORMAL | | |
| | | [ ]AMPUTATION |

| STRENGTH: | LEFT | RIGHT | ROM | LEFT | RIGHT |
|---|---|---|---|---|---|
| SHOULDER: | N | N | | N | N |
| ELBOW: | N | N | | N | N |
| WRIST: | N | N | | N | N |
| FINGERS: | N | N | | N | N |
| HIPS: | F+ | F+ | | FORWARD BENDING-60CM | |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

8)

# Progress Note

KNEE ANKLE:     F+     F+                          WFL     WFL          **562**

POSTURE:Gait,Distance,Device,Balance, Assistive Modality: WFL

EXERCISE PROGRAM:[ ]PROM     [ ]JAAROM     [ ]RESISTIVE     LBS.
                 [ ]COORDINATION     [ ]STRETCHING

#REPETITIONS [ ]RUE     [ ]RLE     [ ]LUE     [ ]LLE     [ ]NECK
             [ ]BACK

ASSESSMENT:  Patient's response to treatment: TBA

TREATMENT PLANS: ULTRASOUND, HOT PACKS, MASSAGE AND MCKENZIE EXERCISES
                2 XWK FOR 4WKS (T&TH@10AM) BY DR.LAIPRASERT


GOALS:TO REDUCE PAIN

SHORT TERM GOALS: TO REDUCE PAIN IN THE LOWER BACK FROM 8/10 TO 4/10.

LONG TERM GOALS: TO REDUCE ALL PAIN TO 2/10.

ACHIEVEMENT OF GOALS: TBA

REASON FOR DISCHARGE: HEALED OR PATIENT REACHED MAXIMUM BENEFIT FROM PT
                     TREATMENTS.

TX DATES FROM : 1-4-05     TO          # OF TX:
SESSIONS ATTENDED:          MISSED:
HOMEBOUND STATUS:

RECOMMEND HOME PROGRAM: ONGOING!

PATIENT & FAMILY EDUCATION:ONGOING!

/es/ CARL MOORE JR
REGISTERED PHYSICAL THERAPIST
Signed: 01/04/2005 10:56

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

*Law Offices of*
# S. Kay Dansby, PC

563

Phone (334) 834-7001
Fax    (334) 834-7002
Email skdansby@bellsouth.net

November 10, 2006

Via Hand Delivery
Office of Disability Adjudication and Review
3381 Atlanta Highway
Montgomery, AL 36109

ADMINISTRATIVE
LAW JUDGE

NOV 13 2006

REGION IV
MONTGOMERY

RE: Tyron Works
SSI: 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

Dear Sir or Madam:

Enclosed are medical records dated 02/12/05 from 08/14/06 from Dr. W. L. Pinchback, M. D. to be associated with the above-named claimant's file.

If you have any questions, please contact me.

Respectfully,

S. Kay Dansby

Enclosers
SKD/pv

Exhibit ___ IIF ___ (27 Pages)

05-153



ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**564**

SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

Tyron Works
MR#: 27584
08/14/06

ADMINISTRATIVE
LAW JUDGE

NOV 13 2006

REGION IV
MONTGOMERY

**CHIEF COMPLAINT: MRI RESULTS BACK PAIN**

**HISTORY OF PRESENT ILLNESS:**
This patient is in today and still having some problems with pain in his lower back but it is not as severe as it was when he was here before. The pain in his back radiates down into his right hip area.

**MEDICATIONS HISTORY:**
Patient is also taking Aspirin 81 mg, Cardizem, flexeril, ketorolac, Protonix and vicodin

**ALLERGIES:** Typhoid vaccine

**EXAMINATION:**
**VITAL SIGNS:** B/P - 132/79, Pulse - 69, Temperature - 96.7, Weight - 214.00 lbs, Height - 72 inches
On examination today, he ambulates with a normal gait. He flexes his lumbar spine about 40 degrees, extends 20 degrees, and lateral bending is 20 degrees in each direction. He still has some paravertebral muscle spasms in the lower back in the area of L4-L5 and L5-S1.

**X-RAYS:**
I reviewed the MRI of his lumbar spine and it showed that his arthrodesis appears to be adequate and he has no abnormality of the disc above the fusion site and his facet joints actually look pretty good above the fusion site.

**ASSESSMENT (DIAGNOSIS):**
1. Facet joint arthritis, 721.7, Not Treated
2. Spondylosis Of Unspecified Site With Myelopathy, 721.91, Not Treated
3. Disc, Lumbar, 722.10, Not Treated
4. Discogenic lower back pain, 722.73, Not Treated
5. Pain, Lumbar, 724.2, Not Treated
6. Bursitis over hardware lumbar spine, 727.3, Not Treated
7. Sprain, Lumbar, 847.2, Improving

**TREATMENT PLAN:**
His symptoms are consistent with a chronic lumbar strain and probably decompensated lower back. We will start him on some physical therapy consisting of electrical muscle stimulation, thermal therapy, therapeutic exercises, and isokinetic strengthening exercises for his lower back. We will also have him do some physical conditioning and flexibility exercises. He is to return for follow-up evaluation in the office in four to six weeks.

2

FOLLOWUP: Return visit in 5 to 6 Weeks- post PT

**565**

W.L. Pinchback, Jr., M.D.
WLPjr/swb

ADVANCED ORTHOPEDIC



**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**566**

SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

Tyron Works
MR#: 27584
08/04/06

CHIEF COMPLAINT:
1. Pt c/o increase lowback pain since last

HISTORY OF PRESENT ILLNESS:
This patient is a 34-year old young man seen again in regards to evaluation of his lower back. He had a posterior lateral lumbar arthrodesis at L5-S1 bilaterally back in February 2005. Since that time he has been doing fairly well and has not been complaining of pain or discomfort. He went back to work about a month and a half ago and has been doing well. His work requires that he do a lot of standing and walking. However, this past Saturday he began experiencing severe pain and discomfort in his lower back with no pain radiating into his legs but he does have some pain radiating into his right hip or groin area.

MEDICATIONS HISTORY:

Patient is also taking Aspirin 81 mg, Cardizem, flexeril, ketorolac, Protonix and vicodin

ALLERGIES: Typhoid vaccine

GENERAL - Denies fever, or chills
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - wears eye glasses
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - chronic sinus problem and nasal congestion
MOUTH - Denies sore throat, or canker sores, dentures
NECK - Denies pain or swelling
RESPIRATORY - Denies shortness of breath, cough, wheezing
CARDIOVASCULAR - Denies palpitations, chest pain, orthopnea, PND, peripheral edema, syncope or claudication
GASTROINTESTINAL - diarrhea, heartburn, nausea and vomiting
GENITOURINARY - Denies dysuria, frequency of urination, urgency, foul smelling urind, STDs, or hesitancy
MUSCULOSKELETAL - back pain, decreased range of motion, difficulty in walking, joint pain, muscle pain and old injury
NEUROLOGICAL - Denies localized numbness, weakness, or tingling
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - hypertension; Accidents - military injury 1997; Surgeries - arthroscopy (Bil knees), 1995,1999 and 000; PCP Dr. Jefferson Underwood III, 12/04;

SOCIAL HISTORY: Alcohol Use - drinks occasionally; Smoking - denies smoking; Diet - caffeine free diet;

Lifestyle - stressful lifestyle and active lifestyle; Seat Belt Use - always uses seat belts; Occupation - Computer programmer; Illicit Drug Use - denies use of street drugs; Sexual Activity - did not discuss sexual history; Job Description - Standing, pushing, pulling, lifting (100+ lbs.); Hours Worked - 40 hours per week;

**FAMILY HISTORY OF:**                                                                                                    **567**
1. CVA, unknown type
2. Diabetes-unknown type
3. Heart disease
4. HIV
5. Hypercholesterolemia
6. Hypertension
7. TB

**EXAMINATION:**

VITAL SIGNS: B/P - 130/79, Pulse - 84, Temperature - 97.0, Weight - 213.20 lbs, Height - 72 inches
On examination today, he ambulates with very guarded movements. He has minimal flexion and extension of his lower back. He has a very positive rock and tilt test. Straight leg raising is negative bilaterally but he has false positive straight leg raising on the right at about 40 degrees. He has tenderness in his right hip on manipulation but this tenderness is mainly over the area of the sciatic bursa. He has marked paravertebral muscle spasms in the lumbar spine region. He has marked point tenderness also diffusely throughout his lower back. He has a healed surgical scar from a bilateral posterior lateral lumbar arthrodesis. His dorsalis pedis and posterior tibular pulses are 3+ bilaterally. He has good skin tone and color.

**X-RAYS:**
I reviewed the x-rays of the lumbar spine and it shows that the patient's hardware is in excellent position. There is no evidence of loosening. There is no evidence of any additional deformity in his back or pathology in his lower back. His disc spaces are very well maintained.

**ASSESSMENT (DIAGNOSIS):**
1. Facet joint arthritis, 721.7, Not Treated
2. Spondylosis Of Unspecified Site With Myelopathy, 721.91, Not Treated
3. Disc, Lumbar, 722.10, Not Treated
4. Discogenic lower back pain, 722.73, New
5. Pain, Lumbar, 724.2, Not Treated
6. Bursitis over hardware lumbar spine, 727.3, New
7. Sprain, Lumbar, 847.2, New

**TREATMENT PLAN:**
This patient's symptoms are consistent with a possible acute bursitis over his hardware and acute lumbar strain. I would like to get an MRI of his lumbar spine and start him on an antiinflammatory medication Celebrex 200 mg taken daily with food. We used Celebrex because the patient has a history of gastric reflux and is presently taking Protonix. We also gave him a prescription for Skelaxin 800 mg taken three times a day and Darvocet N 100 for pain. He is to get an MRI of his lumbar spine and return for follow-up evaluation following the MRI.

DIAGNOSTIC TESTS: MRI Lumbar Spine

DRUG RX: Celebrex 200 mg 1 po qd w/food, DARVOCET N-100 1 OR 2 Q 4 HRS PRN PAIN and Skelaxin 800mg 1 tid

FOLLOWUP: After MRI

W.L. Pinchback, Jr., M.D.
WLPjr/swb

**563**



ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**569**

SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL 36106
Phone (334) 262-0523  Fax (334) 262-5915

Tyron Works
MR#: 27584
09/21/05

CHIEF COMPLAINT:
1. Followup of 3MTH. LUMBAR

HISTORY OF PRESENT ILLNESS:
This patient is a 33-year old man who had a posterior lateral lumbar arthrodesis done in February of 2005. He is doing very well and has been progressing satisfactorily. He has no complaints of pain or discomfort in his lower back.

MEDICATIONS HISTORY:

Patient is also taking Aspirin 81 mg, Cardizem, Protonix and vicodin

ALLERGIES: Typhoid vaccine

GENERAL - Denies fever, or chills
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - wears eye glasses
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - chronic sinus problem and nasal congestion
MOUTH - Denies sore throat, or canker sores, dentures
NECK - Denies pain or swelling
RESPIRATORY - Denies shortness of breath, cough, wheezing
CARDIOVASCULAR - Denies palpitations, chest pain, orthopnea, PND, peripheral edema, syncope or claudication
GASTROINTESTINAL - diarrhea, heartburn, nausea and vomiting
GENITOURINARY - Denies dysuria, frequency of urination, urgency, foul smelling urind, STDs, or hesitancy
MUSCULOSKELETAL - back pain, decreased range of motion, difficulty in walking, joint pain, muscle pain and old injury
NEUROLOGICAL - Denies localized numbness, weakness, or tingling
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - hypertension; Accidents - military injury 1997; Surgeries - arthroscopy (Bil knees), 1995,1999 and 000; PCP Dr. Jefferson Underwood III, 12/04;

SOCIAL HISTORY: Alcohol Use - drinks occasionally; Smoking - denies smoking; Diet - caffeine free diet; Lifestyle - stressful lifestyle and active lifestyle; Seat Belt Use - always uses seat belts; Occupation - Computer programmer; Illicit Drug Use - denies use of street drugs; Sexual Activity - did not discuss sexual history; Job Description - Standing, pushing, pulling, lifting (100+ lbs.); Hours Worked - 40 hours per week;

FAMILY HISTORY OF:
1. CVA, unknown type
2. Diabetes-unknown type
3. Heart disease
4. HIV
5. Hypercholesterolemia
6. Hypertension
7. TB

**7**

EXAMINATION:
VITAL SIGNS: B/P - 140/75, Pulse - 77, Temperature - 98.4, Weight - .00 lbs, Height - 72 inches.
On examination today, he ambulates with a normal gait. He flexes only about 30 to 40 degrees and extends about 15 degrees. Lateral bending is about 20 degrees in each direction.  This patient's wounds are well healed.

X-RAYS:
I reviewed his x-rays and it shows good bone mineralization with the retained pedicle screws in excellent position and there is no evidence of loosening.  It appears that he does have a good consolidation of his bone at the level of his fusion site.


ASSESSMENT (DIAGNOSIS):
1. Facet joint arthritis, 721.7, Status Post Surgery
2. Spondylosis Of Unspecified Site With Myelopathy, 721.91, Status Post Surgery
3. Disc, Lumbar, 722.10, Not Treated
4. Intervertebral Disc Disorder With Myelopathy Lumbar Region, 722.73, Status Post Surgery
5. Pain, Lumbar, 724.2, Not Treated


TREATMENT PLAN:
We will start him on some physical therapy consisting of range of motion, therapeutic exercises, and isokinetic strengthening exercises. We will check him for follow-up evaluation in five to six weeks.

FOLLOWUP: Return visit in 5  to 6 Weeks- post PT.



W.L. Panchback, Jr, M.D.
WLPjr/smp



## ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**571**

### SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

Tyron Works
MR#: 27584
06/22/05

CHIEF COMPLAINT:
1. Followup of lumbar pains

HISTORY OF PRESENT ILLNESS:
This patient is in today and progressing satisfactorily, however, he did have a little set back with the pain in his back because he tried to do some yard work. He complains of some stiffness in his back today.

MEDICATIONS HISTORY:

Patient is also taking Aspirin 81 mg, Cardizem, Protonix and vicodin

ALLERGIES: Typhoid vaccine

GENERAL - Denies fever, or chills
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - wears eye glasses
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - chronic sinus problem and nasal congestion
MOUTH - Denies sore throat, or canker sores, dentures
NECK - Denies pain or swelling
RESPIRATORY - Denies shortness of breath, cough, wheezing
CARDIOVASCULAR - Denies palpitations, chest pain, orthopnea, PND, peripheral edema, syncope or claudication
GASTROINTESTINAL - diarrhea, heartburn, nausea and vomiting
GENITOURINARY - Denies dysuria, frequency of urination, urgency, foul smelling urine, STDs, or hesitancy
MUSCULOSKELETAL - back pain, decreased range of motion, difficulty in walking, joint pain, muscle pain and old injury
NEUROLOGICAL - Denies localized numbness, weakness, or tingling
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - hypertension; Accidents - military injury 1997; Surgeries - arthroscopy (Bil knees), 1995,1999 and 000; PCP Dr. Jefferson Underwood III, 12/04;

SOCIAL HISTORY: Alcohol Use - drinks occasionally; Smoking - denies smoking; Diet - caffeine free diet; Lifestyle - stressful lifestyle and active lifestyle; Seat Belt Use - always uses seat belts; Occupation - Computer programmer; Illicit Drug Use - denies use of street drugs; Sexual Activity - did not discuss sexual history; Job Description - Standing, pushing, pulling, lifting (100+ lbs.); Hours Worked - 40 hours per week;

FAMILY HISTORY OF:
1. CVA, unknown type
2. Diabetes-unknown type
3. Heart disease
4. HIV
5. Hypercholesterolemia
6. Hypertension
7. TB

9

EXAMINATION:

VITAL SIGNS: B/P - 135/75, Pulse - 73, Temperature - 98.4, Weight - 190.00 lbs, Height - 72 inches.
On examination today, he ambulates with a relatively normal gait with some guarded movements. He does have some tightness around his scar tissue in his back.    **572**

ASSESSMENT (DIAGNOSIS):
1. Facet joint arthritis, 721.7, Status Post Surgery
2. Spondylosis Of Unspecified Site With Myelopathy, 721.91, Status Post Surgery
3. Disc, Lumbar, 722.10, Not Treated
4. Intervertebral Disc Disorder With Myelopathy Lumbar Region, 722.73, Status Post Surgery
5. Pain, Lumbar, 724.2, Improving

TREATMENT PLAN:
I advised him to have his girlfriend massage his back. I will have him continue to exercise on his own by walking as much as possible. We will see him for followup evaluation in about three months. At that time, we may consider starting him on some light physical therapy.


W.L. Pinchback, Jr., M.D.
WLP:rhe

# ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**



**573**

## SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL  36106
Phone (334) 262-0523  Fax (334) 262-5915

UNIT: 03/97

### DISABILITY DETERMINATION SERVICE
### POST OFFICE BOX 830300
### BIRMINGHAM, ALABAMA 35283-0300

*Birmingham Number 205-989-2100*
*Toll-Free Number 1-800-292-8106*
                                            *Toll-Free Fax Number 1-800-524-6489*
May 19, 2005

CLAIM: 258025
TDN:    1749574989

ADVANCED ORTHOPEDIC SURGICAL          RE:   TYRON WORKS
SPECIALISTS PC                        AKA:
1329 MULBERRY STREET                        435 LURENE CIRCLE
MONTGOMERY AL 36106-1182                    MONTGOMERY AL 36109
                                      A/N:  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 INT/SSA
                                      DOB:  February 6, 1972

Warner Louis Pinchback Jr MD

The Disability Determination Service (DDS) obtained the enclosed consultative examination on this individual. The
individual asked that you receive a copy of the examination.

The medical evidence may be of such a nature that the disclosure to the individual could have an adverse impact on the
individual's health or interfere with the individual's medical management. For this reason, it is suggested that you exercise
caution in revealing the exact contents of the records or in releasing the records directly to the individual.

Sincerely,

Beth Jones
Disability Specialist, Telephone Ext 143

MS10 - BJ
Enclosures

RQID. 1749574589258025    SITE S01 DR F
SSN: 419087667 DOCTYPE: 0001 RF; P CS. 0350

ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**574**

SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

MDSI PHYSICIAN SERVICES
1701 WEST 2450 SOUTH
OGDEN, UTAH 84401
(801) 627-1093



| | |
|---|---|
| CLAIMANT: | Tyron Works |
| SSN: | 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 |
| PHYSICIAN: | James O. Colley, MD |
| ANALYST: | Jones/143 |
| CONTRACT #: | 258025 |
| LOCATION: | Montgomery, Alabama |
| DATE OF EXAM: | May 6, 2005 |

**IDENTIFICATION DATA:** Date of birth: February 6, 1972. Age: 33. The claimant is a 33-year-old African-American male who is right-hand dominant. The claimant states he has a high school education plus three years of college and last worked in November 2004. The claimant was in the military for eight years (Army) and was in the first Desert Storm operation and in Bosnia. He is currently receiving 80% disability through the Veteran's Administration and is a first time applicant through DDS. At the time that he quit working he was working for the state in the financial sector.

**INTERPRETER INFORMATION:** Not applicable.

**CHIEF COMPLAINTS:**
1. Low back pain.
2. Knee pain.
3. Heart condition.

**REVIEW OF RECORDS:** There is a Disability Report for an Adult that is on the chart and is filled out.

There is an operative report of the lumbosacral spine on the chart dated February 8, 2005.

There are records on the chart from Central Alabama Veteran's Administration Hospital and Clinics.

There is a history and physical on the chart by Dr. Pinchback dated December 6, 2004.

There is a Physical Activities Questionnaire on the chart that has been filled out.

12

## ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**575**

## SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL  36106
Phone (334) 262-0523  Fax (334) 262-5915

**CLAIMANT:**  Tyron Works                                              PAGE 2

**HISTORY OF PRESENT ILLNESS:**  The claimant is a 33-year-old
African-American male who is status post right lumbar
laminectomy at L5-S1 plus fusion and insertion of hardware on
February 8, 2005.  He states he injured his back while in the
military and although his surgery helped, he continues to have
low back pain of 8/10.  He can still only walk two or three
blocks.  He states he has not been released yet from Dr.
Pinchback's service.  He can only sit for about 30-45 minutes.
Prior to surgery he stated he had spasms in the legs, especially
on the right, and his entire leg would go numb.  He could only
walk for half a block at that time.

The claimant states he has bilateral knee pain, left greater
than right.  He had arthroscopic surgery on the right knee in
May 1999.  He had the left knee scoped in November 2000.  He
again had surgery on the left knee at the Veteran's
Administration in February 2003. He states both swell.  There is
no popping or grinding present.  The left knee locks and
buckles.

The claimant also gives a history of atrial fibrillation in the
past that is controlled with his present medical regimen.  There
is no history at the present time of palpitations, fluttering,
orthopnea, paroxysmal nocturnal dyspnea, or fluid retention.

**IMPACT ON ACTIVITIES OF DAILY LIVING:**  He can drive for a short
distance occasionally.  He does no yard work and no housework.
He does light grocery shopping.

**CURRENT MEDICATIONS:**
1.  Aspirin one a day.
2.  Phenergan 25 mg p.r.n. nausea.
3.  Skelaxin 800 mg t.i.d.
4.  Darvocet N 100 p.r.n. pain q. 4 h.
5.  Albuterol meter dose inhaler.
6.  AeroBid meter dose inhaler.
7.  Vicodin 500/5 mg p.r.n. pain q. 4 h.
8.  Protonix 40 mg a day.
9.  Serevent disk.
10. Cardizem CD 120 mg a day.

**PAST MEDICAL HISTORY:**
1.  Asthma.
2   Allergic sinusitis.



# ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

576

## SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL 36106
Phone (334) 262-0523  Fax (334) 262-5915

---

**CLAIMANT:**  Tyron Works                                    PAGE 3

These are both currently stable.

**FAMILY HISTORY:**  Positive for asthma, high blood pressure, strokes, and heart attacks.

**REVIEW OF SYSTEMS:**  The claimant's review of systems was normal except for cardiovascular.

**SOCIAL HISTORY:**  The claimant's social history was noncontributory.

**PHYSICAL EXAMINATION:**
GENERAL APPEARANCE & OBSERVATIONS:  The claimant was honest. He gave good effort. He was consistent. He had a rather nasal voice from allergic sinusitis. The claimant is well-built, well-nourished, and in no acute distress. The claimant was alert and oriented X 3.

The claimant had good hygiene and was appropriately dressed.

He moves slowly but had an even gait.

The claimant had a normal affect.

VITAL SIGNS:
HEIGHT AND WEIGHT WITHOUT SHOES:  5'11"; 200 lb.
BLOOD PRESSURE:  130/90.
PULSE:  90.
RESPIRATIONS:  20.
SNELLEN'S TEST:  Without lenses: Left 20/20; right 20/20.

HEAD:  Normocephalic, atraumatic. Palpation of the head reveals no tenderness.

EYES:  Normal orbit and globe. Normal conjunctivae, cornea shows normal finding. Both lids are normal. Pupils are equal in size, round, reactive to light and accommodation. Extraocular muscles are intact.

EARS/NOSE/MOUTH/THROAT:  Examination of external ears normal helix, tragus, and ear lobe. Both canals are clean. Membranes are pearly gray, normal landmarks, good light reflex. Both ears are normal to finger rub. Normal nasal mucosa, no polyp, ulcer or lesion. Lips are normal with no lesion. Oral mucosa is

14

ADVANCED ORTHOPEDIC



**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**577**

SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

CLAIMANT: Tyron Works                                    PAGE 4

normal.   Hard and soft palates are normal.    Teeth are
satisfactory.   Gums are normal.   Tongue shows no ulcer or
lesion. Tonsils are normal with no lesion. Uvula is normal.

NECK/NODES:   Supple without adenopathy, thyromegaly, or masses.
No jugular venous distention.   Carotids without bruits, or
thrills.   There were no palpable cervical, supraclavicular,
epitrochlear, axillary, or inguinal lymph nodes.

CHEST/LUNGS:    The claimant had a normal anteroposterior
diameter.   There was no increased expiratory time.  The chest
wall moved symmetrically with normal excursions.   The claimant
did not use accessory muscles for respiration. The claimant's
lungs were clear.   There were no wheezes, rales, or rhonchi
heard.

CARDIOVASCULAR:   Regular rate and rhythm.   Normal S1, S2.   No
extra sounds or murmurs were heard.    There was no clubbing,
cyanosis, or edema.  Point of maximal impulse non displaced.

ABDOMEN:   Soft and nontender and nondistended.   Bowel sounds
positive.    No hepatosplenomegaly or masses palpable.    No
costovertebral angle tenderness and no guarding.

PULSES:   Pulses were +2/4 bilaterally and equal in the upper and
lower extremities.

COORDINATION, STATION, AND GAIT:   The claimant had a normal
station, normal gait, and normal coordination.   Romberg was
negative.   Finger-to-nose was normal.   The claimant could not
squat down.   He could not do heel-to-knee due to low back pain.
The claimant could tandem walk but could not walk on his heels
and toes.   Again, the claimant gives good effort during the
heel-to-knee test.

ASSISTIVE DEVICE:  He uses a single-point cane and had bilateral
Velcro knee braces with hinges.   These were prescribed at the
Veteran's Administration.  He used the single-point cane in his
right hand.  He states he has a hard high back brace at home.

RANGE OF MOTION:
CERVICAL:   Flexion 30 degrees, extension 30 degrees, lateral
flexion 45 degrees and rotation 60 degrees.

*15*

## ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**



**578**

### SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

CLAIMANT:  Tyron Works                                    PAGE 5

DORSOLUMBAR:  Lateral flexion 0 degrees, flexion 20 degrees and
extension 0 degrees.

HIP JOINTS·  Internal rotation 40 degrees, external rotation 50
degrees, abduction 40 degrees, adduction 40 degrees, forward
flexion 60 degrees due to back pain, and backward flexion 20
degrees bilaterally.

KNEE JOINTS:  Flexion 90 degrees and extension 180 degrees
bilaterally.

ANKLE JOINTS:  Dorsiflexion 20 degrees and plantar flexion 40
degrees bilaterally.

STRAIGHT LEG RAISING:  Negative sitting and supine.

SHOULDER JOINTS:  Forward elevation 160 degrees, abduction 160
degrees, adduction 30 degrees, external rotation 90 degrees, and
internal rotation 80 degrees and backward extension 40 degrees
bilaterally.

ELBOW JOINTS:  Flexion/extension 150-180 degrees, supination 80
degrees, and pronation 90 degrees bilaterally.

WRIST JOINTS:  Dorsiflexion 60 degrees, palmar flexion 70
degrees, radial deviation 20 degrees, and ulnar flexion 30
degrees bilaterally.

FINGERS/THUMBS:  Metacarpophalangeal joints 90 degrees, proximal
interphalangeal joints 100 degrees, distal interphalangeal
joints 70 degrees bilaterally, with extension out to 180 degrees
or zero degrees.  There was normal abduction and adduction of
the fingers.  The claimant was able to approximate the thumbs to
the fingertips and make a good fist bilaterally, with good
dexterity bilaterally.

GENERAL FINDINGS:  He has two 4-5 cm scars on either side of the
lumbosacral spine possibly 2 cm off the center.  He had trigger
point tenderness over the incisions that was mild to moderate.
There were no paravertebral muscle spasms. Straight leg raising
was negative.  He had pain on range of motion of his knees
without an effusion.  The patellae moved freely.  He guards both
lower extremities on range of motion.  There is no instability.

16

## ADVANCED ORTHOPEDIC



**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

579

### SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

---

**CLAIMANT:** Tyron Works                                    PAGE 6

There is no deformity and no crepitus. The claimant has smooth
hands. No calluses are noted.

**NEUROLOGICAL EXAMINATION:**
MOTOR STRENGTH/MUSCLE BULK AND TONE: The claimant is a right-
hand dominant. Grip strength was 5+/5, upper extremity strength
was 5+/5, and lower extremity strength was 5+/5. The claimant
had good muscle bulk and tone. There was no atrophy.

SENSORY EXAM: Normal throughout as to pinprick and vibration.

DEEP TENDON REFLEXES: Reflexes were +2/4 and symmetrical knees,
ankles, and elbows. Babinski was negative.

CRANIAL NERVES II THROUGH XII: Cranial nerves II-XII were
intact.

**DIAGNOSES**
1.  Degenerative disk disease of the lumbosacral spine status
post laminectomy and fusion at L5-S1 on the right on February 8,
2005, improving. There are no further symptoms of right lumbar
radiculopathy.

2.  Degenerative joint disease of the knees status post
multiple arthroscopic surgical procedures, on the right in May
1999 and left November 2000 and February 2003.

3.  Past history of atrial fibrillation, stable on present
medical regimen.

4.  Asthma.

5.  Allergic sinusitis.

6.  Reflux symptoms secondary to medication.

7.  Hypertension.

**FUNCTIONAL ASSESSMENT/MEDICAL SOURCE STATEMENT:** The claimant is
a healthy-appearing, 35-year-old African-American male who had a
laminectomy and fusion at L5-S1 on the right three months ago,
for which he is not fully recovered. The claimant states he is
getting out more and more and walking 2-3 blocks, building
himself up. Prior to surgery he had a right lumbar

17



ADVANCED ORTHOPEDIC

W.L. Pinchback, Jr., M.D., F.A.A.O.S. 

580

## SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

CLAIMANT: Tyron Works                          PAGE 7

radiculopathy and could only walk for 1/2 block.  He is no
longer having radicular symptoms and has a motor strength of
5-/5 and symmetrical reflexes.  He has negative straight leg
raising.  He has degenerative joint disease of the knees and has
had multiple arthroscopic surgical procedures in the past.  He
has no deformity, effusions, or instability.

The number of hours that the claimant could be expected to stand
and walk in an eight-hour workday is 4-6 hours at this point in
time taking breaks every 30-45 minutes.

The number of hours the claimant could sit in an eight-hour
workday is about six hours taking routine breaks.

The claimant uses bilateral Velcro hinge braces for his knees
and a single-point cane at this point in time.

The amount of weight the claimant could lift or carry would be
no more than 10 pounds occasionally and 5 pounds frequently.

He could occasionally bend and stoop.  He should not crouch.  He
could occasionally kneel.  He could go up a flight of steps
slowly.  He could pull 20 pounds occasionally and 10 pounds
frequently.

There are no manipulative limitations.

There are no visual limitations and the claimant communicates
effectively.

*James O. Colley, MD.*
James O. Colley, MD, FACS
General Surgery

joc\wm

18

# ADVANCED ORTHOPEDIC



**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**581**

## SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL  36106
Phone (334) 262-0523  Fax (334) 262-5915

04/28/05 12:39:22     BMC Medical Records->     334-262-5915     Page 002

PATIENT: WORKS, TYRON ""     PATIENT #: 0503400604

T: 04/28/2005

**DISCHARGE SUMMARY**

Page 2 of 2

19



**ADVANCED ORTHOPEDIC**

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**582**

**SURGICAL SPECIALISTS, P.C.**
1329 Mulberry Street  Montgomery, AL 36106
Phone (334) 262-0523  Fax (334) 262-5915

Tyron Works
MR#:  027584
04/20/05

CHIEF COMPLAINT:
1. Followup of L-SPINE

HISTORY OF PRESENT ILLNESS:
This patient is in today and doing very well.  He is about ten weeks' post-posterolateral
lumbar arthrodesis at L5-S1.  He is doing well.  He has no complaints of pain or
discomfort in his back.  He did say that he hit his back about two weeks ago and had some
discomfort but he is doing better now.

MEDICATIONS HISTORY:

Patient is also taking Aspirin 81 mg, Cardizem, Protonix and vicodin

ALLERGIES: Typhoid vaccine

GENERAL - Denies fever, or chills
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - wears eye glasses
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - chronic sinus problem and nasal congestion
MOUTH - Denies sore throat, or canker sores,dentures
NECK - Denies pain or swelling
RESPIRATORY - Denies shortness of breath, cough, wheezing
CARDIOVASCULAR - Denies palpitations, chest pain, orthopnea, PND, peripheral edema,
syncope or claudication
GASTROINTESTINAL - diarrhea, heartburn, nausea and vomiting
GENITOURINARY - Denies dysuria, frequency of urination, urgency, foul smelling urind,
STDs, or hesitancy
MUSCULOSKELETAL - back pain, decreased range of motion, difficulty in walking, joint pain,
muscle pain and old injury
NEUROLOGICAL - Denies localized numbness, weakness, or tingling
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - hypertension; Accidents - military injury
1997; Surgeries - arthroscopy (Bil knees), 1995,1999 and 000; PCP Dr. Jefferson Underwood
III, 12/04;

SOCIAL HISTORY: Alcohol Use - drinks occasionally; Smoking - denies smoking; Diet -
caffeine free diet; Lifestyle - stressful lifestyle and active lifestyle; Seat Belt Use -
always uses seat belts; Occupation - Computer programmer; Illicit Drug Use - denies use
of street drugs; Sexual Activity - did not discuss sexual history; Job Description -
Standing, pushing, pulling, lifting (100+ lbs.); Hours Worked - 40 hours per week;

FAMILY HISTORY OF:
1. CVA, unknown type
2. Diabetes-unknown type
3. Heart disease
4. HIV
5. Hypercholesterolemia
6. Hypertension
7. TB

EXAMINATION:
VITAL SIGNS: B/P - 125/71, Pulse - 68, Temperature - 97.9, Weight = 204.00 lbs, Height - 72 inches.
On examination today, the patient has minimal tenderness in his lower back on palpation. His incisions are well healed.

**583**

X-RAYS:
X-rays of his lumbar spine show that his hardware is in excellent position with no evidence of loosening, and he is beginning to develop a fusion mass.

ASSESSMENT (DIAGNOSIS):
1. Facet joint arthritis, 721.7, Status Post Surgery
2. Spondylosis Of Unspecified Site With Myelopathy, 721.91, Status Post Surgery
3. Disc, Lumbar, 722.10, Not Treated
4. Intervertebral Disc Disorder With Myelopathy Lumbar Region, 722.73, Status Post Surgery
5. Pain, Lumbar, 724.2, Improving

TREATMENT PLAN:
He is to return for followup evaluation in the office in three months. At that time, repeat AP and lateral x-rays will be done of his lumbar spine. The patient was encouraged to do a lot of walking.

FOLLOWUP: Return Visit in 3 Months- repeat x-rays of lumbar spine.

W.L. Pirchbach, Jr., M.D.
WLP:jr/wa

Created: 04/20/05 09:37:17

21

ADVANCED ORTHOPEDIC



W.L. Pinchback, Jr., M.D., F.A.A.O.S.

584

SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL  36106
Phone (334) 262-0523  Fax (334) 262-5915

**COMPREHENSIVE ADULT
DISCHARGE ASSESSMENT
Including OASIS Elements**

202278  *Jarrone Works*  BI100202

61415  Patient Name

### CARE SUMMARY

ATTENTION PHYSICIAN: This Discharge Summary is for your records.

Dear Doctor  *Pinchback, Werner*

| Date of last home visit | Discharge/Transfer/Death date | Physician Notified |
|---|---|---|
| 2/14/05 | 4/6/05 | /  / |

| DISCIPLINES INVOLVED | VISIT TOTALS | MET OUTCOMES | COMMENTS |
|---|---|---|---|
| ○ SN | | | |
| ○ HHA | | | |
| ○ PT | | | |
| ○ OT | | | |
| ○ SLP | | | |
| ○ MSW | | | |
| ○ Other | | | |
| ○ Other | | | |

### SUMMARY

Complete this Section for Discharge Purposes (Unless Summary is written elsewhere)

REASON FOR ADMISSION (describe condition)

*Pt s/p Back surgery*

SUMMARY OF CARE (including progress toward goals to date)

*Required SN short term for s t monitoring
of suture line & dsg change. Staples DC'd
with no further problems*

Physician Copy

CARE SUMMARY CONTINUED ON NEXT PAGE

61415

Form 3431P&C    © 2002, Briggs Corporation, Des Moines, IA 50306 (800) 247-2343  PRINTED IN U.S.A. (Copyright applicable to non-OASIS items
© 2002  Center for Health Services Research, UCHSC, Denver, CO OASIS-B1 (12/2002) Reprinted with permission

COMPREHENSIVE ADULT DISCHARGE ASSESSMENT with OASIS ELEMENTS    Page 13 of 14

ADVANCED ORTHOPEDIC

W.L. Pinchback, Jr., M.D., F.A.A.O.S.

**585**

SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL  36106
Phone (334) 262-0523  Fax (334) 262-5915

*Amedisys* Home Health

300 Interstate Park Dr. . Suite 324 - Montgomery, AL 36109
Phone: 334-272-0313

PR# ΓΓ ΙΟΟ2810

TYRON WORKS

☒ was  ☐ was not

admitted on _____ 2/13/05

The following services will be provided by the agency based on the plan of care provided by the physician:

DR. WARNER PINCHBACK

☒ Skilled Nursing        ☐ Occupational Therapy
☐ Home Health Aide       ☐ Speech Therapy
☐ Physical Therapy       ☐ Medical Social Worker
☐ Other_____.

WHITE - Referral   CANARY - Chart

### Start of Care Report

If you have any questions, please feel free to call:

**1-800-253-4664**

_____  3/9/05
Patient Services Representative      Date

DR. WARNER PINCHBACK

1329 MULBERRY ST.

MONTGOMERY, AL   36106

_____

_____



**ADVANCED ORTHOPEDIC**

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**586**

**SURGICAL SPECIALISTS, P.C.**
1329 Mulberry Street  Montgomery, AL 36106
Phone (334) 262-0523  Fax (334) 262-5915

```
Doctor    : Warner L. Pinchback, M.D.
License #: BP0745921   DEA #: 8817

Date      : 08/04/2006

For Patient:
WORKS, TYRON
435 LURENE CIRCLE, MONTGOMERY, AL 36109
```

| Medication | Instructions | Disp. | Refills |
|------------|--------------|-------|---------|
| Celebrex 200 mg | 1 po qd w/food | #30 | 2 |

------------------------------------    _____  May Substitute
   Dispense As Written

24



## ADVANCED ORTHOPEDIC

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**587**

### SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

```
Doctor    : Warner L. Pinchback, M.D.
License #: BP0745921    DEA #: 8817

Date      : 08/04/2006

For Patient:
WORKS, TYRON
435 LURENE CIRCLE, MONTGOMERY, AL 36109
```

| Medication | Instructions | Disp. | Refills |
| --- | --- | --- | --- |
| DARVOCET N-100 | 1 OR 2 Q 4 HRS PRN PAIN | #20 | 1 |

_____          May Substitute
   Dispense As Written

25



**ADVANCED ORTHOPEDIC**

**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**SURGICAL SPECIALISTS, P.C.**
1329 Mulberry Street  Montgomery, AL  36106
Phone (334) 262-0523  Fax (334) 262-5915

**588**

```
Doctor   : Warner L. Pinchback, M.D.
License #: BP0745921    DEA #: 8817

Date     : 08/04/2006

For Patient:
WORKS, TYRON
435 LURENE CIRCLE, MONTGOMERY, AL 36109
```

| Medication | Instructions | Disp. | Refills |
| --- | --- | --- | --- |
| Skelaxin 800mg | 1 tid | 60 | 2 |

_____
Dispense As Written

May Substitute

### ADVANCED ORTHOPEDIC



**W.L. Pinchback, Jr., M.D., F.A.A.O.S.**

**589**

### SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street  Montgomery, AL  36106
Phone (334) 262-0523  Fax (334) 262-5915

0                    8/7/2006 12:01 PM  PAGE   1/001   Fax Server



## Advanced Medical
### Imaging Center

Warner Pinchback, MD        08/07/2006
1329 Mulberry Street
Montgomery AL. 36106

Re: Works, Tyrone
      Account# - 899266
      DOB – 02/06/1972
      Chart #: 80005
      Exam: MRI LUMBAR SPINE  08/04/2006

**MRI LUMBAR SPINE:**
INDICATION: Low back pain.  Previous surgery February 2005.

PROTOCOL:  Multiplanar, multisequence imaging of the lumbar spine.

FINDINGS:  There are no fractures.  The lumbar vertebral bodies are normal in height.  The disc
space is slightly narrowed at L5-S1 with decreased signal intensity in the L5-S1 disc space,
similar to the appearance on 01/10/2005.  There is a facet hypertrophy bilaterally at L5-S1 and
there have been bilateral pedicle screws placed at L5-S1 with posterior stabilization hardware.
The lamina remains intact.  There is no spinal stenosis or foraminal encroachment.  The
posterior bulge that was noted at L5-S1 on the prior examination does appear less prominent
now.

IMPRESSION:
Posterior stabilization at L5-S1 since the previous examination of 01/10/2005 with less
prominence of the posterior bulge of the disc at that level since the previous study.

Bilateral facet hypertrophy at L5-S1 but there is no evidence of foraminal compromise or spinal
stenosis at any lumbar level.

Donald H Dahlene, MD
DHD/tt
Donald Dahlene M.D., electronically signed this document

*Law Offices of*
# S. Kay Dansby, PC

590

Phone (334) 834-7001
Fax    (334) 834-7002
Email  skdansby@bellsouth.net

March 6, 2007

Office of Disability Adjudication and Review
405 South 7th St
Paducah, KY 42003

RE:    Tyron Works
       SSN: 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
       **Hearing Scheduled 3/22/07; ALJ Reamon**

Dear Sir/Madam:

Enclosed please find medical records from Dr. Hamp Greene dated November 29, 2006 to December 1, 2006, to be associated with the above referenced claimant's file.

If you have any questions, please contact me.

Respectfully,

S. Kay Dansby

Enclosures
SKD/sg

CLINICAL DATA GENERAL

| NAME | | | AGE | SEX | S M D W |
| ADDRESS | | PHONE | | DATE | |
| SPONSOR | | ADDRESS | | | |
| OCCUPATION | | REF BY | | ACKN | |

591

DATE:

CONDITION CHANGES:                              CURRENT MEDS:

| 4 Tyron Works | 2:00 | 2:00 | Green | | |

DEC 0 1 2006

MRI ――――――――――――> WM

MRA Intracranial

Fever = Dizzy
         Lightheaded

Had to go home

Slight headache now

Plan ① Prednisone 60 40 20
      ②

PLAN:      ③

DEC. 1. 2006 2:23PM BAPTIST SOUTH RAD NO. 4190 P. 1

# Radiology Exam Report

592

Patient Name: WORKS, TYRON
MRN: 574758
FIN: 633400503
Patient Type: MontRadScan
Accession No: MR-06-0008651
Exam Date/Time: 12/1/2006 13:26
Ordering Physician: Greene, Hamp H, MD
Transcribed Date/Time: 12/1/2006 14:18
Radiologist: Montiel, David C, MD
Reason for Exam: headache

DOB/Age/Sex: 2/6/1972 34 Years Male
Location: B-Rad C-Scan//
Exam: MR Brain MRA w/o contrast
Exam Status: Completed
Transcriptionist: Smith, Barbara
Report Status: Transcribed
Resident:

## FINDINGS

MR ANGIOGRAM OF THE VESSELS OF THE CIRCLE OF WILLIS:

MR angiogram is of excellent technical quality. I can easily identify the distal vertebral arteries bilaterally and they appear normal. The basilar artery is normal. The left posterior inferior cerebellar artery is demonstrated and is normal. Both posterior cerebral arteries and both superior cerebellar arteries are well seen and are normal. The patient's posterior communicating arteries are patent and well seen bilaterally. The anterior communicating artery is intact and normal. Both middle cerebral arteries and both anterior cerebral arteries are normal.

IMPRESSION:

1. NORMAL MR ANGIOGRAM OF THE VESSEL OF THE CIRCLE OF WILLIS.

DCM/bs                              DAVID C. MONTIEL, M.D.
12/1/06 JOB 49735


READ BY: Montiel, David C, MD

TECHNOLOGIST: AN
TRANSCRIBED DATE: 12/01/2006 14:18
TRANSCRIPTIONIST: BS

PRELIMINARY UNLESS SIGNED BY PHYSICIAN

# Radiology Exam Report

**Patient Name:** WORKS, TYRON
**MRN:** 574758
**FIN:** 633400503
**Patient Type:** MontRadScan
**Accession No:** MR-06-0008652
**Exam Date/Time:** 12/1/2006 13:26
**Ordering Physician:** Greene, Hamp H, MD
**Transcribed Date/Time:** 12/1/2006 14:14
**Radiologist:** Montiel, David C, MD
**Reason for Exam:** headache

**DOB/Age/Sex:** 2/6/1972 34 Years Male
**Location:** B-Rad C-Scan//
**Exam:** MR Brain MRI w/o contrast
**Exam Status:** Completed
**Transcriptionist:** Smith, Barbara
**Report Status:** Transcribed
**Resident:**

**593**

---

## FINDINGS

MR OF THE BRAIN:

34-year-old with history of severe headaches. MR was done to further evaluate. The cerebral hemispheres appear normal and symmetrical. The ventricles are normal in shape and size. I do not see a hemorrhage or mass. The white matter and gray matter have a normal appearance. Basal ganglia have a normal appearance. The caudate nucleus, internal capsule, globus pallidus, and putamen all appear normal. The thalami are normal bilaterally. Diffusion weighted images are normal. I do not see anything which suggests a restriction of diffusion. FLAIR images are normal. I do not see any abnormal fluid signal.

IMPRESSION:

1. NO ABNORMALITY DETECTED ON THE MR OF THE BRAIN.

DCM/bs                          DAVID C. MONTIEL, M.D.
12/1/06 JOB 49734


READ BY: Montiel, David C, MD

TECHNOLOGIST: AN
TRANSCRIBED DATE: 12/01/2006 14:14
TRANSCRIPTIONIST: BS

PRELIMINARY UNLESS SIGNED BY PHYSICIAN

4

CLINICAL DATA GENERAL

| NAME | | | | | | AGE | SEX | S M D W |
|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | PHONE | | | DATE | 594 |
| E-MAIL | | | | CELL PHONE | | | | |
| SPONSOR | | | ADDRESS | | | | | |
| OCCUPATION | | | REF BY | | | ACKN | | |

11 *Tyron Works*   9:25  10:15  Green  X

NOV 3 0 2005  *Consult/Cr*   M·12/7/06 PT

2000

Off W
week cold
dad + cold

sharp → shart
pain    Behin Eyes

5-10 sec

Gerning    none    dc after
            6-9    no ppt
            no

Syncope

Short          no syncope
sent home      ē ppt
hyperslow

VAH

                Finger tip
                num

2 1/2 weeks
Develops dog
night - sunburned

                        Bruised

Worse
HA    very severe

Blood -    AC08902348-70544
nose      AC08902320-70551
vomit - mu

5

# Alabama Neurological Clinic

P.O. Box 11368
Montgomery, Alabama 36111
(334) 281-7280  Fax (334) 281-0042

**595**

Hamp H. Greene, M.D.
W. Joseph Leuschke, M.D.

Stephen R. Bryan, M.D.
Pamela A. Pacquiao, M.D.

Joey R. Boiser, M.D.
Leah O. Sanchez, M.D.

November 30, 2006

Shaikh Wahiduzzaman, M.D.
4305 Atlanta Highway
Montgomery, AL 36109

**RE: Tyron Works**

Dear Dr. Wahid:

Thank you for your kind referral for neurologic consultation on Tyron Works. This 34-year-old Afro-American male in 2000 began to have intermittent sharp shooting pains in the occipital area, go up behind his eyes. They will last 5 to 10 seconds, and his head will be sore the following day. He was treated with medication for this type, which he does not remember, and he has not experienced it in nine months. Approximately two weeks ago, he awakened in the middle of the night with a severe headache that rapidly progressed. It was left and right hemicranial at times, frontal, was quite severe, associated with nausea vomiting photophobia, phonophobia, and when he would blow his nose, blood would come out. He had some vomiting with this headache and had blood-tinged vomitus. He had some visual blurring with this. The headache gradually decreased in severity, but has persisted. He was sent to VA Hospital, a non-contrast CT brain scan had been obtained and was unremarkable. He was placed on ketorolac and Zomig to take. He has had persistence in the headache. He had blood studies that were reported to him as being unremarkable. This included a normal CBC and a sed rate of 19.

**PAST MEDICAL HISTORY:** Reveals he had atrial fibrillation in November of 2004. He had back surgery in February of 2005.

**ALLERGIES:** He is allergic to typhoid vaccine and Motrin.

**CURRENT MEDICATIONS:** He is on diltiazem and metoprolol.

**SOCIAL HISTORY:** He does not smoke, does drink alcohol, and does drink caffeinated beverages. He is a probation officer. Married for the third time. He has some stress in his life. He has problems getting asleep and staying asleep.

**FAMILY HISTORY:** Positive for hypertension. He had a brother who died of HIV.

6

Tyron Works
November 30, 2006
Page 2

**596**

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:** Blood pressure is 130/84.  Pulse is regular.

**NEUROVASCULAR EXAM:** Unremarkable.

There is no evidence of ptosis or pupillary assymetry.  I could palpate no tenderness over the carotid arteries.  The remainder of the neurologic exam is unremarkable.

**IMPRESSION:**
1.  Recent severe headache with sudden onset with persistent headache.
2.  History of atrial fibrillation.
3.  History of occipital headaches in the past.

**PLAN:**  He has never had an MR scan.  I am obtaining an MRI with intracranial MRA. In the interim, I have given him Frova samples 2.5 mg to take every 12 hours as I explained to him not to use this in conjunction with the Zomig.  I will see him following his MRI and MRA.

Sincerely,


Hamp H. Greene, M.D.

HHG/rct         12-02-06

cc:      Jefferson Underwood III, M.D.

**597**

NAME *Tyron Works*

## NEUROLOGICAL CLINICAL HISTORY FORM

1.    PAST HISTORY

Please check below if you have had any of the following:

| | |
|---|---|
| ✔ Severe recurrent headaches | _____ Hiatal hernia |
| _____ Stroke | _____ Inner ear disease |
| ✔ Weakness of any part of your body | _____ Heart attack |
| ✔ Recurrent dizziness | ✔ Problems with irregular heart beat *A-Fib* |
| _____ Double vision | _____ Rheumatic fever |
| _____ Loss of vision in one eye for a short time | _____ High blood pressure |
| ✔ Flashing Lights in your eyes | _____ Emphysema |
| _____ Burning feet | ✔ Asthma |
| _____ Problems starting urination | _____ Chronic bronchitis |
| _____ Problems controlling urine | _____ Any lung problems? |
| _____ Difficulty controlling your feet and arms | _____ Kidney failure |
| _____ Problems with speech | _____ Kidney infection |
| _____ Problems with hearing loss | _____ Blood in your urine |
| _____ Ringing in the ears | _____ Diabetes |
| _____ Do you hear your own pulse? | _____ Hypoglycemia |
| _____ Peptic ulcer | _____ Chronic rashes |
| _____ Chronic abdominal pain | _____ Female problems |
| _____ Chronic diarrhea | _____ Any other medical problems? |
| _____ Weight gain | _____ |
| _____ Weight loss | _____ |

8

593

−2−

## PAST MEDICAL HISTORY

1. HAVE YOU EVER BEEN HOSPITALIZED BEFORE? _Yes_
   PLEASE LIST HOSPITAL, APPROXIMATE DATE, AND REASON.
   Baptist East   Nov 04   Chest Pain (A-Fib)
   Baptist South   Feb 05   Back Surgery

2. ARE YOU ALLERGIC TO ANY MEDICINES OR DYES? _Yes_
   PLEASE LIST IF ANSWER IS YES.
   Typhoid Vaccine
   Mushrooms

3. **FEMALES ONLY** − DO YOU TAKE BIRTH CONTROL PILLS? _____
   DO YOU TAKE HORMONES? _____
   DATE OF LAST MENSTRUAL CYCLE. _____

4. PLEASE LIST ALL MEDICATIONS YOU ARE TAKING AND FOR HOW LONG.
   Diltiaz                    Zomig
   Metoprolol Tartrate
   Ketorolac

5. DO YOU SMOKE? _NO_
   IF ANSWER IS YES HOW MANY PACKS PER DAY _____ AND FOR
   HOW LONG? _____

6. DO YOU DRINK ALCOHOL? _Yes_
   IF THE ANSWER IS YES HOW MANY DRINKS PER DAY AND WHAT TYPE?
   _____

7. DO YOU DRINK CAFFEINATED BEVERAGES? _Yes_
   CUPS OF COFFEE _1 a day_
   ICE TEA _2 a day_
   SOFT DRINKS _2 a day_

8. HAVE YOU EVER HAD A BLOOD TRANSFUSION? _NO_

## SOCIAL HISTORY

1. OCCUPATION _Probation Officer_

2. NUMBER OF HOURS WORKED PER WEEK _35 − 40_

9

599

-3-

3.  ARE YOU MARRIED? _Yes_

4.  HOW MANY TIMES HAVE YOU BEEN MARRIED? _3_

5.  DO YOU HAVE UNDUE STRESS IN YOUR LIFE? _Yes_
    MARRIAGE _NO_          _School yes_
    JOB _NO_
    FAMILY _NO_

6.  DO YOU HAVE ANY PROBLEMS WITH THE FOLLOWING?
    GETTING TO SLEEP? _yes_
    SLEEPING? _Yes_
    STAYING ASLEEP? _yes_

7.  ENERGY:
    DO YOU WAKE UP TIRED? _yes_
    ARE YOU TIRED ALL DAY? _yes_

    APPETITE:
    OVER EATING? _yes_
    UNDER EATING? _yes_

    INTEREST IN LIFE? _Things I would like to complete_
    CRYING SPELLS? _Feel like crying but don't actually cry._

8.  HAVE YOU EVER CONTEMPLATED SUICIDE? _NO_
    HAVE YOU EVER TRIED TO KILL YOURSELF? _NO_

**FAMILY HISTORY**

1.  FATHER'S AGE _Deceased_    STATE OF HEALTH _____
    IF DECEASED, CAUSE OF DEATH. _Liver failure_

2.  MOTHER'S AGE _67_    STATE OF HEALTH _Good_
    IF DECEASED, CAUSE OF DEATH. _____

3.  BROTHERS AGE _Deceased / 49_    STATE OF HEALTH _Good_
    IF DECEASED, CAUSE OF DEATH. _Hiv_

4.  SISTERS AGE _42_    STATE OF HEALTH _Good / high Blood Pressure_
    IF DECEASED, CAUSE OF DEATH. _____

5.  CHILDREN AGES _6_
    STATES OF HEALTH _Good_
    IF DECEASED, CAUSE OF DEATH. _____

10

600

−4−

6.    DOES ANY ONE IN THE FAMILY HAVE:

| | |
|---|---|
| HIGH BLOOD PRESSURE | Yes |
| HEART DISEASE | |
| EMOTIONAL ILLNESS | |
| BAD HEADACHES | |
| NERVOUS SYSTEM DISEASE | |
| DIABETES | Yes |
| STROKE | Yes |
| TREMORS | |
| SPINE DISEASE | |
| MEMORY PROBLEMS | Yes |
| SEIZURES OR EPILEPSY | |

11

PATIENT USE

# YOUR HEADACHE HISTORY*

**601**

Name: _Tyron Works_ _____ Age: _34_ Date: _11/29/06_

## Directions:

By completing this headache history, you will help the doctor diagnose your headache condition and find the best treatment for you. Use the chart below to describe your headache(s). Some people experience different types of headaches. For example, one person might suffer from a dull, gnawing headache almost every day, but also have a severely painful headache a couple of times a month. The chart on this page gives you space to describe each type of headache you may have in detail.

How many days in a month do you have headaches? _____

| | HEADACHE TYPE #1 | HEADACHE TYPE #2 | HEADACHE TYPE #3 |
|---|---|---|---|
| How bad does your headache pain usually get, on a scale of 1 to 3? 1 = mild/dull; 2 = moderate; 3 = severe/unbearable | Circle the number that describes your pain: 1    2   ③ ☺      ☹ | Circle the number that describes your pain: 1    2   ③ ☺      ☹ | Circle the number that describes your pain: 1    2    3 ☺        ☹ |
| How do your headaches affect your regular activities? | ☐ No effect on my activities ☐ I carry out my activities fairly well ☐ I cut out all but the most important activities ☑ I miss work or stay in bed | ☐ No effect on my activities ☐ I carry out my activities fairly well ☐ I cut out all but the most important activities ☑ I miss work or stay in bed | ☐ No effect on my activities ☐ I carry out my activities fairly well ☐ I cut out all but the most important activities ☐ I miss work or stay in bed |
| When did you first start getting these headaches? | about 2 wks ago | ~~About~~ 2000 | |
| How often did you have these headaches when they *first* began? | once | Every other Day | |
| How often do you have these headaches *now*? | | | |
| How long does your headache pain usually last? | ___ minutes _3_ days ___ hours ___ weeks | ___ minutes _2_ days ___ hours ___ weeks | ___ minutes ___ days ___ hours ___ weeks |
| Where does your head hurt? (Check all that apply) | ☑ Left side    ☑ Right side ☐ All over    ☐ It changes ☑ Front, forehead, face, jaw ☐ Back or near the neck ☐ Other | ☑ Left side    ☑ Right side ☐ All over    ☑ It changes ☐ Front, forehead, face, jaw ☑ Back or near the neck ☐ Other | ☐ Left side    ☐ Right side ☐ All over    ☐ It changes ☐ Front, forehead, face, jaw ☐ Back or near the neck ☐ Other |
| Describe the type of pain you have? (Check all that apply) | ☐ Sharp    ☐ Dull ache ☐ Stabbing    ☐ Burning ☑ Squeezing    ☑ Pressure ☐ Throbbing    ☐ Pounding | ☑ Sharp    ☐ Dull ache ☑ Stabbing    ☐ Burning ☐ Squeezing    ☐ Pressure ☐ Throbbing    ☐ Pounding | ☐ Sharp    ☐ Dull ache ☐ Stabbing    ☐ Burning ☐ Squeezing    ☐ Pressure ☐ Throbbing    ☐ Pounding |
| What other symptoms do you get with your headaches? (Check all that apply) | ☐ None ☑ I vomit ☑ I'm bothered by light ☑ I'm bothered by noise ☑ I have nausea or no appetite ☑ I feel cold ☑ I have difficulty thinking ☑ I feel dizzy ☑ Other _Bloody nose_ _Blood in vomit_ | ☐ None ☐ I vomit ☑ I'm bothered by light ☑ I'm bothered by noise ☑ I have nausea or no appetite ☐ I feel cold ☐ I have difficulty thinking ☑ I feel dizzy ☐ Other _____ | ☐ None ☐ I vomit ☐ I'm bothered by light ☐ I'm bothered by noise ☐ I have nausea or no appetite ☐ I feel cold ☐ I have difficulty thinking ☐ I feel dizzy ☐ Other _____ |
| Do you notice any visual changes (zigzag lines, flashing lights) at the time of your headache? | ☑ Yes    ☐ No | ☑ Yes    ☐ No | ☐ Yes    ☐ No |
| Does your headache pain get worse with any kind of physical activity — such as climbing stairs? | ☐ Yes    ☑ No | ☐ Yes    ☑ No | ☐ Yes    ☐ No |

(continued)

*Adapted with permission from The New England Center for Headache, Stamford, CT
May be reproduced for educational and patient purposes only.
© 1999 Glaxo Wellcome Inc. All rights reserved.    Printed in USA.    MIG120R0    June 1999    PHOTOCOPY MASTER ASSESSMENT

# YOUR HEADACHE HISTORY* (continued)

*Have Taken before a while ago.*

**PATIENT USE**

602

**CURRENT MEDICINES** Please list all of the medicines you are now taking (headache and other medicines). Include over-the-counter pain relievers.

| Name of medicine | How much (total mg per dose) | How taken (pill, patch, injection, suppository) | Number of times taken per day | Date you started taking medicine (month/year) | Amount of relief you get† (0 – 3) or D/A | Problems you have with the medicine (i.e. side effects) |
|---|---|---|---|---|---|---|
| Diltiaz | 120/24 | pill | 1 | Nov 04 | | |
| Ketorolac | 10 | pill | 1 | Oct 06 | | |
| Metoprolol | 50 | pill | 2 | Nov 06 | | |
| Zomig | 5mg | pill | 1 | Nov 06 | | |

†0 = no relief   1 = mild relief   2 = moderate relief   3 = complete relief   D/A = doesn't apply

**PAST MEDICINES** Please list all of the medicines you have taken in the past for your headaches. Include over-the-counter pain relievers.

| Name of medicine | How much (total mg per dose) | How taken (pill, patch, injection, suppository) | Number of times taken per day | Date you started taking medicine (month/year) | Amount of relief you get† (0 – 3) or D/A | Problems you have with the medicine (i.e. side effects) |
|---|---|---|---|---|---|---|
| Tylenol | | | | | | |

†0 = no relief   1 = mild relief   2 = moderate relief   3 = complete relief   D/A = doesn't apply

**HEADACHE TRIGGERS** Please check any of the following you feel may "trigger" or start your headaches:

- ☐ Alcohol
- ☒ Sun
- ☐ Too much sleep
- ☐ Vacations
- ☐ Fasting
- ☐ Seasonal changes
- ☐ Changes in usual sleep pattern
- ☐ Weekends
- ☐ Foods (list): _____
- ☐ Weather changes
- ☐ Exertion (such as walking up stairs)
- ☐ Let-down periods (following a big event)
- ☒ Odors
- ☐ Altitude changes
- ☐ Menstrual period
- ☐ Allergies or sinus problems
- ☒ Bright lights
- ☐ Lack of sleep
- ☒ Stress
- ☐ Other _____

**YOUR FAMILY HISTORY**

Does anyone in your family experience troublesome or disabling headaches? If so, who, and what kind of headaches?
Don't know

Has anyone in your family had seizures, stroke, or any similar problems?
Yes. Grandmother (stroke)   Cousin (Anurisium)

Does anyone in your family have heart problems, mental illness, or allergies? If so, who, and what kind of problem?
Yes. Seasonal Allergies

Women: At what age did your mother go into menopause? _____

**YOUR LIFESTYLE HABITS**

Do you smoke? ☐ Yes ☒ No   If Yes, how many packs per day? _____ For how many years? _____

Do you drink alcohol? ☒ Yes ☐ No   If Yes, how often? ☐ Daily ☐ 1-2 times per week ☒ Occasionally ☐ Rarely

Do you drink coffee, iced tea, or caffeinated sodas? ☒ Yes ☐ No   What do you drink, and how much? Occasionally

Do you eat foods or drink beverages that contain artificial sweeteners? ☒ Yes ☐ No   If Yes, what and how much? _____

Do you take any vitamin, mineral, or herbal supplements? ☒ Yes ☐ No   If Yes, please describe. Vitamin C, Cod liver oil

How well do you sleep? Not well   When do you usually go to sleep? 3:00 am/pm   Wake up? 6:30 am/pm
Wake up during the night

**PREVIOUS MEDICAL CARE**

Have you ever visited a doctor for your headaches? ☒ Yes ☐ No   If Yes, who was your doctor? Dr Bell (VA Medical C

Describe any medical tests you've had for your headaches and the test results. _____

Nat

*Law Offices of*
# S. Kay Dansby, PC

603

Phone (334) 834-7001
Fax    (334) 834-7002
Email skdansby@bellsouth.net

# FACSIMILE TRANSMITTAL

| | | |
|---|---|---|
| **To:** | Sir/Madam | Received |
| **Fax Number:** | (334) 223-7069 | MAR 1 9 2007 |
| **Date:** | March 13, 2007 | ODAR |

**Re:**    **Tyron Works**
**SSN   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**
**SCHEDULED March 22, 2007; ALJ Reamon**

**Pages:**    2, includes cover

**Message:**    **Please associate Medications List with claimant's file.**

**Thank you, Stacy Gray**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTEDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

4216 North Carmichael Court (36106) • P.O. Box 11352 • Montgomery, Alabama 36111-0352

Social Security Administration/Office of Hearings and Appeals

Form Approved
OMB No. 0960-0289

**604**

## CLAIMANT'S MEDICATIONS

### A. To be completed by Hearing Office

| (Claimant and Social Security Number)<br><br>Tyron Works<br>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 | (Wage Earner and Social Security Number)<br>(Leave blank if same as claimant) | The last time we brought your case up-to-date was.<br><br>March 13, 2007 |
|---|---|---|

### B. To be completed by the claimant

### PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASON FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| Skelaxin 800mg | Unknown | 3 daily | Muscle Spasm | Dr. Pinchback |
| Darvocet N100 | Unknown | 1-2 every 4 hours PRN | Pain | Dr. Pinchback |
| Cardizem CD 120/24mg | Unknown | 1 daily | Atrial Fibrillation | Dr. Arrellano |
| Phenergan 25mg | Unknown | PRN | Nausea | Dr. Underwood |
| Hydroco/APAP-500mg | Unknown | 1-2 every 4 hours PRN | Pain | Dr. Pinchback |
| Combivent Inhalation | Unknown | 2 puffs 2 times daily | Asthma | VA |
| Celebrex | Unknown | PRN | Pain | Dr. Pinchback |
| Ecotrin | Unknown | 1 daily | Aspirin | Dr. Arrellano |
| Amerge | Unknown | PRN | Headaches | Dr. Arellano |
| Protonix 40mg | Unknown | 1 daily | GERD | Dr. Arellano |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

FORM HA-4632 (2-1994) EF (9-2000)
Use Until Stock is Exhausted

PLEASE READ PRIVACY ACT
STATEMENT ON REVERSE

If more space is needed,
use additional sheets



Group ID# 1766897

5/15/06
11/14/06

WORKS,TYRON   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     DOB-FEB 06, 1972 M
Exm Date: NOV 13, 2006@08:04
Req Phys: BOYD,BILLY W                    Pat Loc: M-EMERGENCY DEPARTMENT (Req'g     605
                                         Img Loc: M-CT SCAN
                                         Service: Unknown

---

(Case 16 COMPLETE)   CT HEAD W/O CONT               (CT    Detailed) CPT:70450

   Clinical History:
     veteran with hx migraine headaches has severe headache, different
     from his usual migraines. r/o CNS bleed. Wet read, please. Call
     ex 4377

   Report Status: Verified          Date Reported: NOV 13, 2006
                                    Date Verified: NOV 13, 2006
   Verifier E-Sig:/ES/VICHAI CHAICHARNCHEEP

   Report:
     CT HEAD WITHOUT CONTRAST

     CT scan of the head was performed without IV contrast.   The
     ventricles and cortical sulci appear normal.    There is no
     evidence of hemorrhage, midline shift, tumor or infarction. No
     evidence of hyperdese MCA sign or hypoattenuated lentiform nuclei
     or loss of the "insular ribbon" to suggest hyperacute middle
     cerebral infarction is noted.


   Impression:
       Normal noncontrast CT scan of the head.

   Primary Diagnostic Code: NORMAL

Primary Interpreting Staff:
   VICHAI CHAICHARNCHEEP, STAFF RADIOLOGIST (Verifier)
/VIC

** ● D REPORT Mar 05, 2007 2:06:28 pm **

ADMINISTRATIVE
LAW JUDGE
MAR 12 2007
REGION IV
MONTGOMERY

Exhibit No __13F__
Page 1 of __3__ pages

WC



**Veterans Administration Medical Center**
**Pulmonary Function Laboratory**

606

**Pulmonary Function Analysis**

Patient: WORKS, TYRON
Id: 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
Date: 05/15/06
Physician: BELL, CRNP

Technician: NEUMAN, RRT/CPFT

Age: 34      Height(in): 72      Weight(lb): 207      Gender: Male      Race: Black

| Spirometry | | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 5.65 | 3.40 | 60 | 3.26 | 58 | -4 |
| FEV1 | Liters | 4.66 | 2.97 | 64 | 2.86 | 61 | -4 |
| FEV1/FVC | % | 83 | 87 | | 88 | | |
| FEF25-75% | L/sec | 4.84 | 3.84 | 79 | 3.81 | 79 | -1 |
| FEF50% | L/sec | 5.73 | 4.79 | 84 | 4.53 | 79 | -6 |
| PEF | L/sec | 10.00 | 9.36 | 94 | 5.51 | 55 | -41 |
| FEF/FIF50 | | <1.00 | 1.87 | | 2.01 | | 7 |

**Lung Volumes**

| | | | | |
|---|---|---|---|---|
| TLC | Liters | 7.53 | | |
| RV | Liters | 2.07 | | |
| RV/TLC | % | 28 | | |
| FRC N2 | Liters | 3.85 | | |
| FRC PL | Liters | 3.85 | | |

**Diffusion**

| | | | |
|---|---|---|---|
| DLCO | mL/mmHg/min | 32.2 | |
| DL Adj | mL/mmHg/min | 32.2 | |
| DLCO/VA | mL/mHg/min/L | 4.47 | |
| DL/VA Adj | mL/mHg/min/L | | |
| VA | Liters | 7.54 | |

**Airway Resistance**

| | | | |
|---|---|---|---|
| Raw | cmH2O/L/sec | 2.50 | |
| sGaw | L/s/cmH2O/L | 0.200 | |





Pre___    Post___



Comments:
REASON FOR TEST: ASTHMA.
PT HAS NOT USED HIS RESP. MEDS TODAY. HE IS A LIFETIME NON-SMOKER. PT UNDERSTOOD INSTRUCTIONS. POST BRONCHODILATOR STIMULATED COUGH REFLEX RESULTS MAY NOT BE MAXIMAL.
Interpretation

There is no obstructive lung defect indicated by the FEV1/FVC ratio. Since VC is 60% of predicted, an additional restrictive lung defect cannot be excluded by spirometry alone. On the basis of this study, more detailed pulmonary function testing may be useful if clinically indicated. This is interpreted as an insignificant response to bronchodilator.

Group ID# 1381755

WORKS,TYRON   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    DOB-FEB 06, 1972 M
Exm Date: MAR 24, 2006@12:28
Req Phys: BELL,KAREN J                Pat Loc: M-K BELL NP-YELLOW TEAM WC 2 (    **607**
                                      Img Loc: M-XRAY
                                      Service: Unknown


(Case 2399 COMPLETE) CHEST 2 VIEWS PA&LAT            (RAD   Detailed) CPT:71020

    Clinical History:
        coughing up Blood

    Report Status: Verified            Date Reported: MAR 24, 2006
                                       Date Verified: MAR 24, 2006
    Verifier E-Sig:/ES/Virasak Choikiatikul, M.D.

    Report:
        Examination of the chest in frontal and lateral projections dated
        3/24/06:


        The heart is normal size.   Aorta is slightly dilated and
        uncoiled.   There is no CHF or infiltrates.    There are minimal
        chronic bronchitis.
          A few small calcified granulomas are noted in the right lung
        base and anterior left upper lobe, measuring 0.4 cm each. There
        are minimal degenerative disc and scoliosis of the upper dorsal
        spine.


    Impression:
        No CHF or infiltrates. A few small calcified granulomas.
        Minimal chronic bronchitis.

    Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
   Virasak Choikiatikul, M.D, Staff Radiologist (Verifier)
/VC

** END REPORT Mar 05, 2007 2:06:57 pm **

# Lab Result

608

```
                              ---- CBC ----

BLOOD      11/14    11/14                Reference
            2006     2006
           16:31    16:31      Units     Ranges
------------------------------------------------------------------
WBC                  6.7       K/CMM     4.5-10.8
RBC                  5.43      M/ul      4-5.8
HGB                 15.2       g/dL      13.8-18
HCT                 44.7       %         41-54
MCV                 82.2       fl        82-97
MCH                 28.0       pg        27-33
MCHC                34.0       gm/dL     32-37
RDW                 13.3       %         11-14.5
PLT                  329       K/ul      130-400
MPV                  7.9       fl        7.4-10.4
NE%                 59.4       "%"       40-76
NE#                  4.1       #         1.8-7.6
LYMPH %             29.1       "%"       15-40
LYMPH #              1.9       #         .7-4.3
MONO %               7.5       "%"       1-12
MONO #               0.5       #         .04-1.3
EO%                  3.4       "%"       0-6
EO#                  0.2       #         0-.6
BA%                  0.6       "%"       0-2
BA#                  0.0       #         0-.2
SEDRATE                       mm/hr.     0-10
RETIC                          %         .5-1.5
WESTERG     19 H              MM/HR      0-15
RET %                          %
RET #                          #
Comments:            a
a. *** For test RDW Normals: 11.0-14.5 ***
   *** For test MONO % Normals: 1.0-12.0 ***
   *** For test LYMPH # Normals: 0.7-4.3 ***
   *** For test EO% Normals: 0.0-6.0 ***
   *** For test EO# Normals: 0.0-0.6 ***
   *** For test BA% Normals: 0-2.0 ***
   *** For test BA# Normals: 0.0-0.2 ***



                           ---- CHEMISTRY ----

SERUM      11/14                Reference
            2006
           16:31      Units     Ranges
------------------------------------------------------------------
GLUCOSE     84        mg/dL     73-112
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA  36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

4

# Lab Result

| | | | | |
|---|---|---|---|---|
| BUN | 10 | mg/dL | 5-21 | **609** |
| CREAT | 1.1 | mg/dl | .6-1.4 | |
| NA | 142 | meq/L | 135-145 | |
| K | 3.6 | meq/L | 3.5-5 | |
| CL | 105 | meq/L | 97-109 | |
| CO2 | 24.0 | mmol/1 | 22-31 | |
| ANI GAP | | meq/L | 6-20 | |
| CAL OSM | | mOsm/L | 275-300 | |
| AMYLASE | | IU/L | 30-110 | |
| LIPASE | | IU/L | 5-78 | |
| CA | 10.1 | mg/dL | 8.4-10.2 | |
| PO4 | | mg/dL | 2.5-4.5 | |
| MG | | mg/dl | 2-2.8 | |
| VLDL | | MG/DL | 0-30 | |
| CHOL | | mg/dL | 120-200 | |
| TRIGLYC | | mg/dL | 48-192 | |
| HDL | | mg/dl | 34.9 | |
| LDL | | mg/dl | 0-129 | |
| URIC AC | | mg/dL | 3.5-8.5 | |
| PROTEIN | 7.9 | g/dl. | 6.2-8.2 | |
| ALBUMIN | 5.1 H | g/dL | 3.4-5 | |
| SGOT | | U/L | 15-46 | |
| SGPT | 49 | U/L | 7-56 | |
| LDH | | U/L | 313-618 | |
| ALK PHO | 68 | U/L | 38-126 | |
| CPK | | U/L | 37-289 | |
| CKMB | | U/L | 0-10 | |
| TROP-I | | ng/ml | 0-.3 | |
| G-GTP | | U/L | 8-78 | |
| T. BIL | 0.5 | mg/dL | .2-1.3 | |
| D BILI | | mg/dL | 0-.4 | |
| I. BILI | | MG/DL | .2-.9 | |
| ACID PH | | U/L | | |
| PA.PHOS | | ng/mL | 0-1.4 | |
| OSMOLAR | | mOsm/kg | 270-310 | |

Comments:   a

a. \*\*\* For test CREAT Normals: 0.6-1.4 \*\*\*
   \*\*\* For test K Normals: 3.5-5.0 \*\*\*
   Evaluation for CA:
   SINCE CALCIUM IS BOUND TO SERUM ALBUMIN, PATIENTS WITH LOW SERUM
   ALBUMIN INVARIABLY HAVE LOW TOTAL CALCIUM LEVELS, BUT MAY HAVE
   NORMAL IONIZED CALCIUM.
   \*\*\* For test ALBUMIN Normals: 3.4-5.0 \*\*\*


                        ---- CHEMISTRY-II ----

SERUM     11/14          Reference

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Lab Result

```
             2006                                                610
             16:31      Units     Ranges
----------------------------------------------------------------------------
CK                      IU/L     16-202
CKMB                    ng/mL     0-10
%CKMB                     %        0-5
SGOT~        25         IU/L      9-34
LDH~                    IU/L     107-238
GGT                     IU/L      4-62
AMYLASE                 IU/L      7-124
URIC AC                 mg/dl    2.5-8.6
Comments:     a
a. Evaluation for SGOT~:
   << PLEASE TAKE NOTE >>
   PREVIOUS REF.RANGE (PRIOR TO 3-23-05): 7-41 IU/L
       NEW REF.RANGE (EFFECTIVE: 3-23-05): 9-34 IU/L
   ================================================


                        ---- SEROLOGY ----

SERUM      11/14               Reference
           2006
           16:31      Units     Ranges
----------------------------------------------------------------------------
MONO TE                         Neg
RHEUMAT     NEG       DILS     NEGATIVE
MUCIN
VISCOS
RPR                           NON-REACTIVE
VDRL                 DILS     -NON-REACT
ASO                  IU/ML     0-240
COLD AG              DILS
HCG BET              mIU/mL     0-10
ANA        <1:40     DILS      <1:40
CRYPTOC
FTA                             NR
Comments:     a
a. Evaluation for RHEUMAT:
   Strong positivity with low ANA usually means rheumatoid arthritis.
   Weak RF, high ANA and anti-n-DNA, and low complement usually means SLE.
   Weak and low ANA may indicate cryoglobulinemia, vasculitis or both.
   Evaluation for ANA:
   SIGNIFICANT TITER IS (=) OR (>) 1:80
   TITERS <1:80 CONSIDERED NON-DIAGNOSTIC
   *NOTE: STARTING DILUTION IS 1:40
   *****************************************************************
   A negative ANA test virtually rules out active systemic lupus
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Lab Result

erythematosis (SLE). Low titers may occur in >30% of normal
elderly patients. The ANA titer may not correlate with the
clinical stage of disease, however titers >/= 1:160 are frequently
associated with active disease. The patterns of staining may be
helpful in determining a specific disease state as noted below:

**611**

    SLE - Peripheral or Homogeneous (rarely speckled)
    RA  - Homogeneous
    Scleroderma - speckled or nucleolar
    Sjogren's syndrome - speckled
    Mixed connective tissue disease - speckled

#### ---- THYROID STUDIES ----

| SERUM | 11/14 2006 16:31 | Units | Reference Ranges |
|-------|------------------|-------|------------------|
| T-3 RU |  | % uptake | 25-35 |
| T-4 |  | ug/dl | 3.8-11 |
| FTI |  |  | 1.5-4.4 |
| TSH | 3.27 | uU/ml | .32-5 |
| TBG |  | UG/ML | 10-28 |
| THYROGL |  | ng/ml | 0-40 |
| T3(RIA) |  | ng/dL | 65-164 |
| T4(RIA) |  | UG/DL | 4.4-12.5 |
| T3 FREE |  | pg/mL | 2.4-4.5 |
| FR T-4 | 1.0 | ng/dl | .71-1.85 |
| LL-TSH |  | mIU/ml | .32-5 |

Comments:    a
a. Evaluation for FR T-4:
  *NOTE: MINIMUM DETECTION LEVEL: 0.15 NG/DL
  NEW REFERENCE RANGE EFFECTIVE: 3-27-92
  *** For test TSH Normals: .32-5.0 ***
  Evaluation for TSH:
  EFFECTIVE 3-27-92, TSH IS PERFORMED IN-HOUSE ON AXSYM.
  **NOTE: THIS METHODOLOGY IS FOR ULTRA SENSITIVE TSH.

#### ---- MISCELLANEOUS TESTS ----

| DATE | TIME | SPECIMEN | TEST | VALUE | Ref ranges |
|------|------|----------|------|-------|------------|
| 11/14/2006 | 16:31 | SERUM | ENA-SM: | comment | INDEX |
| AB TO EXTRACTABLE NUCLEAR AG |  |  | 7.5 | U | <20.0 |

QUEST DIAGNOSTICS 14225 NEWBROOK DR. CHANTILLY,VA 22021-0841
Evaluation for ENA-SM:
SM AND SM/RNP AB (REF.RANGE):

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Lab Result

612

```
INDEX VALUES < OR = 1.00  (NEGATIVE)
INDEX VALUES >1.00        (POSITIVE)
==================================
===========================================================================
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

LOCAL TITLE: LSU NURSING DISPOSITION NOTE                               613
*STANDARD TITLE: NURSING EMERGENCY DEPARTMENT NOTE*
DATE OF NOTE: NOV 14, 2006@17:56    ENTRY DATE: NOV 14, 2006@17:56:31
      AUTHOR: JACKSON,MARY E      EXP COSIGNER:
      URGENCY:                           STATUS: COMPLETED


LSU NURSING DISPOSITION NOTE:


PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972


1.       Discharge Diagnosis:migrain headache

2.       Disposition:
___x  Follow up clinic appointment. Clinic name:yellow team
___   Consult to:
___   Admitted to inpatient unit:
      ___   Other:
      ___   Left AMA
            *Comments:*

3.       Nursing interventions given in LSU:medication,education on diagnosis and
medication. bp monitoring

4.       After-care sheet given:
[ x ] yes,  Sheet Title:migraine
[  ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.  Patient and/or family member/significant other verbalized
    understanding of post-care
    instructions:  [ **x** ]yes     [  ]no
    Family member/significant other present:

6.  Condition:     [  ]  improved
                         [ **x** ]  satisfactory
                         [  ]  unchanged
                         [  ]  worse
    Comments:released in stable condition to home. encouraged to take
medications as ordered and follow up with pcp for further care.PAIN REASSESSMENT

*CURRENT PAIN LEVEL:0*
(x )PATIENT SENT TO PHARMACY FOR MEDICATION PICK UP.
( x)MEDICATION GIVEN IN LSU.
(x )PATIENT WILL TAKE MEDICATION PREVIOUSLY PRESCRIBED.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

9

# Progress Note

614

{Attending LSU physician to co-sign this note!}

Clinical Reminder(s)/
  N-Medication Reconciliation:
    NonVA meds were reviewed and reconciled.

/es/ MARY E JACKSON
RN STAFF NURSE
Signed: 11/14/2006 18:01

---

    LOCAL TITLE: LSU NURSING NOTE
STANDARD TITLE: NURSING EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: NOV 14, 2006@16:32    ENTRY DATE: NOV 14, 2006@16:32:49
      AUTHOR: JACKSON,MARY E      EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

    *** LSU NURSING NOTE Has ADDENDA ***

metoprolol 50mg po given for elevated bp and ketorolac 30mg im given for
pain.tolerated well.

/es/ MARY E JACKSON
RN STAFF NURSE
Signed: 11/14/2006 16:45

11/14/2006 ADDENDUM                 STATUS: COMPLETED
states that head fills better.eyes closed.

/es/ MARY E JACKSON
RN STAFF NURSE
Signed: 11/14/2006 17:00

---

    LOCAL TITLE: LSU PHYSICIAN NOTE
STANDARD TITLE: PHYSICIAN EMERGENCY DEPARTMENT E & M NOTE
DATE OF NOTE: NOV 14, 2006@16:24    ENTRY DATE: NOV 14, 2006@16:24:45
      AUTHOR: MARTIN,PATRICIA A    EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

THIS PT PRESENTS TO THE LSU C/O SEVERE HEADACHE THAT HAS BEEN GOING ON FOR
TWO DAYS. THE HEADACHE IS FRONTAL . DESCRIBED AS A VICE AROUND HIS HEAD. SOME
NAUSEA, NO VOMITING.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

615

PMH
MIGRAINE


ON EXAM


|  |  |
|---|---|
| Temperature: | 97.3 F [36.3 C] (11/14/2006 13:57) |
| Pulse: | 82 (11/14/2006 13:57) |
| Respiration: | 16 (11/14/2006 13:57) |
| B/P: | 124/80 (11/14/2006 13:57) |
| Pain: | 9 (11/14/2006 13:57) |
| Height: | 72 in [182.9 cm] (06/11/2006 10:30) |
| Weight: | 214.7 lb [97.6 kg] (11/13/2006 06:30) |

Pulse OX:  98
NEURO; AWAKE, ALERT, ORIENTED  CR NER INTACT, EOMI
FUNDI; BENIGN
EQUAL TEMPORAL ART PULSATION, NON TENDER
MOTOR 5/5 X 4 EXT, DTR 0-1+ BIL, PLANTAR DOWN OR EQUIVOCAL

A/P 1. MIGRAINE HEADACHE
        GIVEN TORADOL 30MG AND LOPRESSOR 50MG
        HEADACHE IS GONE COMPLETELY WITH TORADOL AND LOPRESSOR AT 1745
        GIVEN ZOMIG FOR MIGRAINES
         START LOW DOSE LOPRESSOR 25 BID FOR POSSIBLE TENSION HEADACHE



/es/ PATRICIA A. MARTIN, MD
PHYSICIAN
Signed: 11/14/2006 17:45


    LOCAL TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: NOV 14, 2006@14:04    ENTRY DATE: NOV 14, 2006@14:04:26
      AUTHOR: SEARCY,STACEY L    EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

Acute Pain Initial Assessment

Pain 4 or greater (Complete questions 1-14)

         Please select only ONE screening tool used to obtain score below:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Screening Tool
Numeric Rating Scale (NRS)

**616**

Questions

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

1. CURRENT PAIN RATING:  9

2. LOCATION OF PAIN:

   Migraine

3. ONSET:  2 days

4. DIAGNOSIS pertinent to pain:

   Migrain

5. FREQUENCY and pattern of pain:

   (X) Constant
   ( ) Intermittent
   ( ) With Movement
   ( ) Other (Specify):

6. INTENSITY of pain:

   Worst pain level in last month:  10
   Least pain level in last month:  8
   Patient pain level intensity goal:

7. QUALITY how does patient describe pain?

   ( ) Shooting
   ( ) Stabbing
   ( ) Sharp
   (X) Aching
   ( ) Burning
   (X) Throbbing
   ( ) Radiating
   ( ) Dull
   ( ) Other (Specify):

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

8. EXACERBATING FACTORS (What causes pain to increase?):

**617**

( ) Movement
( ) ADL's
( ) Stress
( ) Treatments
( ) Other (Specify):
light


9. ALLEVIATING FACTORS (What relieves pain?):

( ) Rest
( ) Sleep
( ) Repositioning
( ) Eating
( ) Massage
( ) Heat
( ) Cold
( ) Exercise
( ) Other (Specify):
0


10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):

Medication (list):
see profile


Non-Pharmacological interventions:
none


Other (Specify):


11. Indicate if PAIN AFFECTS daily function and/or quality of life:

( ) Sleep
( ) Mood
( ) General Activity
( ) Nutrition
( ) Elimination
( ) Normal Work
( ) Ability to Concentrate
( ) Social Interaction
( ) Self Image

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

( ) Sexuality
( ) Other (Specify):                                                    **618**

12. Is there ANYTHING ELSE you want to tell me about your pain?

        Use patient's own words (List):

13. EDUCATION related to pain management provided:

    Go to "INTERDISCIPLINARY PATIENT/FAMILY EDUCATION" Note for documentation


    Did patient verbalize understanding?


14: PLAN OF CARE:

    a. Goal (list):
       pain control and evaluation


    b. Intervention (list)
       refer to LSU


    c. Evaluation/Effectiveness: Documented in BCMA/CPRS


       Comments:


    d. Refer to provider for treatment/interventions

       YES
       Comments:


/es/ STACEY L SEARCY
MSN
Signed: 11/14/2006 14:05


    LOCAL TITLE: PRIMARY CARE TRIAGE NOTE
 STANDARD TITLE: PRIMARY CARE TRIAGE NOTE
 DATE OF NOTE: NOV 14, 2006@13:59      ENTRY DATE: NOV 14, 2006@13:59:20

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)    **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

Printed On Mar 05, 2007

AUTHOR: SEARCY,STACEY L          EXP COSIGNER:
URGENCY:                          STATUS: COMPLETED

**619**

Patient Name:  WORKS,TYRON
         SSN:  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
         Age:  34
      Gender:  MALE

Vital Signs taken:  YES

     Temperature:  97.3 F [36.3 C] (11/14/2006 13:57)
          Pulse:  82 (11/14/2006 13:57)
     Respiration:  16 (11/14/2006 13:57)
            B/P:  124/80 (11/14/2006 13:57)
           Pain:  9 (11/14/2006 13:57)
         Height:  72 in [182.9 cm] (06/11/2006 10:30)
         Weight:  214.7 lb [97.6 kg] (11/13/2006 06:30)

Pulse OX:  98

Mode of arrival:  AMBULATORY
       If OTHER, please state:

Chief Complaint:
C/o severe headache evaluated in LSU yesterday for the same
complaint states he was given an injection that made him sleepy but
did not alleviate the pain. States this headache is the worst he
has ever experienced and unlike his usual migraines. Nausea. Numbness both arms
lasting approx 30-
45 sec which started today. Evaluated at Primed prior to arrival
suggested Immitrex. Alert and oriented. Speech coherent and
respirations unlabored. Refer to LSU for further evaluation.

Patient given emergent care prior to arrival:  NO
       If YES, please state:

Did you try to do anything to relieve your problem prior to your
arrival?  NO
       If YES, please state:

Was it effective?  NO
       If YES, please state:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

*WORKS, TYRON*
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Printed On Mar 05, 2007

**620**

Last Tetanus:


Immunization:



Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:NONE

OTC Medicines:
NONE

Active Medications:Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES A DAY FOR BREATHING (SHAKE WELL BEFORE USING) | ACTIVE |
| 2) | HYDROCODONE 5/ACETAMINOPHEN 500MG TAB TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR PAIN | ACTIVE |
| 3) | MEPERIDINE 75MG (DEMEROL) TUBEX INJ INJECT 75MG/1ML INTRAMUSCULARLY NOW (CLINIC USE ONLY) | ACTIVE |
| 4) | PROMETHAZINE 25MG/CC (PHENERGAN) INJ INJECT 25MG/1ML INTRAMUSCULARLY NOW FOR MIGRAINE NAUSEA | ACTIVE |
| 5) | SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60 DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING POUCH) | ACTIVE |
| 6) | TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | ACTIVE |

| | Active Non-VA Medications | Status |
|---|---|---|
| 1) | Non-VA ASPIRIN * 325MG BUFFERED TAB 325MG MOUTH EVERY DAY AS NEEDED | ACTIVE |
| 2) | Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM | ACTIVE |
| 3) | Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE | ACTIVE |
| 4) | Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX | ACTIVE |
| 5) | Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN | ACTIVE |

11 Total Medications
Triage Category:
      Non Urgent

Disposition to:
Primary Care Team:    LSU - Montgomery
Other:

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA   36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

/es/ STACEY L SEARCY                                                    **621**
MSN
Signed: 11/14/2006 14:04

---

    LOCAL TITLE: INTERDISCIPLINARY PATIENT/FAMILY EDUCATION
STANDARD TITLE: EDUCATION INTERDISCIPLINARY NOTE
DATE OF NOTE: NOV 13, 2006@09:25     ENTRY DATE: NOV 13, 2006@09:25:33
     AUTHOR: HARRIS,PATRICIA A     EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Educational Needs Assessment (Be Specific):
Medication administration
( ) No change since last visit.

1. Learning Abilities: Reads, Writes
                       Other (specify):


2. Readiness to Learn: Receptive

3. Barriers to Learning: Select items from the listing below that
   best describes barriers to learning. If there are no barriers,
   Select None. None

4. Translator required: NO
                        (contact the hospital operator)

5. Learning Preferences:Direct Teaching

5.Learning Needs: (X)Diagnosis   ( )Safety
                  (X)Medications ( )Self Care
                  ( )Activity    ( )Treatments
                  ( )Tests       ( )Surgery
                  ( )Nutrition

Please make specific comments on any learning needs:


6. ( ) Patient's or
   ( ) Significant others highest grade completed:


   Comments:

7. Instructions: At a minimum, document any education given for these
   categories "click a check mark" by each category of education given.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

**VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

a. Plan of care treatment and services., e. Safe and effective use of medical equipment.

**622**

8. Outcome:(Click on each one that applies)
        Verbalized understanding
9. Discipline of Instructor:(Each discipline should sign IDTR)
    Nurse (RN,LPN)

10. General Equipment Training Certification:
     Type of Equipment:
     Serial Number:

     Name of Person Receiving Orientation:
      This patient or the responsible person identified above has been trained and certified competent to safely and effectively perform the functions associated with the aspect of the above listed equipment. A manufacturer's Handbook and/or Patient Education Materials were provided.

     Comment:

/es/ PATRICIA A. HARRIS
RN,MS,RHIA
Signed: 11/13/2006 09:25

---

     LOCAL TITLE: LSU NURSING DISPOSITION NOTE
STANDARD TITLE: NURSING EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: NOV 13, 2006@09:24    ENTRY DATE: NOV 13, 2006@09:24:32
      AUTHOR: HARRIS,PATRICIA A    EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.      Discharge Diagnosis:

2.      Disposition: Home
_x__  Follow up clinic appointment. Clinic name: PCC
___  Consult to:
___  Admitted to inpatient unit:
     ___  Other:
     ___  Left AMA

---

<table>
<tr><td><strong>PATIENT NAME AND ADDRESS</strong> (Mechanical imprinting, if available)<br><br>WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA  36109<br>419087667</td><td><strong>VISTA Electronic Medical Documentation</strong><br><br><br>Printed at CENTRAL ALABAMA HCS</td></tr>
</table>

# Progress Note

            Comments:

**623**

3.      Nursing interventions given in LSU: Refer to LSU notes. CT of head done.
Discharge from LSU in no acute distress. Medications were picked up from the
pharmarcy by his wife.

4.      After-care sheet given:
[x ] yes,  Sheet Title: Medication care notes
[ ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.  Patient and/or family member/significant other verbalized
    understanding of post-care
    instructions:  [x ]yes      [ ]no
    Family member/significant other present:

6.  Condition:    [ ]  improved
                  [x ]  satisfactory
                  [ ]  unchanged
                  [ ]  worse
    Comments: Patient verbalized a pain level of ____ upon discharge.

{Attending LSU physician to co-sign this note!}

/es/ PATRICIA A. HARRIS
RN,MS,RHIA
Signed: 11/13/2006 09:25

---

    LOCAL TITLE: LSU NURSING NOTE
STANDARD TITLE: NURSING EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: NOV 13, 2006@06:50     ENTRY DATE: NOV 13, 2006@06:51:01
     AUTHOR: MCCANTS,ANNIE M      EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

    *** LSU NURSING NOTE Has ADDENDA ***

75mg Demerol/25mg Phenergan given IM to left gluteal.  Tolerated injection well
and without complaint.

/es/ ANNIE M MCCANTS
LPN
Signed: 11/13/2006 06:52

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

11/13/2006 ADDENDUM                STATUS: COMPLETED              **624**
Patient stated pain had decreased to 5 on a scale 1-10 / mild nausea / resp
eupniec / reg / eyes closed / calm / no acute distress / stable

/es/ MICHAEL J. HINTON
RNC, BSN
Signed: 11/13/2006 07:33

---

   LOCAL TITLE: LSU PHYSICIAN NOTE
STANDARD TITLE: PHYSICIAN EMERGENCY DEPARTMENT E & M NOTE
DATE OF NOTE: NOV 13, 2006@06:43    ENTRY DATE: NOV 13, 2006@06:43:12
     AUTHOR: BOYD,BILLY W        EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

   *** LSU PHYSICIAN NOTE Has ADDENDA ***

S: veteran with hx of migraine headaches c/o severe headache. Onset this a.m.
about 2 a.m., 5 hours ago. Some associated nausea, but no vomiting. Light and
noise sensitive. Locates bifrontal but says feels like pressure "trying to
squeeze his brain out of his head." Worst headache he has had
O: alert. afebrile. VS stable. BP 131/89. P 88. O2 sat WNL at 98% on room air.
PERRLA. EOM's intact. Fundi benign. Heart- reg rate and rhythm. Lungs- clear.
Abd- soft. Neuro- intact. Moves all 4's. alert. conversational.
A: migraine headache r/o CNS bleed
P: CT brain without contrast to be sure pt has not had CNS bleed. Demerol 75 mg
IM/phenergan 25 mg IM for pain and nausea. Disposition based on result of CT
brain scan.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 11/13/2006 06:51

11/13/2006 ADDENDUM                STATUS: COMPLETED
I have reviewed the nursing assessment and agree with it; medications reviewed
and reconciled.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 11/13/2006 07:32

11/13/2006 ADDENDUM                STATUS: COMPLETED
CT brain scan head without contrast approved by Dr. Shroff.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 11/13/2006 08:01

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

11/13/2006 ADDENDUM          STATUS: COMPLETED          **·625**
CT brain scan without contrast of head--> WNL. Impression: migraine. Plan treat
with lortab 5 mg po q 4 hrs prn, #42, no refills, as he is not getting relief
from tramadol. Followup with PCP and team. CT brain findings discussed with pt
and wife.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 11/13/2006 08:57

---

    LOCAL TITLE: LSU NURSING NOTE
STANDARD TITLE: NURSING EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: NOV 13, 2006@06:41     ENTRY DATE: NOV 13, 2006@06:41:53
      AUTHOR: HINTON,MICHAEL J     EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

Clinical Reminder(s)/
  N-Medication Reconciliation:
    NonVA meds were reviewed and reconciled.
    New NonVA medications have been added to chart.

/es/ MICHAEL J. HINTON
RNC, BSN
Signed: 11/13/2006 06:44

---

    LOCAL TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: NOV 13, 2006@06:38     ENTRY DATE: NOV 13, 2006@06:38:36
      AUTHOR: HINTON,MICHAEL J     EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

Acute Pain Initial Assessment

Pain 4 or greater (Complete questions 1-14)

        Please select only ONE screening tool used to obtain score below:

Screening Tool
Numeric Rating Scale (NRS)

Questions

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

  1. CURRENT PAIN RATING:  10

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

2. LOCATION OF PAIN:

**626**

    Head

3. ONSET:  Nov 13,2006

4. DIAGNOSIS pertinent to pain:

    hx of migraine

5. FREQUENCY and pattern of pain:

    (X) Constant
    ( ) Intermittent
    ( ) With Movement
    ( ) Other (Specify):

6. INTENSITY of pain:

    Worst pain level in last month:  0
    Least pain level in last month:  0
    Patient pain level intensity goal:  0

7. QUALITY how does patient describe pain?

    ( ) Shooting
    ( ) Stabbing
    (X) Sharp
    ( ) Aching
    ( ) Burning
    ( ) Throbbing
    ( ) Radiating
    ( ) Dull
    ( ) Other (Specify):

8. EXACERBATING FACTORS (What causes pain to increase?):

    (X) Movement
    ( ) ADL's
    ( ) Stress
    ( ) Treatments
    ( ) Other (Specify):

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109          Printed at CENTRAL ALABAMA HCS
419087667

# Progress Note

9. ALLEVIATING FACTORS (What relieves pain?):                    **627**

   ( ) Rest
   ( ) Sleep
   ( ) Repositioning
   ( ) Eating
   ( ) Massage
   ( ) Heat
   ( ) Cold
   ( ) Exercise
   (X) Other (Specify):

10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):

   Medication (list):
   asa

   Non-Pharmacological interventions:
   eyes closed

   Other (Specify):

11. Indicate if PAIN AFFECTS daily function and/or quality of life:

   ( ) Sleep
   (X) Mood
   (X) General Activity
   ( ) Nutrition
   ( ) Elimination
   ( ) Normal Work
   ( ) Ability to Concentrate
   ( ) Social Interaction
   ( ) Self Image
   ( ) Sexuality
   ( ) Other (Specify):

12. Is there ANYTHING ELSE you want to tell me about your pain?

      Use patient's own words (List):

13. EDUCATION related to pain management provided:

   Go to "INTERDISCIPLINARY PATIENT/FAMILY EDUCATION" Note for documentation

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

623

YES

Did patient verbalize understanding?

YES

14: PLAN OF CARE:

   a. Goal (list):
      Decrease pain


   b. Intervention (list)
      See MD Note


   c. Evaluation/Effectiveness: Documented in BCMA/CPRS

      YES
      Comments:


   d. Refer to provider for treatment/interventions

      YES
      Comments:


/es/ MICHAEL J. HINTON
RNC, BSN
Signed: 11/13/2006 06:41


    LOCAL TITLE: PRIMARY CARE TRIAGE NOTE
STANDARD TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: NOV 13, 2006@06:31    ENTRY DATE: NOV 13, 2006@06:31:13
     AUTHOR: HINTON,MICHAEL J    EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

    *** PRIMARY CARE TRIAGE NOTE Has ADDENDA ***


Patient Name:  WORKS,TYRON
         SSN:  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
         Age:  34
      Gender:  MALE


Vital Signs taken:  YES

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**629**

```
      Temperature:  98 F [36.7 C] (11/13/2006 06:30)
            Pulse:  88 (11/13/2006 06:30)
      Respiration:  20 (11/13/2006 06:30)
              B/P:  131/89 (11/13/2006 06:30)
             Pain:  10 (11/13/2006 06:30)
           Height:  72 in [182.9 cm] (06/11/2006 10:30)
           Weight:  214.7 lb [97.6 kg] (11/13/2006 06:30)
```

Pulse OX:  98

Mode of arrival:  AMBULATORY
        If OTHER, please state:


Chief Complaint:

Patient presented to LSU in stable condition / per wc / alert and
oriented / patient reports that he began to experience a severe HA
this AM / photophobia / nausea / stated he took asa that was not
effective / PERRL / no neuro deficit / placed on stretcher six and
MD informed of arrival /


Patient given emergent care prior to arrival:  NO
        If YES, please state:


Did you try to do anything to relieve your problem prior to your
arrival?  NO
        If YES, please state:


Was it effective?  NO
        If YES, please state:


Last Tetanus:


Immunization:



Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:None

OTC Medicines: None

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Printed On Mar 05, 2007

Active Medications: Active Outpatient Medications (including Supplies): **630**

```
    Active Outpatient Medications                          Status
================================================================
1)  COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES   ACTIVE
        A DAY FOR BREATHING (SHAKE WELL BEFORE USING)
2)  SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE        ACTIVE
        INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
        DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
        POUCH)
3)  TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY    ACTIVE
        MOUTH TWICE A DAY AS NEEDED FOR PAIN

    Active Non-VA Medications                              Status
================================================================
1)  Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM          ACTIVE
2)  Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE       ACTIVE
3)  Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX          ACTIVE
4)  Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN          ACTIVE
```

7 Total Medications
Triage Category:
    Emergent

Disposition to:
Primary Care Team:    LSU - Montgomery
Other:

/es/ MICHAEL J. HINTON
RNC, BSN
Signed: 11/13/2006 06:38

11/13/2006 ADDENDUM                    STATUS: COMPLETED
History of migraine headaches /

/es/ MICHAEL J. HINTON
RNC, BSN
Signed: 11/13/2006 06:46

    LOCAL TITLE: PAIN REASSESSMENT
STANDARD TITLE: PAIN MEDICINE NOTE
DATE OF NOTE: JUL 30, 2006@10:42    ENTRY DATE: JUL 30, 2006@10:43:24
    AUTHOR: KLINPINIJ,SUKONTARA  EXP COSIGNER:
    URGENCY:                            STATUS: COMPLETED

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

Page 23

# Progress Note

PAIN REASSESSMENT

**631**

1. Patient's current pain scale score:9

2. Location of pain:back

3. Have initial interventions been effective in controlling pain?
   Yes
   (Look at pain graph in vital sign package and usage of PRN pain meds)

   Comments:
   no c/o when leaving

4. Was the patient's goal for pain control met?
   Yes

5. If you answered no to questions 3 and/or 4, state new interventions
   planned to manage or control pain:

   Please Note:  Therapies with asterisks (*) may required order/consult

      ( )TENS unit*
      ( )Referral to PT*
      (X)Medication Change
      ( )Pain Education/Support Group
      ( )Provider Notified
      ( )Heat Application*
      ( )Cold Application*
      ( )Diversional activities
      ( )Referral to Pain Clinic*
      ( )Other (specify in area below)
      none

6. Pain education reinforced:

    Yes

      ( )Proper Body Mechanics
      ( )Medication Education
      ( )Alternative Therapies
      ( )Managing Stress & Depression
      ( )Other: (specify in area below)

7. Patient's response to education/level of comprehension
   Patient verbalized understanding

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

**632**

```
/es/ SUKONTARAG KLINPINIJ
RN-STAFF NURSE
Signed: 07/30/2006 10:45
```

```
    LOCAL TITLE: INTERDISCIPLINARY PATIENT/FAMILY EDUCATION
STANDARD TITLE: EDUCATION INTERDISCIPLINARY NOTE
DATE OF NOTE: JUL 30, 2006@10:40    ENTRY DATE: JUL 30, 2006@10:41
     AUTHOR: KLINPINIJ,SUKONTARA  EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

Educational Needs Assessment (Be Specific):

( ) No change since last visit.

1. Learning Abilities: Reads, Writes
                       If other specify:


2. Readiness to Learn: Receptive

3. Barriers to Learning: Select items from the listing below that
   best describes barriers to learning. If there are no barriers,
   Select None. None

4. Translator required: NO
                        (contact the hospital operator)

5. Learning Preferences:Direct Teaching

5.Learning Needs: (X)Diagnosis    (X)Safety
                  (X)Medications (X)Self Care
                  ( )Activity    ( )Treatments
                  ( )Tests       ( )Surgery
                  ( )Nutrition

Please make specific comments on any learning needs:


6. (X) Patient's or
   ( ) Significant others highest grade completed:
      Other

   Comments:

7. Instructions: At a minimum, document any education given for these
   categories *click a check mark* by each category of education given.

---

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

a. Plan of care treatment and services., b. Basic health practice and safety., c. Safe and effective use of medications., of pain management. **633**

8. Outcome:(Click on each one that applies)
     Verbalized understanding
9. Discipline of Instructor:(Each discipline should sign IDTR)
     Nurse (RN,LPN}

10. General Equipment Training Certification:
     Type of Equipment:
     Serial Number:

     Name of Person Receiving Orientation:
     This patient or the responsible person identified above
has been trained and certified competent to safely and
effectively perform the functions associated with the
aspect of the above listed equipment. A manufacturer's
Handbook and/or Patient Education Materials were
provided.

     Comment:

/es/ SUKONTARAG KLINPINIJ
RN-STAFF NURSE
Signed: 07/30/2006 10:41

     LOCAL TITLE: LSU NURSING DISPOSITION NOTE
STANDARD TITLE: NURSING EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: JUL 30, 2006@10:36      ENTRY DATE: JUL 30, 2006@10:36:35
     AUTHOR: KLINPINIJ,SUKONTARA  EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

LSU NURSING DISPOSITION NOTE:

PATIENT'S NAME:  WORKS,TYRON
SSN: 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
DOB: FEB 6,1972

1.       Discharge Diagnosis:see md notes

2.       Disposition: home
_x__  Follow up clinic appointment. Clinic name:
____  Consult to:
____  Admitted to inpatient unit:
     ____  Other:
     ____  Left AMA

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Comments:

**634**

3.      Nursing interventions given in LSU: lortab5 2tabs po given in LSU,toradol po and flexeril po prepack given to take home with explanation.

4.      After-care sheet given:
[  ] yes,  Sheet Title:
[x  ] no

(Refer to Interdisciplinary Patient Teaching Note)

5.  Patient and/or family member/significant other verbalized
    understanding of post-care
    instructions:  [ x ]yes      [  ]no
    Family member/significant other present:

6.  Condition:     [  ]  improved
                        [x  ]  satisfactory
                        [  ]  unchanged
                        [  ]  worse
    Comments:left ambulatory in stable condition with a family member with no
c/o voiced.

{Attending LSU physician to co-sign this note!}

/es/ SUKONTARAG KLINPINIJ
RN-STAFF NURSE
Signed: 07/30/2006 10:40

   LOCAL TITLE: LSU PHYSICIAN NOTE
STANDARD TITLE: PHYSICIAN EMERGENCY DEPARTMENT E & M NOTE
DATE OF NOTE: JUL 30, 2006@10:28     ENTRY DATE: JUL 30, 2006@10:28:51
     AUTHOR: BRITT,BRIAN K       EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

WORKS,TYRON IS A 34 Y/O MALE WITH CHIEF COMPLAINT OF LBP, WORSENED LAST PM.
REPORTS PAIN WORSE WITH MOVEMENT.  NO BOWEL OR BLADDER INCONTINENCE.

DURATION OF SYMPTOMS: ONE DAY
PATIENT REPORTS PAIN 9/10 INTENSITY.
ASSOCIATED SYMPTOMS: BACK SPASM
EXACERBATING OR MODIFYING FACTORS:  MOVEMENT, NOT TAKING ANY MEDS
PATIENT DENIES HA, RUNNY NOSE, ST, COUGH, CP/SOB, ABD PAIN, N/V/D, DYSURIA,

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

FEVER/CHILLS.

635

REVIEW OF SYSTEMS:  SEE HPI.  ROS OTHERWISE NEGATIVE.

NURSES NOTES REVIEWED, CONCUR
CHART REVIEWED
PMHX, SOCHX, FAMHX AS NOTED IN CHART

PROBLEM LIST:
    Code        Description
493.90      Asthma, unspecified type, without mention of status asthmaticus or
acute exacerb
836.2       Other tear of cartilage or meniscus of knee, current (ICD-9-CM 836.2)
477.8       Allergic rhinitis
465.9       Upper respiratory infection (ICD-9-CM 465.9)
719.46      Pain in joint involving lower leg (ICD-9-CM 719.46)
346.90      Migraine (ICD-9-CM 346.90)
530.81      Gastroesophageal Reflux Disorder (ICD-9-CM 530.81)
V45.89      Other Postsurgical Status
427.31      Atrial Fibrillation
367.0       Hypermetropia
367.20      Astigmatism, NOS

ALLERGIES: MUSHROOMS, TYPHOID VACCINE

MEDICATIONS:
    Active Outpatient Medications (including Supplies):

COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES A          ACTIVE
    DAY FOR BREATHING (SHAKE WELL BEFORE USING)
CYCLOBENZAPRINE 10MG (FLEXERIL) TAB TAKE ONE TABLET BY           PENDING
    MOUTH THREE TIMES A DAY AS NEEDED FOR MUSCLE RELAXATION
HYDROCODONE 5/ACETAMINOPHEN 500MG TAB TAKE 2 TABLETS BY          PENDING
    MOUTH NOW FOR PAIN
KETOROLAC (TORADOL) 10MG TAB** TAKE ONE TABLET BY MOUTH          PENDING
    THREE TIMES A DAY AS NEEDED WITH FOOD FOR PAIN &
    INFLAMMATION
SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE                ACTIVE
    INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
    DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING POUCH)
TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY MOUTH       ACTIVE
    TWICE A DAY AS NEEDED FOR PAIN
Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM                   ACTIVE
Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE               ACTIVE
Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX                  ACTIVE
Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN                  ACTIVE

VS NOTED

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

```
T:     98.6 F [37.0 C] (07/30/2006 10:07)
P:     75 (07/30/2006 10:07)
BP:    119/85 (07/30/2006 10:07)
RR:    18 (07/30/2006 10:07)
Pain: 9 (07/30/2006 10:07)
WT:    215 lb [97.7 kg] (07/30/2006 10:07)
```

, 636

PHYSICAL EXAM:
```
    GEN:   A&OX3 NAD
    EYES:  EOMI
    ENT:   OP CLEAR, NARES PATENT
    NECK:  SUPPLE, NO LAD
    RESP:  LUNGS CTA BILAT
    CV:    RRR
    ABD:   SOFT NT ND, BS PRESENT
    GU:    RECTAL DEFERRED
    EXT:   NO C/C/E
    SKIN:  NO RASH
    NEURO: CN GROSSLY INTACT, STRENGTH 5/5 BILAT LE
           NEG SLT BILAT
    PSYCH: NML AFFECT
```

LABORATORY DATA REVIEWED:

```
    SODIUM      143 meq/L     (04/24/2006 09:53)
    POTASSIUM   3.8 meq/L     (04/24/2006 09:53)
    CHLORIDE    109 meq/L     (04/24/2006 09:53)
    CO2         24.0 mmol/l      (04/24/2006 09:53)
    BUN         8 mg/dL     (04/24/2006 09:53)
    CREATININE 1.1 mg/dl      (04/24/2006 09:53)
    GLUCOSE     92 mg/dL      (04/24/2006 09:53)

    HGB         14.0 g/dL      (04/24/2006 09:53)
    HCT         40.3 %  L     (04/24/2006 09:53)

    CHOL         182 mg/dL      (04/24/2006 09:53)
    LDL  128.2 mg/dl      (04/24/2006 09:53)
    HDL  35.0 mg/dl      (04/24/2006 09:53)
    TRIG         94.0 mg/dL      (04/24/2006 09:53)
```

IMPRESSION & PLAN: 34 Y/O MALE WITH LBP

TORADOL 10 TID, QTY 12
FLEXERIL 10 TID, QTY 9
LORTAB 5 X TWO TABS
PT COUNSELING & EDUCATION PROVIDED
FOLLOW-UP WITH PRIMARY CARE

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

RETURN TO LSU PRN, OR IF SYMPTOMS WORSEN/PERSIST

**637**

/es/ BRIAN K BRITT
MD, LSU PHYSICIAN
Signed: 07/30/2006 10:31

---

     LOCAL TITLE: PAIN ASSESSMENT AND MANAGEMENT RECORD
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: JUL 30, 2006@10:10     ENTRY DATE: JUL 30, 2006@10:10:24
     AUTHOR: CLAXTON,CYNTHIA R     EXP COSIGNER:
     URGENCY:                                    STATUS: COMPLETED

Acute Pain Initial Assessment

Pain 4 or greater (Complete questions 1-14)

          Please select only ONE screening tool used to obtain score below:

Screening Tool
Numeric Rating Scale (NRS)

Questions

Patient rates pain 0-10 scale: 0 = No Pain and 10 = Most Intense Pain

  1. CURRENT PAIN RATING:  9

  2. LOCATION OF PAIN:

     lower back

  3. ONSET:  Jul 29,2006

  4. DIAGNOSIS pertinent to pain:

     chronic low back pain/fusion

  5. FREQUENCY and pattern of pain:

     ( ) Constant
     ( ) Intermittent
     (X) With Movement
     ( ) Other (Specify):

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)

**VISTA Electronic Medical Documentation** .

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

Printed at CENTRAL ALABAMA HCS

# Progress Note

638

6. INTENSITY of pain:

   Worst pain level in last month:  10
   Least pain level in last month:
   Patient pain level intensity goal:

7. QUALITY how does patient describe pain?

   ( ) Shooting
   ( ) Stabbing
   ( ) Sharp
   (X) Aching
   ( ) Burning
   ( ) Throbbing
   ( ) Radiating
   ( ) Dull
   ( ) Other (Specify):


8. EXACERBATING FACTORS (What causes pain to increase?):

   (X) Movement
   (X) ADL's
   (X) Stress
   ( ) Treatments
   ( ) Other (Specify):


9. ALLEVIATING FACTORS (What relieves pain?):

   ( ) Rest
   ( ) Sleep
   (X) Repositioning
   ( ) Eating
   ( ) Massage
   ( ) Heat
   ( ) Cold
   ( ) Exercise
   ( ) Other (Specify):


10. PRESENT PAIN THERAPY (Pharmacological and non-pharmacological):

    Medication (list):
    out of Lortab and Flexeril

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA   36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

**639**

```
        Non-Pharmacological interventions:


        Other (Specify):


11. Indicate if PAIN AFFECTS daily function and/or quality of life:

        ( ) Sleep
        ( ) Mood
        (X) General Activity
        ( ) Nutrition
        ( ) Elimination
        (X) Normal Work.
        ( ) Ability to Concehtrate
        ( ) Social Interaction
        ( ) Self Image
        ( ) Sexuality
        ( ) Other (Specify):


12. Is there ANYTHING ELSE you want to tell me about your pain?

        Use patient's own words (List):

13. EDUCATION related to pain management provided:

    Go to "INTERDISCIPLINARY PATIENT/FAMILY EDUCATION" Note for documentation

    YES

    Did patient verbalize understanding?

    YES

14: PLAN OF CARE:

    a. Goal (list):
       pain intervention


    b. Intervention (list)
       refer to Dr Britt


    c. Evaluation/Effectiveness: Documented in BCMA/CPRS
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| WORKS, TYRON<br>435 Lurene Circle<br>MONTGOMERY, ALABAMA  36109<br>419087667 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

```
            YES
            Comments:                                    640


       d. Refer to provider for treatment/interventions

            YES
            Comments:


/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 07/30/2006 10:12
```

```
    LOCAL TITLE: PRIMARY CARE TRIAGE NOTE
STANDARD TITLE: PRIMARY CARE TRIAGE NOTE
DATE OF NOTE: JUL 30, 2006@10:08    ENTRY DATE: JUL 30, 2006@10:08:06
    AUTHOR: CLAXTON,CYNTHIA R   EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED

Patient Name:  WORKS,TYRON
         SSN:  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
         Age:  34
      Gender:  MALE

Vital Signs taken:  YES

        Temperature:  98.6 F [37.0 C] (07/30/2006 10:07)
             Pulse:  75 (07/30/2006 10:07)
        Respiration:  18 (07/30/2006 10:07)
               B/P:  119/85 (07/30/2006 10:07)
              Pain:  9 (07/30/2006 10:07)
            Height:  72 in [182.9 cm] (06/11/2006 10:30)
            Weight:  215 lb [97.7 kg] (07/30/2006 10:07)

Pulse OX:  100

Mode of arrival:  AMBULATORY
        If OTHER, please state:


Chief Complaint:
Alert, oriented x3, resp regular and with ease.  Gait steady but
slow; c/o lower back pain since last night.  States that he had a
lower back fusion in the past.  Sitting up and walking increases
pain.  Out of Lortab and Flexeril.  Unable to work today as a
Security Guard because of his pain.  Refer to MD.
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Printed On Mar 05, 2007

**641**

Patient given emergent care prior to arrival:   NO
        If YES, please state:


Did you try to do anything to relieve your problem prior to your
arrival?  NO
        If YES, please state:

        •

Was it effective?  NO
        If YES, please state:


Last Tetanus:


Immunization:



Allergies:MUSHROOMS, TYPHOID VACCINE
Herbals:

OTC Medicines:

Active Medications:Active Outpatient Medications (including Supplies):

```
     Active Outpatient Medications                    Status
==========================================================================
1)   COMBIVENT INHALER INHALE 2 PUFFS BY MOUTH THREE TIMES   ACTIVE
        A DAY FOR BREATHING (SHAKE WELL BEFORE USING)
2)   SALMETEROL DISKUS (SEREVENT) 50MCG 60 INHALE ONE        ACTIVE
        INHALATION BY MOUTH EVERY 12 HOURS (CONTAINS 60
        DOSES-DISCARD WHEN EMPTY OR 6 WEEKS FROM OPENING
        POUCH)
3)   TRAMADOL 50MG (ULTRAM) TAB TAKE ONE TABLET (50MG) BY    ACTIVE
        MOUTH TWICE A DAY AS NEEDED FOR PAIN

     Active Non-VA Medications                         Status
==========================================================================
1)   Non-VA OTHER NON-VA MED MISCELLANEOUS CARDIZEM        ACTIVE
2)   Non-VA OTHER NON-VA MED MISCELLANEOUS HYDROCODONE     ACTIVE
3)   Non-VA OTHER NON-VA MED MISCELLANEOUS PROTONIX        ACTIVE
4)   Non-VA OTHER NON-VA MED MISCELLANEOUS SKELAXIN        ACTIVE

7 Total Medications
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Progress Note

Triage Category:
        Non Urgent

**642**

Disposition to:
Primary Care Team:    LSU - Montgomery
Other:

/es/ CYNTHIA R. CLAXTON
RN, BSN
Signed: 07/30/2006 10:10

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

WORKS, TYRON
435 Lurene Circle
MONTGOMERY, ALABAMA  36109
419087667

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

3/13/07

# Baptist Medical Center East

643

## Esophagogastroduodenoscopy Procedure Report

| | | | |
|---|---|---|---|
| Patient: | TYRON WORKS | Attending Physician: | PENN  WHITE M.D. |
| Patient ID: | MR-000252640 | Referring Physician: | III UNDERWOOD M.D. |
| Exam Date: | 03/13/2007 | | |

**Introduction:** A 35 year old male patient presents for an elective outpatient Esophagogastroduodenoscopy.

**Indications:**

* Dysphagia (787.2).

**Consent:** The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained from the patient.

**Preparation:** EKG, pulse, pulse oximetry and blood pressure were monitored throughout the procedure.

**Medications:**

* Propofol administered per CRNA record





esophagitis-esophagus

**Procedure:** The endoscope was passed with ease through the mouth under direct visualization and advanced to the 2nd portion of the duodenum. The scope was withdrawn and the mucosa was carefully examined.

**Findings:**

**Esophagus:** There was a 5 cm hiatus hernia visible in the esophagus. Grade III, erosive, reflux-induced esophagitis was found in the lower third of the esophagus. ①

**Stomach:** A diffuse area of gastritis was found in the entire stomach. ② ④  Two biopsies were taken.

**Duodenum:** The duodenum appeared to be normal. ③

**Unplanned Events:** There were no unplanned events.

**Summary:**

* A hiatus hernia found (553.3).
* Esophagitis seen in the lower third of the esophagus (530.10).
* Gastritis found in the entire stomach. Two biopsies taken.
* Normal duodenum.

**Recommendations:**

* Start anti-reflux diet.
* Follow-up on the results of the biopsy specimens in 2 days.

**Procedure Codes:**

* 43239: EGD with biopsy

gastritis-stomach-whole stomach



normal-duodenum



gastritis-stomach-whole stomach

Signature:_____Date: 03/13/2007

**PENN . WHITE, M.D.**

Report electronically signed by Dr. PENN WHITE, M.D. on 03/13/2007 at 09:16 AM

Exhibit No ___14F_____

Page 1 Of _____2___ pages

**BAPTIST MEDICAL CENTER EAST**

400 Taylor Rd.
Montgomery, AL  36117
(334) 277-8330

**644**

Name:   WORKS, TYRON

MR#:   E000252640          Account:   E0707100924
Sex:   Male               Admit:   3/13/07
DOB:   2/6/72             Room/Bed:

Admit Type: Outpatient Surgery
Discharge Date: 3/13/07
Age: 35 years
SS Number: 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
Admitting Physician: White, W. Penn, MD
Ordering Physician: N/A

---

### *S e r o l o g y*

| COLLECTION DATE: | 3/13/07 | | |
|---|---|---|---|
| COLLECTION TIME: | 9:11:00 AM | | |
| | | REF RANGE | UNITS |
| H.pylori Rap Ur | Positive * | [Negative] | |

3/13/07 9:11:00 AM  H.pylori Rap Ur:
Test performed by BMC South Serology Department

*[handwritten: ✓ Treat]*

*[handwritten notes:]*

SAMS 277-5454

3/16/07 sent letter to call office

120/07 phoned in prevpac #14  No refill

Procedure Follow-up

Colon ☐    EGD    ☒ Flexsig ☐

None Required ☐
Six Months ☐
One Year ☐
Three Years ☐
Five Years ☐
Other _____
Doctor's Initials _____

---

MR#: E000252640                    Room/Bed:              Account:   E0707100924
Printed: 03/14/07 10:08 AM              Sex:   Male          DOB:  2/6/72
Name: WORKS, TYRON

Page 1 of 1
Final

## PHYSICAL CAPACITIES EVALUATION

**NAME OF CLAIMANT: Tyron Works**          **SSN: 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**          **645**

IMPORTANT: PLEASE COMPLETE THE FOLLOWING ITEMS BASED ON YOUR CLINCAL EVALUATION OF THE
CLAIMANT AND OTHER TESTING RESULTS. <u>DO NOT COMPLETE THIS FORM BASED ON THE CLAIMANT'S
SUBJECTIVE COMPLAINTS.</u>

NOTE: In terms of an 8-hour workday, "Occasionally " equals 1% to 33%; "Frequently," 34% to 66%; "Continuously," 67% to 100%.

**I.    In an 8-hour workday, claimant can: (Circle full capacity for each activity)**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A.) | Sit (Total at one time) | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (hours) |
| B.) | Stand (Total at one time) | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (hours) |
| C.) | Walk (Total at one time) | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (hours) |
| D.) | Sit (Total for 8-hour day) | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (hours) |
| E.) | Stand (Total for 8-hour day) | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (hours) |
| F.) | Walk (Total for 8-hour day) | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (hours) |

**II. Claimant can lift:**

| | NEVER | OCCASIONALLY | FREQUENTLY | CONTINUOUSLY |
|---|---|---|---|---|
| A. Up to 5 lbs. | [ ] | [ ] | [✓] | [ ] |
| B. 6-10 lbs. | [ ] | [ ] | [✓] | [ ] |
| C. 11-20 lbs | [ ] | [✓] | [ ] | [ ] |
| D. 21-25 lbs. | [ ] | [✓] | [ ] | [ ] |
| E. 26-50 lbs. | [ ] | [✓] | [ ] | [ ] |
| F. 51-100 lbs. | [✓] | [ ] | [ ] | [ ] |
| G. 101-150 lbs. | [✓] | [ ] | [ ] | [ ] |

**III. Claimant can carry:**

| | NEVER | OCCASIONALLY | FREQUENTLY | CONTINUOUSLY |
|---|---|---|---|---|
| A. Up to 5 lbs. | [ ] | [ ] | [✓] | [✓] |
| B. 6-10 lbs. | [ ] | [ ] | [✓] | [✓] |
| C. 11-20 lbs | [ ] | [✓] | [ ] | [✓] |
| D. 21-25 lbs. | [ ] | [✓] | [·] | [ ] |
| E. 26-50 lbs. | [ ] | [✓] | [ ] | [ ] |
| F. 51-100 lbs. | [✓] | [ ] | [ ] | [ ] |
| G. 101-150 lbs. | [✓] | [ ] | [ ] | [ ] |

**IV. Claimant can use hands for:**

| | NEVER | OCCASIONALLY | FREQUENTLY | CONTINUOUSLY |
|---|---|---|---|---|
| A. Simple grasping | RT[ ] LT[ ] | RT[ ] LT[ ] | RT[ ] LT[ ] | RT[✓] LT[✓] |
| B. Pushing, pulling of arm control | RT[ ] LT[ ] | RT[ ] LT[ ] | RT[ ] LT[ ] | RT[✓] LT[✓] |
| C. Fine manipulation | RT[ ] LT[ ] | RT[ ] LT[ ] | RT[ ] LT[ ] | RT[✓] LT[✓] |

**V. Claimant can use feet for:**

| | NEVER | OCCASIONALLY | FREQUENTLY | CONTINUOUSLY |
|---|---|---|---|---|
| A. Pushing & pulling Of leg controls | RT[ ] LT[ ] | RT[ ] LT[ ] | RT[ ] LT[ ] | RT[✓] LT[✓] |

**VI. Claimant is able to:**

| | NEVER | OCCASIONALLY | FREQUENTLY | CONTINUOUSLY |
|---|---|---|---|---|
| A. Stoop | [ ] | [ ] | [✓] | [ ] |
| B. Crouch | [ ] | [ ] | [✓] | [ ] |
| C. Kneel | [ ] | [ ] | [✓] | [ ] |
| D. Crawl | [ ] | [ ] | [✓] | [ ] |
| E. Climb | [ ] | [ ] | [✓] | [ ] |
| F. Balance | [ ] | [ ] | [✓] | [ ] |
| G. Reach (overhead) | [ ] | [ ] | [ ] | [ ] |

**VII. Claimant is able to work at activities involving:**

| | NEVER | OCCASIONALLY | FREQUENTLY | CONTINUOUSLY |
|---|---|---|---|---|
| A. Unprotected heights | [ ] | [ ] | [ ] | [ ] |
| B. Being around moving Machinery | [ ] | [ ] | [ ] | [ ] |
| C. Exposure to marked changes in temp. and humidity | [ ] | [ ] | [ ] | [ ] |
| D. Driving auto equipment | [ ] | [ ] | [ ] | [ ] |
| E. Exposure to dust, fumes, & gas fumes | [ ] | [ ] | [ ] | [ ] |

**VIII. How many days per month is your patient likely to be absent from work as a result of the impairments or treatment?**

☐   One day per month                    ☞   Four days per month
☐   Two days per month                   ☐   More than four days per month
☐   Three days per month

*Depending on response to Tx (medicat...*

REMARKS (ON ABOVE, OR OTHER FUNCTIONAL LIMITATIONS).

_____          Date  3 - 7 - 05
Signature of Physician                          3/5/07  VGR

**646**

# CLINICAL ASSESSMENT OF PAIN

**Patient:** __Tyron Works__    **SSN:**__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__

Although pain accompanying an injury or impairment is highly subjective and difficult to measure, it is possible for the treating physician to estimate the degree of pain that is present in a particular instance, given the nature of the impairment, the degree to which pain is typically of major concern in that impairment, and the extent to which the patient expresses the presence of pain and request medication for its relief.

Please answer the following questions as they relate to the patient listed above according to your best clinical judgment in this case.

---

1.    To what extent is pain of significance in the treatment of this patient? (Circle one)

| **A.** | **B.** | **C.** | **D.** |
|---|---|---|---|
| Pain is not present in any significant degree. | Pain is present but does not prevent functioning in everyday activities or work. | Pain is present to such an extent as to be distracting to adequate performance of daily activities or work. | Pain is present and found to be intractable and virtually incapacitating this individual. |

*at actually time the HA's start pt may be unable to wrk due to Ned fr medicate & rest*

---

2.    To what extent will physical activity, such as walking, standing, sitting, bending, stooping, moving or extremities, etc., increase the degree of pain experienced by this patient? (Circle one)

| **A.** | **B.** | **C.** | **D.** |
|---|---|---|---|
| No increase in pain whatsoever. | Some increase but not to such an extent as to prevent adequate functioning in such tasks. | Greatly increased pain and to such a degree as to cause distraction from task or total abandonment of task. | Increase of pain to such an extent that bed rest and/or medication is necessary. |

---

3.    In your best judgment, to what extent will the side effects of prescribed medication impact upon this patient's ability to perform his/her work? (Circle one)

| **A.** | **B.** | **C.** | **D.** |
|---|---|---|---|
| Should be able to perform job duties without any decrease in work effectiveness. | Some limitations may be present but not to such a degree as to create serious Problems in most instances. | Drug side effects can be expected to be sever and to limit effectiveness due to distraction, inattention drowsiness, etc. | Patient will be totally restricted and thus unable to function at a productive level of work. |

*Sometimes Severe headache may require bedrest to resolve HA.*

Date: __3-5-07__

Signature: _____

Printed Name: __Hamp Greene__

*2*

**647**

## ABILITY TO WORK

**Patient: Tyron Works**                    **SSN: 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**

Would you please take a moment to review your records on the above-mentioned claimant and answer the following two questions? This information is needed for a disability hearing. Thank you.

Is the above named patient able to work the equivalent of eight hours a day, five days a week?          ☑ Yes          ☐ No

Have the patient's conditions lasted, or are they expected to last, at least 12 months?
          ☑ Yes          ☐ No

Please use the space below to explain or make additional comments:

*When pt has headache will not be able to function, will need bedrest until headache is relieved*

*Otherwise should be able to work*

_____                    _3-5-07_
Physician's signature                         Date

Printed Name  *Hazzp Green*

3

**TYRON WORKS**

**648**
01/23/07

**SUBJECTIVE:** Mr. Works returns to the office today complaining of muscle aches, scratchy throat, dry cough, rhinorrhea, headaches, generalized malaise, fever and chills times several days. No bowel changes noted, but he states that his urine is very dark, but no dysuria or hematuria.

**OBJECTIVE:** WT: 212 ¼ pounds. BP: 116/84. P: 80. T: 95.9. Generally, he appears to be in no acute distress; however, he was coughing a lot. He has rhinorrhea bilaterally. Throat was erythematous, but without any exudates. Cardiac: Regular rate and rhythm without any evidence of fibrillation. Lungs: Clear. Extremities: Without any edema. Rapid flu was negative.

**ASSESSMENT:**
1)  Viral syndrome – however, I still think this is probably early influenza.
2)  History of atrial fibrillation – sinus rhythm.
3)  Migraine headaches – stable.

RECEIVED
JAN 2 6 2007
BY:

**PLAN:**
1)  Treat him with Endal HD for cough. We will give him Tamiflu 75 b.i.d. along with Durahist PE 1 b.i.d. He is to come back and see us in a couple of months for follow up and repeat lipid profile.

JEFFERSON UNDERWOOD, III, M.D.                                          JU/as

Received Subsequent To Hearing
Exhibit 16F        ( 3 pages)

TYRON WORKS                                                    **649** 12/06/04

**SUBJECTIVE:** Mr. Works returns to the office today with a complaint of back pain, which at times radiates down both legs. He states he was diagnosed as having a herniated lumbar disc a couple of years ago and is currently being seen by the Veterans Administration. The Veterans Administration has scheduled him for EMG as well as evaluation sometime in January of 2005, however he states that the pain was so severe that he needed to come in today. No history of lower extremity weakness is noted.

**OBJECTIVE:** Vital signs are stable. Exam reveals lumbosacral discomfort to deep palpation. He does have some reproducible pain with scissoring, as well as straight leg raising. He has some asymmetry of the patella DTRs as well.

**ASSESSMENT:**
1)     Low back pain with a history of herniated lumbar disc.

DEC [illegible] 2004
BY:

**PLAN:**
1)     Continue with the Darvocet, as well as I think he has some Valium from the Veterans Administration. He is being referred to Dr. Warner Pinchback for further evaluation.

_____
JEFFERSON UNDERWOOD, III, M.D.                                 JU/mf

TYRON WORKS                                                    11/17/06

**SUBJECTIVE:** Mr. Works returns back to the office today with complaint of headache. He states that the headache feels like his head is in a vice and as a result, he went to the VA. The VA did blood work as well as CT which was negative and put him on Zomig, metoprolol as well as Toradol. He states he had to go back to PriMed because the headaches were not completely resolved and he was having some epistaxis at times.

Since he has been seen at the VA for follow up, he states the headaches have done better; however, he was referred for neurological assessment at a neurological clinic.

**OBJECTIVE:** WT: 218 ¾ pounds. BP: 124/76. P: 76. General: He is in no acute distress. HEENT: PERRLA. Nasal passages reveal boggy nasal mucosa. Throat was clear. Cardiac: Regular rate and rhythm. Lungs: Clear. Extremities: Without any edema.

**ASSESSMENT:**
    Headaches – migraines??
2)     Epistaxis – resolved.
3)     Allergic rhinitis.
4)     History of atrial fibrillation.

RECEIVED
NOV 2 7 2006
BY:

**PLAN:**
1)     Put him back on his Cardizem CD for the atrial fibrillation as well as hopefully, since this is a calcium channel blocker, will help with headache prophylaxis. He is to keep the appointment with the neurologist. We would like to check routine chemistries. He is to come back and see us in a couple of months for follow up.

_____
JEFFERSON UNDERWOOD, III, M.D.                                 JU/as

**Missed Appointment**

Date: CX 12/29/06 MK

03/13/2007

**650**

lll JEFFERSON UNDERWOOD, M.D.

Received

APR 0 5 2007

| Regarding: | TYRON WORKS |
| | 02/06/1972 |
| | Esophagogastroduodenoscopy |
| Exam Date: | 03/13/2007 |

Dear Dr. UNDERWOOD:

Thank you for referring TYRON WORKS for a Esophagogastroduodenoscopy. Please note this brief summary of my findings and recommendations, which are further detailed in the attached report.

**Summary:**

- A hiatus hernia found (553.3).
- Esophagitis seen in the lower third of the esophagus (530.10).
- Gastritis found in the entire stomach. Two biopsies taken.
- Normal duodenum.

**Recommendations:**

- Start anti-reflux diet.
- Follow-up on the results of the biopsy specimens in 2 days.

Thank you for the opportunity to help you in the care of this patient. Please do not hesitate to contact me if I can be of any further assistance.

Yours sincerely,

PENN . WHITE, , M.D.
4101 C Wall Street
Montgomery AL 36106

**DEPARTMENT OF VETERANS AFFAIRS**
**Vocational Rehabilitation & Employment**
345 Perry Hill Road
Montgomery, AL 36109

**651**

August 16, 2007

In Reply Refer To: 322/28
C /00

Tyron Works
435 Lurene Circle
Montgomery, AL 36109

Dear Mr. Works,

I'm writing this letter to inform you that I have enclosed two copies of the Infeasible Letter for you to help with your Social Security claim. For your convenience, I have already forwarded a copy to your DAV representative. The enclosed letter informs you that even though you were found entitled to Vocational Rehabilitation & Employment services, due to the severity of your disabilities you are not feasible to participate in our program at this time. I have also enclosed general information regarding Independent Living Services (IL). Please read over the material and if you think you may want to participate in an evaluation to determine if you have any IL needs, please sign where indicated and return to me. I have also enclosed a VA Form 4138. If you decide that you do not wish to participate in an IL assessment at this time, sign where indicated and return that form back to me. In the meantime, if you have any questions or concerns, please feel free to contact me by phone at 334-396-1986 **x14**, or by e-mail at Sabrina.McNeil@va.gov.

Sincerely,

Sabrina McNeil
Vocational Rehab Counselor

Exh. AG-1

**DEPARTMENT OF VETERAN AFFAIRS**                          **652**
VR&E DIVISION
345 Perry Hill Road
Montgomery, AL 36109

August 14, 2007

C#: xxx-xx-7667/00

Tyron Works
435 Lurene Circle
Montgomery, AL 36109

Dear Mr. Works:

**This letter contains important information about your VA benefits. Please read it carefully.**

After carefully reviewing the facts relative to your entitlement to vocational rehabilitation, we concluded that you **are entitled.** Although we have explained this decision to you, the evidence of record in your case indicates that at this time **it is not reasonably feasible** for you to achieve a vocational goal. However, you may benefit from a program of Independent Living Services. CFR 21.53 requires the DVA to determine the reasonable feasibility of achieving a vocational goal in each case in which a veteran has either: (1) an employment handicap, or (2) a serious employment handicap. CFR 21.53 (b) defines vocational goal as "a gainful employment status consistent with the veterans abilities, aptitudes, and interests." Under the provisions of CFR 21.53 (d) achievement of a vocational goal is reasonably feasible for a veteran with either an employment or a serious employment handicap only when the following conditions are met: (1) vocational goal(s) has/have been identified, (2) the veterans physical and mental conditions permit training for the goal(s) to begin within a reasonable period, and (3) the veteran (i) possesses the necessary educational skills and background to pursue the vocational goal, or (ii) will be provided services by the VA to develop such necessary educational skills as part of the program. After fully considering your current service connected disabilities, verbal accounts from you during your initial interview, your sporadic work history, along with the medical information obtained from your primary care physician case notes, we have determined that achievement of a vocational goal **is not reasonably feasible**. If you feel that your condition improves in the future, you may reapply for this program.

You have been determined to have an impaired employability (**serious employment handicap**). After reviewing your employment history, education and training, using the Guide for Occupational Exploration and/or the Selected Characteristics of Dictionary of Occupational Titles (DOT), it has been determined that you **have not been able to overcome** this impairment by education or employment experience. Based on ability, aptitude, and interest test results, analysis of your work and educational background, and job market trends, it appears that achievement of employment is not reasonably feasible. Veteran will be evaluated for possible Independent Living Services.

Please note that our decision does not affect your entitlement to other VA benefits. In addition, our staff will be glad to help you explore other ways which may be available to you to achieve your goal(s). If you want this assistance, call or write us at the phone number or address below.

If you disagree with our decision to deny you this benefit , you or your accredited representative may request an administrative review by writing a letter to this office stating the reason(s) for your disagreement.

653

Page 2

Mr. Tyron Works
xxx-xx-7667/00

You, or your representative, may also appeal this decision to the Board of Veterans Appeals by following the procedures outlined on the attached VA Form 4107, Notice of Procedural and Appellate Rights. You should note, however, that an administrative review can only be done before submission of an appeal to the Board of Veterans Appeals.

Sincerely Yours,

Sabrina McNeil
Vocational Rehabilitation Counselor

encl: VA Form 4107 (Notice of Procedural and Appellate Rights)
cc:

**654**

## DEPARTMENT OF VETERANS AFFAIRS
### VA Regional Office Montgomery
### 345 Perry Hill Rd
### Montgomery AL 36109

### ·TYRON WORKS

### VA File Number
### 419 08 7667

### Represented by:
### DISABLED AMERICAN VETERANS

### Decision Review Officer Decision
### September 13, 2007.

## INTRODUCTION

The records reflect that you are a veteran of the Peacetime and Gulf War Era. You served in the Army from August 29, 1989 to October 29, 1992, from August 29, 1989 to October 29, 1992 and from May 5, 1997 to October 1, 2001. We received your Substantive Appeal on March 17, 2006. Based on a review of the evidence listed below, we have made the following decision(s) on your claim. ·

## DECISION

1 . Entitlement to individual unemployability is granted effective December 16, 2004, date of receipt of claim.

2 . Basic eligibility to Dependents' Educational Assistance is established from December 16, 2004, date entitlement arose.

Exh. AC2

**655**

## EVIDENCE

- Vocational Rehabilitation Assessment dated August 14, 2007

## REASONS FOR DECISION

### 1. Entitlement to individual unemployability.

The veteran is service connected for chondromalacia, patella, right knee at 40% disabling, chondromalacia, patella, left knee at 30% disabling, degenerative disc disease of the lumbar spine at 40% disabling, chronic right shoulder strain at 20% disabling and asthma and residuals of surgical scar at 10 percent disabling. Recent Vocational Rehabilitation decision shows that you are infeasible for employment based strictly on your service connected disabilities. This was determined based on your primary care case notes.

Entitlement to individual unemployability is granted because the claimant is unable to secure or follow a substantially gainful occupation as a result of service-connected disabilities.

**This rating action satisfies this issue on appeal.**

### 2. Eligibility to Dependents' Educational Assistance under 38 U.S.C. chapter 35.

Eligibility to Dependents' Educational Assistance is derived from a veteran who was discharged under other than dishonorable conditions; and, has a permanent and total service-connected disability; or a permanent and total disability was in existence at the time of death; or the veteran died as a result of a service-connected disability. Also, eligibility exists for a serviceperson who died in service. Finally, eligibility can be derived from a service member who, as a member of the armed forces on active duty, has been listed for more than 90 days as: missing in action; captured in line of duty by a hostile force; or forcibly detained or interned in line of duty by a foreign government or power.

Basic eligibility to Dependents' Education Assistance is granted as the evidence shows the veteran currently has a total service-connected disability, permanent in nature.

## REFERENCES:

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
345 Perry Hill Road
Montgomery AL 36109-4541

**656**

September 19, 2007

TYRON WORKS
435 LURENE CIR
MONTGOMERY AL 36109

In Reply Refer To:  322/21T
CSS 419 08 7667
WORKS, T

Dear Mr. Works:

The following certificate is furnished for your use in obtaining commissary store and exchange privileges from the Armed Forces:

This is to certify that Tyron Works is an honorably discharged veteran of the Army and has service-connected disabilities evaluated at 100 percent. The veteran has not been scheduled for future examinations.

To obtain a commissary store and exchange privilege card, please complete the enclosed application. You must also provide a copy of your DD 214, Military Separation Document. If an ID card is requested for a dependent, furnish additional proof such as:

Spouse - A copy of the marriage certificate
Child - A copy of his/her birth certificate
(and adoption decree)
Stepchild - Copies of the marriage certificate
and birth certificate
Child of Divorced Sponsor - Copies of the divorce decree and
birth certificate

Take the completed form, the required proof (above), and this VA letter to the nearest Uniformed Services ID card-issuing facility.

Sincerely yours,

*A. L. Hill*

A. L. HILL
Veterans Service Center Manager

Email us at:  https://iris.va.gov

Enclosure(s):    DD Form 1172

262/cjk

**657**



## Company Name:

Phone: (334) 279-8671

FAX:

Address: 435 Lurene Circle

Montgomery, Al 36109

TO:   Social Security
         Hearing & Appeals

ATTN:  CELESTE

FAX #: (703) 605-8021

DATE: 15 October 2007

FROM: TYRON WORKS
        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

FAX #:

# OF PAGES: 5

MESSAGE:  Enclosed is paperwork from VA stating my 100% Disability and from VA Vocational Rehab stating that I am unable to work do to my disabilities.

FreeFaxCoverSheets.net

Exh.AC-3

*Law Offices of*

## S. Kay Dansby, PC

06|04|08 **658**

Phone (334) 834-7001
Fax    (334) 834-7002
Email skdansby@bellsouth.net

# FACSIMILE TRANSMITTAL

**To:**              Appeals Council

**Fax Number:**      (703) 605-7421

**Date:**            September 20, 2007

**Re:**              **Tyron Works**
                     **SSN  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**

**Pages:**           4, includes cover

**Message:**         **Please associate Veterans Administration decision dated 9/13/07 with Mr. Works' file.**

**Thank you, S. Kay Dansby**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTEDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

4216 North Carmichael Court (36106) • P.O. Box 11352 • Montgomery, Alabama 36111-0352

**659**

**DEPARTMENT OF VETERANS AFFAIRS**
**VA Regional Office Montgomery**
**345 Perry Hill Rd**
**Montgomery AL 36109**

**TYRON WORKS**

**VA File Number**
**419 08 7667**

**Represented by:**
**DISABLED AMERICAN VETERANS**

**Decision Review Officer Decision**
**September 13, 2007**

## INTRODUCTION

The records reflect that you are a veteran of the Peacetime and Gulf War Era. You served in the Army from August 29, 1989 to October 29, 1992, from August 29, 1989 to October 29, 1992 and from May 5, 1997 to October 1, 2001. We received your Substantive Appeal on March 17, 2006. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

1 . Entitlement to individual unemployability is granted effective December 16, 2004, date of receipt of claim.

2 . Basic eligibility to Dependents' Educational Assistance is established from December 16, 2004, date entitlement arose.

TYRON WORKS
419 08 7667
Page 2

**660**

## EVIDENCE

- Vocational Rehabilitation Assessment dated August 14, 2007

## REASONS FOR DECISION

### 1. Entitlement to individual unemployability.

The veteran is service connected for chondromalacia, patella, right knee at 40% disabling, chondromalacia, patella, left knee at 30% disabling, degenerative disc disease of the lumbar spine at 40% disabling, chronic right shoulder strain at 20% disabling and asthma and residuals of surgical scar at 10 percent disabling. Recent Vocational Rehabilitation decision shows that you are infeasible for employment based strictly on your service connected disabilities. This was determined based on your primary care case notes.

Entitlement to individual unemployability is granted because the claimant is unable to secure or follow a substantially gainful occupation as a result of service-connected disabilities.

**This rating action satisfies this issue on appeal.**

### 2. Eligibility to Dependents' Educational Assistance under 38 U.S.C. chapter 35.

Eligibility to Dependents' Educational Assistance is derived from a veteran who was discharged under other than dishonorable conditions; and, has a permanent and total service-connected disability; or a permanent and total disability was in existence at the time of death; or the veteran died as a result of a service-connected disability. Also, eligibility exists for a serviceperson who died in service. Finally, eligibility can be derived from a service member who, as a member of the armed forces on active duty, has been listed for more than 90 days as: missing in action; captured in line of duty by a hostile force; or forcibly detained or interned in line of duty by a foreign government or power.

Basic eligibility to Dependents' Education Assistance is granted as the evidence shows the veteran currently has a total service-connected disability, permanent in nature.

### REFERENCES:

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.

**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
345 Perry Hill Road
Montgomery AL 36109-4541

**661**

September 19, 2007

TYRON WORKS
435 LURENE CIR
MONTGOMERY AL 36109

In Reply Refer To:  322/21T
CSS 419 08 7667
WORKS, T

Dear Mr. Works:

The following certificate is furnished for your use in obtaining commissary store and exchange privileges from the Armed Forces:

This is to certify that Tyron Works is an honorably discharged veteran of the Army and has service-connected disabilities evaluated at 100 percent. The veteran has not been scheduled for future examinations.

To obtain a commissary store and exchange privilege card, please complete the enclosed application. You must also provide a copy of your DD 214, Military Separation Document. If an ID card is requested for a dependent, furnish additional proof such as:

Spouse - A copy of the marriage certificate
Child - A copy of his/her birth certificate
(and adoption decree)
Stepchild - Copies of the marriage certificate
and birth certificate
Child of Divorced Sponsor - Copies of the divorce decree and
birth certificate

Take the completed form, the required proof (above), and this VA letter to the nearest Uniformed Services ID card-issuing facility.

Sincerely yours,

A. L. Hill

A. L. HILL
Veterans Service Center Manager

Email us at: https://iris.va.gov

Enclosure(s):   DD Form 1172

262/cjk

662

# SOCIAL SECURITY ADMINISTRATION
## OFFICE OF HEARINGS AND APPEALS

## TRANSCRIPT

In the case of:

Claim for:

Period of Disability and
Disability Insurance Benefits

Tyron Works

_____
Claimant

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

_____
Wage Earner
(Leave blank in SSI Claims, or if the name
is the same as above.)

_____
Social Security Number

Hearing Held at:

Montgomery, Alabama

_____
(City, State)

March 22, 2007

_____
(Month, Day. Year)

by:

William G. Reamon

_____
(Administrative Law Judge)

**APPEARANCES:**

Tyron Works, Claimant
S. Kay Dansby, Attorney
Robert Strader, Vocational Expert

<u>INDEX OF TRANSCRIPT</u>                    **663**

<u>In the Case of:</u>                              <u>Account Number</u>

Tyron Works                                    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


                                               <u>Page Commencing</u>

Testimony of Tyron Works                           5
Testimony of Robert Strader                       31

**664**

(The following is a transcript of the hearing held before William G. Reamon, Administrative Law Judge, Office of Hearings and Appeals, Social Security Administration, on March 22, 2007, at Montgomery, Alabama, in the case of Tyron Works, Social Security Number 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. The Claimant, Tyron Works, appeared in person and was represented by his attorney, S. Kay Dansby. Also present was Robert Strader, Vocational Expert.)

(The hearing commenced at 9:59 a.m., on March 22, 2007.)

OPENING STATEMENT BY ADMINISTRATIVE LAW JUDGE:

ALJ:    This is the hearing in the case of Tyron Works, account number 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. The Claimant is represented by Attorney S. Kay Dansby. Counsel, do you have any objection to the exhibits?

ATTY:    No objection, Your Honor.

ALJ:    We'll include them here and admit them. We've had a number of them added here recently, one this morning and I want to make sure they're marked and inserted into the file.

(The exhibits, previously identified, were received into evidence and made a part of the record thereof.)

ALJ:    Did you have any objection to Ms. Strader's qualifications?

ATTY:    No, sir.

ALJ:    Did you wish to make an opening?

ATTY:    Briefly. Less than sedentary based on severe combination. Also, I wanted to make you aware Mr. Works has had two, unsuccessful work attempts. He tried to work as a security guard, May to July of '06 time frame, lasted less than two months. He couldn't deal with the standing. He tried a more sedentary job

as a court intake officer with Professional Probation Services and
that, again, lasted only about two months, November '06 to
January '07.

ALJ:    Okay.  Well, we'll take those things into account here
today.  Was there any particular medical exhibits that you wanted
me to pay special attention to?

ATTY:    Yes, sir.  Dr. Hamp Green is the only doctor who did a
PCE for me and he indicates more than four absences a month which
would preclude work activity but his PCE and other forms are based
solely on the headaches, not on the back and knee issues.

ALJ:    Do you know how long Dr. Green has been involved in
Mr. Works' treatment?

ATTY:    Just -- November 29 is the first note I have.

ALJ:    Is that, what year is that?

ATTY:    '06.  This is recent.  Yes, sir.

ALJ:    Okay.  Well, I have noted his RFC.  It seems that he's
got a date on there that probably is transposed because the front
page says 3/7/05 and the --

ATTY:    Yes, sir.

ALJ:    -- second page says 3/5/07.

ATTY:    It was 3/5/07, Your Honor.

ALJ:    All right.  Let me make that correction here and
initial that.  That is Exhibit number 15F, by the way.  That's the
RFC.

ATTY:    Thank you, sir.

**666**

ALJ:    It looks like you gave me a, kind of a scope report here today, esophageal scope report, 14F.  I've marked that.

ATTY:    Okay.

ALJ:    13F is the supplemental, these would be VA records, yes, and I've got that marked as 13F and then 12F would be the Dr. Hamp Green reporting that you made reference to.

ATTY:    Okay.

ALJ:    Okay.  Mr. Works, I need to swear you in along with our vocational expert here.

(The Claimant, TYRON WORKS, having been first duly sworn, testified as follows:)

EXAMINATION OF CLAIMANT BY ADMINISTRATIVE LAW JUDGE:

Q    Can you tell me your name and your mailing address, sir?

A    Tyron Works, 435 Lorraine [phonetic] Circle, Montgomery, Alabama, 36109.

Q    And what's your birthday?

A    2/6/72.

Q    What's your educational background?

A    Finished high school and last semester of college.

Q    Did you get a degree or diploma from college, Bachelor's Degree?

A    No.  This is my last semester.

Q    So how many years of college did you complete?

A    Four.  This will be my fourth year.

Q    Oh, are you going now?

A    Uh-huh.

Q    What school do you go to?

A    Troy.  Actually, I'm taking on-line courses.

Q    Okay.  Do you have a major?

A    Criminal justice.

Q    What do you hope to see happen once you obtain your degree?

A    Well, at the time, when I first started my degree, I was hoping to get into law enforcement and work with the police department and work my way up to, you know, investigator and hopefully move on to federal but, since I started my degree, I've had my injuries and my surgeries and stuff and I don't think that that's going to happen because, like my attorney stated, that I did try to work in my law enforcement profession as a security guard and that didn't work and then I tried to work as a court intake and a probation officer and that didn't work.

Q    What's the problem with the security guard work?

A    Well, it was 12-hour shifts and we stood and I started having problems with my back, in my spine area, and with the probation officer and the court intake, I did a lot of sitting in the courtroom and when I wasn't in the courtroom, we did, I had to do a lot of filing which I had to do a lot of bending and stooping because, you know, the lower drawers on the file cabinets and stuff.

Q    Did these activities bother your low back?

A    Yes, it did.

**663**

Q    Did you have any other symptoms that were troubling, as well?

A    I don't understand.

Q    Leg symptoms?

A    Well, my knees bothered me in the security guard one but, for the probation one, it was my back because of the prolonged sitting and then the bending and stooping for doing the filing.

Q    Now, you had a fusion done back in February of '05.  Is that correct?

A    That's correct.

Q    Who was your surgeon?

A    Dr. Pinchback.

Q    And have you followed up at all with that doctor since your surgery?

A    Yes, I have.  I think the last time I went to him, I want to -- it was in '06 because this was shortly after I stopped work at the security guard and I was having problems with my back and I went back to him.  He did an X-ray and he said the fusion was fine.  The hardware was still in place but now I'm having complications, because he did the surgery on the L5-S1, now the L4, above it, is beginning to bulge.

ATTY:    Exhibit 11F, Your Honor.

CLMT:    So I'm going to have to follow back up with him.

BY ADMINISTRATIVE LAW JUDGE:

Q    Did he have any proposals to make to you at that time about treatment?

A    Well, he wanted to send me to physical therapy but, at the time, no insurance, I couldn't afford to pay to go to physical therapy.

Q    Did he put any restrictions on you when he last saw you? I see an 8/06 report in here that would look like the last medical I have from him.  Does that sound about right?

A    That sounds about right.  Yes, sir.

Q    And did he give you any advice as to things that you should avoid doing?

A    The prolonged standing, stooping, bending, lifting and, since I couldn't afford the physical therapy, basically just, since I had been to physical therapy before and I knew the exercises, to do those at home, you know, on my own but I'm still having the pain and the complications so I'm going to have to follow back up with him.

Q    Well, as specifically as you can recall the advice he gave you about limitations and using the words that he used, what do you remember?

A    I'm not really sure.

Q    Well, you mentioned something about prolonged standing, stooping, bending and lifting.

A    Uh-huh.

Q    Now, I assume he told you not to do those things --

A    Uh-huh.

Q    -- rather than to do them.  Is that right?

A    That's correct.

9

Q    So that you would say no prolonged standing --

A    No prolonged.  That's correct.

Q    Now, when you talk about lifting, did he put any sort of pound limitation on you?

A    I want to say 10 pounds, five to 10 pounds.  I try not to lift nothing anyhow.

Q    Can you lift five to 10 pounds?

A    Five pounds, yeah.  10 pounds, it's a strain because when I pick it up, I can feel it, a pull, so --

Q    Are you able to pick up any weight from the floor?

A    No.

Q    Where do you do your five-pound lifting from?

A    Normally, I'm sitting.

Q    When you were working as the file clerk and doing some work to, you know, place the files, I guess you were a probation officer at that time, is that right?

A    That's correct.

Q    How much of the day do you think you were doing the filing?

A    In a given week?

Q    Yeah?

A    Well, I'll map it out to you like this.  On Mondays, Monday morning, the first part of the day, I was in court.  The second part of the day, I did my filing.  On Tuesdays, I was in court all day, morning and afternoon.  Wednesday, court in the morning time, filing in the afternoon.  Thursdays I was in court

all day and Friday, court in the morning time, filing in the afternoon.

Q   So three out of five days, you split your day between court work and filing?

A   Uh-huh.

Q   Is that correct?

A   That's correct.

Q   Okay.  And am I correct in assuming that the filing was done in the afternoon?

A   Uh-huh.

Q   Is that correct?

A   That's correct.

Q   And what do you think were the heavier end of the files that you would have to lift?  Were they big files or were they skinny files or what do you remember about them?

A   Some of the files was big.

Q   Do you think they weighed 10 pounds, 15 pounds or were they lighter than that?

A   Well, I mean, depending on the stack, they could weigh up to 10 pounds but, and then we had receipts because they had to pay, you know, restitution in there, fines and stuff, and a stack of receipts would be stacked like this high so --

Q   Now --

A   -- they could weigh 10 pounds.

Q   -- the part of that job that you found unacceptably difficult was what?

11

**672**

A    The filing because I had to do a lot of bending and stooping to put stuff in the file cabinets and the prolonged sitting because I was in court all day and you can't just get up and stretch or walk out.

Q    Well, I'm going to invite you to get up, if you need to, because that's the way we do it here.  How long do you think you can set at one time before you have to get up?

A    Depending on the chair.  I'll say probably about 30 minutes but I have to keep repositioning to relieve --

Q    After 30 minutes, what is it that makes it uncomfortable for you?

A    My back, it tightens up.  It feel, it gets real stiff and I have to either stretch and, if it's a muscle spasm, then I may have to lay down to lay flat on my back.

Q    How often do you get muscle spasms?

A    I could get those anywhere from two, three, four times a day.

Q    And when you get one, do you always have to lay down?

A    Not always.  It depends on the severity.

Q    Well, let's say covering the last week, how many times did you get a spasm that was so bad that you had to go lie down?

A    I would say, last week, about four times.

Q    And how long do you lie down?

A    Well, that depends because if I take my pain medicine and I lay down, it knocks me out.

Q    Which medicine is that?

12

**673**

A     Darvocet and I have Skelaxin, Lortab.

Q     Do you take those every day?

A     I take the Skelaxin every day, Darvocet for pain and the Lortab every day and I have Celebrex that I have to take every day.

Q     Do you know which of those seems to have the sedative or makes you tired?

A     The Darvocet and the Lortab.

Q     Now, are you scheduled to go back to Dr. Pinchback anytime in the near future?

A     I haven't scheduled an appointment just yet because I'm waiting on my appointment from VA because I have to go back for my knees.  They put in a referral to go see the orthopedic surgeon for my knees so I'm waiting to see what happens with that.  I think they're talking about surgery again so --

Q     Who's talking about surgery?

A     VA.

Q     Well, have you seen an orthopedist already?

A     That's what I'm waiting -- they put in a referral so I'm waiting on that appointment because I saw my VA doctor last week, no, Monday, and they did X-rays and everything.

Q     How long have you been having knee trouble?

A     When it first started?

Q     Well, when it became significant enough for you to want to get some medical care for it?

A     This was back in -- I want to say '99 because that's when I had my first knee surgery.

Q    Okay.  How did you do after that?

**674**

A    Actually, I did pretty good.

Q    Which knee was it?

A    I want to say the left.  Yeah, the left knee.  I did
pretty good after that and ended up getting stationed in Germany,
got deployed to Kosovo.  It started back bothering me.  Well, I
came back to Germany.  They sent me to an orthopedic and they did
the X-rays and MRIs on both of my knees and then I had to have
surgery on my right knee.

Q    When was that?

A    I want to -- 2000.  I believe it was November of 2000.

Q    And how did you heal from that?

A    I didn't.  They end up doing an MEB, a medical evaluation
board, and they found that I wasn't fit for duty.  I ended up
getting out the next year, in 2001, came back here and end up
having knee surgery again, I believe in 2003, at VA, on my right
knee again and now I'm back at VA, for possibly another knee
surgery.

Q    And you're going to see the orthopedist, at the VA, you
think sometime in the next month or two?

A    Yes.

Q    With the problems you have with your knees and your back,
how far do you think you can walk or how long can you walk before
you have to get off your feet?

A    I would say a block at the most.

Q    And after you cover that distance, what is it that causes you to stop?

A    The pain, the aching, stiffness.

Q    Where is that?

A    My back and my knee.

Q    Is that regardless of whether you're taking your pain medication?

A    Uh-huh.

Q    Pardon me?

A    Yes.

Q    So you have the same degree of pain and problems with walking when you're taking your pain meds as you do when you don't take them?

A    Uh-huh.

Q    Is that right?

A    That's correct.

Q    Now, how about standing? Not walking, but standing, as if you were at your job there at the probation office or at the security office and you just simply stood but you didn't have to walk. How long could you do that before you'd have to stop?

A    I mean, at that particular time, I was basically toughing it out, probably a couple hours. If I had to do it now, I doubt if I'd last 30 minutes.

Q    What would limit you?

A    The pain.

Q    Back pain? Knee pain?

676

A    Both.

Q    Do you have pain in one knee worse than the other?

A    Yes.

Q    Which one?

A    The right, right now.

Q    You talked about the fact that sitting is a problem for you. I can't remember, I think you told me 30 minutes was about all you could do. Is that chiefly the back that causes you to have to get up or --

A    Uh-huh.

Q    Is that right?

A    That's correct.

Q    Are you having any other problems, sir, that we haven't talked about, other than back pain, knee pain that you think would stop you from working?

A    My headaches.

Q    And how long have you had those?

A    I think they started back in, I want to say either 2000 or 2001.

Q    And have they changed in character or severity since then?

A    Yes, they have.

Q    In what way?

A    Well, the last migraine that I really, I mean, that took me to the hospital, I want to say November or December of last year and that headache was so severe and, I mean, just to be honest with him, I mean, I told the doctor that the pain was so severe, if I

had a gun, I would have shot myself in the head just to relieve the pain.  It felt like somebody was squeezing my brain out of my head.

Q    When was that?

A    I want to -- November or December of last year.

Q    '06?

A    Yes, sir.

Q    Did you go to the hospital or to the VA for care?

A    Yes, I did.  Actually, my wife had to dial 911 because when she tried to take me to the hospital and I stood up, I blacked out so she ended up dialing 911.

Q    And did an ambulance come?

A    The paramedics came.  By the time they got there, I was coming to.  They took down information but they said that the ambulance was like 20 minutes away and where I live at, the hospital is like two, three minutes away, so they helped my wife put me in the vehicle and she end up driving me to VA, to the emergency room.

Q    What was done for you there?

A    They gave me a shot and some pills, some Oxycodone, to take and my headache didn't, it didn't go away so the next couple of days, I end up going to, my wife to me to Primed [phonetic] and Primed basically looked at the information and they said since I had bleeding, because I was bleeding from the nose, also, that I needed to go back to the VA because he would put in a referral for a neurologist.  So I went back to VA that same day and they gave me, I don't know the medicine, but they gave me a shot and several

pills and it actually subsided the headache some and then I end up

going, that's when I end up going to Dr. Green.

Q    Has he been taking care of your headaches?

A    He had me on prednisone and Immerge [phonetic].

Q    And can you tell me whether you've had any change in your

headaches or any improvement?

A    After taking that medicine, it actually -- my headache

went away but I have had several minor headaches since then and one

severe enough to take the Immerge.

Q    When you take the Immerge, what happens?

A    That's a good question.  It knocks me out.

Q    Well, how long are you knocked out after you take one of

those?

A    Probably a good four hours.

Q    And you lie down and sleep during that time?

A    Well, with his, he says when I feel the headache coming

on, I start taking my medicine, I need to get in a dark, quiet

place, lay down, you know, and just let the medicine, you know, run

its course with my headache.  No sound, no light, just lay down

quiet.

Q    And how often do you have to do that in a typical week?

A    Like I said, since I've only had like really one major,

one to take the Immerge since my episode, you know, the first

episode when I saw Dr. Green, but I've had several minor, minor

ones where I take the prednisone and I would lay down.

Q    And did you have any of those last week?

**679**

A    Yes, I did.

Q    How many?

A    Actually, I have a headache now and I believe it's because of the lights.

Q    The --

A    Fluorescent lights, yes.

Q    -- fluorescent lights?  Now, in terms of your other health, I noticed that you had had some heart issues at one time. Is there anything going on with your heart that you can tell me about?

A    I've been diagnosed with atrial fibrillation and I take, I'm not sure if I'm pronouncing it right, Cardizem and I have to take that every day.

Q    Do you notice any symptoms of any type with that condition?

A    The symptoms with that is the fluttering, my heart starts beating fast and the way the doctor explained it to me is that, at certain times, it pumps in excessive amount of blood so my heart has to beat twice as fast or overtime to pump it out so that's where my heart, I guess when I go into A-fib, it starts beating real fast.  You can actually see it through my shirt and stuff.

Q    Do you have to do anything to modify your activities to try to get through an episode like that?

A    Normally, I mean, I just -- actually, with an episode like that, I could not be doing -- like I'm sitting here right now, it

could just start doing it.  I don't have to be doing nothing

special, you know, specific, for it to do it.

    Q   Once it comes on, do you have to take any --

    A   I take --

    Q   -- remedial action?

    A   I take another one of my Cardizem and if, in a 30 to 45

minute time span, if that hasn't, if it's still doing it after I've

taken the Cardizem again, then I have to go to the emergency room.

    Q   In the last six months, have you had to go to the ER for

any of these heart episodes?

    A   No.

    Q   Does it seem like the medicine is doing what you hope it

will do?

    A   Uh-huh.  Uh-huh.

    Q   Is that right?

    A   Uh-huh.

    Q   I'm going to have to get you to say yes.

    A   Oh, yes.  I'm sorry.

    Q   Thanks.

    A   I'm sorry.

    ALJ:   Mr. Works, I don't have anything further for you

myself.  I'm going to have Ms. Dansby ask you any questions that

she'd like to and then we'll probably have Mr. Strader testify here

in a few minutes so if you want to get any more during the

hearing --

    CLMT:   Okay.

**681**

ALJ:     -- you're certainly welcome to do that.  Go ahead, ma'am.

CLMT:    Thank you.

ATTY:    Thank you, just very briefly.

EXAMINATION OF CLAIMANT BY ATTORNEY:

Q    Tyron, do you have VA disability?

A    Yes, I do.

Q    What's your rating?

A    90 percent.

Q    Service connected or non-service?

A    Service connected.

Q    The whole 90 percent?

A    Yes.

Q    Do you know what that is primarily for?

A    For both my knees, my back, my headaches and I had a shoulder injury.

Q    Okay.  Now, you're also on an inhaler for asthma?

A    Uh-huh.  Oh, and asthma, too.  I'm sorry.

Q    Is that one your VA --

A    Yes, it is.

Q    Okay.  All right.  And does that create any problems for you?

A    Well, I try to limit my -- yes.

Q    Go ahead.  Explain.

A    I try to limit my activities due to my knee and my back so I try not to overexert myself but I do have to take my inhaler every day, twice a day.

Q    So you don't get out and run long enough to get short of breath?

A    No, no.

Q    Okay.  All right.  When we talk about your back and knee pain, which is the worst?  I think you said your right knee was worst than the left but comparing both knees and your back, which is the worst?

A    Well, to be honest with you, that question is kind of hard to answer because on any given day, either one could be the worst.

Q    So it can vary?

A    It can vary.

Q    Okay.

A    Any one could be the worse.

Q    Well, on average, on an average day, considering all the areas that cause you pain, where would you place your pain on a scale of zero to 10 and I know the VA uses that scale so you're familiar with it, right?

A    Uh-huh.  Where would I place it?

Q    Yes.  On an average day.  Not a really bad day when you're in bed and not a really good day but just most days?

A    On an average day --

Q    Uh-huh?

A    -- I would say about a six, six and 1/2.

Q    And then do you have good days where it's better than that?

A    Uh-huh.

Q    How many a month, roughly?

A    It's very few.  I'd say about maybe 10.

Q    Do you have bad days that are worse than that?

A    Yes, I do.

Q    What is your pain on that same scale on those bad days?

A    About a nine or a 10.

Q    And how often do those days happen, on average, best estimation?

A    10, 15.

Q    Okay.  So if you got 10 days of good and 10, 15 days of bad, that's almost the whole month?

A    I'm always in pain.

Q    Okay.

A    There isn't a day that goes by that I'm not in pain.

Q    Okay.  But how many days a month does it reach that nine level?

A    I'd say about 10.

Q    Okay.  And that's not including your headache days?

A    That's not including the headache days.

Q    Okay.  Okay.  Is there anything we haven't talked about you would like to tell the Judge?

A    I guess, in reference to my medicine, I take medicine every day and I take a lot of pills and a lot of my medicine is not

covered by VA because they can't get that particular brand, in reference like the Immerge, the VA can't get that so I have to get that myself and medicine is quite expensive and, like I say, I take a lot of medicine and I'm afraid I'm going to get addicted to it. I don't want to get addicted, you know, because it's pain medicine and stuff and I know that people have gotten addicted to pain medicine and that's something that I don't want to happen.

Q    Okay.  Are you saying that sometimes the headache is bad enough for Immerge but you don't take it?

A    That's correct.

Q    Okay.  Anything else?

A    [INAUDIBLE].

ATTY:    Thank you, Your Honor.

ALJ:    Thank you.  Is there any RFC from Dr. Pinchback that you're familiar with?

ATTY:    No, sir.  He would not do one.

BY ADMINISTRATIVE LAW JUDGE:

Q    When you stopped doing the security guard job, about when did that job end, do you recall?

A    It was in '06.  I want to say maybe July or August time frame.  I'm not really sure.

Q    And how long did you do it before it ended?

A    Probably about two months.

Q    Was that full time?

A    It was considered full time but it was only three days a week.

Q    Were you working -- you said you were working 12 hour shifts?

A    Uh-huh.

Q    Is that right?

A    That's correct.

Q    *And when you, when that ended, what were the circumstances under which it ended?  Were you fired?  Did you quit?*

A    Oh, no.  I turned in a letter or resignation due to my medical condition.

Q    Did any doctor that you were treating with advise you to get out of that job?

A    Actually, when I went to Dr. Pinchback, but this was after I had, you know, did my resignation and I went to Dr. Pinchback and he said that my, that basically the disk above where he did the surgery was beginning to bulge and he said, you know, what was I doing and I told him what I was doing.  He was like, no, you can't do that.

Q    You told him that you were a security guard?

A    Uh-huh.

Q    Is that right?

A    That's correct.

Q    And he said he didn't want you doing security guard work?

A    Yeah.  He said you can't do that.  You can't stand, you know, what he did to my back.

Q    So he didn't like the fact you were standing as much as you were?

A    That's correct.

Q    And did you say you were standing 12 hours?

A    Not a total of 12 hours.  The way we did it was, it was a 12-hour shift but it was two people on the shift so basically -- because we was at a gate so basically it was like an hour --

Q    You're looking at --

A    It was like, yeah, we alternate the hour basically checking IDs and stuff coming through the military gate.

Q    So you'd stand for an hour and then your partner would stand for an hour?

A    Uh-huh.  That's correct.

Q    You guys would trade off --

A    Trade off, alternate.

Q    -- like that for the 12-hour shift?

A    That's correct.

Q    When you weren't standing for the hour, what were you doing?

A    Sitting.

Q    So alternating standing and sitting, hourly, throughout the 12-hour shift?

A    Uh-huh.  That's correct.

Q    And, when you did that, again, tell me what was the problem?

A    It was the pain.  When I started doing it, it was fine. But, over a period of time, it started bothering me and bothering me more each day.  That's why I knew something was, I said

something is not right, something is going on with my back again so
that's why I turned in my resignation and then I went back to the
doctor like the next couple of days and that's when he told me that
by me -- actually what he said was by me standing and putting that
pressure on my spine, that it's moving up my spine now because,
like I said, he did the L5-S1 and now I'm having problems with the
L4 which is above that one.

Q    Did -- now was the probation officer job after the
security guard job?

A    Yes.  It was.

Q    And how long did that last?

A    About two months.

Q    And when do you think that ended?

A    January of this year.

Q    You think it started when?

A    November.  I want to say November.

Q    November of '06?

A    Yes.

Q    So had you begun feeling somewhat better and you wanted to
try another job?

A    Actually, yeah, somewhat better but I figured that this
would be easier.

Q    And you turned out to be wrong about that?

A    Yes.  I did.

Q    And you said, I think, that the sitting on the days you
were in court was too much for you?

A     Uh-huh.

Q     Is that right?

A     That's correct.

Q     And then the bending with the filing was too, too painful?

A     Way too much.

Q     When you last did the probation officer job, do you recall, did you again issue a letter of resignation?

A     Yes.  Yes, I did.

Q     Was that prompted by advice from any doctor?

A     No.

Q     How much time a day do you think you devote to your schooling?

A     I have two classes on line.  All together or at one, given time?

Q     Well, let's start talking total numbers first.  In a week, how much time do you think you're spending at the computer, doing your on-line work?

A     I'll say probably about -- I'll say about three hours.

Q     In a whole week?

A     Yeah.  That's a total.

Q     Do you have to do any other work when you're away from the computer to --

A     Actually, the way my class works, I log on [INAUDIBLE], pull all my information off that I have to do and log off.  I have my books that I have to read, take my notes or whatever.  If I have to write a paper, I'll write my paper out and I log back on and

type my paper up and then send it off like that.  That's how the
course works.  So it's not like I'm constantly at the, you know, at
the computer.  I actually have a laptop so I can sit on my couch.

Q    If you add up the time it takes you to do all that --

A    All of that?

Q    -- how much time do you think --

A    Including the --

Q    -- you're spending in a week on your school work?

A    Say about 10.

Q    10 hours?

A    About 10 hours.

Q    And how many credits are you taking?

A    Three, six.

Q    You have six credits?

A    Six credits.  The two, on-line courses.

Q    Are you taking any other courses?

A    I do.  I have another class but it's not on-line but I
don't have to -- how would I explain it -- it's really not, okay,
it's like -- it's supposed to be a one week, a one day a week
course, but we don't go to class every day, only when we have to
turn in assignments.  Do you understand what I'm saying?

Q    Well, why don't you explain it so I can?  I'm not sure.

A    Okay.  Like the class I got is my senior seminar class.
It meets every Wednesday.  Well, that's when we're supposed to
meet, every Wednesday, that's when the class is laid out, every
Wednesday but we don't go to class every Wednesday.  He give us our

assignments or he'll put them, e-mail them to us or what have you.
We'll do it and when, let's say if he says, okay, the assignment is
due in three weeks on this Wednesday, well, that Wednesday, we'll
go to class to turn in our assignments.  But like that class, I
hadn't been to that class in about four weeks now.

    Q    Well, have you worked on assignments from that class?

    A    I have but, I mean, the assignment that he gave us, I had
completed.

    Q    You did or you did not?

    A    I did.  They're completed.

    Q    And how long did it take you to do that?

    A    About an hour.

    Q    How many credits do you get for this class?

    A    That one is three.

    Q    So you're taking three --

    A    Three, six, nine total.

    Q    Okay.  And have you gotten any grades yet this term to see
how you're progressing?

    A    Oh, well, I'm not sure if you're familiar with Troy
system.  Troy is on terms.

    Q    Okay.

    A    We're on the second term now which the two on-line courses
that I have, I just picked those up.  Previous, I had two other
ones that were on-line which was three, six hours.  I've gotten
grades from those.

    Q    Were those -- when did those classes end?

A    Those classes ended in March, the first part of March.

Q    Just a couple weeks ago?

A    Yeah.  The first part of March because they gave us spring break in between.

Q    Okay.  And when did they start?

A    On the 19th, I believe, the other two classes that I -- oh, I'm not sure if I understood.  When did it, which classes?

Q    The classes that ended in the first part of March, when did they begin?

A    Oh, they began in January.

Q    Of '07?

A    Yes.

Q    So they took about two months or so to run their course?

A    Yeah.  They're eight-week courses.

Q    Did you take six credits again?

A    That was the six plus the one that I was telling you about that I go to like once a week because that one is for a 16-week course.

Q    Okay.  So when you finished the classes from January to March, what sort of grades did you get?

A    I got an A out of one and a B out of the other one.

Q    What would you, how would you characterize the shape of your transcript right now?  How have you done in your college work?

A    Well, to be honest with you, it could have been better. What happened was, in 2004, when I quit work, well, not quit work but stopped working and had my back surgery in 2005, I was actually

enrolled in class but I didn't, time lapsed and I was unable to drop or, what's the word I'm looking for, withdraw from school so those actually hurt me so right now I think I have a 2.8 GPA.

Q    Okay.  And how close are you to achieving your degree?

A    These are my last classes.  I won't actually receive it until August.

Q    Are you anticipating getting a Bachelor's Degree at that time?

A    Yes, sir.

Q    Did you say you majored in Criminal Justice?

A    Yes, sir.

ALJ:    Anything further, Ms. Dansby?

ATTY:    I don't think so.  Anything else, Tyron, you want to say?  That's all, Your Honor.

(The Vocational Expert, ROBERT STRADER, having been duly sworn, testified as follows:)

EXAMINATION OF VOCATIONAL EXPERT BY ADMINISTRATIVE LAW JUDGE:

Q    Mr. Strader, can you give us your name and professional address?

A    Robert N. Strader, 2 Portafena [phonetic] [INAUDIBLE], Number 1305, Pensacola Beach, Florida, 32561.

Q    And, sir, are you able, from the information you've reviewed, to classify the Claimant's past work?

A    I believe so, Your Honor.  Do you want to consider the last two jobs as SGA or since it was short periods of time --

Q    No, no.

A    Okay.

Q    We won't consider those.

A    When he was in the service, he worked as a helicopter mechanic according to the file.

CLMT:    That was one of them.

VE:    Yes.  And that's described as medium, skilled work, Your Honor, or from being in the service myself, sometimes that does come up to the heavy category.  He has also worked in logistics management according to the file and I would say that's also medium, skilled work.  He also worked for state government, IC tech or worked with the computers and stuff --

CLMT:    That's correct.

VE:    -- and that's normally described as light, skilled work.  Worked as an assistant store manager at a video store.  Is that correct?

CLMT:    That was --

ALJ:    Mr. -- I'm sorry to say this to you, Mr. Works, but it's his turn to testify.

CLMT:    Oh, I'm sorry.  I thought he was asking me a question.

VE:    No, no.  I wasn't.

ALJ:    No, no.

CLMT:    Oh, okay.

VE:    I just --

ALJ:    He's testifying to me and, of course, Ms. Dansby and to you but we've got to let him finish his testimony.

CLMT:    I'm sorry.

ALJ:    That's all right.

VE:    The assistant store manager, I would say it's light in the lower end of the skilled level, Your Honor.

BY ADMINISTRATIVE LAW JUDGE:

Q    Is there anything that you've identified from the skilled employments that would transfer to lighter duty work?

A    No, sir.

Q    The state agency has, at Exhibit 8F, placed light limitations on Mr. Works' physical activities.  They have indicated further that he should never do any ladder, rope or scaffold climbing but he could do frequent ramp and stair climbing, frequent balancing, stooping, kneeling, crouching and crawling.  They further indicated he should avoid concentrated exposure to extreme cold and also to vibration, no other environmental limits mentioned.  If the statements that I just made in the RFC are accepted as accurate, would there be an impact on the past work?

A    Yes, sir.  He could do the assistant store manager type position or the RT tech, the state government.

Q    It looks like Dr. Cawley [phonetic] issued a set of limitations and the statement I see is actually contained in Exhibit 11F.  I think there may be another report buried in the file somewhere but he says, Dr. Cawley says in his report of 5/6/05 that the Claimant would be expected to be able to stand and walk in an eight-hour workday at four to six hours, taking breaks every 30 to 45 minutes.  He said he would be able to sit six out of eight hours, taking routine breaks, said he would be able to carry up to

**695**

10 pounds occasionally and five pounds frequently, could

occasionally bend and stoop, no crouching, occasional kneeling,

allowed to go up a flight of steps slowly, could pull up to 20

pounds occasionally and 10 pounds frequently.  With those sets of

restrictions, as stated by Dr. Cawley, would there be any of the

past work that would remain?

A    No, Your Honor.

Q    Would there be any work you could identify that would fit

within those limitations?

A    That would put him to the sedentary range of employment,

Your Honor.  Sedentary dispatcher, there's approximately 1,300 in

the state, approximately 81,800 nationally.

Q    What was that number?

A    81,800 nationally.

Q    Thank you.  Is that an unskilled position?

A    No.  That's semiskilled but, someone with his educational

background, it's an entry level position.  A shipping and receiving

clerk, it's also sedentary.  There are approximately 1,700 in the

state and approximately 110,900 nationally.  Sedentary cashier,

it's approximately 12,200 in the state, approximately 708,300

nationally.  These are some examples that would fit that profile,

Your Honor.

Q    Dr. Hamp Green issued a statement of limitations that is

contained in Exhibit 15F.  Have you seen that exhibit?

A    Was that the headache one?

Q    That's the one that Dr. Green, I believe he is the
headache doctor.    He --

A    Yes.    I reviewed that one, Your Honor.

Q    Are you familiar with the limitations stated in that
exhibit?

A    Yes, I am.

Q    Would there be any of the past work or any other work you
could identify that would fit within the ranges and limits
Dr. Green specified?

A    With the limitation, as far as missing work four times per
month, he would not do any type of work, Your Honor.

Q    If you omitted that particular part of his statement,
would there be any work that would fit within the rest of the
limitations?

A    Right.    The jobs I just mentioned would conform to that,
Your Honor.

Q    If we were to adopt the testimony that the Claimant has
given us today about the limits that he has, both physically in
terms of his sitting, he says he's good for about 30 minutes at a
time but he is uncomfortable even when he's seated that long.    He
has to fidget around and readjust his position and then he, up to
four times in a week, develops spasms that are significant enough
that he has to go lie down to overcome them.    He also says that the
pain medication that he's on has a sedating affect that basically
knocks him out during the time he's trying to get through the pain.
He said that he's able to lift up to five pounds.    10 pounds is,

puts too much of a strain on his back and he cannot lift that
weight up from the floor.  He's normally in a seated position when
he tries to lift that much.  He also has walking limitations of
about one block, due primarily to knee and low back complaints,
said he can stand up to about 30 minutes at a time, the pain in his
right knee, more so than the pain in his left knee, limits him to
nothing more than that.  Said he was able to do more than that when
he was working but he basically was just toughing it out to try to
make it up to a couple hours at a time and so it seems to me he's
describing sort of a reduction in his tolerance for that activity.
He also has described a history of headaches that have required
emergency medical care.  He also says that he's on medication, that
when he takes the medication that basically he has to lie down in a
dark place and rest for up to four hours at a time.  Thankfully,
he's only had one of those episodes since his first onset of these
problems back in January or, I'm sorry, back prior to the first of
the year.  He says that he does have minor headaches, however, that
again cause him to take lesser dosages of medication and that does
become a problem in terms of letting him maintain concentration.
He says lights tend to irritate him, especially fluorescent lights
like we have in this room, and they do cause headaches.  If we were
to accept and adopt what he has described to us about those
limitations, would there be any of the past work, any of the work
you've identified or any other work you can think of that would fit
within a range of limitations like that?

A    I think he would be unemployable at this time,
Your Honor.

Q    Is your testimony, sir, consistent with the
Dictionary of Occupational Titles?

A    Yes, sir.  It is.

ALJ:    Ms. Dansby?

ATTY:    I have no questions for Dr. Strader, Your Honor.  You
covered it well.

ALJ:    Did you have any other statements or comments?

ATTY:    Very briefly, Your Honor.  Tyron has done everything
he can to continue his education and to attempt to do light work
and I believe he will continue to do so.  If granted benefits, I
think he'll end up taking himself off of it within the next five
years.

ALJ:    Well, thank you very much.  I appreciate that and,
I'll tell you, it's been a pleasure to get to know you, sir.
Thanks for coming in.  I'm sorry the lights were an irritating
factor --

CLMT:    Yeah.

ALJ:    -- for you but I thought you did a good job of
explaining your limitations.  What I'm going to do is issue a
Decision when all this is said and done and the Decision is going
to go to the home address you gave me.  I would suggest if it
causes you any questions that you call Ms. Dansby and let her know
what those questions are and I'm sure she'll be able to address
them with you.  Okay?  Good luck with your schooling.

38

CLMT:     Thank you.

ATTY:     Thank you.

ALJ:      You bet.  Take care.

VE:       *Good luck to you, sir.*

(The hearing closed at 10:57 a.m., on March 22, 2007.)

## C E R T I F I C A T I O N

I have read the foregoing and hereby certify that it is a true and complete transcription of the testimony recorded at the hearing in the above case, before Administrative Law Judge William G. Reamon.

Kay L. Walls, Transcriber

York Stenographic Services, Inc.

Sheila Boyer, Proofreader

York Stenographic Services, Inc.