THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TYRON WORKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-1126-WKW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the court is the Report and Recommendation of the Magistrate Judge (Doc. # 21). There being no objections filed to the Report and Recommendation of the Magistrate Judge, and upon an independent review of the file, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 21) is ADOPTED;

2. The decision of the Commissioner is AFFIRMED; and

3. The case is dismissed with prejudice with costs taxed against the plaintiff.

An appropriate judgment will be entered.

Done this 6th day of November, 2008.

                                        /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE